# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　PLAINTIFF<br>　　　v.<br>IMAAD SHAH ZUBERI,<br>　　　　　　　　DEFENDANT | CASE NUMBER<br><br>CR No. 19CR00642-VAP<br><br>NOTICE TO COURT OF<br>RELATED CRIMINAL CASE<br><br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Mark Adam Skarulis</u>, Case No. CR 19-532-GHK which:

　　__X__　　was previously assigned to the Honorable R. Gary Klausner;

　　_____　　has not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any): Defendant Zuberi and Skarulis jointly participated in a scheme whereby they acted as unregistered foreign agents for the Government of Sri Lanka, routed funds through two U.S. entities, WR Group and Beltway Government Strategies, and concealed income they derived through the scheme from the Internal Revenue Service. Zuberi is identified by name in the factual basis of Skarulis' plea agreement. Skarulis is identified in the U.S. v. Zuberi information as "Person P."

Dated: October 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　　AUSA Daniel J. O'Brien
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney