FILED
CLERK, U.S. DISTRICT COURT

OCT 3 0 2019

CENTRAL DISTRICT OF CALIF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR No. 19-00642 |
| v. | |
| Imaad Shah Zuberi  DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Thomas P. O'Brien, Esquire, as my attorney to appear for me throughout all proceedings in this case.

10/30/19
Date

Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, Thomas P. O'Brien, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

10/30/19
Date

Attorney's Signature

166369
California State Bar Number

801 South Figueroa St Suite 2000
Street Address

Los Angeles, CA 90017
City, State, Zip Code

(213) 725-9800
Telephone Number

(213) 725-9808
Fax Number

tobrien@bgrfirm.com
E-mail Address

CR-14 (01/07)              DESIGNATION AND APPEARANCE OF COUNSEL