
FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2019
CENTRAL DISTRICT OF CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Imaad Shah Zuberi<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR No. 19-00642-<br><br>**WAIVER OF INDICTMENT** |
|---|---|

I, _Imaad Shah Zuberi_____, the above-named defendant, who is accused of _Violation of the foreign agents registration act. Tax evasion. Foreign, conduit, and other acts._, in violation of _22 U.S.C. 612, 618(a)(2): 26 U.S.C. 7201: 52 U.S.C. 30116,30118,30121,30122,30109(d)(1):_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _10/30/2019_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

If defendant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English into _____ to defendant _____, on this date.

Date: _____

_____
*Interpreter*

Before _____
*Judicial Officer*