# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00642   Recorder: CS 10/30/2019   Date: 10/30/2019

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Stacey Pierson              Assistant U.S. Attorney: Elisa Fernandez

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| IMAAD SHAH ZUBERI BOND-PRESENT | THOMAS P. O'BRIEN RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge Virginia A. Phillips.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Beatriz Herrera at (213) 894-3480 to set dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: SP by TRB

CR-85 (09/12)          CRIMINAL MINUTES - ARRAIGNMENT          Page 1 of 1

10/31/2019