BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
  tobrien@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Defendant Imaad Shah Zuberi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00642-VAP<br><br>**STIPULATION TO MODIFY BOND** |

　　　　Plaintiff United States of America and Defendant Imaad Shah Zuberi ("Defendant") hereby stipulate as follows:

1. On October 30, 2019, Defendant appeared for his initial appearance before the United States Magistrate Judge Charles F. Eick;

2. The Court ordered that Defendant be released on the following bond conditions:

    a. A $3,000,0000 appearance bond was to be posted by Defendant on October 30, 2019;

    b. A $3,000,000 Affidavit of Surety Without Justification signed by the law firm of Hochman Salkin Toscher Perez P.C. and secured with funds deposited into Union Bank account XXXXX13016 was to be posted within 10 days of the October 30, 2019 hearing.  *See* Dkt. #12; and,

      c. Defendant was precluded from making any claim on funds from the aforementioned bank account.

2. The parties now wish to modify the bond condition as to permit a cash deposit to the Clerk of the Court in lieu of the posting of the Affidavit of Surety by the law firm.

3. Therefore, Plaintiff United States of America and Defendant Imaad Shah Zuberi jointly request, propose, and stipulate that the Court modify the bond for Defendant by ordering the deposit of $3,000,000 in United States currency with the United States District Court, Clerk of Court within three court days of the signed order in lieu of the previously ordered appearance bond of $3,000,000 with an affidavit of surety without justification from the law firm of Hochman Salkin Toscher Perez P.C.

DATED: November 8, 2019    BROWNE GEORGE ROSS LLP

By: _____
Thomas P. O'Brien
Attorneys for Defendant Imaad Shah Zuberi

DATED: November 8, 2019    NICOLA T. HANNA
United States Attorney
Brandon D. Fox
Assistant United States Attorney
Chief, Criminal Division

By: _____
Daniel J. O'Brien
Elisa Fernandez
Assistant United States Attorneys
Attorneys for Plaintiff United States of America