1 | EVAN J. DAVIS, ESQ., State Bar No. _____
2 | HOCHMAN SALKIN TOSCHER PEREZ P.C.
    9150 Wilshire Boulevard, Suite 300
3 | Beverly Hills, California  90212-3414
    Telephone:  (310) 281-3200
    Facsimile:  (310) 859-1430
4 | E-mail:     davis@taxlitigator.com

5 | Attorney for Defendant
    Imaad Shah Zuberi

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | CASE NO.:  CR 10-642-VAP |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| Imaad Shah Zuberi, | |
| Defendant. | |

To the Clerk:

   Please enter the appearance of Evan J. Davis of Hochman Salkin Perez P.C., 9150 Wilshire Boulevard, Suite 300, Beverly Hills, CA 90212 as attorney of record for Defendant Imaad Shah Zuberi.

DATED: November 12, 2019___        HOCHMAN SALKIN
                                   TOSCHER PEREZ P.C.


                                   By: /s/ Evan J. Davis
                                       EVAN J. DAVIS
                                       Attorneys for Defendant
                                       Imaad Shah Zuberi