BROWNE GEORGE ROSS LLP
Thomas P. O'Brien (State Bar No. 166369)
 tobrien@bgrfirm.com
801 S. Figueroa Street, Suite 2000
Los Angeles, California 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808

Attorneys for Defendant Imaad Shah Zuberi

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>IMAAD SHAH ZUBERI,<br><br>            Defendant. | Case No. 2:19-cr-00642-VAP<br><br>**DECLARATION OF THOMAS P. O'BRIEN REGARDING DEFENDANT ZUBERI'S PASSPORT**<br><br>Judge:  Hon. Virginia A. Phillips<br>Trial Date:  None Set |

## DECLARATION OF THOMAS P. O'BRIEN

I, Thomas P. O'Brien, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On October 30, 2019, upon his initial appearance before Magistrate Judge Charles F. Eick, Mr. Zuberi filed a form CR-37 stating that he would surrender his passport to the U.S. Pretrial Services. (Dkt. 16.)

3. During the information hearing, at the government's request, the Court ordered Mr. Zuberi to surrender his passport to me. (Dkt. 12.) The Court, also at the request of the government, ordered that Mr. Zuberi will not engage in any international travel prior to his change of plea hearing. (*Id.*) Under the Court's order, after the change of plea hearing I may release Mr. Zuberi's passport to him for international travel in accordance with a preapproved itinerary that is submitted to the United States Attorney's Office. (*Id.*)

4. I am currently in possession of Mr. Zuberi's passport, where it will remain unless I receive express approval from the United States Attorney's Office permitting Mr. Zuberi to travel abroad. Immediately upon his return from any preapproved international travel, I will ensure Mr. Zuberi returns his passport to me.

Executed this 15th day of November 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Thomas P. O'Brien

-1-
DECLARATION OF THOMAS P. O'BRIEN REGARDING DEFENDANT ZUBERI'S PASSPORT