UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – CHANGE OF PLEA

| Case No. | LA 19-cr-00642 VAP | | | | Date | November 22, 2019 | | |
|---|---|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE | | | | | | | |
| Interpreter | N/A | | | | | | | |
| Beatrice Herrera | | Myra Ponce | | | Daniel J. O'Brien  Elisa Fernandez | | | |
| *Deputy Clerk* | | *Court Reporter* | | | *Assistant U.S. Attorney* | | | |
| **U.S.A. v. Defendant(s)** | Present | Custody | Bond | **Attorneys for Defendant(s)** | | Present | App. | Ret. |
| Imaad Shah Zuberi | ✓ | | ✓ | Thomas O'Brien  Evan J. Davis | | ✓ | | ✓ |
| **Proceedings:** | CHANGE OF PLEA TO THE INFORMATION | | | | | | | |

Defendant is sworn and states his true name as charged. Defendant moves to withdraw previous plea of Not Guilty to Information.

Defendant now enters a new and different plea of GUILTY to Count **One, Two and Three** of the Information.

The Court questions the defendant regarding the plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered.

The Court refers the defendant to the U.S. Probation Office for investigation and report and continues the matter to **February 10, 2020, at 9:00 a.m.**, for Imposition of Sentence. Defendant is order to continue to comply with the conditions of his pre-trial release and to return on date and time specified herein. Defendant's Application to continue (**Docket No. 28**) is DENIED as MOOT.

**IT IS SO ORDERED.**

**Counsel are notified that Federal Rule of Criminal Procedure 32(f)(1) & (2) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing. Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing. Failure to meet these deadlines is grounds for sanctions.**

cc:   U.S. Probation Office