FILED
CLERK, U.S. DISTRICT COURT

December 20, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. CR 19-642-VAP |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER SEALING DOCUMENT |
| v. | ) [UNDER SEAL] |
| IMAAD SHAH ZUBERI, | ) |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing of docket entry #40 is GRANTED. The document sought to be filed under seal and the government's *ex parte* application and proposed order shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

Dated: December 20, 2019

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE