1  THOMAS P. O'BRIEN, State Bar No. 166369
2  IVY A. WANG, State Bar No. 224899
   BROWNE GEORGE ROSS LLP
3  801 South Figueroa Street Suite 2000
   Los Angeles, CA 90017
4  Telephone: (213) 725-9800
   Facsimile: (213) 725-9808
5  E-mail: tobrien@bgrfirm.com

6  EVAN J. DAVIS, State Bar No. 250484
   HOCHMAN SALKIN TOSCHER PEREZ P.C.
7  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212-3414
8  Telephone: (310) 281-3200
   Facsimile: (310) 859-1430
9  E-mail: davis@taxlitigator.com

10 Attorneys for Defendant
   IMAAD SHAH ZUBERI
11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14 | UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP
15 | Plaintiff, | STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANT ZUBERI'S MOTION TO STRIKE GOVERNMENT'S SENTENCING POSITION
16 | v. |
17 | IMAAD SHAH ZUBERI, |
18 | Defendant. |

21      Plaintiff United States of America and Defendant Imaad Shah Zuberi
22 stipulate as follows:
23      On December 26, 2019, Mr. Zuberi filed a Motion to Strike
24 Government's Sentencing Position or, in the Alternative, to Limit the
25 Government to this Single Sentencing Position ("Motion").  (Dkt #44.)  Mr.
26 Zuberi does not request a hearing on the Motion.  Accordingly, the Court has
27 not scheduled a hearing date for the Motion.
28      THEREFORE, the government and Mr. Zuberi jointly request,

1393698.1

propose, and stipulate that the Court set a briefing schedule as follows: the government's opposition brief shall be due on January 10, 2020, and Mr. Zuberi's reply, if any, shall be due on January 17, 2020.

Dated: December 27, 2019      BROWNE GEORGE ROSS, LLP

By: /s/ Thomas P. O'Brien
THOMAS P. O'BRIEN

HOCHMAN SALKIN TOSCHER PEREZ P.C.

By: /s/ Evan J. Davis
EVAN J. DAVIS

Attorneys for Defendant
IMAAD SHAH ZUBERI

Dated: December 30, 2019      NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

By: /s/ Elisa Fernandez
DANIEL J. O'BRIEN
ELISA FERNANDEZ
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA