THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT ZUBERI'S MOTION TO STRIKE GOVERNMENT'S SENTENCING POSITION |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Having read and considered the parties' Stipulation Re Briefing Schedule for Defendant Zuberi's Motion to Strike Government's Sentencing Position, and with good cause appearing, the Court ORDERS as follows:

The briefing schedule on the Motion shall be as follows: the government's opposition brief shall be due on January 10, 2020, and Mr. Zuberi's reply, if any, shall be due on January 17, 2020.

IT IS SO ORDERED.

_____     _____
DATE                             HONORABLE VIRGINIA A. PHILLIPS
                                 UNITED STATES DISTRICT JUDGE

1393701.1

Presented by:

/s/ Thomas P. O'Brien
———————————————
THOMAS P. O'BRIEN
*Attorney for Defendant
Imaad Shah Zuberi*