THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND DEADLINE FOR DISCLOSURE OF PSR |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Plaintiff United States of America and Defendant Imaad Shah Zuberi stipulate as follows:

On November 22, 2019, Mr. Zuberi pled guilty to the Information, and this Court scheduled a sentencing hearing for February 10, 2020, at 9:00 a.m. (Dkt #34.)  Under Federal Rule of Criminal Procedure 32(e)(2), the Probation Officer is required to disclose the Presentence Report ("PSR") 35 days before the sentencing hearing, or on January 6, 2020.  Fed. R. Crim. Proc. 32(e)(2).

On December 13, 2019, the government filed the Government's

Sentencing Position Re: Obstruction of Justice. (Dkt #40.) On December 26, 2019, Mr. Zuberi filed a Motion to Strike Government's Sentencing Position or, in the Alternative, to Limit the Government to this Single Sentencing Position ("Motion"). (Dkt #44.) The government and Mr. Zuberi plan to file a stipulation scheduling the briefing for this Motion through January 17, 2020. In addition, Mr. Zuberi has raised with the government issues and requests regarding the production of discovery, as well as the provision of information to the Court, relating to Mr. Zuberi's sentencing. The parties believe that, in light of Mr. Zuberi's pending Motion and outstanding discovery issues being negotiated between the parties, it would be in the interest of justice to continue Mr. Zuberi's sentencing by three weeks, to March 2, 2020. Under Rule 32(e)(2), the proposed continuance would extend the deadline for the Probation Officer to disclose the PSR to January 27, 2020.

THEREFORE, the government and Mr. Zuberi jointly request, propose, and stipulate that the Court continue the sentencing from February 10, 2020, to March 2, 2020, which would thereby would extend the deadline for the Probation Officer to disclose the PSR to January 27, 2020.

Dated: December 30, 2019      BROWNE GEORGE ROSS, LLP

By: /s/ Thomas P. O'Brien
    THOMAS P. O'BRIEN

HOCHMAN SALKIN TOSCHER PEREZ P.C.

By: /s/ Evan J. Davis
    EVAN J. DAVIS

Attorneys for Defendant
IMAAD SHAH ZUBERI

| | |
|---|---|
| 1    Dated:  December 30, 2019 | NICOLA T. HANNA <br> United States Attorney |
| 2 | |
| 3 | BRANDON D. FOX <br> Assistant United States Attorney <br> Chief, Criminal Division |
| 4 | |
| 5 | By: <u>    /s/ Daniel J. O'Brien, per email authorization    </u> |
| 6 |     DANIEL J. O'BRIEN |
| 7 |     ELISA FERNANDEZ <br>     Assistant United States Attorneys |
| 8 | Attorneys for Plaintiff <br> UNITED STATES OF AMERICA |