THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND DEADLINE FOR DISCLOSURE OF PSR |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Having read and considered the parties' Stipulation to Continue Sentencing Hearing and Deadline for Disclosure of PSR, and with good cause appearing, the Court ORDERS as follows:

Mr. Zuberi's sentencing hearing shall be continued from February 10, 2020, at 9 a.m., to March 2, 2020, at _____ , thereby extending the deadline for the Probation

//

//

1393972.1

Officer's disclosure of the Presentence Report from January 6, 2020, to January 27, 2020, under Federal Rule of Criminal Procedure 32(e)(2).

    IT IS SO ORDERED.

_____     _____
DATE     HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas P. O'Brien
THOMAS P. O'BRIEN
*Attorney for Defendant*
*Imaad Shah Zuberi*