THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

FILED
CLERK, U.S. DISTRICT COURT
JAN 3, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT ZUBERI'S MOTION TO STRIKE GOVERNMENT'S SENTENCING POSITION |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Having read and considered the parties' Stipulation Re Briefing Schedule for Defendant Zuberi's Motion to Strike Government's Sentencing Position, and with good cause appearing, the Court ORDERS as follows:

The briefing schedule on the Motion shall be as follows: the government's opposition brief shall be due on January 10, 2020, and Mr. Zuberi's reply, if any, shall be due on January 17, 2020.

IT IS SO ORDERED.

January 3, 2020
DATE

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1393701.1

Presented by:

/s/ Thomas P. O'Brien
THOMAS P. O'BRIEN
*Attorney for Defendant
Imaad Shah Zuberi*