```
1  THOMAS P. O'BRIEN, State Bar No. 166369
   IVY A. WANG, State Bar No. 224899
2  BROWNE GEORGE ROSS LLP
   801 South Figueroa Street Suite 2000
3  Los Angeles, CA 90017
   Telephone: (213) 725-9800
4  Facsimile: (213) 725-9808
   E-mail: tobrien@bgrfirm.com
5
   EVAN J. DAVIS, State Bar No. 250484
6  HOCHMAN SALKIN TOSCHER PEREZ, P.C.
   9150 Wilshire Boulevard, Suite 300
7  Beverly Hills, California 90212-3414
   Telephone: (310) 281-3200
8  Facsimile: (310) 859-1430
   E-mail: davis@taxlitigator.com
9
10 Attorneys for Defendant
   IMAAD SHAH ZUBERI
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 3, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING AND DEADLINE FOR DISCLOSURE OF PSR |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Having read and considered the parties' Stipulation to Continue Sentencing Hearing and Deadline for Disclosure of PSR, and with good cause appearing, the Court ORDERS as follows:

Mr. Zuberi's sentencing hearing shall be continued from February 10, 2020, at 9 a.m., to March 2, 2020, at 9:00, thereby extending the deadline for the Probation

//

//

1393972.1

Officer's disclosure of the Presentence Report from January 6, 2020, to January 27, 2020, under Federal Rule of Criminal Procedure 32(e)(2).

    IT IS SO ORDERED.

January 3, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Thomas P. O'Brien
THOMAS P. O'BRIEN
*Attorney for Defendant*
*Imaad Shah Zuberi*