```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
 4  Assistant United States Attorney
    Deputy Chief, Public Corruption & Civil Rights Section
 5  ELISA FERNANDEZ (Cal. Bar No. 172004)
    Assistant United States Attorney
 6  Public Corruption & Civil Rights Section
    JUDITH A. HEINZ (Cal. Bar No. 176264)
 7  Assistant United States Attorney
    Senior Trial Attorney, National Security Division
 8       1500 United States Courthouse
         312 North Spring Street
 9       Los Angeles, California 90012
         Telephone: (213) 894-2468/7383/7280
10       Facsimile: (213) 894-2927
         E-mail:  daniel.obrien@usdoj.gov
11       E-mail:  elisa.fernandez@usdoj.gov
         E-mail:  judith.heinz@usdoj.gov
12
    Attorneys for Plaintiff
13  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
JAN 29, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENT |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's *ex parte* application for sealed filing shall all be

//

//

filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

January 29, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES CHIEF DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents, including the sealing application, shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____     _____
DATE                             HONORABLE VIRGINIA A. PHILLIPS
                                 UNITED STATES CHIEF DISTRICT
                                 JUDGE

Presented by:

   /S/ *Judith A. Heinz*
_____
JUDITH A. HEINZ
Assistant United States Attorney