UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | LA 16-cr-00390(A) VAP | | | | Date | 1/29/2020 |
|---|---|---|---|---|---|---|
| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE | | | | | |
| Interpreter | N/A | | | | | |
| Beatrice Herrera | | Not Reported | | | Carol Chen | |
| *Deputy Clerk* | | *Court Reporter* | | | *Assistant U.S. Attorney* | |

| U.S.A. v. Defendant(s) | Present | Custody | Bond | Attorneys for Defendant(s) | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| [3] Leonardo Antolin | NOT | X | | [3] Anthony Solis, CJA | NOT | X | |

| Proceedings: | (IN CHAMBERS) ORDER RE: RELEASE OF COURTROOM VIDEO RECORDING<br>**** (UNDER SEAL) **** |
|---|---|

For good cause shown, the Court authorizes the release of the Courtroom Surveillance Video taken in Courtroom 8A on Monday, January 27, 2020, from 9:00 a.m. through 12:00 noon, to counsel for the Government, Carol Chen.

**IT IS SO ORDERED.**

cc: Carol Chen (email)
   Anthony Solis (email)