1  THOMAS P. O'BRIEN, State Bar No. 166369
   IVY A. WANG, State Bar No. 224899
2  BROWNE GEORGE ROSS LLP
   801 South Figueroa Street Suite 2000
3  Los Angeles, CA 90017
   Telephone: (213) 725-9800
4  Facsimile: (213) 725-9808
   E-mail: tobrien@bgrfirm.com
5
6  EVAN J. DAVIS, State Bar No. 250484
   HOCHMAN SALKIN TOSCHER PEREZ P.C.
7  9150 Wilshire Boulevard, Suite 300
   Beverly Hills, California 90212-3414
8  Telephone: (310) 281-3200
   Facsimile: (310) 859-1430
9  E-mail: davis@taxlitigator.com

10 Attorneys for Defendant
   IMAAD SHAH ZUBERI
11

12                UNITED STATES DISTRICT COURT

13               CENTRAL DISTRICT OF CALIFORNIA

14 | UNITED STATES OF AMERICA,     | CASE NO.: 19-cr-00642-VAP
15 |     Plaintiff,                | STIPULATION TO CONTINUE
                                   | SENTENCING HEARING
16 |     v.                        |
17 | IMAAD SHAH ZUBERI,            |
18 |     Defendant.                |

21      Plaintiff United States of America and Defendant Imaad Shah Zuberi
22 stipulate as follows:
23      Mr. Zuberi's sentencing hearing is currently scheduled for March 2,
24 2020, at 9:00 a.m.  On or about January 24, 2020, the government filed
25 document number 65.  For reasons relating to matters discussed in document
26 65, as well as defense counsel's need for additional time to explore
27 sentencing factors, the parties believe it would be in the interest of justice to
28 continue Mr. Zuberi's sentencing by three weeks, to March 23, 2020.

1410159.2

STIPULATION TO CONTINUE SENTENCING HEARING

1  THEREFORE, the government and Mr. Zuberi jointly request,
2 propose, and stipulate that the Court continue the sentencing from March 2,
3 2020, to March 23, 2020, and the deadline for parties to file their sentencing
4 positions and objections to the presentence report from February 10, 2020, to
5 March 2, 2020.

Dated: February 3, 2020            BROWNE GEORGE ROSS, LLP

                                   By:  /s/ Thomas P. O'Brien
                                        THOMAS P. O'BRIEN

                                   HOCHMAN SALKIN TOSCHER PEREZ P.C.

                                   By:  /s/ Evan J. Davis
                                        EVAN J. DAVIS

                                   Attorneys for Defendant
                                   IMAAD SHAH ZUBERI

Dated: February 3, 2020            NICOLA T. HANNA
                                   United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division

                                   By:  /s/ Daniel J. O'Brien, *per email auth.*
                                        DANIEL J. O'BRIEN
                                        ELISA FERNANDEZ
                                        Assistant United States Attorneys
                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

1410159.2

2

STIPULATION TO CONTINUE SENTENCING HEARING