THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

FILED
CLERK, U.S. DISTRICT COURT
FEB 6, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Having read and considered the parties' Stipulation to Continue Sentencing Hearing filed on February 3, 2020, and with good cause appearing, the Court ORDERS as follows:

Imaad Shah Zuberi's sentencing hearing shall be continued from March 2, 2020, at 9:00 a.m. to **March 23, 2020, at 9:00**. The parties shall file their sentencing positions and objections to the presentence report no later than March 2, 2020.

IT IS SO ORDERED.

February 6, 2020
DATE

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1410171.1