NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383
     Facsimile: (213) 894-2927
     E-mail:    daniel.obrien@usdoj.gov
     E-mail:    elisa.fernandez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | (AMENDED) |
| v. | [~~PROPOSED~~] ORDER GRANTING THE GOVERNMENT'S EX PARTE APPLICATION FOR AN ORDER CORRECTING CLERICAL ERROR RE CONDITIONS OF RELEASE FOR DEFENDANT IMAAD SHAH ZUBERI |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

The Court has read and considered the government's unopposed *ex parte* application for an order correcting a clerical error re conditions of release for defendant Imaad Shah Zuberi ("defendant") set forth in this court's bond order issued on October 30, 2019 (docket no. 12), subsequently amended by this court's order issued on November 8, 2019.

The government's *ex parte* application is GRANTED.

//
//

FOR GOOD CAUSE SHOWN the Court ORDERS AS FOLLOWS:

That the conditions of release set forth in the bond order issued on October 30, 2019 are amended to comport with the court's ruling from the bench, specifically:

Defendant Imaad Shah Zuberi ("defendant") is permitted to travel internationally only with the prior written authorization of the U.S. Attorney's Office.

In order to secure such authorization to travel, defendant must submit an itinerary to an Assistant United States Attorney appearing in this matter no later than three days before his intended departure reflecting the date of departure, places to which he will be traveling, the dates of travel, the purpose of the travel, and dates of return to the United States.

Defendant's passport is to be surrendered to Thomas P. O'Brien forthwith.

The other terms and conditions of defendant's bond remain in effect.

IT IS SO ORDERED.

__2/6/20__
DATE

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Presented by:

__/s/__
DANIEL J. O'BRIEN
Assistant United States Attorney