1 THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
2 BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
3 Los Angeles, CA 90017
Telephone: (213) 725-9800
4 Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com
5
EVAN J. DAVIS, State Bar No. 250484
6 HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
7 Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
8 Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com
9

10 Attorneys for Defendant
IMAAD SHAH ZUBERI
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-cr-00642-VAP |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Plaintiff United States of America and Defendant Imaad Shah Zuberi stipulate as follows:

Mr. Zuberi's sentencing hearing is currently scheduled for March 23, 2020, at 9:00 a.m. On or about January 24, 2020, the government filed document number 65. For reasons relating to matters discussed in document 65, as well as defense counsel's need for additional time to explore sentencing factors, the parties believe it would be in the interest of justice to continue Mr. Zuberi's sentencing to May 18, 2020.

1424562.2

STIPULATION TO CONTINUE SENTENCING HEARING

1    THEREFORE, the government and Mr. Zuberi jointly request,
2 propose, and stipulate that the Court continue the sentencing from March 23,
3 2020, to May 18, 2020; that the Court continue the deadline for parties to
4 file objections to the presentence report from March 2, 2020, to March 23,
5 2020; and that the Court the deadline for parties to file their sentencing
6 positions from March 2, 2020, to May 4, 2020.

Dated:  February 24, 2020          BROWNE GEORGE ROSS LLP

By: /s/ Thomas P. O'Brien
    THOMAS P. O'BRIEN

HOCHMAN SALKIN TOSCHER
PEREZ P.C.

By:  /s/ Evan J. Davis
     EVAN J. DAVIS

Attorneys for Defendant
IMAAD SHAH ZUBERI

Dated: February 24, 2020           NICOLA T. HANNA
                                   United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

By: /s/ Daniel J. O'Brien per email auth.
    DANIEL J. O'BRIEN
    ELISA FERNANDEZ
    Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA