THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ, P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

**DENIED**
BY ORDER OF THE COURT

FILED
CLERK, U.S. DISTRICT COURT
FEB 25, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | CASE NO.: 19-cr-00642-VAP<br><br>~~[PROPOSED] ORDER STRIKING GOVERNMENT'S SENTENCING POSITION~~ |

For good cause shown, IT IS HEREBY ORDERED that Docket No. 40, the Government's Sentencing Position, is stricken from the record. The parties shall not file sentencing positions until after the Presentence Investigation Report is disclosed, and each party's sentencing position shall be no longer than 25 pages unless this Court grants leave to file an oversized brief.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

_____
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1390125.1

1 | Presented by:
2 | /s/ Thomas P. O'Brien
  | THOMAS P. O'BRIEN
3 | *Attorney for Defendant*
  | *Imaad Shah Zuberi*