FILED
CLERK, U.S. DISTRICT COURT

MAR. 10, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Imaad Shah Zuberi,<br><br>　　　　Defendant. | Case No. LACR19-00642-VAP<br><br>**ORDER ON DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |

For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing Documents, it is hereby ordered that:

(1) Defendant's Motion for Pretrial Conference Pursuant to Classified Information Procedures Act; Memorandum of Points and Authorities;

(2) [Proposed] Order on Defendant's Under Seal Filing;

(3) Defendant's Unopposed *Ex Parte* Application for Order Sealing Documents; Declaration of Ivy A. Wang; and

(4) this [Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

shall be filed under seal until further order of this court.

Dated:   March 10, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE