**FILED**
CLERK, U.S. DISTRICT COURT

MAR 25, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC\_\_\_\_\_ DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468
    Facsimile: (213) 894-2927
    E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | [UNDER SEAL] |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's *ex parte* application and proposed order shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

Dated: March 25, 2020                  /s/ Virginia A. Phillips
                                              UNITED STATES DISTRICT JUDGE

Submitted by:


_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney