**FILED**
CLERK, U.S. DISTRICT COURT

MAR. 31, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CC___ DEPUTY

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON DEFENDANT'S UNDER SEAL FILING** |
| Imaad Shah Zuberi, | **[UNDER SEAL]** |
| Defendant. | |

1    For the reasons stated in Defendant Imaad Shah Zuberi's Motion for Pretrial
2 Conference Pursuant to Classified Information Procedures Act, it is hereby ordered
3 that there will be a sealed Pretrial Conference to discuss all issues and procedures
4 related to potentially relevant classified information on **May 4, 2020 at 10:00 a.m.**
5 Accordingly, the Court continues the Sentencing set for May 18, 2020 to **June 1, 2020**
6 **at 9:00 a.m.**, with sentencing position papers due no later than **May 18, 2020.**

8  Dated:   March 31, 2020

9                                          HONORABLE VIRGINIA A. PHILLIPS
                                           UNITED STATES DISTRICT JUDGE