NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468
    Facsimile: (213) 894-2927
    E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
APR 15, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 19-642-VAP |
|---|---|
| Plaintiff, | ) ORDER SEALING DOCUMENT |
| v. | ) [UNDER SEAL] |
| IMAAD SHAH ZUBERI, | ) |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's *ex parte* application and proposed order shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

Dated: April 15, 2020

*Virginia A. Phillips*
UNITED STATES DISTRICT JUDGE

1