NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
April 30, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF ELISA FERNANDEZ |
| v. | |
| IMAAD SHAH ZUBERI, | **(UNDER SEAL)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Daniel J. O'Brien, Elisa Fernandez, and Judith A. Heinz, hereby applies *ex parte* for an

//

//

//

order that the following documents:

    1. Stipulation to Set Briefing Schedule and Take Hearing Off Calendar.

    2. [Proposed] Order Setting Briefing Schedule and Taking Hearing Off Calendar.

as well as this *ex parte* application (collectively referred to hereinafter and in the concurrently filed proposed order as "the documents"), be filed under seal.

This *ex parte* application is based upon the attached declaration of Assistant United States Attorney Elisa Fernandez.

A proposed order ruling on this *ex parte* application is filed concurrently with this pleading.

Dated: April 29, 2020          Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Elisa Fernandez*

ELISA FERNANDEZ Assistant United States Attorney
Senior Trial Attorney
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF ELISA FERNANDEZ**

I, Assistant United States Attorney Elisa Fernandez, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. For the reasons set forth in the under seal filings filed by the government on January 29, 2020, at docket entry numbers 65 and 66, and the under seal filings filed by the defense on March 10, 2020, at docket entry numbers 81 and 82, the defense has requested that all CIPA-related filings to be filed under seal.

3. The government does not oppose filing the documents under seal.

4. Should the Court deny this application, the government requests that the documents, including this application, not be filed, but be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 29, 2020.

_____
ELISA FERNANDEZ

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on April 29, 2020, I was caused to email the above-titled action, a copy of: **Application for order sealing document (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
iwang@bgrfirm.com

Evan Davis, Esq.
**davis@taxlitigator.com**

at their last known email address.

This Certificate is executed on April 29, 2020 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

                                             /s/ *Sandy Ear*
                                             SANDY EAR
                                             Legal Assistant