FILED
CLERK, U.S. DISTRICT COURT
April 30, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | No. CR 19-642-VAP<br><br>ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

　　The government's *ex parte* application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's *ex parte* application for sealed filing shall all be filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

April 30, 2020
DATE

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES CHIEF DISTRICT JUDGE