1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption & Civil Rights Section
5  ELISA FERNANDEZ (Cal. Bar No. 172004)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
   JUDITH A. HEINZ (Cal. Bar No. 176264)
7  Assistant United States Attorney
   Senior Trial Attorney, National Security Division
8       1500 United States Courthouse
        312 North Spring Street
9       Los Angeles, California 90012
        Telephone: (213) 894-2468/7383/7280
10      Facsimile: (213) 894-2927
        E-mail:  daniel.obrien@usdoj.gov
11      E-mail:  elisa.fernandez@usdoj.gov
        E-mail:  judith.heinz@usdoj.gov
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

April 30, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

14              UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 | UNITED STATES OF AMERICA,        | No. CR 19-642-VAP
17 |          Plaintiff,              | STIPULATION TO SET BRIEFING
                                        SCHEDULE AND TAKE HEARING OFF
18 |             v.                   | CALENDAR
19 | IMAAD SHAH ZUBERI,               | [UNDER SEAL]
20 |          Defendant.              |
21

22        Plaintiff United States of America, by and through its counsel

23  of record, the United States Attorney for the Central District of

24  California and Assistant United States Attorneys Daniel J. O'Brien,

25  Elisa Fernandez, and Judith A. Heinz, and defendant Imaad Shah

26  Zuberi, by and through his counsel Thomas P. O'Brien, Ivy A. Wang,

27  and Evan J. Davis, hereby stipulate as follows:

28  //

1    1.    Pursuant to the Court's March 31, 2020 Order (under seal),

2  a conference to discuss all issues and procedures related to

3  potentially classified information pursuant to the Classified

4  Information Procedures Act ("CIPA") is set for May 4, 2020, at 10:00

5  a.m., with sentencing position papers due no later than May 18, 2020

6  and the sentencing hearing set for June 1, 2020.

7    2.    Due to the worldwide pandemic, the parties jointly agree to

8  continue matters.  In addition, the parties request that the court

9  impose an initial CIPA briefing schedule set forth below, if such

10  filings become applicable.  The parties recognize that the continued

11  impact of the COVID-19 virus may require further continuances.

12    3.    The CIPA Section 2 hearing scheduled for May 4, 2020 should

13  be taken off calendar, without prejudice to either party to

14  reschedule the hearing at a future date.

15    4.    On April 24, 2020, at the government's request, the court-

16  appointed Classified Information Security Officer ("CISO") provided

17  defense counsel with standard forms requesting background information

18  necessary to assess their eligibility to be informed of, or have

19  access to, classified information.  The following proposed dates may

20  need to be delayed depending upon the evaluation of the information

21  provided on those forms.

22    5.    If applicable, any discovery-related pleading under CIPA

23  Section 4 shall be filed by the government on or before June 1, 2020.

24    6.    Defendant shall provide written notice to the Court and the

25  government describing any classified information that he reasonably

26  expects to disclose or to cause to be disclosed under CIPA Section 5

27  (18 U.S.C. App. 3, § 5(a)) on or before June 22, 2020.  If the

28  defendant seeks additional discovery of classified information, the

1 | defendant will move for discovery concurrently with filing the

2 | Section 5 Notice.

3 |     IT IS SO STIPULATED.

4 | Dated: April 29, 2020                 Respectfully submitted,

5 |                                       NICOLA T. HANNA
                                          United States Attorney
6 |
                                          BRANDON D. FOX
7 |                                       Assistant United States Attorney
                                          Chief, Criminal Division
8 |

9 |

10 |                                      ELISA FERNANDEZ
                                          Assistant United States Attorney
11 |                                      Public Corruption & Civil Rights
                                          Section
12 |
                                          Attorneys for Plaintiff
13 |                                      UNITED STATES OF AMERICA

14 | DATED:   April 29, 2019              BROWNE GEORGE ROSS LLP

15 |

16 |

17 |
                                          THOMAS P. O'BRIEN
18 |                                      IVY A. WANG
                                          Attorneys for
19 |                                      Defendant Imaad Shah Zuberi

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on April 29, 2020, I was caused to email the above-titled action, a copy of: **Stipulation to set briefing schedule and take hearing off calendar** (Under Seal)

| | |
|---|---|
| ☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows: | ☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows: |
| ☐ By hand delivery, addressed as follows: | ☐ By facsimile, as follows: |
| ☒ By Email, as follows: | ☐ By Federal Express, as follows: |

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
iwang@bgrfirm.com

Evan Davis, Esq.
**davis@taxlitigator.com**

at their last known email address.

This Certificate is executed on April 29, 2020 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ *Sandy Ear*

SANDY EAR
Legal Assistant