FILED
CLERK, U.S. DISTRICT COURT
April 30, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE AND TAKING HEARING OFF CALENDAR |
| v. | [UNDER SEAL] |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For the reasons stated in the Stipulation to Set Briefing Schedule and Take Hearing Off Calendar, the Court ORDERS AS FOLLOWS:

1. The CIPA Section 2 hearing scheduled for May 4, 2020 will be taken off calendar, without prejudice to either party to reschedule the hearing at a future date.

2. If applicable, any discovery-related pleading under CIPA Section 4 shall be filed by the government on or before June 1, 2020.

3. Defendant shall provide written notice to the Court and the government describing any classified information that he reasonably expects to disclose or to cause to be disclosed under CIPA Section 5 (18 U.S.C. App. 3, § 5(a)) on or before June 22, 2020. If the defendant seeks additional discovery of classified information, the

//
//
//

defendant will move for discovery concurrently with filing the Section 5 Notice.

    IT IS SO ORDERED.

April 30, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES CHIEF DISTRICT JUDGE