**FILED**
CLERK, U.S. DISTRICT COURT

May 11, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No. LACR19-00642-VAP<br><br>**ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>[UNDER SEAL] |

1   For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2   for Order Sealing Documents, it is hereby ordered that:
3       (1) Defendant's *Ex Parte* Application for Order Continuing Sentencing Date
4       and Briefing Deadlines; Declaration of Ivy A. Wang;
5       (2) Order on Defendant's *Ex Parte* Application for Order Continuing
6       Sentencing Date and Briefing Deadlines;
7       (3) Under Seal Filing (Defendant's *Ex Parte* Application for Order
8       Continuing Sentencing Date and Briefing Deadlines; Declaration of Ivy A.
9       Wang); and
10      (4) Order;
11  shall be filed under seal until further order of this court.

Dated:  May 11, 2020

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE