THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN, State Bar No. 317300
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | The Hon. Virginia A. Phillips |
| vs. | **DECLARATION OF CLAUDE ARNOLD** |
| IMAAD SHAH ZUBERI, | Filed Concurrently with DEFENDANT'S INITIAL SENTENCING MEMORANDUM |
| Defendant. | Judge: Hon. Virginia A. Phillips |
| | Sentencing Date: July 27, 2020 Crtrm.: 8A |

# DECLARATION OF CLAUDE ARNOLD

I, Claude Arnold, declare as follows:

1. I am Chief Executive Officer and Principal Consultant at Rebus Solutions, Inc., a company that provides investigative services to private clients. I have been retained by Mr. Imaad Shah Zuberi to assist in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On May 17, 2020, I spoke with Mohammad Smari, Front Desk Reception at the Marriott Renaissance, Downtown Dubai, via telephone. He confirmed to me that Mr. Zuberi stayed at this hotel from May 27, 2018 to May 28, 2018 in a deluxe suite. Mr. Smari informed me that the deluxe suite is an open, one room suite that does not have separate rooms and does not have a separate dining room.

3. Attached hereto as Exhibit A is a true and correct copy of the receipt for Mr. Zuberi's stay at the Marriott Renaissance, Downtown Dubai, from May 27, 2018 to May 28, 2018.

4. Attached hereto as Exhibit B is a true and correct copy of pictures of a Deluxe Suite at the Marriott Renaissance, Downtown Dubai, as provided on the hotel's website.

Executed this 18th day of May 2020, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Claude Arnold*

Claude Arnold

# EXHIBIT A



**RENAISSANCE**
DOWNTOWN HOTEL

**TAX INVOICE**

No. : **21728**
Date : **28-05-18**

**Imaad Zuberi**
**10166 Rush St**
**El Monte CA 91733**
**United States**

TRN. :

| | |
|---|---|
| Room No. | : 1410 |
| Arrival | : 27-05-18 |
| Departure | : 28-05-18 |
| Page No. | : 1 of 2 |
| Cashier No. | : 852 |
| Folio No. | : 21728 |
| Conf. No. | : 46401 |
| MRW No. | : XXXXX6345 |
| AR No. | : |
| Voucher No. | : |
| TRN. | : 100001420700003 |

| Date | Description | Charges AED | Credits AED |
|---|---|---|---|
| 27-05-18 | Accommodation Charge | 587.00 | |
| 27-05-18 | Room Municipality Fee 3.5% | 58.70 | |
| 27-05-18 | Room - Service Charge 10% | 58.70 | |
| 27-05-18 | Tourism Dirham | 20.00 | |
| 27-05-18 | Room VAT 5% | 32.29 | |
| 28-05-18 | Basta Restuaurant | 58.00 | |
| | *Room# 1410 : CHECK# 0108317* | | |
| 28-05-18 | American Express | | 814.69 |
| | Total:     AED | 814.69 | 814.69 |

**Balance**    0.00 AED
**VAT Excl. Amt**    780.30 AED
**5 % VAT**    34.39 AED

Guest Signature

Until next time... Share what you've discovered #RenDXB

Renaissance Downtown Hotel, Dubai, Marasi Drive, Dubai, UAE, PO Box 191984 Tel +971 4 512 5555
renaissancedowntowndubai.com

It's Business Unusual



**RENAISSANCE®**
DOWNTOWN HOTEL

**TAX INVOICE**

No.   : **21728**
Date : **28-05-18**

**Imaad Zuberi**
**10166 Rush St**
**El Monte CA 91733**
**United States**

TRN.   :

| | | |
|---|---|---|
| Room No. | : | 1410 |
| Arrival | : | 27-05-18 |
| Departure | : | 28-05-18 |
| Page No. | : | 2 of 2 |
| Cashier No. | : | 852 |
| Folio No. | : | 21728 |
| Conf. No. | : | 46401 |
| MRW No. | : | XXXXX6345 |
| AR No. | : | |
| Voucher No. | : | |
| TRN. | : | 100001420700003 |

| Date | Description | Charges AED | Credits AED |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Merchant ID | : 001335430039 | Credit Card # | : XXXXXXXXXX1011 | | |
| Transaction ID | : 50654 | Expiry Date | : XX/XX | | |
| Terminal ID | : 99990539 | Approval Code | : A135102 | | |
| Capture Method | : KEYED | Approval  Amount | : AED  814.69 | | |
| Verification | : SIGNATURE REQUIRED | Receipt No | : 21896 | | |

Renaissance Downtown Dubai

Guest Signature _____

As a Marriott Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the reception desk.

Until next time... Share what you've discovered #RenDXB

Renaissance Downtown Hotel, Dubai, Marasi Drive, Dubai, UAE, PO Box 191984 Tel +971 4 512 5555
renaissancedowntowndubai.com

It's Business Unusual

# EXHIBIT B













