THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN, State Bar No. 317300
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | **DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS; DECLARATION OF NATHAN F. BROWN** |
| vs. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | Judge:  Hon. Virginia A. Phillips |

Defendant Imaad Shah Zuberi, by and through his counsel of record, hereby applies *ex parte* for an order that the following documents be filed under seal: Declaration of Nathan F. Brown in Support of Defendant's Initial Sentencing Memorandum; Exhibits (collectively, the "Documents").

In an effort to maintain the privacy of uncharged individuals, the government has anonymized the names of several individuals in public filings in this case. In order to maintain the privacy of these uncharged individuals, Mr. Zuberi has also anonymized the names of all uncharged individuals in Defendant's Initial Sentencing Memorandum.

However, the Documents would identify the identities of these anonymized individuals and entities if they were to be publicly filed. The release of the identities of these individuals and entities may result in negative repercussions to the individuals and entities.

In addition to the identities of uncharged individuals, the Documents contain portions of grand jury transcripts that the government produced to Mr. Zuberi in discovery under a protective order arrangement aimed to prevent disclosure to the public. The Documents also contain sensitive financial information of Mr. Zuberi that should not be released to the public.

Counsel for Mr. Zuberi have met and conferred with the government via email regarding this application.  On May 18, 2020, the government notified defense counsel that it did not oppose the under seal filing of the Documents.  Declaration of Nathan F. Brown, ¶5.

//
//
//
//
//
//

1  Should the Court deny this Application, it is respectfully requested that the
2  Documents be returned only to undersigned counsel and **not** filed as part of any
3  record in this matter.

4  DATED: May 18, 2020              BROWNE GEORGE ROSS LLP
5                                                  Thomas P. O'Brien
                                                       Ivy A. Wang
6                                                   Nathan F. Brown

7                                          By:    /s/ Thomas P. O'Brien
8                                                       Thomas P. O'Brien
                                             Attorneys for Defendant Imaad Shah Zuberi

# DECLARATION OF NATHAN F. BROWN

I, Nathan F. Brown, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Mr. Zuberi requests leave to file the Declaration of Nathan F. Brown in Support of Defendant's Sentencing Position; Exhibits (collectively, the "Documents").

3. Mr. Zuberi's *ex parte* application reveals that the Documents would identify the identities of anonymized individuals and entities in this case if the Exhibits were to be publicly filed. The release of the identities of these individuals and entities may result in negative repercussions to those individuals and entities.

4. In addition to the identities of uncharged individuals, the Documents contain portions transcripts of grand jury testimony that the government produced to Mr. Zuberi in discovery under a protective order arrangement aimed to prevent disclosure to the public. The Documents also contain sensitive financial information of Mr. Zuberi that should not be released to the public.

//
//
//
//
//

5.   On May 18, 2020, my colleague Ivy A. Wang notified the government by email of Mr. Zuberi's intent to file the Documents. That same day, AUSA Daniel J. O'Brien responded via email, stating that the government did not oppose the under seal filing of the Documents.

Executed this 18th day of May 2020, at Glendale, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Nathan F. Brown