1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

1563126.1

Case No. LACR19-00642-VAP

ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS

1  For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2  for Order Sealing Documents, it is hereby ordered that the:
3  Declaration of Nathan F. Brown in Support of Defendant's Initial Sentencing
4  Memorandum; Exhibits
5  shall be filed under seal until further order of this Court.

6
7  Dated: May 21, 2020
8  *[signature: Virginia A. Phillips]*
   HONORABLE VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE
9
10
11  **IN CASE OF DENIAL:**
12  Defendant Imaad Shah Zuberi's Unopposed *Ex Parte* Application for Order
13  Sealing Documents is DENIED. The under seal submission shall not be filed
14  publicly, but shall be returned to Mr. Zuberi.
15
16  Dated:
17  HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

1563126.1

Case No. LACR19-00642-VAP

ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS