NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
JUNE 3, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENT |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's *ex parte* application for sealed filing shall all be

//

//

1  filed under seal.  The government may produce the underlying
2  documents as permitted or required by applicable law.

June 3, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES CHIEF DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The underlying documents, including the sealing application, shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                    HONORABLE VIRGINIA A. PHILLIPS
                                        UNITED STATES CHIEF DISTRICT
                                        JUDGE

Presented by:

  /S/ *Elisa Fernandez*
Elisa Fernandez
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **N. Escalera**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION [UNDER SEAL]; [PROPOSED] ORDER [UNDER SEAL];**

**EX PARTE APPLICATION [UNDER SEAL] and [PROPOSED] ORDER SEALING DOCUMENT**

☒ By **E-mail**, as follows:

Thomas O'Brien - tobrien@bgrfirm.com
Ivy Wang - iwang@bgrfirm.com
Nate Brown - nbrown@bgrfirm.com
Evan Davis - davis@taxlitigator.com
Evan Turgeon Evan N. Turgeon - eturgeon@jmd.usdoj.gov)

This Certificate is executed on May 28, 2020 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/
N. Escalera
Legal Assistant