NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
JUNE 3, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | ORDER REVISING BRIEFING SCHEDULE AND CONTINUING SENTENCING HEARING |
| v. | |
| IMAAD SHAH ZUBERI, | **[UNDER SEAL]** |
| Defendant. | |

For the reasons stated in the Stipulation to Revise Briefing Schedule and Continue Sentencing Hearing, the Court ORDERS AS FOLLOWS:

1. The government shall file any discovery-related pleading under CIPA Section 4 on or before June 22, 2020.

2. Defendant shall provide written notice to the Court and the government describing any classified information that he reasonably

expects to disclose or to cause to be disclosed under CIPA Section 5 (18 U.S.C. App. 3, § 5(a)) on or before July 13, 2020. If the defendant seeks additional discovery of classified information, the defendant will move for discovery concurrently with filing the Section 5 Notice

3. As previously set forth in the Court's May 11, 2020 Order (under seal), if the United States Probation Office issues a supplemental Presentence Investigation Report ("PSR), the parties may file responses to any Supplemental PSR no later than 14 days after its issuance.

4. Both parties must file final sentencing papers on or before August 3, 2020.

5. The sentencing hearing date shall be continued from July 27, 2020 at 2:00 p.m. to August 17, 2020 at 2:00 p.m.

IT IS SO ORDERED.

June 3, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES CHIEF DISTRICT JUDGE

Presented by:

/S/ *Elisa Fernandez*
Elisa Fernandez
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, **N. Escalera**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION [UNDER SEAL]; [PROPOSED] ORDER [UNDER SEAL];**

**EX PARTE APPLICATION [UNDER SEAL] and [PROPOSED] ORDER SEALING DOCUMENT**

☒ By **E-mail**, as follows:

Thomas O'Brien - tobrien@bgrfirm.com
Ivy Wang - iwang@bgrfirm.com
Nate Brown - nbrown@bgrfirm.com
Evan Davis - davis@taxlitigator.com
Evan Turgeon Evan N. Turgeon - eturgeon@jmd.usdoj.gov)

This Certificate is executed on May 28, 2020 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/
N. Escalera
Legal Assistant