# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:19-cr-00642 - VAP<br><br><br>**APPLICATION FOR REFUND OF FEES;<br>ORDER THEREON** |
|---|---|

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

| | | **Reason for refund request:** |
|---|---|---|
| Name of Applicant: | Jeffrey A. Brown | ☐ Duplicate payment submitted |
| Amount Paid: | $ 400 | ☐ Fee paid even though none was required |
| Requested Refund Amount: | $ 400 | ☐ Overpayment of a required filing fee |
| Document Title and Docket #: | 132 | ☐ Pro hac vice application denied (order attached) |
| | | ☒ Other: |
| Transaction Date: | 6/8/2020 | Mistakenly filed a Pro Hac Vice Application in this case rather than a related case. |

Receipt Number:
(If paid by cash/check only)

**SECTION II** *(Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)*

| Account Holder Name: | Lydia Tavera |
|---|---|
| Pay.gov Tracking ID: | ACACDC-26722143 |
| Agency Tracking ID: | |

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

| **Fiscal Department** | |
|---|---|
| ☐ Refund issued.<br><br>☐ Application for refund denied:<br>  ☐ Application seeks refund of fee that was not paid<br>  ☐ Previous court order indicates fee is not to be refunded<br>☐ Application referred to U.S. District/Magistrate Judge for ruling.<br>Notes: | IT IS ORDERED that the application for refund of fee is:<br>  ☐ GRANTED   ☐ DENIED<br><br><br><br>**United States District/Magistrate Judge** |

**G-124 (11/17)**     APPLICATION FOR REFUND OF FEES; ORDER THEREON