THOMAS P. O'BRIEN, State Bar No. 166369
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
E-mail: tobrien@bgrfirm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 19-642-VAP |
| v. | |
| Imaad Shah Zuberi | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

1. Defendant's Unopposed Ex Parte Application for Order Sealing Documents; Declaration of Nathan F. Brown
2. [Proposed] Order on Defendant's Unopposed Ex Parte Application for Order Sealing Documents
3. Declaration of Nathan F. Brown in Support of Defendant's Response to Government's Position Re Acceptance of Responsibility; Exhibits

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| June 16, 2020 | Thomas P. O'Brien |
|---|---|
| Date | Attorney Name |
| | Imaad Shah Zuberi |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING