**FILED**
CLERK, U.S. DISTRICT COURT

JUNE 18, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. LACR19-00642-VAP<br><br>**ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |
|---|---|

1    For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2 for Order Sealing Documents, it is hereby ordered that:
3    (1) Declaration of Nathan F. Brown in Support of Defendant's Response to
4    Government's Position Re Acceptance of Responsibility; Exhibits;
5    (2) Defendant's Unopposed *Ex Parte* Application for Order Sealing
6    Documents; Declaration of Nathan F. Brown; and
7    (3) [Proposed] Order on Defendant's *Ex Parte* Application for Order Sealing
8    Documents;
9 shall be filed under seal until further order of this court.

Dated:   June 18, 2020

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1597034.1

Case No. LACR19-00642-VAP

ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS