**FILED**
CLERK, U.S. DISTRICT COURT

JUNE 29, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CC___ DEPUTY

1  NICOLA T. HANNA
   United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption & Civil Rights Section
5  ELISA FERNANDEZ (Cal. Bar No. 172004)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
   JUDITH A. HEINZ (Cal. Bar No. 176264)
7  Assistant United States Attorney
   Senior Trial Attorney, National Security Division
8       1500 United States Courthouse
        312 North Spring Street
9       Los Angeles, California 90012
        Telephone: (213) 894-2468/7383/7280
10      Facsimile: (213) 894-2927
        E-mail:  daniel.obrien@usdoj.gov
11      E-mail:  elisa.fernandez@usdoj.gov
        E-mail:  judith.heinz@usdoj.gov
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

14                    UNITED STATES DISTRICT COURT

15                FOR THE CENTRAL DISTRICT OF CALIFORNIA

16 UNITED STATES OF AMERICA,        No. CR 19-642-VAP

17          Plaintiff,              ORDER SEALING DOCUMENT

18            v.

19 IMAAD SHAH ZUBERI,

20          Defendant.

21

22 For good cause shown, IT IS HEREBY ORDERED THAT:

23      The government's *ex parte* application for sealed filing is

24 GRANTED.  The documents sought to be filed under seal and the

25 government's *ex parte* application for sealed filing shall all be

26 //

27 //

28

filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

| | |
|---|---|
| June 29, 2020 | /s/ Virginia A. Phillips |
| DATE | HONORABLE VIRGINIA A. PHILLIPS<br>UNITED STATES DISTRICT JUDGE |