Name & Address:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

　　Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☐ Lodged:  (**List Documents**)

**Reason:**
☐　Under Seal
☐　In Camera
☐　Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐　Electronic versions are not available to filer
☐　Per Court order dated: _____
☐　Administrative Record
☐　Other:

_____　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　Attorney Name

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Party Represented

*Note:　File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)　　　　　　　　　**NOTICE OF MANUAL FILING OR LODGING**