```
FILED
CLERK, U.S. DISTRICT COURT

JULY 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY:      CC      DEPUTY
```

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | No. CR 19-642-VAP<br>No. CR 20-155-VAP *<br><br><u>ORDER REVISING BRIEFING SCHEDULE AND CONTINUING SENTENCING HEARING</u><br><br>**[UNDER SEAL]** |
|---|---|

    For the reasons stated in the Stipulation to Revise Briefing Schedule and Continue Sentencing Hearing filed on or about July 8, 2020, the Court ORDERS AS FOLLOWS:

    1.    A defense motion related to potentially classified information, if any, is to be filed on or before July 13, 2020.

    2.    An opposition is to be filed on or before July 20, 2020.

    3.    A reply, if any, is to be filed on or before July 27, 2020.

  4. A hearing on said motion hearing will be held on August 10, 2020, at 9:00 a.m.

  5. The date by which the defendant must provide written notice to the Court and the government describing any classified information that he reasonably expects to disclose or cause to be disclosed under CIPA Section 5 (18 U.S.C. App. 3, § 5(a)) shall be continued from July 13, 2020 to August 31, 2020. If the defendant seeks additional discovery of classified information, the defendant will move for discovery concurrently with filing the Section 5 Notice; that is on or before August 31, 2020.

  6. Per the Court's May 11 and June 3, 2020 Orders (under seal), if the United States Probation Office issues a supplemental Presentence Investigation Report ("PSR"), the parties may file responses to any Supplemental PSR no later than 14 days after its issuance.

  7. The date by which both parties must file final sentencing papers shall be continued from August 3, 2020 to September 14, 2020.

  8. The sentencing hearing date shall be continued from August 17, 2020, at 2:00 p.m. to September 28, 2020, at 9:00 a.m.

  IT IS SO ORDERED.

July 13, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

 /S/ *Elisa Fernandez*
Elisa Fernandez
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on July 8, 2020, I was caused to email the above-titled action, a copy of: **Proposed Order to Revise Briefing Schedule and Continue Sentencing Hearing (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
tobrien@bgrfirm.com

Ivy Wang, Esq.
iwang@bgrfirm.com

Evan Davis, Esq.
davis@taxlitigator.com

at their last known email address.

This Certificate is executed on July 8, 2020 at Los Angeles,

California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Sandy Ear*
_____
SANDY EAR
Legal Assistant
