**FILED**
CLERK, U.S. DISTRICT COURT

July 21, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VRV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>                    v.<br><br>IMAAD SHAH ZUBERI,<br><br>          Defendant. | No. CR 19-642-VAP<br>No. CR 20-155-VAP<br><br>ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

     The government's *ex parte* application for sealed filing is

GRANTED.  The documents sought to be filed under seal and the

government's *ex parte* application for sealed filing shall all be

filed under seal.  The government may produce the underlying

documents as permitted or required by applicable law.


July 21, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE