FILED
CLERK, U.S. DISTRICT COURT

AUG. 7, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | Case No. LACR19-00642-VAP *<br>LACR20-00155-VAP<br><br>**ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS

For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing Documents, it is hereby ordered that:

(1) Under Seal Filing;

(2) [Proposed] Order;

(3) Defendant's *Ex Parte* Application for Order Sealing Documents; Declaration of Ivy A. Wang; and

(4) this [Proposed] Order on Defendant's *Ex Parte* Application for Order Sealing Documents

shall be filed under seal until further order of this Court.

Dated: August 7, 2020

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS