NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:  evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **No. CR 19-642-VAP** |
|---|---|
| Plaintiff, | No. CR 20-155-VAP |
| v. | ORDER SEALING DOCUMENT |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED. The document(s) sought to be filed under seal and the

//

government's *ex parte* application for sealed filing shall be filed under seal.  The government may produce the underlying document(s) as permitted or required by applicable law.

August 13, 2020
DATE

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The underlying document(s), including the sealing application, shall be returned to the government, without filing of the document(s) or reflection of the name or nature of the document(s) on the clerk's public docket.

_____   _____
DATE                                                          HONORABLE VIRGINIA A. PHILLIPS
                                                                        UNITED STATES DISTRICT JUDGE

Presented by:

   /S/ *Judith A. Heinz*
JUDITH A. HEINZ
Assistant United States Attorney