1
2
3
4
5
6
7
8

**FILED**
CLERK, U.S. DISTRICT COURT

AUG. 17, 2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CC_____ DEPUTY

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,        Case No. LACR19-00642-VAP
                                      Case No. LACR20-00155-VAP
13              Plaintiff,

14        vs.                         **ORDER ON DEFENDANT'S
                                      UNOPPOSED *EX PARTE*
15   IMAAD SHAH ZUBERI,               APPLICATION FOR ORDER
                                      SEALING DOCUMENTS**
16              Defendant.
                                      **[UNDER SEAL]**
17

18

19

20

21

22

23

24

25

26

27

28                                              Case No. LACR19-00642-VAP

1   For the reasons stated in Defendant Imaad Shah Zuberi's Unopposed *Ex Parte*
2   Application for Order Sealing Documents, it is hereby ordered that:
3      (1) Under Seal Filing;
4      (2) Defendant's Unopposed *Ex Parte* Application for Order Sealing
5      Documents; Declaration of Ivy A. Wang; and
6      (3) this [Proposed] Order on Defendant's Unopposed *Ex Parte* Application
7      for Order Sealing Documents
8   shall be filed under seal until further order of this Court.
9
10  Dated:  August 17, 2020
11                                    HONORABLE VIRGINIA A. PHILLIPS
12                                    UNITED STATES DISTRICT JUDGE