**FILED**
CLERK, U.S. DISTRICT COURT

SEPT. 4, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. LACR19-00642-VAP<br>Case No. LACR20-00155-VAP<br><br>**ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |

For the reasons stated in Defendant Imaad Shah Zuberi's Unopposed *Ex Parte* Application for Order Sealing Documents, it is hereby ordered that:

(1) Stipulation to Revise Briefing Schedule and Continue Sentencing Hearing;

(2) [Proposed] Order Revising Briefing Schedule and Continuing Sentencing Hearing;

(3) Defendant's Unopposed *Ex Parte* Application for Order Sealing Documents; Declaration of Ivy A. Wang; and

(4) this [Proposed] Order on Defendant's Unopposed *Ex Parte* Application for Order Sealing Documents

shall be filed under seal until further order of this Court.

Dated: September 4, 2020

*/s/ Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

Defendant Imaad Shah Zuberi's Unopposed *Ex Parte* Application for Order Sealing Documents is DENIED. The Application and all under seal submissions shall not be filed publicly, but shall be returned to Defendant Zuberi.

Dated: _____

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP; LACR20-00155-VAP

ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS