NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP |
|---|---|
| Plaintiff, | No. LACR20-155-VAP |
| v. | GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER REVISING BRIEFING SCHEDULE AND CONTINUING SENTENCING HEARING; DECLARATION OF ELISA FERNANDEZ; [PROPOSED] ORDER LODGED CONCURRENTLY |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |
| | Current Hearing Date:<br>    October 5, 2020, 10:00 a.m. |
| | Proposed Hearing Date:<br>    November 30, 2020, 10:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Daniel J. O'Brien,

Elisa Fernandez, and Judith A. Heinz, hereby files an *Ex Parte* Application for an Order to Revise Briefing Schedule and Continue Sentencing.  Thomas P. O'Brien, Ivy A. Wang, and Evan J. Davis, counsel for defendant Imaad S. Zuberi, oppose this *ex parte* application in part.

    This *ex parte* application is based upon the attached declaration of Elisa Fernandez and the files and records in this case.

Dated: September 17, 2020      Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

       /s/
DANIEL J. O'BRIEN
ELISA FERNANDEZ
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF ELISA FERNANDEZ**

I, ELISA FERNANDEZ, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the matters of *United States v. Imaad Shah Zuberi*, CR 19-642-VAP and CR 20-155-VAP.

2. This *ex parte* application seeks a court order revising the date by which both parties must file final sentencing papers from September 21, 2020 to November 9, 2020 and continuing the sentencing hearing date from October 5, 2020 to November 30, 2020 at 10:00 a.m.

3. The Court's most recent order on sentencing procedures requires the parties to file final sentencing papers on September 21, 2020. It sets the sentencing hearing for October 5, 2020, at 10:00 a.m.

4. The government seeks additional time to respond to defendant's most recent, lengthy filings.

5. The government also believes that given the volume of material filed with the court, fourteen days between the final sentencing briefs and the sentencing date would provide the court with insufficient time to review the sentencing papers prior to sentencing.

6. In addition, notwithstanding defendant's June 16, 2020 filing in which he requested that "any shortfall from the entire contemplated payment should be excused," on September 14 and 17, 2020, defense counsel informed the government that the sale of another real property is scheduled to close on November 3. The government wishes to provide defendant with an opportunity to pay his tax obligations prior to sentencing.

7. On September 17, 2020, Thomas P. O'Brien, Ivy A. Wang and Evan J. Davis, counsel for defendant Imaad Shah Zuberi, informed the government that defendant opposes this *ex parte* application in part. The defense is agreeable to a continuance and the dates offered by the government. However, defendant Zuberi seeks a briefing schedule that would permit both parties to file responses to the other party's final sentencing position papers fourteen (14) days before the sentencing hearing (November 16). The defense "believe[s] the ability to file a response to the other party's sentencing position 14 days before the sentencing hearing is consistent with the sentencing briefing procedures on the Court's website."

8. The government believes that the defense objection seeks to change the status quo from the briefing regimen previously adopted by both parties. The parties have filed multiple sentencing-related briefs in this matter. Pursuant to several jointly filed stipulations, the Court has revised the briefing schedule and continued the hearing date. Each of the Court's briefing schedules provides a date by which both parties must file final sentencing position papers. Neither the prior stipulations nor the Court's orders provide for the filing of responses to the final sentencing position papers. The proposed revised briefing schedule provides both parties ample opportunity to brief any remaining sentencing issues, including 18 U.S.S.G. § 3553 issues, without the need to file responses. A hearing date of November 30, 2020 would provide the Court time to review the extensive briefing.

//

//

//

9. Consequently, the government files this application *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 17, 2020.

_____
ELISA FERNANDEZ