NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **LACR19-642-VAP** |
| | No. LACR20-155-VAP |
| Plaintiff, | |
| | ORDER REVISING BRIEFING SCHEDULE |
| v. | AND CONTINUING SENTENCING HEARING |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For reasons stated in the government's *Ex Parte* Application for an Order to Revise Briefing Schedule and Continue Sentencing filed on September 18, 2020, the Court ORDERS AS FOLLOWS:

1. The date by which both parties must file final sentencing papers shall be continued from September 21, 2020 to November 9, 2020.

2. The sentencing hearing date shall be continued from October 5, 2020 to November 30, 2020 at 10:00 a.m.

IT IS SO ORDERED.

September 22, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE

Presented by:

/s/
ELISA FERNANDEZ
Assistant United States Attorney