**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 3, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. LACR19-00642-VAP<br>Case No. LACR20-00155-VAP<br><br>**ORDER ON DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |

For the reasons stated in Defendant Imaad Shah Zuberi's Unopposed *Ex Parte* Application for Order Sealing Documents, it is hereby ordered that:

(1) (Under Seal Filing) Defendant's *Ex Parte* Application for Order Continuing Sentencing Date and Briefing Deadlines; Declaration of Ivy A. Wang;

(2) Order on Defendant's Ex Parte Application;

(3) Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing Documents; Declaration of Ivy A. Wang; and

(4) this [Proposed] Order on Defendant's Unopposed *Ex Parte* Application for Order Sealing Documents

shall be filed under seal until further order of this Court.

Dated: November 3, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE