UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**
**\*SEALED\***

| Case No. | LACR 19-00642-VAP<br>LACR 20-00155-VAP | Date | November 3, 2020 |
|---|---|---|---|
| Title | *United States of America v. Imaad Shah Zuberi* | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** MINUTE ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S EX PARTE APPLICATION FOR ORDER CONTINUING SENTENCING DATE AND BRIEFING DEADLINES (IN CHAMBERS)

On October 30, 2020, Defendant Imaad Shah Zuberi's ("Defendant") submitted an Ex Parte Application for Order Continuing Sentencing Date and Briefing Deadlines ("Application"). Defendant's Application also set forth government's opposition to Defendant's request. The Court has read and considered Defendant's Application and government's opposition, and hereby GRANTS IN PART AND DENIES IN PART Defendant's Application.

The Court DENIES Defendant's request to continue his Sentencing, and the Sentencing date remains on November 30, 2020 at 10:00 am. Sentencing position briefs shall be due no later than November 9, 2020.

The Court sets the following briefing schedule for Defendant's motion to compel discovery: Defendant's Motion to Compel shall be due no later than November 6, 2020. Government's response shall be due November 13, 2020, and Defendant's Reply shall be due November 20, 2020.

**IT IS SO ORDERED.**