**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 4, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **LACR19-00642-VAP** |
| Plaintiff, | Case No. LACR20-00155-VAP |
| vs. | **ORDER ON DEFENDANT'S** ***EX PARTE*** **APPLICATION FOR ORDER SEALING DOCUMENTS** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | **[UNDER SEAL]** |

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS

1  For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2  for Order to File Notice of Filing Under Seal, it is hereby ordered that:
3    (1) the Application;
4    (2) Under Seal Filing; and
5    (3) this [Proposed] Order on Defendant's *Ex Parte* Application for Order
6    Sealing Documents
7  shall be filed under seal until further order of this Court.
8
9  Dated: November 4, 2020
10                                              _____
                                                 HONORABLE VIRGINIA A. PHILLIPS
11                                              UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS