NATHAN F. BROWN, State Bar No.: 317300
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 South Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | LACR19-00642-VAP <br> LACR20-00155-VAP |
| Imaad Shah Zuberi | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Defendant Imaad Shah Zuberi's Ex Parte Application to File Documents Under Seal
Under Seal Filing
[Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 6, 2020                             NATHAN F. BROWN
Date                                         Attorney Name
                                             Imaad Shah Zuberi
                                             Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)               NOTICE OF MANUAL FILING OR LODGING