ELISA FERNANDEZ (Cal Bar No. 172004)
Assistant United States Attorney
312 North Spring Street, Ste. 1500
Los Angeles, CA 90012
Telephone No. 213-894-7383

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | NOS. CR 19-642-VAP/CR 20-155-VAP |
| v. | |
| IMAAD SHAH ZUBERI, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION [UNDER SEAL]; DOCUMENT [UNDER SEAL] and [PROPOSED] ORDER SEALING DOCUMENT [UNDER SEAL].

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

November 9, 2020                           AUSA ELISA FERNANDEZ
Date                                       Attorney Name
                                           UNITED STATES
                                           Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)                    **NOTICE OF MANUAL FILING OR LODGING**