Thomas P. O'Brien (SBN #166369)
Browne George Ross O'Brien Annaguey & Ellis LLP
801 South Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800 Email: tobrien@bgrfirm.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LACR19-00642-VAP<br>LACR-20-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI | **NOTICE OF MANUAL FILING<br>OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed  ☐ Lodged:  (**List Documents**)

1. Defendant's Ex Parte Application to File Documents Under Seal
2. Under Seal Filing
3. Under Seal Filing
4. Application to File Oversized Brief
5. [Proposed] Order Granting Application to File Oversized Brief
6. [Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

November 9, 2020
Date

Thomas P. O'Brien
Attorney Name

Imaad Shah Zuberi
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                NOTICE OF MANUAL FILING OR LODGING