NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2468/7383/7280
      Facsimile: (213) 894-2927
      E-mail:  daniel.obrien@usdoj.gov
      E-mail:  elisa.fernandez@usdoj.gov
      E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
      950 Pennsylvania Avenue, N.W., Suite 7700
      Washington, D.C. 20530
      Telephone: (202) 353-0176
      E-mail:  evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

NOV. 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP* |
| | No. CR 20-155-VAP |
| Plaintiff, | |
| | GOVERNMENT'S *EX PARTE* |
| v. | APPLICATION FOR ORDER |
| | SEALING DOCUMENTS; |
| IMAAD SHAH ZUBERI, | DECLARATION |
| | OF ELISA FERNANDEZ |
| Defendant. | |
| | (UNDER SEAL) |

     Plaintiff United States of America, by and through its

counsel of record, the United States Attorney for the Central

District of California and Assistant United States Attorneys, Elisa Fernandez, Judith A. Heinz and Daniel J. O'Brien, hereby hereby applies, *ex parte*, for an order that:

The Government's Unopposed Ex Parte Application for Leave to File Oversized Sentencing Position and the accompanying Declaration of Elisa Fernandez be filed under seal.

This *ex parte* application is based upon the attached declaration of Elisa Fernandez.

DATED: November 9, 2020   Respectfully submitted,
           NICOLA T. HANNA
           United States Attorney

           BRANDON D. FOX
           Assistant United States Attorney
           Chief, Criminal Division


        _____/s/_____
           ELISA FERNANDEZ
           Assistant United States Attorney

           Attorneys for Plaintiff
           United States of America

DECLARATION OF ELISA FERNANDEZ

I, ELISA FERNANDEZ, declare as follows:

1.    I am an Assistant United States Attorney for the United States Attorney's Office for the Central District of California and represent the government in this case.

2.    The government requests leave to file the Government's Unopposed Ex Parte Application for Leave to File Oversized Sentencing Position and the accompanying Declaration of Elisa Fernandez be filed under seal.

3.    The unopposed ex parte application to file an oversized sentencing position relates to the government's filing of a Classified Sentencing Brief, Declaration of Elisa Fernandez and Exhibits A-V (collectively referred to as "Sentencing Position"), filed on November 9, 2020 with the CISO.  The ex parte application advises that the Sentencing Position is filed in response to defendant's Section 5 Notice.

4.    For the reasons set forth in the under seal filings filed by the government on January 29, 2020 (docket entry numbers 65 and 66) and by the defense on March 10, 2020 (docket entry numbers 81 and 82), the defense has requested that all CIPA-related filings to be filed under seal.

5.    On November 9, 2020, attorney Ivy A. Wang, counsel for defendant Imaad Shah Zuberi, opposed the filing of the unopposed ex parte application to file an oversized Sentencing Position on the public docket and as such, did not oppose filing the documents under seal.

//

1    6.    Should the Court deny this application, the government

2    requests that the documents, including this application, not be

3    filed, but be returned to the government, without filing of the

4    documents or reflection of the name or nature of the documents

5    on the clerk's public docket.

6        I declare under penalty of perjury under the laws of the

7    United States of America that the foregoing is true and correct

8    and that this declaration is executed at Los Angeles,

9    California, on November 9, 2020.

10   _____

     ELISA FERNANDEZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Norma Escalera, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S EX PARTE [UNDER SEAL]; PROPOSED ORDER [UNDER SEAL]; DOCUMENT [UNDER SEAL]**

☒ By **E-mail**, as follows:

| | |
|---|---|
| Thomas P. O'Brien | tobrien@bgrfirm.com |
| Ivy A. Wang | iwang@bgrfirm.com |
| Nathaniel Brown | nbrown@bgrfirm.com |
| Evan J. Davis | davis@taxlitigator.com |

This Certificate is executed on November 9, 2020 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/ _____