NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
NOV. 13, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 19-642-VAP* |
|---|---|
| Plaintiff, | ) No. CR 20-155-VAP |
| v. | ) ORDER SEALING DOCUMENT |
| IMAAD SHAH ZUBERI, | ) [UNDER SEAL] |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's *ex parte* application and proposed order shall be

filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

Dated: Nov.13, 2020

/s/ Virginia A. Phillips
UNITED STATES DISTRICT JUDGE

OR IN CASE OF DENIAL:

   The government's application for sealed filing is DENIED. The sealing application will be filed under seal.  The underlying documents shall be returned to the government, without filing of the document or reflection of the name of nature of the document on the clerk's public docket.

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE

Submitted by:


_____/s/_____
ELISA FERNANDEZ
Assistant United States Attorney

2