NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:  evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
NOV. 13, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                v.<br><br>IMAAD SHAH ZUBERI,<br><br>            Defendant. | No. CR 19-642-VAP *<br>No. CR 20-155-VAP<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED SENTENCING POSITION<br><br>**(UNDER SEAL)** |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys, Elisa Fernandez,

Judith A. Heinz and Daniel J. O'Brien, hereby submits an unopposed *ex parte* application for an order permitting the government to file a Classified Sentencing Position exceeding the twenty-five page limits set by Local Rule 11-6.  Specifically, the government requests leave of Court to file a forty-five page brief entitled, the Government's Classified Sentencing Position, the declaration of Assistant United States Attorney Elisa Fernandez, as well as supporting Exhibits A-V (collectively referred to as "Sentencing Position").  Leave to file an oversized brief is needed so that the government's Sentencing Position may address newly-raised issues in defendant's Section 5 Notice.  Defendant's Section 5 Notice consisted of a seventy-seven page brief, two declarations and numerous exhibits.  Defendant's counsel is unopposed to the relief sought herein.

    This *ex parte* application is based upon the attached declaration of Assistant United States Attorney Elisa Fernandez.

    A proposed order ruling on this *ex parte* application is filed concurrently with this pleading.

Dated: November 9, 2020        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

      /S/ *Elisa Fernandez*
ELISA FERNANDEZ
Assistant United States Attorney
Public Corruption & Civil Rights Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF ELISA FERNANDEZ**

I, Assistant United States Attorney Elisa Fernandez, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the AUSAs assigned to the prosecution of *United States v. Imaad Shah Zuberi,* CR 19-642-VAP and CR 20-155-VAP.

2. On November 7, 2020, I notified defense counsel by email of government's intent to seek leave of Court to file an oversized classified sentencing position. Later the same day, defense counsel Ivy A. Wang responded via email, stating that the defense did not oppose the government filing an oversized classified sentencing position in the above-entitled matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 9, 2020.

_____
ELISA FERNANDEZ

**CERTIFICATE OF SERVICE**

I, Norma Escalera, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION [UNDER SEAL];**

☒ By **E-mail**, as follows:

| | |
|---|---|
| Thomas P. O'Brien | tobrien@bgrfirm.com |
| Ivy A. Wang | iwang@bgrfirm.com |
| Nathaniel Brown | nbrown@bgrfirm.com |
| Evan J. Davis | davis@taxlitigator.com |

This Certificate is executed on November 9, 2020 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

/s/