NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:  evan.turgeon@usdoj.gov

**FILED**
CLERK, U.S. DISTRICT COURT
NOV. 13, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant. | No. CR 19-642-VAP* <br> No. CR 20-155-VAP <br><br> ORDER RE GOVERNMENT'S *EX PARTE* APPLICATION TO FILE OVERSIZED SENTENCING POSITION |

Having read and considered Government Unopposed Ex Parte Application for Leave to File Oversized Sentencing Position filed on November 9, 2020, and with good cause appearing, the Court ORDERS as follows:

The government is permitted to file a Sentencing Position exceeding the twenty-five page limit set forth in Local Civil Rule 11-6.

IT IS SO ORDERED.

Dated: November 13, 2020

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE