**FILED**
**CLERK, U.S. DISTRICT COURT**

NOV. 13, 2020

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. LACR19-00642-VAP** |
| Plaintiff, | Case No. LACR20-00155-VAP |
| vs. | **ORDER ON DEFENDANT'S** |
| IMAAD SHAH ZUBERI, | ***EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS** |
| Defendant. | **[UNDER SEAL]** |

1    For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2  for Order Sealing Documents, it is hereby ordered that:
3         (1) Under Seal Filing (Defendant's Sentencing Position Re 3553(a) Factors);
4         (2) Under Seal Filing (Declaration of Ivy A. Wang; Exhibits);
5         (3) Defendant's Unopposed *Ex Parte* Application for Leave to File Oversized
6         Brief;
7         (4) [Proposed] Order Granting Defendant's Unopposed *Ex Parte* Application
8         for Leave to File Oversized Brief
9         (5) Defendant's *Ex Parte* Application for Order Sealing Documents; and
10        (6) this [Proposed] Order on Defendant's *Ex Parte* Application for Order
11        Sealing Documents
12  shall be filed under seal until further order of this Court.
13
14   Dated:   November 13, 2020

15                                    HONORABLE VIRGINIA A. PHILLIPS
16                                    UNITED STATES DISTRICT JUDGE
17
18  **IN CASE OF DENIAL:**
19        Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing
20  Documents is DENIED.  The Application and all under seal submissions shall not be
21  filed publicly, but shall be returned to Defendant Zuberi.
22
23   Dated:
24
25                                    HONORABLE VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE
26
27
28

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS