1   NICOLA T. HANNA
    United States Attorney
2   BRANDON D. FOX
    Assistant United States Attorney
3   Chief, Criminal Division
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4   Assistant United States Attorney
    Deputy Chief, Public Corruption & Civil Rights Section
5   ELISA FERNANDEZ (Cal. Bar No. 172004)
    Assistant United States Attorney
6   Public Corruption & Civil Rights Section
    JUDITH A. HEINZ (Cal. Bar No. 176264)
7   Assistant United States Attorney
    Senior Trial Attorney, National Security Division
8        1500 United States Courthouse
         312 North Spring Street
9        Los Angeles, California 90012
         Telephone: (213) 894-2468/7383/7280
10       Facsimile: (213) 894-2927
         E-mail:  daniel.obrien@usdoj.gov
11       E-mail:  elisa.fernandez@usdoj.gov
         E-mail:  judith.heinz@usdoj.gov
12
    Attorneys for Plaintiff
13  UNITED STATES OF AMERICA

14                  UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16  UNITED STATES OF AMERICA,          No. CR 19-642-VAP*
                                           CR 20-155-VAP
17            Plaintiff,
                                       ORDER SEALING DOCUMENT
18                 v.

19  IMAAD SHAH ZUBERI,

20            Defendant.

21

22  For good cause shown, IT IS HEREBY ORDERED THAT:

23       The government's *ex parte* application for sealed filing is

24  GRANTED.  The documents sought to be filed under seal and the

25  government's *ex parte* application for sealed filing shall all be

26  //

27  //

28

FILED
CLERK, U.S. DISTRICT COURT

NOV. 17, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

1  filed under seal.  The government may produce the underlying

2  documents as permitted or required by applicable law.

3

4  November 17, 2020

5  DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2

**<u>IN CASE OF DENIAL:</u>**

The government's application for sealed filing is DENIED.  The underlying documents, including the sealing application, shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____         _____
 DATE                                    HONORABLE VIRGINIA A. PHILLIPS
                                         UNITED STATES DISTRICT JUDGE


Presented by:


 _   /S/ Elisa Fernandez_
 Elisa Fernandez
 Assistant United States Attorney

3

**CERTIFICATE OF SERVICE**

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

[PROPOSED] ORDER SEALING DOCUMENT

**UNDER SEAL**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By email, as follows:

tobrien@bgrfirm.com, iwang@bgrfirm.com, nbrown@bgrfirm.com,and davis@taxlitigator.com

This Certificate is executed on **November 13, 2020** at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

*/s/ CAREY P. CRONIN*

CAREY P. CRONIN
Legal Assistant