NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
NOV. 17, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>IMAAD SHAH ZUBERI,<br><br>       Defendant. | No. CR 19-642-VAP*<br>    CR 20-155-VAP<br><br><u>ORDER SEALING DOCUMENT</u> |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's *ex parte* application for sealed filing is GRANTED.  The documents sought to be filed under seal and the government's *ex parte* application for sealed filing shall all be

//

//

filed under seal.  The government may produce the underlying documents as permitted or required by applicable law.

November 17, 2020
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying documents, including the sealing application, shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____     _____
 DATE                          HONORABLE VIRGINIA A. PHILLIPS
                               UNITED STATES DISTRICT JUDGE


Presented by:


   /S/ *Elisa Fernandez*
 Elisa Fernandez
 Assistant United States Attorney

3

**CERTIFICATE OF SERVICE**

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

[PROPOSED] ORDER SEALING DOCUMENT

**UNDER SEAL**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By email, as follows:    tobrien@bgrfirm.com,
iwang@bgrfirm.com,
nbrown@bgrfirm.com, and
davis@taxlitigator.com

This Certificate is executed on **November 13, 2020** at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*/s/ CAREY P. CRONIN*
CAREY P. CRONIN
Legal Assistant