NATHAN F. BROWN, State Bar No.: 317300
BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
801 South Figueroa Street Suite, 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
E-mail: nbrown@bgrfirm.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LACR19-00642-VAP<br>LACR20-00155-VAP |
| v. | |
| Imaad Shah Zuberi | **NOTICE OF MANUAL FILING**<br>**OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Defendant Imaad Shah Zuberi's Ex Parte Application to File Documents Under Seal
Under Seal Filing
[Proposed] Order on Defendant's Ex Parte Application for Order Sealing Documents

**Reason:**

☑ Under Seal

☐ In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| November 20, 2020 | NATHAN F. BROWN |
|---|---|
| Date | Attorney Name |
| | Imaad Shah Zuberi |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING