NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468
     Facsimile: (213) 894-2927
     E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CC____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>IMAAD SHAH ZUBERI,<br><br>               Defendant. | No. CR 19-642-VAP *<br>No. CR 20-155-VAP<br><br>ORDER SEALING DOCUMENT<br><br>[UNDER SEAL] |

For good cause shown, IT IS HEREBY ORDERED THAT:

1

The government's *ex parte* application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's *ex parte* application and proposed order shall be filed under seal. The government may produce the underlying documents as permitted or required by applicable law.

Dated: Nov. 13, 2020

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on November 9, 2020, I was caused to email the above-titled action, a copy of: **Proposed order sealing document (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
**iwang@bgrfirm.com**

**Nate Brown, Esq.**
**nbrown@bgrfirm.com**

Evan Davis, Esq.
**davis@taxlitigator.com**

at their last known email address. This Certificate is executed on

November 9, 2020 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

                                                /s/ *Sandy Ear*
                                                SANDY EAR
                                                Legal Assistant