**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant. | Case No. LACR19-00642-VAP *<br>Case No. LACR20-00155-VAP<br><br>**ORDER ON DEFENDANT'S** ***EX PARTE*** **APPLICATION FOR ORDER SEALING DOCUMENTS**<br><br>**[UNDER SEAL]** |

1  For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application
2  for Order to File Notice of Filing Under Seal, it is hereby ordered that:
3      (1) the Application;
4      (2) Under Seal Filing; and
5      (3) this [Proposed] Order on Defendant's *Ex Parte* Application for Order
6      Sealing Documents
7  shall be filed under seal until further order of this Court.

Dated: November 13, 2020

/s/ Virginia A. Phillips
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS