Name and address:
Thomas P. O'Brien (SBN #166369)
Browne George Ross O'Brien Annaguey & Ellis LLP
801 South Figueroa Street, Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800 Email: tobrien@bgrfirm.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | 2:19-cr-00642-VAP |
| v. | | 2:20-cr-00155-VAP |
| IMAAD SHAH ZUBERI | | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| | Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

David A. Warrington
*Applicant's Name (Last Name, First Name & Middle Initial)*        check here if federal government attorney ☐

Kutak Rock LLP
*Firm/Agency Name*

| 901 East Byrd Street | (202) 828-2437 | (202) 828-2488 |
|---|---|---|
| Suite 1000 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Richmond, Virginia 23219-4071 | david.warrington@kutakrock.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Imaad Shah Zuberi | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ___ |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ___ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Virginia | 4/27/2006 | Yes |
| See Section IV | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 01/25/2021

David A. Warrington
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Thomas P. O'Brien
*Designee's Name (Last Name, First Name & Middle Initial)*

Browne George Ross O'Brien Annaguey and Ellis LLP
*Firm/Agency Name*

801 South Figueroa Street

Suite 2000
*Street Address*

Los Angeles, CA 90017
*City, State, Zip Code*

(213) 725-9800
*Telephone Number*

(213) 725-9808
*Fax Number*

tobrien@bgrfirm.com
*Email Address*

166369
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 01/25/2021

Thomas P. O'Brien
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

David A. Warrington list of federal court admissions:
Supreme Court of the United States of America, member in good standing, admitted May 31, 2011
United States Court of Appeals for the Fourth Circuit, member in good standing, admitted October 15, 2013
United States Court of Appeals for the Tenth Circuit, member in good standing, admitted December 23, 2014
United States Court of Appeals for the Fifth Circuit, member in good standing, admitted October 4, 2017
United States Court of Appeals for the Ninth Circuit, member in good standing, admitted October 4, 2017
United States District Court for the Eastern District of Virginia, member in good standing, admitted August 11, 2006
United States District Court for the District of Colorado, member in good standing, Admitted July 19, 2013
United States District Court for the District of Columbia, member in good standing, admitted April 4, 2016
United States Court of Federal Claims, member in good standing, admitted July 22, 2020

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT DAVID ALAN WARRINGTON IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. WARRINGTON WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON APRIL 27, 2006, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued January 5, 2021

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

