TRACY WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER TO EXTEND THE DEADLINE TO LODGE PROPOSED REDACTIONS OF SEALED DOCUMENTS AND TO CONTINUE SENTENCING; DECLARATION OF DANIEL J. O'BRIEN; [PROPOSED] ORDER<br><br>Current Hearing Date:<br>    February 4, 2021, 10:00 a.m.<br><br>Proposed Hearing Date:<br>    February 18, 2020, 10:00 a.m. |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files an *Ex Parte* Application for an Order to

Extend the Deadline to Lodge Proposed Redactions of Sealed Documents and to Continue Sentencing.  The defendant does not object to this *ex parte* application.

    This *ex parte* application is based upon the attached declaration of Daniel J. O'Brien and the files and records in this case.

Dated: January 25, 2021        Respectfully submitted,

TRACY WILKISON  
Acting United States Attorney

BRANDON D. FOX  
Assistant United States Attorney  
Chief, Criminal Division

      /s/  
DANIEL J. O'BRIEN  
Assistant United States Attorney

Attorneys for Plaintiff  
UNITED STATES OF AMERICA

**DECLARATION OF DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am responsible for the prosecutions of *United States v. Imaad Shah Zuberi*, CR 19-642-VAP and CR 20-155-VAP.

2. This *ex parte* application seeks an order to extend the deadline of January 26, 2021 set by the Court for both parties to lodge proposed redactions of sealed documents. In addition, the application requests that the sentencing hearing be continued from February 4, 2021 to February 18, 2021 at 10:00 a.m.

3. The Court's recent order requires the parties to lodge with the Court copies of documents the Court intends to unseal with proposed redactions to protect personal identifying information, the identity of third parties, and references to documents that will remain sealed by January 26, 2021. The government seeks additional time to comply with the Court's order for the reasons set forth below.

4. To comply with the Court's order, the government must make some complex and consequential decisions with respect to revealing the identities of third parties. The government does not wish to make these decisions without careful consideration. Certain individuals whose identity should be released so that corrected Federal Election Campaign Act reports can be filed are also are subjects, witnesses, or victims with respect to other charges or allegations presented against the defendant. The reputation of certain individuals could be negatively impacted by the unsealing of documents. Other individuals have expressed fear of retaliation.

5.  The exhibits the Court intends to unseal are voluminous. Some of the exhibits consist of lengthy conversations that may identify the participant even if names are redacted.  Therefore, a careful review of these conversations is warranted prior to unsealing.

6.  Some of the sealed documents received by the government after filing do not include file-stamps and docket header information.  In some instances, the government received file-stamped copies of sealed filings that do not have docket header information. This makes it difficult for the government to readily identify documents the Court wishes to unseal and comply with the docket notation procedures required by the Court's order.

7.  On January 24 and 25, 2021, I spoke with counsel for two individuals who previously expressed fear for their safety to ascertain whether such dangers persist and to provide them with an opportunity to review documents and recommend redactions.

8.  The government believes that two weeks would provide ample time for it to gather information and assess potential dangers and other adverse impacts the unsealing of documents might have to third parties.  The delay will require a similar two-week continuance of the sentencing hearing.

//
//
//
//
//
//
//

9. On January 23, 2021, I corresponded with Ivy A. Wang, counsel for defendant Imaad Shah Zuberi, who informed me that the defense was agreeable to a two-week continuance of the lodging deadline and to a February 18 sentencing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 25, 2021.

DANIEL J. O'BRIEN