TRACY WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail: daniel.obrien@usdoj.gov
    E-mail: elisa.fernandez@usdoj.gov
    E-mail: judith.heinz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP ✓ |
| --- | --- |
| Plaintiff, | No. LACR20-155-VAP |
| v. | <u>ORDER TO EXTEND DEADLINE REVISING BRIEFING SCHEDULE AND CONTINUING SENTENCING HEARING</u> |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For the reasons stated in the government's *Ex Parte* Application for an Order to Extend the Deadline to Lodge Proposed Redactions of Sealed Documents and to Continue Sentencing filed on January 25, 2021, the Court ORDERS AS FOLLOWS:

1. The date by which both parties must lodge proposed redactions to sealed documents as set forth in the Court's January 21, 2021 order is extended to February 8, 2021.

2. The sentencing hearing date shall be continued from February 4, 2021 to February 18, 2021 at 10:00 a.m.

IT IS SO ORDERED.

January 25, 2021
DATE

HONORABLE VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE

Presented by:

/s/
DANIEL J. O'BRIEN
Assistant United States Attorney