THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN State Bar No. 317300
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY &ELLIS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. LACR19-00642-VAP<br>Case No. LACR20-00155-VAP<br><br>**DECLARATION OF DEFENDANT IMAAD SHAH ZUBERI CONSENTING TO PROCEED BY VIDEOCONFERENCE FOR THE FEBRUARY 9, 2021 STATUS CONFERENCE**<br><br>Judge: Hon. Virginia A. Phillips<br>Date:  February 9, 2021<br>Time:  10:00 a.m. |

## DECLARATION OF IMAAD SHAH ZUBERI

I, Imaad Shah Zuberi, declare as follows:

1. I am the defendant in the associated cases *United States v. Zuberi*, Case No. LACR19-00642-VAP and *United States v. Zuberi*, Case No. LACR20-00155-VAP. I have firsthand, personal knowledge of the facts set forth below and, if called as a witness, could competently testify thereto.

2. I understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have the status conference on February 9, 2021, take place in person in open court.

3. After consultation with my counsel Thomas P. O'Brien, I knowingly and voluntarily consent to the February 9, 2021 status conference taking place by video conference.

Executed this 9th day of February, 2021, at El Monte, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Imaad Shah Zuberi