1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Imaad Shah Zuberi,<br><br>              Defendant. | Case No. LACR19-00642-VAP<br><br>**[PROPOSED] ORDER ON DEFENDANT'S UNDER SEAL FILING**<br><br>**[UNDER SEAL]** |

1424232.2

For the reasons stated in Defendant Imaad Shah Zuberi's Motion for Pretrial Conference Pursuant to Classified Information Procedures Act, it is hereby ordered that there will be a sealed Pretrial Conference to discuss all issues and procedures related to potentially relevant classified information on _____.

Dated: _____

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON DEFENDANT'S UNDER SEAL FILING