David A. Warrington (Admitted PHV)
KUTAK ROCK LLP
901 East Byrd St, Ste 1000
Richmond, Virginia 23213
Attorney for Defendant Imaad Shah Zuberi

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | LACR19-00642-VAP |
| v. | |
| IMAAD SHAH ZUBERI | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Original Docket No. 102  - Proposed Order re Defendant's Appl for Sealing Order and Dec. of N. Brown

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: 02/09/2021
☐ Other:

02/10/2021
Date

/s/ David A. Warrington
Attorney Name
 Defendant Imaad Shah Zuberi
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)     NOTICE OF MANUAL FILING OR LODGING