1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS |
| Imaad Shah Zuberi, | |
| Defendant. | [UNDER SEAL] |

1424155.4

Case No. LACR19-00642-VAP

[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS

1  For the reasons stated in Defendant Imaad Shah Zuberi's Unopposed *Ex Parte*
2  Application for Order Sealing Documents, it is hereby ordered that Defendant
3  Zuberi's Unopposed *Ex Parte* Application for Order Sealing Documents, the
4  Declaration of Nathan F. Brown (the "Declaration"), the exhibits attached to the
5  Declaration (the "Exhibits"), and the proposed order be filed under seal under further
6  order of this court.

7

8  Dated: _____

9  _____
   HONORABLE VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE
10
11
12  **IN CASE OF DENIAL:**
13  Defendant Imaad Shah Zuberi's Unopposed *Ex Parte* Application for Order
14  Sealing Documents is DENIED.  The Application and all under seal submissions shall
15  not be filed publicly, but shall be returned to Defendant Zuberi.
16
17  Dated: _____
18  _____
    HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE
19
20
21
22
23
24
25
26
27
28

1424155.4                           -1-                    Case No. LACR19-00642-VAP
[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SEALING DOCUMENTS