Exhibit 3

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign Committee | Contributor | Address | Primary FECA Violations | AZ & EJ FECA Violations | Donating Acct | Amount | Date | Reimbursement | Amount | Date |
| 2 | 4/27/12 | Howard Berman | Gloria Wu | El Monte, CA | $2,500 | | | $5,000 | 3/5/12 | | | |
| 3 | 4/27/12 | Howard Berman | Khalid Ahmed | Whittier, CA | $2,500 | | | $5,000 | 4/30/12 | | | |
| 4 | 4/27/12 | Howard Berman | Miajida Ahmed | Whittier, CA | $2,500 | | " | | | | | |
| 5 | 4/27/12 | Howard Berman | Margaret Jauhari | | $2,500 | | | $5,000 | 4/30/12 | GFGT Wire | $136,600 | 05/02/12 |
| 6 | 4/27/12 | Howard Berman | Sam Jauhari | | $2,500 | | " | | | " | " | " |
| 7 | 5/17/12 | Obama Victory Fund 2012 | Sam Jauhari | | $35,000 | | | $35,000 | 5/14/12 | " | " | " |
| 8 | 5/18/12 | Obama Victory 2012 | Samera Al Rayes | | $25,000 | | | $25,000 | 5/18/12 | " | " | " |
| 9 | 5/22/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $25,000 | | | $25,000 | 5/18/12 | " | " | " |
| 10 | 5/23/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $10,000 | | | | | " | " | " |
| 11 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | | $25,000 | | | $25,000 | 9/27/12 | GFT Wire | $90,000 | 09/26/12 |
| 12 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | | $5,000 | | | $5,000 | 9/27/12 | " | " | " |
| 13 | 9/27/12 | Bob Casey for Senate | Willa Rao | | $2,500 | | | $2,500 | 9/27/12 | " | " | " |
| 14 | 9/30/12 | Obama Victory 2012 | Sam Jauhari | | $19,000 | | | $19,000 | 9/27/12 | " | " | " |
| 15 | 9/30/12 | Obama Victory 2012 | Samera Al Rayes | | $25,000 | | | $25,000 | 9/27/12 | " | " | " |
| 16 | 10/3/12 | Obama Victory 2012 | Kate Al Rahbani | Kingston, NH | $20,000 | | | $20,000 | 10/2/12 | GFT Wire | $180,000 | 10/01/12 |
| 17 | 10/3/12 | Obama Victory 2012 | Kate Al Rahbani | Kingston, NH | $20,000 | | | $20,000 | 10/2/12 | " | " | " |
| 18 | 10/26/12 | ActBlue/Ruiz Victory Fund | Antonio Cardenas | Panorama City, CA | $5,000 | | | $5,000 | 10/26/12 | | | |
| 19 | 12/27/12 | Presidential Inaugural | Imaad Zuberi | | $62,500 | | | $62,500 | | GFT Wire | $500,000 | 12/10/12 |
| 20 | 1/15/13 | Presidential Inaugural | Imaad Zuberi | | $35,000 | | | $35,000 | | GFT Wire | $150,000 | 1/14/13 |
| 21 | 1/30/13 | Presidential Inaugural | Imaad Zuberi | | $408 | | | $408 | | GFT Wire | $100,000 | 2/7/13 |
| 22 | 2/26/13 | Engel for Congress | Asifa Zuberi | S. El Monte, CA | | $2,500 | | $5,000 | 2/26/13 | | | |
| 23 | 2/26/13 | Engel for Congress | Asifa Zuberi | S. El Monte, CA | | $2,500 | " | | | | | |
| 24 | 4/5/13 | Engel for Congress | Lucy Rao | S El Monte, CA | $2,600 | | | $2,600 | 4/5/13 | | | |
| 25 | 4/14/13 | Engel for Congress | Lucy Rao | S El Monte, CA | $2,600 | | | $2,600 | 4/14/13 | | | |
| 26 | 4/22/13 | Bob Casey for Senate | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 4/22/13 | | | |
| 27 | 4/22/13 | Bob Casey for Senate | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 28 | 4/22/13 | Bob Casey for Senate | Kate Rahbani | El Monte, CA | $2,600 | | | $5,200 | 4/22/13 | | | |
| 29 | 4/22/13 | Bob Casey for Senate | Kate Rahbani | El Monte, CA | $2,600 | | " | | | | | |
| 30 | 4/22/13 | Bob Casey for Senate | Sam Jauhari | El Monte, CA | $2,600 | | | $5,200 | 4/22/13 | GFT Wire | $5,000 | 4/30/13 |
| 31 | 4/22/13 | Bob Casey for Senate | Sam Jauhari | El Monte, CA | $2,600 | | " | | | | | |
| 32 | 5/31/13 | Engel for Congress | Kate Rahbani | S. El Monte, CA | $2,600 | | | $5,200 | 5/31/13 | | | |
| 33 | 5/31/13 | Engel for Congress | Kate Rahbani | S. El Monte, CA | $2,600 | | " | | | | | |
| 34 | 5/31/13 | Engel for Congress | Sam Jauhari | S. El Monte, CA | $2,600 | | | $5,200 | 5/31/13 | | | |
| 35 | 5/31/13 | Engel for Congress | Sam Jauhari | S. El Monte, CA | $2,600 | | " | | | | | |
| 36 | 8/13/13 | Citizens for Waters | Asifa Zuberi | Los Angeles, CA | | $2,600 | | $5,200 | 8/15/13 | | | |
| 37 | 8/13/13 | Citizens for Waters | Asifa Zuberi | Los Angeles, CA | | $2,600 | " | | | | | |
| 38 | 11/5/13 | McAuliffe for Governor | Imaad Zuberi | | $25,000 | | | $25,000 | 11/5/13 | | | |
| 39 | 12/6/13 | Alison Grimes | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 12/6/13 | | | |
| 40 | 12/6/13 | Alison Grimes | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 41 | 12/23/13 | Alison Grimes | Lucy Rao | S. El Monte, CA | $2,600 | | | $5,200 | 12/23/13 | | | |
| 42 | 12/23/13 | Alison Grimes | Lucy Rao | S. El Monte, CA | $2,600 | | " | | | | | |
| 43 | 12/26/13 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 12/27/13 | | | |
| 44 | 12/26/13 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 45 | 12/26/13 | Royce Campaign Comm. | Lucy Rao | El Monte, CA | $2,600 | | | $5,200 | 12/27/13 | | | |

