# Exhibit 12



Google

"imaad zuberi" "spouse"

Sign i

- All
- News
- Images
- Videos
- Maps
- More

Settings    Tools

About 266 results (0.32 seconds)

www.ancestry.com › search › categories › bmd_marriage › name=Im...
### Imaad Zuberi - Ancestry.com
Results 1 - 20 of 59 - Name. **Imaad Zuberi**. **Spouse**. Gloria Wu. Marriage. dd mm year Clark ... Name. Earl I Zuber. **Spouse**. Lexa Cochrum. Birth. abt year. Marriage.

www.ancestry.com › search › categories › name=Imaad_Zuberi
### Imaad Zuberi - Ancestry.com
Results 1 - 20 of 263 - **Imaad Zuberi**. **Spouse**. Gloria Wu. Marriage. dd mm year Clark ... **Spouse**. Muznat Parvin. Marriage. mm year city, Greater London, United ...

www.ancestry.com.au › search › categories › name=Imaad_Zuberi
### Imaad Zuberi - Ancestry.com
Results 1 - 20 of 398063 - All Family Trees results for **Imaad Zuberi**. Edit Search ... **Spouse**, sarwat Fatima (Died year) ... **Spouse**, 1944) ‎צבי צימבליסטה‎-year) ...

cdn.cnn.com › cnn › images › zuberi.sdny.pdf  ▼  PDF
### 20 CRIM. - CNN.com
Jan 7, 2020 - At all relevant times, **IMAAD ZUBERI**, the defendant, ... of his **spouse**, and the name of his venture capital firm, Avenue. Ventures, to various ...

www.ancestry.ca › search › collections › name=Imaad_Zuberi
### Imaad Zuberi - Ancestry.com
Results 1 - 20 of 365962 - All Public Member Trees results for **Imaad Zuberi** ... **Spouse**, sarwat Fatima (Died year) ... **Spouse**, 1944) ‎צבי צימבליסטה‎-year) ...

lawandcrime.com › high-profile › trump-inaugural-committee-donor-...
### Imaad Shah Zuberi to Plead Guilty to Multiple Federal Crimes ...
Oct 22, 2019 - ... name or that of his **spouse**, to various Democratic and Republican federal election campaigns, and Presidential Inauguration Committees.

westvirginia.forums.rivals.com › ... › Off-Topic Discussion Board
### shew... Imaad Zuberi, Clinton/Zero contributor... pleads GUILTY ...
Oct 22, 2019 - 7 posts - 3 authors
Clinton/Obama-Tied Campaign Fundraiser **Imaad Zuberi** Agrees To ... than $5.65 million of that money to the benefit of himself and his **spouse**.

accesswdun.com › article › 2019/11
### Federal prosecutors weighing new charges against Trump ...
Nov 21, 2019 - The donor, **Imaad Zuberi,** is already charged in a separate case in Los ... 'purity tests' in Democratic primary · Military same-sex **spouse** denied ...

www.texomashomepage.com › news › national › military-same-sex-spo...
### Military same-sex spouse denied Alaska oil check sues ...
Nov 21, 2019 - Military same-sex **spouse** denied Alaska oil check sues ... Prosecutors also revealed new allegations that the donor, **Imaad Zuberi**, acted as an ...

www.pressreader.com › sri-lanka › sunday-times-sri-lanka › page
### Sunday Times (Sri Lanka): 2019-10-27 - PressReader
Oct 27, 2019 - He then relayed most of the funds into the **Imaad Zuberi**/WR Bank of ... to the benefit of defendant Zuberi and his **spouse**," the case file states.

1 **2** **3** **4** **5** **6** **7** **8** **9** **10**   Next

**Los Angeles, California** - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms