TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail:   evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>REDACTED DECLARATION OF DANIEL J. O'BRIEN IN SUPPORT OF SENTENCING POSITION RE OBSTRUCTION OF JUSTICE; REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #53) PER COURT'S ORDER DATED 2/9/17 |