Case 2:19-cr-00642-VAP Document 387 Filed 10/21/20 Page 1 of 4 Page ID #:457

# EXHIBIT 7

[06:03, 1/16/2019] imaad zuberi: 👍

[04:37, 1/24/2019] imaad zuberi: Weber are you?

[04:38, 1/24/2019] ▮: in the plane to Kuwait From Nigeria

[04:38, 1/24/2019] ▮ i am not going to be in Dubai

[04:39, 1/24/2019] ▮: i have been in Nigeria and i miss my grand kids badly. i am chicken it out

[18:01, 2/1/2019] imaad zuberi: "Never against each other"—China and Russia have put aside longstanding tensions to cooperate and counter the U.S.

https://www.wsj.com/articles/the-new-beijing-moscow-axis-11549036661?emailToken=a735297b1f78d220f2d2b2c594ffb926ieEFwjSPFDtW0q8MPE+wTL69Gk3gNkyLwKiFXAHQxP3al9gRhRD2xCXJCmIW8jgGm9f1/SvejXWZszYuMmGqeA%3D%3D&reflink=article_whatsapp_share

[04:50, 2/7/2019] ▮ hi

[04:50, 2/7/2019] ▮ how are you

[04:50, 2/7/2019] ▮ what is going on

[04:51, 2/7/2019] ▮ i just read in the that you are getting prod

[07:42, 2/12/2019] imaad zuberi: You interested in this Pizza from China for GCC master franchise? I am an investor. Even Pizza Express is now Chinese owned

[07:44, 2/12/2019] ▮ are you serious

[07:47, 2/12/2019] imaad zuberi: In Los Angeles coming on Friday

[07:48, 2/12/2019] ▮: to where

[07:49, 2/12/2019] imaad zuberi: Dubai

[07:49, 2/12/2019] ▮: are you sure

[07:49, 2/12/2019] imaad zuberi: Inshallah

[07:50, 2/12/2019] ▮: i like Inshallah

[07:50, 2/12/2019] imaad zuberi: 🙈

[08:15, 2/13/2019] imaad zuberi: US quickly losing status around the world

US sole global economic superpower until 2035: Chinese state-owned think tank

https://sc.mp/1sop7j

[14:19, 2/19/2019] imaad zuberi: I am in China. Going to Dubai on Friday. Where are you?

CONFIDENTIAL ▮_00010158

[14:19, 2/19/2019] imaad zuberi: This is confirmed plan inshallah

[14:39, 2/19/2019] imaad zuberi: Please call me when you can

[21:11, 2/21/2019] ▇: hi

[21:11, 2/21/2019] ▇: where are you

[21:23, 2/21/2019] imaad zuberi: I will get to Dubai tomorrow evening

[21:24, 2/21/2019] ▇: FBI came to Brother's house asking about me and my wife

[21:24, 2/21/2019] imaad zuberi: I will call you when I land

[21:24, 2/21/2019] ▇: ok

[21:24, 2/21/2019] imaad zuberi: Can you come to Dubai tomorrow or Saturday?

[21:25, 2/21/2019] ▇: i might have to come

[21:25, 2/21/2019] imaad zuberi: We will get you lawyer before you do anything

[21:25, 2/21/2019] ▇ when you are leaving Dubai

[21:26, 2/21/2019] imaad zuberi: Sunday morning

[21:26, 2/21/2019] ▇: i thought monday morning

[21:26, 2/21/2019] imaad zuberi: I will leave early because now I have to take care of this stuff

[21:26, 2/21/2019] ▇: i will try to come Saturday afternoon

[08:44, 2/22/2019] imaad zuberi: Please call

[14:10, 2/22/2019] imaad zuberi: I will get room for you for tomorrow at same hotel as me

[14:23, 2/22/2019] ▇: i had already booked a room in other hotel

[14:56, 2/22/2019] imaad zuberi: I booked one for you as well we can decide tomorrow when you arrive

[08:18, 2/23/2019] imaad zuberi: Please call

[08:18, 2/23/2019] ▇: i can not

[08:21, 2/23/2019] imaad zuberi: Can I call you?

[08:22, 2/23/2019] imaad zuberi: When can you call?

[08:25, 2/23/2019] imaad zuberi: Please call me

[08:27, 2/23/2019] imaad zuberi: Please call me please

[09:21, 2/23/2019] imaad zuberi: Please call me when you are out of ICU

[09:21, 2/23/2019] imaad zuberi: Sorry to hear about your friend

[09:44, 2/23/2019] ▇: i will

CONFIDENTIAL

[05:07, 2/24/2019] imaad zuberi: Please call me

[05:09, 2/24/2019] imaad zuberi: How is your friend?

I am boarding for Los Angeles I will call when I land

[07:31, 2/24/2019] ▇: he is still in the ICU

[09:52, 2/24/2019] imaad zuberi: How old is he?

[11:17, 2/24/2019] imaad zuberi: You don't want to reply to me?

[11:42, 2/24/2019] ▇ 59

[22:59, 2/24/2019] imaad zuberi: I am back in Los Angeles. Please let me k ow when we can talk?

[17:18, 2/26/2019] imaad zuberi: Call me

[17:18, 2/26/2019] imaad zuberi: You are online

[22:32, 4/23/2019] imaad zuberi: You called?

[22:32, 4/23/2019] imaad zuberi: I am on plane

CONFIDENTIAL ▇_00010160