# EXHIBIT 9

**From:** Rsweeney
**Sent:** Sunday, October
**To:** Arun Rangachari
**Subject:** Re: US Cares

Sure

On Oct 16, 2016, at 00:40, Arun Rangachari <■■■@darworld.com> wrote:

> Can we talk now?
>
> On Skype?
>
> Thanks
>
> Arun
>
> Sent from my iPhone
>
> On 16-Oct-2016, at 11:39 AM, Rsweeney <■■■@yahoo.com> wrote:
>
>> Exceedingly well written. I do not think it will have much effect, unfortunately, but it clearly states your position.
>>
>> What time would you like to talk?
>>
>> On Oct 15, 2016, at 23:39, Arun Rangachari <■■■i@darworld.com> wrote:
>>
>>> FYI email sent to Imaad...can we talk later today?
>>>
>>> Sent from my iPhone
>>>
>>> Begin forwarded message:
>>>
>>>> From: Arun Rangachari <■■■@darworld.com>
>>>> Date: 16 October 2016 at 10:38:39 AM GMT+4
>>>> To: imaad zuberi <■■■@mindspring.com>
>>>> Cc: ■■■@AvenueVenture.com
>>>> Subject: US Cares

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

Dear Imaad,

It has been a long time since we spoke or met and I hope you are well. I was awaiting your call back the last time we spoke but I guess you got busy with the elections.

I am writing to you with regard to US Cares. It has been more than three years since I invested approximately USD 2 million in the project. I understand the fact that due to various reasons, some of them beyond our control, the project hasn't materialised.

I would therefore suggest that we dissolve the company and refund the balance to the various shareholders in the ratio of their respective shareholding. As far as I know, the only major expense incurred by the company has been legal fees to file the application with the Treasury Department as well as company incorporation expenses.

I am under tremendous financial pressure on various counts and I am counting on easing some of this through this process.

Looking forward to hearing from you at the earliest.

Thanks & Regards

Arun Rangachari

Sent from my iPhone

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

| | |
|---|---|
| From: | Arun Rangachari |
| Sent: | Monday, October 31, 2016 5:47 AM PDT |
| To: | Rsweeney |
| Subject: | FW: Promissory note |
| Attachments: | AmericaCares LLC_81509964_4_.pdf |

This is moot as we have already received email conformation that he has received the USD 1.75 million.

Thanks

Arun

From: "███████@mindspring.com" <███████@mindspring.com>
Date: Friday, 6 December 2013 9:43 PM
To: Arun Rangachari <███████i@darworld.com>, 'Arun Gmail' <███████@gmail.com>
Subject: Promissory note

Hello Arun-

Here is the promissory note for you to sign for the remainder of the $1,250,000 after you wire $500,000 this Monday. Please make sure the deadlines are met because we have lot of interest from other people. My huys are asking me why I am holding place for you when we have people ready to invest today.

Thanks
imaad



Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

From: Arun Rangachari
Sent: Monday, October 31, 2016 5:43 AM PDT
To: Rsweeney
Subject: FW: Deposits

The confirmation from Avene Ventures on the monies received...USD 1.75 million

From: <████@avenueventure.com>
Date: Thursday, 26 December 2013 10:57 AM
To: Arun Rangachari ████@darworld.com>
Cc: "████@mindspring.com" <████@mindspring.com>
Subject: RE: Re: Deposits

Hello Arun and Imaad-

UAE 1,800,000 + UAE 900,000 = UAE 2,700,000 is US$ 735,073.9158 by exchange rate of our bank as well as exchange rate in Dubai. The exchange rate we are getting is UAE 3.67 = US$ 1. US$ 735,073 is $14,927 short of US$ 750,000.

Thanks
Renee

--------- Original Message ---------
Subject: Re: Deposits
From: "Arun Rangachari" ████@darworld.com>
Date: 12/25/13 2:42 am
To: "Renee Wu" <████@avenueventure.com>
Cc: "imaad zuberi - Mindspring" ████@mindspring.com>

Hi Renne,

It is a million dollars into his Bank of America account and USD 750 k into his emirates nbd account.

Thanks

Arun

Sent from my iPhone

On 25-Dec-2013, at 12:14 pm, Renee Wu <████@avenueventure.com> wrote:

> Imaad told me you have wired or deposited $1.75 million into EmiratesNBD and Bank of America accounts. Can you please email me how much you deposited in each account?

