# EXHIBIT 11

## DECLARATION OF ARUN RANGACHARI

I, Arun Rangachari, am over the age of 18 and am competent to testify to the contents of this declaration.

1. I understand that this declaration may be provided to the United States government, and in particular to the Internal Revenue Service, in relation to its investigation of Imaad Zuberi.
2. I am a businessman who lives in Dubai. Among other things, I am a movie producer.
3. I am the proprietor of Darworld, among other business entities.
4. In or about 2011, I met Imaad Zuberi through a mutual friend who I trust implicitly. He vouched for Mr. Zuberi and explained that Mr. Zuberi had a reputation as an honest businessman.
5. I also did Internet research on Mr. Zuberi, which confirmed the mutual friend's statements about Mr. Zuberi.
6. We met in the context of a couple potential business deals. Those deals did not come to fruition.
7. In or about 2013, Mr. Zuberi approached me with a proposed business of unblocking frozen assets of Iran by using the funds to purchase food and medication for Iranian citizens. I thought at the time and still think that the idea is brilliant.
8. Mr. Zuberi explained, and I understood, that any such business would require issuance of a license by OFAC.
9. I, through Darworld, invested approximately $2.2 million in US Cares, which was the name of the entity that Mr. Zuberi set up for this investment.
10. There were two other investors other than myself and Mr. Zuberi, namely ▓▓▓▓▓▓▓ and Anwar Bukhamseen.
11. I believe that I paid the invested funds directly to Mr. Zuberi in Dubai and US bank accounts.
12. I know that there is a contract between myself and Mr. Zuberi related to these funds, but I never read the contract and am not concerned about its terms.
13. The way I do business is common in the Asian subcontinent. Written contracts are not important. I care about a handshake deal with someone who is trustworthy and who cares about their reputation.

1

14. Mr. Zuberi has a reputation that he would not jeopardize by taking money from me and not repaying it or making good at the end of the day.
15. I understand that Mr. Zuberi may have used funds that I invested in US Cares to make other investments in his own name. This does not concern me. I know that Mr. Zuberi would pay me back my full investment if I needed it.
16. In fact, I ran into Mr. Zuberi last year in Dubai and told him I needed funds returned to me. He provided $1 million shortly thereafter. This was not at his prompting.
17. I know that Mr. Zuberi pursued and will continue to pursue the OFAC license. He encouraged me to speak to the lawyers directly who were working on the license, and I know they made efforts in this regard.
18. I am working on seven or eight deals with Mr. Zuberi right now, because I continue to trust him, even knowing he might have borrowed and used the US Cares funds for other purposes. He and I both do business recognizing that neither would take the reputational risk of stealing money, and that we will pay funds back at the end of the day if a business deal does not work out.
19. I don't believe that Mr. Zuberi's actions were in any way fraudulent, even knowing he bought property using the US Cares money. That money was effectively loaned to him, and he will repay it at the appropriate time.

I declare that the foregoing is true and correct, to the best of my knowledge. This 19th day of March, 2019. Executed in Dubai.

Arun Rangacharni