# EXHIBIT 12


Evan J. Davis
Hochman Salkin Toscher Perez, P.C.
310.281.3288 direct office
310.270.6075 cell
310.859.5112 direct fax

-----Original Message-----
From: Imaad Zuberi <█████@avenueventure.com>
Sent: Saturday, March 30, 2019 2:04 PM
To: Evan J. Davis <davis@taxlitigator.com>; 'Ivy A. Wang' <iwang@bgrfirm.com>
Cc: 'Thomas P. O'Brien' <tobrien@bgrfirm.com>
Subject: FW: Follow up on new business


-----Original Message-----
From: Anwar Bukhamseen <████@bukhamseen.com>
Sent: Thursday, March 14, 2019 11:06 AM
To: عماد زوباري <████@avenueventure.com>
Subject: Follow up on new business

Imaad

I am waiting for you to get me the companies for stock to finish our agreement

We received $1 million from you the rest would be in stock or cash

Just to remind you our agreement was that the US Cares money was to be refunded if the license didn't go through .

You owe us the money when it didn't happen .

It was good to meet you early last week in Dubai looking in other business .

You told me that my lawyer or I accused you of stealing our money. I do not think you stole our money. We continue to have good relationship with you

Anwar

Sent from my iPhone

1