# EXHIBIT 15

Persons
A ███
B
C
D
E
F
G
H
I
J
K ███
L ███
M Anwar Bukhamseen
N Arun Rangachari
O Willa Rao
P Mark Skarulis
Q Mohammad Khan
R Francis Person
S ███

AA Asifa Zuberi
BB Gloria Wu
CC Khalid Ahmed
DD Miajida Ahmed
EE Antonio Cardenas
FF Lucy Rao
GG ███
HH Mike Liu
II ███
JJ ███
KK
LL
MM
NN

Companies
A ███
B
C
D
E ███
F
G
H

I       Group DF

Campaigns
A       Howard Berman
B       Ruiz Victory Fund/Dr Raul Ruiz for Congress
C       Engel for Congress
D       Bob Casey for Senate
E       Alison Grimes
F       Royce Campaign Comm.
G       Ted Poe
H       Tony Cardenas
I       Friends of John McCain
J       Lindsey Graham/Team Graham
K       Person for Congress
L       David Cicilline/Cicilline Committee
M       Tim Kaine
N       Wendy Greuel
O       Bruce Braley
P       Brad Sherman
Q       Jon Tester
R       Joe Garcia
S       John Conyers, Jr
T       Country First PAC (McCain)
U       Kamala Harris
V       Keith Ellison
W       Hillary for America
X       O'Malley for President
Y       Patrick Murphy
Z       Steve Knight

AA      McAuliffe for Governor (State)
BB      DNC
CC      Hillary Victory
DD      Obama Victory
EE      2013 PIC (Event)