THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN, State Bar No. 317300
BROWNE GEORGE ROSS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

FILED
CLERK, U.S. DISTRICT COURT

MAY 21, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. LACR19-00642-VAP |
|---|---|
| Plaintiff, | |
| vs. | **DECLARATION OF NATHAN F. BROWN IN SUPPORT OF DEFENDANT'S INITIAL SENTENCING MEMORANDUM; EXHIBITS** |
| Imaad Shah Zuberi, | |
| Defendant. | [UNDER SEAL] |

I, Nathan F. Brown, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached as Exhibits to this Declaration are Exhibits 1-11, as referenced in Defendant's Initial Sentencing Memorandum.

3. I have also reviewed and examined the check book in the name of ▮▮▮▮ and Imaad Zuberi from a Citi Bank account in Pakistan.

4. This item is securely stored in the Downtown Los Angeles office of Browne George Ross LLP. Mr. Zuberi's counsel had intended to scan and attach this item as an exhibit to this Declaration.

5. However, due to the Governor of California's Executive Order N-33-20 dated March 19, 2020 and the Mayor of Los Angeles's Safer at Home Public Order dated March 19, 2020, all offices of Browne George Ross LLP have been closed. As such, Mr. Zuberi's counsel currently cannot access the items at the Downtown Los Angeles office of Browne George Ross LLP to attach them as exhibits in support of Mr. Zuberi's objections to the PSR.

//
//
//
//
//
//
//
//
//

6.    Immediately upon the lifting of the Governor's Executive Order and the Mayor's Public Order, Mr. Zuberi's counsel will enter the Downtown Los Angeles office of Browne George Ross LLP, scan this item, and file additional exhibits with the Court in support of Mr. Zuberi's Sentencing Position.

Executed this 18th day of May 2020, at Glendale, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Nathan F. Brown