# Exhibit 11



Dentons US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364 USA

T +1 202 408 6400
F +1 202 408 6399

Salans FMC SNR Denton
dentons.com

July 30, 2013

Mr. Mohamed Saeed Al Aqili
Mr. Esam Yusuf Janahi
Mr. Imaad Zuberi

10166 Rush Street
South El Monte, California 91733

*Re: Engagement Agreement*

**PRIVILEGED AND CONFIDENTIAL**

Dear Messrs. Al Aqili, Janahi and Zuberi:

Thank you for choosing Dentons US LLP to represent you in the matter described below.

**Our Client**. The purpose of this Engagement Letter, as well as the associated Terms of Business, is to set forth the Engagement Agreement by which Dentons US LLP will represent Mohamed Saeed Al Aqili, Esam Yusuf Janahi, and Imaad Zuberi (together "Client").

**Scope of Representation**. We have agreed to provide legal services in connection with advice and counsel on US sanctions issues as outlined in our July 26, 2013 letter to Esam Yufuf Janahi, Imaad Zuberi, and Lt. Gen. Mike Barbero, as well as incidental matters, such as responding to audit letter requests.

**Terms of Business**. Attached is a copy of our Terms.

**Our Team and Charges**. Although we will be principally responsible for this engagement, it is anticipated that other lawyers and professionals will be involved.

For our work on this matter, we have agreed to a fixed fee for professional services of $180,000, unless otherwise amended by mutual agreement of the parties. This fee will be invoiced as follows: $90,000 payable upon engagement (and held, per the below, as a retainer); $45,000 payable 60 days after engagement; and $45,000 payable 120 days after engagement.

Additional services beyond the scope of this matter will be provided with the advance authorization from you either at an additional fixed fee basis or at the hourly rates of the lawyers and professionals engaged on the additional services.

Our representation of you also will involve costs, which are reviewed in the Terms.

**Retainer**. As noted above, you have agreed to pay us a retainer of $90,000. Notwithstanding this retainer, you agree to pay our invoices promptly as they come due.

**Conflicts**. Our Terms include provisions regarding conflicts.





**Simultaneous Representation.** By this Letter, we seek your informed consent that we may simultaneously represent each of Mohamed Saeed Al Aqili, Esam Yusuf Janahi, and Imaad Zuberi in this engagement

We have discussed with you the potential for a conflict of interest to arise in the future. You have indicated that your interests presently coincide, and that you have agreed between yourselves that we should represent all of you. In the event that your interests continue to coincide, this joint representation should be more efficient and economical than would be the case if separate counsel were retained for each of you. However, such joint representation does have potential disadvantages. For example, one of the potential conflicts associated with such joint representation of a group of clients is that the lawyer may tend to emphasize the interests of the group as a whole more than any particular individual. While we will represent each of you to the best of our ability, our emphasis will be on all of you as a group.

An additional disadvantage relates to confidentiality of the information you provide to us. Where we represent one client alone, communications between client and lawyer for the purpose of seeking legal advice are considered privileged and confidential. Where we represent several clients in the same matter, nothing we learn in such representation is confidential as to any of them, though it may remain privileged and confidential as to third parties outside the group. If we learn something from one of you that we think the other needs to know, we will disclose the information to the other. If we learn something in confidence from one of you that we do not believe is relevant to the other and that the other does not need to know, we will not share the information with the other. You also should be aware that if any dispute among you ever results in litigation, you will be precluded from claiming, against one another, the lawyer-client privilege with respect to the joint representation.

It is possible that a conflict among you may arise in the future. Should such a conflict arise, if you do not consent to our continued representation, we will be required to withdraw from the joint representation and may not thereafter be able to represent any of you. Your execution of this Letter will reflect your consent to, and your understanding of the potential disadvantages of, joint representation.

