THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN, State Bar No. 317300
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant. | Case No. LACR19-00642-VAP <br>          LACR20-00155-VAP <br><br> The Hon. Virginia A. Phillips <br><br> **UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF; DECLARATION OF IVY A. WANG** <br><br> **[UNDER SEAL]** |

1694292.1

Case No. LACR19-00642-VAP, LACR20-00155-VAP

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF

Defendant Imaad Shah Zuberi hereby applies *ex parte* for an order permitting him to file a forty-six-page sentencing brief.  To date, the government has filed over one-hundred pages of briefing—and countless more pages of exhibits—in connection with its sentencing position in this case.  Mr. Zuberi is unable to adequately respond to the government's arguments and draft his position on the sentencing factors in twenty-five pages or less, the page limit in Local Rule 11-6.  The government does not oppose this application.  Declaration of Ivy A. Wang.  Accordingly, Mr. Zuberi respectfully requests that this Court permit him to file the oversized Defendant's Position Re 18 U.S.C. § 3553(a), filed concurrently herewith.

DATED: November 9, 2020

BROWNE GEORGE ROSS LLP
    Thomas P. O'Brien
    Ivy A. Wang
    Nathan F. Brown


By:    /s/ Thomas P. O'Brien
       Thomas P. O'Brien
Attorneys for Defendant Imaad Shah Zuberi

1694292.1

-1-   Case No. LACR19-00642-VAP, LACR20-00155-VAP
DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF

# **DECLARATION OF IVY A. WANG**

I, Ivy A. Wang, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On October 21, 2020 I asked Assistant United States Attorney ("AUSA") Daniel J. O'Brien via email for the government's position on Mr. Zuberi submitting an oversized sentencing brief. That same day, AUSA O'Brien responded via email, stating that the government did not oppose the filing of Mr. Zuberi's oversized memorandum.

Executed this 9th day of November 2020, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ivy A. Wang
Ivy A. Wang