David A. Warrington (Admitted PHV)
KUTAK ROCK LLP
901 East Byrd St, Ste 1000
Richmond, Virginia 23213
Attorney for Defendant Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF(S)<br><br>v.<br><br>IMAAD SHAH ZUBERI<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>LACR19-00642-VAP |
|---|---|
| | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Original Docket No. 254 - Defendant's Sentencing Position re 3553(a) Factors
Original Docket No. 255 - Exs. 1-8, 11, 12, 15-26, 28-43, 45, 47-53 to Declaration of Ivy A. Wang to Defendant's Sentencing Position re 3553(a) Factors

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☑ Per Court order dated: 02/09/2021
☐ Other:

02/10/2021
Date

/s/ David A. Warrington
Attorney Name
Defendant Imaad Shah Zuberi
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).