THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN, State Bar No. 317300
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: iwang@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No. LACR19-00642-VAP<br>　　　　　　LACR20-00155-VAP<br><br>The Hon. Virginia A. Phillips<br><br>**UNDER SEAL FILING**<br><br>**[UNDER SEAL]** |

1693217.1

THOMAS P. O'BRIEN, State Bar No. 166369
IVY A. WANG, State Bar No. 224899
NATHAN F. BROWN State Bar No. 317300
BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY &ELLIS LLP
801 South Figueroa Street Suite 2000
Los Angeles, CA 90017
Telephone: (213) 725-9800
Facsimile: (213) 725-9808
E-mail: tobrien@bgrfirm.com

EVAN J. DAVIS, State Bar No. 250484
HOCHMAN SALKIN TOSCHER PEREZ P.C.
9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212-3414
Telephone: (310) 281-3200
Facsimile: (310) 859-1430
E-mail: davis@taxlitigator.com

Attorneys for Defendant
IMAAD SHAH ZUBERI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IMAAD SHAH ZUBERI, <br><br> Defendant. | **\*\* FILED UNDER SEAL \*\*** <br><br> Case No. LACR19-00642-VAP <br> Case No. LACR20-00155-VAP <br><br> **DECLARATION OF IVY A. WANG; EXHIBITS** <br><br> Filed Concurrently with DEFENDANT'S SENTENCING POSITION RE 3553(a) FACTORS <br><br> Judge:  Hon. Virginia A. Phillips <br><br> Sentencing Hearing:  November 30, 2020 |

I, Ivy A. Wang, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross O'Brien Annaguey & Ellis LLP ("BGR"), counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a November 9, 2020 letter from Yasir Khan and Imtiaz Ahmed, as provided to BGR by Mr. Zuberi.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a March 14, 2019 letter from the managers of Mr. Zuberi's Pakistan office, Zulfiqar Ahwar, Naseer Ahmad, and Amin Jilani, as provided to BGR by Mr. Zuberi.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a October 1, 2020 letter from Shoaib Wahid, as provided to BGR by Mr. Zuberi.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a November 5, 2020 letter from Shamim Zuberi, as provided to BGR by Mr. Zuberi.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a November 5, 2020 letter from Willa Rao, as provided to BGR by Mr. Zuberi.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an April 22, 2020 letter from Robert B. Taylor, as provided to BGR by Mr. Zuberi.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a March 26, 2020 memorandum from the United States Attorney General to the Director of Bureau of Prisons, as provided on the Department of Justice's and Bureau of Prison's websites.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an article discussing a medical study related to the effect of existing conditions on COVID-19 mortality, which can be accessed here:
https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0238215

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter provided by Dr. Shaun S. Daneshrad MD, FACC, as provided to BGR by Mr. Zuberi.

11. Attached hereto as **Exhibit 10** are true and correct copies of the FD-302s of Mr. Zuberi's proffer sessions with the United States Attorney Office for the Central District of California, as provided by the government in discovery.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a April 7, 2017 letter from United States Ambassador Richard G. Olson, as provided to BGR by Mr. Zuberi.

13. Attached hereto as **Exhibit 12** are true and correct copies of emails related to Mr. Zuberi's work with General John Allen, as provided by the government in discovery.

14. Attached hereto as **Exhibit 13** are true and correct copies of emails relating to Mr. Zuberi's report of fraud against the Overseas Private Investment Corporation (OPIC), as provided to BGR by Mr. Zuberi.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a May 3, 2017 letter from Aaron Lobel of America Abroad Media, as provided to BGR by Mr. Zuberi.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an April 21, 2019 letter from Martin Van Valkenburg Jr., as provided to BGR by Mr. Zuberi.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an April 22, 2020 letter from Soyoung Yoon, as provided to BGR by Mr. Zuberi.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a June 29, 2020 letter from Jia (Bella) Wu, as provided to BGR by Mr. Zuberi.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a March 31, 1995 letter from Donald B. Mask, as provided to BGR by Mr. Zuberi.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a February 29, 1996 letter from Harry DeAngelo, as provided to BGR by Mr. Zuberi.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a July 11, 1995 letter from Thomas H. Moran, as provided to BGR by Mr. Zuberi.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an April 20, 1995 letter from Dennis Dougherty, as provided to BGR by Mr. Zuberi.

23. Attached hereto as **Exhibit 22** is a true and correct copy of an October 26, 2020 letter from Ralph Hayenes, as provided to BGR by Mr. Zuberi.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a November 3, 2020 letter from Jesse Shaw, as provided to BGR by Mr. Zuberi.

