Exhibit 1

November 9, 2010

We are writing this letter in support of Imaad Zuberi who, with his father, had a consulting business, IBMC, in Karachi Pakistan since 2004. In 2012, after his father's death, Mr. Zuberi took over the company and started a new company in 2018 called SEAMENA-China Ventures. We were employees of IBMC and we are now employees of SEAMENA-China Ventures. Mr. Zuberi is sought out for his expertise in certain sectors where we get calls regularly from institutions and individuals to advise them. He has a reputation of honesty, sincerity, propriety, transparency, humility and other characteristics which cause people to seek his advice on matters of business.

In 2010, Mr. Zuberi helped Mr. Zaheeruddin's Petroleum Exploration Limited (PEL) attempt to acquire the British Petroleum (BP) Pakistan operation with a $600 million bid. PEL lost the bid to a Chinese company. Even though Mr. Zaheeruddin offered Mr. Zuberi $1 million for his effort, Mr. Zuberi refused the offer because he said his agreement was for a success fee and he had not been successful helping PEL win the BP bid therefore he didn't want anything. If the transaction would have happened, Mr. Zuberi was to be paid a $50 million success fee. Over a period of approximately six months, Mr. Zuberi had been managing $200 million in equity and $400 million in debt financing from sovereign wealth funds in his attempts to win the bid for PEL. In 2008, Mr. Zuberi managed another large business deal for his cousin to import $15 million in medical equipment from Germany and China. When the Chinese companies offered to pay Mr. Zuberi 10% commission of $1.5 million, he refused to accept the commission saying that most of the medical equipment was going to non-profit hospitals.

Mr. Zuberi has also helped several industrial equipment sellers import equipment from Europe and China. Who have made enormous profits from his introductions and advice. When it came time for Mr. Zuberi to get paid, he has often told them to donate the funds to Red Crescent/Red Cross and other charities which Mr. Zuberi supports that were also supported by his parents.

We know personally, Mr. Zuberi has made various people money and almost all the people we have worked with view him as having the highest integrity. This is why, without any documentation or agreements, people will often wire money to do business because their trust of him.

In our office it is commonly known that if you have any emergency you go to Mr. Zuberi for help, especially if someone has parents or children who are in the hospital. He will never refuse to help anyone. In this office, and to everyone we know outside this office, Mr. Zuberi is known to be of the highest character and honest to a fault. In reality Mr. Zuberi is often asked to help guarantee other people and other entities projects or their borrowing. This is due to his crystal clean reputation.

Our company and Mr. Zuberi are working on affordable housing with 2,400 apartments/flats. This project is worth over $400 million when completed.

We are working on several projects including water a desalination plant, solar panel manufacturing, garment outsourcing and an auto assembly line in foreign joint venture.

Yasir Khan
Manager Finance and IT

Imtiaz Ahmed
Manager Lands

Exhibit 2

P783845



**100 Rupees**

FARAZ AHMED STAMP VENDOR
L No: 160, Shop # 56, SITE Market
Habib Bank Chowrangi, SITE, Karachi

SR. NO................ DATE.............
ISSUED TO.........................
THROUGH 73951
PURPOSE.........................
VALUE RS..........................
STAMP VENDOR SIGNATURE.............
Not Valid for Divorce & Free Will

**1 4 MAR 2019**

M. Javed
Advocate
L No: 4103

RUPEES ONE HUNDRED ONLY

To whom it may concern

I am Senior Manager for Mr. Imaad Zuberi in Pakistan. Between me and two other managers we take care of real estate business and other businesses of Mr. Zuberi in Pakistan for over seventeen years. We manage between ten to forty people.

Mr. Zuberi is a great person. I will give few examples:

- In 2007, he paid for parents of his driver to build a house because his family was homeless in his village after natural disaster.

- In 2008, he paid for his driver's wife's medical expenses when she was sick.

- In 2011, when Mr. Zuberi father was sick, in hospital ICU with stroke, he was in hospital day and night. We use to say this is how son should be like. He was working on a project in China and left that work to be by his father's side. Unfortunately, his father passed away June 2, 2011.

- Following his father's passing away, he often pays for people who can't afford burial which is a major issue here.

- After his father passed away, we saw how he took care of his mother. Again, people give his example of how a son should be like to his parents. His mother had Parkinson and heart valve problems. She was in and out of hospital.

- In 2013, when one of his employees had just come back from his annual leave and found out his son was sick but didn't have leave or money to go back to his village to get his son's treatment. Mr. Zuberi gave him time off and paid for his meningitis medical treatment out of his pocket. If he didn't do this then his son would not have survived.

- In 2014, when one of his guard's daughter was getting married and didn't have money for dowry, Mr. Zuberi personally paid for it. Unfortunately, this is an ingrained custom or tradition in the region.
  The reason people have guards in Pakistan is for fear of getting kidnapped for ransom. Mr. Zuberi's father was kidnapped in 1991 for ransom which had huge psychology effect on Mr. Zuberi.

- Mr. Zuberi is extremely Pro-American. People joke that he is American agent. Whenever he comes to Pakistan and visits US Embassy or Consulate, we are visited by Pakistani Government officials who ask why he was in US Embassy or Consulate. This is especially true in time when Pakistan-US relations are not on good terms.

- Mr. Zuberi spends personally out of his pocket to promote US interests in Pakistan for which he sometimes gets into arguments with Government here. He tells people how US is good vs evil in the world.

- He has often spent money on water pumps in poor villages where there is no water line or water. Instead of putting his name or no name he put US flag on water pumps. Needless to say, people in those villages love the US.

- In 2015, when an employee stole Pak Rupee 988,000 equal to $7,000 from him, Mr. Zuberi didn't fire him because he knew he needed a job to feed his family of five. He asked him to pay back installments which he could afford. This is when everyone told Mr. Zuberi to make an example of him for this not to happen again. He replied that making an example by ruining someone life is not good karma.

- Mr. Zuberi's grandfather (mother's father) was a newspaper/media person and children's books writer. He authored several children's books. He often prints and distributes his grandfather's books to poor elementary schools and pupils.

- In 2017, one of his employees left to start a business which Mr. Zuberi helped him do. When the business didn't succeed Mr. Zuberi employed him back within a year even when there was no need for this person. When I asked why he is doing this? Mr. Zuberi said he needs the job that he is supporting his parents, wife and three children.

- In 2018, when his driver's house was washed away by floods and his family was homeless in his village Mr. Zuberi asked him how much will he need to build a house on higher ground. Mr. Zuberi gave him the full money and told him fifty percent is advance salary which will be deducted in affordable monthly payments from his salary. He said the other fifty percent is gift for him to get house for his family. This is one of the many times he has helped his employees get their own housing.

- In 2018, when one of his employee's wife had complicated pregnancy which could not have been treated in his small town. Mr. Zuberi asked him to bring her to big city and paid their hospital bills.

- Last year, when Pakistani Christian woman Aasiya Noreen (Asia Bibi) who was sentenced to death by hanging for blasphemy by a Pakistani court and later released by Supreme Court of Pakistan. She was acquitted based on insufficient evidence. Her life was in danger by religious extremists, it was recommended she leaves the country. Mr. Zuberi offered nonprofit NGO to pay for her to leave Pakistan to help her and her family. Realizing she was in this position just because she was Christian and no fault of her own.

- Whenever someone needs something Mr. Zuberi is always there to help. We say his heart is made of gold.


Zulfiqar Anwar
Senior Manager

Naseer Ahmad
Manager

Amin Jilani
Manager

Exhibit 3

Shoaib Wahid
3609 Hidden Forest Drive, Flower Mont, Texas 75028

October, 1, 2020

Dear Honorable Judge Phillips,

I am writing a character letter for my nephew Imaad Zuberi. My sister was his mother. Ever since Imaad was young, I had a hand in taking care of him therefore I know him well. My brother in law (his father) was working as an executive for the Philip-Morris Group of Companies and travelling much of the time in Asia like Imaad does now for business. My sister (his mother) was educationist and worked for the New York State Department of Health Labs doing hypothyroid disease tests on newborn babies in the State. These tests are done immediately after the birth because there is a limited time period to treat the newborn otherwise they will have hypothyroidism for the rest of their lives.

Imaad has been extremely patriotic, going into the U.S. Army, supporting various veteran's charities and pushing for American business abroad, when there is no benefit for him. I know this because we often talk to catch up on how our family is doing, who is sick, who is getting married, who had childbirth and other topics related to family. Imaad was very close to his grandmother (my mother) and his mother (my sister). He was depressed when his grandmother passed away and he was devastated when his mother passed away. He didn't work for months after his mother as he was depressed. I know because I was there talking to him on regular basis.

