# Exhibit 11

7 April 2017

To Whom It May Concern:

I write in reference to Mr. Imaad Zuberi, whom I have known since 2012. I came to know Mr. Zuberi when I was the U.S. Ambassador to Pakistan. He was a considerable assistance to me in that position, and later when I became the U.S. Special Representative for Afghanistan and Pakistan.

Mr. Zuberi is a very patriotic American. I have always found him to be a tireless advocate for American economic interests. He has given me informal advice on how to manage the treacherous shoals of Pakistani politics, and I have always valued his astute counsel. He is also has excellent connections throughout the Middle East and South Asia. Moreover, he is an extremely pleasant person to work with.

Sincerely,

Richard G. Olson
Former U.S. Special Representative for
Afghanistan and Pakistan

# Exhibit 12



[redacted]

PROTECTED INFORMATION
CONTENTS SUBJECT TO
PROTECTIVE ORDER

ZUB00000508

ROMH00000325

ZUB00000509
ROMH00000326
1/2

ZUB00000510

ROMH00000327



PROTECTED INFO
CONTENTS SUBJECT
PROTECTIVE ORDER



FOIA Confidentiality Requested



FOIA Confidentiality Requested