Exhibit 15

## Martin R. Van Valkenburg Jr.

515 N. Washington #106
Alexandria, VA 22314

███████████

███████████ (cell)

April 21, 2019

To Whom It May Concern:

I am honored to have met Imaad Zuberi through work, but subsequently he has become a loyal friend. During my work with Aeroscraft Corp. as Senior Vice President of Government Affairs and leading their business development efforts in the Middle East and Africa, I worked with Imaad on business opportunities and a trip where he was assisting our company in Saudi Arabia. My initial perception of Imaad was someone who is tremendously hard-working and extremely well connected. He was constantly promoting and creating opportunities in new markets for American companies and products.

Upon beginning my own firm, Imaad was one of the first people to step-up and partner with me to grow my business. Consequently, I've had the opportunity to travel with him on several occasions where I've witnessed his loyalty, drive and determination. On these trips, we've also become closer friends on a personal level where I have seen his drive to succeed not just for his own success, but for the love of his family.

It was not surprising when I shared my daughter's health issues, he wanted to help or when I got married he was very generous and supportive. Imaad expects people to be as driven as him, he expects people he works with to demand perfection, but at the same time he also demands of his friends to value their families above all else. To paraphrase Malcolm Forbes, a man's character can best be judged when he has nothing to gain. Imaad Zuberi is a friend who was willing to offer his comfort, time, and resources when I had nothing to offer in return, no business opportunity, no financial reward, just my gratitude.

If there is anything I may assist you with in the future, please do not hesitate to contact me at ███████████.

V/R Martin


Martin Van Valkenburg

Exhibit 16

Honorable Judge Virginia Philipps

I would like to write about Mr. Imaad Zuberi. I worked for Mr. Zuberi as Intern from 2015 to 2019. He is one of the nicest people I have ever met in my life.

In 2015 when I stared working for Mr. Zuberi, during a project in Asia when he found out my mother was sick in hospital he told me to go back home to take care of my mother. I wasn't expecting to be paid in full for the project but not only he paid me in full he paid me extra. When I told him, he paid more than what I should have been paid, he told me the extra is for me to take care of my mother.

In 2017 when my sister was dragonized with cancer, he deposited $10,000 in my account because he knew she had to leave her job without pay for her surgery.

If you don't know him well, he comes across not as kind hearted as he really is amazingly inside.

He is too honest for his own good. Sometimes people take advantage of him because he tells it like it is. He is from New York so he is like a New Yorker telling it like it is. This makes him sound unkind but he is the kindest person I have ever met in my life.

He has always kept his promises to me and everyone I know he has worked with. He works 24 hours a day, seven days a week. He is a workaholic. He makes the atmosphere light with playful words, but he is responsible, a man of his word, and I can speak with confidence because I saw it with my own eyes.

I have learned so much from him about work, life and family.

When I met and started working for him his mother was sick on and off, in and out of hospital. He took care of his mother like an ideal son should. He would leave projects or work and not get paid when his mother was taken to Emergency. He would not get paid but he would pay him employees and subcontractors regardless.

I have firsthand knowledge that he values his family the most. Like he took care of his parents, he takes care of his family especially his son Aidan (who is 4 years old) and his daughter Miriam (who is 2 years old). He is constantly showing their photos in many business meetings. Our business meetings often turn in family fest of showing children's photos.

He seems harsh on people who have hubris and attitude. Even though they have power and wealth he doesn't care. This is what gets him into trouble because he makes enemies this way. He is strong to the strong, and infinitely weak to the weak.
He fights back no matter how strong he is when he thinks he is not. I highly value him for that.

Like a New Yorker he believes in either right or wrong. When we are on business trips he either works in office or goes back to his hotel room to work. Unlike other people who we do projects

with, he doesn't drink often, doesn't smoke, doesn't takes drugs, he doesn't gamble like our Asian associates. He has no vices.

