Exhibit 47

# DECLARATION OF CAO LEI

I, Cao (Eric) Lei, declare as follows:

1. I was executive for AEGON-Transamerica in China and now do business with Imaad Zuberi. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I am aware that the United States government has claimed that an individual by the name of Renee Wu, who previously worked us, is a fictional person. Based on my extensive history working with Mr. Zuberi and Avenue Ventures, I am certain this is not the case, as I had regular interaction with Ms. Wu in her role working for me and Mr. Zuberi.

3. From 2004 to 2018 I have had regular business/personal interactions with Mr. Zuberi while we were working together in China and later in our own businesses. During this time, Renee Wu either worked for us mostly fulltime and later parttime.

4. From 2004 to 2008, I regularly interacted with Ms. Wu as she would help set up meetings for me, our team and sometimes Imaad to visit the companies we were looking to acquire. I met with Ms. Wu on a daily basis at our office in PuFa Towers in Shanghai China. Regularly we attended meetings, traveled to various meetings in China, many business lunches and dinners where Ms Wu would translate for Imaad Zuberi. Mr. Wu and I would accompany Imaad Zuberi to most all external meetings and either I or she would translate. She would often take notes of the meetings.

///
///
///
///

5. My frequent and extensive interaction with Ms. Wu in her role as one of our China employee make it clear to me that the government's claim that Ms. Wu is a fictional person is based on incorrect or incomplete information.

Executed this 5 day of November 2020, at Shanghai China.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Cao (Eric) Lei

# Exhibit 48

# DECLARATION OF CHENGFEI DING

I, Chengfei Ding, declare as follows:

1. I was lawyer at Allen & Overy LLP Shanghai office which acted for AEGON in an acquisition in China. I have firsthand, personal knowledge of the facts set forth below.

2. I am aware that the United States government has claimed that an individual by the name of Renee Wu, who previously worked for Imaad Zuberi, is a fictional person. Based on my history working with Mr. Zuberi and AEGON, I am certain this is not the case, as I had regular interaction with Ms. Wu in her role working for Mr. Zuberi. From 2006 to 2007 I had regular business/personal interactions with Mr. Zuberi and the company he worked for through my firm Allen & Overy LLP. During this time, my law firm advised AEGON in acquiring Industrial Fund Management Company (AIFMC) in Shanghai, China. From 2006 to 2007, I regularly interacted with Ms. Wu as she would help set up meetings for Cao Eric Lei, myself and sometimes Imaad to visit the company we were looking as potential acquisition. I also even met with Ms. Wu on several occasions.

3. My frequent and extensive interaction with Ms. Wu in her role as an employee of AEGON makes it clear to me that the government's claim that Ms. Wu is a fictional person is based on incorrect or incomplete information.

Executed this 5 day of November 2020, at Shanghai China.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Chengfei Ding

DECLARATION OF CHENGFEI DING

# Exhibit 49

## DECLARATION OF JIMIN AN

I, Jimin An, declare as follows:

I live in Shanghai China. I started working in Chinese garment industry since 2008. I stated my own athletic garments business with initial focus on yoga clothing in 2011.

Imaad Zuberi was our of my investors. In working with him as investor, I interacted with his friends and China based employees. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify.

I am aware that the United States government has claimed that an individual by the name of Renee Wu is a fictional person. Based on my extensive history working with Mr. Zuberi and Avenue Ventures, I am certain this is not the case as I had regular interaction with Ms. Wu in her role working for Mr. Zuberi and his business in China.

From 2011 to 2019 I have had regular business/personal interactions with Ms. Wu while we were working together on setting up outsourcing agreements for yoga garments. During this time, Renee Wu worked with us mostly evenings part time translating agreements between Chinese suppliers and European buyers.

Executed this 22 day of December 2019, at Shanghai China.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


---------------------------
Jimin An
Room 2003, 2nd Floor Hongtai
186 Dagu Road
Hangpu District
Shanghai, China

# Exhibit 50

## Declaration of Soyoung Yoon

I, Soyoung Yoon, declare as follows:

I lived in Los Angeles and Seoul South Korea. Now live in Seoul to take care of my family.

