FILED
CLERK, U.S. DISTRICT COURT
May 11, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: VRV DEPUTY

**NOTE CHANGES BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. LACR19-00642-VAP<br><br>**ORDER**<br><br>**[UNDER SEAL]** |

Case No. LACR19-00642-VAP

ORDER

1  Having read and considered Defendant's Ex Parte Application for Order
2  Continuing Sentencing Date and Briefing Deadlines filed on May 8, 2020, and with
3  good cause appearing, the Court ORDERS as follows:
4  Imaad Shah Zuberi's sentencing hearing shall be continued from June 1, 2020,
5  to July 27, 2020, at 2:00 p.m. The parties shall file their sentencing positions as to the
6  PSR, USSG calculations, FARA offenses, FECA offenses, tax offenses or obstruction
7  of justice allegations no later than **May 18, 2020**. The parties may file responses to
8  any Supplemental PSR no later 14 days after its issuance. Final sentencing position
9  papers regarding sentencing factors under 18 U.S.C. 3553(a) shall be filed no later
10 than July 13, 2020.

11  IT IS SO ORDERED.

12  Dated: May 11, 2020

13  HONORABLE VIRGINIA A. PHILLIPS
    UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP

ORDER