```
                              FILED
                        CLERK, U.S. DISTRICT COURT

                           NOV. 13, 2020

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY: _____CC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. LACR19-00642-VAP |
| Plaintiff, | Case No. LACR20-00155-VAP |
| vs. | **ORDER ON DEFENDANT'S** |
| IMAAD SHAH ZUBERI, | ***EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS** |
| Defendant. | **[UNDER SEAL]** |

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS

For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing Documents, it is hereby ordered that:

(1) Under Seal Filing (Defendant's Sentencing Position Re 3553(a) Factors);

(2) Under Seal Filing (Declaration of Ivy A. Wang; Exhibits);

(3) Defendant's Unopposed *Ex Parte* Application for Leave to File Oversized Brief;

(4) [Proposed] Order Granting Defendant's Unopposed *Ex Parte* Application for Leave to File Oversized Brief

(5) Defendant's *Ex Parte* Application for Order Sealing Documents; and

(6) this [Proposed] Order on Defendant's *Ex Parte* Application for Order Sealing Documents

shall be filed under seal until further order of this Court.

Dated: November 13, 2020

*Virginia A. Phillips*
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

Defendant Imaad Shah Zuberi's *Ex Parte* Application for Order Sealing Documents is DENIED. The Application and all under seal submissions shall not be filed publicly, but shall be returned to Defendant Zuberi.

Dated: 

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP; LACR-20-00155-VAP

ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS