**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No. **LACR19-00642-VAP**<br>LACR20-00155-VAP<br><br>**ORDER RE; DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF**<br><br>**[UNDER SEAL]** |

1  Having read and considered Defendant's Unopposed *Ex Parte* Application for
2  Leave to File Oversized Brief filed on November 9, 2020, and with good cause
3  appearing, the Court ORDERS as follows:
4  Imaad Shah Zuberi is permitted to file the Under Seal Filing exceeding the
5  twenty-five page limit set forth in Local Civil Rule 11-6.
6  IT IS SO ORDERED.
7  Dated: November 13, 2020

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case No. LACR19-00642-VAP
LACR20-00155-VAP

ORDER RE: DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF