1

2

3

4

5

6

7

8

**FILED**
CLERK, U.S. DISTRICT COURT

NOV. 13, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC_____ DEPUTY

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. LACR19-00642-VAP * |
| Plaintiff, | Case No. LACR20-00155-VAP |
| vs. | **ORDER ON DEFENDANT'S** ***EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENTS** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | **[UNDER SEAL]** |

19

20

21

22

23

24

25

26

27

28

1       For the reasons stated in Defendant Imaad Shah Zuberi's *Ex Parte* Application

2 for Order to File Notice of Filing Under Seal, it is hereby ordered that:

3       (1) the Application;

4       (2) Under Seal Filing; and

5       (3) this [Proposed] Order on Defendant's *Ex Parte* Application for Order

6       Sealing Documents

7 shall be filed under seal until further order of this Court.

8

9 Dated:  November 13, 2020

10                     HONORABLE VIRGINIA A. PHILLIPS

11                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28