# EXHIBIT 1

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign Committee | Contributor | Address | Primary FECA Violations | AZ & FECA Violations | Donating Acct | Amount | Date | Reimbursement | Amount | Date |
| 2 | 4/27/12 | Howard Berman | Gloria Wu | El Monte, CA | $2,500 | | Amex ▓ (IZ) | $5,000 | 3/5/12 | | | |
| 3 | 4/27/12 | Howard Berman | Khalid Ahmed | Whittier, CA | $2,500 | | Amex ▓ (IZ) | $5,000 | 4/30/12 | | | |
| 4 | 4/27/12 | Howard Berman | Miajida Ahmed | Whittier, CA | $2,500 | | " | | | | | |
| 5 | 4/27/12 | Howard Berman | ▓ | ▓ | $2,500 | | Amex ▓ (IZ) | $5,000 | 4/30/12 | ▓ | $136,600 | 5/2/12 |
| 6 | 4/27/12 | Howard Berman | ▓ | ▓ | $2,500 | | " | | | " | " | " |
| 7 | 5/17/12 | Obama Victory Fund 2012 | ▓ | | $35,000 | | USC ▓ (IZ/AZ) | $35,000 | 5/14/12 | " | " | " |
| 8 | 5/18/12 | Obama Victory 2012 | ▓ | El Monte, CA | $25,000 | | Amex ▓ (IZ) | $25,000 | 5/18/12 | " | " | " |
| 9 | 5/22/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $25,000 | | " | | | " | " | " |
| 10 | 5/23/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $10,000 | | " | | | " | " | " |
| 11 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | El Monte, CA | $25,000 | | Amex ▓ (IZ) | $25,000 | 9/27/12 | ▓ | $90,000 | 9/26/12 |
| 12 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | El Monte, CA | $5,000 | | Chase ▓ (IZ) | $5,000 | 9/27/12 | " | " | " |
| 13 | 9/27/12 | Bob Casey for Senate | Willa Rao | El Monte, CA | $2,500 | | Chase ▓ (IZ) | $2,500 | 9/27/12 | " | " | " |
| 14 | 9/30/12 | Obama Victory 2012 | ▓ | ▓ | $19,000 | | USC ▓ (IZ/AZ) | $19,000 | 9/27/12 | " | " | " |
| 15 | 9/30/12 | Obama Victory 2012 | ▓ | S. El Monte, CA | $25,000 | | USC ▓ (IZ/AZ) | $25,000 | 9/27/12 | " | " | " |
| 16 | 10/3/12 | Obama Victory 2012 | ▓ | ▓ | $20,000 | | USC ▓ (IZ/AZ) | $20,000 | 10/2/12 | ▓ | $180,000 | 10/1/12 |
| 17 | 10/3/12 | Obama Victory 2012 | ▓ | ▓ | $20,000 | | USC ▓ (IZ/AZ) | $20,000 | 10/2/12 | " | " | " |
| 18 | 10/26/12 | ActBlue/Ruiz Victory Fund | Antonio Cardenas | Panorama City, CA | $5,000 | | Amex ▓ (IZ) | $5,000 | 10/26/12 | | | |
| 19 | 12/27/12 | Presidential Inaugural | Imaad Zuberi | | $62,500 | | Amex ▓ (IZ) | $62,500 | | ▓ | $500,000 | 12/10/12 |
| 20 | 1/15/13 | Presidential Inaugural | Imaad Zuberi | | $35,000 | | Amex ▓ (IZ) | $35,000 | | ▓ | $150,000 | 1/14/13 |
| 21 | 1/30/13 | Presidential Inaugural | Imaad Zuberi | | $408 | | Amex ▓ (IZ) | $408 | | ▓ | $100,000 | 2/7/13 |
| 22 | 2/26/13 | Engel for Congress | Asifa Zuberi | S. El Monte, CA | | $2,500 | USC ▓ (IZ/AZ) | $5,000 | 2/26/13 | | | |
| 23 | 2/26/13 | Engel for Congress | Asifa Zuberi | S. El Monte, CA | | $2,500 | " | | | | | |
| 24 | 4/5/13 | Engel for Congress | Lucy Rao | S El Monte, CA | $2,600 | | Amex ▓ (WRZ) | $2,600 | 4/5/13 | | | |
