# EXHIBIT 7

**To:** ████████████████
**Cc:** imaad zuber ████ [@mindspring.com]
**From:** renee.wu████
**Sent:** Mon 11/10/2014 3:53:51 AM
**Importance:** Normal
**Subject:** HRC event in NYC
**MAIL_RECEIVED:** Mon 11/10/2014 3:53:52 AM

Dear ████████

For HRC in event NYC, we paid $32,400 for Imaad + guest, therefore half of this is $16,200.
Please mail check to:
Avenue Ventures
10166 Rush Street
El Monte, California 91733

Thanks
Renee



**From:** imaad zuberi ████████@mindspring.com>
**Sent:** Monday, January 04, 2016 3:10 PM
**To:** ████████
**Subject:** Re: wire confirmation for Hillary Victory Fund

████████ my friend why do you argue with me? This is not my rule. The contribution has to from personal account
imaad

**From:** ████████
**Sent:** Monday, January 4, 2016 2:42 PM
**To:** imaad zuberi
**Subject:** RE: wire confirmation for Hillary Victory Fund

i know company made the transfer from me and tag it to my account. if there still issue we can do under my name.

-------- Original message --------
From: imaad zuberi ████████@mindspring.com>
Date: 1/4/2016 5:26 PM (GMT-05:00)
To: ████████
Subject: RE: wire confirmation for Hillary Victory Fund

It has to be person not from company

**From:** ████████
**Sent:** Monday, January 4, 2016 2:21 PM
**To:** imaad zuberi ████████
**Subject:** FW: wire confirmation for Hillary Victory Fund

Imaad  it was getting late, I transferred $35k to HVF in NY as attached. I put your name as reference

**From:** ████████
**Subject:** wire confirmation for Hillary Victory Fund
**Date:** Mon, 4 Jan 2016 19:16:24 +0000

Disclaimer: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**To:**
**From:**
**Sent:**    Fri 4/15/2016 1:03:49 PM
**Importance:**    Normal
**Subject:**    FW: Hillary Victory Fund Dinner at the Home of George and Amal Clooney
**MAIL_RECEIVED:**    Fri 4/15/2016 1:03:51 PM

**From:** imaad zuberi
**Sent:** Friday, April 15, 2016 4:26 AM
**To:**    'Charlie Johnson'
**Subject:** RE: Hillary Victory Fund Dinner at the Home of George and Amal Clooney

No. You will not get credit for full $50,000. Only the amount that you pay which is $35,000

**From:**
**Sent:** Thursday, April 14, 2016 7:42 PM
**To:** Charlie Johnson
**Cc:** imaad zuberi
**Subject:** RE: Hillary Victory Fund Dinner at the Home of George and Amal Clooney

yes i am coming.

i was going to sent payment and imad paid it for me and i am paying back to him.

so will $50k be credit it to me?

so i assume this will be VIP right

Sent from my Verizon Wireless 4G LTE smartphone

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
encryption. Tap for more info.
4/14/16, 3:47 AM - Imaad: Why are you sending stupid email to congressman staff on
their official email address? You are crazy. Even when we do nothing wrong you are
creating impression that we are doing wrong things
4/14/16, 12:53 PM - Imaad: Why did you send the email?
4/14/16, 2:46 PM - Mg: imaad tbey send me two email to if i connected with ed royce.
then wrote them . i told them who i am and ask i have a busines person to vist him.
i tougt that was the fiance person did not know them were staff.

sory. i learn it and took lesson
4/14/16, 2:52 PM - Imaad: we will talk when you are here
4/14/16, 6:10 PM - █: imaad. i am too much spread. i am not a milionare like  you.
i told you i can only pay very important event. my business need s money.  i just
wanto make sure money youbpaid 35k will be credit to me officialy. and

able to come vip event (50k) this is a very strext and i hope you understand me
4/14/16, 6:10 PM - █  thank you
4/14/16, 6:44 PM - Imaad: Okay
4/14/16, 7:24 PM - Imaad: I will not pay anything for you. Enough is enough
4/14/16, 7:25 PM - Imaad: I have had enough. I don't have time, energy not money to
play these Turkish games
4/14/16, 7:27 PM - █  what ever. no turkish gamem imaad. i am just saying that  iam
spread thing snd need your helpnfor onky importsnt vebt and asking you to watch me
as brother. when inhad exra money i can help you. i only want to go

