EXHIBIT 11

Take future action with a single click.
Log in or Sign up for *FastAction*.

|   | $20 | 2 | Details | 3 | Payment |

Card Number                                                    Expiration Date

`**** **** **** ****`                                          MM / YY

☑ Remember me so that I can use *FastAction* next time. 🔒

                                                   Back        Contribute

By clicking on the "Contribute" button you confirm that the following statements are true and accurate:

* I am not a foreign national who lacks permanent residence in the United States.
* This contribution is made from my own funds, and not those of another.
* This contribution is not made from the funds of a corporation or labor organization.
* This contribution is made on a personal credit card or debit card for which I have the legal
  obligation to pay, and is not made either on a corporate or business entity card or on the card
  of another person.
* I am at least eighteen years old.

Contributions or gifts are not tax deductible.

⚙ Powered by NGP VAN