NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468
    Facsimile: (213) 894-2927
    E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

MAR 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | CR No. CR 19-642-VAP<br><br><u>DECLARATION OF AUSA DANIEL J.<br>O'BRIEN IN SUPPORT OF<br>GOVERNMENT'S SENTENCING POSITION<br>RE TAX VIOLATIONS; EXHIBITS</u><br><br>Date: May 18, 2010<br>Time: 9:00 a.m.<br>Courtroom: 8A<br><br>(UNDER SEAL) |

**DECLARATION OF AUSA DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California assigned to the prosecution of <u>United States v. Imaad Shah Zuberi</u>, CR No. 19-642-VAP. I make this declaration in support of the government's sentencing position with respect to defendant's tax violations.

2. Attached as <u>Exhibit 1</u> are Revenue Agent Reports executed by Zuberi as part of his closing agreement with the Internal Revenue Service ("IRS") that sets forth the stipulated tax loss amounts for each of the calendar years 2012 through 2015.

3. Attached as <u>Exhibit 2</u> is a spreadsheet that summarizes deposits into, and transfers out of, a Barclay's bank account (#271100) maintained by Zuberi in Dubai. The purposes of the transfers were identified by email traffic between Zuberi and his clients, several of which were identified in the government's previous sentencing filings. Transfers into the account for the purpose of the Bahrain lobbying effort are highlighted in orange. Transfers into the account to fund campaign contributions are highlighted in yellow. Related transfers out of the account to Zuberi's U.S. bank accounts are highlighted in blue.

4. Attached as <u>Exhibit 3</u> is a spreadsheet that summarizes deposits into, and transfers out of, a Barclay's bank account (#128661) maintained by Zuberi in Dubai. A transfer into the account for the purpose of funding an investment in U.S. Cares is highlighted in yellow. A related transfer out of the account that closed the account is highlighted in blue.

5. Attached as Exhibit 4 are two spreadsheets that summarize deposits into, and transfers out of, two Emirates bank accounts (#5101 and 5102) maintained by Zuberi in Dubai. Transfers into the account for the purpose of funding investments in U.S. Cares are highlighted in yellow.

6. IRS records show that Zuberi failed to disclose the existence of his overseas accounts to the IRS on Schedule B of his individual tax returns for the years 2013 through 2015. (Zuberi failed to file a tax return for 2012.) Zuberi also failed to file Foreign Bank and Financial Account Reports ("FBARs") in any of the tax years in question. IRS records show that Zuberi did file two FBARs when he was employed by Transamerica Life Insurance in June and July 2009.

7. Attached as Exhibit 5 are excerpts of ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8. Attached as Exhibit 6 are documents produced by Mark Skarulis as custodian of records for WR Group and Beltway Government Strategies, Inc. that reflect discussions regarding the disposition of Sri Lankan funds, Sri Lanka's insistence that invoices, payments, and receipts reflect that the transactions be with WR Group, the contracting party, and Zuberi's statements that he was not in possession of the funds.

9. Attached as Exhibit 7 are flow charts, prepared from bank account records, that summarize the disbursement of two $1,000,000 transfers from the Central Bank of Sri Lanka to WR Group in July and September 2014.

10. Attached as Exhibit 8 is a spreadsheet the reconciles bank records, contracts, invoices, emails and other evidence compiled

2

during the investigation that relate to monetary transfers Zuberi received from ▉▉▉▉▉▉▉. The spreadsheet breaks out the total amount of money transferred into various categories such as money for the Al Areen lobbying effort, the investment in U.S. Cares, consulting income on a variety of different projects, and fraudulent expenses submitted by Zuberi that were paid. In two wire transfers on November 13, 2012 and March 7, 2013, ▉▉▉▉ transferred a total of $1,050,000 to pay expenses Zuberi claimed to have incurred, including charitable contributions to the San Gabriel Islamic Center ($400,000), consulting fees to former General Wesley Clark ($400,000), and consulting fees to former General Michael Barbero ($350,000). Zuberi's bank accounts reveal that he paid only $290,000 to the Islamic Center, $156,250 to Clark, and $125,000 to Barbero.

    11. Attached as Exhibit 9A are excerpts of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

    12. Attached as Exhibit 9B are excerpts of ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

    13. Attached as Exhibit 10 is a spreadsheet, prepared from bank account and real estate records, that estimates Zuberi's net worth as of January 1, 2012. The date was selected based upon the availability of records. Zuberi began operating "Avenue Ventures" prior to that date so the total net worth may reflect some amount received from foreign investors and clients.

