# EXHIBIT 1

Case 2:19-cr-00064-XXX Document 94-13 *SEALED* Filed 02/10/21 Page 1 of 20 PageID #:920

| Form **4549** (January 2019) | Department of the Treasury-Internal Revenue Service **Report of Income Tax Examination Changes** | | |
|---|---|---|---|
| Name and address of taxpayer<br>Imaad Zuberi<br><br>S El Monte  CA  91733 | Taxpayer identification number<br>▮▮▮▮-0435 | Return form number<br>1040 | |
| | Person with whom examination changes were discussed. | Name and title<br>Imaad Zuberi | |

| 1. Adjustments to Income | Period Ended<br>12/31/2012 | Period Ended | Period Ended |
|---|---|---|---|
| a. Reimbursement for Purchases | (8,178.00) | | |
| b. Sch C - Expenses | (111,795.00) | | |
| c. Sch C - Gross Receipts or Sales | 1,255,264.00 | | |
| d. SE AGI Adjustment | (22,136.00) | | |
| e. Exemptions | (3,800.00) | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total adjustments | 1,109,355.00 | | |
| 3. Taxable income per return or as previously adjusted | 0.00 | | |
| 4. Corrected taxable income<br>Tax method<br>Filing status | 1,109,355.00<br>TAX RATE<br>Married Separate | | |
| 5. Tax | 372,844.00 | | |
| 6. Additional taxes/Alternative minimum tax | | | |
| 7. Corrected tax liability | 372,844.00 | | |
| 8. Less credits  a.<br>b.<br>c.<br>d. | | | |
| 9. Balance (line 7 less lines 8a through 8d) | 372,844.00 | | |
| 10. Plus other taxes  a. Self Employment Tax<br>b.<br>c.<br>d. | 42,074.00 | | |
| 11. Total corrected tax liability (line 9 plus lines 10a through 10d) | 414,918.00 | | |
| 12. Total tax shown on return or as previously adjusted | 0.00 | | |
| 13. Adjustments to:  a.<br>b.<br>c. | | | |
| 14. Deficiency-Increase in tax or (overassessment-decrease in tax) (line 11 less line 12 adjusted by lines 13a through 13c) | 414,918.00 | | |
| 15. Adjustments to prepayment credits - increase (decrease) | | | |
| 16. Balance due or (overpayment) - (line 14 adjusted by line 15) (excluding interest and penalties) | 414,918.00 | | |

Stamp (overlaid on form): INTERNAL REVENUE SERVICE / SB/SE SOUTHWEST / OCT 1 5 2019 / GLENDALE - GROUP 1460 / LOS ANGELES, CA  90012

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A  www.irs.gov  Form **4549** (Rev. 1-2019)

Page 2 of 2

| Name of taxpayer<br>Imaad Zuberi | Taxpayer identification number<br>▉-0435 | Return form number<br>1040 |
|---|---|---|

| 17. Penalties, additions to tax, and additional amounts -- IRC sections | Period Ended<br>12/31/2012 | Period Ended | Period Ended |
|---|---|---|---|
| a. Delq-IRC 6651(f) | 311,188.50 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total penalties, additions to tax, and additional amounts | 311,188.50 | | |
| 19. Summary of taxes, penalties and interest | | | |
| a. Balance due or (overpayment) taxes - (line 16, page 1) | 414,918.00 | | |
| b. Penalties and additions (line 18) - computed to 09/11/2019 | 311,188.50 | | |
| c. Interest* (IRC § 6601) - estimated and computed to 10/02/2019 | 205,332.47 | | |
| d. Amount due or (refund) - (sum of lines a, b, and c) | 931,438.97 | | |

*Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

INTERNAL REVENUE SERVICE
SB/SE SOUTHWEST

OCT 1 5 2019

GLENDALE - GROUP 1460
LOS ANGELES, CA 90012

| Examiner's name<br>Revenue Agent | Employee ID<br>- | Office |
|---|---|---|

| Examiner's signature | Date<br>09/11/2019 |
|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**Note: If a joint return was filed, BOTH taxpayers must sign**

| Signature of taxpayer<br>[signature] | Date<br>10/6/2019 | Signature of taxpayer | Date |
|---|---|---|---|
| By | Title | | Date |

