# EXHIBIT 3

NAME ADDRESS IS BLANK

acct #128661
currency AED

| Bank | Account | Post Date | Description | Check | Debit AED | Credit AED | Balance AED | Conversion Rate | Debit USD | Credit USD | Balance USD | Notes |
|------|---------|-----------|-------------|-------|-----------|------------|-------------|-----------------|-----------|------------|------------|-------|
| Barclay | | 4/27/11 | Premier Min Bal Charges Mar 11 | | د.إ 200.00- | | د.إ 64,319.49 | 0.2722533045 | $ (54.45) | $ - | $ 17,511.19 | |
| Barclay | | 4/30/11 | Interest | | | د.إ 13.39 | د.إ 64,332.88 | 0.2722421947 | $ - | $ 3.65 | $ 17,514.12 | |
| Barclay | | 5/10/11 | Outward Clg Chq | 9 | | د.إ 7,000.00 | د.إ 71,332.88 | 0.2722607276 | $ - | $ 1,905.83 | $ 19,421.14 | |
| Barclay | | 5/31/11 | Interest | | | د.إ 13.84 | د.إ 71,346.72 | 0.2722532981 | $ - | $ 3.77 | $ 19,424.38 | |
| Barclay | | 6/30/11 | Interest | | | د.إ 14.86 | د.إ 71,361.58 | 0.2722718311 | $ - | $ 4.05 | $ 19,429.75 | |
| Barclay | | 7/18/11 | Outward Clg Chq | 10 | | د.إ 7,000.00 | د.إ 78,361.58 | 0.2722792250 | $ - | $ 1,905.95 | $ 21,336.23 | |
| Barclay | | 7/31/11 | Interest | | | د.إ 15.36 | د.إ 78,376.94 | 0.2722644261 | $ - | $ 4.18 | $ 21,339.25 | |
| Barclay | | 8/31/11 | Interest | | | د.إ 16.87 | د.إ 78,393.81 | 0.2722644261 | $ - | $ 4.59 | $ 21,343.85 | |
| Barclay | | 9/30/11 | Interest | | | د.إ 16.33 | د.إ 78,410.14 | 0.2722532208 | $ - | $ 4.45 | $ 21,347.41 | |
| Barclay | | 10/31/11 | Interest | | | د.إ 16.87 | د.إ 78,427.01 | 0.2722533092 | $ - | $ 4.59 | $ 21,352.01 | |
| Barclay | | 11/30/11 | Interest | | | د.إ 16.33 | د.إ 78,443.34 | 0.2722533090 | $ - | $ 4.45 | $ 21,356.46 | |
| Barclay | | 12/31/11 | Interest | | | د.إ 16.88 | د.إ 78,460.22 | 0.2722643407 | $ - | $ 4.60 | $ 21,361.92 | |
| Barclay | | 1/31/12 | Interest | | | د.إ 16.89 | د.إ 78,477.11 | 0.2722421794 | $ - | $ 4.60 | $ 21,364.78 | |
| Barclay | | 2/29/12 | Interest | | | د.إ 15.80 | د.إ 78,492.91 | 0.2722407039 | $ - | $ 4.30 | $ 21,368.97 | |
| Barclay | | 3/31/12 | Interest | | | د.إ 16.89 | د.إ 78,509.80 | 0.2722495988 | $ - | $ 4.60 | $ 21,374.26 | |
| Barclay | | 4/30/12 | Interest | | | د.إ 16.35 | د.إ 78,526.15 | 0.2722458879 | $ - | $ 4.45 | $ 21,378.42 | |
| Barclay | | 5/31/12 | Interest | | | د.إ 16.90 | د.إ 78,543.05 | 0.2722348027 | $ - | $ 4.60 | $ 21,382.15 | |
| Barclay | | 6/30/12 | Interest | | | د.إ 16.36 | د.إ 78,559.41 | 0.2722495988 | $ - | $ 4.45 | $ 21,387.77 | |
| Barclay | | 7/31/21 | Interest | | | د.إ 16.91 | د.إ 78,576.32 | 0.2722450554 | $ - | $ 4.60 | $ 21,392.01 | |
| Barclay | | 8/31/12 | Interest | | | د.إ 16.91 | د.إ 78,593.23 | 0.2722458938 | $ - | $ 4.60 | $ 21,396.68 | |
| Barclay | | 9/30/12 | Interest | | | د.إ 16.37 | د.إ 78,609.60 | 0.2722570211 | $ - | $ 4.46 | $ 21,402.02 | |
