# EXHIBIT 7



