# EXHIBIT 10

## ZUBERI NET WORTH AS OF 01/01/2012

| Name on Account | Bank | Account # | Account Type | Balance on 1/1/2012 |
|---|---|---|---|---|
| Willa Wei Rao | Bank of America | | Checking | 4,726 |
| Wei Rao | Bank of America | | Checking | 0 |
| Willa Wei Rao | Bank of America | | Savings | 14,448 |
| Willa Wei Rao | Bank of America | | Savings | 1,144 |
| Imaad S Zuberi & Willa Wei Rao | Bank of America | | Checking | 844 |
| Willa Wei Rao Sole Prop DBA WR Group | Bank of America | | Checking | 1,000 |
| Willa Wei Rao Sole Prop DBA WR Group | Bank of America | | Checking | 1,000 |
| Imaad Zuberi & Willa Wei Rao | Charles Schwab | | Brokerage | 1 |
| Imaad Zuberi | E-Trade | | Individual | 47 |
| Imaad Zuberi & Asifa Zuberi | E-Trade | | Joint | 87,383 |
| Asifa Zuberi & Imaad Zuberi | USC Credit Union | | | 1,827 |
| Asifa Zuberi & Imaad Zuberi | USC Credit Union | | | 714 |
| Imaad S | USC Credit Union | | Prime | 53 |
| Imaad S Zuberi | USC Credit Union | | Checking | 1,564 |
| Total in accounts | | | | **114,751** |

### Real Estate

| Property Address | | | Purchase Date | Purchase Amount |
|---|---|---|---|---|
| | California City, CA | 93505 | 10/6/2006 | 564,000 |
| | California City, CA | 93505 | mortgage as of 1/1/12 | (446,084) |
| | Los Angeles, CA | 90015 | 9/23/2008 | 345,000 |
| | Temple City, CA | 91780 | 5/28/2009 | 510,000 |
| | Temple City, CA | 91780 | Lu Rao contribution* | (140,000) |
| | Arcadia, CA | 91006 | 4/26/2011 | 750,000 |
| | Arcadia, CA | 91006 | mortgage as of 1/1/12 | (137,067) |

| | | |
|---|---|---|
| Total purchase price of real estate | | **1,445,849** |
| Total Assets | $ | **1,560,600** |

* Per Zuberi's sister-in-law, she contributed $140,000 towards the purchase