# EXHIBIT 11

| | |
|---|---|
| From: | imaad zuberi |
| To: | Zaheer Uddin (▮▮▮@PEPL.com.pk) |
| Sent: | 5/1/2011 5:42:10 AM |
| Subject: | FW: |
| Attachments: | PEL invoice 2010vNov-10-2010v1.pdf |

Salaams Zaheer Bhai-

Per our conversation, I tried to get this further reduced but they told me company has spent more out of pocket than this amount. Please let's try to get this done for $42,562.10. If I need to take care of the additional amount then I could do so when I am in Islamabad.

Regards,
imaad

Imaad Zuberi
Partner | Avenue Ventures LLC
600 West 9th Street
Los Angeles, California 90015
United States
P: +1.213.712.8888
F: +1.213.908.2184
E: ▮▮▮▮▮@AvenueVenture.com

**From:** ▮▮▮▮@avenueventure.com [mailto:▮▮▮▮@avenueventure.com]
**Sent:** Saturday, April 30, 2011 10:28 PM
**To:** Shahzad Group; ▮▮@PEPL.com.pk; ▮▮▮▮▮@AvenueVenture.com
**Cc:** DGM; imaad zuberi; ▮▮▮▮▮@AvenueVenture.com
**Subject:** RE:

Dear Mr. Saleem-

The correct amount after several discounts is $42,562.10. Please wire the correct amount so this matter could be put to rest and future projects could be worked on. As is, it is below our out-of-pocket expenses that we have actually spent. In fact, we are subsidizing PEL as goodwill gesture because of Mr. Zaheer Uddin's relationship with Imaad Zuberi (our partner). Furthermore, we have not charged PEL any fees for consulting, our time and etc.

Wire:

Correspondent Bank: Barclays Bank, New York
Swift Code: ▮▮▮▮
Beneficiary Bank: Barclays Bank, Dubai
Swift Code: ▮▮▮▮
Account #: ▮▮▮▮ with Barclays Bank New York
Beneficiary Account #: ▮▮▮▮
USD Account #: ▮▮▮▮
Beneficiary Name: Imaad Zuberi of Avenue Ventures LLC

Renee Wu
Avenue Ventures LLC
600 West 9th Street
Los Angeles, California 90015
United States

-------- Original Message --------
Subject:
From: Shahzad International Group of Companies <▮▮@pepl.com.pk>
Date: Sat, April 30, 2011 10:22 am
To: ▮▮▮▮@avenueventure.com, ▮▮▮▮▮@mindspring.com
Cc: "DGM" <▮▮▮▮n@pepl.com.pk>

April 30, 2011

CONFIDENTIAL                                                                ZUB-GJS-00013129

Dear Ms Renee

Kindly provide the following information so that an amount of US$ 30,000 can be remitted.

Name
Address
Banker and address
Bank account number
Swift code
Correspondent bank name & address etc

With best regards

Yours sincerely

**BRIG (R) MOHAMMAD SALEEM**
General Manager Coordination

CONFIDENTIAL

ZUB-GJS-00013130

| | |
|---|---|
| From: | imaad zuberi |
| To: | General Wesley Clark - former NATO Supreme Allied Commander; ▮▮▮▮▮ @avenueventure.com' |
| CC: | 'Jonathan Harsch'; ▮▮▮▮▮; 'Maria Racoma'; 'Elaine Quitevis'; 'Renee Wu - Avenue Ventures LLC'; 'Mark Skarulis' |
| Sent: | 3/4/2013 4:33:39 AM |
| Subject: | Follow-up to our call |

Dear General Clark,

It was a pleasure talking to you. I wanted to introduce ▮▮▮▮▮ who will be hosting us in Bahrain on Sunday March 10 at a resort he owns in Bahrain. He is looking forward to meeting you and working with you on various projects we have in the region.

Dear ▮▮▮

Per our conversation, I spoke to General Wesley Clark and he is kind enough to accept our invitation to visit us in the region to start with (first trip) Bahrain on Sunday March 10 in Bahrain. We will do a quick call with General Clark on Monday to make sure you guys have talked prior to the visit.

Regards,
imaad

Imaad Zuberi
Partner • Avenue Ventures LLC
▮▮▮▮▮
El Monte, California 91733
United States of America
P +1.213.712.8888
F +1.213.908.2184
E ▮▮▮▮▮@avenueventure.com
Los Angeles • New York • Washington • London • Dubai • Mumbai • Hong Kong • Shanghai


Avenue Ventures

CONFIDENTIAL                                                                                                   ZUB-GJS-00012246

**From:** imaad zuberi
**To:**
**Sent:** 3/4/2013 4:37:34 AM
**Subject:** FW: Follow-up to our call

You guys should be here

**From:** imaad zuberi
**Sent:** Sunday, March 03, 2013 8:34 PM
**To:**

**Subject:** Follow-up to our call

Dear General Clark,

It was a pleasure talking to you. I wanted to introduce ▇▇▇ who will be hosting us in Bahrain on Sunday March 10 at a resort he owns in Bahrain. He is looking forward to meeting you and working with you on various projects we have in the region.

