# EXHIBIT 13

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign | Contributor | Address | Amount | Donating Acct | Amount | Date | to IZ | Wire Date | | Wire Date | to IZ | Wire Date | FECA Valid | FECA Crime | Fraud/Income |
| 2 | 4/17/12 | Obama Victory 2012 | | | $19,970 | Donor wire | $20,000 | | | | | | | | $20,000 | | |
| 3 | | | | | | | | | | | | | $40,000 | 4/25/12 | | | |
| 4 | | Subtotal | | | | | | | | | | | | | | | $40,000 |
| 5 | 4/27/12 | Howard Berman | | | $2,500 | Amex (IZ) | $5,000 | | | | | | | | | | |
| 6 | 4/27/12 | Howard Berman | | | $2,500 | " | | | | | | | | | | | |
| 7 | 5/17/12 | Obama Victory 2012 | | | $35,000 | USC (IZ/AZ) | $35,000 | | $136,600 | 5/1/12 | | | | | | | |
| 8 | 5/18/12 | Obama Victory 2012 | | El Monte, CA | $25,000 | Amex (IZ) | $25,000 | | | | | | | | | | |
| 9 | 5/22/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $25,000 | Amex (IZ) | $25,000 | 5/22/12 | | | | | | | | | |
| 10 | 5/23/12 | Obama Victory 2012 | Willa Rao | El Monte, CA | $10,000 | Amex (IZ) | $10,000 | 5/24/12 | | | | | | | | | |
| 11 | | Subtotal | | | $100,000 | | $100,000 | | | | | | | | | $100,000 | $36,600 |
| 12 | | | | | | | | | $71,600 | 6/11/12 | | | | | | | |
| 13 | | Subtotal | | | | | | | | | | | | | | | $71,600 |
| 14 | 9/30/12 | Obama Victory 2012 | | | $1,000 | Donor CC | $1,000 | | | | | | $1,000 | | | | |
| 15 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | El Monte, CA | $25,000 | Amex | $25,000 | 9/27/12 | $90,000 | 9/26/12 | | | | | | | |
| 16 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | El Monte, CA | $10,000 | Chase (IZ) | $10,000 | 9/27/12 | | | | | | | | | |
| 17 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | | -$10,000 | Chase (IZ) | -$10,000 | | | | | | | | | | |
| 18 | 9/27/12 | Obama Victory 2012 | Asifa Zuberi | El Monte, CA | $5,000 | Chase (IZ) | $5,000 | 9/27/12 | | | | | | | | | |
| 19 | 9/27/12 | Bob Casey for Senate | Willa Rao | El Monte, CA | $2,500 | Chase (IZ) | $2,500 | | | | | | | | | | |
| 20 | 9/30/12 | Obama Victory 2012 | | | $19,000 | USC (IZ/AZ) | $19,000 | | | | | | | | | | |
| 21 | 9/30/12 | Obama Victory 2012 | | S El Monte, CA | $25,000 | USC (IZ/AZ) | $25,000 | | | | | | | | | | |
| 22 | 10/4/12 | Bob Casey for Senate | Imaad Zuberi | El Monte, CA | $2,500 | Amex (IZ) | $2,500 | | | | | | | | | | |
| 23 | 10/4/12 | Bob Casey for Senate | Imaad Zuberi | | -$2,500 | Amex (IZ) | -$2,500 | | | | | | | | | | |
| 24 | 10/3/12 | Obama Victory 2012 | | | $20,000 | USC (IZ/AZ) | $20,000 | | $180,000 | 10/1/12 | $180,000 | 10/10/12 | | | | | |
| 25 | 10/3/12 | Obama Victory 2012 | | | $20,000 | USC (IZ/AZ) | $20,000 | | | | | | | | | | |
| 26 | | Subtotal | | | $116,500 | | $116,500 | | | | | | | | | $116,500 | $154,500 |
| 27 | | | | | | | | | $100,000 | 10/21/12 | | | | | | | |
| 28 | | Subtotal | | | | | | | | | | | | | | | $100,000 |
| 29 | 12/27/12 | Presidential Inaugural | Imaad Zuberi | | $62,500 | Amex (IZ) | $62,500 | | $100,000 | 11/12/12 | | | | | | | |
| 30 | 12/28/12 | Presidential Inaugural | Imaad Zuberi | | $62,500 | Amex (IZ) | $62,500 | | $500,000 | 12/10/12 | | | | | | | |
| 31 | 1/2/13 | Presidential Inaugural | Imaad Zuberi | | $62,500 | Amex (IZ) | $62,500 | | | | | | | | | | |
| 32 | 1/8/13 | Presidential Inaugural | Imaad Zuberi | | -$62,500 | Amex (IZ) | -$62,500 | | | | | | | | | | |
