# EXHIBIT 18

| Wire Date | Wire Amount | Investor | Zuberi Bank Account |
|---|---|---|---|
| 9/28/13 | $89,926 | ■ | Barclays Dubai dinar acct |
| 10/5/13 | $499,592 | ■ | Barclays Dubai dinar acct |
| 11/20/13 | $1,222,988 | ■ | Bank of America US acct |
| 12/10/13 | $500,000 | Rangachari | Bank of America US acct |
| 12/12/13 | $490,062 | Rangachari | Emirates, dinar acct |
| 12/22/13 | $245,034 | Rangachari | Emirates, dinar acct |
| 12/24/13 | $500,000 | Dar World Investments | Bank of America US acct |
| 1/28/14 | $2,000,000 | Bukhamseen Holdings | Emirates $ acct |
| 2/21/14 | $500,000 | ■ | Bank of America US acct |
| 3/11/14 | $832,145 | ■ | Bank of America US acct |
| Total | $6,879,747 | | |