UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **LACR 19-00642-VAP** ✓ **LACR 20-00155-VAP** | Date: February 9, 2021 |

Present: The Honorable: **VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

Interpreter    N/A

| Christine Chung | Myra Ponce | Daniel O'Brien<br>Judith A. Heinz<br>Elisa Fernandez<br>Evan N. Turgeon |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi | X | | X | Ivy A. Wang | X | | X |
| | | | | David Warrington | X | | X |
| | | | | Evan J. Davis | X | | X |
| | | | | Thomas P. O'Brien | X | | X |

**Proceedings:** **STATUS CONFERENCE (Video-Teleconference)**

Case called, and appearances made.  The Status Conference is held by video-teleconference with the express oral consent of the Defendant.

Court and counsel confer regarding the parties' proposed redactions.  Counsel shall file the redacted public documents by 12 noon of February 10, 2021.  The Court will issue an Order reciting in detail the documents to be filed in the public docket.

 

0:17 min
**Initials of Deputy Clerk**    CCH