UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CRIMINAL MINUTES – GENERAL**

| Case No. | LACR 19-00642-VAP-1 ✓<br>LACR 20-00155-VAP | Date | February 10, 2021 |
|---|---|---|---|

| Title | *United States of America v. Imaad Shah Zuberi* |
|---|---|

Present: The Honorable     VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** MINUTE ORDER AMENDING ORDERS RE REDACTIONS (IN CHAMBERS)

    The Court hereby amends its February 9 Order regarding redactions the parties are to impose on documents previously filed under seal in this case, as follows: The Court directs the Clerk of Court to unseal Dkt. Nos. 82, 117, 119, 251, 253, and 276 in case number LACR 19-00642-VAP.

    As to the Court's Order issued earlier today, the Court withdraws and reissues that Order with the following revisions, in **bold**:

    On February 5, 2021, the Government filed an ex parte application to seal a declaration and three exhibits attached thereto. At the hearing yesterday, the Court discussed appropriate redactions to the declaration. The Court hereby grants the ex parte application in part, as to the following:

- Paragraph 6;
- Paragraph 7: the names of two third parties in the first sentence, and the full last sentence;
- Paragraph 8: the first two sentences, and the reference to the third party in the third sentence of that paragraph;
- **Paragraph 9;**
- Paragraph 12: the seven words in the first sentence beginning with "strike" and ending at the first word in the second sentence of that paragraph, and the identities of the third

- parties other than Anwar Bukhamseen, BHUS, Arun Rangachari, and Dar World Investments; and
- Exhibits 1, 2, **and 3** to the Declaration.

The Court has considered the public's interest in access to these records but has concluded compelling interests in protecting the interests of third parties and the Government's continuing investigations outweigh this interest.

Under separate cover, the Court will grant the ex parte application to file the February 5, 2021 submission under seal. After that filing has been entered on the docket, counsel for the Government shall then file the redacted declaration in the public docket with reference to the docket number for the original sealed version.

**IT IS SO ORDERED.**