TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:     evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>IMAAD SHAH ZUBERI,<br><br>           Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>REDACTED DECLARATION OF DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S INITIAL SENTENCING MEMORANDUM; REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #258) PER COURT'S ORDER DATED 2/9/17 |

```
 1  NICOLA T. HANNA
    United States Attorney                          FILED
 2  BRANDON D. FOX                          CLERK, U.S. DISTRICT COURT
    Assistant United States Attorney
 3  Chief, Criminal Division                      NOV. 13, 2020
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
 4  Assistant United States Attorney         CENTRAL DISTRICT OF CALIFORNIA
    Public Corruption & Civil Rights Section BY:      CC      DEPUTY
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2468
 7       Facsimile: (213) 894-2927
         E-mail:    daniel.obrien@usdoj.gov
 8  ELISA FERNANDEZ (Cal. Bar No. 172004)
    Assistant United States Attorney
 9  JUDITH A. HEINZ (Cal. Bar No. 176264)
    Assistant United States Attorney
10  Senior Trial Attorney, National Security Division
    EVAN N. TURGEON (D.C. Bar No. 1010816)
11  Trial Attorney, National Security Division
    United States Department of Justice
12       950 Pennsylvania Avenue, N.W., Suite 7700
         Washington, D.C. 20530
13       Telephone: (202) 353-0176
         E-mail:    evan.turgeon@usdoj.gov
14  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
15
                      UNITED STATES DISTRICT COURT
16
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
17
    UNITED STATES OF AMERICA,        CR No. CR 19-642-VAP*
18
              Plaintiff,             CR 20-155-VAP
19
              v.                     DECLARATION OF AUSA DANIEL J.
20                                   O'BRIEN IN SUPPORT OF
    IMAAD SHAH ZUBERI,               GOVERNMENT'S RESPONSE TO
21                                   DEFENDANT'S INITIAL
              Defendant.             SENTENCING MEMORANDUM;
22                                   EXHIBITS

23                                   Date: November 30, 2010
                                     Time: 10:00 a.m.
24                                   Courtroom: 8A

25                                   (UNDER SEAL)

26

27

28
```

**DECLARATION OF AUSA DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California assigned to the prosecution of <u>United States v. Imaad Shah Zuberi</u>, CR No. 19-642-VAP. I make this declaration in support of the government's sentencing position with respect to defendant's Federal Election Campaign Act ("FECA") violations.

2. Attached as Exhibit 1 is a revised spreadsheet prepared by the government, and accepted by the defense as accurately summarizing the Federal Election Campaign Act ("FECA") violations under examination at sentencing. The spreadsheet lists violations the defendant acknowledges to be unlawful (highlighted in red), violations he acknowledges were in violation of the FECA statute but as to which he claims he had no knowledge of the illegality (highlighted in orange), and transactions he disputes were illegal (highlighted in yellow). The spreadsheet also highlights in light blue those contributions the government recommends the Court back out of the sentencing guideline calculations for purposes of sentencing.

3. Attached as Exhibit 2 ███████████████████████████
███████████████████████████████████████████████████
███ Attached as Exhibit 2A is a spreadsheet that lists defendant's financial transactions that relate to ████████████ or contributions made in the name of ████████████. The exhibit is an amended version Exhibit 26 filed in support of the Government's Response to Defendant's Objections to the Presentence Report (<u>Dkt. 106</u>) which omitted one transaction.

4. Attached as Exhibits 3A, 3B, and 3C ███████████████████████████████████████████████████████████████████████████████████

5. Attached as Exhibit 4 █████████████████████████████████████████████████████████████████████████████████████████

6. Attached as Exhibit 5 is a PNC Bank statement of ██████████████████ (Person JJ) for the period April 28, 2015 through May 27, 2015.

7. Attached as Exhibit 5A is an Internal Revenue Service ("IRS") Form 1040A filed by ████████████████ (Person JJ). Attached as Exhibit 5B is the IRS Form W2 submitted with the Form 1040.

8. Attached as Exhibit 6 is a spreadsheet summarizing bank records that trace the funding of campaign contributions made in May 2015 to ██████████████████ (Company B).

9. Attached as Exhibit 7 is a spreadsheet summarizing bank records that trace the funding of campaign contributions made in September 2015 to ██████████████████ (Company B).

10. Attached as Exhibit 8 ████████████████████████████████████████████████████████████████████████████████████████████

11. Attached as Exhibit 9 is a campaign donation form in the name of ████████████ produced by ████████████ (Person C).

12. Attached as Exhibits 10A and 10B are database searches conducted by the FBI that show no entries into the United States by Renee Wu or Jlyan Wu for the past ten years.

2

13. Attached as Exhibit 11 are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Attached as Exhibit 11A in an excerpt of an exhibit ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that reveals WhatsApp discussions between Robert Sweeney and Mark Skarulis (Person P) about picking up a check from "Renee Wu."

14. Attached as Exhibit 12 are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Attached as Exhibit 12A is an exhibit ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ relating to ▓▓▓▓▓▓ declining to pay advance consulting fees.

15. Attached as Exhibit 13 is a copy of Foreign Bank and Financial Account Reports ("FBARs") submitted to the IRS on behalf of defendant in July 2009 along with a cover letter.

16. Attached as Exhibit 14 are IRS Forms Schedule B filed by defendant for the years 2013, 2014, and 2015.

17. Attached as Exhibit 15 are documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ pertaining to lobbying on behalf of Dmitry Firtash and Group DF.

18. Attached as Exhibit 16 are documents ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ pertaining to Dmitry Firtash and Group DF.

19. Attached as Exhibit 17 is a copy of an email received from counsel for ▓▓▓▓▓▓▓▓▓ (Person LL) pertaining to the circumstances under which ▓▓▓▓▓▓▓ left his cellphone in a car in May 2017.

20. Attached as Exhibit 18A is a spreadsheet received from counsel for ▓▓▓▓▓▓▓▓▓▓▓ (Person C) that lists travel to Dubai, including the period April through June 2018.

21. Attached as Exhibit 18B is a spreadsheet obtained from the FBI showing U.S. border encounters with defendant including the period April through June 2018.

3

22. Attached as Exhibit 19 are ███████████████████
███████████████████████████████████ Attached as Exhibit 19A
are email discussions with defendant ███████████████████
█████████ with respect to the defendant withholding of payments
from Skarulis in 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November 2020 at Los Angeles, California.

```
                                    ___/s/_____
                                    DANIEL J. O'BRIEN
```

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on November 9, 2020, I was caused to email the above-titled action, a copy of: **Declaration of AUSA Daniel J. O'Brien in support of government's response to defendant's initial sentencing memorandum; exhibits (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
**iwang@bgrfirm.com**

**Nate Brown, Esq.**
**nbrown@bgrfirm.com**

Evan Davis, Esq.
**davis@taxlitigator.com**

at their last known email address. This Certificate is executed on

1  November 9, 2020 at Los Angeles, California.  I certify under
2  penalty of perjury that the foregoing is true and correct.
3
4                                    /s/ *Sandy Ear*
5                                    SANDY EAR
                                     Legal Assistant