# EXHIBIT 1

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign Committee | Contributor | Address | Primary FECA Violations | AZ & FECA Violations | Donating Acct | Amount | Date | Reimbursement | Amount | Date |
| 2 | 3/5/12 | Howard Berman (A) | Gloria Wu (BB) | El Monte, CA | $2,500 | | Amex (IZ) | $5,000 | 3/5/12 | | | |
| 3 | 4/27/12 | Howard Berman (A) | Khalid Ahmed (CC) | Whittier, CA | $2,500 | | Amex (IZ) | $5,000 | 4/30/12 | Wire | $136,600 | 5/2/12 |
| 4 | 4/27/12 | Howard Berman (A) | Miajida Ahmed (DD) | Whittier, CA | $2,500 | | " | | | " | | " |
| 5 | 4/27/12 | Howard Berman (A) | (I) | | $2,500 | | Amex (IZ) | $5,000 | 4/30/12 | " | | " |
| 6 | 4/27/12 | Howard Berman (A) | (C) | | $2,500 | | " | | | " | | " |
| 7 | 5/17/12 | Obama Victory 2012 (DD) | (C) | | $35,000 | | USC (IZ) | $35,000 | 5/14/12 | " | | " |
| 8 | 5/18/12 | Obama Victory 2012 (DD) | (D) | | $25,000 | | Amex (IZ) | $25,000 | 5/18/12 | " | | " |
| 9 | 5/22/12 | Obama Victory 2012 (DD) | Willa Rao (O) | El Monte, CA | $25,000 | | Amex (IZ) | $25,000 | 5/22/12 | " | | " |
| 10 | 5/23/12 | Obama Victory 2012 (DD) | Willa Rao (O) | El Monte, CA | $10,000 | | Amex (IZ) | $10,000 | 5/24/12 | " | | " |
| 11 | 5/29/12 | Howard Berman (A) | William W Rao (O) | El Monte, CA | $5,000 | | Amex (IZ) | $5,000 | 5/29/12 | " | | " |
| 12 | 9/27/12 | Obama Victory 2012 (DD) | Asifa Zuberi (AA) | El Monte, CA | $25,000 | | Amex (IZ) | $25,000 | 9/27/12 | Wire | $90,000 | 9/26/12 |
| 13 | 9/27/12 | Obama Victory 2012 (DD) | Asifa Zuberi (AA) | El Monte, CA | $5,000 | | Chase (IZ/AZ) | $5,000 | 9/27/12 | " | | " |
| 14 | 9/27/12 | Bob Casey for Senate (D) | Willa Rao (O) | El Monte, CA | $2,500 | | Chase (IZ/AZ) | $2,500 | 9/27/12 | " | | " |
| 15 | 9/30/12 | Obama Victory 2012 (DD) | (C) | | $19,000 | | USC (IZ) | $19,000 | 9/27/12 | " | | " |
| 16 | 9/30/12 | Obama Victory 2012 (DD) | (D) | S. El Monte, CA | $25,000 | | USC (IZ) | $25,000 | 9/27/12 | " | | " |
| 17 | 10/3/12 | Obama Victory 2012 (DD) | (B) | | $20,000 | | USC (IZ) | $20,000 | 10/2/12 | Wire | $180,000 | 10/1/12 |
| 18 | 10/3/12 | Obama Victory 2012 (DD) | (B) | | $20,000 | | USC (IZ) | $20,000 | 10/2/12 | " | | " |
| 19 | 10/26/12 | Ruiz Victory Fund (B) | Antonio Cardenas (EE) | Panorama City, CA | $5,000 | | Amex (IZ) | $5,000 | 10/26/12 | | | |
| 20 | 12/27/12 | Presidential Inaugural (EE) | Imaad Zuberi | | $62,500 | | Amex (IZ) | $62,500 | | Wire | $500,000 | 12/10/12 |
| 21 | 1/15/13 | Presidential Inaugural (EE) | Imaad Zuberi | | $35,000 | | Amex (IZ) | $35,000 | | Wire | $150,000 | 1/14/13 |
| 22 | 1/30/13 | Presidential Inaugural (EE) | Imaad Zuberi | | $408 | | Amex (IZ) | $408 | | Wire | $100,000 | 2/7/13 |
| 23 | 2/26/13 | Engel for Congress (C) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,500 | USC (IZ) | $5,000 | 2/26/13 | | | |
| 24 | 2/26/13 | Engel for Congress (C) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,500 | " | | | | | |
| 25 | 4/5/13 | Engel for Congress (C) | Lucy Rao (FF) | S El Monte, CA | $2,600 | | Amex (WRZ) | $2,600 | 4/5/13 | | | |
