# EXHIBIT 2A

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bank | Account Name | Account | Post Date | Description | Check | Debit | Credit | Notes | Memo |
| 2 | USCCU | Imaad S Zuberi | | 7/15/2013 | Deposit by Check | | | 500.00 | | car payment 1 |
| 3 | USCCU | Imaad S Zuberi | | 8/8/2013 | Deposit by Check | | | 500.00 | | car payment 2 |
| 4 | USCCU | Imaad S Zuberi | | 10/7/2013 | Deposit by Check | | | 500.00 | | Car payment (4) |
| 5 | USCCU | Imaad S Zuberi | | 10/7/2013 | Deposit by Check | | | 500.00 | | Car payment (3) |
| 6 | USCCU | Imaad S Zuberi | | 11/13/2013 | Deposit at ATM 000000009103 ATM USC CREDIT UNION 3720 S FLOWER ST LOS ANGELES CA | | | 500.00 | | car payment(5) |
| 7 | USCCU | Imaad S Zuberi | | 12/6/2013 | Deposit by Check | | | 500.00 | | Car Payment 6 |
| 8 | BoA | Imaad S Zuberi, Willa Wei Rao | | 1/6/2014 | Bkofamerica Atm 01/04 000002364 Deposit West Arcadia Arcadia Ca | | | 500.00 | | |
| 9 | AMEX | Imaad Zuberi | | 1/27/2014 | ROYCE CAMPAIGN E COMM530-9345823 CA 7145546390 | | (5,200.00) | | | |
| 10 | AMEX | Imaad Zuberi | | 1/27/2014 | All ENGEL FOR CONGREWASHINGTON DC 800-243-4401 | | (5,000.00) | | | |
| 11 | BoA | Imaad S Zuberi, Willa Wei Rao | | 2/18/2014 | Bkofamerica Atm 02/15 000009771 Deposit West Arcadia Arcadia Ca | | | 500.00 | | car payment 8 |
| 12 | BoA | Imaad S Zuberi, Willa Wei Rao | | 3/5/2014 | Bkofamerica Atm 03/05 000001583 Deposit Midway Center El Monte Ca | | | 500.00 | | car pay 9 |
| 13 | BoA | Imaad S Zuberi, Willa Wei Rao | | 4/2/2014 | CHECK #631 | 631 | (1,250.00) | | | Pakistan |
| 14 | BoA | Imaad S Zuberi, Willa Wei Rao | | 4/4/2014 | Bkofamerica Atm 04/04 000009196 Deposit West Arcadia Arcadia Ca | | | 500.00 | | car pay 10 |
| 15 | BoA | Imaad S Zuberi, Willa Wei Rao | | 5/5/2014 | Bkofamerica Atm 05/03 000002148 Deposit West Arcadia Arcadia Ca | | | 500.00 | | Car pay 11 |
| 16 | BoA | Imaad S Zuberi, Willa Wei Rao | | 6/3/2014 | CHECK #698 | 698 | (920.00) | | | |
| 17 | BoA | Imaad S Zuberi, Willa Wei Rao | | 6/9/2014 | Bkofamerica Atm 06/08 000003396 Deposit West Arcadia Arcadia Ca , | | | 500.00 | | car pay 12 |
| 18 | BoA | Imaad S Zuberi, Willa Wei Rao | | 6/18/2014 | CHECK #772 | 772 | (2,500.00) | | | June |
| 19 | BoA | Imaad S Zuberi, Willa Wei Rao | | 7/3/2014 | Bkofamerica Atm 07/03 000002611 Deposit Handfore Shoppin Arcadia Ca | | | 500.00 | | car pay 13 |
| 20 | BoA | Imaad S Zuberi, Willa Wei Rao | | 7/7/2014 | CHECK #774 | 774 | (2,500.00) | | | July 2014 |
| 21 | BoA | Imaad S Zuberi, Willa Wei Rao | | 7/7/2014 | CHECK #776 | 776 | (23,000.00) | | | Haii |
| 22 | BoA | Imaad S Zuberi, Willa Wei Rao | | 8/4/2014 | Bkofamerica Atm 08/02 000005216 Deposit West Arcadia Arcadia Ca | | | 500.00 | | car pay 14 |
| 23 | Wells Fargo | Avenue Investment Services Inc | 8073167473 | 8/12/2014 | | 2005 | (2,500.00) | | | August 2014 |
