# EXHIBIT 5

# Virtual Wallet With Performance Spend Statement

PNC Bank

**PNC BANK**

Page 1 of 6
Primary account number:

**For the period** 04/28/2015 to 05/27/2015

Number of enclosures: 0

WASHINGTON DC 20037-1707

For 24-hour banking, and transaction or interest rate information, sign-on to
PNC Bank Online Banking at pnc.com
For customer service call 1-888-PNC-BANK
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET
Para servicio en espanol, 1-866-HOLA-PNC

**Moving?** Please contact us at 1-888-PNC-BANK

Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738

Visit us at pnc.com
TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Virtual Wallet With Performance Spend Account Summary

**Account number:**

**Overdraft Protection**   Provided By:   XXXXXX6096
                                          XXXXXX6109

**Overdraft Coverage**   - Your account is currently   **Opted-Out.**

You or your joint owner may revoke your opt-in or opt-out choice at any time.

To learn more about PNC Overdraft Solutions visit us online at pnc.com/overdraftsolutions.
Call 1-877-588-3605, visit any branch, or Sign on to PNC Online Banking, and select the "Overdraft Sotutions" link under the Account Services section to manage both your Overdraft Coverage and Overdraft Protection settings.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 2,035.42 | 5,902.40 | 6,536.58 | 1,401.24 |
| | Average monthly balance | | Charges and fees |
| | 1,904.53 | | .00 |

### Transaction Summary

| Checks paid/withdrawals | Check Card POS signed transactions | Check Card/Bankcard POS PIN transactions |
|---|---|---|
| 1 | 63 | 50 |
| Total ATM transactions | PNC Bank ATM transactions | Other Bank ATM transactions |
| 1 | 1 | 0 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest Paid this period |
|---|---|---|---|
| 0.01% | 30 | 1,824.53 | .01 |

As of 05/27, a total of $.03 in interest was paid this year.

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 04/28/2015 to 05/27/2015

Primary account number:

Account Number: - continued

Page 2 of 6

## Activity Detail

### Deposits and Other Additions

| Date | Amount | Description |
|---|---|---|
| 05/04 | 2,500.00 | ATM Deposit 1920 L St Washington Dc |
| 05/08 | 1,335.19 | Direct Deposit - Payroll XXXXX9795 |
| 05/08 | 148.35 | Direct Deposit - Payroll XXXXX9795 |
| 05/11 | 432.00 | Direct Deposit - Tax Refund Dc-Otr XXXXX9795 |
| 05/22 | 1,338.16 | Direct Deposit - Payroll XXXXX9795 |
| 05/22 | 148.69 | Direct Deposit - Payroll XXXXX9795 |
| 05/27 | .01 | Interest Payment |

There were 7 Deposits and Other Additions totaling $5,902.40.

### Checks and Substitute Checks

| Check number | Amount | Date paid | Reference number |
|---|---|---|---|
| 1084 | 685.00 | 05/13 | 084307019 |

There is 1 check listed totaling $685.00.

### Banking/Check Card Withdrawals and Purchases

| Date | Amount | Description |
|---|---|---|
| 04/28 | 9.30 | 9244 Debit Card Purchase Cafe Gallery |
| 04/28 | 56.00 | 9244 Recurring Debit Card Vesta 888-2783397 Or |
| 04/28 | 4.00 | POS Purchase CVS 02847 0284 Washington Dc |
| 04/28 | 11.39 | 9244 Debit Card Purchase Gwu Dining Ser10072726 |
| 04/28 | 3.99 | POS Purchase CVS 01841 0184 Washington Dc |
| 04/29 | 1.97 | 9244 Debit Card Purchase Gwu Dining Ser10072726 |
| 04/29 | 10.00 | 9244 Debit Card Purchase Facebk *Gy7Lp7Ekw2 |
| 04/29 | 7.51 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 04/29 | 8.60 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 04/30 | 7.73 | 9244 Debit Card Purchase Gwu Dining Ser10072726 |
| 04/30 | 1.97 | 9244 Debit Card Purchase Gwu Dining Ser10072726 |
| 04/30 | 20.19 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 04/30 | 10.42 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 04/30 | 12.53 | POS Purchase Wholefds Gwu 1 Washington Dc |

There were 50 Check Card/Bank card PIN POS purchases totaling $1,187.84.

There were 63 other Banking Machine/Check Card deductions totaling $3,598.24.

