# EXHIBIT 5A

Page 1 of 4

Case 2:19-cr-00042-WAP Document 25-1 *SEALED* Filed 11/13/20 Page 2 of 5 PageID #: 4798
Case 2:19-cr-00042-WAP Document 25 Filed 02/10/21 Page 2 of 5 PageID #: 119

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 16209509569576 |
|---|---|---|

| Form 1040A | Department of the Treasury— Internal Revenue Service U.S. Individual Income Tax Return (99) | 2015 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|

| Your first name and initial | Last name | OMB No. 1545-0074 |
|---|---|---|
| | | **Your social security number** |
| If a joint return, spouse's first name and initial | Last name | **Spouse's social security number** |

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct. |
|---|---|---|

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WASHINGTON, DC 20052

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Filing status**
Check only one box.
1 ☑ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☑ Yourself. If someone can claim you as a dependent, **do not** check box 6a.
b ☐ Spouse

Boxes checked on 6a and 6b   **1**

If more than six dependents, see instructions.

c Dependents:
(1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)

No. of children on 6c who:
● lived with you ___
● did not live with you due to divorce or separation (see instructions) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed.

**Income**
Attach Form(s) W-2 here. Also attach Form(s) 1099-R if tax was withheld.
If you did not get a W-2, see instructions.

7  Wages, salaries, tips, etc. Attach Form(s) W-2.  7  54,121
8a  Taxable interest. Attach Schedule B if required.  8a
b  Tax-exempt interest. **Do not** include on line 8a.  8b
9a  Ordinary dividends. Attach Schedule B if required.  9a
b  Qualified dividends (see instructions).  9b
10  Capital gain distributions (see instructions).  10
11a  IRA distributions.  11a     11b  Taxable amount (see instructions).  11b
12a  Pensions and annuities.  12a     12b  Taxable amount (see instructions).  12b
13  Unemployment compensation and Alaska Permanent Fund dividends.  13
14a  Social security benefits.  14a     14b  Taxable amount (see instructions).  14b
15  Add lines 7 through 14b (far right column). This is your **total income**. ▶  15  54,121

**Adjusted gross income**
16  Educator expenses (see instructions).  16
17  IRA deduction (see instructions).  17
18  Student loan interest deduction (see instructions).  18  2,103
19  Tuition and fees. Attach Form 8917.  19  4,000
20  Add lines 16 through 19. These are your **total adjustments**.  20  6,103
21  Subtract line 20 from line 15. This is your **adjusted gross income**. ▶  21  48,018

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11327A     Form **1040A** (2015)

| | | | | | |
|---|---|---|---|---|---|
| **Tax, credits, and payments** | 22 | Enter the amount from line 21 (adjusted gross income). | | 22 | 48,018 |
| | 23a | Check if: ☐ You were born before January 2, 1951, ☐ Blind / ☐ Spouse was born before January 2, 1951, ☐ Blind | Total boxes checked ▶ 23a | | |
| **Standard Deduction for—** • People who check any box on line 23a or 23b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,250 | b | If you are married filing separately and your spouse itemizes deductions, check here ▶ 23b ☐ | | | |
| | 24 | Enter your **standard deduction**. | | 24 | 6,300 |
| | 25 | Subtract line 24 from line 22. If line 24 is more than line 22, enter -0-. | | 25 | 41,718 |
| | 26 | **Exemptions.** Multiply $4,000 by the number on line 6d. | | 26 | 4,000 |
| | 27 | Subtract line 26 from line 25. If line 26 is more than line 25, enter -0-. This is your **taxable income.** | ▶ | 27 | 37,718 |
| | 28 | Tax, including any alternative minimum tax (see instructions). | 28 | 5,225 | |
| | 29 | Excess advance premium tax credit repayment. Attach Form 8962. | 29 | | |
| | 30 | Add lines 28 and 29. | | 30 | 5,225 |
| | 31 | Credit for child and dependent care expenses. Attach Form 2441. | 31 | | |
| | 32 | Credit for the elderly or the disabled. Attach Schedule R. | 32 | | |
| | 33 | Education credits from Form 8863, line 19. | 33 | | |
| | 34 | Retirement savings contributions credit. Attach Form 8880. | 34 | | |
| | 35 | Child tax credit. Attach Schedule 8812, if required. | 35 | | |
| | 36 | Add lines 31 through 35. These are your **total credits.** | | 36 | |
| | 37 | Subtract line 36 from line 30. If line 36 is more than line 30, enter -0-. | | 37 | 5,225 |
| | 38 | Health care: individual responsibility (see instructions). Full-year coverage ☑ | | 38 | |
| | 39 | Add line 37 and line 38. This is your **total tax.** | | 39 | 5,225 |
| | 40 | Federal income tax withheld from Forms W-2 and 1099. | 40 | 4,922 | |
| **If you have a qualifying child, attach Schedule EIC.** | 41 | 2015 estimated tax payments and amount applied from 2014 return. | 41 | | |
| | 42a | **Earned income credit (EIC).** | 42a | | |
| | b | Nontaxable combat pay election. 42b | | | |
| | 43 | Additional child tax credit. Attach Schedule 8812. | 43 | | |
| | 44 | American opportunity credit from Form 8863, line 8. | 44 | | |
| | 45 | Net premium tax credit. Attach Form 8962. | 45 | | |
| | 46 | Add lines 40, 41, 42a, 43, 44, and 45. These are your **total payments.** | ▶ | 46 | 4,922 |
| **Refund** | 47 | If line 46 is more than line 39, subtract line 39 from line 46. This is the amount you **overpaid.** | | 47 | |
| Direct deposit? See instructions and fill in 48b, 48c, and 48d or Form 8888. | 48a | Amount of line 47 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 48a | |
| | ▶ b | Routing number | ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | | |
| | 49 | Amount of line 47 you want **applied to your 2016 estimated tax.** | 49 | | |
| **Amount you owe** | 50 | **Amount you owe.** Subtract line 46 from line 39. For details on how to pay, see instructions. | ▶ | 50 | 303 |
| | 51 | Estimated tax penalty (see instructions). | 51 | | |
| **Third party designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete the following. ☑ **No** | | | |
| | | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ | |

**Sign here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| ****** | 04-18-2016 | ▮▮▮▮▮ | ▮▮▮▮▮ |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid preparer use only**

| Print/type preparer's name | Preparer's signature | Date | Check ▶ ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ | | | | Firm's EIN ▶ |
| Firm's address ▶ | | | Phone no. | |

Case 2:19-cr-00013-WAP-JMV Document 258-4 *SEALED* Filed 11/10/20 Page 4 of 5 PageID #:4800

Form **1040A** (2015)

Page 4 of 4

Case 2:19-cr-00042-WFP Document 25-84 *SEALED* Filed 11/13/20 Page 5 of 5 PageID #:4122
Case 2:19-cr-00042-WFP Document 25-84 *SEALED* Filed 02/10/21 Page 5 of 5 PageID #:4801

## Additional Data

| | |
|---:|:---|
| Software ID: | |
| Software Version: | |
| SSN: | ███████ |
| Name: | ████████████████ |
| Top Right Margin - Refund Anticipation Loan Code: | NO BANK PRODUCT |
| Header Area - Primary Name Control: | PYAT |