Case 2:19-cv-00642-WRP Document 238-6 *SEALED* Filed 10/13/20 Page 1 of 2 PageID #:4805

# EXHIBIT 6

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Campaign Committee | Contributor | Donating Acct | Contribution Amount | Chase CC Balance | AMEX #2010 Balance | AMEX #1003 Balance | USC Payee | USC Transactions | Zuberi USC Acct Balance | Transfer Amt | Zuberi Dubai Acct Balance | Reimbursement | Amount |
| 2 | 3/31/12 | | | | | | | | | | | | $1,794 | | |
| 3 | 4/25/12 | | | | | | | | | | | | | Wire (for Obama Victory/Berman contribution) | $40,000 |
| 4 | 5/1/12 | | | | | | | | | $0 | | | | | |
| 5 | 5/2/12 | | | | | | | | | | | | $178,350 | Wire (for Obama Victory/Berman contributions) | $136,600 |
| 6 | 5/10/12 | | | | | | | | Transfer from IZ Dubai acct | | $176,980 | $177,020 | $1,330 | | |
| 7 | 5/10/12 | | | | | | | | Transfer to USC Loan acct | -$18,600 | | | | | |
| 8 | 5/10/12 | | | | | | | | Transfer to USC Loan acct | -$78 | | | | | |
| 9 | 5/10/12 | | | | | | | | AMEX | -$32,339 | | | | | |
| 10 | 5/11/12 | | | | | | | -$508 | | | | | | | |
| 11 | 5/11/12 | | | | | | | | Chase CC | -$5,948 | | | | | |
| 12 | 5/11/12 | | | | | | | | AMEX | -$3,639 | | | | | |
| 13 | 5/14/12 | | | | | | | | Obama Victory Fund 2012 | -$35,000 | | | | | |
| 14 | 5/14/12 | | | | | | | | No Bank Document Provided | -$5,000 | | | | | |
| 15 | 5/15/12 | | | | | | $0 | | | | | | | | |
| 16 | 5/16/12 | | | | | | | | Sherry Shuhab Karson (10 cks) | -$7,689 | | | | | |
| 17 | 5/17/12 | | | | | | | | Bank of America Mortgage | -$40,000 | | | | | |
| 18 | 5/17/12 | | | | | | | | AMEX | -$1,276 | | | | | |
| 19 | 5/17/12 | | | | | | | | AMEX | -$283 | | | | | |
| 20 | 5/22/12 | Obama Victory 2012 | Willa Rao | Amex (IZ) | $25,000 | | | | | | | | | | |
| 21 | 5/24/12 | Obama Victory 2012 | Willa Rao | Amex (IZ) | $10,000 | | | | | | | | | | |
| 22 | 5/24/12 | | | | | | | | AMEX | -$10,000 | | | | | |
| 23 | 5/24/12 | | | | | | | | AMEX | -$433 | | | | | |
| 24 | 5/27/12 | | | | | | | | ATM Withdrawal Dubai | -$423 | | | | | |
| 25 | 5/29/12 | | | | | | | | ATM Withdrawal Dubai | -$265 | | | | | |
| 26 | 5/29/12 | Howard Berman | William W Rao | Amex (IZ) | $5,000 | | | | | | | | | | |
| 27 | 5/30/12 | | | | | | | | Transfer from USC Loan acct | $4,200 | | | | | |
| 28 | 5/30/12 | | | | | | | | AMEX | -$20,000 | | | | | |
| 29 | 5/30/12 | | | | | | | | | | $53 | | | | |
| 30 | 6/3/12 | | | | | | | | Transfer from USC Loan acct | $400 | | | | | |
| 31 | 6/3/12 | | | | | | | | ATM Withdrawal Dubai | -$409 | | | | | |
| 32 | 6/11/12 | | | | | | | | Transfer from USC Loan acct | $10,000 | | | | | |
| 33 | 6/11/12 | | | | | | | | AMEX | -$10,000 | | | | | |
| 34 | 6/11/12 | | | | | | | -$32,166 | | | | | | | |
| 35 | 6/11/12 | | | | | | | | | | $43 | | | | |
| 36 | 6/12/12 | | | | | | | | | | | | $72,902 | Wire | $71,600 |
| 37 | 6/14/12 | | | | | | | | Transfer from USC Loan acct | $5,000 | | | | | |
| 38 | 6/14/12 | | | | | | | | AMEX | -$5,000 | | | | | |
| 39 | 6/15/12 | | | | | | -$19,808 | | | | | | | | |
| 40 | 6/18/12 | | | | | | | | Transfer from IZ Dubai acct | | $72,003 | $72,000 | $902 | | |
| 41 | 6/18/12 | | | | | | | | Transfer to USC Loan acct | -$19,600 | | | | | |
| 42 | 6/19/12 | | | | | | | | AMEX | -$19,809 | | | | | |
| 43 | 6/19/12 | | | | | | | | AMEX | -$15,046 | | | | | |
| 44 | 6/20/12 | | | | | | | | Chase CC | -$258 | | | | | |
| 45 | 6/20/12 | | | | | | | | ATM Withdrawal Seoul | -$173 | | | | | |
| 46 | 6/21/12 | | | | | | | | | | $16,588 | | | | |
| 47 | 7/11/12 | | | | | | | -$999 | | | | | | | |
| 48 | 7/17/12 | | | | | | | -$1,250 | | | | | | | |
| 49 | | | | | | | | | | | | | | | |
| 50 | Transactions under $100 omitted | | | | | | | | | | | | | | |
| 51 | | Balances | | | | | | | | | | | | | |
| 52 | | Contributions | | | | | | | | | | | | | |
| 53 | | Transactions linking contributions to source | | | | | | | | | | | | | |