# EXHIBIT 7

| Date | Campaign Committee | Contributor | Donating Acct | Chase CC Transaction Amount | Chase CC Balance | USC Transaction Description | USC Transaction Amounts | Zuberi USC Acct Balance | Transfer Amt | Zuberi Dubai Acct Balance | Reimbursement | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/12 | | | | | | | | | | $1,918 | | |
| 9/8/12 | | | | | | | | | | $46,918 | Wire (consulting) | $45,000 |
| 9/22/12 | | | | | -$309 | | | | | | | |
| 9/26/12 | | | | | | | | | | | Wire (contributions) | $90,000 |
| 9/27/12 | | | | | | | | $0 | | | | |
| 9/27/12 | | | | | | Transfer from IZ Dubai acct | | | $40,459 | | | |
| 9/27/12 | | | | | | Transfer from IZ Dubai acct | | | $40,480 | | | |
| 9/27/12 | | | | | | Transfer from IZ Dubai acct | | $121,389 | $40,480 | $15,361 | | |
| 9/27/12 | | | | | | Obama Victory | -$25,000 | | | | | |
| 9/27/12 | | | | | | Obama Victory | -$19,000 | | | | | |
| 9/27/12 | | | | | | Transfer to USC Loan acct | -$11,000 | | | | | |
| 9/27/12 | | | | | | No Bank Document Provided | -$5,000 | | | | | |
| 9/27/12 | | | | | -$62.48 | Chase CC | -$1,303 | | | | | |
| 9/27/12 | Bob Casey for Senate | Willa Rao | Chase (IZ/AZ) | -$2,500.00 | | | | | | | | |
| 9/27/12 | | | | -$26.90 | | | | | | | | |
| 9/27/12 | | | | -$2.00 | | | | | | | | |
| 9/27/12 | | | | -$1,300.00 | | | | | | | | |
| 9/27/12 | | | | -$10,000.00 | | | | | | | | |
| 9/27/12 | | | | -$5,000.00 | | | | | | | | |
| 9/27/12 | | | | -$275.00 | | | | | | | | |
| 9/28/12 | | | | -$80.22 | | | | | | | | |
| 9/28/12 | | | | | | AMEX | -$25,000 | | | | | |
| 9/28/12 | | | | | | AMEX | -$118 | | | | | |
| 9/29/12 | | | | -$3.00 | | | | | | | | |
| 10/1/12 | | | | -$58.00 | | | | | | | | |
| 10/1/12 | | | | -$3.00 | | | | | | | | |
| 10/1/12 | | | | | -$19,310.60 | | | | | | | |
| 9/27/12* | | | | -$5,000.00 | | | | | | | | |
| 10/1/12 | | | | -$995.40 | | | | | | | | |
| 10/1/12 | | | | | | | | $34,990 | | | | |
| 10/2/12 | | | | | | | | | | $195,345 | Wire (contributions) | $180,000 |
| 10/2/12 | | | | | | Transfer from IZ Dubai acct | | | $40,480 | | | |
| 10/2/12 | | | | | | Transfer from IZ Dubai acct | | $115,930 | $40,480 | $114,304 | | |
| 10/2/12 | | | | | | Transfer to USC 6250 | -$25,000 | | | | | |
| 10/2/12 | | | | | | Cashier's Ck to Obama victory | -$20,000 | | | | | |
| 10/2/12 | | | | | | Cashier's Check to | -$20,000 | | | | | |
| 10/2/12 | | | | | | No Bank Document Provided | -$5,000 | $45,920 | | | | |
| 10/2/12 | | | | -$29.00 | | | | | | | | |
| 10/3/12 | | | | -$60.00 | | | | | | | | |
| 10/3/12 | | | | | -$25,395.00 | Transfer from IZ Dubai acct | | | $40,480 | | | |
| 10/3/12 | | | | | | Transfer from IZ Dubai acct | | $126,860 | $40,480 | $33,263 | | |
| 10/4/12 | | | | $19,310.60 | $6,084.40 | Chase CC | -$19,311 | | | | | |
| 10/4/12 | | | | | | Amex | -$4,906 | | | | | |
| 10/6/12 | | | | -$80.87 | $6,165.27 | | | | | | | |
| 10/6/12 | | | | $6,165.27 | $0.00 | Chase CC | -$6,165 | | | | | |

Bank acct transactions under $100 omitted
* Posted 10/1

| | Balances |
|---|---|
| | Contributions |
| | Transactions linking contributions to source |