# EXHIBIT 9

# OBAMA ● BIDEN

BARACKOBAMA.COM

Please make checks payable to:
**Obama Victory Fund 2012**
Attn: Adia Smith
6222 Wilshire Boulevard, Suite 280
Los Angeles, CA 90048
Fax: (312) 361-8074

Total Amount: $_____

Click here to contribute online at: http://my.barackobama.com/SoCalOVF2012?custom1=5972135

Obama Victory Fund 2012 does not accept contributions from currently registered federal lobbyists, registered foreign agents, political action committees, or minors under the age of 16. Corporate and labor union contributions are prohibited.
Federal law requires us to use our best efforts to collect and report the name, mailing address, occupation and employer of individuals whose contributions exceed $200 in an election cycle.

First & Last Name: ▮▮▮▮▮
Address: ▮▮▮▮▮
City/State/Zip: ▮▮▮▮▮
Employer: NOT EMPLOYED    Occupation: MOTHER
Work Phone: ▮▮▮▮▮    Work Fax:
Home Phone: ▮▮▮▮▮    Email: ▮▮▮▮▮

Federal law prohibits foreign nationals, except lawfully admitted permanent residents of the U.S., from contributing to the Obama Victory Fund 2012. By signing below, I certify that I am a U.S. citizen or lawfully admitted permanent resident of the U.S., the funds I am donating are not being provided to me by another person or entity for the purpose of making this contribution, and that my contribution shall be allocated as stated below.

Signature: _____

**Contribute by Personal Check:**
Please make checks payable to "Obama Victory Fund 2012" and mail to the address listed above.

**Contribute by Credit Card:**
Please bill my personal credit card: ☐ Visa ☐ MasterCard ☐ AMEX ☐ Discover
Card Number: _____ Exp: _____
Name as it appears on the card: _____
Signature: _____
Second Name on Account, If Joint Account*: _____
*Contributions will be evenly attributed between names.
2nd Name Employer: _____ 2nd Name Occupation: _____
Second Signature for Joint Account: _____

SoCal001

Contributions or gifts to Obama Victory Fund 2012 are not tax deductible. The first $5,000 of a contribution to OVF 2012 will be allocated to Obama for America (with the first $2,500 designated for the primary, and the next $2,500 for the general election). The next $30,800 of a contribution will be allocated to the Democratic National Committee. Any additional amounts from a contributor will be divided among the State Democratic Party Committees as follows, up to $10,000 per committee and subject to the biennial aggregate limits: FL (17%); OH (16%); PA (13%); CO (11%); NC (11%); VA (11%); NV (6%); WI (6%); IA (5%); and NH (4%). A contributor may designate his or her contribution for a particular participant. The allocation formula above may change if following it would result in an excessive contribution. Contributions will be used in connection with a Federal election.

Paid for by Obama Victory Fund 2012, a joint fundraising committee authorized by Obama for America, the Democratic National Committee, and the State Democratic Parties in the following states: CO, FL, IA, NV, NH, NC, OH, PA, VA, and WI.

CONFIDENTIAL

00002829