Case 2:19-cv-00642-WRP Document 386-10 *SEALED* Filed 10/13/20 Page 1 of 2 PageID #:4834

# EXHIBIT 10B

**Encounter History Query**

No Match Found.

### Common Search Criteria

- Encounter Start Date [1]: 01/01/2010
- Encounter End Date [1]: 09/08/2020
- Encounter Start Time: 00:00
- Encounter End Time: 14:14

**Filter By**
- Site Code:
- Terminal/Lane:
- Inspector ID Code: Hash ID or Oracle ID
- Inbound-Outbound Indicator: --Select--

### ☑ Person Search Criteria

- Last Name (W): WU
- First Name: JIAYAN
- Encounter Line Type: --Select--
- Date Of Birth: ▮▮/▮▮/1982
- Document Country Code: --Select--
- Stolen Document Search: ☐
- Document Number From:
- Document Number To:

**API Search Criteria**
- Carrier Code:
- Flight/Vessel Number:

**Filter By**
- Gender: --Select--
- Citizenship: --Select--

### ☐ Vehicle Search Criteria

- License Plate:
- State/Province Code: --Select--
- VIN:
- Package ID:
- Referral Indicator:
- Special Operations Code:

[1] Start Date and End Date are no longer required for an encounter search. If not specified, the search will default to search the last four (4) years. If you'd like to run queries beyond four (4) years, please indicate the start and end dates.

[Run Query] [Clear Form] [Print]