# EXHIBIT 13

**AEGON**

4333 Edgewood Road NE
Cedar Rapids, IA 52499
Phone: 319-398-8511

June 26, 2009

U. S. Department of Treasury
P O Box 32621
Detroit, MI 48232-0621

To Whom It May Concern:

Enclosed are signed copies of form TD F 90-22.1. Original signature pages will be sent a little later for Kenneth Kilbane and Imaad Zuberi. Both employees were working out of the country and only able to send electronic copies at this time in order to meet the filing deadline of June 30, 2009.

If you have any questions regarding these forms, please call me at 319-355-2449.

Sincerely,

*Angie Brock*

Angie Brock, AFP
Executive Administrative Assistant
Phone: 319-355-2449
Email: abrock@aegonusa.com

# TD F 90-22.1
(Rev. October 2008)
Department of the Treasury

Do not use previous editions of this form after December 31, 2008

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31

**2 0 0 8**

Amended ☐

## Part I — Filer Information

**2 Type of Filer**
a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other—Enter type _____

**3 U.S. Taxpayer Identification Number:** ███0435

If filer has no U.S. Identification Number complete Item 4.

**4 Foreign Identification** (Complete only if item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other _____
b Number _____  c Country of Issue _____

**5 Individual's Date of Birth MM/DD/YYYY:** ██/██/1970

**6 Last Name or Organization Name:** Zuberi
**7 First Name:** Imaad
**8 Middle Initial:**

**9 Address:** ███████████

**10 City:** Los Angeles
**11 State:** CA
**12 Zip/Postal Code:** 90015
**13 Country:** USA

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

## Part II — Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported:**
**16 Type of account** a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below

**17 Name of Financial Institution in which account is held:**

**18 Account number or other designation:**
**19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held:**

**20 City:**
**21 State, if known:**
**22 Zip/Postal Code, if known:**
**23 Country:**

## Signature

**44 Filer Signature:** [signature]
**45 Filer Title, if not reporting a personal account:** Authorized signatory
**46 Date (MM/DD/YYYY):** 06/01/2009

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301, 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form TD F 90-22.1 (Rev 10-2008)

| TD F 90-22.1 | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| (Rev. October 2008) Department of the Treasury Do not use previous editions of this form after December 31, 2008 | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31  2 0 0 8  Amended ☐ |

**Part I   Filer Information**

2 Type of Filer
a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

3 U.S. Taxpayer Identification Number
■■■-0435
If filer has no U.S. Identification Number complete Item 4.

4 Foreign identification (Complete only if item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other _____
b Number _____   c Country of Issue _____

5 Individual's Date of Birth MM/DD/YYYY
■■/■■/1970

6 Last Name or Organization Name
Zuberi

7 First Name
Imaad

8 Middle Initial

9 Address (Number, Street, and Apt. or Suite No.)
■■■■■■■■■

10 City: Los Angeles
11 State: CA
12 Zip/Postal Code: 90015
13 Country: USA

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

**Part II   Information on Financial Account(s) Owned Separately**

15 Maximum value of account during calendar year reported

16 Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other—Enter type below

17 Name of Financial Institution in which account is held

18 Account number or other designation

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

20 City   21 State, if known   22 Zip/Postal Code, if known   23 Country

**Signature**

44 Filer Signature   45 Filer Title, if not reporting a personal account   46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D   Form **TD F 90-22.1** (Rev. 10-2008)

| Part IV | Information on Financial Account(s) Where Filer has Signature or Other Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account<br>This side can be copied as many times as necessary in order to provide information on all accounts. | Page Number<br>1 of 1 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2 0 0 8 | ☑ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | Zuberi |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 503,743.90 | |

| 17 Name of Financial Institution in which account is held |
|---|
| Citibank, N.A. |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| [redacted] | 1st Fl, Oduh Mehta Bldg, Al Wasi Branch, PO Box 749 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | UAE | ~~Dubai~~ AE |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Transamerica Life (Bermuda) LTD | [redacted] 0 |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | Clarendon House 2 Church St. |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Hamilton HM | | | ~~Bermuda~~ BD |

| 43 Filer's Title with this Owner |
|---|
| |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 49,997.28 | |

| 17 Name of Financial Institution in which account is held |
|---|
| Citibank, N.A. |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| [redacted] | 1st Fl, Oduh Mehta Bldg, Al Wasi Branch, PO Box 749 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | UAE | ~~Dubai~~ AE |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Transamerica Life (Bermuda) LTD | [redacted] |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | Clarendon House 2 Church St. |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Hamilton HM | | | ~~Bermuda~~ BD |

| 43 Filer's Title with this Owner |
|---|
| |

RECEIVED IN DETROIT COMPUTING CENTER  2009 JUL -1 PM 2:19

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| | |

| 17 Name of Financial Institution in which account is held |
|---|
| |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| | |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | | |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| | |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| | | | |

| 43 Filer's Title with this Owner |
|---|
| |

Form TD F 90-22.1 (Rev. 10-2008)

| TD F 90-22.1 | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| (Rev. October 2008) Department of the Treasury Do not use previous editions of this form after December 31, 2008 | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2 0 0 8** Amended ☐ |

