# EXHIBIT 14

Case 2:19-cr-00642-VAP Document 586-21 *SEALED* Filed 14/13/22 Page 2 of 9 Page ID #:4862
efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 80211505818444

**SCHEDULE B**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

# Interest and Ordinary Dividends

▶ Attach to Form 1040A or 1040.
▶ Information about Schedule B (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleb.

OMB No. 1545-0074

**2013**

Attachment
Sequence No. 08

Name(s) shown on return
WILLA W<RAO<& IMAAD S ZUBERI

Your social security number

**Part I**

**Interest**

(See instructions on back and the instructions for Form 1040A, or Form 1040, line 8a.)

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions on back and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---|
| BANK OF AMERICA | 30 |
| BANK OF THE WEST | 22 |
| CHARLES SCHWAB | 1 |
| JPMORGAN CHASE BANK | 15 |

| | | Amount |
|---|---|---|
| 2 | Add the amounts on line 1 | 68 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ▶ | 68 |

**Note.** If line 4 is over $1,500, you must complete Part III. Amount

**Part II**

**Ordinary Dividends**

(See instructions on back and the instructions for Form 1040A, or Form 1040, line 9a.)

**Note.** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer ▶

| | |
|---|---:|
| E'TRADE | 1,510 |
| E'TRADE | 42 |
| SCOTTRADE | 32 |

**5**

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a . . . . . . . . . . . . . . . . . . . . . . ▶ | **6** | 1,584 |

**Note.** If line 6 is over $1,500, you must complete Part III.

**Part III**

**Foreign Accounts and Trusts**

(See instructions on back)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| **7a** | At any time during 2013, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | No |
| | If "Yes," are you required to file FinCen Form 114, Report of Foreign Bank and Financial Accounts (FBAR), formerly TD F 90-22.1, to report that financial interest or signature authority? See FinCen Form 114 and its instructions for filing requirements and exceptions to those requirements . . . | | |
| **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| **8** | During 2013, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions on back . . . . . . | | No |

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Cat. No. 17146N    **Schedule B (Form 1040A or 1040) 2013**

efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 90221507515655

**SCHEDULE B**
(Form 1040A or 1040)

Department of the Treasury
Internal Revenue Service (99)

# Interest and Ordinary Dividends

► Attach to Form 1040A or 1040.
► Information about Schedule B (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleb.

OMB No. 1545-0074

**2014**

Attachment Sequence No. 08

Name(s) shown on return
WILLA W<RAO<& IMAAD S ZUBERI

Your social security number

| | | | |
|---|---|---|---|
| **Part I**<br>**Interest** | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions on back and list this interest first. Also, show that buyer's social security number and address ▶ | | **Amount** |
| (See instructions on back and the instructions for Form 1040A, or Form 1040, line 8a.)<br><br>**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **Payer**<br>BANK OF AMERICA<br>BANK OF THE WEST<br>CHARLES SCHWAB<br>SCOTTRADE | **1** | **Amount**<br>74<br>23<br>8<br>1 |
| | **2** Add the amounts on line 1 | **2** | 106 |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ▶ | **4** | 106 |
| | **Note.** If line 4 is over $1,500, you must complete Part III. | | **Amount** |
| **Part II**<br>**Ordinary Dividends** | **5** List name of payer ▶<br>CHARLES SCHWAB<br>E'TRADE<br>E'TRADE<br>VANGUARD GROUP<br>VANGUARD GROUP | **5** | 42,999<br>43,327<br>5,037<br>1,909<br>2,529 |
| (See instructions on back and the instructions for Form 1040A, or Form 1040, line 9a.)<br><br>**Note.** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | | |
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ▶ | **6** | 95,801 |
| | **Note.** If line 6 is over $1,500, you must complete Part III. | | |

| | | | Yes | No |
|---|---|---|---|---|
| **Part III**<br>**Foreign**<br>**Accounts**<br>**and Trusts**<br><br>(See instructions on back) | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | **7a** | At any time during 2014, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | No |
| | | If "Yes," are you required to file FinCen Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCen Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . . . . . . . . . . . . | | |
| | **b** | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ ------------------------------------------------------------ | | |
| | **8** | During 2014, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions on back . . . . . . . . | | No |

**For Paperwork Reduction Act Notice, see your tax return instructions.**   Cat. No. 17146N   **Schedule B (Form 1040A or 1040) 2014**

efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 80221688415626

| SCHEDULE B (Form 1040A or 1040) | Interest and Ordinary Dividends | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040A or 1040.<br>▶ Information about Schedule B (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleb. | **2015**<br>Attachment Sequence No. 08 |

| Name(s) shown on return | Your social security number |
|---|---|
| WILLA W<RAO<& IMAAD S ZUBERI | |

**Part I Interest**

(See instructions on back and the instructions for Form 1040A, or Form 1040, line 8a.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions on back and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---:|
| AVENUE INVESTMENT SERVICES INC | 2 |
| AVENUE INVESTMENT SERVICES INC | 2 |
| BANK OF AMERICA | 10 |
| BANK OF THE WEST | 20 |
| CHARLES SCHWAB | 1 |
| EAST WEST BANK | 16 |
| USC CREDIT UNION | 15 |

**2** Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . **2**  66

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 . . . . . . . . . . . . . . . . . . . . . . . **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a . . . . . . . . . . . . . . . . . . . . ▶ **4**  66

**Note:** If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions on back and the instructions for Form 1040A, or Form 1040, line 9a.)

**Note:** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**5** List name of payer ▶

| Payer | Amount |
|---|---:|
| CHARLES SCHWAB | 1,402 |
| E'TRADE | 3,360 |
| E'TRADE | 51,369 |
| VANGUARD GROUP | 118 |

**6** Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a . . . . . . . . . . . . . . . . . . . . ▶ **6**  56,249

**Note:** If line 6 is over $1,500, you must complete Part III.

| | | | Yes | No |
|---|---|---|---|---|
| **Part III** **Foreign Accounts and Trusts** (See instructions on back) | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | 7a | At any time during 2015, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | No |
| | | If "Yes," are you required to file FinCen Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCen Form 114 and its instructions for filing requirements and exceptions to those requirements . . . . . . . . . . . . . . . | | |
| | b | If you are required to file FinCEN Form 114, enter the name of the foreign country where the financial account is located ▶ _____ | | |
| | 8 | During 2015, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions on back . . . . . . . . | | No |

**For Paperwork Reduction Act Notice, see your tax return instructions.**     Cat. No. 17146N     **Schedule B (Form 1040A or 1040) 2015**