# EXHIBIT 15

## Marcus Mason

| | |
|---|---|
| **From:** | Marcus Mason |
| **Sent:** | Monday, July 7, 2014 2:52 PM |
| **To:** | imaad zuberi; Robert Shetler-Jones |
| **Cc:** | Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Bassel KorKor - Beltway |
| **Subject:** | RE: Introduction |

Imaad,

Forgive the delay in my response. I have been on a plane and my email are still coming through. Of course I am happy to have a conversation. I appreciate you thinking of me. Let me know what works.

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**
**Tenth Floor**
**Washington DC 20005**
**(202) 296-8686 (main)**
**(202) 296-3323 (fax)**
**(202) 302-0306 (cell)**

**"Do the unexpected, attack the unprepared."** *Zhuge Liang*

**From:** imaad zuberi [mailto            @mindspring.com]
**Sent:** Monday, July 07, 2014 8:46 AM
**To:** Marcus Mason; Robert Shetler-Jones
**Cc:** Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Bassel KorKor - Beltway
**Subject:** Introduction

Marcus-

Can you do a quick conference call with Robert Shetler-Jones who is Vice Chairman of Group DF of Ukraine. They want exposure and build relationships in Washington and you guys might be able to help them. If we can do a call they can give you brief background and then we can discuss?

Thanks
imaad

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

40

## Marcus Mason

| | |
|---|---|
| **From:** | Marcus Mason |
| **Sent:** | Monday, July 7, 2014 5:22 PM |
| **To:** | imaad zuberi |
| **Subject:** | RE: Introduction |

Thanks again Imaad!

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**
**Tenth Floor**
**Washington DC 20005**
**(202) 296-8686 (main)**
**(202) 296-3323 (fax)**
**(202) 302-0306 (cell)**

**"Do the unexpected, attack the unprepared."** *Zhuge Liang*

**From:** imaad zuberi [mailto:[    ]@mindspring.com]
**Sent:** Monday, July 07, 2014 8:46 AM
**To:** Marcus Mason; Robert Shetler-Jones
**Cc:** Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Bassel KorKor - Beltway
**Subject:** Introduction

Marcus-

Can you do a quick conference call with Robert Shetler-Jones who is Vice Chairman of Group DF of Ukraine. They want exposure and build relationships in Washington and you guys might be able to help them. If we can do a call they can give you brief background and then we can discuss?

Thanks
imaad

**avast** This email is free from viruses and malware because avast! Antivirus protection is active.

37

## Marcus Mason

| | |
|---|---|
| **From:** | Robb Watters |
| **Sent:** | Monday, July 7, 2014 7:14 PM |
| **To:** | Marcus Mason |
| **Subject:** | Re: Counterprosposal |

Hope they don't hate ILS...

Cordially,

Robb Watters
The Madison Group

www.madisongr.com
Sent by a device that creates mistakes

On Jul 7, 2014, at 5:17 PM, "Marcus Mason" <⬛⬛⬛@madisongr.com> wrote:

Cool. Looks like we have two new possibles on the books...Genesis Auctions needs help at HUD and FHFA and Imaad just referred Group DF...profile below...I am supposed to talk to the DF folks. Met with the Genesis folks when I was in LA.

# ABOUT GROUP DF

The Group

Group DF is a diversified international group of companies, operating in a number of countries across Europe and Asia. Our core areas of operations are fertilizer and titanium businesses, gas distribution and banking. Other businesses of the Group currently include agribusiness, media business, soda ash business, energy infrastructure development and real estate.

Group DF is actively developing its investment portfolio and expanding into new business segments. Currently, the Group is one of the leading chemical industry investors in Eastern Europe.

The founder of Group DF is Dmitry Firtash, a prominent Ukrainian investor and businessman.

Corporate Centre

Group DF International is the Corporate Centre of Group DF. Its primary objective is to increase shareholder value of the Group and its businesses. The Corporate Centre determines the general direction and strategy of the Group and its businesses, and prepares and justifies major strategic and investment decisions for the Group. It assists the Group's businesses in achieving their strategic objectives and improving their efficiency, as well as providing leadership in M&A, attracting finance and developing cross-sector synergies.

Strategic management and control over the Group's businesses is achieved by appointing representatives of the Corporate Centre to sit on the Supervisory Boards of the businesses.

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**

## Marcus Mason

| | |
|---|---|
| **From:** | imaad zuberi [redacted]@mindspring.com> |
| **Sent:** | Sunday, August 3, 2014 3:18 AM |
| **To:** | Marcus Mason |
| **Cc:** | 'Kevin Rupp - Beltway Government Strategies'; 'Mark Skarulis - Beltway Government Strategies' |
| **Subject:** | RE: Introduction |

I am in Vienna Austria for meetings. Call me

**From:** Marcus Mason [mailto:[redacted]@madisongr.com]
**Sent:** Saturday, August 2, 2014 7:27 PM
**To:** imaad zuberi
**Cc:** Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies
**Subject:** Re: Introduction

I remember you telling me about this group. Let's chat when you get a moment.

MARCUS SEBASTIAN MASON
Sent from my iPhone

On Aug 2, 2014, at 5:32 PM, "imaad zuberi" [redacted]@mindspring.com> wrote:

 This email is free from viruses and malware because avast! Antivirus protection is active.

<Group DF Profile_June_2014(1).pdf>

 This email is free from viruses and malware because avast! Antivirus protection is active.

27

## Marcus Mason

**From:** Marcus Mason
**Sent:** Monday, August 18, 2014 6:46 PM
**To:** imaad zuberi
**Subject:** RE: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

OK. Will get something together for you tomorrow.

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**
**Tenth Floor**
**Washington DC 20005**

"Do the unexpected, attack the unprepared." *Zhuge Liang*

**From:** imaad zuberi [mailto: @mindspring.com]
**Sent:** Monday, August 18, 2014 6:45 PM.
**To:** Marcus Mason
**Subject:** RE: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

Still do. I will talk to him

**From:** Marcus Mason [mailto: @madisongr.com]
**Sent:** Monday, August 18, 2014 3:34 PM
**To:** imaad zuberi
**Subject:** RE: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

Lanny is good. So does this mean I shouldn't put together a proposal or I should.

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**
**Tenth Floor**
**Washington DC 20005**

"Do the unexpected, attack the unprepared." *Zhuge Liang*

18

**From:** imaad zuberi [mailto:█████████@mindspring.com]
**Sent:** Monday, August 18, 2014 6:32 PM
**To:** imaad zuberi
**Subject:** FW: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

**Sent:** Monday, August 18, 2014 2:14 PM
**To:** imaad zuberi
**Subject:** KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

# Firtash hires US lobbyist to clean his public record
## http://www.kyivpost.com/content/ukraine/firtash-hires-us-lobbyist-to-clean-his-public-record-361016.html

Ukrainian billionaire Dmytro Firtash hired U.S. lobbyist firm, Lanny J. Davis & Associates, in an effort to have his legal representatives in the U.S. as well as to correct his media record, according to the lobbyist's statement registered at the U.S. Department of Justice on June 24.

http://www.fara.gov/docs/6230-Exhibit-AB-20140624-1.pdf
Group DF, Firtash's parent company that unites his various businesses, did not respond to the Kyiv Post's emailed questions.

According to the document, Firtash and the company reached agreement in late April after being arrested in Austria in March and shortly afterwards released on travel ban. The businessman was arrested at the request of the FBI on suspicion of involvement in an organized criminal group. The investigation, started in 2006, progressed with an arrest warrant issued by a U.S. district court this year. He is currently in Vienna challenging his extradition to the U.S. in an Austrian court and affirms he is innocent of all charges.

Lanny J. Davis & Associates will provide to Firtash "legal representation on ongoing matters," "including strategies and services in support of Mr. Firtash's legal and litigation positions," reads the registration file. These may also include "correcting the record in media and elsewhere from distortions and inaccuracies" and advising "to assist in legal defense and in correcting the public record."

The payment for the services will be done through Group DF. The services will cost Group DF $60,000 per month.

