# EXHIBIT 16

| | |
|---|---|
| From: | imaad zuberi [████mindspring.com] |
| Sent: | 9/14/2014 12:21:01 AM |
| To: | ████████████████████ |
| CC: | Robert Shetler-Jones [████████@GroupDFI.com] |
| Subject: | FW: |
| Attachments: | тезисы 9_9_14.doc |

Can you please translate. I am copying Robert if he wants something translated in the future and/or need help on Ukraine Conference he will attend in Vienna.

Thanks
imaad

-----Original Message-----
From: Robert Shetler-Jones [mailto:Robert.████████groupdfi.com]
Sent: Saturday, September 13, 2014 3:58 PM
To: imaad zuberi
Subject: Fw:

Sent from my BlackBerry 10 smartphone on the O2 network.
  Original Message
From: ████████i@granovski.com
Sent: Thursday, 11 September 2014 11:46
Cc: Robert Shetler-Jones
Subject:


---
This email is free from viruses and malware because avast! Antivirus protection is active.
http://www.avast.com




*Для обсуждения*

1. Поиск мирного решения на юго-востоке, которое предполагало бы сохранение этих территорий в составе Украины. Эти решения должны быть приняты со стороны Луганской и Донецкой областей. Возможно этот статус на первом этапе будет временным, пока не будет согласовано общие принципы конституционной реформы. Условия прекращения поддержки сепаратистов, а также вопросы комплексного управления границами в местах военного конфликта.
2. НАТО – нейтральный статус для Украины.
3. Признание самоопределения Украины, в т.ч. ориентации ЕС., корреляция этих действий с действиями по созданию свободной зоны торговли между ЕС-Россия, Визовая либерализация для граждан российской федерации, механизмы согласования ЕС и Таможенного союза (стандарты, нормы, сертификаты и т.д.)

*А так же другие вопросы*

4. Отмена санкций
5. Особый статус для Крыма (модели Гонконга, новый референдум в течение x лет), особый статуса Севастополя, финансирование совместных с европейскими финансовыми институтами инфраструктурных проектов на Украине и в Крыму
6. Трехстороннее сотрудничество по укреплению русско-украинских совместных предприятий в различных секторах (авиастроение, машиностроение, судостроение, сельское хозяйство, энергетика)
7. Реализация соглашений Meseberg (Молдова / Приднестровье)

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| Sent: | 9/14/2014 1:57:10 AM |
| To: | imaad▮▮▮▮▮[mindspring.com] |
| CC: | Robert Shetler-Jones ▮▮▮▮▮[groupdfi.com] |
| Subject: | Re: FW: |
| Attachments: | Talking Points (English and Russian Versions).doc |

Good Evening,

Imaad, - thank you for the introduction.

Robert, - please take a look at the enclosed attachment, and let me know if this works for you?

Best regards,

▮▮▮



*For discussion:*

1. Search for a peaceful resolution [of conflict] in the southeast, which assumes preservation of these territories under the sovereignty of Ukraine. These decisions must be made by representatives of the Luhansk and Donetsk regions. It is possible this status would be temporary at the initial stage, while the principles of constitutional reform are being agreed upon. Conditions for stopping support of separatists, and the questions of comprehensive border management in areas of military conflict.

2. NATO – neutral status for Ukraine

3. The recognition of Ukraine's self-determination, i.e. orientation vis-à-vis the EU, the correlation of these actions with those for creation of a free economic zone between the EU and Russia, visa liberalization for Russian citizens, the mechanisms for agreement on EU and the Customs Union (standards, norms, certifications, et al.)

