# EXHIBIT 17

**From:** ███
**To:** OBrien, Daniel J. (USACAC)
**Cc:** Park, Hans (LA) (FBI); Lucero John M (CI)
**Subject:** RE: Zuberi sentencing question
**Date:** Thursday, October 29, 2020 10:35:18 AM

Dan,

In response to your question, my client's best recollection is that he left his phone in the car at the gas station because Mr. Zuberi asked him to.

Best,

███

---

**From:** OBrien, Daniel J. (USACAC) <███@usdoj.gov>
**Sent:** Friday, October 23, 2020 6:15 PM
**To:** ███
**Cc:** Park, Hans (LA) (FBI) <███@fbi.gov>; Lucero John M (CI) <███@ci.irs.gov>
**Subject:** Zuberi sentencing question

Hello, ███ Hope all is well with you and ███, especially in light of the pandemic.

There is a factual dispute with respect to ███ at Mr. Zuberi's sentencing. I'm asking that your client resolve it if he can. **Can your client explain why he left his cell phone in the car during his meeting with Mr. Zuberi near LAX in May 2017?** My recollection was that he provided the reason during the FBI interview, but the 302 does not state the particular reason.

**The 302 does relate the following:**

> ZUBERI would sometimes ask for ███ to turn off his phone. This happened two or three times. These instances occurred after the inauguration.
>
> ......
>
> ███ advised that ZUBERI had expressed concerns about being followed by the FBI. ZUBERI was driving in a Jeep SUV while he and ███ were in Los Angeles. ZUBERI did not want to discuss anything in the vehicle. ZUBERI explained to ███ at some point he was having "tax issues." ███ believed that ZUBERI was also having another issue. ███ **left his phone in the car when he and ZUBERI exited the car to speak.** ZUBERI had told ███ not to speak with the FBI. ZUBERI gave the impression that ZUBERI would pay for ███'s attorney if necessary.

If ███ has a recollection, I'd appreciate a short statement of some sort and would defer to you as to how to relay it. Whether it be a declaration, letter, or email, I would file this statement under seal in our final sentencing filing which is due on November 9.

Thank you for your cooperation.

--Dan