# EXHIBIT 18A

| UAE standard No. | Full Name | Port Type | Port Name | Date of movement | type of movement | Passport No. | Property Desc. |
|---|---|---|---|---|---|---|---|
| ■ | ■ | Airport | Dubai Int'l | 13/01/2018 | Entering the country | ■ | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 14/01/2018 | Departing the country | | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 16/02/2018 | Entering the country | | DXBSF-FP Sheikh Zayed RD. |
| | | Airport | Dubai Int'l | 17/02/2018 | Departing the country | | DXBSF-FP Sheikh Zayed RD. |
| | | Airport | Dubai Int'l | 21/02/2018 | Entering the country | | DXBHP |
| | | Airport | Dubai Int'l | 22/02/2018 | Departing the country | | DXBHP |
| | | Airport | Dubai Int'l | 10/03/2018 | Entering the country | | |
| | | Airport | Dubai Int'l | 11/03/2018 | Departing the country | | |
| | | Airport | Dubai Int'l | 14/03/2018 | Entering the country | | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 15/03/2018 | Departing the country | | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 21/03/2018 | Entering the country | | DXBSF-FP Sheikh Zayed RD. |
| | | Airport | Dubai Int'l | 22/03/2018 | Departing the country | | DXBSF-FP Sheikh Zayed RD. |
| | | Airport | Dubai Int'l | 04/04/2018 | Entering the country | | |
| | | Airport | Dubai Int'l | 05/04/2018 | Departing the country | | |
| | | Airport | Dubai Int'l | 15/04/2018 | Entering the country | | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 16/04/2018 | Departing the country | | DXBMD-MD hotel& conf. |
| | | Airport | Dubai Int'l | 11/05/2018 | Entering the country | | |
| | | Airport | Dubai Int'l | 12/05/2018 | Departing the country | | |
| | | Airport | Dubai Int'l | 18/06/2018 | Entering the country | | |
| | | Airport | Dubai Int'l | 19/06/2018 | Departing the country | | |
| | | Airport | Dubai Int'l | 24/06/2018 | Entering the country | | |
| | | Airport | Dubai Int'l | 24/06/2018 | Departing the country | | |