# EXHIBIT 18B

Case 2:19-cr-00642-VAP Document 256-76 *SEALED* Filed 12/10/21 Page 2 of 6 Page ID #:4929



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**

10/30/2020 15:13 EDT  Generated By: ██████  Page 1 of 30

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZUBERI | IMAAD SHAH | | P | | 08/15/2020 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 03/09/2020 00:00 | UA | 923 | O | | | APIS | NOT ON BOARD | | LHR | LAX |
| ZUBERI | IMAAD | | | | 02/20/2020 00:00 | EK | 215 | I | | | APIS | NOT ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 02/09/2020 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 02/02/2020 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 01/16/2020 00:00 | CA | 983 | I | | | APIS | NOT ON BOARD | | LAX | PEK |
| ZUBERI | IMAAD SHAH | | P | | 01/08/2020 16:49 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD | | P | | 01/07/2020 00:00 | EK | 215 | I | | | APIS | NOT ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 12/25/2019 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 10/14/2019 17:39 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 10/07/2019 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 10/01/2019 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD | | P | | 09/14/2019 00:00 | SV | 42 | O | | | APIS | NOT ON BOARD | | JED | LAX |
| ZUBERI | IMAAD SHAH | | P | | 09/12/2019 17:47 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 09/08/2019 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 09/02/2019 17:35 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 08/25/2019 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 08/17/2019 21:19 | UA | 199 | I | A278 | TRAN, HUONG | APIS | ON BOARD | | LAX | PVG |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

10/30/2020 15:13 EDT　　　　　　　　　　Generated By: ▓▓▓▓▓▓　　　　　　　　　Page 2 of 30

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZUBERI | IMAAD S | ▓ |  |  | 08/16/2019 00:00 | UA | 199 | I |  |  | APIS | NOT ON BOARD |  | LAX | PVG |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 08/10/2019 00:00 | CA | 988 | O |  |  | APIS | ON BOARD |  | PEK | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 08/01/2019 00:00 | UA | 198 | O |  |  | APIS | NOT ON BOARD |  | PVG | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 08/01/2019 00:00 | UA | 923 | O |  |  | APIS | NOT ON BOARD |  | LHR | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 07/28/2019 17:18 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 07/14/2019 00:00 | CA | 988 | O |  |  | APIS | ON BOARD |  | PEK | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 07/10/2019 17:37 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD | ▓ | P | ▓ | 07/09/2019 00:00 | EK | 215 | I |  |  | APIS | NOT ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 06/16/2019 00:00 | UA | 923 | O |  |  | APIS | ON BOARD |  | LHR | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 06/08/2019 17:18 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 05/21/2019 00:00 | EK | 216 | O |  |  | APIS | ON BOARD |  | DXB | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 05/11/2019 17:03 | EK | 215 | I | A273 | APC TBIT AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD | ▓ | P | ▓ | 05/10/2019 00:00 | EK | 215 | I |  |  | APIS | NOT ON BOARD |  | LAX | DXB |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 04/23/2019 00:00 | UA | 923 | O |  |  | APIS | ON BOARD |  | LHR | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 04/15/2019 20:09 | UA | 935 | I | A278 | APC T7 AUTOMATED PASSPORT CONTROL, LAX | APIS | ON BOARD |  | LAX | LHR |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 04/04/2019 00:00 | CA | 984 | O |  |  | APIS | ON BOARD |  | PEK | LAX |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 03/31/2019 19:50 | UA | 935 | I | A278 | 25 GLOBAL ENTRY KIOSK, KIOSK | APIS | ON BOARD |  | LAX | LHR |
| ZUBERI | IMAAD SHAH | ▓ | P | ▓ | 03/24/2019 00:00 | QR | 740 | O |  |  | APIS | ON BOARD |  | DOH | LAX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**

10/30/2020 15:13 EDT        Generated By:        Page 3 of 30

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZUBERI | IMAAD SHAH | | P | | 03/21/2019 17:13 | EK | 215 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 03/03/2019 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 02/24/2019 15:53 | EK | 215 | I | A273 | 14 GLOBAL ENTRY KIOSK, KIOSK | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 02/16/2019 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 02/14/2019 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 01/23/2019 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 01/19/2019 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 01/12/2019 16:39 | EK | 215 | I | A273 | PACHECO, DIANA | APIS | ON BOARD | CUSTOMS | LAX | DXB |
| ZUBERI | IMAAD | | | | 01/10/2019 00:00 | EK | 215 | I | | | APIS | NOT ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 12/30/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/29/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/26/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/23/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/19/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/18/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/17/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/16/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/08/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/05/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 12/02/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 11/18/2018 20:25 | NH | 106 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | PASSENGER | | LAX | HND |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**

