TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP |
| --- | --- |
| Plaintiff, | No. LACR20-155-VAP |
| v. | REDACTED DECLARATION OF DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S SENTENCING POSITION RE FOREIGN AGENT REGISTRATION ACT VIOLATIONS; REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #97) PER COURT'S ORDER DATED 2/9/17 |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
 4  Assistant United States Attorney
    Public Corruption & Civil Rights Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2468
 7       Facsimile: (213) 894-2927
         E-mail:    daniel.obrien@usdoj.gov
 8  ELISA FERNANDEZ (Cal. Bar No. 172004)
    Assistant United States Attorney
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR. 25, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: CC DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. CR 19-642-VAP |
|---|---|
| Plaintiff, | DECLARATION OF AUSA DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S SENTENCING POSITION RE FOREIGN AGENT REGISTRATION ACT VIOLATIONS; EXHIBITS |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | Date: May 18, 2010<br>Time: 9:00 a.m.<br>Courtroom: 8A |
| | (UNDER SEAL) |

**DECLARATION OF AUSA DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California assigned to the prosecution of United States v. Imaad Shah Zuberi, CR No. 19-642-VAP. I make this declaration in support of the government's sentencing position re defendant's Foreign Agent Registration Act ("FARA") violations and his failure to comply with the terms of his plea agreement.

2. Attached as Exhibits 1, 2, 3, and 4 are timelines that summarize documents, including emails, messages, Federal Election Commission records, and financial records, compiled during the investigation of this matter.

3. Exhibit 1 focuses on defendant Zuberi's lobbying activity on behalf of ▇▇▇▇▇▇▇▇▇▇▇▇

4. Exhibit 2 focuses on defendant Zuberi's lobbying activity on behalf of the Turkish government.

5. Exhibit 3 focuses on defendant Zuberi's lobbying activity on behalf of certain members of the Libyan government and ▇▇▇▇▇▇▇▇▇▇

6. Exhibit 4 focuses on defendant Zuberi's lobbying activity on behalf of Dimitry Firtash, a citizen of the Ukraine, and Group DF, an entity under Firtash's control.

7. Attached as Exhibit 5 is a spreadsheet political campaign contributions paid and solicited by Zuberi in violation of the Federal Election Campaign Act ("FECA"). Information set forth in Columns A through F was obtained from Federal Election Commission ("FEC") records. Information set forth in Columns G through I was

obtained from financial accounts and describe how the FECA contributions were initially made. Information set forth in Columns J through L was obtained from banking records and describes advances or reimbursements that funded some of the initial payments.

8. Attached as Exhibit 6 are excerpts of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

9. Attached as Exhibit 7 are excerpts of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. Attached as Exhibit 8 is a news article published by Businesswire announcing Avenue Venture's investment in Al Areen Holding Company.

11. Attached as Exhibit 9 is an Avenue Ventures consulting contract with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

12. Attached as Exhibit 10 are WhatsApp communications between Zuberi and ▇▇▇▇▇▇▇▇ for the period April 20 through May 10, 2016 and December 11 through December 30, 2016.

//
//
//
//

2

1      13.   Attached as Exhibit 11 are WhatsApp communications between
2 Zuberi and ███████████ for the period April 15 through June 15,
3 2015.
4      I declare under penalty of perjury that the foregoing
5 is true and correct.
6      Executed this 16th day of March at Los Angeles, California.

                              /s/ *Daniel J. O'Brien*
                              Daniel J. O'Brien

3

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 17, 2020, I deposited in the United States mail at the United States Courthouse in the above-titled action, in an envelope bearing the requisite postage, a copy of: service was:

**Declaration of AUSA Daniel J. O'Brien in support of government's sentencing position re foreign agent registration act violations; exhibits)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☒ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☐ By Email, as follows:

☐ By Federal Express, as follows:

Thomas Peter O'Brien
Browne George Ross LLP
801 S. Figueroa St., Suite 2000
Los Angeles, CA 90017

Evan J Davis
Hochman Salkin Toscher Perez PC
9150 Wilshire Blvd., Suite 300
Beverly Hills, CA 90012-3414

Ivy A Wang
Browne George Ross LLP
801 S. Figueroa St., Suite 2000
Los Angeles, CA 90017

Yoel Hanohov, USPO
300 N. Los Angeles Street, Suite 1300
Los Angeles, CA 90012

at their last known address, at which place there is a delivery service by United States mail.

    This Certificate is executed on December 16, 2019 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

                                          /s/ *Sandy Ear*
                                          SANDY EAR
                                          Legal Assistant