EXHIBIT 10

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
4/20/16, 12:09 PM - ██ you took pictures ? haha ha:)
4/20/16, 12:14 PM - Imaad: Yes
4/20/16, 12:38 PM - Imaad: Riyadh is in lock down because of the President and every
GCC dictator is begging for 1-on-1 meeting with him
4/22/16, 2:23 AM - Imaad: In Riyadh US Secret Service and Marines are the bosses not
Saudi security services. Even King's staff was security checked by US. This shows
you who is in charge even in their own country. However this is the

same in every country. The President is headed to London. UK services won't be in
charge. US services will be
4/22/16, 7:01 PM - Imaad: <Media omitted>
4/23/16, 4:18 PM - ██: imaad where ar you.
4/23/16, 4:20 PM - ██: i have 3 parlemet  guest here will make our job easier. ██
██████████████████████████████████████████████████

██████████████████
4/23/16, 4:21 PM - ██ please get me appoinment with ed, ellot  and a couple of
congresman or senator this monday or tuesday
4/23/16, 4:22 PM - ██  this will make good impresion on your project
4/23/16, 8:09 PM - Imaad: No more appointments until we go to Turkey first. Please
do not ask me again
4/23/16, 8:11 PM - ██ dont fucking ask me contribution tonyour friends. i just dont
have their info with me. only 10nminute  i
██████████████████████████████████████████
4/24/16, 12:30 AM - Imaad: I am at prophet's mosque in Medina. I don't have time to
call anyone. I am not interested in calling anyone. You have donated mere fraction
of what I have done. You are taking advantage of all the millions I

have spent over past 10 years. You have benefited enough from me.
I am tired. I will not do anything before I get signal this will work from Turkey.
Maybe you can ask Asif to help you? Enough is enough
4/24/16, 12:51 AM - ██ imaad. you are wrong. we will go turkey. this people are
very senior advisor and working on our project. it will be nice to see them.  i just
need you do this for me.  i told him that we can have an apoinment for

ed or elliot or one or two people.
4/24/16, 12:53 AM - ██: we can discuss this later. i did not have interest doing
this project. i amnonly talking them for you. yes it takes time. but we make
progress. my only personalnthings is some times visit them
4/24/16, 12:54 AM - Imaad: I will ask Eliot tomorrow. It is too late now
4/24/16, 12:54 AM - Imaad: What is their name and title?
4/24/16, 12:54 AM - ██: xan you ask ed royce ?
4/24/16, 12:56 AM - ██ ████████████████████████████████████████
██████████████████ ██████████████
4/24/16, 12:56 AM - ██
4/24/16, 12:57 AM - ██ let us see ed or elliot or cardies or raul
4/24/16, 12:57 AM - Imaad: I need in this format:
1) name
 Title:
2) name
 Title
and etc
4/24/16, 12:58 AM - Imaad: I will ask but most people don't really care about Turkey
██████████████████████████████████████████████████
4/24/16, 12:58 AM - Imaad: If they meet they will only do it as a favor
4/24/16, 12:59 AM - Imaad: Tony and Raul will be okay to meet
4/24/16, 12:59 AM - Imaad: I can call Tony in the morning
4/24/16, 1:01 AM - ██ but ed royce for 10 minutes would be best
4/24/16, 1:02 AM - Imaad: Ed is tired. You didn't deliver what we discussed so I am
embarrassed to ask. He will probably say no

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
4/24/16, 1:02 AM - Imaad: Everything is a 2-way street
4/24/16, 1:04 AM - Imaad: You can't call people only when you need them. This is a relationship thing and you have not delivered
4/24/16, 1:05 AM - █████ common. i contribuyed ed and elliot on my personal and did not ask anything
4/24/16, 1:05 AM - Imaad: No nearly enough for what you ask
4/24/16, 1:06 AM - Imaad: Please don't text me we can discuss when we meet
4/24/16, 1:21 AM - Imaad: <Media omitted>
4/24/16, 1:22 AM - Imaad: <Media omitted>
4/24/16, 1:22 AM - Imaad: <Media omitted>
4/24/16, 1:23 AM - Imaad: <Media omitted>
4/24/16, 1:24 AM - Imaad: <Media omitted>
4/24/16, 1:25 AM - Imaad: <Media omitted>
4/24/16, 1:25 AM - Imaad: <Media omitted>
4/24/16, 1:25 AM - Imaad: <Media omitted>
4/24/16, 1:26 AM - Imaad: <Media omitted>
4/24/16, 1:26 AM - Imaad: <Media omitted>
4/24/16, 11:15 AM - █████ imaad thank you for efforts. they wil be leaving soon so we dont need the apointmensts
4/26/16, 5:57 AM - Imaad: Nothing arranged for Turkey?
4/26/16, 10:34 AM - █: yes they are combining efforts of ███████████████████. i met very right hand man of █ and talked to them about your construction project
4/26/16, 10:35 AM - █████ they will see you in ankara but they are coimg inn2nd here and until 5th
if you like to meet them in turkey let me know  when there
4/26/16, 10:42 AM - Imaad: When can you come to Turkey?
4/26/16, 11:01 AM - █████ yes i told them. now more people knows you idiot! :) you dont know what i am doing for you. and yet not hetting a 10 minutes apoinment. i am not part of your busines interest but helping you invest
4/26/16, 11:02 AM - Imaad: You need to be part of the Turkish business
4/26/16, 11:03 AM - Imaad: Call me
4/26/16, 11:37 AM - █████ i am working hard to put turkish americans business for this beatiful country
4/26/16, 11:59 AM - Imaad: beautiful women?
4/26/16, 2:00 PM - █: yes ofcoourse for beatiful women as well
5/1/16, 4:27 PM - █ imaad where are you. i got my ticket and coming monday night. so lynsey graham at 2pm and debbinis at 9 pm on tuesdah? is it ok
5/1/16, 4:41 PM - Imaad: Call me tonight. I a on flight to Los Angeles now
5/1/16, 4:42 PM - █ just tell me do you have evwnt on tuesday or not
5/1/16, 4:43 PM - █ i have to make my planing
5/1/16, 5:39 PM - Imaad: █████ I am on plane now from Dubai to Los Angeles. Can we please talk tonight?
5/1/16, 6:09 PM - █: if you tyoe this much , you can tdll me we have program tuesday or not. and later we can talk
5/1/16, 6:31 PM - Imaad: I don't have computer. If you are this busy then don't come
5/1/16, 6:31 PM - Imaad: It is in my computer
5/1/16, 6:45 PM - █ is that how you treat peope by sayiing dont come? . t is not being busy it is about booikng my flight  i  am not asking time i am asking do we have debbie and sen grahamnonntuesday
5/2/16, 12:15 AM - █ what time are you coming to la
5/2/16, 9:32 AM - Imaad: █████ I will perspire the events because I have body ache, headache, fever, stuff nose and etx
I probably caught this when I was at Unrah
5/2/16, 9:38 AM - █ you mean cancelling all evet? are you ok?
5/2/16, 10:12 AM - Imaad: High fever, sour throat, body ache, headache and etc
5/2/16, 10:12 AM - Imaad: Probably caught it at Umrah
5/2/16, 10:14 AM - █: may allah gibe shifa. are you canceling or postphonung the event? because i said to ███████████ that i am coming to tjose event you are hosting?
5/2/16, 1:38 PM - Imaad: I am only postponing tomorrow. Rest are the okay. I need one to get better after getting sick at Unrah
5/2/16, 1:38 PM - Imaad: Come for Thursday and Friday
5/2/16, 1:40 PM - █ thursday afternoon asif is doing huma event. you need to tell me waht time and is it  hilary or bill

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

5/2/16, 1:41 PM - Imaad: It is at the same time and it is not Asif doing the event. It is the Campaign doing he event

5/2/16, 1:52 PM - ███ is your evet hillary or bill.