|    | A | B | C | D | E | F | G | H | I | J | K | L |
|----|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 12/26/13 | Royce Campaign Comm. | Lucy Rao | El Monte, CA | $2,600 | | " | | | | | |
| 47 | 1/3/14 | David Cicilline | Asifa Zuberi | | | $2,600 | | $5,200 | | | | |
| 48 | 1/15/14 | Tim Kaine | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | | | | |
| 49 | 1/15/14 | Tim Kaine | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 50 | 1/27/14 | Eliot Engel | Khurram Mirza | El Monte, CA | $2,400 | | | $5,000 | 1/27/14 | | | |
| 51 | 1/27/14 | Royce Campaign Comm. | Khurram Mirza | El Monte, CA | $2,600 | | | $5,200 | 1/27/14 | | | |
| 52 | 1/27/14 | Eliot Engel | Khurram Mirza | El Monte, CA | $2,600 | | " | | | | | |
| 53 | 1/27/14 | Royce Campaign Comm. | Khurram Mirza | El Monte, CA | $2,600 | | " | | | | | |
| 54 | 1/27/14 | Eliot Engel | Mark Skarulis | El Monte, CA | $2,400 | | | $5,000 | 1/27/14 | | | |
| 55 | 1/27/14 | Royce Campaign Comm. | Mark Skarulis | El Monte, CA | $2,600 | | | $5,200 | 1/27/14 | | | |
| 56 | 1/27/14 | Eliot Engel | Mark Skarulis | El Monte, CA | $2,600 | | " | | | | | |
| 57 | 1/27/14 | Royce Campaign Comm. | Mark Skarulis | El Monte, CA | $2,600 | | " | | | | | |
| 58 | 2/19/14 | Wendy Greuel | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | | | | |
| 59 | 2/19/14 | Wendy Greuel | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 60 | 2/28/14 | Karen Bass for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 4/11/14 | | | |
| 61 | 2/28/14 | Dr Raul Ruiz for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | | | | |
| 62 | 2/28/14 | Dr Raul Ruiz for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 63 | 2/28/14 | Karen Bass for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | | | | | | |
| 64 | 3/21/14 | Cicilline Committee | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | | | | |
| 65 | 3/21/14 | Cicilline Committee | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 66 | 4/1/14 | Alison Grimes | Mark Skarulis | Redondo Bch, CA | $400 | | Valid CC (MS) | | | | $1,000 | 04/09/14 |
| 67 | 4/1/14 | Alison Grimes | Mark Skarulis | Redondo Bch, CA | $2,600 | | Valid CC (MS) | | | | $2,000 | 04/09/14 |
| 68 | 4/19/14 | Bruce Braley | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 4/20/14 | | | |
| 69 | 4/19/14 | Bruce Braley | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 70 | 4/19/14 | Brad Sherman | Asifa Zuberi | El Monte, CA | | $2,600 | | $2,600 | 4/29/14 | | | |
| 71 | 4/19/14 | David Cicilline | Asifa Zuberi | El Monte, CA | | $2,600 | | $2,600 | | | | |
| 72 | 4/19/14 | Ted Poe | Asifa Zuberi | S. El Monte, CA | | $2,600 | | $5,200 | 4/19/14 | | | |
| 73 | 4/19/14 | Ted Poe | Asifa Zuberi | S. El Monte, CA | | $2,600 | " | | | | | |
| 74 | 4/19/14 | Ted Poe | Lucy Rao | S. El Monte, CA | $2,600 | | | $5,200 | 4/19/14 | | | |
| 75 | 4/19/14 | Ted Poe | Lucy Rao | S. El Monte, CA | $2,600 | | " | | | | | |
| 76 | 4/21/14 | Sea Change (Bass) | Asifa Zuberi | El Monte, CA | | $2,600 | | $2,600 | | | | |
| 77 | 5/14/14 | Ted Poe | Lucy Rao | S El Monte, CA | $2,600 | | | $2,600 | 5/14/14 | | | |
| 78 | 5/14/14 | Ted Poe | Mike Liu | S. El Monte, CA | $2,600 | | | $2,600 | 5/14/14 | | | |
| 79 | 6/14/14 | Jon Tester | Asifa Zuberi | El Monte, CA | | $2,600 | | $2,600 | | | | |
| 80 | 7/3/14 | Joe Garcia | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 7/3/14 | | | |
| 81 | 7/3/14 | Joe Garcia | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 82 | 7/3/14 | John Conyers, Jr | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | | | | |
| 83 | 7/3/14 | John Conyers, Jr | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 84 | 8/16/14 | Team Graham Inc | Asifa Zuberi | S. El Monte, CA | | $2,600 | | $5,200 | 8/16/14 | | | |
| 85 | 8/21/14 | Graham Victory Comm. | Asifa Zuberi | S. El Monte, CA | | $10,000 | | $10,000 | 8/22/14 | | | |
| 86 | 9/16/14 | Democratic Nat'l Comm. | Imaad Zuberi | El Monte, CA | $16,000 | | | $32,400 | 9/16/14 | Guzel check | $16,000 | 01/28/15 |