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

There have been many deposits into these accounts recently, I want to make sure we associate those deposits and wires to you.

Thanks
Renee

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

---

**From:** Arun Rangachari
**Sent:** Monday, October 31, 2016 5:44 AM PDT
**To:** Rsweeney
**Subject:** FW: Deposits

---

Again a conformation...

---

**From:** '██████@mindspring.com" <██████@mindspring.com>
**Date:** Thursday, 26 December 2013 1:45 AM
**To:** Arun Rangachari ██████@darworld.com>
**Cc:** 'Renee Wu' <██████@avenueventure.com>
**Subject:** RE: Deposits

We have two deposits of AED 1,800,000 + AED 900,000 = AED 2.7 million for you. Can you confirm this AED 2.7 million is from you?

imaad

---

**From:** imaad zuberi [mailto:██████@mindspring.com]
**Sent:** Wednesday, December 25, 2013 1:42 PM
**To:** 'Arun Rangachari'
**Cc:** 'Renee Wu'
**Subject:** RE: Deposits

Hello Arun-

We got $1 million into the Bank of America. This is confirmed and verified.

For the $750,000 in deposits in AED, we got high number of deposits in EmiratesNBD, when we take them apart and reconcile all the deposits we get AED 2.7 million for you. Would this be correct? What is the AED to US$ conversion because we need repatriate the $750,000 to USCares here.

Thanks
imaad

---

**From:** Arun Rangachari [mailto:██████i@darworld.com]
**Sent:** Wednesday, December 25, 2013 1:43 AM
**To:** Renee Wu
**Cc:** imaad zuberi - Mindspring
**Subject:** Re: Deposits

Hi Renne,

It is a million dollars into his Bank of America account and USD 750 k into his emirates nbd account.

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

Thanks

Arun

Sent from my iPhone

On 25-Dec-2013, at 12:14 pm, Renee Wu <███████@avenueventure.com> wrote:

Imaad told me you have wired or deposited $1.75 million into EmiratesNBD and Bank of America accounts. Can you please email me how much you deposited in each account?

There have been many deposits into these accounts recently, I want to make sure we associate those deposits and wires to you.

Thanks
Renee

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

| # | Party | Date | Time | Direction | Read-Date | Read-Time | Folder | Status | Message |
|---|---|---|---|---|---|---|---|---|---|

SMS Messages (5568)

SDM_PRODUCED - Report - 17-1158 FA02 iPhone 5s.xlsx SMS Messages

1 of 76

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7



| # | Chat # | Timestamp: Date | Timestamp: Time | Participants | Source | From | To | Body |
|---|---|---|---|---|---|---|---|---|
| 10877 | 5993 | 3/28/2016 | 3/28/2016 11:13 (UTC-7) | | iMessage | | Robert Sweeney | Yes, I told him I'd be in DC and he said the same, have the sense he is getting fired up about USCares. Not surprising. More IZ drama to come. |
| 11830 | 6252 | 11/9/2016 | 11/9/2016 22:57 (UTC-8) | | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Mr. Zuberi just lost a huge bet; and a large amount of money |
| 11831 | 6252 | 11/9/2016 | 11/9/2016 23:01 (UTC-8) | | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | But I do not think that means we can no longer pressure him on returning your money. I think, in fact, he may feel more vulnerable and less protected. |
| 11832 | 6252 | 11/10/2016 | 11/10/2016 00:11 (UTC-8) | | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Did you finalize with Abbe? Or do you think the election changes things? |
| 11833 | 6252 | 11/10/2016 | 11/10/2016 08:36 (UTC-8) | | WhatsApp | @s.whatsapp.net | | Hi Robert, are you up? |