* * *

Please indicate your agreement to the Letter and Terms by executing a copy of this Letter in the space provided below and returning it. A facsimile or scanned copy delivered via email are as acceptable as an original. We will commence work upon receipt of an executed copy of this Letter and the retainer. Of course, please contact us if you have any questions about anything in this Letter or the Terms, or with respect to any aspect of our representation of you.





Again, we are very pleased to have this opportunity to be of service and to work with you.

Sincerely,

Dentons US LLP

| **Bruce Merlin Fried** | **Michael E. Zolandz** | **Peter Feldman** |
|---|---|---|
| Partner | Partner | Managing Associate |
| bruce.fried@dentons.com | michael.zolandz@denons.com | peter.feldman@dentons.com |

Enclosure Terms of Business

---

***Agreement and Acceptance***

The undersigned hereby acknowledges and agrees that he or she has reviewed and understands the terms and conditions of this Letter and the Terms. The undersigned further agrees and accepts these provisions, including, but not limited to, all disclosures regarding conflicts of interest, and hereby waives any conflict or potential conflict of interest as set forth therein.

| **Mohamed Saeed Al Aqili** | **Esam Yusuf Janahi** | **Imaad Zuberi** |
|---|---|---|
| Date: | Date: 2nd August 2013 | Date: August 2, 2013 |

DENTONS

Dentons US LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005-3364 USA

T +1 202 408 6400
F +1 202 408 6399

Salans FMC SNR Denton
dentons.com

July 26, 2013

**Via Electronic Mail**

Esam Yusuf Janahi
Founder and Chairman
EJ Capital
50th Floor, East Tower
Bahrain Financial Harbor
Manama, Kingdom of Bahrain

Imaad Zuberi
Partner
Avenue Ventures
10166 Rush Street
South El Monte, California 91733

Lt. Gen. Michael Barbero
c/o Avenue Ventures
10166 Rush Street
South El Monte, California 91733

Dear Messrs. Janahi, Zuberi, and Barbero:

Thank you for meeting with us earlier this week so that we could learn about the proposed project and share the breadth and depth of our capabilities and experience in helping clients navigate the US sanctions programs. We believe that Dentons is uniquely well-positioned to help you achieve your goals, and we would be delighted to do so.

We understand that you are considering a series of transactions that would involve the un-blocking of certain Iranian funds for the purpose of financing the purchase of food or other humanitarian relief supplies to be imported into Iran. As we discussed, this business plan, in principle, can be achieved consistent with US sanctions, provided that all of the parties, sources of funds, methods of payment, and logistics mechanisms are subjected to appropriate diligence and structured to ensure that there are no prohibited parties involved. Given the heightened risk of product diversion posed by the Iranian market, assuring the integrity of supply and distribution chains is also of importance.

We believe that a phased approach is the most effective and expeditious method for advancing your objectives in a way that is consistent with US law and that also takes into account the political and reputational context of the potential transactions. To that end, we envision two phases of work. The first phase would consist of a 90-day strategic legal and political assessment, to produce a comprehensive risk analysis and a road map and recommendations for advancing the proposed transactions. The second phase would be focused on implementing any next steps, including applying for any required US Government licenses and drafting the various commercial agreements required to execute the proposed transactions.

As we discussed, performing the initial diligence is critical to enhancing the viability of this project. Accordingly, our Phase I strategic assessment would include several key elements:

- Due diligence on the provenance and current status of the blocked Iranian funds;

- Due diligence on the potential transaction counterparties and interlocutors, including distribution and logistics functions;
- Developing messaging and other framing points for use in describing the transactions;
- Developing and leveraging political allies, including confidential outreach to key Members of Congress (and staff), Executive Branch personnel (State, Treasury, NSC), and stakeholder groups (such as United Against Nuclear Iran);
- Identifying potential political adversaries and addressing their concerns; and
- Preparing -- but not filing -- a license request with the US Treasury Department's Office of Foreign Assets Control.