25. Attached hereto as **Exhibit 24** is a true and correct copy of an October 26, 2020 letter from Professor Dr. Baizhu Chen, as provided to BGR by Mr. Zuberi.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an April 6, 1995 letter from Robert Taylor, as provided to BGR by Mr. Zuberi.

27. Attached hereto as **Exhibit 26** is a true and correct copy of a letter from Kris Mathison of K&M Realty Property Management Services, as provided to BGR by Mr. Zuberi.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a recap of Mr. Zuberi's charitable donations from 2012-2015 as provided to BGR by Mr. Zuberi.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a credit card statement evidencing Mr. Zuberi's September 13, 2017 donation of $75,000 to AIPAC, as provided to BGR by Mr. Zuberi and with redactions for non-relevant financial information.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a December 30, 2016 receipt for a donation to UCLA, as provided to BGR by Mr. Zuberi.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the Bike4Books website, identifying Mr. Zuberi as a Gold Sponsor.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a June 17, 2020 letter from Katherine Kim, as provided to BGR by Mr. Zuberi.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a November 6, 2020 letter from Ken Craft of Hope of the Valley, as provided to BGR by Mr. Zuberi.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an October 29, 2020 letter from Kenneth Jones, as provided to BGR by Mr. Zuberi.

35. Attached hereto as **Exhibit 34** is a true and correct copy of a $1,000,000 cashier's check from Mr. Zuberi to Vote Vets, as provided to BGR by Mr. Zuberi.

36. Attached hereto as **Exhibit 35** is a true and correct copy of a $200,000 cashier's check from Mr. Zuberi to E Pluribus Unum Foundation Inc., as provided to BGR by Mr. Zuberi.

37. Attached hereto as **Exhibit 36** is a true and correct copy of an Amazon.com webpage showing Mr. Zuberi's book, *The Entrepreneurial Mindset*, for sale.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a November 7, 2020 letter from Michael Santos, as provided to BGR by Mr. Zuberi.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a May 15, 2019 letter from Christian D. Orr, as provided to BGR by Mr. Zuberi.

40. Attached hereto as **Exhibit 39** is a true and correct copy of a May 16, 2019 letter from Yubei Lie, as provided to BGR by Mr. Zuberi.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a November 6, 2020 letter from Elroy Johnson, as provided to BGR by Mr. Zuberi.

42. Attached hereto as **Exhibit 41** are true and correct copies of excerpts from the Sentencing Commissions 2019 Annual Report and Sourcebook of Federal Statistics.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a 2016 audit report by the Office of the Inspector General as found on the Department of Justice's website.

44. Attached hereto as **Exhibit 43** is a true and correct copy of a subpoena and subpoena response by a witness's psychology.

45. Attached hereto as **Exhibit 44** is a true and correct copy of an email demonstrating that a buyer pulled out of a purchase of one of Mr. Zuberi's properties, as provided to BGR by Mr. Zuberi.

46. Attached hereto as **Exhibit 45** is a true and correct copy of a Report of Foreign Bank and Financial Accounts, as provided by the government.

47. Attached hereto as **Exhibit 46** is a true and correct copy of excerpts from the grand jury testimony of Husam Jauhari, as provided by the government in discovery.

48. Attached hereto as **Exhibit 47** is a true and correct copy of a November 5, 2020 declaration from Cao (Eric) Lei, as provided to BGR by Mr. Zuberi.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a November 5, 2020 declaration from Chengfei Ding, as provided to BGR by Mr. Zuberi.

50. Attached hereto as **Exhibit 49** is a true and correct copy of a December 22, 2019 declaration from Jimin An, as provided to BGR by Mr. Zuberi.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a November 5, 2020 declaration from Soyoung Yoon, as provided to BGR by Mr. Zuberi.

52. Attached hereto as **Exhibit 51** is a true and correct copy of an October 10, 2020 declaration from Shamsi Ahman, as provided to BGR by Mr. Zuberi.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a second November 5, 2020 declaration from Soyoung Yoon, as provided to BGR by Mr. Zuberi.

54. Attached hereto as **Exhibit 53** are true and correct April 2, 2019 letters from Roger J. Makemson and Emily De La Roca, as provided to BGR.

/ / /

/ / /

/ / /

1 | Executed this 9th day of November 2020, at Los Angeles, California.
2 | I declare under penalty of perjury under the laws of the United States of
3 | America that the foregoing is true and correct.

          /S/ Ivy A. Wang
          Ivy A. Wang