I know that everyone would agree that Imaad has been most helpful to people, not only in our family but outside the family as well. I will give a few examples:

- In the late 1990s, when he got his first job as an Analyst Trainee at Transamerica after his undergraduate degree, he was routinely sending funds to his grandmother with whom he was very close. He was the only grandchild to do this for his grandmother.
- In 1997, when one of his cousins had a drug addiction but couldn't afford drug treatment, Imaad paid for her treatment.
- In the early 2000s when my daughter was getting married, Imaad was the only one to call and ask how he could help and he followed-up with that help.
- In 2005, when one of our cousins (his aunt) was diagnosed with cancer, he paid her medical bills and paid her two children's college tuition.
- Whenever anyone passes away, including friends, extended family, his employees or he hears from us that someone else can't afford burial, Imaad often pays for the funeral and burial. He has paid for many burials that I know of personally. Some even joke by calling him "funeral man".
- Whenever someone is getting married and doesn't have a dowry (which is part of the South-Asian tradition), Imaad is often asked to help and he has always helped. I know several instances in which I was asked to seek his help. He always said yes and helped. Two of these instances were in the recent past in 2018 and 2019.
- I personally know that when any of his employees, their parent or their children are sick Imaad is the one they come to for help. He always says yes and helps.

I know for a fact that when Imaad makes a commitment he follows through. In the fifty (50) years that I have known him, he has never made a commitment that he hasn't fulfilled. Basically, Imaad keeps his promises even when it is harmful to him. I know most of his friends, family and employees would agree with me.

I have ten brothers and sisters, dozens of nieces and nephews, Imaad is by far everyone's favorite because he is always there to help when someone is in need.

Shoaib Wahid

Exhibit 4

Shamim Zuberi .
Hamilton Court # 204
Main Clifton Road
Clifton

November 5, 2020

To whom it may concern:

I am 89 years old Uncle of Imaad Zuberi. His father was my brother. We were seven brothers and sisters. Now I am the only surviving member of his father's generation.

I have known him since the day he was born with Hirschsprung's disease. In new born Hirschsprung's disease usually make bowel movement difficult in the days after birth. In some cases, the condition might not be detected until later in childhood. Surgery to bypass or remove the diseased part of the colon is the treatment. Colostomy was done on Imaad. This is when surgery is performed in the intestine to provide an alternative channel for body to get rid of waste.

Imaad had ten major surgeries from his birth to age of 7. Which I believe left tremendous impact on his life on why he helps people.

Since I am partially immobile, my brother or his father took care of me. Since his father passed away in 2011, Imaad has been taking care of me in many ways. Much of the time, I live in his house, he pays for my medical bills, he has caregiver for me, he does biweekly grocery for me, he looks after me like he took care of his parents. He is like a son I don't have. Every time I call him, he takes my call even when in meetings, when he is on business trip and I leave him message, he returns my call immediately, worried how I am doing medically or if I need anything urgently.

Imaad took care of his parents in an exemplary way. Much of the past two decades, his mother had medical problems including Parkinsons, strokes, heart value problems which caused repeated congestive heart failures, diabetes and hypertension among other health problems.

Since Imaad is only child, much of the responsibility of taking care of his parents was on him.

In our family I have 28 nieces and nephews however Imaad is the favorite because he is always there for everyone whenever someone needs anything.

As Chairman of Red Crescent/Red Cross Sind, Pakistan his father setup blood bank centers in 1970s with the support of American NGOs and continued to take care of them to help when poor of the country needed clean blood supply during surgeries and natural disaster. He did this till he passed away. Much of this responsibility is being handled by employees of Imaad who are Pakistan based.

I want to mention again that after his father's passing away, Imaad is my lifeline.

S. a. zuberi

Shamim Zuberi

Exhibit 5

Willa Rao

November 5, 2020

The Honorable Judge Virginia Phillips
United States District Court Judge
Central District of California
350 West 1st Street
Los Angeles, California 90012

Honorable Judge Philipps,

My name is Willa Rao and Imaad Zuberi is my husband. We first met through friends in 2001, then married in 2009. Imaad is my best friend and the most wonderful father I could want for our children. When he is in town and not travelling on business, he is with our son (5 years old) and daughter (3 years old) constantly spending quality time. He takes them to school (now does home and online schooling), picks them up from school or extracurricular activities, does homework with them, plays with them, both of our children help him do gardening and many other activities together.

When I found out that he violated the law, I was disappointed and dismayed. I wish he had not used such poor judgment. Please accept this letter as my way to put Imaad's mistakes in the broader context of our life together.

When I met Imaad, I immediately noticed his commitment to family especially his mother and father, community and work. He is a very devoted person and focuses all his energy in a positive and productive way. He is by far the most hard-working person I have ever known, when he has to, he works day and night to finish projects he is working on. During the time we dated, Imaad traveled extraordinary distances to complete his MBA in Los Angeles, fulfill his work obligations in Asia (Hong Kong, Singapore, Dubai, India, Mainland China, Tokyo, Manila, etc.) and stay close to his parents when they were in New York. I was very impressed with his energy and dedication to his extensive responsibilities.

Our two children and I are truly blessed by Imaad's love and great sense of duty. He is patient and tender with the children and spends as much time as he can with them. As mentioned above, our children love spending time with him. Both of them are sad when he travels out of town for work and insist that they go to the airport to drop him off. Imaad attends community services regularly and makes faithful donations to the synagogues and mosques.

He cares deeply about other people and models good moral conduct for our children.
Now that Imaad is home due to coronavirus, everyday our son Aiden and our daughter Miriam both want to go out with him in the evenings for walks, getting ice cream or just grocery shopping.

In 2011, Imaad's father died suddenly. As the only child, Imaad immediately moved his mother into our home. Imaad's mother fought a long battle with various aliments including congestive heart failure, heart valve problems, strokes, Parkinson's disease, diabetes and other medical problems. She required a great deal of daily care. Imaad made sure his mother had everything she needed. Anytime she was hospitalized, Imaad immediately returned to Los Angeles from wherever he was in the world. His mother was in Cedars-Sinai Hospital ICU for many months. While she was in the hospital, he would get up at 5am, leave home by 6am for the hospital and wouldn't return till midnight. He came home only to sleep. He stopped working every time his mother was in the hospital. He showed her all the love in his heart until she passed away in 2016. Even though his mother had a fulltime caregiver, whenever Imaad was home he took care of her even in the middle of the night, waking up to take her to bathroom or to give her medication as timing dictated. Every week he made his mother's medications himself for that week and, before he went on business trips, he made sure her medications were made for the duration of his trip. Imaad made her weekly medication so she could take it as doctors instructed. I know Imaad was depressed when she passed away because he didn't work for many months and every time he went by her room he had tears in his eyes. In the beginning he went to her cemetery every day and now he visits his mother's cemetery every week.

My parents live near to us in Los Angeles. Imaad treats them like his own parents with respect and encourages me to spend as much time with them as possible. He tells me to take care of them as much as possible so I won't regret later. Having lost his parents early, he wants our children to have a close relationship with my parents and my sister who has stage 4 cancer. Imaad is very family-oriented and does everything possible to support and cherish me and our children. Imaad is the best father any child could want. When he is working late at night with his overseas businesses, Aiden and Miriam both want to go down to play with him while he is on his computer or phone.

Recently, while schools are closed and they are home, he bought hair cutting tools and he cuts their hair. They love getting haircuts by him.

Imaad has a big heart and always wants to do the right thing. Between all his good activities, he sometimes gets pulled in too many directions at once. I can attest that due to his lifelong ADHD he was not consistent about attending to many details. This legal case shined a light on my husband's failure to keep careful tax records. Imaad understands how he violated the law and has already taken steps to prevent these mistakes in the future. Now he reviews his credit card statements and keeps receipts. Now he regularly consults with lawyers and accountants before every action he takes. Sometimes his friends joke he is scared of his own shadow. To be quite honest he is so afraid of making a mistake again he postpones making decisions. I can tell that he is making his business decisions more slowly and cautiously. This case has changed my husband's outlook on life, his attitudes and his behavior for being more detail oriented and getting legal advice before doing anything in business. Imaad was a workaholic, he worked constantly. Now he wants to spend more time with his children.

When our doctor friends told Imaad that their hospital lacked medical masks, first thing Imaad did was to call his contacts in China to get thousands of masks for the hospitals. He did all this anonymously. When the masks were delivered, he was scared that he can be sued for liability. He called several lawyers to make sure it was safe to donate masks. He is now over cautious in everything he does. Needless to say, the hospitals were glad to receive the much-needed masks. By the same token, I know Imaad has been confidentially giving money and food to communities in California, New York and even in Asia.