He is always pushing US products and services whenever he is doing projects in Asia. He is proud American. I have been in the room when senior Chinese officials, members of Royal families of Asia are in the room and if someone said anything against America, he took them on and told them that America is the only (good vs evil) country in the world against evil. Sometimes this creates enemies for him.

In closing Imaad Zuberi would be the last person I would think will break the law intentionally and I know that many people would agree with me on this.

April 22, 2020

_____

Soyoung Yoon

Dongdaemungu, Jeonnong-dong, Dong-A apt, 101-803
SEOUL, KOREA

Exhibit 17

Honorable Judge Virginia Phillips                                   June 29, 2020
U.S. District Judge
First Street Court House
Court Room 8A
350 West 1ˢᵗ Street
Los Angeles, California 90012


Dear Chief Judge Phillips:

My name is Jia Bella Wu. I am businesswoman from China. I own various businesses including: events planning company, florist boutiques, home and office decoration stores, yoga studios, beauty (cosmetics) bands and other businesses across China.

I met Imaad Zuberi at US-China business event in Shanghai over a decade ago. Since then we have been friends and I have asked him for advice often.

He has been tremendous help to me and my businesses. Helping me introduce to his high-net-worth friends in China who have become my customers, clients and investors. He has incredible network of friends in Asia especially in China because he is great at building relationships.

When I wanted to do wholesale florist business in China, he helped connect me to his friends and business partners in The Hague in The Netherlands (where he lived while working for AEGON Transamerica Group of Companies) who helped me export flowers to China.

When I wanted to start yoga and pilates studios and give franchises to others in Asia especially in China where entrepreneurs would get these franchises from my company, Mr. Zuberi helped guide me and my employees on franchise concepts. He developed our business plan, helped us find investors and helped us grow my business. He has this specialty knowledge of franchises because he was investor, co-founder and President of US Dollar Stores franchise in California.

I know that Mr. Zuberi has helped many people in various different ways. In one example where I was eye witness is when we were at dinner after US-China Chamber of Commerce event, one of the Americans (executive of U.S. United Airlines visiting China) eating Chinese whole steam fish got fishbone stuck in his throat. While everyone looked away ignoring not wanting to be involved or hassled by it (didn't want to help). Mr. Zuberi always wanting to help people he doesn't even know the person, called his car, his long time driver (Fei Shi Fu) and his long time Secretary (Renee Wu) in Shanghai to take the American to local Pudong Shanghai hospital emergency room with him. Had he not done this the American would have been lost because he didn't speak Chinese, didn't know where to go and the people who he came with were in town on business trip and weren't familiar with Shanghai either.

Mr. Zuberi did this for no personal benefit for himself. Actually, he spent his time, effort and money because the American didn't have local Chinese (RMB) currency to pay for hospital bill which Mr. Zuberi paid (Chinese hospitals do not take foreign currency). Later I asked why he spend so much time, energy when he could have just sent him with his driver and secretary? He joking said he had nothing better to do on Friday night and the guy was fellow American so he felt somewhat responsible to take care of him while he was in China and he joked he works for United and I fly United.

This is why I admire him a lot. I can speak for his other friends in our common group that we all look up to Imaad Zuberi not only for business advice but to follow in his footsteps on what is the right thing to do to help others.

I know numerous people Mr. Zuberi has helped out without getting anything in return.

When I started buying flowers from Dubai wholesale market for Far East markets, Mr. Zuberi again helped me in many ways including providing contacts in Dubai for me to help transact (setting up local company), letting me use his family's car and driver in Dubai.

One afternoon, after lunch meeting at near 120°F in summer heat I could not get taxi in Dubai, Mr. Zuberi saw I was waiting for taxi, he stopped his car, got out of his car and told his Dubai driver to take me where I was going for my next meeting for me not to be late because he knew I am not familiar with Dubai. He got his carry-on luggage out of his car and waited for taxi as he was going to airport for flight back home to Los Angeles.