I started working in yoga clothing business when Imaad Zuberi and his partners invested in garment company in Shanghai China.

My responsibility was to purchase stretch fabric in Korea to be shipped to China where the factories would sew it into garments.

In working with China side buyers, I interacted with his Chinese employees. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify.

I am aware that the United States Government has claimed that an individual by the name of Renee Wu is a fictional person. Based on my extensive history working with Mr. Zuberi and Avenue Ventures in Asia, I am certain this is not the case as I had regular interaction with Ms. Wu in her role working for Mr. Zuberi and his business in China.

I have had regular business and personal interactions with Ms. Wu while we were working together on yoga garments. During this time, I called Renee Wu on WeChat which is Chinese app to ask about catalogues for European buyers.

Executed this 5 day of November 2020, at Seoul Korea.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

-----------------------------
Soyoung Yoon

# Exhibit 51

# DECLARATION OF SHAMSI AHMAD

I, Shamsi Ahmad, declare as follows:

1. I am businessman in Pakistan. I use to have software outsourcing company in Long Beach California called NetVision. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. I am aware that some people have claimed that individual by the name of Robert Reed, who previously worked for Imaad Zuberi, is a fake person. This is not the case, as I had regular interaction with Mr. Reed, Ms. Nancy Johnson, Chengfei Ding, Eric Cao, Renee Wu and other employee of Mr. Zuberi.

3. From early 2000 to 2011, I had regular business/personal interactions with Mr. Zuberi and his company, Avenue Ventures, through my businesses. During this time, we did business together and at one point Mr. Zuberi was investor in one of my company.

4. During a short in early 2000s Mr. Reed interned for me at my company NetVision in Long Beach, California. As an intern, Mr. Reed would make marketing calls and would place programmers into positions at various companies. After Mr. Reed completed his internship, I did not maintain contact with him.

5. I recommended Mr. Reed, Ms. Johnson and my other former employees to Imaad Zuberi as he was looking for marketing people. I believe he employed Mr Reed and Ms Johnson after they left me because I saw them with Mr. Zuberi.

///
///
///

6.  My frequent and extensive interaction with Mr. Reed and Ms. Johnson in their roles as an intern/employee for Avenue Ventures and Mr. Zuberi make it clear to me that people's claim that Mr. Reed is a fake person is based on incorrect or incomplete information.

Executed this 10 day of October 2020, at Karachi, Pakistan.

_____
Shamsi Ahmad

# Exhibit 52

# DECLARATION OF SOYOUNG YOON

I, Soyoung Yoon, declare as follows:

1. I was an intern for Avenue Ventures in 2015 and that same year, became a buyer and a salesperson for Avenue Apparel, an athletic apparel manufacturer and a startup company invested in by Avenue Ventures. I resigned from that position in 2019 to care for my family. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. As part of my duties with Avenue Apparel, I routinely traveled throughout Europe and Asia. Occasionally, when our business travel coincided, Mr. Imaad Zuberi and I would meet to discuss business because Avenue Ventures was an investor in Avenue Apparel. These meetings were often working dinners that included other business associates of Mr. Zuberi.

3. Throughout 2015 and 2016, I was present at several meetings that included Mr. Husam (Sam) Jauhari. I remember one meeting in 2015 at a hotel restaurant in Montreux, Switzerland with Mr. Jauhari that also included His Royal Highness Sheik Mohammed Al-Rahbani. I specifically remember Sheik Al-Rahbani because he had so much plastic surgery, his face looked like a Ken doll. It was also a memorable meeting because he introduced himself in third person as "His Royal Highness Sheik Mohammed Al-Rahbani" and because he arrived in gaudy Bugatti car which he told everyone he bought for $2.1 million. He had cloths that had big "B" logos all over. Later, I learned it was a clothing brand named "Billionaire" which had "B" as logo. During that meeting, Mr. Jauhari asked Mr. Zuberi to work on a "Libya project" but Mr. Zuberi said no because, right before asking him to work for them, both Mr. Jauhari and Sheikh Al-Rahbani were bragging about bribing the Libyan Deputy Prime Minister to give them this deal. Both Mr. Jauhari and Sheik Al-Rabhani were angry about Mr. Zuberi's refusal. Mr. Jauhari stated that Sheik Al-Rabhani had spent millions of dollars on American politicians and

tens of millions of dollars on bribing "stupid" Libyans to get them to sign a contract with Mr. Jauhari and Sheik Al-Rabhani to facilitate the release of Libyan assets that had been frozen by the U.S. Government.