| 25 | 4/14/13 | Engel for Congress | Lucy Rao | S El Monte, CA | $2,600 | | Amex ▓ (WRZ) | $2,600 | 4/14/13 | | | |
| 26 | 4/22/13 | Bob Casey for Senate | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▓ (IZ) | $5,200 | 4/22/13 | | | |
| 27 | 4/22/13 | Bob Casey for Senate | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 28 | 4/22/13 | Bob Casey for Senate | ▓ | El Monte, CA | $2,600 | | Amex ▓ (WRZ) | $5,200 | 4/22/13 | | | |
| 29 | 4/22/13 | Bob Casey for Senate | ▓ | El Monte, CA | $2,600 | | " | | | | | |
| 30 | 4/22/13 | Bob Casey for Senate | ▓ | El Monte, CA | $2,600 | | Amex ▓ (WRZ) | $5,200 | 4/22/13 | ▓ | $5,000 | 4/30/13 |
| 31 | 4/22/13 | Bob Casey for Senate | ▓ | El Monte, CA | $2,600 | | " | | | | | |
| 32 | 5/31/13 | Engel for Congress | ▓ | S. El Monte, CA | $2,600 | | Amex ▓ (IZ) | $5,200 | 5/31/13 | | | |
| 33 | 5/31/13 | Engel for Congress | ▓ | S. El Monte, CA | $2,600 | | " | | | | | |
| 34 | 5/31/13 | Engel for Congress | ▓ | S. El Monte, CA | $2,600 | | Amex ▓ (IZ) | $5,200 | 5/31/13 | | | |
| 35 | 5/31/13 | Engel for Congress | ▓ | S. El Monte, CA | $2,600 | | " | | | | | |
| 36 | 8/13/13 | Citizens for Waters | Asifa Zuberi | Los Angeles, CA | | $2,600 | USC ▓ (AZ) | $5,200 | 8/15/13 | | | |
| 37 | 8/13/13 | Citizens for Waters | Asifa Zuberi | Los Angeles, CA | | $2,600 | " | | | | | |
| 38 | 8/23/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 8/24/13 | | | |
| 39 | 9/27/13 | McAuliffe for Governor | Imaad Zuberi | | $25,000 | | Amex ▓ (IZ) | $25,000 | 9/27/13 | ▓ | $277,858 | 9/30/13 |
| 40 | 10/10/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 10/10/13 | | | |
| 41 | 10/27/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 10/27/13 | | | |
| 42 | 10/28/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 10/29/13 | | | |
| 43 | 11/5/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 11/5/13 | | | |
| 44 | 11/21/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 11/21/13 | | | |
| 45 | 11/27/13 | McAuliffe for Governor | Imaad Zuberi | | | $25,000 | Amex ▓ (IZ) | $25,000 | 11/27/13 | | | |
| 46 | 12/6/13 | Alison Grimes | Asifa Zuberi | El Monte, CA | | $2,600 | Chase ▓ (IZ) | $5,200 | 12/6/13 | | | |
| 47 | 12/6/13 | Alison Grimes | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |

Case 2:19-cr-00642-VAP   Document 100 *SEALED*   Filed 03/25/20   Page 9 of 350   Page ID #:1320

| # | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | 12/23/13 | Alison Grimes | Lucy Rao | S. El Monte, CA | $2,600 | | Amex ▮ (WRZ) | $5,200 | 12/23/13 | | | |
| 49 | 12/23/13 | Alison Grimes | Lucy Rao | S. El Monte, CA | $2,600 | | " | | | | | |
| 50 | 12/26/13 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | Chase ▮ (IZ) | $5,200 | 12/27/13 | | | |