nimportant ones with your guidance. saying this one should not make youbupset
4/14/16, 7:28 PM - Imaad: I love you like brother but I too have liquidity issue
because I didn't go to work for 10 week
4/14/16, 7:28 PM - Imaad: I will talk to you when you come
4/14/16, 7:29 PM - Imaad: You tell me to help you but you do stupid thing like email
which can cause problem for both of us
You don't listen
4/14/16, 7:30 PM - █  we explained to you. i took my lesson
4/14/16, 7:32 PM - Imaad: You do it again and again
4/14/16, 7:33 PM - Imaad: Bring your $35,000 check I have paid $50,000 for you
4/14/16, 7:33 PM - Imaad: Rest you owe me when you business is good
4/14/16, 7:36 PM - █  ok
4/17/16, 2:14 PM - Imaad: I am going to Saudi Arabia and Obama will be there as well
4/17/16, 2:37 PM - █  ok . am i glong to see you today? and ed? i am considering to
be with you. is your ogfer still.valid
4/17/16, 2:47 PM - Imaad: The President will be traveling to SaudiArabia with some
of my senators and congressmen friends
4/17/16, 2:47 PM - Imaad: Yes we will meet today
4/17/16, 2:48 PM - Imaad: Yes
4/17/16, 2:49 PM - █  ok . i am enjoyin ocean. walking
4/17/16, 2:49 PM - █  <Media omitted>
4/17/16, 2:55 PM - Imaad: We meet for dinner tonight
4/17/16, 2:55 PM - Imaad: I am doing errands to go to Saudi
4/17/16, 2:55 PM - Imaad: President Obama will be there and I will be there with him
in events
4/17/16, 3:34 PM - █: is your invitation still valid taht i go with you?
4/17/16, 3:36 PM - Imaad: Yes will talk
4/17/16, 4:46 PM - Imaad: Don't forget to give me the check
4/17/16, 5:29 PM - Imaad: Call me
4/17/16, 5:29 PM - Imaad: Call me
4/19/16, 10:03 PM - Imaad: VIP Lounge King Abdulaziz International Airport (JED)
JED Airport, Jeddah, Makkah
https://foursquare.com/v/50378c75e4b00554dd9b0b9f
4/19/16, 10:03 PM - Imaad: President is here
4/19/16, 10:34 PM - Imaad: Eliot I see you in the photo. With love from Saudi
Capital Riyadh
4/19/16, 10:35 PM - Imaad: <Media omitted>
4/20/16, 11:18 AM - Imaad: <Media omitted>

█000159

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
5/10/16, 1:19 PM - Imaad: Call me then I tell Ed to call
5/10/16, 1:19 PM - Imaad: <Media omitted>
5/11/16, 12:57 PM - Imaad: I will be in NYC with Speaker Ryan on Saturday call me
5/11/16, 8:19 PM - Imaad: I am with Charlie and your Podesta donation didn't go to
you
5/11/16, 8:19 PM - Imaad: Call me
5/11/16, 8:27 PM - ██: i caled you twice
what poesta donation?
5/11/16, 8:29 PM - ██: cahrlie told me that check your friend came to vlooney event
bounce it. so he has to refund your money and you need tobrefund me and  i have to
give them directly. charlie was not happy but he is trying to not