    14. Attached as Exhibit 11 are documents produced by the Avenue Ventures companies in response to subpoenas that identify

Zuberi's position with Avenue Ventures and its supposed headquarters and offices in 2012 and 2013.

15. The government has compiled records relating to corporate registrations and the opening of bank accounts for various entities created at the direction of Zuberi. These records reveal no legal entity and no bank accounts using the name Avenue Ventures prior to 2014. Both before and after the creation of these accounts, Zuberi instructed clients to wire payments to "Avenue Ventures" that were actually bank accounts in his own name, including accounts he maintained in Dubai. "Avenue Ventures" had no officers, other than Zuberi and his spouse. Avenue Ventures had no physical address. The Los Angeles address referenced above was merely a condominium where Zuberi and his spouse resided. Later, Zuberi had clients and political campaigns direct their mail to an address on Rush Street in South El Monte, California that actually housed CAI, a Chinese herbal medicine and acupuncture supply company run by his sister-in-law. Zuberi did not issue W-2s or withhold payroll taxes for any employees.

16. The government has accessed government databases to determine whether a "Renee Wu" or "Robert Reed" have resided and worked in Los Angeles County. Such databases reveal no such persons. Zuberi bank records reflect no payments of salary or expenses to any "Renee Wu" or "Robert Reed."

17. Attached as Exhibit 12 are excerpts of ████████████ ████████████████████████████████████████ ████████████████.

18. Attached as Exhibit 13 is a spreadsheet, previously submitted in connection with the government sentencing position re

4

defendant's FECA violations, that identifies FECA contributions, either solicited or paid by Zuberi, that were funded by prohibited foreign sources.

19. Attached as Exhibit 14 is an American Express statement for an account ending in 41004, the same account referenced by Zuberi as having incurred an expense of $270,000 for the purchase of six tickets to a political event and a debt limit of $300,000 (see email chain attached as part of Exhibit 12). In fact, at that time, the account had only incurred expenses of approximately $3,000 and a credit limit of only $19,000.

20. Attached as Exhibit 15 are excerpts of the testimony of ████████████████████████████████████████

21. Attached as Exhibit 16 are selected documents produced by ████████████████████████████████████████

22. Attached as Exhibit 17 is a spreadsheet, derived from bank statements and billings, that summarizes invoices from, and payments to, subcontractors engaged by Zuberi in the Sri Lanka lobbying effort with a tally of outstanding amounts due.

23. Attached as Exhibit 18 is a spreadsheet, derived from bank statements and email communications, that summarizes monetary transfers into Zuberi's bank accounts from U.S. Cares investors. Zuberi's bank records reveal that, other than incurring approximately $200,000 in costs in connection with retaining attorneys and submitting an application to the Office of Foreign Assets Control ("OFAC"), Zuberi took no steps to apply investor funds to the project. Zuberi did not transfer any of the funds received from U.S. Cares investors into a U.S. Cares capital account

5

as required by the operating agreement, but instead converted these funds to his own benefit.  Most of the funds were used to purchase real estate in the names of limited liability corporations owned by Zuberi and his spouse, payoff mortgages, make investments in Zuberi's personal brokerage accounts, pay Zuberi's personal taxes, and payoff Zuberi's personal credit card debt (much of which had incurred expenses related to contributions to political campaigns and other political entities).

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed this 20th day of March at Los Angeles, California.

```
                              _____/s/_____
                              DANIEL J. O'BRIEN
```

6

# CERTIFICATE OF SERVICE

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on March 20, 2020, I email at the United States Courthouse in the above-titled action, a copy of: Declaration of AUSA Daniel J. O'Brien in support of Government's Sentencing position re tax violations **(under seal** service was:

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

Thomas P. O'Brien, Esq.
**tobrien@bgrfirm.com**

Yoel Hanohov, U.S. Probation Officer
Yoel_hanohov@cacp.uscourts.gov

Ivy Wang, Esq.
iwang@bgrfirm.com

Evan Davis, Esq.
**davis@taxlitigator.com**

at his last known email address.

This Certificate is executed on March 20, 2020 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

/s/ *Sandy Ear*
SANDY EAR
Legal Assistant

2