Catalog Number 23105A  www.irs.gov  Form **4549** (Rev. 1-2019)

Page 2 of 2

| Name of taxpayer | Taxpayer identification number | Return form number |
|---|---|---|
| Imaad Zuberi | ▇▇▇-▇▇-0435 | 1040 |

| 17. Penalties, additions to tax, and additional amounts -- IRC sections | Period Ended 12/31/2012 | Period Ended | Period Ended |
|---|---|---|---|
| a. Delq-IRC 6651(f) | 311,188.50 | | |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total penalties, additions to tax, and additional amounts | 311,188.50 | | |
| 19. Summary of taxes, penalties and interest | | | |
| a. Balance due or (overpayment) taxes - (line 16, page 1) | 414,918.00 | | |
| b. Penalties and additions (line 18) - computed to 09/11/2019 | 311,188.50 | | |
| c. Interest* (IRC § 6601) - estimated and computed to 10/02/2019 | 205,332.47 | | |
| d. Amount due or (refund) - (sum of lines a, b, and c) | 931,438.97 | | |

*Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

INTERNAL REVENUE SERVICE
SB/SE SOUTHWEST

OCT 15 2019

GLENDALE - GROUP 1460
LOS ANGELES, CA 90012

| Examiner's name | Employee ID | Office |
|---|---|---|
| Revenue Agent | - | |

| Examiner's signature | Date |
|---|---|
| | 09/11/2019 |

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**Note: If a joint return was filed, BOTH taxpayers must sign**

| Signature of taxpayer | Date | Signature of taxpayer | Date |
|---|---|---|---|
| [signature] | 10/6/2019 | | |
| By | Title | | Date |

Catalog Number 23105A    www.irs.gov    Form **4549** (Rev. 1-2019)

Page 1 of 2

| Form **4549**<br>(January 2019) | Department of the Treasury-Internal Revenue Service<br>**Report of Income Tax Examination Changes** | | |
|---|---|---|---|
| Name and address of taxpayer<br>Willa W & Imaad S Zuberi Rao<br>Arcadia   CA   91006 | Taxpayer identification number<br>-7993 | | Return form number<br>1040 |
| | Person with whom examination changes were discussed. | Name and title<br>Willa W & Imaad S Zuberi Rao | |

| 1. Adjustments to income | Period Ended<br>12/31/2013 | Period Ended<br>12/31/2014 | Period Ended<br>12/31/2015 |
|---|---|---|---|
| a. Reimbursement for Purchases | (240,667.00) | (32,206.00) | (180,726.00) |
| b. Sch C -   Expenses | (679,957.00) | (520,319.00) | |
| c. Sch C - Gross Receipts or Sales | 7,761,120.00 | 6,853,683.00 | |
| d. SE AGI Adjustment | (97,945.00) | (92,063.00) | |
| e. Itemized Deductions | 34,409.00 | 167,570.00 | 35,847.00 |
| f. Standard Deduction | (12,200.00) | | |
| g. Exemptions | 7,800.00 | | |
| h. Sch E - Unreported Flow Thru Income | | 1,847,650.00 | 1,375,647.00 |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total adjustments | 6,772,560.00 | 8,224,315.00 | 1,230,768.00 |
| 3. Taxable income per return or as previously adjusted | 135,157.00 | 266,271.00 | 1,013,434.00 |
| 4. Corrected taxable income | 6,907,717.00 | 8,490,586.00 | 2,244,202.00 |
| Tax method | SCHEDULE D | SCHEDULE D | SCHEDULE D |
| Filing status | Joint | Joint | Joint |
| 5. Tax | 2,682,201.00 | 3,281,826.00 | 725,521.00 |
| 6. Additional taxes/Alternative minimum tax | 0.00 | 0.00 | |
| 7. Corrected tax liability | 2,682,201.00 | 3,281,826.00 | 725,521.00 |
| 8. Less credits   a. Foreign Tax Credit | 14.00 | 4,107.00 | 626.00 |
|                  b. Plug-in Electric Drive Motor Vehicle Credit | | | 7,500.00 |
|                  c. Prior Year Minimum Tax Credit | | | 0.00 |
|                  d. | | | |
| 9. Balance (line 7 less lines 8a through 8d) | 2,682,187.00 | 3,277,719.00 | 717,395.00 |
| 10. Plus other taxes   a. Self Employment Tax | 205,579.00 | 184,125.00 | |
|                       b. Net Investment Income Tax | 613.00 | 18,502.00 | 73,259.00 |
|                       c. Additional Medicare Tax | 57,175.00 | 50,390.00 | |
|                       d. | | | |
| 11. Total corrected tax liability (line 9 plus lines 10a through 10d) | 2,945,554.00 | 3,530,736.00 | 790,654.00 |
| 12. Total tax shown on return or as previously adjusted | 35,528.00 | 52,069.00 | 294,709.00 |
| 13. Adjustments to:  a.<br>b.<br>c. | | | |
| 14. Deficiency-Increase in tax or (overassessment-decrease in tax) (line 11 less line 12 adjusted by lines 13a through 13c) | 2,910,026.00 | 3,478,667.00 | 495,945.00 |
| 15. Adjustments to prepayment credits - increase (decrease) | | | |
| 16. Balance due or (overpayment) - (line 14 adjusted by line 15) (excluding interest and penalties) | 2,910,026.00 | 3,478,667.00 | 495,945.00 |