| Barclay | | 10/31/12 | Interest | | | د.إ 16.92 | د.إ 78,626.52 | 0.2722421977 | $ - | $ 4.61 | $ 21,405.46 | |
| Barclay | | 11/30/12 | Interest | | | د.إ 16.38 | د.إ 78,642.90 | 0.2722496059 | $ - | $ 4.46 | $ 21,410.50 | |
| Barclay | | 12/31/12 | Interest | | | د.إ 16.93 | د.إ 78,659.83 | 0.2722570168 | $ - | $ 4.61 | $ 21,415.69 | |
| Barclay | | 1/31/13 | Interest | | | د.إ 16.93 | د.إ 78,676.76 | 0.2722456735 | $ - | $ 4.61 | $ 21,419.41 | |
| Barclay | | 2/7/13 | Outward Clg Chq | 100290 | | د.إ 5,250.00 | د.إ 83,926.76 | 0.2722496675 | $ - | $ 1,429.31 | $ 22,849.03 | |
| Barclay | | 2/28/13 | Interest | | | د.إ 15.29 | د.إ 83,942.05 | 0.2722421898 | $ - | $ 4.16 | $ 22,852.57 | |
| Barclay | | 3/31/13 | Interest | | | د.إ 18.07 | د.إ 83,960.12 | 0.2722792549 | $ - | $ 4.92 | $ 22,860.60 | |
| Barclay | | 4/30/13 | Interest | | | د.إ 17.49 | د.إ 83,977.61 | 0.2722453733 | $ - | $ 4.76 | $ 22,862.52 | |
| Barclay | | 5/28/13 | Funds Transfer Da███ | | | د.إ 734,000.00 | د.إ 817,977.61 | 0.2722421900 | $ - | $ 199,825.77 | $ 222,688.02 | transfer from USD barclay ███ to AED barclay |
| Barclay | | 5/28/13 | MC No███ ifo Imaad Zuberi | | د.إ 458,750.00- | | د.إ 359,227.61 | 0.2722421900 | $ (124,891.10) | $ - | $ 97,796.91 | |
| Barclay | | 5/30/13 | Outward Transfer | | د.إ 148,837.50- | | د.إ 210,390.11 | 0.2722531803 | $ (40,521.48) | $ - | $ 57,279.38 | |
| Barclay | | 5/31/13 | Interest | | | د.إ 18.07 | د.إ 210,408.18 | 0.2722570200 | $ - | $ 4.92 | $ 57,285.10 | |
| Barclay | | 6/30/13 | Interest | | | د.إ 66.83 | د.إ 210,475.01 | 0.2722570034 | $ - | $ 18.19 | $ 57,303.30 | |
| Barclay | | 7/31/13 | Interest | | | د.إ 69.09 | د.إ 210,544.10 | 0.2722569949 | $ - | $ 18.81 | $ 57,322.10 | |
| Barclay | | 8/31/13 | Interest | | | د.إ 69.12 | د.إ 210,613.22 | 0.2722718314 | $ - | $ 18.82 | $ 57,344.05 | |
| Barclay | | 9/28/13 | Outward Clg Chq | 004611 | | د.إ 330,300.00 | د.إ 540,913.22 | 0.2722718314 | $ - | $ 89,931.39 | $ 147,275.43 | |
| Barclay | | 9/30/13 | Funds Trf frm███ | | | د.إ 500,000.00- | د.إ 40,913.22 | 0.2722496000 | $ (136,124.80) | $ - | $ 11,138.61 | transfer from AED barclay ███ to USD barclay |
| Barclay | | | | | | د.إ 8.52 | د.إ 40,921.74 | 0.2722496000 | $ - | $ 2.32 | $ 11,140.93 | |
| Barclay | | 10/5/13 | Outward Clg Chq | 000229 | | د.إ 1,835,000.00 | د.إ 1,875,921.74 | 0.2722644261 | $ - | $ 499,605.22 | $ 510,746.76 | |
| Barclay | | 10/31/13 | Interest | | | د.إ 8.80 | د.إ 1,875,930.54 | 0.2722541204 | $ - | $ 2.40 | $ 510,729.82 | |
| Barclay | | 11/7/13 | BPII No:███ | | د.إ 1,875,930.54- | | د.إ - | 0.2722533099 | $ (510,728.30) | $ - | $ - | |
| | | | | | | | | | | $ 83.91 | | |

conversion rate using:
https://www.xe.com/currencytables/

Case 2:19-cr-00642-VAP   Document 94-3   *SEALED*   #933   Filed 03/24/20   Page 2 of 2   Page ID