Dear ▇▇▇

Per our conversation, I spoke to General Wesley Clark and he is kind enough to accept our invitation to visit us in the region to start with (first trip) Bahrain on Sunday March 10 in Bahrain. We will do a quick call with General Clark on Monday to make sure you guys have talked prior to the visit.

Regards,
imaad

Imaad Zuberi
Partner • Avenue Ventures LLC

El Monte, California 91733
United States of America
P +1.213.712.8888
F +1.213.908.2184
E ▇▇▇@avenueventure.com
Los Angeles • New York • Washington • London • Dubai • Mumbai • Hong Kong • Shanghai

Avenue Ventures

CONFIDENTIAL                                                                                                    ZUB-GJS-00012405

| | |
|---|---|
| From: | imaad zuberi <​@mindspring.com> |
| BCC: | ███████████ |
| Sent: | 5/6/2013 10:03:43 PM |
| Subject: | New investment to drive Bahrain Al-Areen project |

# arab news

New investment to drive Bahrain Al-Areen project



Esam Janahi with General Wesley Clark and Robert W. Sweeney.

JEDDAH: ARAB NEWS
Monday 6 May 2013
Last Update 6 May 2013 1:08 am

Bahrain's Al-Areen project is renewing its momentum with an upgrade of existing hospitality and leisure infrastructure, and the introduction of new facilities.

Senior executives from Al-Areen Holding Company made this announcement at an investors' seminar held at Al-Areen's Client Relations Center.
Esam Janahi, representing the owners, unveiled a partnership with US firm Avenue Ventures (AV) — who have completed global transactions valued at $ 15 billion — to acquire a 35 percent stake in Al Areen Holding Company. AV will be a key partner in upgrading the existing hospitality and leisure facilities, and will also advise on the development of new facilities and components.
Robert W. Sweeney, senior executive vice president of Avenue Ventures, and General Wesley Clark, retired US Army officer, adviser to AV, and former US Presidential candidate and NATO Supreme Allied Commander, were present at the seminar and endorsed the partnership, while also praising excellent relations between Bahrain and the US.

Esam Janahi said the new partnership represents significant foreign direct investment for Bahrain, in a particularly challenging economic climate.
As part of the investment in Al-Areen City, they will offer advisory expertise and internationally renowned

FOIA Confidentiality Requested

ZUB-GJS-00015509

professionals to further enhance the quality of the development.
This will enhance the vision of Al-Areen to provide the highest standards of master development and facility management services to sub-developers.
During the seminar, Janahi said existing facilities will be enhanced by the refurbishment of the Al-Areen Palace and Spa Hotel and the addition of a Clinical Spa and Spa Therapy Training Center, purpose-built and managed by an international operator.
The Lost Paradise of Dilmun (LPOD) Water Park will be upgraded by the addition of an interactive educational component, new rides and other attractions all under a new operator. It was also announced that a key component of the Al-Areen City development will be a new specialized medical center.

In addition to the medical center, new components of the development will include an organic village to provide locally grown produce to the Kingdom's consumers whilst training a new generation of Bahraini entrepreneurs.
At the same time, Al-Areen's existing facilities will be modified to bring them into line with environmental best practices, including solar energy for all installations, advanced wastewater treatment plants and the associated production of biogas.
All of these initiatives are expected to attract considerable interest from local and regional visitors, and further details on these two newly introduced components will be announced in the near future.
General Clark emphasized the positive message this new investment sends to the Bahraini market.

He said: "After years of economic and social challenges globally and locally, an investment of this magnitude by a well-established American company in this project at this time shows that the project will realize its long term viability."
He added: "It also reaffirms the continued attractiveness of Bahrain as a gateway destination for investment capital which will contribute to the future growth prospects of the region as a whole."
Following the briefing and a tour of the facilities, Janahi said: "In the current financial climate, it is heartening to see that foreign direct investment can still be achieved, mirroring the model we introduced years ago with foreign investors injecting private equity into in Bahrain."
Janahi added: "Al-Areen City will not only bring international operators into the country but will also create jobs for hundreds of Bahrainis, and enhance the South of the island as a leisure and tourism destination."
Robert Sweeney of AV said: "We welcome this exciting investment opportunity in the further development of Al-Areen City."

He added: "We feel that our expertise in similar developments abroad can add value to the development with its leisure, hospitality and residential offerings. Plans are already in place for the development's upgrade and we look forward to being part of the announcement of further details in the coming months."

FOIA Confidentiality Requested

ZUB-GJS-00015510