| 33 | 1/9/13 | Presidential Inaugural | Imaad Zuberi | | $35,000 | Amex (IZ) | $35,000 | | | | | | | | | | |
| 34 | 1/15/13 | Presidential Inaugural | Imaad Zuberi | | $35,000 | Amex (IZ) | $35,000 | | $150,000 | 1/14/13 | $150,000 | 1/16/13 | | | | | |
| 35 | 1/30/13 | Presidential Inaugural | Imaad Zuberi | | $408 | Amex (IZ) | $408 | | $100,000 | 2/27/13 | $100,000 | 5/2/13 | | | | | |
| 36 | 4/8/13 | Presidential Inaugural | Imaad Zuberi | | -$62,500 | Amex (IZ) | -$62,500 | | | | | | | | | | |
| 37 | 4/8/13 | Presidential Inaugural | Imaad Zuberi | | -$35,000 | Amex (IZ) | -$35,000 | | | | | | | | | | |
| 38 | | Subtotal | | | $97,908 | | $97,908 | | | | | | | | | $97,908 | $752,092 |
| 39 | 4/22/13 | Bob Casey for Senate | | El Monte, CA | $2,600 | Amex (WRZ) | $5,200 | | $5,000 | 4/30/13 | | | | | | | |
| 40 | 4/22/13 | Bob Casey for Senate | | El Monte, CA | $2,600 | " | | | | | | | | | | | |
| 41 | 4/22/13 | Bob Casey for Senate | | El Monte, CA | $2,600 | Amex (WRZ) | $5,200 | | | | | | | | | | |
| 42 | 4/22/13 | Bob Casey for Senate | | El Monte, CA | $2,600 | " | | | | | | | | | | | |
| 43 | | Subtotal | | | $10,400 | | $10,400 | | | | | | | | | $10,400 | -$5,400 |
| 44 | 5/31/13 | Engel for Congress | | S El Monte, CA | $2,600 | Amex (IZ) | $5,200 | | | | | | | | | | |
| 45 | 5/31/13 | Engel for Congress | | S El Monte, CA | $2,600 | " | | | | | | | | | | | |
| 46 | 5/31/13 | Engel for Congress | | S El Monte, CA | $2,600 | Amex (IZ) | $5,200 | | | | | | | | | | |
| 47 | 5/31/13 | Engel for Congress | | S El Monte, CA | $2,600 | " | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | | Subtotal | | | $10,400 | | $10,400 | | | | | | | | | $10,400 | -$10,400 |
| 49 | 2/3/15 | Friends of John McCain | ▮ | El Monte, CA | $5,200 | Chase▮ | (IZ) | $5,200 | | | | | | | | | |
| 50 | | Subtotal | | | $5,200 | | $5,200 | | | | | | | | | $5,200 | -$5,200 |
| 51 | 3/3/15 | Lindsey Graham 2016 | ▮ | El Monte, CA | $2,700 | Amex▮ | (IZ) | $2,700 | | | | | | | | | |
| 52 | 3/3/15 | Lindsey Graham 2016 | ▮ | El Monte, CA | $2,700 | Chase▮ | (IZ) | $2,700 | | | | | | | | | |
| 53 | 3/3/15 | Lindsey Graham 2016 | ▮ | El Monte, CA | $2,700 | Chase▮ | (IZ) | $2,700 | | | | | | | | | |
| 54 | | Subtotal | | | $8,100 | | $8,100 | | | | | | | | | $8,100 | -$8,100 |
| 55 | 4/14/15 | Hillary for America | ▮ | ▮ | $2,700 | Donor CC▮ | $5,400 | | | | | | | | | | |
| 56 | 4/14/15 | Hillary for America | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 57 | 4/19/15 | Hillary for America | ▮ | ▮ | $2,700 | Donor CC▮ | $5,400 | | | | | | | | | | |
| 58 | 4/19/15 | Hillary for America | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 59 | 5/5/15 | Hillary for America | ▮ | ▮ | $2,700 | Donor CC▮ | $5,400 | | | | | | | | | | |
| 60 | 5/5/15 | Hillary for America | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 61 | | Subtotal | | | $16,200 | | $16,200 | | | | | | | | $8,100 | $8,100 | |
| 62 | 5/27/15 | Engel for Congress | ▮ | S El Monte, CA | $5,400 | Amex▮ | (IZ) | $5,400 | | | | | | | | | |
| 63 | | Subtotal | | | $5,400 | | $5,400 | | | | | | | | | $5,400 | -$5,400 |
| 64 | 10/22/15 | Clinton Victory Fund | Imaad Zuberi | El Monte, CA | $100,000 | BoA #▮ | (IZ/WRZ) | $100,000 | 10/26/15 | $100,200 | 2/11/16 | | | | | $100,000 | $200 |
| 65 | | Subtotal | | | $100,000 | | | | | | | | | | | | |
| 66 | 9/28/16 | Team Graham Inc | ▮ | S El Monte, CA | $400 | Amex▮ | (IZ) | $400 | | | | | | | | | |