| 26 | 4/14/13 | Engel for Congress (C) | Lucy Rao (FF) | S El Monte, CA | $2,600 | | Amex (WRZ) | $2,600 | 4/14/13 | | | |
| 27 | 4/22/13 | Bob Casey for Senate (D) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 4/22/13 | | | |
| 28 | 4/22/13 | Bob Casey for Senate (D) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 29 | 4/22/13 | Bob Casey for Senate (D) | (B) | El Monte, CA | $2,600 | | Amex (WRZ) | $5,200 | 4/22/13 | | | |
| 30 | 4/22/13 | Bob Casey for Senate (D) | (B) | El Monte, CA | $2,600 | | " | | | | | |
| 31 | 4/22/13 | Bob Casey for Senate (D) | (C) | El Monte, CA | $2,600 | | Amex (WRZ) | $5,200 | 4/22/13 | Wire | $5,000 | 4/30/13 |
| 32 | 4/22/13 | Bob Casey for Senate (D) | (C) | El Monte, CA | $2,600 | | " | | | | | |
| 33 | 5/31/13 | Engel for Congress (C) | (B) | S. El Monte, CA | $2,600 | | Amex (IZ) | $5,200 | 5/31/13 | | | |
| 34 | 5/31/13 | Engel for Congress (C) | (B) | S. El Monte, CA | $2,600 | | " | | | | | |
| 35 | 5/31/13 | Engel for Congress (C) | (C) | S. El Monte, CA | $2,600 | | Amex (IZ) | $5,200 | 5/31/13 | | | |
| 36 | 5/31/13 | Engel for Congress (C) | (C) | S. El Monte, CA | $2,600 | | " | | | | | |
| 37 | 8/13/13 | Citizens for Waters (FF) | Asifa Zuberi (AA) | Los Angeles, CA | | $2,600 | USC (AZ/IZ) | $5,200 | 8/15/13 | Retirement/Social Security Income | | |
| 38 | 8/13/13 | Citizens for Waters (FF) | Asifa Zuberi (AA) | Los Angeles, CA | | $2,600 | " | | | | | |
| 39 | 8/23/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 8/24/13 | | | |
| 40 | 9/27/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | $25,000 | | Amex (IZ) | $25,000 | 9/27/13 | Wire | $277,858 | 9/30/13 |
| 41 | 10/10/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 10/10/13 | | | |
| 42 | 10/27/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 10/27/13 | | | |
| 43 | 10/28/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 10/29/13 | | | |
| 44 | 11/5/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 11/5/13 | | | |
| 45 | 11/21/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 11/21/13 | | | |
| 46 | 11/27/13 | McAuliffe for Governor (AA) | Imaad Zuberi | | | $25,000 | Amex (IZ) | $25,000 | 11/27/13 | | | |
| 47 | 12/6/13 | Alison Grimes (E) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Chase (IZ) | $5,200 | 12/6/13 | | | |
| 48 | 12/6/13 | Alison Grimes (E) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 49 | 12/23/13 | Alison Grimes (E) | Lucy Rao (FF) | S. El Monte, CA | $2,600 | | Amex (WRZ) | $5,200 | 12/23/13 | | | |
| 50 | 12/23/13 | Alison Grimes (E) | Lucy Rao (FF) | S. El Monte, CA | $2,600 | | " | | | | | |
| 51 | 12/26/13 | Royce Campaign Comm. (F) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Chase (IZ) | $5,200 | 12/27/13 | | | |
| 52 | 12/26/13 | Royce Campaign Comm. (F) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 53 | 12/26/13 | Royce Campaign Comm. (F) | Lucy Rao (FF) | El Monte, CA | $2,600 | | Chase (IZ) | $5,200 | 12/27/13 | | | |
| 54 | 12/26/13 | Royce Campaign Comm. (F) | Lucy Rao (FF) | El Monte, CA | $2,600 | | " | | | | | |
| 55 | 1/3/14 | David Cicilline (L) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 56 | 1/15/14 | Tim Kaine (M) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 57 | 1/15/14 | Tim Kaine (M) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 58 | 1/27/14 | Eliot Engel (C) | (GG) | El Monte, CA | $2,400 | | Amex (IZ) | $5,000 | 1/27/14 | | | |
| 59 | 1/27/14 | Royce Campaign Comm. (F) | (GG) | El Monte, CA | $2,600 | | Amex (IZ) | $5,200 | 1/27/14 | | | |
| 60 | 1/27/14 | Eliot Engel (C) | (GG) | El Monte, CA | $2,600 | | " | | | | | |
| 61 | 1/27/14 | Royce Campaign Comm. (F) | (GG) | El Monte, CA | $2,600 | | " | | | | | |
| 62 | 1/27/14 | Eliot Engel (C) | Mark Skarulis (P) | El Monte, CA | $2,400 | | Amex (IZ) | $5,000 | 1/27/14 | | | |
| 63 | 1/27/14 | Royce Campaign Comm. (F) | Mark Skarulis (P) | El Monte, CA | $2,600 | | Amex (IZ) | $5,200 | 1/27/14 | | | |
| 64 | 1/27/14 | Eliot Engel (C) | Mark Skarulis (P) | El Monte, CA | $2,600 | | " | | | | | |
| 65 | 1/27/14 | Royce Campaign Comm. (F) | Mark Skarulis (P) | El Monte, CA | $2,600 | | " | | | | | |
| 66 | 2/19/14 | Wendy Greuel (N) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 67 | 2/19/14 | Wendy Greuel (N) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 68 | 2/28/14 | Karen Bass for Congress (GG) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 4/11/14 | | | |
| 69 | 2/28/14 | Dr Raul Ruiz for Congress (B) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 70 | 2/28/14 | Dr Raul Ruiz for Congress (B) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 71 | 2/28/14 | Karen Bass for Congress (GG) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | | | | | |
| 72 | 3/21/14 | Cicilline Committee (L) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 73 | 3/21/14 | Cicilline Committee (L) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 74 | 4/1/14 | Alison Grimes (E) | Mark Skarulis (P) | Redondo Bch, CA | $400 | | Donor CC (MS) | | | BoA (IZ/WRZ) | $1,000 | 4/9/14 |
| 75 | 4/1/14 | Alison Grimes (E) | Mark Skarulis (P) | Redondo Bch, CA | $2,600 | | Donor CC (MS) | | | BoA (IZ/WRZ) | $2,000 | 4/9/14 |
| 76 | 4/19/14 | Bruce Braley (O) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 4/20/14 | | | |
| 77 | 4/19/14 | Bruce Braley (O) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 78 | 4/19/14 | Brad Sherman (P) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $2,600 | 4/29/14 | | | |
| 79 | 4/19/14 | David Cicilline (L) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $2,600 | | | | |
| 80 | 4/19/14 | Ted Poe (G) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 4/19/14 | | | |
| 81 | 4/19/14 | Ted Poe (G) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 82 | 4/19/14 | Ted Poe (G) | Lucy Rao (FF) | S. El Monte, CA | $2,600 | | Amex (IZ) | $5,200 | 4/19/14 | | | |
| 83 | 4/19/14 | Ted Poe (G) | Lucy Rao (FF) | S. El Monte, CA | $2,600 | | " | | | | | |
| 84 | 4/21/14 | Sea Change - Bass (GG) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $2,600 | | | | |

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign Committee | Contributor | Address | Primary FECA Violations | AZ & FECA Violations | Donating Acct | Amount | Date | Reimbursement | Amount | Date |
| 85 | 5/14/14 | Ted Poe (G) | Lucy Rao (FF) | S El Monte, CA | $2,600 | | Amex (WRZ) | $2,600 | 5/14/14 | | | |
| 86 | 5/14/14 | Ted Poe (G) | Mike Liu (HH) | S. El Monte, CA | $2,600 | | Amex | $2,600 | 5/14/14 | | | |
| 87 | 6/14/14 | Jon Tester (Q) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $2,600 | | | | |
| 88 | 7/3/14 | Joe Garcia (R) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 7/3/14 | | | |
| 89 | 7/3/14 | Joe Garcia (R) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 90 | 7/3/14 | John Conyers, Jr (S) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | | | | |
| 91 | 7/3/14 | John Conyers, Jr (S) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 92 | 8/16/14 | Team Graham Inc (J) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,600 | Amex (IZ) | $5,200 | 8/16/14 | | | |
| 93 | 8/21/14 | Graham Victory Comm. (J) | Asifa Zuberi (AA) | S. El Monte, CA | | $10,000 | USO (AZ/IZ) | $10,000 | 8/22/14 | | | |
| 94 | 9/16/14 | Democratic Nat'l Comm. (BB) | Imaad Zuberi (AA) | El Monte, CA | $16,000 | | Amex (IZ) | $32,400 | 9/16/14 | check | $16,000 | 1/28/15 |
| 95 | 9/25/14 | Tony Cardenas (H) | Lucy Rao (FF) | Arcardia, CA | $2,600 | | Amex (WRZ) | $2,600 | 9/25/14 | | | |
| 96 | 1/23/15 | Royce Campaign Comm. (F) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | Chase (IZ) | $5,200 | 1/23/15 | | | |
| 97 | 1/23/15 | Royce Campaign Comm. (F) | Asifa Zuberi (AA) | El Monte, CA | | $2,600 | " | | | | | |
| 98 | 2/3/15 | Friends of John McCain (I) | Asifa Zuberi (AA) | El Monte, CA | | $5,200 | Chase (IZ) | $5,200 | 1/22/15 | | | |
| 99 | 2/3/15 | Friends of John McCain (I) | (C) | El Monte, CA | $5,200 | | Amex (IZ) | $5,200 | 1/20/15 | | | |
| 100 | 2/5/15 | Country First PAC (T) | Asifa Zuberi (AA) | El Monte, CA | | $5,000 | Chase (IZ) | $5,000 | 1/22/15 | | | |
| 101 | 3/3/15 | Lindsey Graham 2016 (J) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,700 | Amex (IZ) | $2,700 | 2/15/15 | | | |
| 102 | 3/3/15 | Lindsey Graham 2016 (J) | (B) | El Monte, CA | $2,700 | | Chase (IZ) | $2,700 | 2/15/15 | | | |
| 103 | 3/3/15 | Lindsey Graham 2016 (J) | Lucy Rao (FF) | El Monte, CA | $2,700 | | Amex (IZ) | $2,700 | 2/15/15 | | | |
| 104 | 3/3/15 | Lindsey Graham 2016 (J) | (A) | El Monte, CA | $2,700 | | Chase (IZ) | $2,700 | 2/15/15 | | | |
| 105 | 3/3/15 | Lindsey Graham 2016 (J) | (C) | El Monte, CA | $2,700 | | Amex (IZ) | $2,700 | 2/15/15 | | | |
| 106 | 3/9/15 | Eliot Engel (C) | Asifa Zuberi (AA) | S El Monte, CA | | $2,700 | Amex (IZ) | $5,400 | | | | |
| 107 | 3/9/15 | Eliot Engel (C) | Asifa Zuberi (AA) | S El Monte, CA | | $2,700 | " | | | | | |
| 108 | 3/21/15 | Kamala Harris (U) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | Amex (IZ) | $5,400 | | | | |
| 109 | 3/21/15 | Kamala Harris (U) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | " | | | | | |
| 110 | 3/22/15 | Keith Ellison (V) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | Amex (IZ) | $5,400 | | | | |
| 111 | 3/22/15 | Keith Ellison (V) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | " | | | | | |
| 112 | 4/12/15 | Hillary for America (CC) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | Amex (IZ) | $2,700 | | | | |
| 113 | 4/14/15 | Hillary for America (CC) | (D) | | $2,700 | | Donor cc 9059 | Foreign | | | | |
| 114 | 4/19/15 | Hillary for America (CC) | (A) | | $2,700 | | Donor cc 85029 | Foreign | | | | |
| 115 | 5/5/15 | Hillary for America (CC) | (D) | | $2,700 | | Donor cc | Foreign | | | | |
| 116 | 5/5/15 | Hillary for America (CC) | (JJ) | | $2,700 | | Donor cc | $2,700 | | ATM Cash Deposit | $2,500 | 5/4/15 |
| 117 | 5/17/15 | Hillary for America (CC) | (KK) | | $1,350 | | Donor cc | $2,700 | 5/17/15 | BoA (IZ/WRZ) | $1,350 | 6/1/15 |
| 118 | 5/27/15 | Eliot Engel (C) | (B) | S El Monte, CA | $5,400 | | Amex (IZ) | $5,400 | 5/27/15 | | | |
| 119 | 6/12/15 | O'Malley for President (X) | Asifa Zuberi (AA) | El Monte, CA | | $2,700 | Amex (IZ) | $2,700 | 6/12/15 | | | |
| 120 | 10/22/15 | Hillary Victory Fund (CC) | Imaad Zuberi | El Monte, CA | $100,000 | | BoA (IZ/WRZ) | $100,000 | 10/26/15 | Wire | $100,200 | 2/11/16 |
| 121 | 12/16/15 | Patrick Murphy (Y) | Asifa Zuberi (AA) | S El Monte, CA | | $2,700 | Amex (IZ) | $5,400 | | | | |
| 122 | 12/16/15 | Patrick Murphy (Y) | Asifa Zuberi (AA) | S El Monte, CA | | $2,700 | " | | | | | |
| 123 | 4/14/16 | Hillary Victory Fund (CC) | Imaad Zuberi | El Monte, CA | $35,000 | | Amex (IZ) | $100,000 | 4/14/16 | check | $35,000 | 4/22/16 |
| 124 | 9/28/16 | Team Graham Inc (J) | (C) | S. El Monte, CA | $400 | | Amex (IZ) | $400 | | | | |
| 125 | 9/28/16 | Team Graham Inc (J) | (B) | | $2,700 | | Chase (IZ) | $5,400 | | | | |
| 126 | 9/28/16 | Team Graham Inc (J) | (B) | | $2,700 | | " | | | | | |
| 127 | 9/28/16 | Team Graham Inc (J) | (A) | | $2,700 | | Chase (IZ) | $5,400 | | | | |
| 128 | 9/28/16 | Team Graham Inc (J) | (A) | | $2,700 | | " | | | | | |
| 129 | 9/28/16 | Team Graham Inc (J) | (II) | | $2,700 | | Chase (IZ) | $5,400 | | | | |
| 130 | 9/28/16 | Team Graham Inc (J) | (II) | | $2,700 | | " | | | | | |
| 131 | 10/26/16 | Person for Congress (K) | (B) | El Monte, CA | $2,700 | | Amex (IZ) | $2,700 | | | | |
| 132 | 10/28/16 | Steve Knight for Congress (Z) | Asifa Zuberi (AA) | S. El Monte, CA | | $2,700 | Amex (IZ) | $2,700 | | | | |
| 133 | | | | | $633,558 | $321,000 | | $954,558 | Totals | | | |
| 134 | | | | | | -$5,400 | amount possible funded by Asifa Zuberi retirement funds | | | | | |
| 135 | | | | | | -$175,000 | McAuliffe contributions lacking direct evidence of purposeful reimbursement | | | | | |
| 136 | | | | | $633,558 | $140,600 | | $774,158 | Reduced Total | | | |
| 137 | | Not disputed by defendant | | | | | | | | | | |
| 138 | | Knowledge of illegality disputed by defendant | | | | | | | | | | |
| 139 | | Illegality disputed by defendant | | | | | | | | | | |
| 140 | | Government recommends backing out from total | | | | | | | | | | |