| 24 | BoA | Fountain 8, LLC | 3250 3476 6150 | 8/21/2014 | CHECK #1002 | 1002 | (450.00) | | | |
| 25 | BoA | Imaad S Zuberi, Willa Wei Rao | | 9/4/2014 | Bkofamerica Atm 09/04 000004133 Deposit Arcadia Arcadia Ca | | | 500.00 | | car pay 15 |
| 26 | BoA | Imaad S Zuberi, Willa Wei Rao | | 9/11/2014 | CHECK #791 | 791 | (3,000.00) | | | Haii |
| 27 | BoA | Imaad S Zuberi, Willa Wei Rao | | 9/11/2014 | CHECK #790 | 790 | (2,500.00) | | | September |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bank | Account Name | Account | Post Date | Description | Check | Debit | Credit | Notes | Memo |
| 28 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 10/3/2014 | Bkofamerita Atm 10/03 000007891 Deposit Handfore Shoppin Arcadia Ca | | | 500.00 | ■ | can pay 16 |
| 29 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 11/3/2014 | Bkofamerica Atm 11/03 000001296 Deposit West Arcadia Arcadia Ca | | | 500.00 | ■ | |
| 30 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 12/2/2014 | Bkofamerica Atm 12/02 000003367 Deposit Arcadia Annex Arcadia Ca | | | 500.00 | ■ | |
| 31 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 12/9/2014 | CHECK #587 | 587 | (300.00) | | ■ | |
| 32 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 1/5/2015 | Bkofamerica Atm 01/05 000004095 Deposit Handfore Shoppin Arcadia Ca | | | 500.00 | ■ | |
| 33 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 2/18/2015 | CHECK #594 | 594 | (1,000.00) | | ■ | |
| 34 | AMEX | Imaad Zuberi | ■ | 2/20/2015 | IBE EMIRATES IBE EMIISLAMABAD AR 121,939.00 Pakistan Rupees<br>EMIRATES AIRLINES<br>From: To: Carrier: Class:<br>KARACHI DUBAI EK 0<br>LOS ANGELES INTERN EK 0<br>DUBAI EK 0<br>4<br>u KARACHI EK 0<br>Ticket Number: 17621880547460 Date of Departure: 03/08<br>Passenger Name:<br>DOcuMent Type: PASSENGER TICKET | | (1,191.33) | | | |
| 35 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 5/12/2015 | CHECK #726 | 726 | (18,000.00) | | ■ | |
| 36 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 11/23/2015 | CHECK #1021 | 1021 | (1,500.00) | | ■ | |
| 37 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 2/10/2016 | CHECK #1069 | 1069 | (2,500.00) | | ■ | |
| 38 | AMEX | Imaad Zuberi | ■ | 4/11/2016 | HTTP://WWW.EMIRATES.COM WWW.EMIRATES.C WASHINGTON AR<br>EMIRATES AIRLINES<br>FROM:<br>LOS ANGELES INTERN TO: DUBAI JEDDAH N/A DUBAI<br>TICKET 17621994480990<br>PASSENGER:<br>DATE OF DEPARTURE 04/18 | | (112.56) | | | |
| 39 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 4/14/2016 | CHECK #1123 | 1123 | (2,500.00) | | ■ | |
| 40 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 6/9/2016 | CHECK #1145 | 1145 | (938.00) | | ■ | Western Union |
| 41 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 6/28/2016 | CHECK #1156 | 1156 | (700.00) | | ■ | Western Union |
| 42 | BoA | Imaad S Zuberi, Willa Wei Rao | ■ | 9/20/2016 | CHECK #1177 | 1177 | (915.00) | | ■ | |