Banking/Check Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 04/28/2015 to 05/27/2015

Primary account number:

Account Number:           - continued

Page 3 of 6

## Banking/Check Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---|---|
| 05/01 | 157.57 | 9244 Debit Card Purchase D J*Wall St Journal |
| 05/01 | 10.75 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/01 | 3.85 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/04 | 8.38 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/04 | 37.42 | POS Purchase CVS 02847 Washington Dc |
| 05/04 | 97.24 | POS Purchase Trader Joe's # Washington Dc |
| 05/04 | 5.46 | 9244 Debit Card Purchase Apl* Itunes.Com/Bill |
| 05/04 | 6.52 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/04 | 15.72 | POS Purchase CVS 02847 0284 Washington Dc |
| 05/04 | 3.30 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/04 | 9.00 | 9244 Debit Card Purchase Fro Yo To Go |
| 05/04 | 2.92 | 9244 Debit Card Purchase Starbucks #08759 Washi |
| 05/05 | 9.76 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/05 | 3.08 | 9244 Debit Card Purchase Sq *Bourbon Coffee Dc |
| 05/05 | 16.97 | POS Purchase CVS 02208 0220 Washington Dc |
| 05/05 | 2.92 | 9244 Debit Card Purchase Starbucks #08759 Washi |
| 05/06 | 2.15 | 9244 Debit Card Purchase Renaissance9673W Washc |
| 05/06 | .82 | 9244 Debit Card Purchase Wepa Campus Printing |
| 05/06 | .82 | 9244 Debit Card Purchase Wepa Campus Printing |
| 05/06 | 4.02 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/06 | 2,700.00 | 9244 Debit Card Purchase Hillary For America |
| 05/07 | .25 | 9244 Debit Card Purchase Starbucks #08665 Washi |
| 05/07 | 8.29 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/07 | 7.64 | 9244 Debit Card Purchase Roti Mediterranean #10 |
| 05/07 | 5.00 | 9244 Debit Card Purchase Sq *Quaker Valley Orch |
| 05/07 | 8.03 | POS Purchase Trader Joe's # Washington Dc |
| 05/07 | 1.05 | POS Purchase Trader Joe's # Washington Dc |
| 05/08 | 2.41 | 9244 Debit Card Purchase Apl* Itunes.Com/Bill |
| 05/08 | 20.00 | 9244 Debit Card Purchase Starbucks #08759 Washi |

Banking/Check Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period 04/28/2015 to 05/27/2015

Primary account number:

Account Number: ▮▮▮▮▮▮▮▮ - continued

Page 4 of 6

## Banking/Check Card Withdrawals and Purchases *continued*

| Date | Amount | Description |
|---|---:|---|
| 05/08 | 8.22 | 9244 Debit Card Purchase Gwu Dining Ser10072726 |
| 05/11 | 10.25 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/11 | 4.22 | 9244 Debit Card Purchase Frozenyo Washington |
| 05/11 | 1.98 | 9244 Debit Card Purchase Frozenyo Washington |
| 05/11 | 52.85 | POS Purchase Tj Tj Maxx Washington Dc |
| 05/11 | 40.37 | POS Purchase Trader Joe's # Washington Dc |
| 05/11 | 59.20 | POS Purchase Marshalls Mars Washington Dc |
| 05/11 | 2.25 | 9244 Debit Card Purchase Sq *Quaker Valley Orch |
| 05/11 | 23.98 | 9244 Debit Card Purchase Booksamillion |
| 05/11 | 1.86 | 9244 Debit Card Purchase Booksamillion |
| 05/11 | 2.07 | 9244 Debit Card Purchase Booksamillion |
| 05/11 | 19.81 | POS Purchase CVS 07074 0707 Washington Dc |
| 05/11 | .99 | POS Purchase CVS 01841 0184 Washington Dc |
| 05/12 | 8.57 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/12 | 7.50 | 9244 Debit Card Purchase Chipotle 0122 |
| 05/12 | 37.10 | POS Purchase Trader Joe's # Washington Dc |
| 05/13 | 8.09 | 9244 Debit Card Purchase Renaissance9673W Washc |
| 05/13 | 46.25 | 9244 Debit Card Purchase Curb  Alexandria |
| 05/13 | 8.35 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/13 | 11.49 | POS Purchase CVS 02208 0220 Washington Dc |
| 05/13 | 35.00 | 9244 Debit Card Purchase Venus Spa and Nail Spa |
| 05/13 | 73.67 | POS Purchase Victoria's Sec Arlington VA |
| 05/13 | 31.58 | POS Purchase CVS 02750 0275 Arlington VA |
| 05/14 | 11.41 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/14 | 4.09 | 9244 Debit Card Purchase Apl* Itunes.Com/Bill |
| 05/14 | 7.29 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/15 | 12.44 | 9244 Debit Card Purchase The Froggy Bottom |
| 05/15 | 28.14 | 9244 Debit Card Purchase Esteem Cleaners |
| 05/15 | 19.99 | 9244 Recurring Debit Card Experian  877-2847942 |
| 05/15 | 1.98 | 9244 Debit Card Purchase Starbucks #08665 Washi |
| 05/15 | 8.21 | 9244 Debit Card Purchase Jacks Fresh Washingto |

Banking/Check Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement

For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period    04/28/2015    to    05/27/2015

Primary account number:

Account Number:            - continued

Page 5 of 6

## Banking/Check Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---:|---|
| 05/15 | 11.62 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/15 | 10.75 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/15 | 11.99 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 10.50 | 9244 Debit Card Purchase Yellow Cab Co Of Dc |
| 05/18 | 9.00 | POS Purchase Erm04037 Washington Dc |
| 05/18 | 13.50 | 9244 Debit Card Purchase Sq *Maqsood Choudhary |
| 05/18 | 25.86 | 9244 Debit Card Purchase Delia's Alexandria |
| 05/18 | 14.23 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 2.92 | 9244 Debit Card Purchase Starbucks #08759 Washi |
| 05/18 | 4.90 | 9244 Debit Card Purchase Starbucks #08665 Washi |
| 05/18 | 17.94 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 20.00 | 9244 Debit Card Purchase Starbucks #08759 Washi |
| 05/18 | 44.22 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 8.80 | POS Purchase Erm04041 Washington Dc |
| 05/18 | 4.40 | POS Purchase Erm02934 Washington Dc |
| 05/18 | 10.98 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 9.48 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/18 | 47.92 | POS Purchase Trader Joe's # Washington Dc |
| 05/20 | 1.05 | 9244 Debit Card Purchase Apl* Itunes.Com/Bill |
| 05/20 | 8.21 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/20 | 22.53 | POS Purchase Wholefds Gwu 1 Washington Dc |
| 05/21 | .23 | 9244 Debit Card Purchase Starbucks #08759 Washi |
| 05/21 | 61.01 | POS Purchase Trader Joe's # Washington Dc |
| 05/22 | 8.25 | 9244 Debit Card Purchase Subway Washington |
| 05/26 | 7.15 | 9244 Debit Card Purchase Subway Washington |
| 05/26 | 9.21 | 9244 Debit Card Purchase Jacks Fresh Washingto |
| 05/26 | 10.44 | 9244 Debit Card Purchase Panera Bread #607010 |
| 05/26 | 35.89 | 9244 Debit Card Purchase Victoria's Secret Cata |

Banking/Check Card Withdrawals and Purchases continued on next page

# Virtual Wallet With Performance Spend Statement



For 24-hour information, sign on to PNC Bank Online Banking on pnc.com

For the period   04/28/2015   to   05/27/2015

Primary account number:

Account Number:            - continued

Page 6 of 6

## Banking/Check Card Withdrawals and Purchases    continued

| Date | Amount | Description |
|---|---|---|
| 05/26 | 9.46 | 9244 Debit Card Purchase Sweetgreen Gw |
| 05/26 | 1.98 | 9244 Debit Card Purchase Starbucks #08665 Washi |
| 05/26 | 117.89 | POS Purchase Trader Joe's # Washington Dc |
| 05/26 | 9.00 | POS Purchase Erm04030 Washington Dc |
| 05/26 | 29.55 | POS Purchase Nordstrom 671 Arlington VA |
| 05/26 | 23.00 | POS Purchase CVS 02750 Arlington VA |
| 05/26 | 82.68 | POS Purchase Victoria's Sec Arlington VA |
| 05/26 | 100.45 | 9244 Debit Card Purchase Victoria's Secret Cata |
| 05/26 | 12.17 | POS Purchase CVS 01841 0184 Washington Dc |
| 05/27 | 45.00 | 9244 Debit Card Purchase Womens Information Net |
| 05/27 | 5.78 | POS Purchase Trader Joe's # Washington Dc |

## Online and Electronic Banking Deductions

| Date | Amount | Description |
|---|---|---|
| 05/06 | 59.00 | Web Pmt Single - Epay Chase 2213702601 |
| 05/12 | 54.54 | Direct Payment - ISA Paymnt Northwestern Mu XXXXXX4-01 |
| 05/19 | 665.25 | Web Pmt Single - Sao Tchnt Geo Washington U 231951 |
| 05/20 | 220.68 | Direct Payment - Dslcpymnts The Student Loan XXXXXXXXX8070 |
| 05/20 | 66.03 | Direct Payment - Slpayments Citibank,N.A. XXXXXXXXX8070 |

There were 5 Online or Electronic Banking Deductions totaling $1,065.50.

## Daily Balance Detail

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| 04/28 | 1,950.74 | 05/06 | 1,212.15 | 05/13 | 1,839.83 | 05/20 | 483.52 |
| 04/29 | 1,922.66 | 05/07 | 1,181.89 | 05/14 | 1,817.04 | 05/21 | 422.28 |
| 04/30 | 1,869.82 | 05/08 | 2,634.80 | 05/15 | 1,711.92 | 05/22 | 1,900.88 |
| 05/01 | 1,697.65 | 05/11 | 2,846.97 | 05/18 | 1,467.27 | 05/26 | 1,452.01 |
| 05/04 | 4,011.69 | 05/12 | 2,739.26 | 05/19 | 802.02 | 05/27 | 1,401.24 |
| 05/05 | 3,978.96 | | | | | | |

Home Financing Made Easy

PNC Mortgage is dedicated to providing you with tools and guidance that help make the mortgage process clear and simple. PNC Home Insight (SM) Tracker makes managing your mortgage application easier than ever. Whether it's on a desktop, tablet or smartphone, Tracker provides a full view of the mortgage process from application through closing.

Visit pnc.com/tracker today to learn more, stop by your local branch, or call our Home Lending Center at 855-744-2675.

Member FDIC                                          Equal Housing Lender