**Part I   Filer Information**

2 Type of Filer
  a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number ███-0435 If filer has no U.S. Identification Number complete Item 4. | 4 Foreign identification (Complete only if item 3 is not applicable.) a Type: ☐ Passport  ☐ Other _____ b Number _____  c Country of Issue _____ | 5 Individual's Date of Birth MM/DD/YYYY ██/██/1970 |
|---|---|---|
| 6 Last Name or Organization Name  Zuberi | 7 First Name  Imaad | 8 Middle Initial |

9 Address (Number, Street, and Apt. or Suite No.)
  [redacted]

| 10 City  Los Angeles | 11 State  CA | 12 Zip/Postal Code  90015 | 13 Country  USA |
|---|---|---|---|

14 Does the filer have a financial interest in 25 or more financial accounts?
  ☐ Yes  If "Yes" enter total number of accounts _____
  (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
  ☑ No

**Part II   Information on Financial Account(s) Owned Separately**

15 Maximum value of account during calendar year reported _____
16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

**Signature**

| 44 Filer Signature  *Zuberi* | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D  Form **TD F 90-22.1** (Rev. 10-2008)

| Part II | Continued—Information on Financial Account(s) Owned Separately | Form TD F 90-22.1 |
|---|---|---|
| Complete a Separate Block for Each Account Owned Separately | | Page Number |
| This side can be copied as many times as necessary in order to provide information on all accounts. | | ___ of ___ |

| 1 Filing for calendar year ___ ___ ___ ___ | 3-4 Check appropriate Identification Number<br>☐ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | 6 Last Name or Organization Name |
|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

Form **TD F 90-22.1** (Rev. 10-2008)

| Part III | Information on Financial Account(s) Owned Jointly | | Form TD F 90-22.1 |
|---|---|---|---|
| | Complete a Separate Block for Each Account Owned Jointly | | Page Number ___ of ___ |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | | |

| 1 Filing for calendar year ___ ___ ___ ___ | 3-4 Check appropriate Identification Number<br>☐ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | 6 Last Name or Organization Name | |
|---|---|---|---|
| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below | |
| 17 Name of Financial Institution in which account is held | | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |

| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below | |
|---|---|---|---|
| 17 Name of Financial Institution in which account is held | | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |

| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below | |
|---|---|---|---|
| 17 Name of Financial Institution in which account is held | | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |

Form **TD F 90-22.1** (Rev. 10-2008)

| Part IV | Information on Financial Account(s) Where Filer has Signature or Other Authority but No Financial Interest in the Account(s) | Form TD F 90-22.1 |
|---|---|---|
| | Complete a Separate Block for Each Account | Page Number |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | 1 of 1 |

| 1 Filing for calendar year | 3-4 Check appropriate Identification Number | 6 Last Name or Organization Name |
|---|---|---|
| 2 0 0 8 | ☑ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | Zuberi |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 503,742.90 | |

| 17 Name of Financial Institution in which account is held |
|---|
| Citibank, N.A. |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| [redacted] | 1st Fl, Oduh Mehta Bldg, Al Wasi Branch, PO Box 749 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | ~~UAE~~ | ~~Dubai~~ AE |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Transamerica Life (Bermuda) LTD | [redacted] |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | Clarendon House 2 Church St. |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Hamilton HM | | | ~~Bermuda~~ BD |

43 Filer's Title with this Owner

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| 49,997.28 | |

| 17 Name of Financial Institution in which account is held |
|---|
| Citibank, N.A. |

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| [redacted] | 1st Fl, Oduh Mehta Bldg, Al Wasi Branch, PO Box 749 |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|
| | | ~~UAE~~ | ~~Dubai~~ AE |

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|
| Transamerica Life (Bermuda) LTD | [redacted] |

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|
| | | Clarendon House 2 Church St. |

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|
| Hamilton HM | | | ~~Bermuda~~ BD |

43 Filer's Title with this Owner

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|
| | |

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
|---|---|---|---|

| 34 Last Name or Organization Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|

| 36 First Name | 37 Middle initial | 38 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|

43 Filer's Title with this Owner

Form TD F 90-22.1 (Rev. 10-2008)

Case 2:19-cv-00640-APR Document 16-18 Filed 02/10/21 Page 11 of 200 PageID #:6142
Case 2:19-cv-00640-APR Document 16-13 Filed 02/10/21 Page 11 of 200 PageID #:4860
2009190511155

**Part V** Information on Financial Account(s) Where Corporate Filer Is Filing a Consolidated Report

Form TD F 90-22.1
Page Number ___ of ___

**Complete a Separate Block for Each Account**
This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year ___ ___ ___ ___ | 3-4 Check appropriate Identification Number ☐ Taxpayer Identification Number ☐ Foreign Identification Number Enter identification number here: | 6 Last Name or Organization Name |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |

| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |

Form **TD F 90-22.1** (Rev. 10-2008)