In late April, Group DF wired Lanny J. Davis & Associates almost $180,000 in advance payments and in legal fees for its representation, according to the registration statement. http://www.fara.gov/docs/6230-Registration-Statement-20140624-1.pdf
Lanny J. Davis also recommended Firtash to hire Levick Strategic Communications PR firm for $25,000 a month and Firtash did. According to the document http://www.fara.gov/docs/6230-Registration-Statement-20140624-1.pdf, the PR firm is in charge of preparing and disseminating op-ed pieces in English to newspaper and editors.
Major interests of Firtash's Group DF are in fertilizer, titanium, gas and banking sectors. Other areas of the group's operation include real estate, media, agribusiness, soda ash production and energy infrastructure.

Firtash also prominently featured in the WikiLeaks whistleblower website. According to U.S. State Department cables posted on the WikiLeaks website, Firtash acknowledged to a top American diplomat "that he needed, and received, permission from (Semyon) Mogilevich (Russian mafia mob wanted by the FBI) when he established various businesses, but he denied any close relationship to him."

He is also widely known as a co-owner jointly with Russia's Gazprom of a controversial gas trader RusUkrEnergo, which supplied natural gas from Russia to Ukraine in 2006-2009. Firtash has always fiercely denied any wrongdoing.

*Kyiv Post staff writer Nataliya Trach can be reached at trach@kyivpost.com*

 This email is free from viruses and malware because avast! Antivirus protection is active.

 This email is free from viruses and malware because avast! Antivirus protection is active.

20

**Marcus Mason**

| | |
|---|---|
| **From:** | Marcus Mason |
| **Sent:** | Tuesday, August 19, 2014 4:04 PM |
| **To:** | imaad zuberi |
| **Subject:** | RE: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record |

Don't forget to send the proposal...

**Marcus Sebastian Mason**
**The Madison Group, LLC**
**1030 Fifteenth Street, NW**
**Tenth Floor**
**Washington DC 20005**

██████████

**"Do the unexpected, attack the unprepared."** *Zhuge Liang*

**From:** imaad zuberi [mailto:█████████@mindspring.com]
**Sent:** Monday, August 18, 2014 6:32 PM
**To:** imaad zuberi
**Subject:** FW: KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

**Sent:** Monday, August 18, 2014 2:14 PM
**To:** imaad zuberi
**Subject:** KyivPost (Aug. 18): Firtash hires US lobbyist to clean his public record

# Firtash hires US lobbyist to clean his public record
## http://www.kyivpost.com/content/ukraine/firtash-hires-us-lobbyist-to-clean-his-public-record-361016.html

Ukrainian billionaire Dmytro Firtash hired U.S. lobbyist firm, Lanny J. Davis & Associates, in an effort to have his legal representatives in the U.S. as well as to correct his media record, according to the lobbyist's statement registered at the U.S. Department of Justice on June 24.

http://www.fara.gov/docs/6230-Exhibit-AB-20140624-1.pdf

Group DF, Firtash's parent company that unites his various businesses, did not respond to the Kyiv Post's emailed questions.

16

According to the document, Firtash and the company reached agreement in late April after being arrested in Austria in March and shortly afterwards released on travel ban. The businessman was arrested at the request of the FBI on suspicion of involvement in an organized criminal group. The investigation, started in 2006, progressed with an arrest warrant issued by a U.S. district court this year. He is currently in Vienna challenging his extradition to the U.S. in an Austrian court and affirms he is innocent of all charges.

Lanny J. Davis & Associates will provide to Firtash "legal representation on ongoing matters," "including strategies and services in support of Mr. Firtash's legal and litigation positions," reads the registration file. These may also include "correcting the record in media and elsewhere from distortions and inaccuracies" and advising "to assist in legal defense and in correcting the public record."

The payment for the services will be done through Group DF. The services will cost Group DF $60,000 per month.

In late April, Group DF wired Lanny J. Davis & Associates almost $180,000 in advance payments and in legal fees for its representation, according to the registration statement. http://www.fara.gov/docs/6230-Registration-Statement-20140624-1.pdf

Lanny J. Davis also recommended Firtash to hire Levick Strategic Communications PR firm for $25,000 a month and Firtash did. According to the document http://www.fara.gov/docs/6230-Registration-Statement-20140624-1.pdf, the PR firm is in charge of preparing and disseminating op-ed pieces in English to newspaper and editors.
Major interests of Firtash's Group DF are in fertilizer, titanium, gas and banking sectors. Other areas of the group's operation include real estate, media, agribusiness, soda ash production and energy infrastructure.

Firtash also prominently featured in the WikiLeaks whistleblower website. According to U.S. State Department cables posted on the WikiLeaks website, Firtash acknowledged to a top American diplomat "that he needed, and received, permission from (Semyon) Mogilevich (Russian mafia mob wanted by the FBI) when he established various businesses, but he denied any close relationship to him."

He is also widely known as a co-owner jointly with Russia's Gazprom of a controversial gas trader RusUkrEnergo, which supplied natural gas from Russia to Ukraine in 2006-2009. Firtash has always fiercely denied any wrongdoing.

*Kyiv Post staff writer Nataliya Trach can be reached at trach@kyivpost.com*

 This email is free from viruses and malware because avast! Antivirus protection is active.

17

## Marcus Mason

| | |
|---|---|
| **From:** | Mase < █████████ n@gmail.com> |
| **Sent:** | Wednesday, August 27, 2014 11:22 AM |
| **To:** | Marcus Mason |
| **Subject:** | Fwd: FW: Qorvis proposal |
| **Attachments:** | Firtash Proposal.pdf |

---------- Forwarded message ----------
From: "Mase" < █████████ @gmail.com>
Date: Aug 22, 2014 10:05 AM
Subject: Fwd: FW: Qorvis proposal
To: "Marcus Mason" █████████ @madisongr.com>
Cc:

---------- Forwarded message ----------
From: **imaad zuberi** █████████ @mindspring.com>
Date: Friday, August 22, 2014
Subject: FW: Qorvis proposal
To: Marcus Mason █████████ @gmail.com>

⊠ This email is free from viruses and malware because avast! Antivirus protection is active.

--
Marcus Sebastian Mason,
(aka Sebastian Cheney)

"Those skilled in generalship always achieve their victories by taking advantage of opportunities." Zhuge Liang

JULY 2014

# Personal Reputation Management Campaign for Dmitry Firtash

Confidentially prepared by Qorvis MSLGROUP

1201 Connecticut Ave, NW Suite 500, Washington, DC 20036

# QORVIS MSLGROUP

# INTRODUCTION

Qorvis MSLGROUP has considerable experience working with international figures on image enhancement campaigns. We have a proven process for generating credible, enduring programs across all platforms of media.

This is not simply crisis communications. This is more sophisticated. We will move Mr. Firtash from a reactive position to a proactive position, enabling him to gain control over his public image, establish a foundation of positive information in the public realm, and insulate himself from adversaries or future public attacks.

All of this will serve to create a foundation of news and information that will enhance Mr. Firtash's image and establish an environment for him to grow potential partners worldwide, especially in the U.S. Currently, reporters simply relay the information they find on the Internet and in old news stories. We will change that, balancing Mr. Firtash's story by building a credible and durable narrative about his life, work, interests and future plans.

Our experience working with successful international businessmen, such as Mr. Firtash, will greatly enhance our ability to immediately get this program off the ground. We understand the unique challenges he faces. Furthermore, our work is supported by the deep and broad experience that Qorvis MSLGROUP has in international reputation management -- more than any other firms in the field.

If you have any questions about the contents of this proposal or would like additional information, please feel free to contact me directly. We would also welcome the opportunity to meet with you and discuss the proposal in person in Vienna. Thank you for this opportunity.

Matt Lauer
Executive Vice President
Qorvis MSLGROUP
@qorvismslgroup.com

# QORVIS MSLGROUP

# STRATEGY SUMMARY

Based on our understanding of Mr. Firtash's goals and our extensive experience managing global reputations, Qorvis has crafted the following strategy covering the U.S. and Europe. This program can commence immediately, tracking and measuring progress from day one. While our program for Mr. Firtash will be complex and detailed, we can summarize the campaign as follows:

1. **Establish a baseline of understanding**: We will analyze the reputational challenges by undertaking a full audit of traditional media and online content containing references to Mr. Firtash.

2. **Challenge all significant unfair media references**: We will work to persuade editorial teams, rebut inaccuracies, and lobby for corrections and amendments.

3. **Online reputation management**: We will make our own news by creating a plethora of positive online media content about Mr. Firtash. Due to our comprehensive understanding of website analytics and SEO, we will ensure that our generated articles are at the top of search engines.

4. **Traditional media outreach**: We will work with our close contacts at print and broadcast media outlets to pitch favorable stories and shift the balance back into the favor of Mr. Firtash, improving his image and credibility.

5. **Third party validators**: Develop third party validators – think tank fellows, thought leaders, business leaders, etc – to speak on behalf of the client at events and through editorials.

6. **Be prepared**: have a crisis communications plan ready to go.

# ESTABLISH THE BASELINE

Qorvis begins all image enhancement campaigns by establishing a baseline of understanding of the issues being faced and the challenges that need to be overcome.

**KEY MESSAGES.** As a first step, we will develop our story by spending a day with Mr. Firtash and any advisers he recommends to understand the narrative. We will develop two or three key messages that will guide the communications tactics. These key messages will, when repeated consistently during interviews, result in communicating the positioning we seek.

**DESIGNATE SPOKESPEOPLE.** We will work to designate individuals who can speak on behalf of Mr. Firtash – if and when it is required. While it is better for Mr. Firtash to speak on his own behalf, a spokesperson should be identified in case Mr. Firtash is unavailable for comment in the situation of an immediate request. Our developed message guide will be provided for anyone speaking on behalf of Mr. Firtash.

**MEDIA TRAINING.** We would like to provide media training in realistic scenarios to combat negative press. To goal is to ensure that, when speaking to the media or any other key audiences, Mr. Firtash or a spokesperson can deftly handle every question while staying "on message," regardless of how difficult the interview might become.

**THIRD-PARTY EXPERTS.** As a part of generating a durable reputation for Mr. Firtash, we will identify and recruit credible third-party experts who can talk favorably about Mr. Firtash in interviews, in editorials, and at events.

**WEBSITE AUDIT.** Qorvis will conduct a detailed analysis of Mr. Firtash's online presence and search engine visibility. Qorvis will use this information to make detailed recommendations on how Mr. Firtash should develop his personal presence online. Options might include Mr. Firtash's personal website, optimizing it to be as visible as possible to search. Whether on his personal website or not, we will need to establish a central repository for all news and information about him and his endeavors.

**MEDIA MONITORING:** Information is power. On a daily basis, we will monitor the news across print, blogs, and television to determine how writers are covering Mr. Firtash, and analyze the trends.

JUNE 2014

QORVIS MSLGROUP
page 5

# RAPID RESPONSE

It is imperative that we develop a rapid-response capability that can quickly react to media inquiries, leaks from adversaries, random gossip, and any other contingency that can result in negative news coverage. The news never sleeps; any accusations that are left unchallenged become part of the conventional wisdom. A rapid-response capability will allow us to get out our side of the story as much as possible.

If we allow unfair, inaccurate stories to continue unchecked, the damage will grow and become increasingly difficult to remediate. Accuracy of reporting and quality of reporters' sources are of specific concern to us. We will aim to end negative stories that are below the ethical standards of a newspaper. For those that are being reported thoroughly, we will work to influence the story so that Mr. Firtash is written about as fairly as possible.

In essence, there are three parts to this approach:

1. **APPEAL TO EDITORS**. We will appeal directly to relevant editors whom we will ask to review the accuracy of certain stories. We want to do that without irritating either the reporters who have been working on the stories or the editors themselves. In all cases, we will work closely with Mr. Firtash and any legal council he prefers to include, but our inclination is not to bring the threat of legal action into our discussions. The more we threaten to involve lawyers, the more antagonistic editors will be toward us. Furthermore, it is standard operating procedure for reporters to have already substantiated their claims with their newspapers' own attorneys. Newspapers are therefore unlikely to fear threats of legal action by us. Plus, in the U.S. at least, libel and slander laws mean that the chances of getting newspapers to feel threatened by legal action are very slim. We need to launch this effort immediately, through direct contact with editors and reporters we have nurtured personal and long-term relationships with.

2. **MEET EDITORIAL BOARDS**. For any meeting with an editorial board, we will need to deliver a rock-solid presentation about Mr. Firtash. The goal of these presentations will be either to slow down or to stop further stories, or (more likely) to make certain that inaccuracies cease being included in the stories, that Mr. Firtash's side of the story is fully and fairly incorporated, and that the quality of the reporters' sources are elevated in the event that additional stories are pursued.

3. **DEVELOP COMMUNICATION STRATEGY:** Whether we stop stories or influence the quality of reporting, it will be important to develop and adhere to a communications strategy based on messaging that advances our goals. Consistent with that will be:

   a. **Develop a positioning statement.** This will answer such questions as: When someone thinks of Mr. Firtash, what do we want to come to mind? What key characteristics, attributes, achievements?

   b. **Reiterate key messages.** The key messages are to be used in any direct communications with the media.

   c. **Media train.** As mentioned, media training Mr. Firtash will ensure that he will best communicate the key messages. Mr. Firtash is his own best representative, and the best spokesman on his behalf. Qorvis has its own media training facilities and capabilities to do this.

   d. **Targeted outreach to reporters.** Using information gathered from media monitoring, we can quickly initiate relationships with reporters who are working on stories about Mr. Firtash. The sooner we can communicate key messages to interested reporters, the greater our chances for influencing the accuracy of the stories, or even ending prospects for their publication.

JUNE 2014

QORVIS MSLGROUP

# MEDIA RELATIONS

Building on the rapid response approach, a media relations strategy will project a unified, easily digested message. The tactics include traditional print media, a significant online campaign, television interviews and Washington think tanks.

**Media interviews**: It will be essential to proactively approach high-level media outlets to place our narrative from Mr. Firtash's perspective. These stories will serve as the set pieces that will not only tell Mr. Firtash's side of the story, but also be the reference for future coverage. When absolutely necessary, Mr. Firtash would need to make himself available to one print and one broadcast outlet for exclusive interviews. From this, we will be able to broadly syndicate his story, enhancing his reputation on numerous levels. To achieve these goals, the stories need to be in high-profile outlets. For the print article, we suggest business publications such as The Wall Street Journal, Fortune or Forbes in the U.S.; the Financial Times or Telegraph in Europe.

**Reporter outreach**: Using our information gathered from the daily media monitoring and analysis, we will research journalists who are focused on topics related to Mr. Firtash's interests, as well as those who are located near his companies' facilities. We will then create a targeted distribution list of relevant reporters to whom we will send press releases and other items of interest.

**Blog outreach**: Blogs often serve as an early indicator of public sentiment and greater news stories. Qorvis will work to locate negative comments about Mr. Firtash and coordinate responses where appropriate. We will create a list of relevant blogs and bloggers, and will develop a rapid-response procedure for their posts. We will feed this community with straightforward and factual information, with the end goal of engaging the bloggers in a conversation and encouraging useful relationships.

**Thought leadership**. There are numerous opportunities in the U.S. and Europe for an individual of Mr. Firtash's stature to convey his ideas and opinions on subjects that he cares about. In the initial audit, we will determine the areas in which Mr. Firtash can be a credible commentator or subject expert, and identify trade and sector-related media outlets. This will build his reputation as someone cultivated and knowledgeable.

QORVIS MSLGROUP

# ONLINE REPUTATION

It will be crucial to assert control over Mr. Firtash's online reputation. After all, it is online where reporters find information for their stories. From that search, the first page of results is the most important since typically few people go beyond that. Right now, a Google search of Mr. Firtash is not optimal.

Qorvis can reduce an individual's exposure by diminishing the prominence of any negative information that is currently in the public realm, while elevating positive elements. First, the process requires significant interaction and basic steps to ensure that messages, websites and positive online media are properly aligned to match search engine algorithms. Second, we employ a series of artificial intelligence nodes, high math and complex content and data management. Qorvis performs all of this confidentially, in-house and, crucially, within the terms of service of all search engines. We have several proprietary methods of online reputation management that function very discreetly, and generate clear results. The key for many of our clients is to achieve results without it being publicly known that such work was undertaken. By quietly performing these tactics, we can achieve clear and lasting results.

**Algorithm Development.** Qorvis will work with its in-house digital experts to develop an algorithm that is loaded into search engine toolsets. This algorithm will help search engines determine the most relevant items about Mr. Firtash, ensuring the desired information and content receive the most prominent placement inside searches.

**Artificial Intelligence Network.** Qorvis will employ an advanced artificial intelligence network, based on servers throughout the United States, to perform its processes and run its scripts. The network is backed up by team members who conduct complex searches and change your online profile. The process does not use HTML browsers and, importantly, falls within the terms of service of all search engines and is backed up by U.S. case law.

**Content Population.** For search engine optimization to fully take hold, we will need to significantly increase the types of information released about Mr. Firtash on a regular basis. This will dilute the negative information and ensure there is more positive information. It will also diminish troublesome content. When all of this information is released, it must be appropriately coded and tagged for search engines to ensure high placement on a related browser search. We will use:

**QORVIS MSLGROUP**

- Original website content
- Transcribed speeches
- Photos and images
- Press releases
- Twitter feeds
- Blog entries
- Videos

**Video Content** is one of the most influential and relevant mediums for influencing how search engines recognize individual search terms. An individual must select links to relevant videos when posting responses to blog posts. We will help formulate a series of updated videos.

- **Video packages**: Qorvis is available to travel to Mr. Firtash and his companies to capture video footage that we will use to create videos about Mr. Firtash and his philanthropic endeavors. These videos will populate a YouTube channel dedicated to Mr. Firtash, and will be widely searchable online, drowning out negative information.

- **Interviews**: We will conduct interviews of or about Mr. Firtash to show that he is an accessible and transparent person. This will be done at Mr. Firtash's discretion, depending on the level of exposure he desires. These videos can feature his friends, family or other trusted individuals, should Mr. Firtash choose not to participate himself.

**Public Information Node Management.** Managing information in public sources, such as Wikipedia, is one of the most effective ways to control an individual's online presence, boost search engine visibility and provide respected information to millions of users in one easy-to-find place. Just as important, a Wiki-entry can help drive down negative items that appear in a search and it provides another vehicle to help control messages online.

# CRISIS COMMUNICATIONS

As a leading crisis firm. Qorvis provides the entire range of crisis services to its clients as needed. This includes threat analysis, message development, media training, perception audits and baseline opinion research, media relations, public affairs and government relations.

We will even act as spokespeople for our clients if the situation calls for that. Our crisis work is fully integrated with reputation, image, and branding, primarily through our Qorvis Online Reputation Management process.

**Crisis/Issue Planning and Prevention Services:** Qorvis performs crisis audits and scenario training to prepare companies for potential crises. We do this first by talking to key business unit leaders and other top executives to get a sense of what "keeps them up at night." We also map those threats with a communications audit to understand how information is disseminated, how decisions are made, and how messages are delivered to key audiences. That is followed by crisis and media training session with executives on specific scenarios. From that, we produce an extensive crisis plan to help manage potential issues if they arise.

**Proprietary Tools or Products for Crisis Response/Preparation: QORM:** An organization's reputation lives online, and the information online will live forever. Managing an online reputation in the digital age is a complex but essential component of every strategic communications initiative. To protect brand attributes, project an accurate public image and counter negative media coverage, organizations must be able to control their messages online. To accomplish that goal, Qorvis employs a proprietary online reputation management system "QORM," which consists of two components: content production and distribution, and search engine weighting.

**Always on hand:** Qorvis advisers will be available on a 24-hours a day/7 days a week basis to advise on emerging crises or provide thought on media responses.

JUNE 2014 ‎ QORVIS MSLGROUP

# THINK TANK

Mr. Firtash and the corporate entities of Group DF should create a Think Tank that can speak broadly and represent the client's interests throughout the world. The think tank would consist of a group of individuals hired to speak on issues of concern to the client, conduct research on various issues and provide detailed reports about the research. In the first several weeks, Qorvis will undertake a comprehensive audit and think tank development program. This can be accomplished with an additional cost outside of the monthly budget. This would include:

**Think Tank Scope:** With the client, the first step in creating a think tank is to determine the scope of what challenges the think tank will cover. For example, the think tank may focus on potential business partners, future business strategies, economics, sports, academics or other issues.

**Breadth of the Scholars and Fellows in the Think Tank:** Set the parameters of the think tank. Similar to step one, you must also decide how long you want the think tank to operate: days, months, years or longer. In addition, figure out what type of thinkers you want in the think tank; narrow down whether you want a volunteer task force, hired thinkers or a combination of both.

**Funding Structure:** The think tank can be formed as a nongovernmental or nonprofit organization to provide certain tax advantages. In the first few weeks, we will determine how the think tank will be funded. Decisions will be made on whether the think tank will be nonprofit, receive academic funding or be privately funded.

**Obtain the "Thinkers":** Qorvis will undertake a broad and comprehensive initiative to recruit the most credible thinkers to serve in the think tank. The focus will be on scholars and experts who are well established and well respected in their fields and are likely to further the focus of the think tank.

**Promotion Campaign:** Once the think tank is established, it will become essential for the media, government allies and academics to rely on the think tank for its research. The campaign will constantly feed the Internet, social media spheres and related components to manage the overall reputation of the client.

The network will keep the think tank current. The think tank will work constantly stay abreast of current events and future trends that are relevant to the client and Group DF. The think tank will constantly insert ideas into the discourse of the environment the client needs to influence.

JUNE 2014                             QORVIS MSLGROUP

# MEASUREMENT

Information is not static. It moves and changes depending on popular news stories, new competitors' strategies and other variables. Qorvis will conduct a dated and tracked online search profile of the top five search engines for Mr. Firtash and his adversaries (if required). We will use the profile we create to track overall progress, proving its efficacy and allowing us to refine the tactics and strategy as we go. We will also create a detailed tracking and reporting mechanism to ensure the campaign remains on track, remaining flexible to changes over time as news and events arise.

We are campaign people, driven by the understanding that, for every client, there will be an "election day," and that we will have to deliver results. Each client receives the "campaign treatment." We determine, outline and then deliver on clearly defined goals. The ambiguous management of public relations – checking in once in a while, sending out random email updates – is just not our style. Throughout a project, we track progress, update our clients frequently, debate new ideas and approaches, and bring the energy, resources and professional contacts necessary to succeed.

QORVIS MSLGROUP
page 13

# TIMELINE

### Weeks 1 – 4

- Overall planning and timeline development for targeted geographies, including targets, tactics and levels of implementation, timeline and budget
- Development of research surveys and focus groups
- Message development summit
- Identification and training of spokespeople
- Drafting of written and collateral materials
- Establish a "War Room" and rapid-response mechanism
- Online reputation management program commences
- Online database is built
- Information and website node audit is conducted
- Develop allied associations for think tank.

### Week 5

- Finalization of research
- Begin search for allied speakers events
- Development of events for opinion makers
- Message testing through quantitative research
- Outreach targets are determined
- Advanced online activities are conducted

### Week 6

- Message testing through qualitative research
- Finalization of messaging
- Build out to recruit local education interests, advocates and local officials
- Information Node and Think Tank decisions
- Begin education and mobilization of allied representatives

### Weeks 7-10

- Production of needed materials, including talking points, press kits, research papers, website(s).
- Earned media, including meetings with reporters and editorial boards, using local opinion leaders

JUNE 2014

QORVIS MSLGROUP

- Training and distribution of materials to regional operatives in the United Kingdom, Eastern Europe and the United States. This includes a second training session on the plan and implementation.
- Commence command post development outreach and activation

### Ongoing
- Earned media campaign
- Execution of all remaining aspects of the plan

# SUMMARY: DELIVERABLES

Qorvis will work with the Mr. Firtash, Group DF and personal entities to create a cohesive and thoughtful external communications plan. Although long-range deliverables are difficult to determine at this point, preliminary considerations include the following:

**Issue/Message Training and Development**: Qorvis will fully prepare corporate and allied representative on how to disseminate key messages in the U.K., U.S. and Europe. On behalf of the client, we will prepare a message document and comprehensive message training sessions that will enable officials to communicate challenging concepts to the media and other relevant sectors.

**Media Relations**: Building on core messages, media training and related external communications, Qorvis will design and implement a media outreach campaign that targets the most significant audiences and inoculates Group DF and the client from possible criticism.

**Press Event(s)**: Qorvis will develop, coordinate, implement and pitch all media events in geographic regions important in conjunction with the corporate and personal teams.

**Trade Media**: Homeland security, defense, energy and related media will be relevant for communicating with key audiences and officials. Qorvis will target and reach out to each significant outlet without direct requirements from the client.

**Local Media**: A positive perception among key constituencies in areas where the client needs to operate and where its consulates operate is essential for ensuring that policymakers and community leaders see the client's properties as a benefit to their community. It will therefore be essential for Qorvis to work with the corporate and personal entities to reach out to local media and establish a presence among core audiences.

**Blog and Online Media** – Because the Internet and bloggers can serve as an early warning system for negative criticism, we will continuously monitor online media for indications of negative reactions that might influence the general media or the political work. Qorvis will employ its online intelligence unit to ensure the client is properly covered in this realm. We will also work with the client's representatives to develop immediate responses for the online

media.

**Press Materials:** Qorvis will work with the corporate entity to develop press releases, FAQs and relevant backgrounders and white papers. These materials will be distributed and developed for physical and digital distribution. We will also create social media releases, video content, text messages and other advanced elements to support social media communications.

**Event Management:** Qorvis will manage and produce all meetings, events and roundtable discussion requested by the corporate entity and associated think tanks.

**Public Affairs Intelligence Gathering:** On a proactive basis, Qorvis will gather intelligence relevant to the corporate interests in the public policy realm. We will brief corporate representatives on regular and relevant changes inside the executive branch and Congress, or on the local and regional level. This will be used to supplement existing intelligence gathering mechanisms.

**Information and Marketing Materials:** Qorvis will develop informational materials for a variety of specific audiences that provide detailed information about Mr. Firtash, the think tank and Group DF. Unique kits will encompass tailored messaging for stakeholders in the following areas:

- Government
- Various business communities
- Associated businesses
- Relevant community members
- Target constituencies
- Allied leaders
- Other key stakeholders

**Internet and Online Services:** At the client's request, Qorvis will conduct audits of its online capabilities, including its information nodes and websites. We will then present recommendations as to the specific tactics to take. In addition, Qorvis will determine early on the relevance and use of advanced communications techniques:

QORVIS MSLGROUP

Corporate information node enhancements:

- Improved online search profile (including optional advanced algorithm development)
- Active Wiki-management
- Internet content population
- Video content (English and Russian)
- SMS (texting) development
- Engagement and tracking of relevant blogs
- Sponsored links
- Optional mobile app development
- Desktop widget and/or information dashboard.

Crisis Management: Qorvis will provide crisis management expertise and engagement on an as-needed basis. Overall, this will include:

- Rapid response capability to quickly respond to any negative attacks
- Risk assessment and the determination of vulnerabilities to prepare responses
- Set of "tough" Q&As and corresponding messages
- Representative training on difficult questions

Research: Scientific research polling will be performed on an as-needed basis, based on audience size and methodology. Corporate and personal representatives may choose to undertake periodic surveys to gauge the success of its communications efforts.

Think Tank Creation: (Additional cost) Qorvis will handle all aspects of a related think tank that can speak on behalf of the client's needs, goals and interests throughout the world. Primarily, the think tank will assist in the oversight and integration of reputation management and media relations without the need for Mr. Firtash to participate directly. The think tank will be broadly established in the targeted geographic regions.

# WHY QORVIS?

**We've done it before.**

Below is a selection of relevant examples of Qorvis' work. For more case studies on successful campaigns, please visit our website www.qorvis.com.

**Alexander Mirtchev**: For billionaire industrialist **Alexander Mirtchev**, Qorvis effectively undermined numerous adversaries' attempts to portray him as a "thug" and "gangster" in high-level international circles. Mr. Mirtchev now enjoys a premier reputation online and in the news media, including The Wall Street Journal and the New York Times. He also now sits on several respected boards of directors. On Mr. Mirtchev's search results, you can see the images, videos and other information we have placed, pushing the positive up and the negative down. Qorvis will do the same for Mr. Firtash, allowing him full control over his own reputation.



**Trafigura:** Following a shipping incident in the Ivory Coast, **Trafigura** executives **Claude Dauphin** and **Jean-Pierre Valentini** made a visit to the country to offer their help. They were arrested immediately upon their arrival, creating an international crisis. The company turned to Qorvis for help. Through diligent media monitoring and continuous contact with reporters and outlets that covered the story, Qorvis provided the necessary background that colored their coverage in North America. Our work with reporters was critical in ensuring the right messages were being delivered. Following the success of our initial work, we then rebuilt the reputation and brand equity of multi-national commodities trading giant. Qorvis developed a long-term strategy for the company that extended to creditors, investors, clients, policy makers and peers within their industry to convey the corporate values that characterize the firm. Qorvis also established an intelligence-gathering network, began a communications audit and made contact with relevant media for discussion forums that focus on their leadership in the industry.

**Finmeccanica, S.p.A.:** When **Finmeccanica**, a world leader in the supply of electronics equipment and defense and security systems and services, moved to acquire DRS Technologies, Inc., a leading U.S. supplier of integrated defense electronics products, services and support, the Italian defense contractor hired Qorvis to manage its communications affairs as it navigated issues relevant to the Committee on Foreign Investment in the United States (CFIUS). As the acquirer of an American defense contractor, Finmeccanica had serious concerns about the implications of its transaction on the CFIUS process. Just the year prior, in February 2006, the DP World controversy took place, provoking a wide-scale national security debate in the U.S. At issue was the sale of port management businesses in six major U.S. seaports to a company based in the United Arab Emirates (UAE), and whether such a sale would compromise port security. The controversy resulted in the deal being scuttled. Finmeccanica, well aware of this situation, was about to make the largest ever acquisition of an American defense firm.

For Finmeccanica, Qorvis recognized that it was essential to address CFIUS issues with an affirmative and positive message, so not to be forced into a defensive posture after the Committee had initiated review. Qorvis helped all parties be aware of sensitive, classified, or export-controlled information that could come up, and also drafted materials shaping the message on the controversial points that would arise. This gave decision makers concise statements for consideration. To manage these issues and others, Qorvis worked seamlessly with Finmeccanica to develop strategies and communication efforts for the acquisition. Qorvis' depth and breadth of knowledge about CFIUS and other Exon-Florio challenges helped guide Finmeccanica's transaction to completion on-time and without any negative media fall-out. Qorvis' understanding helped Finmeccanica coordinate the execution its strategy, effectively translating complex and nuanced issues in the CFIUS process to a variety to reach multiple audiences—including the defense and industry sectors, opinion leaders, employees and the public. The acquisition was completed flawlessly and stands as the largest ever foreign acquisition of an American defense contractor.

**Saudi Arabia:** Following the tragic events of September 11, the Kingdom of Saudi Arabia selected Qorvis to neutralize the nationwide negative media coverage it received after it was revealed that 15 of the 19 hijackers were from Saudi Arabia. In October 2001, Qorvis began its

QORVIS MSLGROUP

campaign-style efforts to reestablish the Saudi/U.S. relationship. Qorvis implemented a multifold campaign integrating several efforts, including media relations, advertising, government relations, grassroots action and Internet communications to disseminate factual information and access to Saudi officials, promote Saudi Arabia as an ally in the war on terrorism, meet with key law makers on the Hill as well as within the Administration to assure that Saudi Arabia is an ally, and educate the American people about Saudi Arabia and the region. Since 2001, Qorvis has scheduled more than 1,200 U.S. television appearances with Saudi officials, organized 15 major press conferences generating worldwide media coverage, arranged more than 1,200 Congressional meetings and coordinated more than 300 events nationwide to promote Saudi Arabia's image in the United States - all with great success. In 2006, more than five years after September 11, Qorvis sees a clear shift in the attitude of Americans toward the Kingdom. Through our interaction with people after the speeches at small town gatherings to our interaction with legislators on Capitol Hill, Qorvis has found an improved understanding in America about Saudi Arabia, and transformed opinions about the importance of a strong Saudi/U.S. partnership.

**DynCorp International:** When DynCorp International, a multifaceted, global enterprise that fulfills the needs of governments and commercial industries worldwide needed a communications firm with global reach and depth in Washington policy circles, the company turned to Qorvis. While DynCorp is a highly successful provider of critical support to military and civilian government institutions, it needed to get beyond negative media coverage that was overwhelming key audience perceptions. DynCorp International relied on Qorvis to provide an unending stream of information & intelligence about policy makers, customers and market activity around the world and in North America, its most important market for security and logistical contracts. Qorvis supported external & internal communications for DynCorp, complementing their communications, government relations and marketing efforts, and coordinating messaging strategy, executive interviews and crisis communications needed to keep DynCorp fully functional on a global basis.

Qorvis delivered a consistent flow of corporate mentions in a balanced tone to national and local media outlets, as well as managed a fully-functional Government relations and marketing platform. Since the Qorvis-DynCorp relationship began in January 2007, Qorvis' media relations results decreased DynCorp's negative perceptions amongst key audiences and expanded its recognition amongst relevant government decision makers. Qorvis also now markets and communicates DynCorp's important commercial business in aviation, infrastructure development, security, and logistics, including international projects to build and manage regional air facilities.

# YOUR TEAM

Qorvis MSLGROUP seeks out the best in their respective fields. Our team is comprised of individuals who have served at the highest levels of management in Fortune 500 corporations and associations, in government – from Capitol Hill to the White House – and in the news media, from television to print. Furthermore, we encourage interaction, debate and discussion from every viewpoint. We do not limit ourselves when seeking out the best solution for a client. If you are going before a Senate hearing, we will provide you with our colleague who has worked on that committee. If you are going on television, we will bring you our former CNN producers.

## Michael J. Petruzzello, Managing Executive Vice President

Instrumental in the formation of Qorvis MSLGROUP, Michael Petruzzello continues to lead the company as it develops into the leading integrated communications firm of the Greater Washington, D.C. area. Petruzzello brings extensive marketing and communications consulting experience to Qorvis MSLGROUP on regional, national and global levels. Petruzzello is also the partner-in-charge for the campaign for the Kingdom of Saudi Arabia and has been vital in the development of their overall public relations effort.

Previously chief executive officer of Shandwick North America, Petruzzello served as a member of the Global Executive Team; chairman of the Mergers and Acquisition Task Force; director of global marketing and business development; and director of industry practice groups. He was responsible for all aspects of management, including Shandwick's 22 offices, $175 million in revenue and 1,200 employees.Prior to being named CEO, Petruzzello was president of Shandwick Public affairs in Washington from 1996 to 1998. In just two years, he transformed it into a Top 10 leader with more than $16 million in billings.

## Matt Lauer, Executive Vice President

Matt J. Lauer's 15 years of public affairs experience, gained from working in the smallest of American media markets to informing vast international audiences, serves a breadth of Qorvis MSLGROUP clients in the fields of crisis communications and media relations. Prior to joining Qorvis, Lauer was the executive director of the U.S. Advisory Commission on Public Diplomacy at the Department of State. The commission, a bipartisan panel appointed by President George W. Bush, and confirmed by the U.S. Senate, analyzed and evaluated the U.S. government's international public relations capabilities.

During his tenure there, Lauer conceptualized and organized delegations of presidential advisors to audit America's communications capacity in Indonesia, China, Korea, Senegal, the United Kingdom, Canada, Mexico, Russia and Serbia. Lauer has also served as an advisor to

QORVIS MSLGROUP

former U.S. Senator John Edwards, retires General Colin L. Powell and numerous political campaigns in the United States and abroad.

## Sol Levine, Vice President, Media Relations

Sol Levine joined Qorvis MSLGROUP in 2008 as a Senior Director with expertise in communication strategy, message creation, writing, and media training. He worked in network television news for nearly 30 years before coming to Qorvis, rising to top decision-making posts at each stop.

Levine was Executive Producer for The Americas at Aljazeera English during the nearly year-long start up process and the network's worldwide launch. Throughout his career, Levine has been valued for his editorial judgment, understanding and approach to news stories and his never having missed a deadline.

Levine spent most of his career—18 years—at CNN, where he held a succession of posts. He was the producer of "Crossfire" in the mid 1980s, moving over to a news gathering producer position in 1987. His assignments included Capitol Hill, The State Department, The Pentagon and the White House.

- Pentagon Producer during Operations Desert Shield and Desert Storm, Senior Producer covering the 1992 Bill Clinton campaign, and was promoted to Executive Producer of White House Coverage, a position he held through 1997. He was also responsible for special events coverage in the field all over the world.
- From 1998 to 2001, Levine was the Executive Producer of WorldView with Bernard Shaw and Judy Woodruff. It was the first hour long news program seen live around the world, and a mandate of Ted Turner's.
- Along the way, Levine worked at both ABC News and NBC News as an independent producer.

## Stefan Nagey, Vice President, Digital Diplomacy and Public Affairs

Stefan Nagey specializes in online crisis detection, response and influence, as well as online campaigning, reputation management, cybersecurity and online open-source intelligence gathering and analysis. His specialty is working with Middle Eastern and Gulf clients to affect change in the social media and search space conversations. At Qorvis MSLGROUP, he has been heavily involved in the leadership of the firm's work in Great Britain, Mexico, Bahrain, Egypt, and Syria. Prior to joining Qorvis MSLGROUP, Nagey was Director of Web for Full Tilt Poker in Dublin, Ireland. There he was responsible for online marketing, search presence and payment processing. Most notably, he propelled the site to and held it at the #1 Google position for "poker".

**Marcus Mason**

| | |
|---|---|
| **From:** | Robb Watters |
| **Sent:** | Sunday, August 31, 2014 6:51 PM |
| **To:** | Marcus Mason |
| **Subject:** | Re: Group DF Proposal |

Firtash is a controversial figure in Ukraine.[42] According to documents uncovered during theUnited States diplomatic cables leak in 2010, Firtash told U.S. Ambassador to UkraineWilliam Taylor of needing permission from alleged Russian crime boss Semyon Mogilevich to do business in Ukraine during the lawless 1990s.[43] The same documents suggest that Firtash also claimed to be friends with President Viktor Yushchenko.[44] Firtash denied the remarks.[43] Allegedly, Gazprom, a Russian natural-gas extraction company, had asked Mogilevich to oversee natural-gas deliveries from Russia to Ukraine via gas intermediaryRosUkrEnergo. All parties deny connections with Mogilevich.[43] Other cables said Firtash and Mogilevich were linked through ostensible offshore company vehicles either by joint ownership through former spouses or through Firtash heading companies in which Mogilevich's former spouse was the shareholder.[45] It was also suspected that Raiffeisen Bank, an Austrian-based bank, was a front to legitimize RosUkrEnergo.[45] On 16 June 2009, Yulia Tymoshenko accused fellow candidates in the 2010 Ukrainian presidential election, Viktor Yushchenko, Arseniy Yatseniuk and Viktor Yanukovych of having the same campaign headquarters financed by Firtash.[46][47] On 26 April 2011 Tymoshenko sued Firtash and RosUkrEnergo in a U.S. District Court in Manhattan accusing them of "defrauding Ukraine's citizenry by manipulating an arbitration court ruling, "undermining the rule of law in Ukraine" in connection with the 2010 international arbitration court ruling inStockholm that ordered Ukraine's state energy company Naftogaz to pay RosUkrEnergo 11 billion cubic meters (bcm) of natural-gas to compensate for fuel it had "expropriated" plus 1.1 billion bcm as a penalty.[48][49]
Allegedly Firtash and influential multi-time Minister Yuriy Boiko "are close associates".[50][51][52][53] Certain analysts and Ukrainian politicians believe that Firtash is a secret force behind the sentencing of Yulia Tymoshenko in 2011 either as revenge or because of his "lucrative relations" with Russia he is deliberately hindering Ukraine's European Union integration.[54]Firtash was accused in a New York court of "masterminding" Tymoshenko's imprisonment; the case was dismissed in March 2013.[55]
In the 2012 Ukrainian parliamentary election Firtash was perceived as being one of UDAR's main sponsors.[56] This has been denied by UDAR.[57]
On 23 July 2013 brothers Ilya and Vadim Segal, the New York-based owners of Dancroft Holdings, brought charges in New York County Supreme Court against Firtash and Nadra Bank, Ukraine's eighth-largest bank.[58] The suit accuses Firtash, the banks owner, of seizing their assets via "sham lawsuits" over debt, and of using his connections with PresidentViktor Yanukovich to guarantee the outcomes in court cases.[55] The suit stated that the former head of the Security Service of Ukraine (SBU), Valeriy Khoroshkovskyi, is a business partner of Firtash, together with head of the presidential administration Serhiy Lyovochkin, and former Ukrainian energy minister, (at the time of the complaint) Deputy Prime MinisterYuriy Boiko. According to the complaint, the SBU, in bringing charges against the Segals, was simply acting on behalf of Firtash.[59] On 19 February 2014 Mr. Firtash made a public statement addressing[60][61] to the President of Ukraine, Cabinet of Ministers, leaders of parliamentary majority and parliamentary opposition and called Ukrainian political forces for stopping power struggle in the state and immediately starting political crises resolution in the Parliament.[62]
In March 2014 Dmitry Firtash on behalf of the business circles of Ukraine addressed to the Head of the Russian Union of Industrials and Entrepreneurs Aleksandr Shokhin and the entire business community of Russia concerning situation on the political arena and called Russian businessmen for stopping the war between Russia and Ukraine.[63]

1

On 13 March 2014, Austrian authorities arrested Firtash on bribery and other charges at the request of American law enforcement agencies.[64] Firtash is a member of the Guild of Cambridge Benefactors, set up in 1998 to recognize the generosity of major benefactors over £1 million to the University and Cambridge Colleges.[65] At a Guild of Cambridge Benefactors event held on 19 March 2014 to honor the University's most prestigious donors, Lada Firtash, his wife was in attendance. A group which calls itself Positive Investment Cambridge (PIC) handed out leaflets and daffodils to donors attending the event that called for the University to "spring clean" its donations.[66] Firtash was released from custody in Vienna after being ordered to pay the bail of €125m (£105m, $172m), the largest in Austrian legal history. He says in the video, "thankfully, I have the utmost confidence in the Austrian judicial system and will use all legal means to prove my innocence".[67] However, he was more scathing with the US authorities, who he claims are landing him with allegations that are "completely absurd and unfounded". He is one of the biggest investors in Ukraine, employing more than 100,000 workers in the country, and is a major international benefactor who has donated $230 million in the past three years, including charitable projects in the US, UK and Ukraine.[68]
Dmitry Firtash says that indictment issued by the USA against him is absurd and baseless. This was stated in the businessman's video address.[69] Mr. Firtash stresses: he and the whole Ukraine have turned out to be in the center of geopolitical battle between the USA and Russia. And he considers all accusations against him as politically motivated.[70][71] He also said that being a Ukrainian citizen he was waiting for the presidential elections and hoped to build stable and prosperous state together with fellow citizens. "I will not allow my reputation being spoiled by the enemies with political motivations that have nothing in common with interests of Ukraine and its citizens", – said Dmitry Firtash.[72]
Staying in Austria Dmitry Firtash gave an interview to his own Inter TV channel in which he called Ukrainian business for uniting, supporting the state and helping it to overcome the economic crises.[73] He also promised to provide funds to Ukrainian army.[74] In April, OSTCHEM enterprises, part of Dmitry Firtash's Group of companies, started supporting military forces of Ukraine.

Chairman of the Group DF Supervisory Council Dmitry Firtash stated that the criminal case opened against him in the United States had been totally concocted. Dmitry Firtash said this during the interview to the Inter TV channel.

Dmitry Firtash also said that he had sustained great losses. "But someone will pay dearly, it won't go unnoticed", said the businessman.

Cordially,

Robb Watters
The Madison Group

www.madisongr.com
Sent by a device that creates mistakes

On Aug 31, 2014, at 2:01 PM, "Marcus Mason" @madisongr.com> wrote:

Just shot this over to Imaad. This is what I was talking about on Thursday. The article on Lanny Davis is in the link too. We would be working on the same project if they retained us.

http://www.kyivpost.com/content/ukraine/firtash-hires-us-lobbyist-to-clean-his-public-record-361016.html

Marcus Sebastian Mason
The Madison Group, LLC
1030 Fifteenth Street, NW
Tenth Floor

Washington DC 20005

█████████████

"Do the unexpected, attack the unprepared." Zhuge Liang

From: Marcus Mason
Sent: Sunday, August 31, 2014 1:57 PM
To: 'imaad zuberi'
Cc: Marissa Lorenzetti
Subject: Group DF Proposal
Importance: High

Imaad,

Hope all is well and that your travels were fruitful. Hopefully you are back in the US and enjoying some down time with your family. Please find the proposal for Group DF attached. Let me know if you have any questions or see anything that needs to be changed. For this type of engagement we would look for a one year contract at $40,000.00 per month, given the amount of work that would need to be done.

Thanks again for the referral, Imaad. Look forward to talk with you soon.

Marcus Sebastian Mason
The Madison Group, LLC

"And one should bear in mind that there is nothing more difficult to execute, nor more dubious of success, nor more dangerous to administer than to introduce a new order to things; for he who introduces it has all those who profit from the old order as his enemies; and he has only lukewarm allies in all those who might profit from the new." ~Niccolo Machiavelli

<Group DF Proposal_FINAL.pdf>

3



# Strategic Government Relations

# Proposal for Group DF



Marcus Mason
Senior Partner
The Madison Group, LLC
(TMG)



The Madison Group, LLC, is pleased to present to Group DF a proposal to assist Group DF in enhancing and elevating its government relations presence in Washington, DC. The TMG team has extensive experience working with some of the largest members of the Fortune 500, government and non-profit interests in the United States as their representatives in Washington and abroad, and is particularly experienced with government and image management, as well as representing client interests before House, Senate and Executive Branch policy-makers.

Washington policy-makers are intelligent, but often lack the personal exposure to, or practical hands-on experience on many issues. They seek input and suggestions from private sector interests, and, as a result, those in a position to guide them often position themselves to best take advantage of the outcome. Even in today's climate, Washington continues to present opportunities to participate in the process. Laws are often written with the assistance of professional lobbyists, as they provide expertise on issues, products and solutions that policy-makers may not be aware exist. This is particularly true in areas dealing with technical or arcane issues, as Members, staff, agency or Department counsel have rarely actually worked in the fields for which they are writing rules, regulations and binding legal statutes.

The Madison Group prides itself on its hands on representation. We meet directly with the decisions makers instead of relying upon electronic mail, phone or facsimile messaging.

Washington presence and relationships are key. Proactively developing solid relationships, third party validations and establishing a solid reputation are critical. The higher the stakes and more public the profile of the entity, the more this is true. Reputations sway public opinion, positively or negatively affect public policy, and have a tangible impact on

1

the success of any entity whether it's been around for three years or three generations.

### Situation Analysis

As the Congress and Administration enter the final weeks of the mid-term election cycle, they will soon turn their attention toward other issues ranging from ISIS in Iraq, the Israeli conflict in Gaza while continuing to monitor the issues in Russia and the Ukraine.

While Members of Congress will be preoccupied with their pending elections this fall, they will focus on issues within their committees of jurisdiction in preparation to take up significant matters that were not resolved during the 112th Congress. This rapidly shifting environment presents a series of opportunities for entities with sophisticated consulting or lobbying resources.

### Strategic Plan for Positioning Group DF

The professionals at The Madison Group, LLC have decades of experience in federal politics, public relations, relationship development, and reputation management. As a result, the bipartisan networks and political sophistication we offer to clients strongly positions them with the key decision-makers in Washington. Recently we managed the public issues surrounding the acquisition of a Canadian based telecommunications company by one of our corporate clients, resulting in elevating the perception of the company's brand in a complex and dynamic marketplace despite the negative views often associated with an acquisition.

We have helped clients in facilitating trade agreements in the Black Sea and Mediterranean Sea region. One such Petroleum storage Company retained The Madison Group to assist in its agreements with both The United States Government and a Foreign Government for trade and VAT issues as well as petroleum processing and mixing development. We handled this with the utmost discretion and succeeded where other firms and larger companies had failed for decades.

Our past clients include the US Wireless Industry, which includes Verizon, AT&T, Sprint and T-Mobile, on foreign and domestic matters including issues with The Department of Justice, The Department of Defense, The White House and Congress, as well as a Spanish transportation company before the Department of Transportation. The Madison Group was the only firm ever hired to represent The New York Daily News by its owner,

2

Mort Zuckerman. TMG also represents search engine giant, Google, Berkshire Hathaway's Burlington Northern Santa Fe Railway, Russia's International Launch Services and the Government of Sri Lanka.

We will work with the leadership of Group DF to create a strategic outreach plan to introduce the Group DF and its principals to the key players in the House, Senate and Administration. Our plan would include introducing Group DF to the staff and Members of the key committees of jurisdiction on Capitol Hill, including but not limited to members of House and Senate Leadership along with key staff, the House International Relations Committee, Senate Foreign Affairs, the House and Senate leadership offices and policy committees, key White House staff, as well as officials from the Departments of State and Commerce and The United States Trade Representative respectively. We would also leverage our extensive relationships with House and Senate Leadership, the Congressional Black Caucus and Congressional Hispanic Caucus to initiate and develop new, long lasting relationships with these two non-traditional constituencies. A similar approach would be undertaken to engage the White House and Administration.

Differentiating Group DF from other similarly situated entities will be a key component of the strategic plan. Group DF's pedigree, global stature, and domestic presence in the global marketplace will be key factors to success.

We would work with Group DF to create appropriate documents that offer overviews of the company, its initiatives, and its importance tailored to our government audience. These would, of course, be consistent with your communications to other audiences, but positioned to achieve the delivery of our targeted messages to these audiences.

We would conduct meetings with these key decision-makers, as well as the third party groups and individuals who influence their opinions. Those meetings would be to introduce senior principals from Group DF to these key players, to begin establishing personal relationships therewith. By leveraging our long-time relationships in Washington, Group DF can begin to immediately see results at the highest levels of government with credibility. Our proven face-to-face approach to managing relationships has been beneficial for our clients. While technology has made it much easier to communicate with principals and staff, we still believe regular personal contact via meetings, professional and social gatherings is the most effective manner of engagement. In the past we have used annual black tie affairs at the French, Finnish, Swedish and Turkish Embassies to bring together Washington's political and social elite thereby allowing our

3

clients, friends and colleagues to further develop their relationships in a memorable, elegant setting.

Key individual policy-makers and implementers are stretched extraordinarily thin across a variety of issues and responsibilities. It is important to them that they are able to trust the people with whom they work outside of government, as they do not have large quantities of time to spend getting to know new players and companies. The information that is provided to them by the private sector is vital to their ability to do their jobs well; however, they do not have time to do their own research to verify the information provided to them. This makes it essential that they work with and rely upon trusted advisors. Our trusted relationships bolster your provision of critical information, forming a trusted team on which decision-makers can comfortably rely. We seek to position you to serve a strategic advisory role to these important representatives, and to be ready to serve business needs when the opportunity arises.

## Scope of Work & Deliverables

### Deliverables:

TMG is prepared to provide the services listed below as described by the client. Said list is negotiable as desired by the client:

1. **Relationship Development and Management** – TMG will identify key decision makers within Obama Administration, House and Senate to enhance the overall image and, advance the strategic goals of the government of Group DF. TMG will arrange meetings for Group DF with key decision-makers or their staff in an effort to develop new relationships and strengthen existing ones. Our goal is to develop Agency and Hill champions for Group DF's strategic goals and objectives. TMG will also prepare and accompany Group DF principals and/or embassy staff, as designated by the management team of Group DF, on meetings with key policy and decision makers. TMG will consult and provide strategic advice to Group DF principals who will serve as the voice of Group DF.

   We will use our contacts to work with the Senate Foreign Relations Committee and House International Relations Committee, the Department of State and the US Trade Representative to advance Group DF's strategic goals.

4

   a. We would also leverage our extensive relationships with the Congressional Black Caucus and Congressional Hispanic Caucus, the White House, State Department and United States Trade Representative to initiate and develop new, long lasting relationships with these non-traditional constituencies and;

   b. TMG will also work with think tanks and key third parties to raise the profile of the Group DF and enhance its perception domestically.

2  **Strategic Advocacy, Education and Policy Monitoring** – TMG will facilitate meetings with key policy makers and agency heads that will allow Group DF to advance the strategic goals of the Group DF via advocacy and education, providing key messages and talking points. TMG will also monitor and report on developments affecting the regulatory and/or legislative process within the respective jurisdiction(s).

3  **Legislative and Policy Updates** – TMG will provide Group DF with regular monthly updates on developments related to the implementation, and administration of legislative initiatives, and regulations of interest, with quotes from participants in hearings, mark-ups and other segments of the process. We would also provide action alerts to the principals and staff of Group DF complete with strategic advice on how to impact the process, and the decision makers that need to be contacted.

4  **Develop Message Strategy for US Government**: Whether we stop regulations, have a regulation overturned or create an exemption or waiver, it will be important to develop and adhere to a strategy based on messaging that advances our goals.

Consistent with that will be:

   a.  Develop a positioning statement. This will answer such questions as: When someone thinks of Group DF and its executives, what will they think? What impressions will they have? What key characteristics, attributes, achievements? TMG would work with the PR professionals used by Group DF to hone these messages.

5

   b. <u>Targeted Outreach to Key Officials</u>. Using information gathered from media monitoring, we can quickly initiate relationships with reporters who are working on stories about Group DF and its executives and founders. The sooner we can communicate key messages to leaders in the US Government, the greater our chances for influencing the outcome of any regulatory or legislative action.

   c. <u>Reiterate key messages to US Officials</u>. The key messages are to be used in any direct communications with leaders in the US Government.

**Communication & Calendar of Expectation:**

Representatives from TMG and Group DF may participate in regularly scheduled conference calls in which strategic updates and proposed next steps will be developed. Follow up notes from the calls will be drafted by TMG and submitted to Group DF for review. The frequency of these meetings is at the discretion of Group DF and may also occur in person, per the advisement of Group DF.

It would be our privilege to work with Group DF as it begins what is sure to be a successful government relations campaign. The biographies of our key Principles are attached for your review. Please let us know if you have questions or need further information. Thank you for considering The Madison Group, LLC as a possible Washington partner for Group DF.

We look forward to continuing the discussion through to conclusion. We are happy to provide benchmarks and principals assigned to execute upon request.

Respectfully,

MARCUS SEBASTIAN MASON
Senior Partner
The Madison Group, LLC
mmason@madisongr.com