*As well as other questions:*

4. Cancelation of sanctions
5. Special status for Crimea (the Hong Kong model, a new referendum in the course of x years), a special status for Sevastopol, joint financing with the European financing institutions for infrastructural projects in Ukraine and Crimea
6. Three-party cooperation on strengthening joint Russian-Ukrainian enterprises in various sectors (aeronautics, automotive, shipbuilding, agriculture, energy)
7. Resolution of the Meseberg agreements (Moldova, Transdniestria)

*Для обсуждения*

1. Поиск мирного решения на юго-востоке, которое предполагало бы сохранение этих территорий в составе Украины. Эти решения должны быть приняты со стороны Луганской и Донецкой областей. Возможно этот статус на первом этапе будет временным, пока не будет согласовано общие принципы конституционной реформы. Условия прекращения поддержки сепаратистов, а также вопросы комплексного управления границами в местах военного конфликта.
2. НАТО – нейтральный статус для Украины.
3. Признание самоопределения Украины, в т.ч. ориентации ЕС., корреляция этих действий с действиями по созданию свободной зоны торговли между ЕС-Россия, Визовая либерализация для граждан российской федерации, механизмы согласования ЕС и Таможенного союза (стандарты, нормы, сертификаты и т.д.)

*А так же другие вопросы*

4. Отмена санкций
5. Особый статус для Крыма (модели Гонконга, новый референдум в течение х лет), особый статуса Севастополя, финансирование совместных с европейскими финансовыми институтами инфраструктурных проектов на Украине и в Крыму
6. Трехстороннее сотрудничество по укреплению русско-украинских совместных предприятий в различных секторах (авиастроение, машиностроение, судостроение, сельское хозяйство, энергетика)
7. Реализация соглашений Meseberg (Молдова / Приднестровье)

| From: | imaad zuberi [▮▮▮@mindspring.com] |
|---|---|
| Sent: | 12/9/2014 5:29:27 PM |
| To: | imaad zuberi [▮▮▮@mindspring.com] |
| Subject: | FW: [FWD: FW: FW 12/9 to 12/12 Washington schedule] |

Imaad:

Here is your schedule from Tuesday December 9 to Friday December 12

Tuesday 9
- Congressman Dana Rohrabacher phone
- ▮▮▮
- Congressman Keith Ellison meeting/phone
- Congresswoman Maxine Waters meeting/phone
- Department of Defense Re: contract discussion
- Senator Shelton Whitehouse meeting/phone
- Senator Jon Tester meeting/phone
- Shahid Khan Re: Department of Homeland Security
- Senator John McCain Chairman Senate Armed Services Committee meeting/phone. Please let Senator Lindsey Graham know for him to participate
- Ambassador Lt. Col. Abdullah bin Muhammad bin Rashid al-Khalifa - Bahrain Embassy Washington. Text him
- Ambassador Kairat Umarov - Kazakhstan Embassy Washington. Text him
- 6pm: Ukraine dinner with VP Biden
- 8.30pm: Tuesday dinner with Eliot Engel Ranking House Foreign Affairs Committee

Wednesday 10
- 7am: Morning timing: HC + President. The White House
- 11am: Qorvis Bassel, Robert and etc. 1201 Connecticut Ave, NW, Suite 500, Washington, DC 20036
- 1.30pm: Congressman Ed Royce Chairman House Foreign Affairs Committee
- 3pm National Republican Senatorial Committee 425 Second Street NE Washington, D.C. 20001
- 5pm: HFAC reception
- 6.30pm: The White House holiday reception. The White House South Gate
- 

Thursday 11
- 7.30am: Breakfast with Senator Bob Menendez Chairman Senate Foreign Relations Committee. Text him when arrive in Washington
- 10am: Nelson Mullins with Vinoda, Robert and etc. 101 Constitution Ave, NW
- Pat Casey meeting/phone Re: investment

Friday 12
- Day blocked off for CRH

Renee

 This email is free from viruses and malware because avast! Antivirus protection is active.




| | |
|---|---|
| From: | imaad zuberi [_____@mindspring.com] |
| Sent: | 1/12/2015 5:32:45 PM |
| To: | imaad zuberi [_____@mindspring.com] |
| Subject: | FW: Letters |
| Attachments: | 20150109165624793.pdf; 20150109165630704.pdf; 20150109165618829.pdf |

We will take apart "Putin's toy" also known as "Gazprom". It is Right vs Evil. America is Right and Putin is Evil. People in Texas have a saying: Don't mess with Texas. I have a saying: Don't fuck with America!

imaad

---

**From:** imaad zuberi
**Sent:** Monday, January 12, 2015 9:04 AM
**To:** Lord Richard Risby - House of Lords; Karl-Georg Wellmann – German Parliament; Lord Raymond Oxford Asquith Earl of Oxford and Asquith
**Cc:** Boris Krasnyansky; 'EJHolding'; Robert Shetler-Jones
**Subject:** FW: Letters

Here are the letters for you (Richard, Raymond and Karl-Georg) from Ed and Eliot to make this an official trip. I think you will get these same letters via our embassies as well.

In addition to talking about the Ukraine rebuilding fund, I think it would be worthwhile to discuss both Western and Eastern European energy needs when you are in Washington.
Specifically to discuss US oil and gas exports to Europe.

We will call US Energy Department (cabinet administration) and members who deal with these issues in Senate and House to discuss this. US rules and regulations are being changed to make this happen.

imaad

---

**From:** Jason Steinbaum – Director Foreign Affairs Committee (US Congress)
**Sent:** Monday, January 12, 2015 7:48 AM
**To:** imaad zuberi
**Cc:** Bill Weitz – Chief of Staff
**Subject:** Letters

Imaad,

These letters were sent last week.

Best for the New Year,

Jason

Jason Steinbaum
Director
Committee on Foreign Affairs

---

This email has been checked for viruses by Avast antivirus software.
www.avast.com



EDWARD R. ROYCE, CALIFORNIA
CHAIRMAN

CHRISTOPHER H. SMITH, NEW JERSEY
ILEANA ROS-LEHTINEN, FLORIDA
DANA ROHRABACHER, CALIFORNIA
STEVE CHABOT, OHIO
JOE WILSON, SOUTH CAROLINA
MICHAEL T. McCAUL, TEXAS
TED POE, TEXAS
MATT SALMON, ARIZONA
TOM MARINO, PENNSYLVANIA
JEFF DUNCAN, SOUTH CAROLINA
ADAM KINZINGER, ILLINOIS
MO BROOKS, ALABAMA
TOM COTTON, ARKANSAS
PAUL COOK, CALIFORNIA
GEORGE HOLDING, NORTH CAROLINA
RANDY K. WEBER SR., TEXAS
SCOTT PERRY, PENNSYLVANIA
STEVE STOCKMAN, TEXAS
RON DESANTIS, FLORIDA
TREY RADEL, FLORIDA
DOUG COLLINS, GEORGIA
MARK MEADOWS, NORTH CAROLINA
TED S. YOHO, FLORIDA
LUKE MESSER, INDIANA

AMY PORTER       THOMAS SHEEHY
CHIEF OF STAFF   STAFF DIRECTOR



One Hundred Thirteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

ELIOT L. ENGEL, NEW YORK
RANKING DEMOCRATIC MEMBER

ENI F. H. FALEOMAVAEGA, AMERICAN SAMOA
BRAD SHERMAN, CALIFORNIA
GREGORY W. MEEKS, NEW YORK
ALBIO SIRES, NEW JERSEY
GERALD E. CONNOLLY, VIRGINIA
THEODORE E. DEUTCH, FLORIDA
BRIAN HIGGINS, NEW YORK
KAREN BASS, CALIFORNIA
WILLIAM KEATING, MASSACHUSETTS
DAVID CICILLINE, RHODE ISLAND
ALAN GRAYSON, FLORIDA
JUAN VARGAS, CALIFORNIA
BRADLEY S. SCHNEIDER, ILLINOIS
JOSEPH P. KENNEDY III, MASSACHUSETTS
AMI BERA, CALIFORNIA
ALAN S. LOWENTHAL, CALIFORNIA
GRACE MENG, NEW YORK
LOIS FRANKEL, FLORIDA
TULSI GABBARD, HAWAII
JOAQUIN CASTRO, TEXAS

JASON STEINBAUM
DEMOCRATIC STAFF DIRECTOR

January 9, 2015

The Honorable Karl-Georg Wellmann
Member of the German Parliament
Platz der Republik 1, D-11011
Berlin, Germany

Dear Mr. Wellmann:

We are keenly interested in issues affecting Europe and are, in particular, closely following questions regarding how European energy needs can be met in the future and how we can together support Ukrainian democracy and economic development.

Thus it is our pleasure to invite you to meet with us to discuss these important matters and to exchange information about other critical Trans Atlantic issues.

We hope you share our interest and that we can soon meet. Thank you once again and best wishes.

Sincerely,

Edward R. Royce
Chairman

Eliot L. Engel
Ranking Member

EDWARD R. ROYCE, CALIFORNIA
CHAIRMAN

CHRISTOPHER H. SMITH, New Jersey
ILEANA ROS-LEHTINEN, Florida
DANA ROHRABACHER, California
STEVE CHABOT, Ohio
JOE WILSON, South Carolina
MICHAEL T. McCAUL, Texas
TED POE, Texas
MATT SALMON, Arizona
TOM MARINO, Pennsylvania
JEFF DUNCAN, South Carolina
ADAM KINZINGER, Illinois
MO BROOKS, Alabama
TOM COTTON, Arkansas
PAUL COOK, California
GEORGE HOLDING, North Carolina
RANDY K. WEBER SR., Texas
SCOTT PERRY, Pennsylvania
STEVE STOCKMAN, Texas
RON DeSANTIS, Florida
TREY RADEL, Florida
DOUG COLLINS, Georgia
MARK MEADOWS, North Carolina
TED S. YOHO, Florida
LUKE MESSER, Indiana

AMY PORTER           THOMAS SHEEHY
Chief of Staff       Staff Director



One Hundred Thirteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

ELIOT L. ENGEL, New York
RANKING DEMOCRATIC MEMBER

ENI F.H. FALEOMAVAEGA, American Samoa
BRAD SHERMAN, California
GREGORY W. MEEKS, New York
ALBIO SIRES, New Jersey
GERALD E. CONNOLLY, Virginia
THEODORE E. DEUTCH, Florida
BRIAN HIGGINS, New York
KAREN BASS, California
WILLIAM KEATING, Massachusetts
DAVID CICILLINE, Rhode Island
ALAN GRAYSON, Florida
JUAN VARGAS, California
BRADLEY S. SCHNEIDER, Illinois
JOSEPH P. KENNEDY III, Massachusetts
AMI BERA, California
ALAN S. LOWENTHAL, California
GRACE MENG, New York
LOIS FRANKEL, Florida
TULSI GABBARD, Hawaii
JOAQUIN CASTRO, Texas

JASON STEINBAUM
Democratic Staff Director

January 9, 2015

The Honorable Lord Richard Risby
Member, House of Lords
London SW1P 3JU
United Kingdom

Dear Lord Risby:

We are keenly interested in issues affecting Europe and are, in particular, closely following questions regarding how European energy needs can be met in the future and how we can together support Ukrainian democracy and economic development.

Thus it is our pleasure to invite you to meet with us to discuss these important matters and to exchange information about other critical Trans Atlantic issues.

We hope you share our interest and that we can soon meet. Thank you once again and best wishes.

Sincerely,

Edward R. Royce
Chairman

Eliot L. Engel
Ranking Member



One Hundred Thirteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

January 9, 2015

The Honorable Lord Raymond Oxford
Member, House of Lords
The Manor House, Mells, Frome
Somerset, United Kingdom BA11 3PN

Dear Lord Oxford:

We are keenly interested in issues affecting Europe and are, in particular, closely following questions regarding how European energy needs can be met in the future and how we can together support Ukrainian democracy and economic development.

Thus it is our pleasure to invite you to meet with us to discuss these important matters and to exchange information about other critical Trans Atlantic issues.

We hope you share our interest and that we can soon meet. Thank you once again and best wishes.

Sincerely,

Edward R. Royce
Chairman

Eliot L. Engel
Ranking Member