10/30/2020 15:13 EDT  Generated By: ▮  Page 4 of 30

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZUBERI | IMAAD SHAH | | P | | 11/15/2018 00:00 | QR | 739 | I | | | APIS | NOT ON BOARD | | LAX | DOH |
| ZUBERI | IMAAD SHAH | | P | | 11/10/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 11/03/2018 19:40 | UA | 199 | I | A278 | LN01 K01 GLOBAL ENTRY KIOSK, T7 | APIS | ON BOARD | | LAX | PVG |
| ZUBERI | IMAAD S | | | | 11/02/2018 00:00 | UA | 199 | I | | | APIS | NOT ON BOARD | | LAX | PVG |
| ZUBERI | IMAAD S | | | | 11/01/2018 00:00 | UA | 199 | I | | | APIS | NOT ON BOARD | | LAX | PVG |
| ZUBERI | IMAAD SHAH | | P | | 10/16/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 10/14/2018 16:58 | EK | 215 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 10/13/2018 00:00 | EK | 215 | I | | | APIS | NOT ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 10/06/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD S | | | | 09/29/2018 00:00 | UA | 1514 | O | | | APIS | NOT ON BOARD | | PUJ | EWR |
| ZUBERI | IMAAD SHAH | | P | | 09/08/2018 00:00 | UA | 923 | O | | | APIS | NOT ON BOARD | | LHR | LAX |
| ZUBERI | IMAAD SHAH | | P | | 09/06/2018 14:30 | UA | 984 | I | A281 | TERM G GLOBAL ENTRY KIOSK, SFO | APIS | PASSENGER | | SFO | CDG |
| ZUBERI | IMAAD S | | | | 09/06/2018 00:00 | UA | 935 | I | | | APIS | NOT ON BOARD | | LAX | LHR |
| ZUBERI | IMAAD | | P | | 08/12/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 08/05/2018 20:17 | UA | 935 | I | A278 | LN01 K03 GLOBAL ENTRY KIOSK, T7 | APIS | ON BOARD | | LAX | LHR |
| ZUBERI | IMAAD SHAH | | P | | 07/21/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 07/17/2018 17:14 | EK | 215 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD | | P | | 07/16/2018 00:00 | EK | 215 | I | | | APIS | NOT ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 06/20/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD | | | | 06/19/2018 00:00 | TK | 10 | O | | | APIS | NOT ON BOARD | | IST | LAX |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**

10/30/2020 15:13 EDT     Generated By:     Page 5 of 30

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ZUBERI | IMAAD SHAH | | P | | 06/19/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 06/10/2018 16:28 | EK | 215 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | PASSENGER | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 05/21/2018 00:00 | EK | 216 | O | | | APIS | ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 05/14/2018 17:03 | QR | 739 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | ON BOARD | | LAX | DOH |
| ZUBERI | IMAAD SHAH | | P | | 04/21/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 04/21/2018 00:00 | EK | 216 | O | | | APIS | NOT ON BOARD | | DXB | LAX |
| ZUBERI | IMAAD SHAH | | P | | 04/03/2018 10:05 | EK | 213 | I | A522 | GLOBAL ENTRY KIOSK, FLLLANE1 | APIS | ON BOARD | | FLL | DXB |
| ZUBERI | IMAAD SHAH | | P | | 03/26/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 03/22/2018 00:00 | QR | 708 | O | | | APIS | NOT ON BOARD | | DOH | IAD |
| ZUBERI | IMAAD SHAH | | P | | 03/20/2018 16:02 | QR | 707 | I | A541 | MAIN TERM GLOBAL ENTRY KIOSK, IAD | APIS | ON BOARD | | IAD | DOH |
| ZUBERI | IMAAD SHAH | | P | | 03/17/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 03/01/2018 16:36 | EK | 215 | I | A273 | RILLO, VIGILANTE | APIS | ON BOARD | CUSTOMS | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 02/27/2018 00:00 | QR | 739 | I | | | APIS | NOT ON BOARD | | LAX | DOH |
| ZUBERI | IMAAD SHAH | | P | | 02/19/2018 00:00 | UA | 990 | O | | | APIS | ON BOARD | | CDG | SFO |
| ZUBERI | IMAAD SHAH | | P | | 02/18/2018 00:00 | UA | 923 | O | | | APIS | NOT ON BOARD | | LHR | LAX |
| ZUBERI | IMAAD SHAH | | P | | 02/14/2018 16:07 | QR | 739 | I | A273 | 22 GLOBAL ENTRY KIOSK, KIOSK | APIS | ON BOARD | | LAX | DOH |
| ZUBERI | IMAAD SHAH | | P | | 02/09/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |
| ZUBERI | IMAAD SHAH | | P | | 01/28/2018 15:47 | EK | 215 | I | A273 | BULLPEN KIOSK 1 GLOBAL ENTRY KIOSK, TBIT | APIS | ON BOARD | | LAX | DXB |
| ZUBERI | IMAAD SHAH | | P | | 01/15/2018 00:00 | QR | 740 | O | | | APIS | ON BOARD | | DOH | LAX |

**For Official Use Only / Law Enforcement Sensitive**