5/2/16, 2:16 PM - Imaad: Yes

5/2/16, 2:22 PM - ███ ok what time and where so i can allign my self.i have also one customer visit

5/2/16, 2:38 PM - Imaad: I will call you

5/2/16, 5:16 PM - Imaad: ███████ I am serious about what I said. I am getting tired of helping you on your Turkish stuff. It is a 1- way stuff. I need to see some progress and go to Turkey. Till now I feel like I have wasted time and money

5/2/16, 5:20 PM - ███ ok what ever you want. i have.no benefit and dont want to get any benefit. but i am helping you. tbere is a alot of progress hapend so far. every one know a but you.. if ██████ is not serious he would not push

his scedule to come.

5/2/16, 5:20 PM - ███ to you LA

5/2/16, 5:20 PM - ███: be patient

5/2/16, 5:21 PM - Imaad: This is the last time I will do anything. I need to see some result from Turkish side

5/2/16, 5:21 PM - ███ tell him this. and you volunterr tondo this

5/2/16, 5:22 PM - Imaad: Please don't help me. I have enough. I will tell him this

5/2/16, 5:22 PM - ███: i talked to somany of themmabout you

5/2/16, 5:22 PM - ███ and they know you

5/2/16, 5:23 PM - Imaad: ███-I don't care and I have had enough of Turkish bullshit. This is the last time

5/2/16, 5:24 PM - ███ just go and take cafe your self. be calm :)

5/2/16, 5:24 PM - Imaad: Enough with your bullshit too. I need to see tangible results like meetings with

5/2/16, 5:24 PM - Imaad: Enough of your advise as well

5/2/16, 5:25 PM - Imaad: I am calm. I feel I am being used by you on your Turkish stuff

5/2/16, 5:25 PM - Imaad: This is the last time

5/2/16, 5:26 PM - ███ this means you are feeling better . i love you

5/2/16, 5:26 PM - Imaad: Most of these people ███████████████████████

5/2/16, 5:28 PM - Imaad: I will tell the ██████ this is the last time. I get million times more from Saudis for doing less than I have done for Turkey. Enough is enough

5/2/16, 5:29 PM - ███ yes you tell him

5/2/16, 5:56 PM - Imaad: ███-I am wasting my time on Turkey. To be honest, I don't want to host you nor Turkish because I had have enough. I do much less for many and get million times more. I don't want to do anything until I see some

result from Turkish side. I am being taken advantage of. This is how I feel

5/2/16, 5:57 PM - Imaad: I have enough. I don't need to do any project in Turkey

5/2/16, 6:00 PM - Imaad: Only come with the ██████ if you want me to be honest with him because I am going to tell him this. I spent several hours with him and you last year but nothing happened afterwards. If you say Turkish people

are ██████ then why you want me to be involved and help them? I don't have time to waste

5/2/16, 8:44 PM - Imaad: Please make sure you let the ██████ know that I am not happy for the one-way relationship. I get many times more from people others and do a lot less for them. This one-way relationship needs to end or

Turkish side needs to deliver

5/2/16, 9:24 PM - ███ it is not one way. he talked to ██████████ about you. i did same way. this is not saudi kingdom..it takes time

5/2/16, 9:58 PM - ███████████r told me that he has every intention to come and he is asking some permission or something from some place. for his coming to LA is a big thing it self.

5/2/16, 10:42 PM - Imaad: Okay

5/3/16, 3:13 AM - Imaad: ████

Page 6

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
It is not just Saudi Kingdom but other places as well (more democratic than Turkey).
Where I do much less than for Turkey but get way more
Again, I don't want to repeat myself but I am getting tired of one-way street
I need to start seeing some benefits otherwise we need to end these Turkish games
5/3/16, 3:14 AM – Imaad: Let's talk tomorrow
5/3/16, 7:52 AM – ▉ ok
5/3/16, 10:56 PM – Imaad: ▉▉▉ I am not interested in doing anything with you.
Please do not contact me again for any Turkish stuff. I am tired with all the
Turkish bullshit. Have ▉▉ do it
5/3/16, 10:59 PM – ▉ ok what ever boss. are you crazy? i am not doing anuthing
wiyh asif. in initial plan,thursday you did not have anything and i asked you if i
go to asif huma event.if ylu dont want i will not go. also i have good

residential project in istanbul. i will talked to about it
5/3/16, 11:00 PM – ▉ asif dont and can not n do any shit you do. how could you
comñare yourself to ▉▉?
5/3/16, 11:08 PM – Imaad: I am tired with all the bullshit. I arranged the dinner
with both Chairman and Ranking Member. The ▉▉▉▉▉▉ r could come then he couldn't
come. Turkish side keeping on asking for favors but has done nothing for

me. I am tired. I do not want to do anything. Believe it or no no one likes to deal
with ▉▉▉▉▉▉. You know many of them didn't even want to talk to
the ▉▉▉▉▉▉. I need to clear my life with unnecessary headaches
5/3/16, 11:11 PM – ▉ i understand. but with turkey things geting better. turkey
will be shining star and US most importan allly. Turkey is geting v
close to israil. erdogan changing towards tobus and israel. also there may ▉▉▉

5/3/16, 11:13 PM – ▉ ▉▉▉▉▉ was very very oosry..hw said hw could see you and
elliot nwxt week or afyer 23rd
5/3/16, 11:16 PM – ▉ i am upset too. i came to CA only for your events. tuesdaay
and wednesday you canceled . friday ▉▉▉▉ could not come.  it is not easy for
meto travle i am 54 man
  now i am going to fresno . i wil stay there m thursday morning i wilmsee a customer
and thurday nigt i plan to go back home
5/3/16, 11:17 PM – ▉ i can invite you to diner thursday nigt to be you. mu
brorltherm we dont haye to talk any political shit. do you accept my invitation?
5/3/16, 11:21 PM – ▉ what is the best dinner place you like in LA?  lets go to
spago?
5/4/16, 1:09 PM – Imaad: Where are you?
5/4/16, 1:09 PM – Imaad: Call me I am going to Saudi Consulate for lunch. You want
to come today with me?
5/4/16, 1:21 PM – ▉ since your event canceeld , i am in fresno today. i will take
you to dinner tomorow night in LA . patina or spago?
5/4/16, 1:24 PM – Imaad: Tomorrow we can talk. I am not interested in fancy
restaurants. I prefer small places where the food is more tasty
5/4/16, 1:28 PM – ▉ ok. but i like this spago. food is tasty. i like to try
patina?. but i will go with your choice
5/4/16, 1:33 PM – Imaad: It is not I have been there many times
5/4/16, 1:37 PM – ▉ ok we will go whetr you like. but i wil trest you and we will
not talknpolitic. we will talk about a new constrction oportnity in turkey and about
how you are doing
5/4/16, 1:53 PM – Imaad: ▉▉▉ i am doing well. no need to talk about how I am doing
5/4/16, 2:43 PM – ▉ ok
5/4/16, 4:58 PM – ▉▉▉▉▉▉▉▉▉ Project

  I have a profitable Project for your investor. I'm giving the information below:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Page 7

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

Approximate Sales Revenue:                      525.000.000$
Approximate Instruction Project Cost:   125.000.000$
████████        Land Cost:                          250.000.000$
Total Project Cost:                                        375.000.000$
Approximate Project Profit:                150.000.000$


Investor's Financial Obligations
1.      40.000.000$ in cash.
2.      100.000.000$ bank letter of guarantee.


Obligations of Contractor Company
1.      Financing of construction. (until total cost reach 40.000.000$)
2.      Construction of building and sales of building.

   Offer:
Investor will take %50 percent of profit. (75.000.000$).

Total Project time:
 This project will be held on 4 years: 1 year for detailed investigation for project, 3 years for building construction and selling.

Supplementary Information
Sellable Area: 153.000 m2
This area can be use as %25-50 percent for trading area.
If trading area will be %25 percent, other %75 percent will use for housing.
Approximately 1200 house can build in this housing area. (114.750 m2)
But if the trading area used %50 percent, a shopping mall can be build in that area. (76.500 m2) and in other 76.500 m2 can use for housing. (800 hosue)
After detailed investigations contractor firm will decide the best project in one year.

Note:  ████████ is an official government firm.  ████████ is a trustable
international firm. Project's sales revenue will take from ████████ and
contractor firm will take that money as much as they build the construction. So the

clients and Banks trust ████████'s projects. With this trust clients can take
loans from banks at the starting of project, in other project clients can take loan
after %80 percent of construction build. With trust and easiness of

taking loans ████████'s project has advantage on selling.
5/4/16, 5:48 PM - Imaad: What is this?
5/4/16, 5:53 PM - █ a project in istanbul i will explain to you
5/4/16, 10:12 PM - Imaad: Hello Courtney-our nanny had an emergency and has to leave for several hours. I am the default babysitter. It will be difficult for me to get to Beverly Hills by 9.30pm. You and DWS here tomorrow? Otherwise

please email me the link and I will get the donation done.
Sorry about this
Thanks
imaad
5/4/16, 10:40 PM - █ yo sent me wrong wrong text
5/4/16, 10:40 PM - █ in tought you cancelled DWS. i was going go contributr her s well
5/4/16, 10:40 PM - Imaad: No. I wanted you to know I cancelled Debbie Wasserman-Schultz meeting
5/4/16, 10:41 PM - Imaad: I don't feel like going
5/4/16, 10:45 PM - █ ok. i am getting tocket to Newark tomorw night and i will sent it you if you can upgrade if it is no bother to you.
5/4/16, 10:50 PM - Imaad: Okay I will try to upgrade it
Page 8

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
5/4/16, 10:50 PM - Imaad: No problem
5/4/16, 10:51 PM - █ so tomorow night we are set fot dinner. what time? where?
5/4/16, 10:52 PM - Imaad: Let's talk tomorrow about tomorrow. Right now I am not
sure I will even go to lunch with Ohio Governor Ted Strickland
5/4/16, 10:53 PM - █ what hapend? are you ok?
5/4/16, 10:54 PM - Imaad: I am okay just busy at work
5/4/16, 10:54 PM - █ wherever you are , home or outside , like to come visit you
late afternon.
5/4/16, 10:54 PM - █ we dont have to talk anything
5/4/16, 11:00 PM - Imaad: Okay call me in the morning
5/4/16, 11:02 PM - █ look, what ever hapends, if we dont do anything like turkish
project or anything it is ok. you are a good muslim brother and i sincerely care
about you.
5/4/16, 11:02 PM - Imaad: Okay
5/5/16, 12:55 AM - █ there is only one flat bed left. they said if you call global
services, they can upgrade now
Confirmation

DTPMGK (United)
Ticket #
████████████████████

Change or cancel this reservation

Departure Thu, 5 May United 1882

Los Angeles (LAX)

11:29 PM Terminal: 7 Gate 75B

Newark (EWR)

7:50 AM +1 day

Terminal: C

Gate 112 Arrives on May 6, 2016 Cabin: Economy / Coach Seat: 32C 5h 21m duration
5/5/16, 12:56 AM - Imaad: okay
5/5/16, 12:57 AM - █ if you can not do, it is fine. if you do , apreciated
5/5/16, 12:57 AM - Imaad: I will do relax
5/5/16, 2:12 AM - Imaad: █████-I am doing the NYC event in early June. You are
welcome to be involved but you will not be getting any credit for money that you
personally don't bring in. Only what you bring in. I will get credit for Dr.

Ijaz's people
5/5/16, 2:46 AM - █ i dont understand. we will talk tomorrow.
were you able to upgrade
5/5/16, 2:49 AM - Imaad: I will not work on any Turkish stuff with you and I will
not work on any Hillary stuff with you
You should go work with Asif on both of these and see what you can accomplish? I
don't have time to waste
We can only remain friends without doing any of these stuff
5/5/16, 2:51 AM - █ ok. but you are wrong. i am not doing anything with asif. i
wamted to see huma . tahts all
5/5/16, 2:54 AM - Imaad: You are on Priority Wait List. First on the list to be
upgraded. They have taken out upgrade Boucher from my account for the upgrade
5/5/16, 2:54 AM - Imaad: Upgrade voucher
5/5/16, 2:54 AM - Imaad: You can see Huma other times
5/5/16, 2:55 AM - Imaad: Seeing her via Asif won't help you at all
5/5/16, 2:56 AM - Imaad: What helps when you meet people 1-on-1!like I am see
Hillary Campaign Manager Robby Mook 1-on-1 next weeks or lunch or I am seeing Ohio
Governor Ted Strickland 1-on-1 for lunch tomorrow. When you see people in

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
group they think of you as small
5/5/16, 2:59 AM - Imaad: Sending stupid emails, taking photos with everyone, doing
these things brings you down not up. You can brag to your Turkish community people
but makes you look stupid in front of American politicians. Asif

doesn't have good reputation either
5/5/16, 3:13 AM - █ i understand your point . and you are right.
5/5/16, 3:14 AM - █ well i can not see them a lone like you do because i dont
comtribute as you do.
i can see them one to one with you.
5/5/16, 3:23 AM - Imaad: You can and I told you so but you continue to make stupid
mistakes like the stupid email when I told you not to do it. You continue to look
stupid by asking for photos with me. When you do this you bring yourself

down. I told you not to give a penny to anyone before talking to me but you didn't
listen. Well do it your own way then
5/5/16, 3:25 AM - Imaad: You either have to listen or do it your way. If you want to
work with me then you need to do it my way not your way and no more photos
5/5/16, 3:26 AM - Imaad: The emails even pissed of Ed. He complained to me when his
staff brought it up to me at breakfast in front of him
5/5/16, 3:27 AM - Imaad: Do you realize you are hurting yourself directly and me
indirectly.
You are making yourself look like idiot like Frank Islam. No one takes him seriously
5/6/16, 7:13 PM - █ Imaad you asked me to extend my stay and i did it and stayed
here today despite of my promose to my daughter. since i said i under stand your
concern about asif and i told yo i will not contribte his event,  i am

sory it is wrong to act like a god and asked  me to not  go to my promised event to
huma.  i am leaving tonigt at 11.30 pm. i will leave to Allah. Amd i wil pray Allah
for uou.
5/6/16, 7:23 PM - Imaad: I value loyalty above everything else. I am sorry we can't
be friends anymore. Please contact Asif to meet up with him
5/6/16, 7:24 PM - Imaad: By the way, I am just little guy
5/6/16, 7:40 PM - █ no imaad. stop see things you want to see and stop acting
like childish .dont mix up issues.   dont teach me loyalty. i am very loyal. loyal
than any one.  you told me and asif many times that sometimes i can help

asif.now you changed your mindd and i agree with you.. now your asking me not go to
event promised to huma, is not fair. plus i stayed for you despiete of my daughyer.
this not rigt. i am not depending on you and you are not depending

on me. but this wrong what you are doing.
5/6/16, 7:42 PM - █ you are not acting like litle guy but acting like god. you are
using our realtionship in a bad way to push me to cancel the event  you said i could
in the pass. it is not rihgt
5/6/16, 8:00 PM - █ plus i told █ that i will stay in LA today to see
elliot since you did come. imaad. i dont care my  self about your project . i dont
need anything but i work hard to put your names in important places . i

spent money on this other wise i would not. now because i went event inpromise
beofre is non sense and i realy will leave to Allah your childis begaviour
5/6/16, 9:24 PM - Imaad: I do y know why I am doing this. I am extremely pissed off
at you. You waste my time and money. I had my friends and family donate $22,400 to
Eliot for this dinner. For what! I don't need to see him. I did this

for the █ to have dinner. It was another bullshit and waste of my time and
money
5/6/16, 9:24 PM - Imaad: I am tired of all this nonsense
5/6/16, 9:25 PM - Imaad: I really don't want to meet
5/6/16, 10:07 PM - █ i  understand your frusturation about █ not coming.
you said it is ok. we don inDC. i am coming at 8.39 to spago. i already changed mu
flight second time.
5/7/16, 7:24 AM - Imaad: █ again you didn't listen to me and made stupid

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

comments about Israel and Turkey. When you left Eliot was asking me what you are talking about. Please I am requesting you not to contact me again. Do whatever

you want to do with Asif. You pushed hard when I told you not to. Neither he nor Ed will go to Turkey
5/7/16, 7:27 AM - Imaad: I didn't want to take photos but you made me do things I do t want to do. This is why you so t get taken seriously. All this talk of ▮▮▮▮ ▮▮▮▮ is a joke. People don't even respect DNC (nation wide) Finance

Chair not to mention some stupid ▮▮▮▮▮▮▮. I am mad at myself that I called you to invite you.
5/7/16, 7:30 AM - Imaad: I wasted over $22,400 on this dinner for your stupid ▮▮▮▮▮. I keep on wasting time and money on Turkish stuff. I am the idiot not you nor the ▮▮▮▮
5/7/16, 8:11 AM - Imaad: Please do not ask me to do anything for Turkey. I am the biggest idiot for wasting time and money. Let's what you or the ▮▮▮▮ can accomplish. You have benefitted from my long term relationship for which I

am an idiot. Let's see how much they welcome you once I tell them I have nothing to do with you guys
5/7/16, 8:12 AM - Imaad: This week I want to do 1-on-1 meeting with Campaign Manager. I do not want anyone involved.
5/7/16, 8:12 AM - Imaad: Ask Asif or Ari to get you the meeting
5/7/16, 8:24 AM - ▮▮ Imaad i suggest that you calm down. you need to take care your self. yes let say we are the problem people and fuck us and dont talk to us. but i dont think  you are feeling good. plese take care yourself and stop

thinking things over and over. because you are over reacting to everthing. offcourse you have some points and you are right but you are sometime so much over thinking and as a result you are overreacting to almost anything and hurting

your self so.  you can not go like that. i dont want to answer to becuse i want you to calm down. you have some good points sometimes not. but it does not matter. calm down and take care your self by taking vacations or go to a ranch and

be with  nature or go to some care place.
5/7/16, 8:34 AM - Imaad: No. I had to apologize to Ed's staff for your stupid email. I have over 15 years relationship which you harmed.
Same today, your comments on Israel and Turkey should not have been made. Everyone thinks of you ▮▮▮▮▮▮
I don't like taking photos because it makes everything look low class.
I just want to be left alone by you and your stupid Turkish project.
I have wasted time and money on this. Enough is enough.
Stop patronizing me.
Your idiotic comments are not welcomed. You need to take a vacation not me.
I am the idiot I felt bad and called you today. I should just have just had 1-on-1 dinner. I should have been selfish like Asif
I do not want anything to do with political stuff with you. Please don't ask me again
5/7/16, 8:35 AM - Imaad: There is no over thinking. They are not open with you so they don't make remarks in front of you. Next time I will tape them so you know what is being said
5/7/16, 8:36 AM - Imaad: You have ▮▮▮▮ problem. You believe what you want to believe. Not what the world is saying about you
5/7/16, 8:38 AM - Imaad: Bottom line is I am the stupid one here for doing what I did and losing out
5/7/16, 10:28 AM - ▮▮ imaad
1- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
not▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

that was it. dont forget how it started. may be you did not hear ▮▮▮▮▮▮ ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

2- you wanted this Turkey construction project badly and lushed me to see some people. i told you that i can get you to see some people. if you dont want to do this project, fine. you dont have to do.
3-  you are upset that this project takes longer. yes it takes slowly. if you dont have patient, then dont do  it.
4- yes i made a mistake sending that email wrong place when they twice sent me email to contact ed. i have the email i can show you. and i said i am sory . you dont have to tell hundred  times. you dont have to see me if you can not be

over with.
5- in the past i never took pictures while at dinner table in thepast.last night photo was important  to shwed people that in fact you host a dinner. so it has a purpose and inasked you and you said ok, if you were first time with them

yes it  could be not goodm but they were your closest friend and evennif it is a mistake, it was not the big thing. common
 6- you paid eliot but  it was not only for this dinner. common. yiu were going to pay him and host him anyway because he was in LA and he was lookig for raising money.  yes it might helped them to take syria.
Look imaad
bootim line, explained the reasons above. i my action put you in bad spot, like email and picture. i am sory .that will not happend. or you dont have to see me anymord.
 but other ones i explained you above. if you dont want to do your project because it takes time or not much progress . iam sory that ████████         not coming LA put you in bad spot. ████████████████████████████and it is

wrong and i will not talk to them.

you got upset with me on asif, i told you.wheter you talked to me or not , i am loyal to you and care about you. that was planed before and i would not nice i would not go
sory if i put you in bad positions. but you must know that you are also overreacing i just care and wory you . you can forget about all the political things
5/7/16, 10:29 AM - ██ it is best that we dont comunicate on this manners for both of health
5/8/16, 1:58 PM - Imaad: <Media omitted>
5/10/16, 12:06 PM - Imaad: If you thought I have time and energy to read your long message then you are mistaken
5/10/16, 12:07 PM - Imaad: I don't have time to read
5/10/16, 12:07 PM - Imaad: I will see ████████████ with Saudis in next week to 10 days
5/10/16, 12:07 PM - Imaad: I will say hello from you
5/10/16, 12:08 PM - Imaad: If I ask Eliot not to communicate with you he won't. Unlike you he is loyal
5/10/16, 12:08 PM - Imaad: We will see now watch me get back and you and Asif
5/10/16, 12:08 PM - ██ you can sayb hello to him from me
5/10/16, 12:08 PM - Imaad: I will do. Does he even know you?
5/10/16, 12:09 PM - Imaad: It took me less than a week to arrange whereas with you I have been playing games for 2 or more years
5/10/16, 12:10 PM - Imaad: Saudis and Shaikh Mohammed bin Zayed Al-Nayan said come when they are meeting him
5/10/16, 12:10 PM - Imaad: Remember what's goes around comes around
5/10/16, 12:10 PM - Imaad: You and Asif are both idiots
5/10/16, 12:10 PM - Imaad: Watch me block him from the Campaign
5/10/16, 12:11 PM - ██ fuck you  dont evet told me i am not loyal. i am loyal . you told him and me manyy time i can help him. whic i did not help him but only one time. it is ok if you changed your mind on asif. i am not with him and i
Page 12

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

was not with him. dont call me am.nlt loya
5/10/16, 12:12 PM - ▮ plus i talked to ▮▮▮ 35 minutes about you. he knows me well
5/10/16, 12:12 PM - Imaad: Trust me I will not call you
5/10/16, 12:12 PM - Imaad: Okay I will say ▮▮▮ said his Salaams. I will say your full name because there are too many ▮▮▮ in Turkey
5/10/16, 12:15 PM - Imaad: He knows you like Hillary Clintons knows you▯
5/10/16, 12:16 PM - Imaad: She really doesn't know you nor Asif nor me that well for that matter
5/10/16, 12:18 PM - Imaad: Asif has a reputation of lies, bullshit and taking credit from people
5/10/16, 12:18 PM - Imaad: Ask Eliot what he thinks of him?
5/10/16, 12:18 PM - Imaad: You will get ear full
5/10/16, 12:19 PM - Imaad: I introduced them. He promised him a lot of things but nothing was delivered
5/10/16, 12:19 PM - Imaad: Ask Ed what he hunks of him
5/10/16, 12:19 PM - Imaad: Ask Obama people what they think of him
5/10/16, 12:20 PM - Imaad: Ask Ed what he thinks of him?
5/10/16, 12:20 PM - ▮ imaad. ethics is more important. your treating me is not islamic not humane. ok i understand you are upset with asif bir i help min only one time with podesta. because you told me and asif i could helped hi. and i did not. only one time. after i said i will not help him no more but you took me on me and insulted me badly. and you are still insulting me. i am taking it not because you are right but i care abiut you because you are goon inside
5/10/16, 12:20 PM - Imaad: Also, I didn't appreciate you going and bringing him to me in the lobby of Marriott hotel
5/10/16, 12:21 PM - ▮ i told you i know who he is and will not work with him
5/10/16, 12:21 PM - Imaad: No. I am right in everything I am saying
5/10/16, 12:21 PM - ▮ i did not fucking bfing asif to yoiu at all. you askdd.me to bring ted lui to you. hot him not asif.
5/10/16, 12:23 PM - ▮ you are right on asif but not my being not loyal to you. you yold me and him i can help him many time yet i did only one time and i will.not work with him whether you are there or not
5/10/16, 12:29 PM - Imaad: I love you to
5/10/16, 12:34 PM - Imaad: Do you want me to get Ed and Eliot for ▮▮▮ or you want me to block them?
5/10/16, 12:34 PM - Imaad: Let me know
5/10/16, 12:35 PM - Imaad: Asif is not bad guy. He is just going crazy thinking he will be Surgeon General of USA. He is making shit up, promising people things he can't deliver and etc
5/10/16, 12:35 PM - Imaad: Even Pakistani Physicians Association is asking me to get them the VP for their Convention not him
5/10/16, 12:36 PM - Imaad: Call me
5/10/16, 12:36 PM - Imaad: I will be in NYC with Eliot on Saturday
5/10/16, 12:36 PM - Imaad: Going to Saudi and Dubai from NYC
5/10/16, 12:36 PM - Imaad: I will go to Turkey from there
5/10/16, 12:40 PM - Imaad: Call me
5/10/16, 12:41 PM - ▮ asif is not bad guy but he is realy bullshiiter and bring people crediblity down
5/10/16, 12:41 PM - Imaad: I agree
5/10/16, 12:42 PM - ▮ i am in CAnada for customer and tomorow i wil go to turkey fof my mom. she is not doing well. i call you later toy
5/10/16, 12:42 PM - Imaad: Go visit your mother I can meet you there after my meetings in Ukraine
5/10/16, 12:43 PM - Imaad: Take care of her and spend time with her before you regret it
5/10/16, 12:48 PM - Imaad: Call me tonight
5/10/16, 12:56 PM - Imaad: <Media omitted>
5/10/16, 12:56 PM - Imaad: This is for the ▮▮▮ who never came
5/10/16, 12:56 PM - Imaad: Ed is not happy
5/10/16, 1:19 PM - Imaad: Ed will call ▮▮▮

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
12/11/16, 2:10 PM - ███ why ? you did not ask me to come nyc? i am still sick. what is important in ny
12/11/16, 2:12 PM - Imaad: Come
12/11/16, 2:49 PM - ███ i am sick. what is urgent
12/11/16, 3:31 PM - Imaad: Forwarded to you unread. The intro shows you are guys severely lacking positive PR in the West especially in USA. Why are you not emphasizing economic development under President Erdogan?

Boss-analyzing recent 100 articles on Turkey the abstracts have all been negative on Turkey and it's present government

Turkey's Erdogan Seeks to Consolidate Power
http://www.wsj.com/articles/turkeys-recep-tayyip-erdogan-seeks-to-consolidate-power-with-overhaul-of-constitution-1481384221
12/12/16, 1:56 AM - Imaad: Every day there is a negative story in major Western media specially in US about Turkey. Whoever is doing this anti-Turkey work or campaign is doing an excellent job. You guys need to get in front of this

before it becomes a major headache. People in America sooner or later will start to buy into this

NYTimes: How Islam Can Fight the Patriarchy
http://www.nytimes.com/2016/12/11/opinion/how-islam-can-fight-the-patriarchy.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/12/16, 2:35 AM - Imaad:
https://www.washingtonpost.com/opinions/global-opinions/trumps-coming-war-against-islam/2016/12/11/edf3241c-bd60-11e6-91ee-1adddfe36cbe_story.html
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:16 AM - Imaad: Met President-Elect Trump with National Security Advisor Lt. General Flynn and other people at Trump Towers
12/13/16, 1:17 AM - Imaad: Saudi and Qataris were my guest
12/13/16, 5:10 AM - Imaad: You should have been here. Like usual you missed another opportunity
12/13/16, 5:55 AM - Imaad: Trump Tower meetings with President-Elect Trump, National Security Advisor Lt. Gen. Mike Flynn, Qatari FM Al-Thani, Texas Governor Perry, Steve Bannon and etc
12/13/16, 2:00 PM - Imaad: Great choice by President-Elect Trump. Yesterday we (Governor Perry and I) spent about 45 minutes talking about how to bring American jobs back to America at Trump Tower on 26 floor

Trump Picks Rick Perry as Energy Secretary
http://www.wsj.com/articles/donald-trump-picks-former-texas-gov-rick-perry-as-energy-secretary-1481641430
12/13/16, 2:25 PM - Imaad: I went to Trump Tower floor and met with everyone

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
12/13/16, 2:25 PM - Imaad: Yesterday at Trump Tower 26 floor with President-Elect
Trump, National Security Advisor Lt. Gen. Flynn, Energy Sec Rick Perry, Qataris,
Saudis and Steve Bannon and etc. ██████████████████
12/13/16, 2:26 PM - Imaad: ████████████████████████████████████
██████████ 2:26 PM - Imaad: Everyone in Capitol Hill is on board
12/13/16, 2:28 PM - Imaad: They made me Co Chair of the Presidential Inauguration
Committee
12/13/16, 2:29 PM - ███: Be it.
           ██████ but what you are acting  more childnish. you dont  have to do
anything . yiu are hot doing good for you.
12/13/16, 2:30 PM - ███ congradularions on your being cochair.
12/13/16, 2:31 PM - Imaad: ████████████████████
12/13/16, 2:31 PM - ███████████████
12/13/16, 2:33 PM - Imaad: How you feeling?
12/13/16, 2:33 PM - ███ better. thank you. where are you
12/13/16, 2:34 PM - Imaad: On plane from NYC to Los Angeles
12/15/16, 9:08 AM - Imaad: Missed voice call
12/15/16, 10:42 AM - ██: can you get me yiur itenary arriving ewr . i may come and
pick you up if i finish my thinhs in the office
12/15/16, 10:43 AM - Imaad: I arrive at 4pm United leave Los Angeles at 7.40am and
arrive at 4pm
12/15/16, 10:43 AM - Imaad: On the plane now
12/15/16, 11:31 AM - ███ what gate ? any idea or flight number?
12/15/16, 3:13 PM - ██ i am.on the way to airport. i will meet you
12/15/16, 3:18 PM - Imaad: I just landed. How far are you?
12/15/16, 3:26 PM - Imaad: Missed voice call
12/15/16, 5:12 PM - Imaad: Missed voice call
12/15/16, 5:13 PM - Imaad: Call me
12/15/16, 9:24 PM - ██ i am.at the plaza hotel loby
12/15/16, 10:00 PM - ██ i am at 48th and 2nd. call me before you move. inolan to go
to renasance hotel
12/15/16, 10:11 PM - ██ i am.gking to korean town to massage . new place.
12/15/16, 10:21 PM - Imaad: Wait I am coming
12/15/16, 10:21 PM - ██ i am at korean town
12/15/16, 10:22 PM - ██ now
12/15/16, 10:22 PM - ██ come korean town
12/15/16, 10:22 PM - Imaad: I can't come now
12/15/16, 10:22 PM - Imaad: I have to go to eat with some business people
12/15/16, 10:23 PM - ██ then i can cancel and come to you now if you want
12/15/16, 10:23 PM - ██ or wait yku at korean town
12/15/16, 10:35 PM - ██ whre r you incan come
12/15/16, 11:50 PM - ██ i am at your hotel waiting.
12/16/16, 12:14 AM - ██ let me.what we are doing. i can come where you are . i am
at yoir hotel
12/16/16, 12:36 AM - Imaad: Missed voice call
12/16/16, 7:45 AM - Imaad: CNN story: Saudi minister rips White House on Syria,
talks 2016 campaign http://cnn.it/1OuPPAi
12/16/16, 9:35 AM - ██ he will see us. should i take my car to come plaza kr wait
at.my hotel
12/16/16, 9:36 AM - ██ should i take my car to come plaza or wait at my hotel
12/16/16, 9:45 AM - ██ he said 4 pm is good
12/16/16, 10:03 AM - ██ omaad we have to. he cahanged twice
12/16/16, 10:03 AM - ██ i am taking my car and coming to your hotel
12/16/16, 10:04 AM - Imaad: Come to Four Season on 57. I am here with Kazakhstan FM
and Ambassador
12/16/16, 10:05 AM - ██ ok
12/16/16, 11:42 AM - ██: come corner of 49 and broadway. behind your hotel i am
waiting. if i come your hotel it will cost another 20 minjtes
12/16/16, 11:42 AM - Imaad: No. you come pick me up hurry up
12/16/16, 11:43 AM - Imaad: I am waiting here
12/16/16, 11:43 AM - ██ yjis much quicker
12/16/16, 9:18 PM - Imaad: Check your email

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
12/16/16, 11:27 PM - Imaad:
https://www.google.com/amp/s/m.mic.com/articles/amp/161468/are-jared-kushner-s-west-
bank-donations-the-trump-team-s-latest-conflict-of-interest
12/16/16, 11:50 PM - Imaad: Hillary Clinton's holiday party 'like a wake'
http://pagesix.com/2016/12/16/hillary-clintons-holiday-party-like-a-wake/
12/17/16, 12:17 AM - Imaad: Americans Think There Are 54 Million Muslims In America.
There Are Only 3 Million.
http://www.huffingtonpost.com/entry/americans-overestimate-muslim-population_us_5852
e354e4b012849c05f509
12/17/16, 1:25 AM - Imaad: The Wall Street Journal

U.S. Politics Prompt Saudis to Rethink Financial Strategy
http://www.wsj.com/articles/shifting-political-landscape-in-u-s-prompts-saudi-arabia
-to-rethink-financial-strategy-1481904434
12/18/16, 11:07 AM - Imaad: Unbelievable

NYTimes: How a Putin Fan Overseas Pushed Pro-Trump Propaganda to Americans
http://www.nytimes.com/2016/12/17/world/europe/russia-propaganda-elections.html?smpr
od=nytcore-iphone&smid=nytcore-iphone-share
12/18/16, 7:03 PM - Imaad: Its sad she is an overall loser (in personal life,
professional life and etc)

Clinton advisers point fingers at Huma Abedin, inner circle for loss
http://nyp.st/2gZFAHg
12/19/16, 8:34 AM - Imaad: Henry-since we talked I have been on the road non-stop
for work
I am on my way to China now
The Senator or Governor or the State Party people Louisiana have been ultra
aggressive. They are beginning to piss me off and I don't get pissed off easily
I don't know the person or the candidate at all so I will pass. I have never said no
to you.Ever!
I have always given without ever getting even a small invite to the events in
return. After what I have done for President Obama, you, DNC and other related to
the DNC, I was never invited to any State Dinner or any meaningful event by

the outgoing White House. This will be the first time I have to say no to giving
when you have asked. I think it would be good if we can catch up. I am still willing
to help but I can't be pushed around like I have been.
Like an idiot
You would be shocked that I have given nothing to GOP or President-Elect but have
offers left and right to come to their events and meet them. They took me to Trump
Tower 26 floor for meeting. I believe they are using a better approach.

You guys need to look at how my friend Terry does things. Whenever I have asked him
to show up to my event he always did. When my mother passed away he came to
California to meet me. These are the thing the current DNC is missing. The

Human Touch
12/19/16, 8:34 AM - Imaad: I need for you to get the $250,000 in by this Wednesday
12/19/16, 9:37 AM - █████████████████████████████████████████

12/19/16, 11:11 AM - Imaad: Stop. Pease don't waste my time. I am fucking getting
tired of this bullshit. If you want me to deal directly with it then you get out. If
you want to be in the middle then handle this and out the money into

account by Wednesday
12/19/16, 11:23 AM - Imaad: Ian tired of this. No one else give me this much BS
12/19/16, 12:21 PM - █ Imaad i only asked you to do this to be  taken more
efectively on this situation. if you disagree and want me to do, you could tell me
without  treathening. i will be hapy to get out. plus you put me in to this

because of your contstruction projects . many time   you are in shit. evertime you
say you are tired of this but you keep texting and talking them and lose your
Page 50

██████████

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

credibility and ██████████████████ you act childishly ████████

██████████████  ██████████  █
       ████████ dont fucking treathening me . i dint get anything on this . idont want to
get anything either. ████████████████████ i care about my good

and sincere work in this country i live and i owe to this beatiful country.  █████████
but chill down.
12/19/16, 12:23 PM - Imaad: I am not threatening you. Either get it done or i have
to do it then I don't want to have you copied in on everything. This is becoming a
headache for me
12/19/16, 12:23 PM - █   ok understand
12/19/16, 12:24 PM - █   i will pas the message
12/19/16, 12:25 PM - Imaad: No. I don't want you to pass the message. Either you get
it done or I will get it done. I don't want a unnecessary person to pass messages. I
can pass my own messages
12/19/16, 12:25 PM - Imaad: Wednesday. No exception
12/19/16, 12:25 PM - Imaad: Please
12/19/16, 6:08 PM - █  i talked to him. he said you talked to him too. in above
mesaage i said i will talk to him.i did . it is not good at the same time.
12/20/16, 2:09 AM - Imaad: Steve MNuchin unfairly being picked on because secrecy is
what clients or customers want. You do what customers want as long as it is legal.
There are many companies you won't find anything about on the

internet

NYTimes: Trump's Treasury Pick Moves in Secretive Hedge Fund Circles
http://www.nytimes.com/2016/12/19/business/dealbook/steven-mnuchin-trump-treasury-he
dge-funds.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/20/16, 11:31 AM - Imaad: <Media omitted>
12/20/16, 11:31 AM - Imaad: He is a good guy
12/20/16, 3:55 PM - Imaad: The new normal

https://thinkprogress.org/under-political-pressure-kuwait-cancels-major-event-at-fou
r-seasons-switches-to-trumps-d-c-1f204315d513#.1mh0055fu
12/20/16, 7:54 PM - Imaad: We need to put some money behind whoever runs against
this dangerous guy

NYTimes: Peter King's Really Bad Idea
http://www.nytimes.com/2016/12/20/opinion/peter-kings-really-bad-idea.html?smprod=ny
tcore-iphone&smid=nytcore-iphone-share
12/21/16, 10:13 AM - █  imaad. i know you go forth and back. ████████████████
███████                                   . if yku van take as your
guest , this is your oportuniy. if youbdont want , that is finem i am

NOT ASKING YOU TO TAKE HIM AS YOUR GUEST. but i am reminding if you like take this
opportunity. i know you have issues but some time you go and do a favor. you may do
this without loisng oportunity
12/21/16, 10:15 AM - Imaad: Absolutely not
12/21/16, 10:15 AM - Imaad: Please don't event ask me this
12/21/16, 10:15 AM - Imaad: There is no way he will be able to go to special VIP
events
12/21/16, 10:26 AM - █  yes there is a good opportuniyy .you are not  the only way.
i am not asking any fucking things. i am just saying as your frined, you dont have
to take him but missing an opportunity.
12/21/16, 10:27 AM - █  you are the one who goes forth and back  and lose
credibility. i ammjust assseing the situationm thatsall
12/21/16, 10:27 AM - Imaad: Please stop
12/21/16, 10:27 AM - Imaad: No
12/21/16, 10:28 AM - Imaad: Please do not ask me stupid question
12/21/16, 10:29 AM - █  i am not asking you anything. i am sgarinf something

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
credibel. tahts it
12/21/16, 10:31 AM - Imaad: I am sure I am not the only one but I don't think anyone
else has access to VIP. If someone else does then let them do it. They are welcome
12/21/16, 10:33 AM - ██ someone close to
12/21/16, 10:33 AM - ██ realy close
12/21/16, 10:34 AM - Imaad: Okay good. Please have them take him. I promise I prefer
this
12/21/16, 10:36 AM - Imaad: Please don't text me about this again
12/21/16, 10:36 AM - Imaad: I am tired
12/21/16, 10:36 AM - Imaad: Your check for $50,000 is being mailed today by our
office
12/21/16, 10:36 AM - Imaad: You should go with him
12/21/16, 10:41 AM - ██ fuck you. my check has nothing to do with this ██
██                                    to get angry with me is non sense. in
██
12/21/16, 10:43 AM - Imaad: Okay. I can't him as my guest. Please don't ask me to do
this ever again
12/21/16, 10:49 AM - Imaad: Please confirm this so I can take his name off my list
12/21/16, 10:50 AM - Imaad: Call me
12/21/16, 10:50 AM - Imaad: Today is the last day for me to do this
12/21/16, 10:58 AM - ██ you dont understand.  i did not ask yo to this. are you
idiot?. you offer this to him.many time. i just share something with you. do
whatever you. i am asking anything.i just share that you will be missing some
oportunity. thats all
12/21/16, 10:59 AM - ██ i totaly understand yiur frusturation on this and concdrn.
i realy do. but yiu act like an unstable idiot. i am teling yku as brother
12/21/16, 11:00 AM - Imaad: I don't want to get stuck paying for him. Either I need
to get the fund from you or we need to drop him. I don't want to me stuck with this
bill
12/21/16, 11:00 AM - Imaad: Call me I am boarding soon
12/21/16, 11:05 AM - ██ i can not call you now. text only.
12/21/16, 11:06 AM - Imaad: ██████████-please confirm your and other
people participation at inauguration today Wednesday. I need to do the name of
people today. The VVIP events will be closed soon if I don't confirm. I will
email it to them. I am in Saudi so I can't do phone call because I am in and out of
meeting. ██ I need you please to get the wire done
Thanks
imaad
12/21/16, 11:10 AM - Imaad: Passenger claims he was kicked off plane for speaking
Arabic
http://nyp.st/2ifb6yC
12/21/16, 3:08 PM - Imaad: Missed voice call
12/21/16, 3:09 PM - Imaad: Call me quickly before I go to sleep
12/21/16, 3:09 PM - Imaad: It is 12am I have early morning tomorrow
12/21/16, 3:10 PM - Imaad: I don't want to text
12/21/16, 3:10 PM - Imaad: I am taking names of people who haven't paid because I do
not want to be stuck like I was for Clinton with you and Ijaz
12/21/16, 3:58 PM - Imaad: I have to pay today so whoever not paid their name will
be off. There is no going back on this
12/21/16, 8:07 PM - ██ imaad whenn can i call you
12/21/16, 10:03 PM - ██ imaad i talked to him. ██ but
i think it is golden opportunity if you can take him as your guest .
this will help your constrction projects  alot. i am not asking this from you but i
t will be consisten with your relationshop and your offering with you
12/22/16, 1:23 AM - Imaad: No. I asked you never ask me to take him. I took his name
off
12/22/16, 2:09 AM - Imaad: NYTimes: YouTube Stars Say They Were Removed From Delta

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
Flight for Speaking Arabic
http://www.nytimes.com/2016/12/21/world/delta-air-lines-adam-saleh.html?smprod=nytco
re-iphone&smid=nytcore-iphone-share
12/22/16, 5:56 PM - Imaad: Obama Makes Last-Minute Bid To Stall Trump's Ability To
Create Muslim Registry
http://www.huffingtonpost.com/entry/obama-rescinds-nseers-trump-registry_us_585bf2b7
e4b0d9a594574d6b
12/22/16, 7:39 PM - █ i sent you email
12/23/16, 1:24 AM - Imaad: I requested you not to email me
12/23/16, 1:32 AM - Imaad: Never ever email me again
12/23/16, 1:32 AM - Imaad: You check for $50,000 will be mailed to you today
12/23/16, 1:33 AM - Imaad: Please get your own Inauguration logistic done
12/23/16, 3:07 AM - Imaad: Missed voice call
12/23/16, 8:40 AM - █ you forget that you emailed me and him. i gave you much more
neutralize answer. in a very general way.
12/23/16, 8:41 AM - Imaad: Please stop. I emailed you to come not to put all your
other bullshit in email. Please stop. I am tired of all the Turkish buklshit
12/23/16, 8:41 AM - Imaad: Your check is mailed out today. You deal your self for
Inauguration. I do not want to part of anything Turkish
12/23/16, 8:45 AM - █ i totaly nderstand you are upset all the bull shit. dont
blame me. you sent me email and i just answered it in a very neutral way. you asked
answer and i answer me . is that excuse you take my name away? it is

sad
12/25/16, 10:02 AM - Imaad: NYTimes: Inside the Trump Organization, the Company That
Has Run Trump's Big World
http://www.nytimes.com/2016/12/25/us/politics/trump-organization-business.html?smpro
d=nytcore-iphone&smid=nytcore-iphone-share
12/25/16, 11:05 AM - █ i totaly nderstand you are upset all the bull shit. dont
blame me. you sent me email and i just answered it in a very neutral way. you asked
answer and i answered you. is that excuse you take my name away? it is

sad
12/25/16, 11:06 AM - █ well i am very upset too how they handled so for.
12/25/16, 11:06 AM - █ forget it. how are you?
12/25/16, 1:25 PM - Imaad: <Media omitted>
12/25/16, 1:30 PM - Imaad: No. You didn't answer me. You asked me to pay for him. I
have told you never ever ask me this again. Your check was mailed. I do not have
your name for the event. Please ask whoever is taking █ to bring you as

well
12/25/16, 2:02 PM - █ you are wrong . if you want to belive that way, i can not do
anything.i did not ask you to take him. you were the one getting softer and was
going to almost take him withoiut contribution . i am the one asked you

to not to waive contribution because you get upset. . when it was clear, no
response was coming, in this new case, i just told you that you may want to look at
diferently and see the oportunity and your taking him as your guest, may

help your projects . iwas not asking but showing the new situation. thats was it.
also i have no one to go, except you. i never went to some else . it is up to you
12/25/16, 2:23 PM - Imaad: Please don't play games
12/25/16, 2:23 PM - Imaad: I am done
12/25/16, 2:44 PM - █ imaad please, i dont play games. i supported you to get
contribution even when you are getting softer. and i even volenter to to be part of
it. when things change and no contribuyion coming by wednesday, i

asked you to think again to not the miss the oportunity. ███████████████
███████████████████████████████████ if you dont want to take him it is your
desicion. i totaly understan your frusturation. but you must understand what

happend between you and ████████ , ██████████████ ██████████████ and
lost credibikty all those created bad taste and i tought your considering him take

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
as a guest when nothing was coming , would be a better aproach. that is

. dont tell me that i paly games. i was with you. any way. do what ever you feel
comfortable
12/25/16, 5:39 PM - Imaad: Do not ever ask me ever to take him
12/25/16, 5:39 PM - Imaad: Do you understand?
12/25/16, 5:39 PM - Imaad: Not only I won't take him I will block him do you fucking
understand?
12/25/16, 5:38 PM - Imaad: Missed voice call
12/25/16, 6:36 PM - ███ i know . i understand. i am not asking you take him..i just
mentioned the ppportunity. thats all. dont wory.    i am in plane to chocago mass
icna convention. sory i mised you.
12/25/16, 6:37 PM - Imaad: I am not taking you nor him
12/25/16, 6:37 PM - Imaad: I am pissed you even have the guts to suggest this on the
email
12/25/16, 6:38 PM - Imaad: You go with him and the guy he will go with who is close
to Flynn
12/25/16, 6:40 PM - ███ i understand that you are pissed and frusturated for right
reason
 i just answered your emailmin a neutral way. i heart that some one was working to
take him to gwt close him. i dont know who he is.  so i am not going obviously. ok
lets close this chapter. it hurts you so much. i understand you.
12/25/16, 6:40 PM - ███████████ when are you coming east cost. today ████████████
██████████████ go
12/25/16, 6:43 PM - Imaad: No. You didn't answer. You have the fucking guts to
suggest I pay for him. You fucking asshole. Why did you do this on email? You think
you are smart ass trying to look good in front of your fucking ████████?
12/25/16, 6:43 PM - Imaad: Both of you can go fuck yourself
12/25/16, 6:44 PM - Imaad: Don't ever fucking suggest I pay for any fucking Turkish
idiot especially this motherfucker
12/25/16, 6:45 PM - Imaad: I have no business in Turkey and don't want any business
in Turkey
12/25/16, 6:45 PM - Imaad: I am done with Turkish bullshit
12/25/16, 6:46 PM - ███ no. you are wrong. when it was clear that no contribution
by wednesday, i said you can see what you can donnot to miss opptunity. thats was
all. i dont try to look good in fornt of him. sory and i appoligize that

i remind ded yo the oportuny. we have tobpass this ponit.
12/26/16, 11:07 AM - Imaad: <Media omitted>
12/27/16, 2:44 AM - Imaad: Barack Obama Was A Nobody At The 2000 Democratic National
Convention
http://www.huffingtonpost.com/entry/barack-obama-2000-dnc_us_586143a3e4b0eb586486da8
3
12/27/16, 4:30 AM - Imaad: Forwarded to you unread in today Tuesday NYT

NYTimes: Saudi Royal Family Is Still Spending in an Age of Austerity
http://www.nytimes.com/2016/12/27/world/middleeast/saudi-royal-family-money.html?smp
rod=nytcore-iphone&smid=nytcore-iphone-share
12/27/16, 1:20 PM - Imaad: Xi's Power Play Foreshadows Historic Transformation of
How China Is Ruled
http://www.wsj.com/articles/xis-power-play-foreshadows-radical-transformation-of-how
-china-is-ruled-1482778917
12/27/16, 10:24 PM - Imaad: One of the most expensive and secure Inauguration ever

NYTimes: Trump Inauguration Security Planners Brace for Wave of Protesters
http://www.nytimes.com/2016/12/27/us/politics/donald-trump-inauguration-security.htm
l?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/28/16, 8:38 PM - Imaad: Lindsey-good morning from Los Angeles
We need to put Putin back in his place. He can't be allowed to play with U.S.A.
"bi partisan sanction......will hit Russia hard, particularly Putin as in
individual" -U.S. Senator Lindsey Graham
You are Great!
12/30/16, 4:22 AM - Imaad: Turkey continues to get negative press