| 87 | 9/25/14 | Tony Cardenas | Lucy Rao | Arcardia, CA | $2,600 | | | $2,600 | 9/25/14 | | | |
| 88 | 1/23/15 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | | $5,200 | 1/23/15 | | | |
| 89 | 1/23/15 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 90 | 2/3/15 | Friends of John McCain | Asifa Zuberi | El Monte, CA | | $5,200 | | $5,200 | 1/22/15 | | | |
| 91 | 2/3/15 | Friends of John McCain | Sam Jauhari | El Monte, CA | $5,200 | | | $5,200 | 1/20/15 | | | |
| 92 | 2/5/15 | Country First PAC | Asifa Zuberi | El Monte, CA | | $5,000 | | $5,000 | 1/22/15 | | | |
| 93 | 3/3/15 | Lindsey Graham 2016 | Asifa Zuberi | S. El Monte, CA | | $2,700 | | $2,700 | 2/15/15 | | | |
| 94 | 3/3/15 | Lindsey Graham 2016 | Kate Rahbani | El Monte, CA | $2,700 | | | $2,700 | 2/15/15 | | | |
| 95 | 3/3/15 | Lindsey Graham 2016 | Lucy Rao | El Monte, CA | $2,700 | | | $2,700 | 2/15/15 | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | 3/3/15 | Lindsey Graham 2016 | Mohammad Rahbani | El Monte, CA | $2,700 | | | $2,700 | 2/15/15 | | | |
| 97 | 3/3/15 | Lindsey Graham 2016 | Sam Jauhari | El Monte, CA | $2,700 | | | $2,700 | 2/15/15 | | | |
| 98 | 3/9/15 | Eliot Engel | Asifa Zuberi | S El Monte, CA | | $2,700 | | $5,400 | | | | |
| 99 | 3/9/15 | Eliot Engel | Asifa Zuberi | S El Monte, CA | | $2,700 | " | | | | | |
| 100 | 3/21/15 | Kamala Harris | Asifa Zuberi | El Monte, CA | | $2,700 | | $5,400 | | | | |
| 101 | 3/21/15 | Kamala Harris | Asifa Zuberi | El Monte, CA | | $2,700 | " | | | | | |
| 102 | 3/22/15 | Keith Ellison | Asifa Zuberi | El Monte, CA | | $2,700 | | $5,400 | | | | |
| 103 | 3/22/15 | Keith Ellison | Asifa Zuberi | El Monte, CA | | $2,700 | " | | | | | |
| 104 | 4/12/15 | Hillary for America | Asifa Zuberi | El Monte, CA | | $2,700 | | $2,700 | | | | |
| 105 | 4/14/15 | Hillary for America | Samera Al Rayes | Frisco, TX | $2,700 | | | Foreign | | | | |
| 106 | 4/19/15 | Hillary for America | Mohammad Rahbani | London | $2,700 | | | Foreign | | | | |
| 107 | 5/5/15 | Hillary for America | Kateryna Pyatybratova | | $2,700 | | Valid cc (KP) | $2,700 | | ATM Cash Deposit | $2,500 | 05/04/15 |
| 108 | 5/5/15 | Hillary for America | Laila Hilal | London | $2,700 | | Valid cc (LH) | Foreign | | | | |
| 109 | 5/17/15 | Hillary for America | Michael Mische | Los Angeles, CA | $1,350 | | Valid cc (MM) | $2,700 | 5/17/15 | | $1,350 | 6/1/15 |
| 110 | 5/27/15 | Eliot Engel | Kate Rahbani | S El Monte, CA | $5,400 | | | $5,400 | 5/27/15 | | | |
| 111 | 6/12/15 | O'Malley for President | Asifa Zuberi | El Monte, CA | | $2,700 | | $2,700 | 6/12/15 | | | |
| 112 | 10/22/15 | Hillary Victory Fund | Imaad Zuberi | | $100,000 | | | $100,000 | 10/26/15 | GFT Wire | $100,200 | 2/11/16 |
| 113 | 12/16/15 | Patrick Murphy | Asifa Zuberi | S El Monte, CA | | $2,700 | | $5,400 | | | | |
| 114 | 12/16/15 | Patrick Murphy | Asifa Zuberi | S El Monte, CA | | $2,700 | " | | | | | |
| 115 | 4/14/16 | Hillary Victory Fund | Imaad Zuberi | El Monte, CA | $35,000 | | | $100,000 | 4/14/16 | Guzel check | $35,000 | 04/22/16 |
| 116 | 9/28/16 | Team Graham Inc | Sam Jauhari | S. El Monte, CA | $400 | | | $400 | | | | |
| 117 | 9/28/16 | Team Graham Inc | Kate Rahbani | London | $2,700 | | | $5,400 | | | | |
| 118 | 9/28/16 | Team Graham Inc | Rahbani Rahbani | London | $2,700 | | " | | | | | |
| 119 | 9/28/16 | Team Graham Inc | Mohammad Rahbani | London | $2,700 | | | $5,400 | | | | |
| 120 | 9/28/16 | Team Graham Inc | Mohammad Rahbani | London | $2,700 | | " | | | | | |
| 121 | 9/28/16 | Team Graham Inc | Fahad Rahbani | London | $2,700 | | | $5,400 | | | | |
| 122 | 9/28/16 | Team Graham Inc | Fahad Rahbani | London | $2,700 | | " | | | | | |
| 123 | 10/26/16 | Person for Congress | Kate Rahbani | El Monte, CA | $2,700 | | | $2,700 | | | | |
| 124 | 10/28/16 | Steve Knight for Congress | Asifa Zuberi | S. El Monte, CA | | $2,700 | | $2,700 | | | | |
| 125 | Totals | | | | $628,558 | $146,000 | | | | | | |

Exhibit 4

## Nate Brown

| | |
|---|---|
| **From:** | OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov> |
| **Sent:** | Thursday, December 19, 2019 4:21 PM |
| **To:** | Thomas P. O'Brien; Ivy A. Wang; Evan J. Davis |
| **Cc:** | Fernandez, Elisa (USACAC); Jenkins, Mack (USACAC) |
| **Subject:** | Zuberi FECA Evidence |
| **Attachments:** | Foreign Contributions Sourced.121819.xlsx; Zuberi_FECA Violations.121919.xlsx |

Hi, all.

I am mailing you today a DVD containing evidence relating to the FECA issues the parties agreed to litigate.  The password for the DVD is: PassWord2019!

I also attach two spreadsheets summarizing the evidence pertaining to the FECA violations.

The "Foreign Contributions Sourced" shows FECA contributions made by Zuberi that were sourced from overseas wires.
Columns A through E is information obtained from the FEC website (https://www.fec.gov/data/receipts/individual-contributions/?two_year_transaction_period=2020&min_date=01%2F01%2F2019&max_date=12%2F31%2F2020).
Columns F through H is evidence obtained from financial accounts (mostly Zuberi's and Rao's credit cards) that show how the FECA contributions were initially made.
Columns I through J show advances or reimbursements from Gulf Facilities Trading, a Kuwaiti corporation, that funded Zuberi's payments.  GFT is owned by Samera Al Reyes, a foreign national.  Samera is the spouse of Sam Jauhari who caused the transfers to be made at Zuberi's request.
Columns K through L show advances or reimbursements from SAFID, a Saudi corporation, that funded some of the GFT wire transfers.  SAFID is owned by Mohammad Rahbani, a foreign national.
Columns O through R sort amounts that were either valid FECA contributions, FECA crimes paid directly by the prohibited source but solicited by Zuberi,  FECA crimes paid by Zuberi, and fraudulent conversions of money by Zuberi that were intended as contributions, but stolen by Zuberi.
[Column R is also relevant to the issue whether a portion of defendant's unreported income were proceeds of criminal activity.]
Column S is a comments section where I explain some things.

The "Zuberi FECA Violations" Spreadsheet shows verified FECA violations committed by Zuberi, both foreign sourced and domestic.
Columns A through F is information from FEC records.
[Note: Column F lists those violations involving Asifa Zuberi and Esam Janahi.  They are separated out because of the more complex analysis required.  The unbolded contributions that total $17,700 came from either Asifa's account or a joint accounts in both their names have been backed out of the total.  The Janahi contribution is not corroborated by a specific financial records.  The government is relying on emails from Zuberi to Janahi and Rangachari referenced in the comments section, in which Zuberi admits that Janahi paid for a $25,000 contribution to Virginia Governor Terry McAuliffe as well as the larger flow of money from Janahi to Zuberi over the relevant time period.]
Columns G through I is evidence obtained from financial accounts (mostly Zuberi and Rao credit cards) that show how the FECA contributions were initially made.
Columns J through L show advances or reimbursements, per various bank records, that funded some of the payments.
Column M is a comments section where I highlight some supposedly exculpatory information obtained from two witnesses, Kateryna Pyatybratova and Khurram Mirza.

I've tried to distill the evidence down to its essential elements so as not to deluge you with redundant and irrelevant information.  If there is something else you wish to access, please let me know.

Best,

--Dan

# Exhibit 5

 

IMAAD S ZUBERI


| | Customer Number | Starting Date | Ending Date | Branch |
|---|---|---|---|---|
| | ■ | 09/01/2012 | 09/30/2012 | 130 |

You can now apply for an auto loan online or on the phone anytime, day or night, seven days a week. Best of all, you'll have an answer in just two minutes! Apply online at www.USCcreditunion.org or by calling 213/821-7100 and choosing option 7.

**PRIME SHARE** (ID 00)

| | |
|---|---|
| Balance Forward | $53.22 |
| + 1 Dividend | $0.03 |
| Ending Balance | $53.25 |

Transaction Detail

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $53.22 |
| 09/30/2012 | Deposit Dividend DIVIDENDS | | $0.03 | $53.25 |
| 09/30/2012 | Annual Percentage Yield Earned 0.22% from 07/01/2012 to 09/30/2012 | | | |
| | Ending Balance | | | $53.25 |
| | Dividends Paid YTD $0.07 | | | |
| | Dividends Paid 2011 $0.12 | | | |

**CARDINAL CHECKING** (ID 25)

| | |
|---|---|
| Balance Forward | $10,045.31 |
| - 20 Withdrawals | $109,294.86 |
| + 10 Deposits | $134,240.16 |
| Ending Balance | $34,990.61 |

Transaction Detail

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $10,045.31 |
| 09/04/2012 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $1,051.52- | | $8,993.79 |
| 09/04/2012 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $8,000.00- | | $993.79 |
| 09/04/2012 | Withdrawal ACH CHASE TYPE: EPAY CO: CHASE | $767.93- | | $225.86 |
| 09/08/2012 | Deposit at ATM #000000005331 | | $1,760.00 | $1,985.86 |

| Date | Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | ATM USC CREDIT UNION 1025 W 34TH ST LOS ANGELES CA | | | |
| 09/08/2012 | Deposit at ATM #000000005332<br>ATM USC CREDIT UNION 1025 W 34TH ST LOS ANGELES CA | | $21.21 | $2,007.07 |
| 09/08/2012 | Deposit at ATM #000000005333<br>ATM USC CREDIT UNION 1025 W 34TH ST LOS ANGELES CA | | $3.27 | $2,010.34 |
| 09/08/2012 | ATM INQ USC CREDIT UNION 1025 W 34TH ST | | | |
| 09/08/2012 | LOS ANGELES CA | | | |
| 09/11/2012 | Deposit Transfer From Loan 60 | | $2,000.00 | $4,010.34 |
| 09/11/2012 | Withdrawal ACH AMEX EPayment<br>TYPE: ACH PMT DATA: ER AM<br>CO: AMEX EPayment | $2,311.85- | | $1,698.49 |
| 09/11/2012 | Withdrawal ACH CHASE<br>TYPE: EPAY CO: CHASE | $125.50- | | $1,572.99 |
| 09/12/2012 | Deposit Transfer From Loan 60 | | $5,800.00 | $7,372.99 |
| 09/12/2012 | Withdrawal ACH AMEX EPayment<br>TYPE: ACH PMT DATA: ER AM<br>CO: AMEX EPayment | $5,800.00- | | $1,572.99 |
| 09/26/2012 | Withdrawal ACH AMEX EPayment<br>TYPE: ACH PMT DATA: ER AM<br>CO: AMEX EPayment | $816.57- | | $756.42 |
| 09/26/2012 | Deposit Transfer From Loan 60 | | $3,200.00 | $3,956.42 |
| 09/26/2012 | Withdrawal ACH AMEX EPayment<br>TYPE: ACH PMT DATA: ER AM<br>CO: AMEX EPayment | $3,943.00- | | $13.42 |
| 09/27/2012 | Withdrawal Home Banking Transfer To Loan 60<br>Internet Home Banking Transfer | $13.00- | | $0.42 |
| 09/27/2012 | Deposit<br>WIRE IN F | | $40,459.48 | $40,459.90 |
| 09/27/2012 | Withdrawal<br>INCOMING WIRE FEE | $10.00- | | $40,449.90 |
| 09/27/2012 | Deposit<br>WIRE IN F | | $40,480.00 | $80,929.90 |
| 09/27/2012 | Withdrawal<br>INCOMING WIRE FEE | $10.00- | | $80,919.90 |
| 09/27/2012 | Deposit<br>WIRE IN F | | $40,480.00 | $121,399.90 |
| 09/27/2012 | Withdrawal<br>INCOMING WIRE FEE | $10.00- | | $121,389.90 |
| 09/27/2012 | Withdrawal Home Banking Transfer To Loan 60<br>Internet Home Banking Transfer | $11,000.00- | | $110,389.90 |
| 09/27/2012 | Withdrawal Home Banking Transfer To Loan 60<br>Internet Home Banking Transfer | $4.58- | | $110,385.32 |
| 09/27/2012 | Withdrawal by Check | $19,005.00- | | $91,380.32 |
| 09/27/2012 | Withdrawal by Check | $25,005.00- | | $66,375.32 |
| 09/27/2012 | Deposit by Check | | $36.20 | $66,411.52 |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 09/27/2012 | Withdrawal | $5,000.00- | $61,411.52 |
| 09/28/2012 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $118.00- | $61,293.52 |
| 09/28/2012 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $25,000.00- | $36,293.52 |
| 09/28/2012 | Withdrawal ACH CHASE TYPE: EPAY CO: CHASE | $1,302.91- | $34,990.61 |
|  | Ending Balance |  | $34,990.61 |
|  | Dividends Paid YTD $0.00 |  |  |
|  | Dividends Paid 2011 $0.00 |  |  |

|  | Total for this Period | Total Year-to-Date | Total Last Year |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $48.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $24.00 |

## VAR RATE PLOC (PRIME+2%) PRFRD   (ID 60)

| Balance Forward |  | $0.00 |
|---|---|---|
| - 3 | Payments | $11,017.58 |
| + 2 | Interest Charges | $17.58 |
| - 2 | Principal Payments | $11,000.00 |
| Ending Balance |  | $0.00 |

### Transaction Detail

| Date | Description | Principal | Amount | Balance |
|---|---|---|---|---|
|  | Annual Percentage Rate 5.25% |  |  |  |
|  | The rate shown above is variable and is subject to change |  |  |  |
| 09/01/2012 | Balance Forward |  |  | $0.00 |
| 09/11/2012 | Loan Advance Transfer To Share 25 | $2,000.00 | $2,000.00 | $2,000.00 |
| 09/12/2012 | Loan Advance Transfer To Share 25 | $5,800.00 | $5,800.00 | $7,800.00 |
| 09/26/2012 | Loan Advance Transfer To Share 25 | $3,200.00 | $3,200.00 | $11,000.00 |
| 09/27/2012 | Payments Home Banking Transfer From Share 25 Internet Home Banking Transfer |  | $13.00- | $11,000.00 |
| 09/27/2012 | Payments Home Banking Transfer From Share 25 Internet Home Banking Transfer | $10,995.42- | $11,000.00- | $4.58 |
| 09/27/2012 | Payments Home Banking Transfer From Share 25 Internet Home Banking Transfer | $4.58- | $4.58- | $0.00 |
| 09/30/2012 | Ending Balance |  |  | $0.00 |
|  | Credit Limit $20,000.00 |  |  |  |
|  | Credit Available $20,000.00 |  |  |  |
|  | Interest Paid YTD $310.16 |  |  |  |

Interest Paid 2011 $296.90

*Interest Charge Calculation:

The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

### FEES

| Post Description | Amount |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

### INTEREST CHARGED

| Description | Amount |
|---|---|
| Interest Charge on Loan 60 - VAR RATE PLOC (PRIME+2%) PRFRD | $17.58 |
| TOTAL INTEREST FOR THIS PERIOD | $17.58 |

#### 2012 Totals Year-To-Date

| | |
|---|---|
| Fees Charged YTD | $13.01 |
| Interest Charged YTD | $310.16 |

## Summary

### Year to Date Totals

| | |
|---|---|
| Dividends Paid YTD | $0.07 |
| Dividends Paid 2011 | $0.12 |
| Interest Paid YTD | $310.16 |
| Interest Paid 2011 | $296.90 |

# Exhibit 6



**IMAAD S ZUBERI**

| Customer Number | Starting Date | Ending Date | Branch |
|---|---|---|---|
| | 05/01/2013 | 05/31/2013 | 130 |

You can now apply for an auto loan online or on the phone anytime, day or night, seven days a week. Best of all, you'll have an answer in just two minutes! Apply online at www.USCcreditunion.org or by calling 213/821-7100 and choosing option 7.

## PRIME SHARE  (ID 00)

| | | |
|---|---|---|
| Balance Forward | | $53.30 |
| Ending Balance | | $53.30 |

**Transaction Detail**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $53.30 |
| | Ending Balance | | | $53.30 |
| | Dividends Paid YTD $0.02 | | | |
| | Dividends Paid 2012 $0.10 | | | |

## CARDINAL CHECKING  (ID 25)

| | | |
|---|---|---|
| Balance Forward | | $3.18 |
| - 22 Withdrawals | | $90,163.64 |
| - 13 Checks | | $172,386.73 |
| + 11 Deposits | | $381,020.00 |
| Ending Balance | | $118,472.81 |

**Transaction Detail**

| Date | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|
| | Balance Forward | | | $3.18 |
| 05/02/2013 | Withdrawal Overdrawn 000151 In the amount $75,000.00. | $24.00- | | $20.82- |
| 05/03/2013 | Deposit Transfer From Loan 60 | | $5,100.00 | $5,079.18 |
| 05/03/2013 | Draft 000126 Tracer 10012900 | $5,000.00- | | $79.18 |
| 05/06/2013 | Deposit INCOMING WIRE | | $40,480.00 | $40,559.18 |
| 05/06/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $40,549.18 |
| 05/06/2013 | Deposit INCOMING WIRE | | $39,980.00 | $80,529.18 |
| 05/06/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $80,519.18 |

| Date | Description | Debit | Credit | Balance |
|---|---|---:|---:|---:|
| 05/06/2013 | Deposit INCOMING WIRE | | $40,480.00 | $120,999.18 |
| 05/06/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $120,989.18 |
| 05/06/2013 | Deposit INCOMING WIRE | | $40,480.00 | $161,469.18 |
| 05/06/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $161,459.18 |
| 05/06/2013 | Draft 000129 Tracer 10061420 | $2,500.00- | | $158,959.18 |
| 05/06/2013 | Draft 002170 Tracer 10050320 | $4,000.00- | | $154,959.18 |
| 05/07/2013 | Draft 002102 Tracer 10020120 | $500.00- | | $154,459.18 |
| 05/08/2013 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $838.50- | | $153,620.68 |
| 05/08/2013 | Deposit INCOMING WIRE | | $39,980.00 | $193,600.68 |
| 05/08/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $193,590.68 |
| 05/08/2013 | Draft 000131 Tracer 10042020 | $346.73- | | $193,243.95 |
| 05/09/2013 | Draft 002171 Tracer 10020470 | $5,000.00- | | $188,243.95 |
| 05/09/2013 | Draft 002172 Tracer 10040920 | $5,000.00- | | $183,243.95 |
| 05/10/2013 | Draft 002107 Tracer 10030830 | $5,000.00- | | $178,243.95 |
| 05/10/2013 | Draft 002101 Tracer 10031350 | $20,000.00- | | $158,243.95 |
| 05/13/2013 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $56.87- | | $158,187.08 |
| 05/13/2013 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $26,222.98- | | $131,964.10 |
| 05/13/2013 | Withdrawal ACH CHASE TYPE: EPAY CO: CHASE | $60.00- | | $131,904.10 |
| 05/13/2013 | Draft 002111 Tracer 10041070 | $25,000.00- | | $106,904.10 |
| 05/15/2013 | Withdrawal at ATM #00681815 ATM MBU0052-JW MARRIOT DUBAI AE | $409.21- | | $106,494.89 |
| 05/15/2013 | Withdrawal ATM Fee ATM MBU0052-JW MARRIOT DUBAI AE | $1.00- | | $106,493.89 |
| 05/16/2013 | Withdrawal at ATM #00856416 ATM MBU2202-DXB MALL BRANC DUBAI AE | $272.81- | | $106,221.08 |
| 05/16/2013 | Withdrawal ATM Fee ATM MBU2202-DXB MALL BRANC DUBAI AE | $1.00- | | $106,220.08 |
| 05/16/2013 | Draft 000130 Tracer 10030530 | $40.00- | | $106,180.08 |
| 05/23/2013 | Withdrawal ACH AMEX EPayment TYPE: ACH PMT DATA: ER AM CO: AMEX EPayment | $43,762.27- | | $62,417.81 |
| 05/23/2013 | Deposit Transfer From Loan 60 | | $12,600.00 | $75,017.81 |
| 05/23/2013 | Draft 000151 Tracer 10023010 | $75,000.00- | | $17.81 |

| Date | Description | Amount | Deposit | Balance |
|---|---|---|---|---|
| 05/27/2013 | Withdrawal Transfer To Loan 60 | $17.81- | | |
| 05/28/2013 | Deposit INCOMING WIRE | | $40,480.00 | $40,480.00 |
| 05/28/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $40,470.00 |
| 05/28/2013 | Deposit INCOMING WIRE | | $40,480.00 | $80,950.00 |
| 05/28/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $80,940.00 |
| 05/29/2013 | Withdrawal Transfer To Loan 60 | $7.19- | | $80,932.81 |
| 05/29/2013 | Withdrawal Home Banking Transfer To Loan 60 Internet Home Banking Transfer | $18,400.00- | | $62,532.81 |
| 05/30/2013 | Deposit INCOMING WIRE | | $40,480.00 | $103,012.81 |
| 05/30/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $103,002.81 |
| 05/30/2013 | Deposit INCOMING WIRE | | $40,480.00 | $143,482.81 |
| 05/30/2013 | Withdrawal INCOMING WIRE FEE | $10.00- | | $143,472.81 |
| 05/30/2013 | Draft 000152 Tracer 10022390 | $25,000.00- | | $118,472.81 |
| | Ending Balance | | | $118,472.81 |
| | Dividends Paid YTD $0.00 | | | |
| | Dividends Paid 2012 $0.00 | | | |

Checks (13 In Order)

| No | Date | Amount | No | Date | Amount | No | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 126 | 05/03/2013 | $5,000.00 | 152 | 05/30/2013 | $25,000.00 | 2170 | 05/06/2013 | $4,000.00 |
| 129 | 05/06/2013 | $2,500.00 | 2101 | 05/10/2013 | $20,000.00 | 2171 | 05/09/2013 | $5,000.00 |
| 130 | 05/16/2013 | $40.00 | 2102 | 05/07/2013 | $500.00 | 2172 | 05/09/2013 | $5,000.00 |
| 131 | 05/08/2013 | $346.73 | 2107 | 05/10/2013 | $5,000.00 | | | |
| 151 | 05/23/2013 | $75,000.00 | 2111 | 05/13/2013 | $25,000.00 | | | |

| | Total for this Period | Total Year-to-Date | Total Last Year |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $24.00 | $48.00 |
| Total Returned Item Fees | $24.00 | $24.00 | $0.00 |

## VAR RATE PLOC (PRIME+2%) PRFRD    (ID 60)

| | | |
|---|---|---|
| Balance Forward | | $700.00 |
| - 3 | Payments | $18,425.00 |
| + 3 | Interest Charges | $32.86 |
| - 1 | Principal Payment | $18,392.14 |
| Ending Balance | | $7.86 |

Transaction Detail

| Date | Description | Principal | Amount | Balance |
|---|---|---|---|---|
| | Annual Percentage Rate 5.25% | | | |
| | The rate shown above is variable and is subject to change | | | |
| 05/01/2013 | Balance Forward | | | $700.00 |
| 05/03/2013 | Loan Advance Transfer To Share 25 | $5,100.00 | $5,100.00 | $5,800.00 |
| 05/23/2013 | Loan Advance Transfer To Share 25 | $12,600.00 | $12,600.00 | $18,400.00 |
| 05/27/2013 | Payments Transfer From Share 25 | | $17.81- | $18,400.00 |
| 05/29/2013 | Payments Transfer From Share 25 | | $7.19- | $18,400.00 |
| 05/29/2013 | Payments Home Banking Transfer From Share 25 Internet Home Banking Transfer | $18,392.14- | $18,400.00- | $7.86 |
| 05/31/2013 | Ending Balance | | | $7.86 |

Credit Limit $20,000.00

Credit Available $19,992.14

Payment of $7.86 is due on 07/26/13

Total Amount Due  $7.86

Interest Paid YTD $39.15

Interest Paid 2012 $310.16

*Interest Charge Calculation:

The balance used to compute interest is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made.

### FEES

| Post Description | Amount |
|---|---|
| TOTAL FEES FOR THIS PERIOD | $0.00 |

### INTEREST CHARGED

| Description | Amount |
|---|---|
| Interest Charge on Loan 60 - VAR RATE PLOC (PRIME+2%) PRFRD | $32.86 |
| TOTAL INTEREST FOR THIS PERIOD | $32.86 |

#### 2013 Totals Year-To-Date

| | |
|---|---|
| Fees Charged YTD | $0.00 |
| Interest Charged YTD | $39.15 |

### Summary

Year to Date Totals

| | |
|---|---|
| Dividends Paid YTD | $0.02 |
| Dividends Paid 2012 | $0.10 |
| Interest Paid YTD | $39.15 |
| Interest Paid 2012 | $310.16 |