| # | Chat # | Timestamp Date | Timestamp Time | Source | From | To | Body |
|---|---|---|---|---|---|---|---|
| 11834 | 6252 | 11/10/2016 | 11/10/2016 09:00(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | sorry, I was at a breakfast and have a conference call now. Call in an hour? |
| 11835 | 6252 | 11/10/2016 | 11/10/2016 11:03(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | - let's set a time to talk. What works best for you? |
| 11836 | 6252 | 11/10/2016 | 11/10/2016 11:08(UTC-8) | WhatsApp | @s.whatsapp. | | Was just trying to call you on Skype... how about today evening at 8 pm LA time? |
| 11837 | 6252 | 11/10/2016 | 11/10/2016 11:47(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Perfect, talk to you then! |
| 11838 | 6252 | 11/10/2016 | 11/10/2016 19:53(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Can we chat at 8:30 instead? |
| 11839 | 6252 | 11/10/2016 | 11/10/2016 19:58(UTC-8) | WhatsApp | @s.whatsapp. | | No problem... call you then... |
| 11840 | 6252 | 11/10/2016 | 11/10/2016 21:43(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Google Louis Freeh. He has a law firm called Freeh Sporkin. Former head of the FBI. Not sure how connected he still is there. |
| 11841 | 6252 | 11/10/2016 | 11/10/2016 21:48(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Also Russell Coleman of Frost Brown Todd. It is a Kentucky law firm but the guy seems huge. Former FBI counsel and counsel to the US Senate Majority Leader (McConnell) for 5 years |
| 11842 | 6252 | 11/10/2016 | 11/10/2016 21:52(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp. | Thomas Feddo, Alston & Bird |
| 11843 | 6252 | 11/10/2016 | 11/10/2016 21:56(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Eytan Fisch of Skansen ARPs |
| 11844 | 6252 | 11/10/2016 | 11/10/2016 21:57(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Skadden Arps |
| 11845 | 6252 | 11/10/2016 | 11/10/2016 22:00(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Adam Smith of Gibson Dunn |
| 11846 | 6252 | 11/10/2016 | 11/10/2016 22:09(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Charles Steele, Davis Polk Wardell |
| 11847 | 6252 | 11/10/2016 | 11/10/2016 22:20(UTC-8) | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Peter Zeidenberg Arent Fox |

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

| # | Chat # | Timestamp: Date | Timestamp: Time | Participants | Source | From | To | Body |
|---|---|---|---|---|---|---|---|---|
| 11848 | 6252 | 11/10/2016 | 11/10/2016 22:28(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | The point of all these names and firms is this: You aren't looking for political pressure on IZ anymore, because he doesn't have anything to lose with Clinton now. So: 1) You could shift to pressure via McAuliffe, but that's very risky and involves aggression with McAuliffe or 2) you go the professional route with people from mid- to high level positions at Treasury (OFAC) or Justice ( Public Integrity, Investigations or White Collar Crimes/Fraud). The advantages of such folks are knowledge of investigation techniques and contacts at Justice or Treasury. You don't really need the Republicans; you need professional investigators/prosecutors |
| 11849 | 6252 | 11/10/2016 | 11/10/2016 22:30(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | What do you think? The point isn't to create political problems or legal problems for IZ, the point is to get your $$ back. Maybe professionals from the Government are better for that? |
| 11850 | 6252 | 11/14/2016 | 11/14/2016 00:50(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | What do you want to do? |
| 11851 | 6252 | 11/14/2016 | 11/14/2016 10:51(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Sir, how are things going? |
| 11852 | 6252 | 11/15/2016 | 11/15/2016 16:44(UTC-0) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | | ...we should catch up soon. |
| 11853 | 6252 | 11/15/2016 | 11/15/2016 19:26(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Arun Rangachari | | Absolutely Robert... taking a flight back now from India... had to go suddenly because of the sudden demonetisation of India's currency... lots of chaos,. speak tomorrow morning LA time? That is today evening Dubai time... |
| 11854 | 6252 | 11/15/2016 | 11/15/2016 19:31(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Oh, that's right. Completely f'd up. |
| 11855 | 6252 | 11/15/2016 | 11/15/2016 19:33(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net A | I will be awake very early to pick someone up at LAX at 6. I can talk before 8 am LA time or after 5pm. I will be in a seminar all day but could also talk around noon. |
| 11856 | 6252 | 11/15/2016 | 11/15/2016 19:34(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Arun Rangachari | | Let's do 7.30 am LA time? |
| 11900 | 6252 | 12/25/2016 | 12/25/2016 06:29(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net | Have you heard from IZ? |
| 11901 | 6252 | 12/25/2016 | 12/25/2016 06:29(UTC-8) | [redacted] | WhatsApp | @s.whatsapp.net Arun Rangachari | | Okay sure... do you mean evening of the 25th LA time? Nothing from IZ... |

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

| # | Chat # | Timestamp: Date | Timestamp: Time | Participants | Source | From | To | Body |
|---|---|---|---|---|---|---|---|---|
| 12394 | 6586 | 1/16/2016 | 1/16/2016 17:25(UTC-8) | [redacted] Robert Sweeney (owner) | iMessage: +1 | [redacted] Robert Sweeney | | So there's no point or reason for USCares anymore. Which means the investors will want their money back. Knowing Imaad, he will claim he spent the money on political contributions (which would probably be illegal) or setup costs or legal fees or all of the above. God knows what he really did with the money, or if it's still sitting in an account somewhere. He could have a great career, but he insists on screwing people. Somehow he equates that with power. Very sad. |
| 12675 | 6700 | 12/22/2015 | 12/22/2015 12:16(UTC-8) | +12133213863 Robert Sweeney (owner) | iMessage: +1 | [redacted] Robert Sweeney | | By high level con man, I mean maybe the whole thing about avenue ventures and tesla and uber and all that other stuff is total bullshit, and he just spun his oil minister cousin's corrupt money into political connections and pictures that he used to create an even more elaborate set of lies. |
| 12885 | 6710 | 12/21/2015 | 12/21/2015 21:41(UTC-8) | [redacted] Robert Sweeney (owner) | iMessage: | | | He asked about you. Mentioned IZ was freaky, he just let it lie if anything |
| 15042 | 7625 | 1/23/2015 | 1/23/2015 12:15(UTC-8) | [redacted]@s.whatsapp.net (owner) 12133611792@s.whatsapp.net Mark [redacted] | WhatsApp | [redacted]@s.whatsapp.net Sweeneyrw | [redacted]@s.whatsapp.net Mark Skarulis | Mark – how's it going? I'm in Beijing. There's interest in Cirqal. What if anything has happened with IZ? |
| 15043 | 7625 | 5/12/2016 | 5/12/2016 21:40(UTC-7) | [redacted]@s.whatsapp.net (owner) 12133611792@s.whatsapp.net Mark [redacted] | WhatsApp | System Message System Message | | 12133614702@s.whatsapp.net joined |
| 16972 | 8543 | 11/23/2013 | 11/23/2013 05:20(UTC-8) | [redacted] Robert Sweeney (owner) [redacted]@mac.com | iMessage: [redacted] | [redacted]@mac.com | | We'll meet heather for pins. In DC |
| 16973 | 8543 | 11/25/2013 | 11/25/2013 06:36(UTC-5) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | [redacted] asking how things are going? |
| 16974 | 8543 | 11/25/2013 | 11/25/2013 06:52(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | +12133213863 [redacted] | | What is happening there? |
| 16975 | 8543 | 11/25/2013 | 11/25/2013 07:27(UTC-8) | [redacted]213863 Robert Sweeney (owner) skarum@mac.com | iMessage: | [redacted] Robert Sweeney | | Going well in terms of communication. Distribution capacity is in place. Cannot help with Central Bank approvals. |
| 16977 | 8543 | 12/4/2013 | 12/4/2013 15:13(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted] Robert Sweeney | | Imaad got a room and is going to sleep. I am heading up to see my former boss. No friend tonight, alas... |
| 16978 | 8543 | 12/4/2013 | 12/4/2013 15:14(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted] Robert Sweeney | | Have a great trip back. See you there. |
| 16979 | 8543 | 12/4/2013 | 12/4/2013 15:15(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | Okay. C u buddy |
| 16980 | 8543 | 12/10/2013 | 12/10/2013 13:37(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | Missed exit\ nearby |
| 16981 | 8543 | 12/12/2013 | 12/12/2013 10:22(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | Do you want to meet tomorrow AM? |
| 16982 | 8543 | 12/12/2013 | 12/12/2013 10:28(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted] Robert Sweeney | | Can we move it to Saturday AM? |
| 16983 | 8543 | 12/12/2013 | 12/12/2013 10:28(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | Saturday PM works |
| 16984 | 8543 | 12/12/2013 | 12/12/2013 10:28(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]@mac.com | | Afternoon evening night all good |
| 16985 | 8543 | 12/12/2013 | 12/12/2013 10:33(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted] Robert Sweeney | | Ok, lets say 3-5 Saturday, Bird Pick on Delacey Street in Pasadena? |
| 16986 | 8543 | 12/12/2013 | 12/12/2013 11:52(UTC-8) | [redacted]213863 Robert Sweeney (owner) [redacted]@mac.com | iMessage: | [redacted]um@mac.com | | Ok |
| 16987 | 8543 | 12/13/2013 | 12/13/2013 18:26(UTC-8) | [redacted]213863 Robert Sweeney (owner) skarum@mac.com | iMessage: | [redacted]um@mac.com | | Reasonable |

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7