Phase I requires an intensive effort, but is designed to identify and address the wide range of concerns (or requests for information) that the US Government may have in connection with the proposed transactions. Given the scope and nature of the services outlined above, and our interest in developing a long-term relationship with you, we anticipate that our fees for Phase I would range between $300,000 and $350,000 for our professional services at discounted rates. We also have significant experience with developing fixed and project fees, and would be pleased to discuss with you alternate fee structures depending on your preferences. As we discussed, Phase I would be highly interactive, and we would anticipate working closely with your team throughout the 90 days. Should the project progress to Phase II, we will negotiate an appropriate fee with you at that time.

If it would be more helpful at this stage of evaluating of the potential project, we would also be pleased to travel to Bahrain or Dubai (or elsewhere) to discuss the project and to conduct initial diligence with an eye toward determining, in a more detailed manner, the scope and nature of work that will be required to advance this undertaking. We can provide a fee quote for this more limited initial engagement as you desire.

We hope that you find this proposal responsive to your request, and would be pleased to answer any questions or provide any additional information you might find helpful.

On behalf of our team, thank you, again, for the opportunity to meet. We hope that we have the opportunity to work together; it would be an honor to do so.

Best regards,

**Bruce Merlin Fried**
Partner
bruce.fried@dentons.com
202-408-9159

**Michael E. Zolandz**
Partner
michael.zolandz@dentons.com
202-408-9204

**Peter Feldman**
Managing Associate
peter.feldman@dentons.com
202-408-9226

CONFIDENTIAL DOCUMENT & ATTACHMENTS
SENSITIVE & PROPRIETARY INFORMATION

November 24, 2014

Office of Foreign Assets Control
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
Attn: Licensing Division

Re: Specific License Request – US Cares LLC Humanitarian Exports to Iran

To Whom It May Concern:

We are submitting this request for a specific license permitting USCares, LLC ("USCares" or "applicant") to establish, operate, fundraise, fund, export, reexport, purchase, sell, supply, and otherwise enter into agreements and transactions with individuals and entities for purposes of delivering humanitarian items to Iran, consistent will all applicable US laws and regulations.

**Applicant**

USCares is a Delaware limited liability company formed to engage in, or facilitate, the exportation of humanitarian items to Iran, consistent with all applicable US laws and regulations, including US sanctions programs. Enclosed please find USCares' Operating Agreement, along with USCares' Certificate of Formation.

Under the Operating Agreement, USCares is a privately-held, "Manager-managed" company. The Manager of USCares is Avenue Ventures LLC, a California-based private equity and venture capital firm. The company is led on a day to day basis by Mr. Imaad Zuberi, in his capacity as a Partner of Avenue Ventures LLC. Mr. Zuberi is a US Citizen who resides in California. USCares does not currently have any employees.

As the Manager of USCares, Avenue Ventures LLC generally controls USCares, subject only to certain statutory limitations, such as Avenue Ventures LLC's fiduciary obligations to the other members of USCares, and certain contractual rights of the other members to avoid dilution in the event of new investment into USCares. The ownership of USCares comprises two classes of membership units: Class A and Class B. Avenue Ventures LLC holds 100% of the Class A units. All of the other members of USCares hold Class B units.

| Member | Class A Units (Percentage) | Class B Units (Percentage) | Total Percentage Interest in USCares |
|---|---|---|---|
| Avenue Ventures LLC | 100% | | 28.5% |
| BHUS Limited | | | 20% |
| DarWorld | | | 20% |
| EJ Capital, LLC | | | 29.5% |
| Radhakrishin General Trading | | | 2% |

Another original member of the LLC has since been bought out and removed in entirety from the LLC and no longer has any relationship or involvement whatsoever with the corporation or the underlying activities. Aqili Group was a member of the LLC when it was formed in 2013 and when the original operating agreement was agreed. However, after that date a principal of the Aqili Group was added to the Specially Designated National ("SDN") list. After that, the LLC underwent a reorganization whereby Aqili Group was removed from the LLC and was divested of its assets. All shares of Aqili Group and their accompanying rights, duties, interests, and privileges were purchased in their entirety by EJ Capital LLC. EJ Capital previously owned 20% of USCares, and Aqili Group originally owned 9.5%. After the purchase of shares, EJ Capital now owns 29.5% of USCares, and Aqili Group is completely divested – Aqili Group and any of its members or principals have no shares, no rights, no interests, and no participation in USCares LLC.

**License Request**

USCares seeks to establish and operate a humanitarian export pathway involving US persons facilitating humanitarian deliveries to Iran. Consistent with all applicable US sanctions, USCares seeks to engage in, or facilitate, the export of certain humanitarian items from the United States to Iran, including food, medicine, or medical supplies as those terms are defined under 31 C.F.R. 560.530. This export pathway would involve USCares, as well as Radhakrishin General Trading Company in the United Arab Emirates and Ezatollah Khanki Trading in Iran.

In compliance with all applicable US sanctions, the key components of the pathway would be as follows:

- USCares would gather, purchase, or otherwise source food, medicine or medical supplies from the United States and US persons. USCares would then facilitate the shipment of these items from the United States to a staging location in the United Arab Emirates (using non-SDN, commercial shippers or freight forwarders).

- The goods would be received in the United Arab Emirates by Radhakrishin General Trading Company ("RTC"), a well-established UAE trading house. RTC

would then have sole responsibility for transshipping the goods from the UAE to Bandar Abbas Port in Iran without the involvement of any SDN, including but not limited to Tidewater Middle East Co.

- At the port, RTC's local agent in Iran, Ezatollah Khanki Trading, would clear the goods through Iranian customs; distribute them to civilian, non-Government-of-Iran consumers and end users; collect payments for this distribution; and remit the proceeds to RTC and, ultimately, to USCares.

To the best of USCares' knowledge, there are no Specially Designated Nationals, Foreign Sanctions Evaders or other US-prohibited parties involved in the proposed export pathway – and, before any export were to occur, USCares would require and receive specific assurances from RTC and Ezatollah Khanki Trading of the same. Any and all payments, financing, or other financial aspects of the proposed export pathway would be conducted in accordance with the general license for payment terms in 31 C.F.R. 560.532(a) unless otherwise authorized in advance by OFAC.

Enclosed please find additional information regarding the pathway provided by RTC and Ezatollah Khanki Trading, including:

- a spreadsheet containing information about the nature of each of the entities' business operations, and their respective addresses, directors/sponsors, management structures, affiliated offices, contact persons, and role in the proposed distribution pathway;

- for RTC, copies of the passports of RTC's two partners, and their trade license; and

- for Ezatollah Khanki Trading, a copy of the passport of its sole proprietor, and his trade/commercial license.

Also enclosed is a representation and warranty executed by RTC and by Ezatollah Khanki Trading as to their current and ongoing compliance with all applicable US sanctions.

If and to the extent that such activities and transactions by the applicants are not already permitted under existing OFAC regulations, exceptions, and licenses, applicants hereby respectfully request a specific license permitting them to pursue the activities and transactions described above and laid out in the accompanying materials.

Applicant will not deal with any prohibited goods or services, or items of export concern to the United States, nor with any person or entity on the SDN list. These transactions and activities will be unrelated to any blocked persons or SDN, including the Aqili Group and its members/principals. Applicant will have a strict policy of compliance

with US sanctions laws and regulations as described above, the parameters of the specific license, anti-bribery and ethics laws, and any other applicable laws and regulations.

Applicants would be happy to provide any more information that would assist OFAC in issuing a specific license for their activities/transactions involving Iran for these purposes.

Sincerely,

/s/ IMAAD ZUBERI \s\

Imaad Zuberi
Partner
Avenue Ventures LLC