People who know Imaad know that he has been involved for decades on gang intervention. I know this because thousands of dollars of gift certificates from grocery merchants show up on our credit cards and cash withdrawals from the bank often are going to destitute people he knows at homeless shelters. Imaad tries to hide this part of him but people who know him are aware of these facts.

Recently, Imaad took our family on a trip to the San Diego Zoo Safari Park. He wanted our two children, Aiden and Miriam, to have a closer look at the animals and the zookeeper's work. Imaad loves animals, cares about biodiversity, other environmental issues and he loves to do gardening (he grows vegetables and fruits). I know that he wants to use his life to improve the world around him. He has helped numerous veterans and former gang members start businesses, get jobs and to have productive lives. These days even our son Aiden goes with Imaad to be with his dad when he is there volunteering in homeless shelters and community centers (wearing a children's mask). Every day he is helping his dad he gets 25 cents to 50 cents. He has saved over $100 for his work.

I am grateful to be married such a kind, good-hearted person. Over the 19 years that I have known him, I know that Imaad has helped thousands if not hundreds of thousands directly and indirectly with help getting married, paying for peoples medical bills, paying for peoples college tuition, with his blood bank work that he is carrying on his father's legacy, his work for the veterans, his work for the homeless, helping poor with burial of their relatives especially their parents and many other things Imaad is passionate about. Only yesterday one of his employees called asking for help and time off to take care his sick father, he immediately said yes, he will pay and told him to go to his village to take care of his father. This is even after Imaad is under financial pressure because he has a large tax bill he has to pay.

Everyone who knows Imaad well will attest that he has much more positives than negatives.

I have forgiven my husband and love him with my whole heart. In the end, Imaad has many more positives than his mistakes for which he regrets.

On the building he manages, many times when someone doesn't pay rent, Imaad wants to know why because if he is told of legitimate reasons, he quietly says it is not a problem, tells tenants don't tell anyone, and pretends that rent was paid as normal. No one knows this part of Imaad.

When his mother was alive he bought a car for her caregiver for her to come to work on time instead of being late waiting for bus. I know he has bought cars for several people at homeless shelters and workers in community centers he works with.

Imaad was at the hospital so often that he became friends with the staff from the president to the janitor. He would talk to everyone and get to know about them. Whenever someone needed something he would offer to help. I know at least few instances where he has paid for someone at the hospital or his mother's care giver to go to nursing school to be Registered Nurse or Physician Assistant.

Your Honor, Imaad knows that he made a serious mistake and violated the law. I am proud of him for taking practical steps to ensure strict legal compliance in the future. Knowing Imaad, I am confident he will use this experience to continue to help other people avoid his mistakes. Imaad respects the law and our justice system as he has been involved in donating funds and

computers to the LAPD and Sheriff's Department's child exploitation lab. I know that he is sorry that that he disobeyed the law and he has learned his lesson which he tells me every day.

As you deliberate over my husband's sentence, please consider showing him mercy.

Sincerely,

Willa Rao

Exhibit 6

Robert B. Taylor
3641 Los Amigos Street
La Crescenta, CA 91214

April 22, 2020

Honorable Judge Virginia Phillips
U.S. District Court Judge
Central District of California
First Street Courthouse
Courtroom 8A, Eighth Floor
350 West 1st Street
Los Angeles, CA 90012

Dear Judge Phillips,

I am writing this letter in support of Mr. Imaad Zuberi who pled guilty to violations of the
United States Code. While I cannot speak to these violations, I can speak to the
character of Mr. Zuberi. I have known him since he was a student at the University of
Southern California (USC) in the mid-1990's. At the time, I served as a Deputy Chief in
the USC Department of Public Safety. Before then, I served as a commander in the Los
Angeles Police Department and my last assignment was in the Office of the Chief of
Police.

After almost twenty-nine years with LAPD, I was looking for another opportunity when
USC offered me a position. Mr. Zuberi was a member of the USC Student Senate and
was the Chair of the Campus Safety Committee. He and I met on a regular basis to
discuss improvements to student safety and other campus safety issues. For example,
he personally engaged in outreach after gang shooting at Hoover Boulevard near USC.
Tensions in the community were still high after the 1992 LA riots, and the Department of
Public Safety was doing outreach into the community creating programs like Kid Watch.
Mr. Zuberi reached out to Los Angeles Police Department, California Highway Patrol,
Sheriff's Department to help increase patrol around Campus. He was advising Capt.
Roulier at South West Station increasing LAPD patrolling near Campus.

Some of the outreach was to local gang members. We enlisted there help in the annual
university Christmas tree give away program. Mr. Zuberi became involved in some of
these efforts to build a bridge between the university and the external community. I
believe he remains involved in some of these community efforts. During this time he got
involved in gang intervention with Unity One.

In 1997, my son-in-law, Officer Charles A. Lazzaretto, was killed in the line of duty. Mr.
Zuberi offered his personal condolences and organized Student Senate support for my
daughter and her two young sons, ages two and three at the time. My daughter, her
children and I remain grateful for his expression of sympathy and compassion.

Years later, I worked for the County of Los Angeles first as the LA County Ombudsman and then as the LA County Chief Probation Officer. Mr. Zuberi and I occasionally met to discuss business or political matters. He was very involved with the Asian business community and with his various family-related businesses. He frequently traveled abroad and was employed for some time with TransAmerica Corporation. I marveled at his energy and commitment to so many businesses and community ventures.

I was shocked to hear about Mr. Zuberi's criminal case. His charges are completely out of character for the good man I have known over twenty (20) years. Many years ago, in a graduate school recommendation letter, I remarked on how bright and energetic he was and how I thought he would be a leader lighting the path for others to follow. I know he was a great son to his parents; he is a good father and husband and has enjoyed success in his career. I respect Mr. Zuberi and know the road ahead for him will be purposeful and productive. I also know this legal case has provided him with an opportunity to focus on what is most important to him: his wife and family.

Your Honor, I hope you will look at Mr. Zuberi's long record of good work and services. Those efforts continue. As an experienced law enforcement professional, I believe that Mr. Zuberi is a man of excellent character. When he makes a promise, he keeps it. I would appreciate any consideration the court might provide in light of the many community contributions he has made and continues to make.

Most respectfully,

Robert B. Taylor

Exhibit 7



# Office of the Attorney General
## Washington, D. C. 20530

March 26, 2020

MEMORANDUM FOR DIRECTOR OF BUREAU PRISONS

FROM:           THE ATTORNEY GENERAL

SUBJECT:        Prioritization of Home Confinement As Appropriate in Response to
                COVID-19 Pandemic

      Thank you for your tremendous service to our nation during the present crisis. The current situation is challenging for us all, but I have great confidence in the ability of the Bureau of Prisons (BOP) to perform its critical mission during these difficult times. We have some of the best-run prisons in the world and I am confident in our ability to keep inmates in our prisons as safe as possible from the pandemic currently sweeping across the globe. At the same time, there are some at-risk inmates who are non-violent and pose minimal likelihood of recidivism and who might be safer serving their sentences in home confinement rather than in BOP facilities. I am issuing this Memorandum to ensure that we utilize home confinement, where appropriate, to protect the health and safety of BOP personnel and the people in our custody.

## I.     TRANSFER OF INMATES TO HOME CONFINEMENT WHERE APPROPRIATE TO DECREASE THE RISKS TO THEIR HEALTH

      One of BOP's tools to manage the prison population and keep inmates safe is the ability to grant certain eligible prisoners home confinement in certain circumstances. I am hereby directing you to prioritize the use of your various statutory authorities to grant home confinement for inmates seeking transfer in connection with the ongoing COVID-19 pandemic. Many inmates will be safer in BOP facilities where the population is controlled and there is ready access to doctors and medical care. But for some eligible inmates, home confinement might be more effective in protecting their health.

      In assessing which inmates should be granted home confinement pursuant to this Memorandum, you are to consider the totality of circumstances for each individual inmate, the statutory requirements for home confinement, and the following non-exhaustive list of discretionary factors:

- The age and vulnerability of the inmate to COVID-19, in accordance with the Centers for Disease Control and Prevention (CDC) guidelines;

Case 2:19-cr-00642-VAP   Document 310-3   Filed 02/10/21   Page 21 of 31   Page ID #:5754

Memorandum from the Attorney General                                            Page 2
Subject: Prioritization of Home Confinement As Appropriate in Response to COVID-19
    Pandemic

- The security level of the facility currently holding the inmate, with priority given to inmates residing in low and minimum security facilities;

- The inmate's conduct in prison, with inmates who have engaged in violent or gang-related activity in prison or who have incurred a BOP violation within the last year not receiving priority treatment under this Memorandum;

- The inmate's score under PATTERN, with inmates who have anything above a minimum score not receiving priority treatment under this Memorandum;

- Whether the inmate has a demonstrated and verifiable re-entry plan that will prevent recidivism and maximize public safety, including verification that the conditions under which the inmate would be confined upon release would present a lower risk of contracting COVID-19 than the inmate would face in his or her BOP facility;

- The inmate's crime of conviction, and assessment of the danger posed by the inmate to the community. Some offenses, such as sex offenses, will render an inmate ineligible for home detention. Other serious offenses should weigh more heavily against consideration for home detention.

In addition to considering these factors, before granting any inmate discretionary release, the BOP Medical Director, or someone he designates, will, based on CDC guidance, make an assessment of the inmate's risk factors for severe COVID-19 illness, risks of COVID-19 at the inmate's prison facility, as well as the risks of COVID-19 at the location in which the inmate seeks home confinement. We should not grant home confinement to inmates when doing so is likely to increase their risk of contracting COVID-19. You should grant home confinement only when BOP has determined—based on the totality of the circumstances for each individual inmate—that transfer to home confinement is likely not to increase the inmate's risk of contracting COVID-19.

## II.    **PROTECTING THE PUBLIC**

While we have an obligation to protect BOP personnel and the people in BOP custody, we also have an obligation to protect the public. That means we cannot take any risk of transferring inmates to home confinement that will contribute to the spread of COVID-19, or put the public at risk in other ways. I am therefore directing you to place any inmate to whom you grant home confinement in a mandatory 14-day quarantine period before that inmate is discharged from a BOP facility to home confinement. Inmates transferred to home confinement under this prioritized process should also be subject to location monitoring services and, where a court order is entered, be subject to supervised release.

We must do the best we can to minimize the risk of COVID-19 to those in our custody, while also minimizing the risk to the public. I thank you for your service to the country and assistance in implementing this Memorandum.

Exhibit 8

11/6/2020          Association of cardiovascular disease and 10 other pre-existing comorbidities with COVID-19 mortality: A systematic review and meta-an…

Case 2:19-cv-00643-VAP   Document 10-3   Filed 02/10/21   Page 23 of 31   Page ID #:5756

# Association of cardiovascular disease and 10 other pre-existing comorbidities with COVID-19 mortality: A systematic review and meta-analysis

Paddy Ssentongo        , Anna E. Ssentongo        , Emily S. Heilbrunn, Djibril M. Ba, Vernon M. Chinchilli

Published: August 26, 2020  •  https://doi.org/10.1371/journal.pone.0238215

## Abstract

**Background**

Estimating the risk of pre-existing comorbidities on coronavirus disease 2019 (COVID-19) mortality may promote the importance of targeting populations at risk to improve survival. This systematic review and meta-analysis aimed to estimate the association of pre-existing comorbidities with COVID-19 mortality.

**Methods**

We searched MEDLINE, SCOPUS, OVID, and Cochrane Library databases, and medrxiv.org from December 1st, 2019, to July 9th, 2020. The outcome of interest was the risk of COVID-19 mortality in patients with and without pre-existing comorbidities. We analyzed 11 comorbidities: cardiovascular diseases, hypertension, diabetes, congestive heart failure, cerebrovascular disease, chronic kidney disease, chronic liver disease, cancer, chronic obstructive pulmonary disease, asthma, and HIV/AIDS. Two reviewers independently extracted data and assessed the risk of bias. All analyses were performed using random-effects models and heterogeneity was quantified.

**Results**

Eleven pre-existing comorbidities from 25 studies were included in the meta-analysis (n = 65, 484 patients with COVID-19; mean age; 61 years; 57% male). Overall, the between-study heterogeneity was medium, and studies had low publication bias and high quality. Cardiovascular disease (risk ratio (RR) 2.25, 95% CI = 1.60–3.17, number of studies (n) = 14), hypertension (1.82 [1.43 to 2.32], n = 13), diabetes (1.48 [1.02 to 2.15], n = 16), congestive heart failure (2.03 [1.28 to 3.21], n = 3), chronic kidney disease (3.25 [1.13 to 9.28)], n = 9) and cancer (1.47 [1.01 to 2.14], n = 10) were associated with a significantly greater risk of mortality from COVID-19.

**Conclusions**

Patients with COVID-19 with cardiovascular disease, hypertension, diabetes, congestive heart failure, chronic kidney disease and cancer have a greater risk of mortality compared to patients with COVID-19 without these comorbidities. Tailored infection prevention and treatment strategies targeting this high-risk population might improve survival.

**Citation:** Ssentongo P, Ssentongo AE, Heilbrunn ES, Ba DM, Chinchilli VM (2020) Association of cardiovascular disease and 10 other pre-existing comorbidities with COVID-19 mortality: A systematic review and meta-analysis. PLoS ONE 15(8): e0238215. https://doi.org/10.1371/journal.pone.0238215

**Editor:** Jennifer A. Hirst, University of Oxford, UNITED KINGDOM

**Received:** May 19, 2020; **Accepted:** August 12, 2020; **Published:** August 26, 2020

**Copyright:** © 2020 Ssentongo et al. This is an open access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Data Availability:** All relevant data are within the manuscript and its Supporting Information files.

**Funding:** The author(s) received no specific funding for this work.

**Competing interests:** The authors have declared that no competing interests exist.

## Introduction

The number of total cases of the coronavirus-2019 disease (COVID-19) continues to rise quickly, threatening thousands to millions of individuals with pre-existing chronic conditions who are disproportionately affected [1]. To date, as of July 9th, 2020, the Johns Hopkins University coronavirus resource center reported that worldwide more than 180 countries have been affected with COVID-19 with more than twelve million confirmed cases and more than 500,000 deaths. [2] As research related to potential risk factors for

Case 2:19-cv-00648-VAP Document 610-3 Filed 02/11/21 Page 24 of 31 Page ID #:5757

COVID-19 mortality continues, it is becoming clear that individuals with underlying comorbidities, such as cardiovascular diseases, hypertension, diabetes, congestive heart failure, cerebrovascular disease, chronic kidney disease, chronic liver disease, cancer, chronic obstructive pulmonary disease, asthma, and HIV/AIDS, may have a greater risk of death from COVID-19. [3, 4] As the number of published studies increases, there is a widening gap due to inconsistent findings related to the influence of pre-existing comorbidities on COVID-19 mortality. Some studies report an association between pre-existing conditions and COVID-19 mortality, whereas others report no association. The differences may stem from the limited number of studies analyzed, heterogeneous methodologies and unaddressed sources of bias. Nevertheless, it is clear that regions experiencing the highest mortality rates, such as the United States, Europe, and China, also have the greatest burden of these pre-existing chronic conditions. [5]

The novel virus, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the causative agent of COVID-19, interacts with angiotensin-converting enzyme 2 (ACE2), a cellular binding site expressed in the heart, kidney and pulmonary alveolar type II cells. [6] It has been postulated, though not confirmed, that pre-existing use of angiotensin II type 1 receptor blockers (ARBs) may upregulate membrane-bound ACE2 hence increasing susceptibility to virus entry in humans. [7] Therefore, it is plausible that individuals with pre-existing chronic conditions such as hypertension and chronic heart failure taking ARBs may be more susceptible to the severity of SARS-CoV-2, including mortality.

To date, studies that have systematically explored the association of a range of pre-existing chronic conditions and COVID-19 mortality have limitations in the number of countries included, the number of studies included, and the number of conditions explored. [8, 9]. Furthermore, these studies have significant unaddressed sources of bias that limit conclusions drawn from them. We took a comprehensive approach and estimated the association of major pre-existing chronic conditions, including cardiovascular diseases, hypertension, diabetes, congestive heart failure, cerebrovascular disease, chronic kidney disease, chronic liver disease, cancer, chronic obstructive pulmonary disease, asthma, and HIV/AIDS, and the risk of mortality from COVID-19. Although the majority of studies occurred in China, we identified additional studies involving patients from Europe, North America, and Africa.

## Methods

### Information source and search strategy

The present study has been registered with PROSPERO (registration ID: CRD42020187972). This study is being reported in accordance with the reporting guidance provided in the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) statement and Meta-analysis of Observational Studies in Epidemiology (MOOSE). [10, 11] We searched PubMed (MEDLINE), OVID (MEDLINE, HEALTHSTAR), SCOPUS, Joana Briggs International EBP, and Cochrane Library databases (from December 1st, 2019, and July 7th, 2020). We searched the grey or difficult to locate literature, including Google Scholar and Medrxiv. We performed hand-searching of the reference lists of included studies, relevant reviews, or other relevant documents. Studies reporting the risk of mortality in patients with COVID-19 were included. No limitations were applied on study design, country of publication, or language. Non-English-language articles were translated using language translation services at Penn State University Library and further included in the screening. Predefined search terms determined by the Medical Subject Headings (MeSH) and keywords included multiple combinations of the following: ("COVID-19" OR "coronavirus" OR "SARS-CoV-2" OR "2019-nCoV" OR "SARS nCoV2",) AND ("mortality") AND ("cardiovascular disease" OR "chronic obstructive pulmonary disease" OR "asthma" OR "coronary heart disease" OR "coronary artery disease" OR "hypertension" OR "diabetes" OR "congestive heart failure" OR "malignancy" OR "cancer" OR "chronic kidney disease" OR "chronic liver disease" OR "cerebrovascular disorders" OR "stroke "comorbidities" OR "asthma", OR" "HIV/AIDS" OR" "human immunodeficiency virus infection AND acquired immune deficiency syndrome"). Two reviewers (ESH and AES) independently screened titles and abstracts of the studies for inclusion eligibility. The comprehensive list of studies found as a result of our initial search was transferred into Endnote, which further removed duplicate studies.

### Eligibility criteria

Studies were selected according to the following criteria: participants, exposure, comparison, condition or outcome(s) of interest, study design and context.

  *1. Participants (population)*: We included studies involving patients hospitalized for COVID-19, regardless of age.

  *2. Exposure*: The exposure included any of the 11 comorbidities including cardiovascular diseases, hypertension, diabetes, congestive heart failure, cerebrovascular disease, chronic kidney disease, chronic liver disease, cancer, chronic obstructive pulmonary disease, asthma, and HIV/AIDS.

  *3. Comparison*: Hospitalized patients with COVID-19 without the above-mentioned pre-existing comorbidities

  *4. Condition or outcome(s) of interest*: The primary outcome was the mortality in hospitalized patients with COVID-19 with comorbidities in comparison to hospitalized patients with COVID-19 without comorbidities.

  *5. Study design and context*: Eligible studies were randomized controlled trials, cohort (prospective or retrospective), case series (with at least 10 patients), and case-control studies.
  Criteria of inclusion included the following: COVID-19 diagnosis was based on the World Health Organization guidance; [12] studies examined the association of any of the pre-existing comorbidities and COVID-19; the risk point estimates reported as odds ratios (ORs), risk ratios (RRs), or hazard ratios (HRs) or the data was presented such that the OR, RR, and HR could be calculated; the 95% CI was reported, or the data were presented such that the 95% CI could be calculated. We excluded case reports or case series with less than 10 patients, studies not conducted on humans, review papers, meta-analyses, literature reviews, and commentaries. Excluded studies were documented with reasons for their exclusion.

### Data extraction

Two reviewers (ESH and AES) initially screened titles and abstracts of all identified articles for eligibility. After initially screening articles for inclusion based on titles and abstracts, full-text articles were screened. Disagreements were resolved by discussion to meet a consensus. If necessary, a third reviewer (PS) was consulted in order to reach a consensus. We extracted the following

11/6/2020    Association of cardiovascular disease and 10 other pre-existing comorbidities with COVID-19 mortality: A systematic review and meta-an…

Case 2:19-cv-00642-VAP  Document 61-3  Filed 02/10/21  Page 25 of 31  Page ID #:5758

information: year of publication, date of the study, the sample size of patients with COVID-19, number of participants with each comorbidity who died and did not die, the point estimates and 95% confidence interval of mortality of patients with COVID-19 with each underlying condition (S1 Table), the mean or median age with their corresponding standard deviation or interquartile range, respectively, the proportion that was male, and the covariates adjusted for each study. We gave priority to adjusted estimates if available.

### Study quality assessment

Two reviewers (EH and AES) independently assessed the quality of the included studies. The Newcastle-Ottawa Scale (NOS) was utilized for the quality assessment of the included studies. [13] NOS scale rates observational studies based on 3 parameters: selection, comparability between the exposed and unexposed groups, and exposure/outcome assessment. It assigns a maximum of 4 stars for selection, 2 stars for comparability, and 3 stars for exposure/outcome assessment. Studies with less than 5 stars were considered low quality, 5–7 stars of moderate quality, and more than 7 stars of high quality. In reporting results, we gave preference for results from clinical trials over observational studies.

### Data synthesis and statistical analysis

We adopted a narrative approach to describing the number of studies, study settings, proportion of sex, mean or median age and covariates adjusted for in each study. Our primary outcome was the risk of mortality in patients with COVID-19 associated with pre-existing chronic diseases. We combined RRs and HRs with ORs in the present meta-analysis and reported the pooled effect size as RRs as common risk estimates for all studies.

For studies without measures of associations group, a generalized linear mixed model was used to calculate the OR using the number of events and the sample size of each study group. [14] Effect sizes were log-transformed to normalize the distributions. Next, standard errors (SEs) were calculated via the following equations [15]: Lower = log (lower 95% CI) and upper = log (upper 95% CI), and SE = (upper—lower)/3.92. To assess the associations between pre-existing conditions and the risk of mortality, we pooled the RR estimates for the presence versus absence of pre-existing conditions from each study, weighted by the inverse of their variances (inter-study plus intra-study variances). The *metagen* function from the R package meta was used to calculate the pooled effect estimates using random-effects models. [16] The DerSimonian and Laird (DL) random-effects method was used to estimate the pooled inter-study variance (heterogeneity). [17] We graphically displayed individual and pooled estimates with forest plots. Inter-study heterogeneity was assessed using $I^2$ statistics, expressed as % (low (25%), moderate (50%), and high (75%) and Cochrane's $Q$ statistic (significance level < 0.05) [18, 19]. For outcomes with high between-study heterogeneity, influence sensitivity analysis was undertaken to explore the effect of each individual study on the overall pooled estimate. [20] If a specific comorbidity had 10 or more studies and significant between- study heterogeneity was observed, we conducted meta-regression analysis to explore sources of variation, using mean age and proportion of males as regressors. [16] Potential ascertainment bias (as might be caused by publication bias) was assessed with funnel plots, by plotting the study effect size against standard errors of the effect size, and Egger's test. [21] Trim and fill analyses using Duval and Tweedie non-parametric method were used to adjust for the publication bias. [22] All statistical analyses were performed with R software, version 3.4.3 (R, College Station, TX).

## Results

### Identified studies

As shown in Fig 1, we identified a total of 321 studies. Of these, 68 studies were duplicates, leaving 253 studies to explore for inclusion. An additional 109 studies were excluded based on titles and abstracts and another 119 studies based on full text, which resulted in 25 studies for the quantitative analysis. The process yielded a total of 65, 484 patients with COVID-19 with 19 studies conducted in China, [3, 4, 23–39], 3 from the United States, [40–42] 1 in Italy, [43] and 1 in South Africa. [44] One study had 24 representative countries from North America, Europe, Asia, and Africa. [45] (Table 1). The mean age was 61 years and 57% were male. Median quality score was 7 (range = 5–9).

**Fig 1. PRISMA flow diagram.**
https://doi.org/10.1371/journal.pone.0238215.g001

**Table 1. Characteristics of studies included in the systematic review.**
https://doi.org/10.1371/journal.pone.0238215.t001

### The risk of mortality in patients with COVID-19 with cardiovascular disease

Of the fourteen studies that reported the risk of mortality associated with pre-existing cardiovascular disease, 7 reported a statistically significant association. The RR point estimates for mortality from COVID-19 and cardiovascular disease ranged from 0.72 to 8.89 (Fig 2). The overall pooled RR of COVID-19 mortality associated with cardiovascular disease was 2.25 (95% CI: 1.60– 3.17), implying an approximately 2-fold greater risk of death. Between-study variation was moderate ($I^2$ = 49, p = 0.02).

Case 2:19-cv-00648-VAP Document 610-3 Filed 02/10/21 Page 26 of 31 Page ID #:5759

**Fig 2. Association of cardiovascular disease and mortality risk from COVID-19.**
Blue squares and their corresponding lines are the point estimates and 95% confidence intervals per each study. Maroon diamond represents the pooled effect estimate.
https://doi.org/10.1371/journal.pone.0238215.g002

**The risk of mortality in patients with COVID-19 with 10 other pre-existing comorbidities**

Compared with individuals without comorbidities, the risk of death was significantly greater in patients with hypertension (RR 1.82 [95% CI 1.43 to 2.32]), diabetes (1.48 [1.02 to 2.15]), congestive heart failure (2.03 [1.28 to 3.21]), chronic kidney disease (3.25 [1.13 to 9.28)]) and cancer (1.47 [1.01 to 2.14) (Fig 3). Cerebrovascular disease demonstrated a higher risk of death, though it was not a statistically significant finding (2.16 [95% CI 0.97 to 4.80]). In addition to this, chronic liver disease, COPD, asthma, and HIV/AIDS comorbidities were not significantly associated with greater risk of mortality.

**Fig 3. Association of 10 other comorbidities disease and mortality risk from COVID-19.**
Blue squares and their corresponding lines are the point estimates and 95% confidence intervals per each study. Maroon diamond represents the pooled effect estimate.
https://doi.org/10.1371/journal.pone.0238215.g003

**Publication bias, study heterogeneity, and meta-regression**

The risk of publication bias was found to be significant for hypertension, cerebrovascular disease, and cancer (Table 2; the funnel plots are provided in S1 Fig). Trim and fill methods were used to adjust for the publication bias [22]. If the asymmetry is due to publication bias, our analyses suggest that the adjusted effect estimates for hypertension remained significant, However, the adjusted effect estimates for cancer were no longer significant.

**Table 2. Estimated pooled RR of mortality from COVID-19 in patients with comorbidities compared to those without.**
https://doi.org/10.1371/journal.pone.0238215.t002

Significant between- study heterogeneity was observed for cardiovascular disease, hypertension, diabetes, cerebrovascular disease, chronic kidney diseases, COPD, and HIV/AIDS. If a specific comorbidity had more than 10 studies and exhibited significant medium or high between-study heterogeneity, we further conducted meta-regression to explore the sources of heterogeneity. [46] Mean or median study age and the proportion of males were regressors in the univariate meta-regression. Results from the meta-regression analyses showed no statistically significant association between either mean study age or the proportion of males with estimated RRs for mortality (Table 3).

**Table 3. Results of meta-regression analyses.**
https://doi.org/10.1371/journal.pone.0238215.t003

We further performed influence sensitivity analyses for outcomes with high between-study heterogeneity by excluding and replacing one study at a time (Leave-One-Out method) from the meta-analysis and calculated the RR for the remaining studies [20]. No substantial change from any of the pooled RR were observed when other studies were removed in turn, indicating that no individual study had a considerable influence on the pooled estimate. The plots for the analysis estimates are provided in S2 Fig.

## Discussion

**Principal findings**

The results of this systematic review and meta-analysis suggest that hospitalized patients with COVID-19 with pre-existing cardiovascular disease, hypertension, diabetes, congestive heart failure, chronic kidney disease and cancer have a greater risk of death from COVID-19.

**Strengths and limitations**

Case 2:19-cv-00648-VAP Document 81-3 Filed 02/10/21 Page 27 of 31 Page ID #:5760

This review provides up-to-date results of comorbidities' influence on the higher risk of mortality in patients with COVID-19 by synthesizing a large number of recently published studies. The study yielded a large number of individuals from countries representing Europe, North America, Africa, and Asia. Nevertheless, this meta-analysis had several limitations. While some studies reported the race and ethnicity of study participants, others provided little or no information. Thus, we could not investigate race and ethnicity's influence, which could have been a cause of variation between studies. Due to a lack of individual patient-level data, we used study level data in meta-regression analyses to assess heterogeneity between studies. We were unable to identify the main sources of heterogeneity in the effect estimates. Perhaps future analysis could use individual patient-level data to explore sources of heterogeneity.

Most of the studies included were at low risk of bias. Nevertheless, the NOS used to assess the included studies' quality has low or unknown validity. [49] The alternative validated scale with high quality, the Risk of Bias in Nonrandomized Studies of Interventions (ROBINS-I), [50] could not be used in our meta-analysis because included studies did not involve any interventions. Nevertheless, we carefully evaluated included studies and listed potential confounders adjusted for each study that reported adjusted estimates. Furthermore, we investigated and reported adjusted effect estimates for the outcomes that showed potential publication bias (as quantified by a significant Egger's test and asymmetrical funnel plots).

Many of the included studies reported effect size estimates from all covariates within each model, which can induce multiplicity and lead to "the Table 2 fallacy". [51] From a causal inference perspective, this is a significant source of bias and could affect the interpretation of the results in causal terms. Many studies reporting COVID-19 mortality have been retrospective cohort studies or case-control studies that report odds ratios from logistic regression models, and yet COVID-19 mortality is relatively common (>10%). Since odds ratios of fairly common outcomes have the potential for biasing effect estimates towards a stronger association, the magnitude of the pooled estimates from our meta-analysis could be inflated. [52]

### Comparison with other studies

Our study findings are similar to results from previously published systematic reviews, suggesting a higher mortality rate of COVID-19 individuals with cardiovascular, chronic kidney disease and cancer. The overall 95% confidence interval obtained by Singh and colleagues overlapped with the one we identified. Pranata and colleagues assessed studies published until April 10th, 2020, and included 4448 patients from 16 studies. [53] They found a 2-fold greater risk in mortality in patients with COVID-19 with cardiovascular and cerebrovascular disease. In the current meta-analysis, the risk of mortality was approximately 2-fold higher in individuals with cerebrovascular disease. However, the association was not statistically significant. In addition to what is reported in published studies, this systematic review and meta-analysis incorporated evidence from the most recent studies, a large sample size, and a significant and higher estimated mortality risk of hypertension, diabetes, congestive heart failure, and chronic kidney disease than found previously.

A probable hypothesis for the pathophysiological mechanism related to the higher risk of mortality among patients with COVID-19 with pre-existing chronic conditions may stem from the increased allostatic load. Chronic conditions cause dysregulation of major physiological system, including the hypothalamic-pituitary-adrenal axis, the sympathetic nervous system, and the immune system. [54] The chronic nature of such conditions induces the "wear and tear" on the body's regulatory system, [55] leading to the accumulation of pro-inflammatory cytokines, which affects the cellular immune system. As a result of the reduced immunity, these individuals become very susceptible to severe complications of SARS-CoV-2 and death. Such an association with this type of virus is not relatively new. Seasonal influenza, SARS-CoV, and Middle Eastern Respiratory Syndrome-CoV are also associated with increased severity and mortality in patients with preexisting conditions. [29, 56]

### Implications for research and clinical practice

As the race towards developing a vaccine against SARS-CoV-2 intensifies, our results support the notion that individuals who appear to be at increased risk should receive immunization priority. Individuals with pre-existing cardiovascular disease, hypertension, diabetes, congestive heart failure, chronic kidney disease and cancer are at heightened risk of death from the virus, thus should be given a priority during the allocation of a vaccine, especially if it is in limited supply. Historically, targeted public health vaccination intervention strategy for influenza vaccination is recommended by the Advisory Committee on Immunization Practices against seasonal influenza. [57] In the population with chronic comorbidities, annual influenza vaccination significantly reduces mortality and morbidity. [58] Mounting evidence postulates that SARS-CoV-2 may become seasonal requiring annual vaccination. [59]

The majority of patients with pre-existing cardiovascular disease, hypertension, diabetes, chronic kidney disease and congested heart failure use renin-angiotensin-aldosterone system (RAAS) blockers, which are postulated to increase the risk of developing a severe and fatal SARS-CoV-2 infection. [60] In experimental studies by Ferrario and colleagues, ACE inhibitors or ARBs increased cardiac levels of *Ace2* mRNA compared with a placebo. [61] Notably, cardiac levels of *Ace2* mRNA increased by 4.7-fold or 2.8-fold with either lisinopril (an ACE inhibitor) or losartan (an ARB), respectively. Nonetheless, recent clinical studies have found no association between the RAAS blockers and increased mortality from COVID-19. [62, 63] Such clinical or experimental evidence suggests that RAAS is an appropriate drug to manage hypertension and other cardiovascular diseases in the setting of COVID-19.

## Conclusion

Our findings suggest that of the major comorbidities analyzed, cardiovascular disease, hypertension, diabetes, congestive heart failure, chronic kidney disease, and cancer carry the highest risk of death from COVID-19. This research highlights the importance of paying attention to the populations with these specific comorbidities and tailor treatment to meet their need.

## Supporting information

S1 Table. Risk ratios for the 11 comorbidities per study.
https://doi.org/10.1371/journal.pone.0238215.s001

(DOCX)

**S1 Fig. Funnel plots showing asymmetry.**
https://doi.org/10.1371/journal.pone.0238215.s002
(DOCX)

**S2 Fig. Influential analysis.**
https://doi.org/10.1371/journal.pone.0238215.s003
(DOCX)

**S1 Checklist. PRISMA checklist.**
https://doi.org/10.1371/journal.pone.0238215.s004
(DOC)

## References

1. Awadhesh KS, Clare LG, Ritu S, Akriti S, Yogini C, Briana C, et al. Prevalence of Comorbidities and Their Association With Mortality in Patients With COVID-19: A Systematic Review and Meta-analysis. Diabetes, obesity & metabolism.

2. Johns Hopkins University. Coronavirus Resource Center 2020 [cited 2020 May 17,2020]. https://coronavirus.jhu.edu/

3. Chen T, Wu D, Chen H, Yan W, Yang D, Chen G, et al. Clinical characteristics of 113 deceased patients with coronavirus disease 2019: retrospective study. Bmj. 2020;368.
View Article • Google Scholar

4. Shi S, Qin M, Shen B, Cai Y, Liu T, Yang F, et al. Association of cardiac injury with mortality in hospitalized patients with COVID-19 in Wuhan, China. JAMA cardiology. 2020.
View Article • Google Scholar

5. Yusuf S, Joseph P, Rangarajan S, Islam S, Mente A, Hystad P, et al. Modifiable risk factors, cardiovascular disease, and mortality in 155 722 individuals from 21 high-income, middle-income, and low-income countries (PURE): a prospective cohort study. The Lancet. 2020;395(10226):795–808.
View Article • Google Scholar

6. Hamming I, Timens W, Bulthuis M, Lely A, Navis G, van Goor H. Tissue distribution of ACE2 protein, the functional receptor for SARS coronavirus. A first step in understanding SARS pathogenesis. The Journal of Pathology: A Journal of the Pathological Society of Great Britain and Ireland. 2004;203(2):631–7.
View Article • Google Scholar

7. Danser AJ, Epstein M, Batlle D. Renin-angiotensin system blockers and the COVID-19 pandemic: at present there is no evidence to abandon renin-angiotensin system blockers. Hypertension. 2020:HYPERTENSIONAHA. 120.15082.
View Article • Google Scholar

8. Li B, Yang J, Zhao F, Zhi L, Wang X, Liu L, et al. Prevalence and impact of cardiovascular metabolic diseases on COVID-19 in China. Clinical Research in Cardiology. 2020:1–8.
View Article • Google Scholar

9. Yang J, Zheng Y, Gou X, Pu K, Chen Z, Guo Q, et al. Prevalence of comorbidities in the novel Wuhan coronavirus (COVID-19) infection: a systematic review and meta-analysis. International Journal of Infectious Diseases. 2020.
View Article • Google Scholar

10. Stroup DF, Berlin JA, Morton SC, Olkin I, Williamson GD, Rennie D, et al. Meta-analysis of observational studies in epidemiology: a proposal for reporting. Jama. 2000;283(15):2008–12. pmid:10789670
View Article • PubMed/NCBI • Google Scholar

11. Moher D, Liberati A, Tetzlaff J, Altman DG, Group P. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS med. 2009;6(7):e1000097. pmid:19621072
View Article • PubMed/NCBI • Google Scholar

12. Organization WH. Infection prevention and control during health care when COVID-19 is suspected: interim guidance, 19 March 2020. World Health Organization, 2020.

13. Peterson J, Welch V, Losos M, Tugwell P. The Newcastle-Ottawa scale (NOS) for assessing the quality of nonrandomised studies in meta-analyses. Ottawa: Ottawa Hospital Research Institute. 2011.

14. Chang B-H, Hoaglin DC. Meta-analysis of odds ratios: Current good practices. Medical care. 2017;55(4):328. pmid:28169977
View Article • PubMed/NCBI • Google Scholar

Case 2:19-cv-06643-VAP-Document 81-3 Filed 02/10/21 Page 29 of 31 Page ID #:5762

15. Jones KW, Cain AS, Mitchell JH, Millar RC, Rimmasch HL, French TK, et al. Hyperglycemia predicts mortality after CABG: postoperative hyperglycemia predicts dramatic increases in mortality after coronary artery bypass graft surgery. Journal of diabetes and its complications. 2008;22(6):365–70. pmid:18413193
View Article    •    PubMed/NCBI    •    Google Scholar

16. Schwarzer G, Carpenter JR, Rücker G. Meta-analysis with R: Springer; 2015.

17. DerSimonian R, Kacker R. Random-effects model for meta-analysis of clinical trials: an update. Contemporary clinical trials. 2007;28(2):105–14. pmid:16807131
View Article    •    PubMed/NCBI    •    Google Scholar

18. Higgins JP, Thompson SG. Quantifying heterogeneity in a meta-analysis. Statistics in medicine. 2002;21(11):1539–58. pmid:12111919
View Article    •    PubMed/NCBI    •    Google Scholar

19. Higgins JP, Thompson SG, Deeks JJ, Altman DG. Measuring inconsistency in meta-analyses. Bmj. 2003;327(7414):557–60. pmid:12958120
View Article    •    PubMed/NCBI    •    Google Scholar

20. Viechtbauer W, Cheung MWL. Outlier and influence diagnostics for meta-analysis. Research synthesis methods. 2010;1(2):112–25. pmid:26061377
View Article    •    PubMed/NCBI    •    Google Scholar

21. Egger M, Smith GD, Schneider M, Minder C. Bias in meta-analysis detected by a simple, graphical test. Bmj. 1997;315(7109):629–34. pmid:9310563
View Article    •    PubMed/NCBI    •    Google Scholar

22. Duval S, Tweedie R. Trim and fill: a simple funnel-plot–based method of testing and adjusting for publication bias in meta-analysis. Biometrics. 2000;56(2):455–63. pmid:10877304
View Article    •    PubMed/NCBI    •    Google Scholar

23. Du R-H, Liang L-R, Yang C-Q, Wang W, Cao T-Z, Li M, et al. Predictors of mortality for patients with COVID-19 pneumonia caused by SARS-CoV-2: a prospective cohort study. European Respiratory Journal. 2020.
View Article    •    Google Scholar

24. Zhou F, Yu T, Du R, Fan G, Liu Y, Liu Z, et al. Clinical course and risk factors for mortality of adult inpatients with COVID-19 in Wuhan, China: a retrospective cohort study. The lancet. 2020.
View Article    •    Google Scholar

25. Li X, Xu S, Yu M, Wang K, Tao Y, Zhou Y, et al. Risk factors for severity and mortality in adult COVID-19 inpatients in Wuhan. Journal of Allergy and Clinical Immunology. 2020.
View Article    •    Google Scholar

26. Guo T, Fan Y, Chen M, Wu X, Zhang L, He T, et al. Cardiovascular implications of fatal outcomes of patients with coronavirus disease 2019 (COVID-19). JAMA cardiology. 2020.
View Article    •    Google Scholar

27. Fu L, Fei J, Xiang H-X, Xiang Y, Tan Z-X, Li M-D, et al. Influence factors of death risk among COVID-19 patients in Wuhan, China: a hospital-based case-cohort study. medRxiv. 2020.
View Article    •    Google Scholar

28. Gu T, Chu Q, Yu Z, Fa B, Li A, Xu L, et al. History of Coronary Heart Disease Increases the Mortality Rate of Coronavirus Disease 2019 (COVID-19) Patients: A Nested Case-Control Study Based on Publicly Reported Confirmed Cases in Mainland China. medRxiv. 2020.
View Article    •    Google Scholar

29. Yang X, Yu Y, Xu J, Shu H, Liu H, Wu Y, et al. Clinical course and outcomes of critically ill patients with SARS-CoV-2 pneumonia in Wuhan, China: a single-centered, retrospective, observational study. The Lancet Respiratory Medicine. 2020.
View Article    •    Google Scholar

30. Deng Y, Liu W, Liu K, Fang Y-Y, Shang J, Wang K, et al. Clinical characteristics of fatal and recovered cases of coronavirus disease 2019 (COVID-19) in Wuhan, China: a retrospective study. Chinese Medical Journal. 2020.
View Article    •    Google Scholar

31. Yuan M, Yin W, Tao Z, Tan W, Hu Y. Association of radiologic findings with mortality of patients infected with 2019 novel coronavirus in Wuhan, China. PLoS One. 2020;15(3):e0230548. pmid:32191764
View Article    •    PubMed/NCBI    •    Google Scholar

32. Wang L, He W, Yu X, Hu D, Bao M, Liu H, et al. Coronavirus Disease 2019 in elderly patients: characteristics and prognostic factors based on 4-week follow-up. Journal of Infection. 2020.

11/6/2020    Association of cardiovascular disease and other pre-existing comorbidities with COVID-19 mortality: A systematic review and meta-an…

Case 2:19-cv-00642-VAP    Document 31-3    Filed 02/10/21    Page 30 of 31    Page ID #:5763

View Article • Google Scholar

33. Zhang L, Zhu F, Xie L, Wang C, Wang J, Chen R, et al. Clinical characteristics of COVID-19-infected cancer patients: A retrospective case study in three hospitals within Wuhan, China. Annals of Oncology. 2020.
View Article • Google Scholar

34. Surveillances V. The epidemiological characteristics of an outbreak of 2019 novel coronavirus diseases (COVID-19)—China, 2020. China CDC Weekly. 2020;2(8):113–22.
View Article • Google Scholar

35. Guan W-j, Liang W-h, Zhao Y, Liang H-r, Chen Z-s, Li Y-m, et al. Comorbidity and its impact on 1590 patients with Covid-19 in China: A Nationwide Analysis. European Respiratory Journal. 2020;55(5).
View Article • Google Scholar

36. Chen Y, Yang D, Cheng B, Chen J, Peng A, Yang C, et al. Clinical characteristics and outcomes of patients with diabetes and COVID-19 in association with glucose-lowering medication. Diabetes Care. 2020.
View Article • Google Scholar

37. Cao J, Tu W-J, Cheng W, Yu L, Liu Y-K, Hu X, et al. Clinical features and short-term outcomes of 102 patients with corona virus disease 2019 in Wuhan, China. Clinical Infectious Diseases. 2020.
View Article • Google Scholar

38. Li M, Dong Y, Wang H, Guo W, Zhou H, Zhang Z, et al. Cardiovascular disease potentially contributes to the progression and poor prognosis of COVID-19. Nutrition, Metabolism and Cardiovascular Diseases. 2020.
View Article • Google Scholar

39. Yang F, Shi S, Zhu J, Shi J, Dai K, Chen X. Clinical characteristics and outcomes of cancer patients with COVID-19. Journal of Medical Virology. 2020.
View Article • Google Scholar

40. Chhiba KD, Patel GB, Vu THT, Chen MM, Guo A, Kudlaty E, et al. Prevalence and characterization of asthma in hospitalized and non-hospitalized patients with COVID-19. Journal of Allergy and Clinical Immunology. 2020.
View Article • Google Scholar

41. Karmen-Tuohy S, Carlucci PM, Zacharioudakis IM, Zervou FN, Rebick G, Klein E, et al. Outcomes among HIV-positive patients hospitalized with COVID-19. medRxiv. 2020.
View Article • Google Scholar

42. Marcello RK, Dolle J, Grami S, Adule R, Li Z, Tatem K, et al. Characteristics and Outcomes of COVID-19 Patients in New York City's Public Hospital System. medRxiv. 2020.
View Article • Google Scholar

43. Grasselli G, Zangrillo A, Zanella A, Antonelli M, Cabrini L, Castelli A, et al. Baseline characteristics and outcomes of 1591 patients infected with SARS-CoV-2 admitted to ICUs of the Lombardy Region, Italy. Jama. 2020.
View Article • Google Scholar

44. Davies M-A. HIV and risk of COVID-19 death: a population cohort study from the Western Cape Province, South Africa. medRxiv. 2020.

45. Nepogodiev D, Glasbey JC, Li E, Omar OM, Simoes JF, Abbott TE, et al. Mortality and pulmonary complications in patients undergoing surgery with perioperative SARS-CoV-2 infection: an international cohort study. The Lancet. 2020.
View Article • Google Scholar

46. Borenstein M, Hedges LV, Higgins JP, Rothstein HR. Introduction to meta-analysis: John Wiley & Sons; 2011.

47. Li J, Wang X, Chen J, Zhang H, Deng A. Association of renin-angiotensin system inhibitors with severity or risk of death in patients with hypertension hospitalized for coronavirus disease 2019 (COVID-19) infection in Wuhan, China. JAMA cardiology. 2020.
View Article • Google Scholar

48. Zhang F, Yang D, Li J, Gao P, Chen T, Cheng Z, et al. Myocardial injury is associated with in-hospital mortality of confirmed or suspected COVID-19 in Wuhan, China: A single center retrospective cohort study. MedRxiv. 2020.
View Article • Google Scholar

49. Stang A. Critical evaluation of the Newcastle-Ottawa scale for the assessment of the quality of nonrandomized studies in meta-analyses. European journal of epidemiology. 2010;25(9):603–5. pmid:20652370
View Article • PubMed/NCBI • Google Scholar

Case 2:19-cv-00642-VAP Document 61-3 Filed 02/10/21 Page 81 of 81 Page ID #:5764

50. Sterne JA, Hernán MA, Reeves BC, Savović J, Berkman ND, Viswanathan M, et al. ROBINS-I: a tool for assessing risk of bias in non-randomised studies of interventions. bmj. 2016;355.
View Article • Google Scholar

51. Westreich D, Greenland S. The table 2 fallacy: presenting and interpreting confounder and modifier coefficients. American journal of epidemiology. 2013;177(4):292–8. pmid:23371353
View Article • PubMed/NCBI • Google Scholar

52. Ranganathan P, Aggarwal R, Pramesh C. Common pitfalls in statistical analysis: Odds versus risk. Perspectives in clinical research. 2015;6(4):222. pmid:26623395
View Article • PubMed/NCBI • Google Scholar

53. Pranata R, Huang I, Lim MA, Wahjoepramono EJ, July J. Impact of cerebrovascular and cardiovascular diseases on mortality and severity of COVID-19– systematic review, meta-analysis, and meta-regression. Journal of Stroke and Cerebrovascular Diseases. 2020:104949.
View Article • Google Scholar

54. Schulkin J. Allostasis, homeostasis, and the costs of physiological adaptation: Cambridge University Press; 2004.

55. McEwen BS. Sex, stress and the hippocampus: allostasis, allostatic load and the aging process. Neurobiology of aging. 2002;23(5):921–39. pmid:12392796
View Article • PubMed/NCBI • Google Scholar

56. Badawi A, Ryoo SG. Prevalence of comorbidities in the Middle East respiratory syndrome coronavirus (MERS-CoV): a systematic review and meta-analysis. International Journal of Infectious Diseases. 2016;49:129–33. pmid:27352628
View Article • PubMed/NCBI • Google Scholar

57. Fiore AE, Uyeki TM, Broder K, Finelli L, Euler GL, Singleton JA, et al. Prevention and control of influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP), 2010. 2010.

58. Remschmidt C, Wichmann O, Harder T. Vaccines for the prevention of seasonal influenza in patients with diabetes: systematic review and meta-analysis. BMC medicine. 2015;13(1):53.
View Article • Google Scholar

59. Moriyama M, Hugentobler WJ, Iwasaki A. Seasonality of respiratory viral infections. Annual review of virology. 2020;7.
View Article • Google Scholar

60. Zheng Y-Y, Ma Y-T, Zhang J-Y, Xie X. COVID-19 and the cardiovascular system. Nature Reviews Cardiology. 2020;17(5):259–60. pmid:32139904
View Article • PubMed/NCBI • Google Scholar

61. Ferrario CM, Jessup J, Chappell MC, Averill DB, Brosnihan KB, Tallant EA, et al. Effect of angiotensin-converting enzyme inhibition and angiotensin II receptor blockers on cardiac angiotensin-converting enzyme 2. Circulation. 2005;111(20):2605–10. pmid:15897343
View Article • PubMed/NCBI • Google Scholar

62. Xu J, Huang C, Fan G, Liu Z, Shang L, Zhou F, et al. Use of angiotensin-converting enzyme inhibitors and angiotensin II receptor blockers in context of COVID-19 outbreak: a retrospective analysis. Frontiers of Medicine. 2020:1–12. pmid:31823287
View Article • PubMed/NCBI • Google Scholar

63. Ssentongo A, Ssentongo P, Heilbrunn ES, Lekoubou A, Du P, Liao D, et al. Renin-angiotensin-aldosterone system inhibitors and mortality in patients with hypertension hospitalized for COVID-19: a systematic review and meta-analysis. medRxiv. 2020.
View Article • Google Scholar