There on with permission I started using his car and driver in Dubai whenever I was in town and he wasn't. When in the car stuck in traffic, his driver for decades has told me numerous stories of how Imaad Zuberi has helped him and other people in need. He told me when his (driver's) father was sick with cancer Mr. Zuberi paid for all his medical expenses. When the driver offered to pay part of the money back by getting deductions from his monthly salary, Mr. Zuberi asked: didn't you just get married and have a new born baby? Why would you not want to spend extra money you have on your family? Mr. Zuberi then laughed that perhaps we are paying you too much?

When the Dubai wholesalers wanted upfront or advance payment from me because they didn't know me (I was new), Imaad Zuberi called the companies CEOs and owners and vouched for me. Since he and his family has been doing business there and he knows who-is-who of the region I was immediately welcomed with red carpet and given credit terms. Imaad Zuberi knows how to open doors for people in Asia. Mr. Zuberi and his family have various businesses in Dubai for decades therefore have great contacts in the region and Asia in general.

Imaad Zuberi is a patriotic American. He tells people America is the good against evil in the world. These days this is to his disadvantage in Asia because as US vs China rivalry heats up, he turns off various business people and high-level officials in China. Needless to say, many of his powerful relationships including his clients don't like him defending U.S. especially in China.

In all of the help Imaad Zuberi has provided me and others that I know of, he hasn't benefited at all from any of us in any way shape or form. I can easily say his benefit from us has not been zero but he has had negative benefit. I know, myself and others have offered Mr. Zuberi shares in our companies but he said no thanks. Once he told me he doesn't know much about events planning or yoga business so he doesn't want to be involved in an on-going (going concern) basis in business he doesn't know much about, even though he knows more about franchise concepts better than the best franchise consultants we hired to advise us. When these consultants made a mess, Mr. Zuberi helped us clean up their mess.

Early this year, I got a call from him asking me to help with Chinese Customs to ship out masks he had bought in China to donate to hospitals, governments and non profits. I was not surprised that Imaad Zuberi was doing this. This is what he is all about, helping people especially when he feels they are the underdog.

Although Imaad Zuberi might at times come across as rough or someone with hubris, he is anything but. He is just very direct. Although absent minded, inside and outside he is by far the nicest, most helpful, selfless person I have ever met.

I am lucky and proud to have him as a mentor and friend. I can assure you most of his friends feel the same way. I wish more people are like him in this world.

Jia (Bella) Wu
40049 Wan Bao Avenue
Furong District
Changsha, Hunan
China
Phone

Exhibit 18

UNIVERSITY OF SOUTHERN CALIFORNIA
UNIVERSITY PARK
LOS ANGELES, CALIFORNIA 90089-2540

ASSOCIATE VICE PRESIDENT
AUXILIARY SERVICES

(213) 740-1797

March 31, 1995

To Whom It May Concern:

Having personally worked with Imaad Zuberi over the past year, it is my
pleasure to write this letter of recommendation.  Imaad has demonstrated
excellent leadership skills here at the University of Southern California.
He was extremely active as a Student Senator and was instrumental in
putting together an open line of communication between Auxiliary Services,
the Department of Public Safety, other campus departments,  and the student
community.  One example of this is a Student Senate Service Quality and
Suggestion Form which offers our students the opportunity to voice their
concerns directly to  specific departments.

I am sure that Imaad will continue to expand his abilities and horizons and is
worthy of your consideration.

Sincerely,

Donald B. Mask
Associate Vice President
Auxiliary Services

DBM:te

Exhibit 19

**Department of Finance and Business Economics**
School of Business Administration
Tel: (213) 740-6541
Fax: (213) 740-6650

Harry DeAngelo
Charles E. Cook/Community Bank Professor of Banking



February 29, 1996

To whom it may concern:

I have known Imaad Zuberi since August 1995 when he enrolled in my advanced elective in corporate finance, a class that is populated with the cream of our undergraduate business students at USC. Imaad's performance placed him in the top group of students and he earned an A grade in that class.

Based on Imaad's performance in class and a reasonable number of discussions I have had with him in office hours, I am confident in stating that he is a very intelligent person with a solid understanding of corporate finance theory. Moreover, Imaad has almost unbounded enthusiasm for understanding finance-related issues and concepts, which makes him both a very enjoyable student to have in class and an excellent prospect to continue to develop his (already significant) mastery of the subject while working in the field.

On·the personal front, I must say that Imaad is a delightful person who gets along very well with fellow students and members of the faculty. He has a great deal of energy (which he has often quite charitably channeled into efforts to help make USC a better place) and his enthusiasm is definitely infectious. I know that, after Imaad graduates, I am truly going to miss seeing him on a regular basis and I know that I am not alone among members of the USC community in having this feeling.

Overall, I believe that Imaad's intelligence, demonstrated capacity to analyze finance issues, and friendly personal traits make him an excellent candidate for finance-related work in the business world. Please feel free to contact me (at 213-740-6541) if I can provide you with further information.

Sincerely,

Harry DeAngelo

UNIVERSITY OF SOUTHERN CALIFORNIA, LOS ANGELES, CALIFORNIA 90089-1421

Exhibit 20

UNIVERSITY OF SOUTHERN CALIFORNIA
UNIVERSITY PARK
LOS ANGELES, CALIFORNIA 90089-1122

VICE PRESIDENT
BUSINESS AFFAIRS

(213) 740-4540
FAX: (213) 740-8240

July 11, 1995

To Whom It May Concern:

I am writing this letter on behalf of Imaad Zuberi, a Student Senator and exemplary member of
the "Trojan Family" at the University of Southern California.

As vice president for business affairs, I had the opportunity to work closely with Mr. Zuberi as he
implemented and maintained various quality service programs on our campus.  He took the
initiative to always ensure that the students' voices were heard in a fair and representational
manner.

It is without hesitation that I recommend Imaad Zuberi and wish him the best for a prosperous
future.

Sincerely,

Thomas H. Moran

Exhibit 21

UNIVERSITY OF SOUTHERN CALIFORNIA
UNIVERSITY PARK
LOS ANGELES, CALIFORNIA 90089-0011

SENIOR VICE PRESIDENT
ADMINISTRATION



(213) 740-4611

April 20, 1995

To Whom It May Concern:

It is my pleasure to write this letter of recommendation
for Student Senate member Imaad Zuberi.

Imaad is an excellent student, a leader of outstanding
quality and someone who has contributed to the quality of
life at this University.

He has contributed generously of his time and made
computing equipment available to student activities and to
community organizations in our University Park neighborhood.
Most specifically, during the last year, Imaad provided the
leadership for a major survey of student concerns and ideas
about services available on this campus.  His communication
skills were important to the program's success.

I know that many faculty members agree with me that
Imaad Zuberi will be a successful graduate and that the
University of Southern California will be proud of him as an
alumnus.

Sincerely,

Dennis F. Dougherty

Exhibit 22

Dear Honorable Judge Virginia Philips-                                    October 26, 2020

I was one of the original founders of Unity One with Darren Bo Taylor. Unity One was responsible for the first gang war cease fire between Bloods and Crips after the 1992 riots in Los Angeles.
Bo Taylor passed away and Unity One faded out and now I have an organization called Mustard Seed, which is named after how the Bible states that Faith as a Mustard Seed.

I earned my stripes as a gang interventionist for many reasons. One of them was when my mother was murdered violently in a drive by shooting in Los Angeles by rival gang as a gang member, the gang protocol, my gang's loyalty and my dead mother is to do retaliation. I went against the grain and decided to put God first and I did not retaliate and let God deal with it as God sees fit. This is the reason why to this date I am gang interventionist.

My history, today I have an office to save lives and prevent young people from learning lessons that I learned the hard way. My office is in the same location where I was sentenced and convicted as juvenile felon for 27 years to life. I continue to do community service at the same location. I continue this work making gang peace, saving lives, getting gang members out of gangs and getting them jobs.

I have known Imaad Zuberi since late 1990s when he was student at the University of Southern California (USC).

Mr. Zuberi got involved in gang intervention because USC students were shot during drive by shooting near campus when he was Chairman of USC Security Committee. He has been involved ever since in this effort.

Imaad Zuberi helped us in those early days with resources from University of Southern California, himself personally and though his friends and family.

In those early days I remember one evening we went to see him at USC Student Senate office on Main Campus. Unity One needed funding for an anti-gang event, USC was taking time to approve the funding. Mr. Zuberi gave us everything he had in his pocket (several hundred dollars) and told us to come back the next day for the rest of the money. While USC administration took time to get us the money for our anti-gang efforts, Mr. Zuberi and his wealthy fraternity and student senator friends provided us the funds from their pockets to help us reduce gang violence in Los Angeles. He made us feeling like we were one of them. He is one of the humblest people I know.

I specifically remember that next day when Mr. Zuberi told his friends at his campus apartment to help when he was helping by saying: we are fortunate to have families supporting us paying for school. Some of us are not as fortunate so it is our responsibility to help them. He has been helping our community from that day to present.

What brought tears to Bo and my eyes is when he said "we shouldn't care whether they are white, black, brown, yellow or others. They are Americans that is all we need to care about because if we don't help them get out of their mess now then we will be supporting them forever". Soon thereafter, I remember Imaad Zuberi talking about going to the Army. Which he told me was against his family's wishes who wanted him to be a medical doctor because everyone he knows is either a doctor, engineer or entrepreneur.

As student he was a student leader, Senator and head of Public Safety Committee for the college. We did Educational Forum at USC and Mr. Zuberi helped organizing them in various ways. He got LAPD, LA Sheriff's, California Highway Patrol and other law enforcement agencies involved to help us get kids away from gangs. At anti-gang events, he always asked people in gangs, why are you in a gang? He tells people it is stupid to be in a gang.

While Mr. Zuberi was helping us on gang intervention, he was helping other good causes. One of them he was helping to keep local high school's students in school to graduate with their degrees by tutoring them, helping them with resumes for jobs and pushing them into going to vocational schools, community colleges and colleges. He started this program which later became much bigger program at USC named Career Advantage Program (CAP).

I remember going with him to local high schools after he was done teaching them math and science it would be my turn to talk about why not to be in gangs.

Imaad Zuberi continues to come and volunteer with us in various ways including helping former felons and veterans with reentry programs starting with job preparations making their resumes, how to conduct interviews, how to dress and other things one should know to be in civilian society. These people he is helping have nothing to give back to Mr. Zuberi but he still helps them because he has this drive to help the underprivilege.

Every now and then when he is passing by our office area, he stops by for short time (10 to 20 minutes) to check up on us and many times gives us money for needy families. Mr. Zuberi's heart is made of solid gold but he tells us not to say this to anyone. He wants to act as tough guy but he is really soft inside. I can say this because I have known him for over 25 years. He is the most unselfish person I have met. He helps without getting anything in return. In today's age our community doesn't see this type of giving.

I know Mr. Zuberi's work has had tremendous impact on people in my community. Now many people have jobs because of him. When people have stable jobs they don't want to waste their lives in gangs.

Kids only go into gangs when they see no hope for better future.

Imaad Zuberi is currently supporting us on monthly events we do to bring rival gangs together to make peace instead of violence. Mr. Zuberi travels out of town often for work but when he is in town, he sometimes asks me what is going on and drops by to our events.

These days Imaad Zuberi is a Godsent. During the Coronavirus crisis, Mr. Zuberi has been helping many of our community members with food and other essential supplies especially the elderly who are most vulnerable if they leave their homes.

He has been doing this under the radar so no one knows. I know because some of the food and food vouchers from grocery stores that Mr. Zuberi paid for and distributes, he has given me to give to people who need them. I have done as requested and I have kept records of everyone I have distributed these to. I know he has done this with other African-American and Latino-American communities in the Los Angeles area that he has been involved with for long time.

We love Mr. Zuberi at this community because he has heart of gold. We consider him part of our community. Every time we ask him to help, he never says no. Either he helps or he gets someone he knows to help us.

During the Coronavirus pandemic not only Mr. Zuberi help poor in our community with food but helped supply us with masks for our community center and elderly who are more vulnerable to the virus.

Late last month, Mr. Zuberi came by our neighborhood as he was passing by, several black community members were there at the center. We were discussing how Federal Government efforts to help small business hasn't helped us in the black community and what can we do about it. Mr. Zuberi helped connect us to the right people who could help us with Paycheck Protection loans and small business loans. However, Imaad Zuberi had a condition, he told us that we had to go volunteer in downtown Los Angeles, Santa Monica, Long Beach and other areas to help clean up the mess left after rioting.

Mr. Zuberi has been helping veterans in our community with job placement as well. We know that he has been helping veteran's communities nationally.

I am pleading with you to let him continue to help us and our community and in light of what he does he should be able to continue to help my community which impacts many people. I know many people agree with me on this.

Please let me know if I could be of assistance.

Ralph Hayenes
7625 South Central Avenue
Los Angeles, California 90001

Exhibit 23

Jesse Shaw
6129 South Normandie Avenue
Los Angeles, California 90044

November 3, 2020

Dear Honorable Judge Virginia Philips-

In my teen and early years, I was in the School Yards Crips Gang. I went to Federal prison for bank robbery for 12 years. After getting out of prison and getting involved with Unity One (which is anti-gang organization), I straightened out my life. Now I teach the youth in our community to stay away from gangs.
I was one of the original founders of Unity One with Darren (Bo) Taylor when we started it in 1992.

We were responsible for the first gang war cease fire between the Bloods and the Crips after the 1992 riots in Los Angeles. Unfortunately, Bo Taylor died 2008.

I have known Imaad Zuberi since late 1995 when he was student at the University of Southern California (USC).

Mr. Zuberi got involved in gang intervention in our early years when we had little to no support. We will not forget when Mr. Zuberi helped us in those early years with resources from USC student senate, USC and he helping us with his own money. One only needs to think of how many kids we have either gotten out of gangs or kept away from gangs then you can understand the positive impact he has had on our community.

Imaad Zuberi helped me when I started my own business, a Minimart in Lynwood, California. He helped me with setting up the company, sourcing inventory, whenever I had problem or questions, I would call him to ask and he was always available for me. In addition, whenever I had personal problem, he was there for me to give suggestions and/or advice.

When I started my second Minimart in Normandie District in Los Angeles, I went back to Mr. Zuberi to ask him to help me again like in the past. He never said no and always helped.

I am working with several people in the City of Los Angeles in which Mr. Zuberi is involved and he is helping us in a big way, one of the programs is food for inner city for youth and elderly.

This program will help establish communication with the community and city officials for the betterment of the community. Mr. Zuberi is the one connecting us in this and has been helpful financially, counseling us on how to set it up. He has provided us with other resources that weren't available to us.

During the Covid-19 pandemic, Mr. Zuberi provided free food for elderly in our community which was badly needed because the elderly in our community couldn't go out due to lack of information, limited public transportation, travel restrictions and since they were medically at risk to the virus.

Our community is forever thankful to Mr. Zuberi. We consider him one of our community members.

In our community everyone loves Imaad Zuberi because he has been helping us for decades.

Respectfully

Jesse Shaw

Exhibit 24



FINANCE AND BUSINESS ECONOMICS DEPARTMENT

**Baizhu Chen**
*Professor*
*Finance and Business Economics*

USC Marshall
School of Business

October 26, 2020



Honorable Judge Virginia Phillips:

It is truly a pleasure to write this letter of recommendation in support of Mr. Imaad Zuberi. I have known Imaad since 1994 (26 years) when I just started as an Assistant Professor in the Marshall School of Business, University of Southern California (USC), where Imaad was an undergraduate student. Through my teaching career of over 26 years, Imaad is one of the few of my former students who have kept in touch with me even to this day. He was a good student and received A as the grade in my class. Imaad had leadership in him from early days as he was the head of USC Student Senate. I remember him working with law enforcement to control violent gang related crime around campus. Moreover, while in Student Senate he initiated tutoring and mentoring program for underprivileged children in Los Angeles South Central near USC to in math and sciences which then became full-fledged Program at USC.

Since his graduation from USC, he had worked in various businesses in different capacities. He returned to the university often, to give lectures, to mentor students, to hire graduates, to organize events so our students could participate. He always wanted to give back to the school and community.

In 2007, Imaad was in charge of setting up a joint venture between AEGON-Transamerica Group (the Dutch parent company of Transamerica) and a Chinese entity. He moved to Shanghai alone. He was able to navigate through the complicated business maze of regulations, relations and culture of China. He identified partners and negotiated the contracts. The joint venture, AEGON-Industrial Fund Management Company with the large Chinese Industrial Bank, was established after one year of hard work. I knew it was not an easy task, as Imaad constantly consulted me for advice, sharing his frustration of setback and his joy of success. After the joint venture was established, Imaad became Executive Director of the fund management company (mutual fund) company and I served on the board as an external member. I have witnessed Imaad's ability to work with executives of different cultures and to bring different interests together to accomplish the goals for the joint venture which has over $35 billion of asset under management now. While working in China, Imaad has made lifelong friends with some of the key businesses and government leaders of China. His relationships are extremely strong in China which is key to doing business there.

In 2008 while he was in the USC MBA program, Imaad went to Mexico and Cuba with a USC group of MBA students as a part of the school's overseas educational trip. While in Mexico City a student had severe allergy reaction to nuts. While she was having allergic reaction which caused difficulty breathing, potentially leading to death and while all other students in the group looked away because no one was interested in helping or being involved. Imaad came to the rescue, he

University of Southern California
701 Exposition Blvd, Ste. 231 • HOH-231, MC-1422 • Los Angeles, California 90089-1422
Tel: ▮▮▮▮▮ • Fax: ▮▮▮▮▮ •



put her in a taxi and took her to Mexico City hospital emergency. When emergency room doctors didn't care much because they didn't have the injection in stock, Imaad personally paid hospital nurse to quickly get the injection from outside chemist/pharmacy saving the USC student's life. I know that he has done something similar in China with an American executive visiting Shanghai, saving that visiting executive's life. This shows that character of Imaad where he helps people, sacrificing himself when people looked the other way not wanting to help.

Imaad has great character. When I told Imaad that one of his old professors Dr. Larry Greiner was hospitalized with the Pick's disease, a very rare type of dementia, he asked me to go with him to visit. It is seldom that former students of many years ago visit their professors in hospital. Most of them don't even remember the names of their former professors. I could tell that Professor Greiner was deeply touched when seeing Imaad.

Imaad is a family man. I have known his wife even before they got married when she was at UCLA. Imaad and his wife are each other's biggest support. I also met his parents several times. Imaad was an extremely good son to his parents. He always spent as much time as he could with his parents, even giving up business opportunities to be at Cedars-Sinai Hospital with his parents.  His father once asked me if Imaad was a good student. I told him that Imaad was not only a good student but a very good person and I was very proud of having him as my former student. His father showed a big smile.

Since all he does is work, many of his friends joke with Imaad that had he focused on his work instead of taking care of his parents, he would be running one of the largest companies today.
In Asian culture, people often judge a person's character from how he treats his family. If a person is loyal to his family, he will be loyal to his friends and communities. If a person takes the responsibilities of supporting his family, he will take the responsibilities to the society. If a person earns the respect from his family, he will earn the respect from others. Clearly what Imaad has accomplished in his life is a reflection of how he treats his family.

Imaad is a patriot. He was and is always helping American companies in China.

Thank you very much for your consideration. I can be reached at █████████████

Sincerely,

Baizhu Chen, Ph.D.
Mobile: ██████████

University of Southern California
701 Exposition Blvd, Ste. 231  •  HOH-231, MC-1422  •  Los Angeles, California 90089-1422
Tel: ████████  •  Fax: █████████  •  ████████

Exhibit 25

DEPARTMENT OF PUBLIC SAFETY



Field Services Division
Office of The Deputy Chief
(213)-740-4377

April 6, 1995

Dear Sir or Madam,

It is with a deep sense of pride and honor that I am able to write this letter of
recommendation for one of the University of Southern California's Student
Senators.  Imaad Zuberi is a business major who has been very active in the
campus community, endeavoring to secure improvements in the quality of services
provided to students in particular and the whole community in general.  He has
also been very philanthropic, donating computer equipment to needy and worthy
organizations, like the Patrons of the Children, a private group supporting the Los
Angeles Police Department's Abused Child Unit.

While it might seem a bit strange that a member of the university's Department of
Public Safety would be writing a letter of recommendation for a highly thought of
student, this letter is being written out of respect for the student and his desire to
continue his educational pursuits in another advanced setting.  He recognizes that
there is value in acquiring skills from various perspectives.  He welcomes the
challenge that comes with diverse perspectives.

This young man is not only a scholar in his own right, but he is a responsible
person who is a self-starter and has a great sense of self-reliance.  He has some
very natural leadership skills which were enhanced as a part of his involvement in
the university's Student Senate.  He is not only intelligent, but he has a good grasp
of both common sense and decency.  It is because of these qualities and the
positive impact he can make on society as a whole that I am recommending him to
you for consideration.  I believe he will be one of those bright stars we can later
point to as an example of what this university is all about.

Very truly yours,

Robert B. Taylor
Deputy Chief

Exhibit 26



## K & M Realty
### Property Management Services

122 E. Foothill Blvd. Suite 206, Arcadia, CA  91006

Dear Willa and Imaad:

Our company has provided property managed services to your buildings since 2013.  Over the years with your approval we have successfully joined partnerships with many charities to help provide housing for low income and the homeless.  Of the 70 units we manage across your 6 properties we have rented 18 units to Section 8 or charity sponsored tenants that were part of rent subsidized program.  As with all tenants some stay and some leave.  Some struggle and some thrive.  As of today, over 15% of your units under our management house tenants that came to us from Section 8 housing or charities fighting to end homelessness.

Some of the organizations that we have worked with on your behalf are the Housing Authority of the City of Los Angles (HACLA) and Housing Authority of the County of Los Angeles (HACoLA).  These entities provide housing for low income commonly known as Section 8.  Many tenants with Section 8 vouchers struggle to find owners/landlords to accept their vouchers.  There is often a stigma of negativity with these renters.  With your approval and support we have eight successful tenancies that are part of the Section 8 program.

Other organizations that provide subsidized housing for the homeless and low income that have successfully placed tenants into your units are:  Union Station Homeless Services, PeopleConcern, Door of Hope, Elizabeth House and Brilliant Corners.  These organizations work to find owners/landlords that will provide affordable housing to their clients.  These programs can provide onboarding funds to help tenants establish and secure housing or they can provide ongoing rent subsidizes to their clients.  Over the years you have provided housing for 10 individuals or families that are affiliated with these organizations.  As of today, we have 4 individuals residing in your units supported by these charities and/or organizations.

On July 2018 a Certificate of Recognition was awarded from Union Station Homeless Services.  The message on the award read "Union Station Homeless Services is proud to partner with you and thanks you for your extraordinary dedication and commitment to ending homelessness in our communities".  This award was giving to our property management company since we are the face to the charities and organizations.  But the award actually belongs to you.  It is your housing and your support that allows us to work with these organizations.  Thank you.

Kris Mathison

K&M Realty
Broker
Cell: ████████
████████████
LIC:  01444096