4.  I was also present with Mr. Zuberi and Mr. Jauhari on election night, November 1, 2016, at a party in New York City, NY, being hosted by Hillary Clinton supporters. During that event, I witnessed Mr. Jauhari talking to U.S. politicians to try and get the release of Libyan assets that were frozen by the U.S. government. Additionally, Mr. Jauhari was offering politicians campaign donations in exchange for assistance getting Libyans U.S. visas without going through the U.S. Embassy. In response to Mr. Jauhari's actions, Mr. Zuberi told Mr. Jauhari that Mr. Jauhari was embarrassing him and that "this is America not Saudi Arabia, that is not how things work here". Mr. Jauhari said something to ridicule Mr. Zuberi similar to saying that Mr. Zuberi will always be an employee not the boss.

5.  During several other meetings with Mr. Jauhari where I was present, I don't recall the dates or places, Mr. Jauhari bragged that he is one of the wealthiest people around and that he owns many businesses including several Glamour Shots franchises, several Apollo Hair Systems franchises, a construction company, a glass company, an internet service provider, a cable television company and schools in the Middle East. He said his schools in the Middle East alone are worth hundreds of millions of dollars. He specifically bragged that he has all his businesses in his wife's and/or children's names because she and his sons are not a U.S. citizens and, therefore, he does not have to pay U.S. taxes. He said his wife and sons could be U.S. citizens within a week but why get them useless American citizenship requiring them to pay U.S. taxes. At one of these meetings, Mr, Jauhari made fun of the United States saying that when he went to college, the U.S. was worth living in but now the U.S. has become a "garbage country", now it is India and China which are the future. At this point Mr. Juahari and Mr. Zuberi had a minor argument where Mr. Jauhari claimed the future belongs to China and Mr. Zuberi argued that the U.S.

is the good vs. evil in the world. During another dinner meeting, Mr. Jauhari bragged that he had secured a contract with the U.S. military to build some facilities at the U.S. Embassy in Iraq by bribing U.S. military officials. I remember him saying they were U.S. military officers because when he gave their titles or ranks, I had to ask what those words meant. Finally, at one of the meetings, Mr. Jauhari told the story of how he had bribed a Kuwaiti Minister via his front man "Captain Ali" and the Libyan Interior Minister ($5 million each) to facilitate a contract for the Kuwaiti government to pay the Chinese military for police uniforms for Libya which originally were going to be procured from a U.S. company. I know about this because he asked me to get prices from Chinese and Korean garment manufacturers but we were not able to match the prices quoted by the Chinese military owned company.

Executed this 5th day of November 2020, at Seoul, Republic of Korea.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



Soyoung Yoon

# Exhibit 53

**Roger J. Makemson**

17420 Blue Aspen Lane
Santa Clarita, CA 91387

Email:

April 2, 2019

Dear Mr. Zuberi

On Sunday, March, 31, 2019 evening you reversed your car whereby you damaged my car unintentionally. You kindly waited for me for a long time then left a note on my windshield with your contact information since nobody was in my car at the moment.

I just wanted to make sure I write you this note to thank you for handling this matter nicely.
In the past several days, you paid to repair my car and make me whole. You paid for a rental car. I appreciate your attitude of actively seeking the solution of this unfortunate accident.

Thank you and God Bless!


Sincerely,

*[signature]*

Roger J. Makemson

April 2, 2019

Dear Mr. Zuberi

On Sunday, March, 31, 2019 evening you reversed your car whereby you damaged my car unintentionally. You kindly waited for me for a long time then left a note on my windshield with your contact information since nobody was in my car at the moment.

I just wanted to make sure I write you this note to thank you for handling this matter nicely.
In the past several days, you paid to repair my car and make me whole. You paid for a rental car. I appreciate your attitude of actively seeking the solution of this unfortunate accident.

Thank you and God Bless!

Sincerely,

Emily De La Roca