| 51 | 12/26/13 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 52 | 12/26/13 | Royce Campaign Comm. | Lucy Rao | El Monte, CA | $2,600 | | Chase ▮ (IZ) | $5,200 | 12/27/13 | | | |
| 53 | 12/26/13 | Royce Campaign Comm. | Lucy Rao | El Monte, CA | $2,600 | | " | | | | | |
| 54 | 1/3/14 | David Cicilline | Asifa Zuberi | S. El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 55 | 1/15/14 | Tim Kaine | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 56 | 1/15/14 | Tim Kaine | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 57 | 1/27/14 | Eliot Engel | ▮ | El Monte, CA | $2,400 | | Amex ▮ (IZ) | $5,000 | 1/27/14 | | | |
| 58 | 1/27/14 | Royce Campaign Comm. | ▮ | El Monte, CA | $2,600 | | Amex ▮ (IZ) | $5,200 | 1/27/14 | | | |
| 59 | 1/27/14 | Eliot Engel | ▮ | El Monte, CA | $2,600 | | " | | | | | |
| 60 | 1/27/14 | Royce Campaign Comm. | ▮ | El Monte, CA | $2,600 | | " | | | | | |
| 61 | 1/27/14 | Eliot Engel | Mark Skarulis | El Monte, CA | $2,400 | | Amex ▮ (IZ) | $5,000 | 1/27/14 | | | |
| 62 | 1/27/14 | Royce Campaign Comm. | Mark Skarulis | El Monte, CA | $2,600 | | Amex ▮ (IZ) | $5,200 | 1/27/14 | | | |
| 63 | 1/27/14 | Eliot Engel | Mark Skarulis | El Monte, CA | $2,600 | | " | | | | | |
| 64 | 1/27/14 | Royce Campaign Comm. | Mark Skarulis | El Monte, CA | $2,600 | | " | | | | | |
| 65 | 2/19/14 | Wendy Greuel | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 66 | 2/19/14 | Wendy Greuel | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 67 | 2/28/14 | Karen Bass for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | 4/11/14 | | | |
| 68 | 2/28/14 | Dr Raul Ruiz for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 69 | 2/28/14 | Dr Raul Ruiz for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 70 | 2/28/14 | Karen Bass for Congress | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | | | | | |
| 71 | 3/21/14 | Cicilline Committee | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 72 | 3/21/14 | Cicilline Committee | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 73 | 4/1/14 | Alison Grimes | Mark Skarulis | Redondo Bch, CA | $400 | | Donor CC (MS) | | | BoA # ▮ (IZ/WRZ) | $1,000 | 4/9/14 |
| 74 | 4/1/14 | Alison Grimes | Mark Skarulis | Redondo Bch, CA | $2,600 | | Donor CC (MS) | | | BoA # ▮ (IZ/WRZ) | $2,000 | 4/9/14 |
| 75 | 4/19/14 | Bruce Braley | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | 4/20/14 | | | |
| 76 | 4/19/14 | Bruce Braley | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 77 | 4/19/14 | Brad Sherman | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $2,600 | 4/29/14 | | | |
| 78 | 4/19/14 | David Cicilline | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $2,600 | | | | |
| 79 | 4/19/14 | Ted Poe | Asifa Zuberi | S. El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | 4/19/14 | | | |
| 80 | 4/19/14 | Ted Poe | Asifa Zuberi | S. El Monte, CA | | $2,600 | " | | | | | |
| 81 | 4/19/14 | Ted Poe | Lucy Rao | S. El Monte, CA | $2,600 | | Amex ▮ (IZ) | $5,200 | 4/19/14 | | | |
| 82 | 4/19/14 | Ted Poe | Lucy Rao | S. El Monte, CA | $2,600 | | " | | | | | |
| 83 | 4/21/14 | Sea Change (Bass) | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $2,600 | | | | |
| 84 | 5/14/14 | Ted Poe | Lucy Rao | S El Monte, CA | $2,600 | | Amex ▮ (WRZ) | $2,600 | 5/14/14 | | | |
| 85 | 5/14/14 | Ted Poe | Mike Liu | S. El Monte, CA | $2,600 | | Amex ▮ (WRZ) | $2,600 | 5/14/14 | | | |
| 86 | 6/14/14 | Jon Tester | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $2,600 | | | | |
| 87 | 7/3/14 | Joe Garcia | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | 7/3/14 | | | |
| 88 | 7/3/14 | Joe Garcia | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 89 | 7/3/14 | John Conyers, Jr | Asifa Zuberi | El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | | | | |
| 90 | 7/3/14 | John Conyers, Jr | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |
| 91 | 8/16/14 | Team Graham Inc | Asifa Zuberi | S. El Monte, CA | | $2,600 | Amex ▮ (IZ) | $5,200 | 8/16/14 | | | |
| 92 | 8/21/14 | Graham Victory Comm. | Asifa Zuberi | S. El Monte, CA | | $10,000 | USC ▮ (IZ/AZ) | $10,000 | 8/22/14 | | | |
| 93 | 9/16/14 | Democratic Nat'l Comm. | Imaad Zuberi | El Monte, CA | $16,000 | | Amex ▮ (IZ) | $32,400 | 9/16/14 | ▮ check | $16,000 | 1/28/15 |
| 94 | 9/25/14 | Tony Cardenas | Lucy Rao | Arcardia, CA | $2,600 | | Amex ▮ (WRZ) | $2,600 | 9/25/14 | | | |
| 95 | 1/23/15 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | Chase ▮ (IZ) | $5,200 | 1/23/15 | | | |
| 96 | 1/23/15 | Royce Campaign Comm. | Asifa Zuberi | El Monte, CA | | $2,600 | " | | | | | |

Case 2:19-cr-00642-VAP   Document 100 *SEALED*   Filed 03/25/20   Page 10 of 350   Page ID #:1321

| # | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2/3/15 | Friends of John McCain | Asifa Zuberi | El Monte, CA | | $5,200 | Chase ▇ (IZ) | $5,200 | 1/22/15 | | | |
| 98 | 2/3/15 | Friends of John McCain | ▇ | El Monte, CA | $5,200 | | Amex ▇ (IZ) | $5,200 | 1/20/15 | | | |
| 99 | 2/5/15 | Country First PAC | Asifa Zuberi | El Monte, CA | | $5,000 | Chase ▇ (IZ) | $5,000 | 1/22/15 | | | |
| 100 | 3/3/15 | Lindsey Graham 2016 | Asifa Zuberi | S. El Monte, CA | | $2,700 | Amex ▇ (IZ) | $2,700 | 2/15/15 | | | |
| 101 | 3/3/15 | Lindsey Graham 2016 | ▇ | El Monte, CA | $2,700 | | Chase ▇ (IZ) | $2,700 | 2/15/15 | | | |
| 102 | 3/3/15 | Lindsey Graham 2016 | Lucy Rao | El Monte, CA | $2,700 | | Amex ▇ (IZ) | $2,700 | 2/15/15 | | | |
| 103 | 3/3/15 | Lindsey Graham 2016 | ▇ | El Monte, CA | $2,700 | | Chase ▇ (IZ) | $2,700 | 2/15/15 | | | |
| 104 | 3/3/15 | Lindsey Graham 2016 | ▇ | El Monte, CA | $2,700 | | Amex ▇ (IZ) | $2,700 | 2/15/15 | | | |
| 105 | 3/9/15 | Eliot Engel | Asifa Zuberi | S El Monte, CA | | $2,700 | Amex ▇ (IZ) | $5,400 | | | | |
| 106 | 3/9/15 | Eliot Engel | Asifa Zuberi | S El Monte, CA | | $2,700 | " | | | | | |
| 107 | 3/21/15 | Kamala Harris | Asifa Zuberi | El Monte, CA | | $2,700 | Amex ▇ (IZ) | $5,400 | | | | |
| 108 | 3/21/15 | Kamala Harris | Asifa Zuberi | El Monte, CA | | $2,700 | " | | | | | |
| 109 | 3/22/15 | Keith Ellison | Asifa Zuberi | El Monte, CA | | $2,700 | Amex ▇ (IZ) | $5,400 | | | | |
| 110 | 3/22/15 | Keith Ellison | Asifa Zuberi | El Monte, CA | | $2,700 | " | | | | | |
| 111 | 4/12/15 | Hillary for America | Asifa Zuberi | El Monte, CA | | $2,700 | Amex ▇ (IZ) | $2,700 | | | | |
| 112 | 4/14/15 | Hillary for America | ▇ | ▇ | $2,700 | | Donor cc 9059 | Foreign | | | | |
| 113 | 4/19/15 | Hillary for America | ▇ | ▇ | $2,700 | | Donor cc 85029 | Foreign | | | | |
| 114 | 5/5/15 | Hillary for America | ▇ | ▇ | $2,700 | | Donor cc ▇ | Foreign | | | | |
| 115 | 5/5/15 | Hillary for America | ▇ | ▇ | $2,700 | | Donor cc ▇ | $2,700 | | ATM Cash Deposit | $2,500 | 5/4/15 |
| 116 | 5/17/15 | Hillary for America | ▇ | ▇ | $1,350 | | Donor cc ▇ | $2,700 | 5/17/15 | BoA # ▇ (IZ/WRZ) | $1,350 | 6/1/15 |
| 117 | 5/27/15 | Eliot Engel | ▇ | S El Monte, CA | $5,400 | | Amex ▇ (IZ) | $5,400 | 5/27/15 | | | |
| 118 | 6/12/15 | O'Malley for President | Asifa Zuberi | El Monte, CA | | $2,700 | Amex ▇ (IZ) | $2,700 | 6/12/15 | | | |
| 119 | 10/22/15 | Hillary Victory Fund | Imaad Zuberi | El Monte, CA | $100,000 | | BoA # ▇ (IZ/WRZ) | $100,000 | 10/26/15 | ▇ Wire | $100,200 | 2/11/16 |
| 120 | 12/16/15 | Patrick Murphy | Asifa Zuberi | S El Monte, CA | | $2,700 | Amex ▇ (IZ) | $5,400 | | | | |
| 121 | 12/16/15 | Patrick Murphy | Asifa Zuberi | S El Monte, CA | | $2,700 | " | | | | | |
| 122 | 4/14/16 | Hillary Victory Fund | Imaad Zuberi | El Monte, CA | $35,000 | | Amex ▇ (IZ) | $100,000 | 4/14/16 | ▇ check | $35,000 | 4/22/16 |
| 123 | 9/28/16 | Team Graham Inc | ▇ | S. El Monte, CA | $400 | | Amex ▇ (IZ) | $400 | | | | |
| 124 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | Chase ▇ (IZ) | $5,400 | | | | |
| 125 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | " | | | | | |
| 126 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | Chase ▇ (IZ) | $5,400 | | | | |
| 127 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | " | | | | | |
| 128 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | Chase ▇ (IZ) | $5,400 | | | | |
| 129 | 9/28/16 | Team Graham Inc | ▇ | ▇ | $2,700 | | " | | | | | |
| 130 | 10/26/16 | Person for Congress | ▇ | El Monte, CA | $2,700 | | Amex ▇ (IZ) | $2,700 | | | | |
| 131 | 10/28/16 | Steve Knight for Congress | Asifa Zuberi | S. El Monte, CA | | $2,700 | Amex ▇ (IZ) | $2,700 | | | | |
| 132 | | | | | $628,558 | $321,000 | | $949,558 | Totals | | | |