chalenge you on this
5/11/16, 9:04 PM - Imaad: This is not what he told me
5/11/16, 9:04 PM - Imaad: Really
5/11/16, 9:06 PM - Imaad: Now there are more people from the Campaign I am taking to
dinner. I will call you later
5/11/16, 9:08 PM - Imaad: We will get other check from. Check bouncing happens by
mistake. You have done it too
5/11/16, 9:09 PM - ██: yes sometime it can bouncf but no my check was never bounced
5/11/16, 9:09 PM - ██ call me in next one hour before i get in to plane
5/11/16, 9:09 PM - Imaad: Yes you have bounced a check in the past
5/11/16, 9:09 PM - Imaad: I can't I am with people
5/11/16, 9:09 PM - Imaad: I can call when you land
5/11/16, 9:12 PM - ██ it will be 4 pm in istanbul tomorow . it will be 6 am west
cost my next flight is 9 pm in istanbul and will be 1 pm west cost
5/11/16, 9:16 PM - Imaad: I have no clue what you are trying to say?
5/12/16, 6:30 AM - Imaad:
http://www.nytimes.com/2016/05/12/world/europe/sadiq-khan-donald-trump-islam.html?sm
prod=nytcore-iphone&smid=nytcore-iphone-share
5/13/16, 5:55 AM - Imaad: http://www.wsj.com/articles/trumps-money-games-1463093509
5/15/16, 2:15 AM - Imaad:
http://www.nytimes.com/2016/05/14/us/politics/sheldon-adelson-donald-trump.html?smpr
od=nytcore-iphone&smid=nytcore-iphone-share
5/15/16, 2:34 AM - Imaad: I asked Robby what are the 3 most important things one can
do for him?
1) money
2) money
3) money
5/15/16, 2:35 AM - Imaad: He doesn't know who you are?
5/15/16, 2:35 AM - Imaad: Asif didn't meet him at all. Not 1-on-1 not in group
5/15/16, 2:38 AM - ██ i met him only ome time at campaign . it is normal he does
not  know me. also he asked me to go CA he is bringing bill clinton . i said no
5/15/16, 2:38 AM - Imaad: Who asked you to go to California?
5/15/16, 3:07 AM - ██ asif
5/15/16, 3:12 PM - Imaad: ██ how is your mother?
5/15/16, 4:40 PM - Imaad:
http://www.wsj.com/articles/self-financing-campaign-all-the-way-would-have-been-a-st
retch-for-trump-1463341722
5/15/16, 5:56 PM - Imaad: http://nyp.st/1qjVYDz
5/15/16, 7:46 PM - ██: thank you for asking. i spent two days at hospital ay
intensive care and she is out now. and better.
how about you? where are yiu
5/15/16, 8:19 PM - Imaad: I am going to Geneva now
5/15/16, 11:38 PM - Imaad:
http://www.wsj.com/articles/turkish-militarys-influence-rises-again-1463346285
5/16/16, 10:23 PM - Imaad: ████████████
5/16/16, 10:23 PM - Imaad: Did you go?
5/16/16, 10:23 PM - Imaad: ██████████
5/18/16, 10:32 AM - Imaad: How is your mother?
5/18/16, 12:15 PM - ██ thank you. she was not conchese  today she started talk and
recognize me. thanks .
5/19/16, 1:27 AM - Imaad: One of my friends from Pakistan ████████ went

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
6/14/16, 12:32 PM - ███: ok ok. nonproblem. you said you may ask again im case his
program chaged. ███████ set to go thusday
6/14/16, 1:46 PM - ███ can you talk to jason so i can meet him
6/14/16, 1:50 PM - Imaad: Yes
6/15/16, 3:31 PM - Imaad: I need this quickly:
Any chance of finding out the names of the businesses Trump associated with in the
Middle East, Turkey and etc?
6/15/16, 3:33 PM - Imaad: <Media omitted>
6/15/16, 3:51 PM - Imaad: Trump is hitting Hillary hard on Clinton ties to Middle
East and after the terrorist attacks he is getting traction. Trump is just using
Clintons good relations with Muslim world as a bad thing. You know of the

business relationships of Trump in Middle East, Turkey and with whom he does
business?
6/15/16, 7:30 PM - ███ Ankara Restaurant
1320 19th St NW
Washington, DC  20036
8:15Pm
6/15/16, 7:30 PM - ███: come.there at 8.20
6/15/16, 8:30 PM - ███: ibam in ankara restaurant and go to left when you are in
6/17/16, 1:55 PM - ███: <Media omitted>
6/19/16, 2:04 PM - Imaad: Call me
6/19/16, 3:15 PM - Imaad: Murat-I am fucking pissed how I am being used by Turkish
███████ for meeting and stuff. The asshole hasn't bother to call me? You think I
can't block his stuff? It is just not about meeting. He will

accomplish anything
6/19/16, 3:18 PM - ███: ███████████ calm dow pls. he loves you
6/19/16, 3:20 PM - Imaad: He need to not be ingreatful and call me
6/19/16, 4:36 PM - Imaad: I will not come to Washington and now I will block him
6/19/16, 4:36 PM - Imaad: Let's push for the Resolution see what happens
6/20/16, 11:12 AM - ███: i talked to him today. ███████ he told me.he was
ready to  see you this week and he is still available but just need to know
6/20/16, 12:16 PM - Imaad: Okay
6/21/16, 7:19 PM - Imaad: Call me
6/23/16, 4:17 AM - Imaad: <Media omitted>
6/23/16, 4:55 PM - ███: imaad
███████████ aproximate dates to go Turkey for your residence construction

2- my contrubution to HVF dos not alpear in  their list. that will getmensome
advantages. per charlies  sugestion, please refund the 35k and i can pay back to
hvf. i think this is the only way
6/23/16, 4:55 PM - ███: thank you
6/23/16, 5:59 PM - Imaad: No problem I will do this

You need to have $270,000 raiser to have low level, little high is $500,000 raised
or $353,000 x 2 $706,000 given personally

If you gave $706,000 + raised over $2 million then you get VIP package even then I
need to pay $50,000 per person to take to VVIP package
I don't know what you talk about which whom because your information is wrong
6/23/16, 6:00 PM - Imaad: I will get this refunded then you will handle your own
Convention package?
6/23/16, 6:00 PM - Imaad: I will do as you want but even with several hundred you
will get to pint to get VVIP
6/23/16, 6:17 PM - ███: imaad it is not about . you got me wrong. they say it is need
to be by books. geting my convention fron you  is different .and i ned your help on
that
6/23/16, 6:18 PM - ███: you will handle my packages :)
6/23/16, 6:18 PM - Imaad: Let's talk I have John McCain here with Lindsey and CIA
Director
6/23/16, 6:20 PM - ███: good. we need to tell them time
6/23/16, 6:23 PM - Imaad: I am with the senator I can't type now

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
11/6/16, 10:27 AM - Imaad: Missed voice call
11/6/16, 11:38 AM - ▮: imaad, i am not doing any stupid thing nor doing anything. giancarlo , PA finace director, told me that it look i did not pay 33k for birthday party but i went there. i told him that we did together with imaad as

group. it has been paid. this what you told me. then he again said i need to pay directly to campaign and imaad still could get credit because i am under him. on one side i know you paid for me and on the other side i look that i went to

event which i did not pay for it. so i sent payment to him. thats all.
 to avoid the look that i  took advabtage to go birtday but did not pay and to avoid fight with you, i am paying your money  and i am payinh them. i worked as slave whene ever you asked me to pay this or that for this person. i am still

not good for you. it makes me sad
11/6/16, 11:41 AM - ▮: despite i paid alot of money for yoir your people in last two years may be more than 200k and despite you still favor to people like new comers like mahmod or ijaz, over me , dedpitr you treat me like shit i still

love you as my brother. that is the botom line
11/6/16, 11:55 AM - Imaad: It is not about creditor no credit. It is about paying double
11/6/16, 11:59 AM - ▮: i rather pay double for not to make you angry and not  to make campaign think i took advantages  and went to birtday and did not pay.
11/6/16, 12:00 PM - Imaad: I don't want you to waste your money you understand?
11/6/16, 12:00 PM - Imaad: The Campaign is wrong
11/6/16, 12:58 PM - ▮: what ever. indont want to seen as attended birthdate and did not pay for it. you can fiix it. i dont want to have issue with you
11/6/16, 2:24 PM - Imaad: I sent you email for event on Tuesday 15. Pleas rsvp
11/6/16, 7:20 PM - ▮: ok
11/6/16, 8:11 PM - ▮: i did not see any rsvp link. i did it to you
11/7/16, 12:37 AM - Imaad: Why rsvp to me? I am not the organizer. Read your email carefully
11/7/16, 7:51 AM - ▮: Imaad, i need a favor.
as of today my link shows 381k. add 33.4k for birthday . it is at 414k
can you donate 85k under my name so that i can reach my next mile stone as 500k please

i did more than 200k for you for other people please do 85 k for me. it has to be today. i will make it up.


you said you would do it in miami.

thanks


▮▮▮/16, 8:49 AM - Imaad: I have wasted $513,600 ($333,600 for Birthday/Florida and $180,000 Ijaz house event) on you and Ijaz. I don't have anything to give anymore Moreover I am tired of all the nonsense, bullshit and me being used
You get nothing for anything less than $1 million. It is waste because they have hundreds of people who have done over a million. I have done over $5 and I get nothing
11/7/16, 9:16 AM - ▮: common Imaad. dont blame me for ijaz event. you knew i was not going to come but keep it alive.
please get for 33k refund for birthday because they asked me to pay. Also would you have them count cloney event 50k i paid to you under me . you said you would do it. please. thank you
11/7/16, 9:19 AM - Imaad: I will get the Clooney event credit to you. It is best for us to avoid conflict. I do my thing and you do your thing. We can be friends and do other business but nothing to do with politics or Turkey. I am

really tired of all this mess. I have other problems in my life and both of us don't

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

need the headache
11/7/16, 9:30 AM - █: i maad common. i know you are tired but i have done nothing.
no mess. they presured me to pay 33k for birtday which they blame me that i went to
event without payment . you supposed to comunicate to them. charlie

told me many time i have to $50k pay them directly not thorugh you for clooney
event. i have always done as you said. i paid more than $200k for your request. no
problem.  i did not give you headeach. pleas pay campaign 85k under my name

you said you could do it in miami.  i will make it up.. please.
11/7/16, 9:48 AM - Imaad: Why can't you listen? What make you do thing that we
discussed you won't do like writing email and text. Why are you texting me this and
emailing me? What part of don't email and don't text you don't understand?

What is wrong with you? Will you ever change?
11/7/16, 9:48 AM - Imaad: Why you want to create unnecessary problem for your self
and me? Why?
11/7/16, 9:50 AM - Imaad: We will discuss when we meet
11/7/16, 9:52 AM - █: ok imaad. you wrote about headadch on ijaz things and i wrote
you back. there is nothing wrong if you make controbution and i go to event as your
guest. ok.
11/7/16, 9:55 AM - █: i just feel bad. i always supported you and did as you asked
me. now you say we go apart on politics. this help ask you is not fracture of you
had done. if this make you upset please dont do anything. i am just

sad.
11/7/16, 9:58 AM - Imaad: I will support you but please please please please please
please do not email me or text me
11/7/16, 9:59 AM - Imaad: I am blocking your emails and texts
11/7/16, 9:59 AM - Imaad: I do not want to get email or text from you
11/7/16, 9:59 AM - █: ok
11/7/16, 9:59 AM - Imaad: If you have something then just call me
11/7/16, 9:59 AM - █: ok
11/7/16, 9:59 AM - █: i wont text
11/7/16, 10:03 AM - Imaad: I am on the plane we will talk when I land
11/7/16, 10:22 AM - █: nothing to talk imaad. i just told you my feeling that you
want prefer mahmood and ijaz over me  after all we did together.do what ever feel
comfortable.
11/7/16, 10:24 AM - Imaad: I love you like a brother but you either don't think
before you do thing in you ADHD manner or are stupid
11/7/16, 10:27 AM - █: by the way.mahmood and ijaz are good people
11/7/16, 10:27 AM - Imaad: Just come tomorrow I have you attending the event
11/7/16, 10:35 AM - █: ok
11/7/16, 10:35 AM - █: i rsvped
11/7/16, 10:35 AM - Imaad: Okay I will IOM hotel room for you tomorrow
11/7/16, 11:10 AM - █: ok
11/8/16, 4:29 PM - █: r you at marriot marquise. i need ronpark my var
11/8/16, 4:57 PM - Imaad: <Media omitted>
11/8/16, 10:16 PM - █: Imaad i am in the back ound chair to seat because my leg is
hurting due to diabetic.
11/9/16, 1:24 AM - █: <Media omitted>
11/9/16, 4:18 PM - █: <Media omitted>
11/9/16, 11:22 PM - █: omaad i will fo 50 k  you said  we will yake pivyure
11/9/16, 11:37 PM - █: sorry, i will do $50k and you said you will take me white
house
11/10/16, 2:06 AM - Imaad: Read what you wrote? I have no clue what you said. First
I have ducking repeatedly told you not to email or text me on political contribution
stuff? Second what the hell are you trying to say?
11/10/16, 3:59 AM - Imaad: How quickly people are dumped. Future of DNC is with
successful governors like Terry McAuliffe

Defeat likely spells the end of Clinton Dynasty
http://nyp.st/2fDK3iN

**To:**       imaad zuberi[imaad.zuberi@mindspring.com]
**From:**    imaad zuberi
**Sent:**    Thur 6/22/2016 5:18:29 PM
**Importance:**        Normal
**Subject:**    FW: Ambassador Serdar Kilic dinner photos
**MAIL_RECEIVED:**    Thur 6/22/2016 5:19:05 PM
Turkish Ambassador with Ed and Eliot HFAC.jpg
Mr. and Mrs. Serdar Kilic with Mr. and Mrs Ed Royce and Eliot Engel (HFAC), ███████████Imaad
Zuberi.jpg

fyi

-----------

The photos from dinner Serdar and Mrs. Kilic gave at his residence for Ed (Chairman of House
Foreign Affairs Committee), Marie Royce, Eliot (Ranking Member of House Foreign Affairs
Committee), ███████ and Imaad Zuberi on Thursday June 16





**To:**       imaad zuberi █████████████████████████
**From:**     imaad zuberi
**Sent:**     Thur 11/17/2016 10:24:13 AM
**Importance:**       Normal
**Subject:**  FW: Speaker Paul Ryan
**MAIL_RECEIVED:**   Thur 11/17/2016 10:25:52 AM
Speaker Paul Ryan, Imaad Zuberi and Congressman Steve Knight.jpg

This week with House Speaker Paul Ryan. He is No. 3 in the US

No.1) President, No. 2 VP, No. 3) Speaker

My photos from surprise meetings with President-Elect and VP Elect are not with me yet

Sometimes surprise is good

imaad



**To:**        imaad zuberi[imaad.zuberi@mindspring.com]
**From:**     imaad zuberi
**Sent:**     Mon 10/27/2014 1:58:29 AM
**Importance:**        Normal
**Subject:**   FW: FW: Roundtable with the Boss
**MAIL_RECEIVED:**     Mon 10/27/2014 2:04:52 AM

[1 Obama roundtable discussion 10-2014.jpg](#)
[2 Obama roundtable discussion 10-2014.jpg](#)
[3 Obama roundtable discussion 10-2014.jpg](#)
[4 Obama roundtable discussion 10-2014.jpg](#)
[5 Obama roundtable discussion 10-2014.jpg](#)
[6 Obama roundtable discussion 10-2014.jpg](#)
[7 Obama roundtable discussion 10-2014.jpg](#)
[8 Obama roundtable discussion 10-2014.jpg](#)
[9 Obama roundtable discussion 10-2014.jpg](#)

fyi

Imaad:

These are some of the released photos from the roundtable with the Boss.

Rob

 This email is free from viruses and malware because [avast! Antivirus](#) protection is active.





**To:**       imaad zuberi[imaad.zuberi@mindspring.com]
**From:**     imaad zuberi
**Sent:**     Sat 10/24/2014 9:27:31 PM
**Importance:**        Normal
**Subject:**   President Obama visiting
**MAIL_RECEIVED:**    Sat 10/24/2014 9:42:56 PM
1 President Obama with imaad zuberi 10-2014.jpg
2 President Obama with imaad zuberi 10-2014.jpg
3 President Obama with imaad zuberi 10-2014.jpg

Imaad:

Your breakfast photos with President Obama on October 19, 2014 at Los Angeles home.

Jon

    This email is free from viruses and malware because avast! Antivirus
protection is active.



**To:**       imaad zuberi ███████████████████
**From:**     imaad zuberi
**Sent:**     Fri 10/17/2014 4:28:48 PM
**Importance:**       Normal
**Subject:**   FW: FW: VP Joe Biden + congressmen + Imaad Zuberi
**MAIL_RECEIVED:**   Fri 10/17/2014 4:41:46 PM
2 1 VP Joe Biden + Imaad Zuberi  + Congressman Tony Cardenas + Congressman Bruce Braley.jpg

Imaad:

These are from last week Monday when you hosted Vice President Joe Biden, Congressman
Tony Cardenas, Congressman Bruce Braley (running for Senate from Iowa) and you. The photos
of you with President Obama in Los Angeles last week Friday for breakfast will be vetted and
cleared by next week

Jon

 This email is free from viruses and malware because avast! Antivirus
protection is active.





**To:** ███████████████████
**From:** imaad zuberi
**Sent:** Thur 5/20/2015 11:45:33 PM
**Importance:** Normal
**Subject:** FW: FW: Hillary and Imaad
**MAIL_RECEIVED:** Thur 5/20/2015 11:47:30 PM
[Hillary Clinton with Imaad Zuberi.jpg](Hillary Clinton with Imaad Zuberi.jpg)


-----Original Message-----
From: John Warren
Sent: Wednesday, May 20, 2015 12:10 PM
To: ██████████████
Subject: Hillary and Imaad

Imaad:

Your new best friend? You are with her more than you are in the office.

John



This email has been checked for viruses by Avast antivirus software.
[www.avast.com](www.avast.com)



**To:**      imaad zuberi[▮▮▮▮▮▮▮▮▮▮▮▮]
**From:**    imaad zuberi
**Sent:**    Sun 11/23/2014 10:47:12 AM
**Importance:**      Normal
**Subject:**   FW: with VP Biden in Morocco
**MAIL_RECEIVED:**    Sun 11/23/2014 10:49:57 AM
IMG_1244.jpg
IMG_8304.jpg
IMG_0030.jpg
IMG_5606.jpg

fyi

Imaad:

Your friends and you with Vice President Joe Biden in Marrakesh Morocco this week. These are from Blackberry. Official photographs will be vetted and email by next week.

Jon

  This email is free from viruses and malware because avast! Antivirus protection is active.



**To:**    imaad zuberi ███████████████████
**From:**  imaad zuberi
**Sent:**   Thur 12/25/2014 7:42:11 AM
**Importance:**    Normal
**Subject:**   FW: VPOTUS with business partners of Imaad Zuberi in Morocco
**MAIL_RECEIVED:**   Thur 12/25/2014 7:45:05 AM
V112014DL-0345.JPG
V112014DL-0348.JPG


fyi

**From:** Michael Schrum – Office of the Voice President (VPOTUS)
**Sent:** Wednesday, December 24, 2014 10:32 AM
**To:** ████████████████
**Subject:** Fw: VPOTUS with business partners of Imaad Zuberi in Morocco

Here you go, Imaad. Our photographer is just now working through the Morocco trip. Here are your business partner's photos with The Vice President of the United States of America (VPOTUS).

Thanks.

**From:** David C. Lienemann – Office of the Vice President (VPOTUS) Operations
**Sent:** Wednesday, December 24, 2014 11:56 AM
**To:** Michael Schrum – Office of the Voice President (VPOTUS)
**Subject:** Re: VPOTUS with business partners of Imaad Zuberi in Morocco

Photographs of the two people Imaad brought to see VPOTUS:

████████████████████

██████████████

Any attached photographs are provided by THE WHITE HOUSE as a courtesy and are for personal use only. These photographs may not be manipulated in any way and may not be published, disseminated or broadcast without the written permission of the White House Photo Office. These photographs may not be used in any commercial or political materials, advertisements, emails, products, or promotions that in any way suggests approval or endorsement by the White House.

---


This email has been checked for viruses by Avast antivirus software.
www.avast.com





**To:** ████████████████████████
**From:** imaad zuberi
**Sent:** Tue 1/27/2015 3:22:36 PM
**Importance:** Normal
**Subject:** FW: Clinton event
**MAIL_RECEIVED:** Tue 1/27/2015 3:26:38 PM
IMG_0035.JPG

IMG_0742.jpg
IMG_0740.jpg
DSC00214.jpg
DSC00282.jpg
DSC00240.jpg

Hello ██████

I might host President Bill Clinton and Secretary Hillary Clinton in Los Angeles in next couple of months. Would you have interest in cohosting it with me?

Let me know if you would like to invite anyone to this or other events we will host for Senator Lindsey Graham, Governor Jeb Bush and other people who will be running for President in 2016.

Some of your photos I have of you with President Barack Obama, Vice President Joe Biden, Secretary Hillary Clinton, Senator John McCain, Senator Bob Menendez and Virginia Governor Terry McAuliffe are attached.

Thanks

imaad

**From:** Dennis Cheng – Office of President Clinton
**Sent:** Wednesday, January 14, 2015 8:████
████████████████████████
**Cc:** Danielle Stilz
**Subject:** Clinton event

Hi Imaad,

Hope you are well and Happy New Year! Will you be in New York any time soon? Would be great to schedule the meeting with you and President Clinton. Or any chance you will be in the Bay Area (San Francisco area) on February 2-5?

Thanks!

Dennis

Dennis Cheng



**To:** ████████████████████████
**From:**     imaad zuberi
**Sent:**      Fri 1/15/2016 2:30:13 PM
**Importance:**        Normal
**Subject:**    FW: Hillary and Bill dinner photo
**MAIL_RECEIVED:**     Fri 1/15/2016 2:34:54 PM
20151217_dinner_nyc_0133.jpg

I am lucky to be with the former President of the United States and the next President of the United States

imaad