Stamp: INTERNAL REVENUE SERVICE / SB/SE SOUTHWEST / OCT 15 2019 / GLENDALE GROUP 1460 / LOS ANGELES, CA 90012

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A    www.irs.gov    Form **4549** (Rev. 1-2019)

Page 2 of 2

| Name of taxpayer | Taxpayer identification number | Return form number |
|---|---|---|
| Willa W & Imaad S Zuberi Rao | ███-7993 | 1040 |

| 17. Penalties, additions to tax, and additional amounts -- IRC sections | Period Ended 12/31/2013 | Period Ended 12/31/2014 | Period Ended 12/31/2015 |
|---|---|---|---|
| a. Fraud-IRC 6663 | 2,182,519.50 | 2,609,000.25 | 371,958.75 |
| b. | | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. Total penalties, additions to tax, and additional amounts | 2,182,519.50 | 2,609,000.25 | 371,958.75 |
| 19. Summary of taxes, penalties and interest | | | |
| a. Balance due or *(overpayment)* taxes - *(line 16, page 1)* | 2,910,026.00 | 3,478,667.00 | 495,945.00 |
| b. Penalties and additions *(line 18)* - computed to 10/03/2019 | 2,182,519.50 | 2,609,000.25 | 371,958.75 |
| c. Interest* *(IRC § 6601)* - estimated and computed to 11/02/2019 | 1,274,014.53 | 1,298,047.47 | 153,462.64 |
| d. Amount due or *(refund)* - (sum of lines a, b, and c) | 6,366,560.03 | 7,385,714.72 | 1,021,366.39 |

*Interest, as provided by law, will be charged on any unpaid amount until it is paid in full.

Other information

INTERNAL REVENUE SERVICE
SB/SE SOUTHWEST

OCT 15 2019

GLENDALE - GROUP 1460
LOS ANGELES, CA 90012

| Examiner's name | Employee ID | Office |
|---|---|---|
| Revenue Agent | - | |

| Examiner's signature | Date |
|---|---|
| | 10/03/2019 |

Consent to Assessment and Collection- I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief, or Director of Field Operations.

**Note: If a joint return was filed, BOTH taxpayers must sign**

| Signature of taxpayer | Date | Signature of taxpayer | Date |
|---|---|---|---|
| *[signature]* | 10/6/2019 | *[signature]* | 10-06-2019 |
| By | Title | | Date |

Catalog Number 23105A    www.irs.gov    Form **4549** (Rev. 1-2019)