| 67 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | Chase▮ | (IZ) | $5,400 | | | | | | | | | |
| 68 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 69 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | Chase▮ | (IZ) | $5,400 | | | | | | | | | |
| 70 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 71 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | Chase▮ | (IZ) | $5,400 | | | | | | | | | |
| 72 | 9/28/16 | Team Graham Inc | ▮ | ▮ | $2,700 | " | | | | | | | | | | | |
| 73 | | Subtotal | | | $16,200 | | $16,200 | | | | | | | | | $16,200 | -$16,200 |
| 74 | | | | | | | | | | | | | $250,000 | 10/7/16 | | | |
| 75 | | Subtotal | | | | | | | | | | | | | | $250,000 | |
| 76 | 10/26/16 | Person for Congress | ▮ | El Monte, CA | $2,700 | Amex▮ | (IZ) | $2,700 | | | | | | | | | |
| 77 | | Subtotal | | | $2,700 | | $2,700 | | | | | | | | | $2,700 | -$2,700 |
| 78 | | Totals | | | | | | | $1,533,400 | | $430,000 | | $290,000 | | $29,100 | $480,908 | $1,351,592 |
| 79 | | | | | | | | | | | | | | | | | -$100,000 |
| 80 | | Potential Restitution after offsets | | | | | | | $1,533,400 | | | | | | | | $1,251,592 |
| 81 | Date | Campaign | Contributor | Address | Amount | Donating Acct | Amount | Date | ▮ Wire | Wire Date | ▮ to ▮ | Wire Date | ▮ to IZ | Wire Date | FECA Valid | FECA Crime | Fraud/Income |
| 82 | | | | | | | | | | | | | | | | | |
| 83 | | Valid FECA | | | | | | | | | | | | | | | |
| 84 | | FECA Violation Group I | | | | | | | | | | | | | | | |
| 85 | | FECA Violation Group II | | | | | | | | | | | | | | | |
| 86 | | Subtotals | | | | | | | | | | | | | | | |
| 87 | | Offsets (obstruction payment) | | | | | | | | | | | | | | | |

| | R |
|---|---|
| 1 | Comments |
| 2 | Valid, direct contribution |
| 3 | ▓▓▓▓ foreign national; transfer to IZ Barclays Dubai acct |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Wire for maxout OVF/Berman; Amt paid to OVF = $80k ticket price |
| 9 | |
| 10 | |
| 11 | |
| 12 | ▓▓▓▓ |
| 13 | |
| 14 | Valid - direct contribution |
| 15 | Wire for 2 tickets ▓▓▓ |
| 16 | Fraud, credited same day |
| 17 | |
| 18 | |
| 19 | Thank you to ▓▓▓ at IZ email re $5k on 9/27 |
| 20 | |
| 21 | |
| 22 | Fraud, credited same day |
| 23 | |
| 24 | Wire for 4 tickets (▓▓▓ ▓▓▓) |
| 25 | |
| 26 | |
| 27 | Wire to reimburse for supposed IZ contributions |
| 28 | |
| 29 | Inauguration |
| 30 | Fraud, credited on 1/5 |
| 31 | Fraud, credited on 4/8 |
| 32 | |
| 33 | Fraud credited on 4/8 |
| 34 | ▓▓▓ inauguration |
| 35 | ▓▓▓ inauguration photo fraud |
| 36 | |
| 37 | |
| 38 | |
| 39 | Wire for Casey contribution |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |

| # | R |
|---|---|
| 48 | |
| 49 | |
| 50 | |
| 51 | |
| 52 | |
| 53 | Foreign |
| 54 | |
| 55 | Valid |
| 56 | Foreign contributor |
| 57 | Valid |
| 58 | Foreign contributor; refunded by Hillary campaign |
| 59 | Valid |
| 60 | Foreign contributor |
| 61 | |
| 62 | |
| 63 | |
| 64 | 3 x $33,400 Clinton Victory cks; invoiced 9/11/15; cks redeposited 11/2/15 |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | Foreign contributor |
| 70 | Foreign contributor |
| 71 | |
| 72 | |
| 73 | |
| 74 | ▓▓▓▓▓ wire to Wells Fargo; agreed to reapply to Trump PIC |
| 75 | |
| 76 | |
| 77 | |
| 78 | |
| 79 | 2018 Obstruction |
| 80 | |
| 81 | Comments |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |