# EXHIBIT 11

```
Apr 15, 7:45 AM —            : Whatever your majesty wants, I am
around
Apr 15, 7:46 AM — imaad zuberi: I want the Libyans to pay what they
promised in Paris
Apr 15, 7:46 AM —            : I wish because I need it badly more
than you think
Apr 15, 7:48 AM — imaad zuberi: Well they will have to do this prior
to coming to US
Apr 15, 7:48 AM —            : However, I know if it works there
will be so much that Adam Mubarak and kids will have pleasure all
their life's
Apr 15, 7:49 AM —            : I think you spoke to       about
it and agreed on extra percentage plus they will give something but
I do not how much
Apr 15, 7:50 AM — imaad zuberi: I have not agreed to anything. It is
something        proposed but I have not agreed
Apr 15, 7:51 AM —            : Well we should meet asap because he
believes that you both agreed
Apr 15, 7:52 AM —            : He made the donation yesterday too
but he did not put his name. You should send it back to him
Apr 15, 7:52 AM —            : Because it was  5400
Apr 15, 9:22 AM — imaad zuberi: I have not agreed to anything
Apr 15, 9:24 AM —            : When do you prefer to meet and
finish up this issue
Apr 15, 9:24 AM —            : When Lindsey coming to LA
Apr 15, 9:24 AM — imaad zuberi: I will know on Friday
Apr 15, 9:31 AM —            : Ok
Apr 15, 9:38 AM — imaad zuberi: I will call you Friday. You saw the
email? The visas are being followed up at State Department
Apr 15, 9:49 AM —             I know. It is good sign
Apr 15, 8:31 PM — imaad zuberi: Call me
Apr 16, 9:49 PM — imaad zuberi: You are confirmed for dinner with
Obama on Thursday 23. Make sure you show up. I will come and we will
talk
Apr 17, 2:11 AM —            : I had already booked and I hope to
come
Apr 17, 2:11 AM —            : Any update on the Libyan delegation
Apr 17, 9:21 AM — imaad zuberi: Call me
Apr 18, 5:38 PM —            : Please tell me when you know about
the Libyan delegation next steps
Apr 18, 11:06 PM — imaad zuberi: Okay
Apr 20, 1:38 AM —            : Tomorrow is Monday and we should
have some information about their visas
Apr 20, 3:27 AM — imaad zuberi: Yes I will call them tomorrow
```

CONFIDENTIAL                                              00006188

Apr 21, 1:13 AM – ▓▓▓▓▓ : What about the Libyans visas
Apr 21, 1:33 AM – imaad zuberi: It will happen when it will happen
Apr 21, 1:34 AM – imaad zuberi: We can talk to Lindsey when you are there on Thursday
Apr 21, 1:34 AM – ▓▓▓▓▓ : This is known but what I should tell them
Apr 21, 1:34 AM – imaad zuberi: Tell them to relax and enjoy the war
Apr 21, 1:35 AM – ▓▓▓▓▓ : We should move fast before a new government comes in and we lose it all

Apr 24, 2:53 PM – ▓▓▓▓▓ : Hi
Apr 24, 2:53 PM – ▓▓▓▓▓ : What are the plans
Apr 24, 2:54 PM – ▓▓▓▓▓ : Should I go to the gym or we are going to have breakfast
Apr 24, 3:52 PM – ▓▓▓▓▓ : Wake up man
Apr 24, 3:53 PM – imaad zuberi: I will see you at 12
Apr 24, 3:53 PM – imaad zuberi: I have to meet someone at 10.30
Apr 24, 3:58 PM – ▓▓▓▓▓ : Where are you
Apr 24, 3:58 PM – ▓▓▓▓▓ : No breakfast
Apr 24, 4:01 PM – ▓▓▓▓▓ : It is better that bassel meets with us. What do you think?
Apr 24, 4:02 PM – ▓▓▓▓▓ : I am going down for breakfast. I waited because you said last night at 12:30 a Breakfast
Apr 24, 4:32 PM – ▓▓▓▓▓ : I am in the club lounge 7th gloor
Apr 24, 4:32 PM – ▓▓▓▓▓ : Floor
Apr 24, 4:52 PM – ▓▓▓▓▓ : I just left and back to my room. Tell me what to do next , we need to call us Ambassdor in Malta to call Eliot
Apr 24, 4:52 PM – ▓▓▓▓▓ : Do not forget

```
Apr 24, 4:52 PM -              : Should bassel be with us at 12
Apr 24, 5:13 PM - imaad zuberi: Where are you?
Apr 24, 5:14 PM - imaad zuberi: Where are you?
Apr 24, 5:30 PM -              : I am in the room
Apr 24, 5:30 PM -              : Do you want me to come down
Apr 24, 5:30 PM -              : Willing
Apr 24, 5:30 PM - imaad zuberi: No I have to meet this guy alone
Apr 24, 5:30 PM - imaad zuberi: I will see you at 11.30 with Bassel
Apr 24, 5:30 PM -              Nothing to do. Basel will be here
at 11:30
Apr 24, 5:31 PM -              : Ok
Apr 24, 6:31 PM -              : I am in the lobby
Apr 28, 9:01 AM -              : Hey man
Apr 28, 9:02 AM -              : It looks the Hilary Clinton's thing
is a lunch
Apr 28, 9:02 AM -              : It is at 11:30 am which allows me
to leave the same day
Apr 28, 11:09 AM - imaad zuberi: I am going to the dinner
Apr 28, 11:09 AM - imaad zuberi: You need to get me people to donate
to get
Apr 28, 11:33 AM -              : You said 10 people for 2700 each
Apr 28, 11:33 AM -              : Right or wrong
Apr 28, 11:34 AM -              : Mine went through 5400 for me and
my wife
Apr 28, 11:39 AM -              : It looks that the American Embassy
sent them an email that they have been approved
Apr 28, 11:40 AM -              : This is a good news but they
asked.from them to fill the form where it says the hotel and the
date they will be in the us
Apr 28, 11:46 AM - imaad zuberi: Okay
Apr 28, 11:46 AM - imaad zuberi: Just fill out any date and hotel
Apr 28, 11:46 AM - imaad zuberi: You need to get 8 more people of
$2,700 each
Apr 28, 11:47 AM -              : To pay on their behalf
Apr 28, 11:48 AM -              : It is a bit hard. I can get 4
people but u need to check it out
Apr 28, 11:54 AM - imaad zuberi: Okay get me 5 please
Apr 28, 11:55 AM -              : I will try
Apr 28, 11:56 AM -              : If you want me to LA, I am willing
but I can not pay for it
Apr 28, 11:56 AM - imaad zuberi: Pay for what?
Apr 28, 11:56 AM - imaad zuberi: Get me people for Clinton
Apr 28, 11:57 AM -              : Let see in 5 he next 2 days
Apr 28, 11:58 AM - imaad zuberi: Okay
Apr 28, 11:59 AM -              : When is the date for the libyans
to be in DC
Apr 28, 11:59 AM -              : I will put the marriot  hotel
Apr 28, 11:59 AM - imaad zuberi: Late May or early June. We need to
figure out the payment people first
Apr 28, 11:59 AM - imaad zuberi: Okay
Apr 28, 12 PM - imaad zuberi: Have them stay at Four Seasons where
you and          will stay
Apr 28, 12:00 PM -              : Ok but I prefer third week of may
because we will meet them in paris on 15th of may
```

CONFIDENTIAL ■_00006190

Apr 28, 12:01 PM – ▮▮▮▮▮▮▮▮ : Just tell me the date then I will make them write it in the form that they will present in the embassy
Apr 28, 12:02 PM – ▮▮▮▮▮▮▮▮ : Should we say 28th may
Apr 28, 12:03 PM – ▮▮▮▮▮▮▮▮ : 2 weeks after
Apr 28, 12:28 PM – imaad zuberi: Early June
Apr 28, 12:31 PM – ▮▮▮▮▮▮▮▮ : I told them by end of may or early June. And four seasons hotel
Apr 28, 12:31 PM – ▮▮▮▮▮▮▮▮ : We still going to meet in paris by the 15th till the 17th
Apr 28, 12:32 PM – ▮▮▮▮▮▮▮▮ : Please check these dates so I can send emails to everyone

May 2, 12:12 PM – ▮▮▮▮▮▮▮▮ : Imaad, we need to talk about paris and the Libyans and
May 2, 12:12 PM – ▮▮▮▮▮▮▮▮ : When is the best time to talk
May 2, 12:14 PM – ▮▮▮▮▮▮▮▮ : ▮▮▮ and the Libyans willing to come but there are some reservations that we need to take care of it
May 2, 12:14 PM – ▮▮▮▮▮▮▮▮ : Let's not blow the big deal for small things
May 2, 12:16 PM – ▮▮▮▮▮▮▮▮ : I understand you very well and you are right on most of the things we were talking about but sometimes letting things to go is a lot better and healthier
May 2, 12:16 PM – ▮▮▮▮▮▮▮▮ : The deal can be a lot bigger than you expect

May 3, 1:46 AM – ▮▮▮▮▮▮▮▮ : I wanted to talk to you about the meeting in paris
May 3, 1:46 AM – ▮▮▮▮▮▮▮▮ : It looks that you, basel, ▮▮▮ and myself will meet on the 14th and clear everything regarding payments and how it should be conducted
May 3, 1:47 AM – ▮▮▮▮▮▮▮▮ : Then we meet with the delegation on the 15th and wrap everything on the same day and we leave on the 16th

CONFIDENTIAL ▮▮▮_00006191

```
May 4, 3:35 AM - imaad zuberi: I need to get the 5 to 6 Clinton
donation done by tomorrow
May 4, 3:36 AM - imaad zuberi: Get this out of the way
May 4, 5:02 AM - ███████████    It will be done
May 4, 5:02 AM - ███████████  : I had already got 6 but I need them
to fill the forms today
May 4, 5:02 AM - ███████████  : I always deliver . Do not worry
May 4, 5:41 AM - imaad zuberi: I need more than 6 from you. For this
month 6 is good but you need to a lot more than 6 later
May 4, 5:41 AM - imaad zuberi: Please get the 6 done today
May 4, 5:41 AM - imaad zuberi: Please
May 4, 5:43 AM - ███████████  : Ok
May 4, 5:09 PM - imaad zuberi: Did you do the donation?
May 4, 5:42 PM - ███████████  : Working on it and it should be done
by today and tomorrow
May 4, 5:42 PM - ███████████  : They do not know how to fill the
forms
May 4, 5:42 PM - ███████████  : ███████ is working in london on the
same thing
May 4, 5:46 PM - imaad zuberi: Okay
May 5, 5:57 AM - imaad zuberi: What is going on on the donations?
May 5, 5:57 AM - imaad zuberi: Call me
May 5, 7:35 AM - ███████████    Tried to call you. The application's
form has been filled by me and I will send it to them to sign it it
should finish today but I am not sure how long the credit card
people will authorize payment
May 5, 7:35 AM - ███████████  : I will send it to you after they
sign them with my codeon
May 5, 8:03 AM - imaad zuberi: I will call after meeting
May 5, 8:07 AM - ███████████  : Check your email. One already paid.
```

CONFIDENTIAL ███_00006192

```
May 5, 8:15 AM -            : <Media omitted>
May 5, 6:10 PM -            : So far 4 did the transfer and the
other 2 will be tomorrow before you wake up
May 5, 6:10 PM -            : I got you 6👍
May 5, 6:10 PM -            : Happy
May 5, 8:27 PM - imaad zuberi: Yes
May 5, 11:04 PM - imaad zuberi: Call me
May 5, 11:04 PM - imaad zuberi: Where are the 4 forms? I never got
any
May 5, 11:05 PM - imaad zuberi: Please take this seriously
May 5, 11:07 PM -            : I sent you both forms of 5400 each
May 5, 11:08 PM -            : Check your email
May 5, 11:13 PM - imaad zuberi: Only 1 form received in the
attachment
May 5, 11:13 PM - imaad zuberi: Where is the other one?
May 5, 11:13 PM - imaad zuberi: Please resend both now
May 5, 11:13 PM - imaad zuberi: do it via email
May 5, 11:14 PM -            : I will but after 1 hr
May 5, 11:24 PM - imaad zuberi: Please take this seriously if these
things are not done then there is no Libya project
May 5, 11:24 PM - imaad zuberi: What is        doing?
May 5, 11:34 PM -            Please stop the bullshiting about
me being serious
May 5, 11:35 PM -            : I worked my ass today only filling
forms and paying
May 5, 11:46 PM -            :          friend are all republican
May 5, 11:47 PM -            : Check it now. It is 3 Mb attachment
May 6, 12:06 AM - imaad zuberi: Okay
May 6, 12:07 AM - imaad zuberi: I love you for working your lazy
Kuwaiti Arab ass
May 6, 12:07 AM - imaad zuberi: Republicans can donate to Clinton
too because she will be the winner
May 7, 5:29 AM - imaad zuberi: Call me
May 7, 8:36 AM -            : I am calling you
May 7, 9:40 AM -            : Hey man, it looks you are busy
May 7, 9:40 AM -              I just left you a message
May 7, 9:41 AM -            : Going into the.seminar
May 7, 9:41 AM -            : My son is the speaker
May 7, 9:42 AM -            : Leave me a message but I might able
to talk in the break
May 7, 10:38 AM - imaad zuberi: Call you tomorrow
May 7, 10:48 AM -            : Ok
May 7, 11:39 PM -            : Please call me
May 7, 11:40 PM -            : You are really driving me crazy
May 7, 11:40 PM -            : Imaad, If this deal is not doable,
then tell me
May 8, 12:02 AM -            : I am very much disappointed and I
told from the beginning that they will not pay and I was trying to
find someone else
May 8, 12:02 AM -            : I told you what the guy said here
May 8, 12:02 AM -            : They want to know details and be a
part if the agreement
May 8, 7:55 AM -            : How was it clinton dinner
May 8, 7:56 AM - imaad zuberi: Good you should have come
```

CONFIDENTIAL                                              ■_00006193

```
May 8, 8:30 AM - ███████ : On the next one
May 8, 8:32 AM - ███████ : There is something 28th
May 8, 8:49 AM - ███████ : We agree on this when we meet in paris on the 15th
May 8, 12:12 PM - imaad zuberi: <Media omitted>
May 8, 12:17 PM - ███████ : Pls send me a picture when he opens his eyes more
May 8, 12:17 PM - ███████ : He looks like you but I think he might have Willa's eyes
May 8, 11:32 PM - ███████ : You should be in Paris next week a week from today
May 8, 11:32 PM - ███████ : Do not be late
May 8, 11:33 PM - ███████ : Do you want to stay with us in the 4 seasons
May 8, 11:33 PM - ███████ : I can book for you and how long you are staying
May 8, 11:33 PM - ███████ : Should we book for bassel.in the same hotel
May 8, 11:33 PM - ███████ : What about the other guys
May 8, 11:34 PM - ███████ : Unless you want them all to stay mariott
```

[redacted block]

```
May 9, 6:31 AM - ███████ : I am staying in 4 seasons booked by ███ and asked me if you want to stay with us for us to do the booking
May 9, 6:31 AM - ███████ : And who else?
May 9, 6:36 AM - ███████ : On to of that, do you think it is beet er for me to attend the dinner that you are making on 28th for senator Kelly Ayotte
May 9, 6:43 AM - imaad zuberi: If I come I will do my own hotel at Marriott
May 9, 6:44 AM - ███████ : Ok.
May 9, 6:45 AM - ███████ : You should come
May 9, 6:45 AM - ███████ : We will be there on the 15th and the Libyans on the 16th
May 9, 6:46 AM - ███████ : This senator Kelly Ayotte is very impressive
May 9, 6:47 AM - ███████ : She us competing with Maggi Hasan who is campaigning for Hilary
May 9, 6:47 AM - ███████ : FYI
May 9, 7:33 PM - ███████ : Please read the email I sent and give me a feed back
May 9, 8:29 PM - imaad zuberi: Okay
```

CONFIDENTIAL                                    ███ 00006194

```
May 9, 8:43 PM - ▓▓▓▓▓▓▓▓ : By the way, I will ask ▓▓▓▓ to
buy all the tickets and hotel accommodation
May 9, 8:43 PM - imaad zuberi: I will pay for my ticket and hotel
May 9, 8:44 PM - imaad zuberi: ▓▓▓▓▓▓ can buy for everyone else
May 9, 8:46 PM - ▓▓▓▓▓▓▓▓ Ok. Just Send me the names of each
one and I will book for them in mariott under your card
May 9, 8:46 PM - ▓▓▓▓▓▓▓▓ : What do you prefer?
May 9, 9:05 PM - ▓▓▓▓▓▓▓▓ : I can book for all of the m in the
hotel prince DE Galle which is side by side of 4 seasons and the
libyans are staying there
May 9, 9:07 PM - ▓▓▓▓▓▓▓▓ : I already spoke to bassel on what's
up and told me that I will do so.and that I spoke to you about it
but still waiting the hotel issue because waiting for your response
on that
May 9, 9:07 PM - ▓▓▓▓▓▓▓▓ : Pls send me the other 2 names and
tell them that 8 will be in touch wih them
May 9, 9:08 PM - ▓▓▓▓▓▓▓▓ I will email them to see from which
state they ate coming from DC or ither
May 9, 9:08 PM - ▓▓▓▓▓▓▓▓ : Bassel wants to come with united
May 9, 9:10 PM - ▓▓▓▓▓▓▓▓ I am going to watch a soccer game
and be back in 30 minutes. My phone is in the charger
May 9, 9:54 PM - ▓▓▓▓▓▓▓▓ Ok I am back
May 9, 9:54 PM - ▓▓▓▓▓▓▓▓ Can you give me the other two names
May 9, 10:02 PM - ▓▓▓▓▓▓▓▓ : I just sent you an email
May 9, 10:07 PM - ▓▓▓▓▓▓▓▓ : Tried to call 5
May 9, 10:07 PM - ▓▓▓▓▓▓▓▓ : You
May 9, 10:12 PM - imaad zuberi: With people
May 9, 10:12 PM - imaad zuberi: I will call you
May 9, 10:26 PM - ▓▓▓▓▓▓▓▓ Ok
May 9, 11:32 PM - ▓▓▓▓▓▓▓▓ I agreed with bassel to meet in
paris by the morning the 15th.
May 9, 11:33 PM - ▓▓▓▓▓▓▓▓ : Do you think the other guys would
leave with bassel on the same day which is 14th in evening at 6 pm
but will arrive in the morning about 7 am in paris
May 9, 11:34 PM - ▓▓▓▓▓▓▓▓ : However, they can leave on Friday
the 15th and arrive on saturday 16th in the morning and especially
because the libyans are arriving in the afternoon
May 9, 11:35 PM - ▓▓▓▓▓▓▓▓ However they can leave on the 17th
evening or 18th morning because the libyans are a taking till the
18th
May 9, 11:50 PM - ▓▓▓▓▓▓▓▓ : I mean they are staying till the
last18th
May 9, 11:51 PM - ▓▓▓▓▓▓▓▓ : Imaad, Please be advised I will
call you tomorrow
May 9, 11:51 PM - ▓▓▓▓▓▓▓▓ : I have to go to sleep
May 9, 11:51 PM - ▓▓▓▓▓▓▓▓ Please send me the names and I will
put the other 2 guys in the prince DE galle
May 9, 11:52 PM - ▓▓▓▓▓▓▓▓ If you want to change your mind,
then it is better to be around
May 9, 11:52 PM - ▓▓▓▓▓▓▓▓ Yalla good night. It looks that you
are still busy with these people
May 10, 3:03 AM - imaad zuberi: The next meeting which need to
happen is between ▓▓▓▓▓▓, you and me to discuss financing this
May 10, 3:03 AM - imaad zuberi: Bassel should not be on all emails
```

```
you send
May 10, 3:07 AM - imaad zuberi: I take Bassel out of the email loop
and you keep on putting him back in. I am getting irritated. He
doesn't have to be in emails regarding logistics, hotel, money and
etc
May 10, 3:08 AM - imaad zuberi: I am not going to spend all $3 to $
$5 million personally so we need to come up with this. This is the
next step.
Maybe you and [REDACTED] don't know how things work in America this is
why you guys keep asking me to do something which I can't do without
everyone contributing.
May 10, 3:08 AM - imaad zuberi: Let's talk when you have time
May 10, 6:30 AM - [REDACTED]: Can we talk.I just woke up
May 10, 6:38 AM - [REDACTED]: I just left you a voice message
May 10, 7:10 AM - [REDACTED]: Waiting for your call
May 10, 8:07 AM - [REDACTED]: Imaad, I spent 2.6 million before.
What did I get?
May 10, 8:09 AM - [REDACTED]: Things work in America and anywhere
the same way. It is a business transaction and you are the one who
is leading this transaction. It only works if you know how to do it
May 10, 8:11 AM - [REDACTED]: once you have time, please call me.
If you believe that the Libyan thing is not doable , then tell me so
I can focus on other thing
May 10, 8:13 AM - [REDACTED]: I can not keep going back and forth
with you changing your mind after we discussed it eralier
May 10, 8:46 AM - imaad zuberi: What $2.6 million did you spend?
May 10, 8:46 AM - imaad zuberi: I am tired Sam
May 10, 8:47 AM - imaad zuberi: I will call you
```

[REDACTED]

```
May 11, 11:44 PM - [REDACTED]: No problem. I just left a message
to Bassel and told him that non of the 3 people you mentioned in
your email responded
May 11, 11:45 PM - [REDACTED]: I am in beirut going to Milan on
Wednesday for 2 days
May 11, 11:45 PM - [REDACTED]: And then Paris on Friday
May 11, 11:57 PM - imaad zuberi: They called me so they responded
May 11, 11:59 PM - [REDACTED]: Ok. That's good.
May 12, 12:00 AM - [REDACTED]: when you expect to have everyone's
itinerary
May 12, 12:09 AM - [REDACTED]: Well I hope you will send me an
informative email
```

```
May 14, 8:11 AM - imaad zuberi: Please make sure you are working on
getting people to put in $3 to $5 we talked about
May 14, 8:12 AM - imaad zuberi: Everyone will arrive on Saturday and
leave on Monday or Tuesday
May 14, 8:19 AM - ▇▇▇▇▇▇▇▇: Ok everything but the 3 to 5 is so
hard unbelievable
May 14, 8:19 AM - ▇▇▇▇▇▇▇▇: Waiting for your call tomorrow
May 14, 8:32 AM - imaad zuberi: You want billions unfrozen. This is
nothing. Iranians spent $150 to get $25 billion released
May 14, 8:32 AM - imaad zuberi: Unfrozen
May 14, 8:40 AM - ▇▇▇▇▇▇▇▇: Iranians have money and that's how
they creating so much shit in Middle east
May 14, 8:42 AM - ▇▇▇▇▇▇▇▇: When we meet in Paris , then we
discuss it further and you will advise on how to do things that I
would like to learn from you
May 14, 8:42 AM - imaad zuberi: Okay
May 15, 7:28 AM - imaad zuberi: I am in Washington for our Arab
friends. Going to NYC early morning to meet Hillary Clinton. Can you
please call me tomorrow to catch up because I saw people from State
at lunch and dinner. We talked about your country. On the way to
Washington I read the new book Clinton Cash. You must read because
it discussed how Indian businessman helped make US Indian civilian
nuclear deal happen via Clinton.
May 15, 7:41 AM - ▇▇▇▇▇▇▇▇: Wow
May 15, 7:41 AM - ▇▇▇▇▇▇▇▇: Indians are really smart
May 15, 7:57 AM - imaad zuberi: Donations
May 15, 8:09 AM - ▇▇▇▇▇▇▇▇: I agree but you have to teach me
how
May 15, 8:10 AM - imaad zuberi: Start by the 3 to 5 and work on
getting people for Clinton
May 15, 8:10 AM - imaad zuberi: Read the book
May 15, 8:10 AM - imaad zuberi: Get the book now
May 15, 8:10 AM - imaad zuberi: I-278 & I-495 Interchange
Woodside, NY 11377
https://foursquare.com/v/4d9c5ecd5c33a35d5825e8a0
May 15, 8:11 AM - ▇▇▇▇▇▇▇▇: I already got you 6 and told me
that it is good for this month plus the others. You are in New York.
Are you driving
May 15, 8:12 AM - imaad zuberi: Yes for Clinton you are doing okay
May 15, 8:12 AM - ▇▇▇▇▇▇▇▇: Once we finish thebob, we won't
have any problems
May 15, 8:12 AM - imaad zuberi: Flew
May 15, 8:12 AM - ▇▇▇▇▇▇▇▇: I c
May 15, 8:12 AM - ▇▇▇▇▇▇▇▇: I have 4 lined up for next month
May 15, 8:13 AM - ▇▇▇▇▇▇▇▇: Just waiting to tell me when
May 15, 8:13 AM - imaad zuberi: Okay
May 15, 8:13 AM - ▇▇▇▇▇▇▇▇: All these people are americans
May 15, 8:13 AM - imaad zuberi: Hey the book Clinton Cash
May 15, 8:13 AM - imaad zuberi: You read and and have ▇▇▇▇ read
it
May 15, 8:14 AM - imaad zuberi: This is how America work
May 15, 8:14 AM - imaad zuberi: How Washington work
May 15, 8:14 AM - ▇▇▇▇▇▇▇▇: Cash. Bring it with you. I do not
```

CONFIDENTIAL                                                      ▇▇ 00006197

```
know where is it
May 15, 8:14 AM - imaad zuberi: I think
May 15, 8:14 AM - imaad zuberi: Okay
May 15, 8:14 AM - ███████: It is better that you think
May 15, 8:14 AM - imaad zuberi: Download on iPad
May 15, 8:14 AM - ███████: Hmm
May 15, 8:15 AM - ███████: You always have your ways 👍
May 16, 9:58 PM - imaad zuberi: You go ahead with dinner. I meeting some French Government ministers for dinner. We can catch up later
May 16, 9:59 PM - imaad zuberi: You go ahead with dinner. I am meeting some French Government ministers for dinner. We can catch up later
May 16, 10:00 PM - ███████: Ok, I will be giving cigar to each one on your behalf
May 16, 10:00 PM - ███████: Aidan Mubarak zuberi
May 16, 10:01 PM - imaad zuberi: Sam-please play this down. I don't like to be center of attention. I prefer low key just you and me
May 16, 10:03 PM - ███████: Just for the cigar. I had already gave everyone and I can not take it back
May 16, 10:03 PM - imaad zuberi: Okay
May 16, 10:03 PM - ███████: At what time you finish
May 16, 10:04 PM - ███████: Call me when you are done
May 16, 10:04 PM - ███████: Things went very well
May 16, 10:05 PM - imaad zuberi: Please play this down especially with family stuff. I like low key and don't like to tell much about my family to outsider like the Libyans. You and ███████ are family friends so you are different.
May 16, 10:05 PM - imaad zuberi: Good
May 16, 10:05 PM - ███████: Sorry man
May 16, 10:05 PM - imaad zuberi: No problem
May 16, 10:05 PM - imaad zuberi: You know I love you
May 16, 10:07 PM - ███████: I know habibi but I wanted to celebrate it because of you
May 16, 10:07 PM - imaad zuberi: Okay
May 16, 10:08 PM - imaad zuberi: Let me finish with these fucking French
May 16, 11:26 PM - imaad zuberi: I am tired. When we meeting tomorrow?
May 16, 11:28 PM - ███████: Make it at 11 for presentation
May 16, 11:29 PM - imaad zuberi: Earlier
May 16, 11:29 PM - imaad zuberi: I have to be with ███ at 1pm and you are are coming?
May 16, 11:29 PM - ███████: Come for 10 for breakfast you and bassel and me
May 16, 11:29 PM - imaad zuberi: I have to leave for Geneva tomorrow evening
May 16, 11:30 PM - ███████: They are coming at 11 for presentation
May 16, 11:30 PM - imaad zuberi: No. Everyone. Bassel is not as important as the other people
May 16, 11:30 PM - imaad zuberi: I need to be done by pm
May 16, 11:30 PM - imaad zuberi: By 1 pm
May 16, 11:31 PM - ███████: Ok I will go with you
May 16, 11:31 PM - imaad zuberi: You need to stop with this Bassel
```

```
                                  shit. Lawyer can't do this without politicians
May 16, 11:31 PM - imaad zuberi: There are many lawyers who can do
this but only few politician
May 16, 11:32 PM - ███████: All the work is with a Michael
right now
May 16, 11:32 PM - imaad zuberi: what did you guys agree to?
May 16, 11:32 PM - ███████: Deputy prime minister wanted at 11
May 16, 11:32 PM - imaad zuberi: I don't care what he wants. We do
what I want
May 16, 11:32 PM - ███████  We agree that they have to cm when
you set the dat3s
May 16, 11:33 PM - imaad zuberi: He can go fuck himself
May 16, 11:33 PM - ███████: They like Michael a lot and they
working with him on it
May 16, 11:33 PM - imaad zuberi: Okay good
May 16, 11:33 PM - imaad zuberi: Michael was Partner at KPMG
May 16, 11:34 PM - ███████: Deputy Minister have a meeting
with a finch minister at 9 am when he finishes then he will come
May 16, 11:34 PM - ███████: Yes he told us and he is the
center of all right now
May 16, 11:34 PM - imaad zuberi: I was with several French ministers
tonight
May 16, 11:34 PM - ███████: I am happy that they like him
May 16, 11:35 PM - ███████: I know and i told them that you
are busy 20th some officals and you might not cone because it is
getting late
May 16, 11:35 PM - ███████  They want to see you and thank you
May 16, 11:36 PM - imaad zuberi: No need to thank me they should
thank you and ███████
May 16, 11:36 PM - ███████: They want to do that
May 16, 11:36 PM - imaad zuberi: Did you discuss the budget that
Fran Bassel and Mike had?
May 16, 11:37 PM - ███████: We did and ███████ is talking to
the minister and other libyans that they have to consider to pay
some amounts
May 16, 11:37 PM - ███████: However ███████ is going to Riyadh
on monday to discuss with saudi libyan guy I told you about
May 16, 11:38 PM - ███████: I think this guy is our best bet
May 16, 11:38 PM - imaad zuberi: Without this it is no go. If I
spend the money and do all the work then I will want 90%
May 16, 11:38 PM - imaad zuberi: Okay
May 16, 11:38 PM - imaad zuberi: I can spend the money and do the
work but then I would get no less than 90%
May 16, 11:38 PM - ███████  He trusts ███████ a lot and I am
sure he wants to be invloved in the contract
May 16, 11:39 PM - imaad zuberi: 10% finders fee is plenty for
getting the Libyans
May 16, 11:39 PM - imaad zuberi: Okay
May 16, 11:39 PM - ███████  You should come tomorrow for
breakfast me and you and ███████ only
May 16, 11:39 PM - imaad zuberi: We can wait and see
May 16, 11:39 PM - imaad zuberi: Okay
May 16, 11:39 PM - imaad zuberi: 8am?
May 16, 11:39 PM - imaad zuberi: Can ███████ wake up?
```

CONFIDENTIAL                                                    ███████ 00006199

```
May 16, 11:40 PM - ████████: They want that because they want
something from it
May 16, 11:40 PM - imaad zuberi: The Saudi and I got to hang out in
U.S.
May 16, 11:40 PM - ████████: 8 am no way. ████ will not wake
```

[large redaction]

```
May 16, 11:41 PM - imaad zuberi: Don't talk about women in front of
Fran
May 16, 11:41 PM - imaad zuberi: He is close to VP Biden
May 16, 11:41 PM - ████████: Not in front of anyone
May 16, 11:41 PM - imaad zuberi: He is like adopted son to VP
May 16, 11:41 PM - ████████: Not just Fran
May 16, 11:41 PM - ████████: Are you crazy
May 16, 11:42 PM - imaad zuberi: He is close to VP
May 16, 11:42 PM - ████████: This is between us
May 16, 11:42 PM - ████████: Deputy prime minister just invited
all of us for dinner tomorrow
May 16, 11:42 PM - imaad zuberi: I will be in Geneva
May 16, 11:43 PM - imaad zuberi: I will leave by 6pm
May 16, 11:43 PM - imaad zuberi: I have meeting there
May 16, 11:43 PM - ████████: I know . You will see them at 11
and then we go with you to essam at 1
May 16, 11:44 PM - imaad zuberi: The Libyans are invited to ████
May 16, 11:44 PM - imaad zuberi: The Libyans will be impressed when
they see the house
May 16, 11:45 PM - ████████: Most probably we all leave on the
Monday the 18th because the deputy leaving to Istanbul on the 18th
morning and we agreed to start working on it and we finalize things
over emails and in DC
May 16, 11:45 PM - ████████: Should I ask them now?
May 16, 11:45 PM - ████████: That everybody is invited
May 16, 11:46 PM - imaad zuberi: Does the Libyans want me to
introduce them to Turkish President?
May 16, 11:46 PM - imaad zuberi: Everyone is invited
May 16, 11:46 PM - imaad zuberi: Everyone should come
May 16, 11:46 PM - imaad zuberi: It is requirement
May 16, 11:46 PM - ████████: Ok let me ask them now
May 16, 11:46 PM - imaad zuberi: Otherwise I cancel the visa
May 16, 11:47 PM - ████████: Does bassel, FRAN AND MICHAEL know
about this lunch
May 16, 11:47 PM - imaad zuberi: Yea
May 16, 11:47 PM - imaad zuberi: Yes
May 16, 11:47 PM - imaad zuberi: Where are you?
May 16, 11:47 PM - imaad zuberi: I just got done
May 16, 11:47 PM - imaad zuberi: I will come
May 16, 11:47 PM - ████████: Ok then I will ask everyone
May 16, 11:47 PM - imaad zuberi: Yes
May 16, 11:47 PM - ████████: We are in hr hotel
May 16, 11:47 PM - ████████: Come over
```

```
May 16, 11:47 PM - imaad zuberi: Everyone is invited
May 16, 11:48 PM -           : We still at the dinner table
May 16, 11:48 PM - imaad zuberi: Coming
May 16, 11:48 PM -           : Perfect
```

```
May 17, 8:17 PM -           : So we tell you how the libyans
screwed up things
May 17, 8:17 PM - imaad zuberi: When and where?
May 17, 8:17 PM -           : Now a
May 17, 8:18 PM -           : 4 seasons
May 17, 8:18 PM - imaad zuberi: Okay in 30 minute
May 17, 8:18 PM - imaad zuberi: Need to shower
May 17, 8:18 PM -           : Okay
May 17, 8:18 PM -           : You are clean come like this
May 17, 11:58 PM - imaad zuberi: Call me
```

CONFIDENTIAL                                                    00006201

```
May 18, 1:32 PM - imaad zuberi: Did your people do the donations?
May 18, 6:12 PM - imaad zuberi: When will the donation be done?
May 18, 6:15 PM - ███████████: Tomorrow morning
May 18, 6:18 PM - imaad zuberi: Please do not delay
May 19, 4:56 AM - imaad zuberi: ███-I am little irritated what
happened in Paris. I got lot of pressure from you and ███ to
get the letter, get the visa, bring these people to Paris, get
meetings soon for them in Washington and for what? I wasted lot of
my personal relationship in Washington to get this done. I
unnecessary wasted money to fly these people and nothing got
accomplished? No presentation? If it is wasted then I will take
favor and waste money for nothing? Can you please try to make sure
we don't do this in the future. I understand you didn't do this on
purpose but still I am the one taking the losses. We need to be lot
more responsible especially with the Libyans. Please understand I am
not trying to be asshole but just trying to tell you how I feel. You
wouldn't like it if you were in my shoe?
May 19, 5:11 AM - imaad zuberi: There is uncertainty this is one of
the reason I don't want to put everything in by myself
May 25, 1:11 PM - imaad zuberi: Never got your Clinton donation?
May 25, 1:12 PM - ███████████ Surprised
May 25, 1:12 PM - ███████████: Wait
May 25, 1:13 PM - imaad zuberi: When we met in Paris you were going
to send me 2 more?
May 25, 1:13 PM - imaad zuberi: Never got them
May 25, 1:13 PM - ███████████ Calling kuwait right now
May 25, 1:13 PM - ███████████: I will come back to you
May 25, 1:13 PM - imaad zuberi: If they did form then I need the
form of they did link on the internet then I need the confirmation
May 25, 1:14 PM - imaad zuberi: Okay
May 25, 1:14 PM - ███████████: They did the form and I sent it to
you earlier
May 25, 1:14 PM - ███████████: I just need the bank approval
May 25, 1:15 PM - imaad zuberi: Not after we met in Paris
May 25, 1:15 PM - ███████████ Only 1 couple paid but they did not
sent the form till now
May 25, 1:15 PM - ███████████: The other couple not interested
with Clinton at all
May 25, 1:16 PM - ███████████: Even they promised me to do it
May 25, 1:16 PM - ███████████: But it is their issue. I am not
going to force it
May 25, 1:16 PM - imaad zuberi: Okay
May 25, 2:15 PM - ███████████: She sent the form and her bank is
saying that there was no request from USA to withdraw the money. The
issue is at your place
May 27, 4:42 AM - imaad zuberi: ███████████ the Libyan Senator
call Fran. Call me and I will update you about it. Have the Libyan
decided? Monday was the deadline
May 27, 6:08 AM - ███████████ Check the news and you will know.
May 27, 9:16 AM - imaad zuberi: Call me
```

CONFIDENTIAL                                                    ████ 00006202

```
May 27, 9:42 AM - █████████ : I am
May 27, 9:57 AM - █████████ : The information are right
May 27, 9:58 AM - █████████ : We will pay through the link
May 27, 10:12 AM - ████████ : She went through the link and it
is not accepting her card
May 27, 10:12 AM - ████████ : <Media omitted>
Jun 2, 8:23 AM - █████████ : Hey stranger
Jun 2, 8:24 AM - █████████ : No news means good news
Jun 2, 8:45 AM - █████████ : My deepest condolences to Biden
Jun 2, 10:32 AM - imaad zuberi: ██ I let you and ██████ handle
the Libyans. Let me handle the U.S. people. I think it is time we
close the Libyan project
Jun 2, 10:33 AM - █████████ : It looks things are moving back in
the right direction . They spoke to █████ last night and waiting
to know what happened so far
Jun 5, 4:25 PM - █████████ : Hi, we are about to finalize the
Libyan thing by Tuesday but we are waiting the approval of the
Parliament on tuesday and the negotiation is towards 3.5 to 4% or it
will not fly. This is for your information. I did not discuss it
with any of the 3 guys you brought.
Jun 5, 4:25 PM - █████████ : The only reason for that because
they said that they have 190 billion outside and they will not give
5%
```

CONFIDENTIAL

00006203

```
Jun 14, 3:46 PM - ███████: By the way, the deputy prime
minister was hospitalized for heart attack in paris but now he is
better and promised to have the contract soon. FYI
Jun 15, 7:36 AM - ███████: Were you at Newyork with Clinton
Jun 15, 8:20 AM - imaad zuberi: Los Angeles
Jun 15, 8:22 AM - ███████: I thought you will be at Newyork
for her campaign start up celebration
Jun 15, 8:23 AM - imaad zuberi: No
Jun 15, 8:23 AM - imaad zuberi: Too many people there
Jun 15, 8:23 AM - ███████: Agree
Jun 15, 5:03 PM - imaad zuberi: ███ I will have the Libyan visa
cancelled. It has been over a month and we need to move on. I am not
happy I wasted time money and effort on this
Jun 15, 5:06 PM - ███████: I told you the story and it is up
to you. Everybody put time and money
Jun 15, 5:08 PM - imaad zuberi: No. I did al the work
Jun 15, 5:09 PM - imaad zuberi: I want this Libyan stuff to end. I
have sent email to cancel everything
Jun 15, 5:09 PM - imaad zuberi: I don't want us to waste time
Jun 15, 5:11 PM - ███████: It is up to you. l will call
███ and the libyans that we you are not interested and not to
do any contracts anymore
Jun 15, 5:11 PM - ███████: Let them do it their way
Jun 15, 5:12 PM - imaad zuberi: Yes please let ███ know to end
this. I am not interested in it
Thanks
Jun 15, 5:13 PM - ███████ Did you see ███ in London!
Jun 15, 5:13 PM - ███████: I will tell the deputy prime
minister too
Jun 15, 5:14 PM - imaad zuberi: I didn't go because you weren't
coming
Jun 15, 5:15 PM - imaad zuberi: Yes please tell the Libyan that this
is off
Jun 15, 5:15 PM - imaad zuberi: I can't work like Libyan do
Jun 15, 5:15 PM - ███████: I think they might have another
route to the congress
Jun 15, 5:15 PM - imaad zuberi: Okay good
Jun 15, 5:15 PM - imaad zuberi: I will block it
Jun 15, 5:16 PM - ███████: Anyway, I will convey the message
Jun 15, 5:16 PM - imaad zuberi: Thanks it is time to move on
Jun 15, 5:16 PM - ███████: This route was there before they
met you
Jun 15, 5:16 PM - imaad zuberi: Okay they should use that route
Jun 15, 5:17 PM - ███████: I think they will if you are out of
the whole deal. I believe it is doable but your patience is at its
low
Jun 15, 5:18 PM - imaad zuberi: Please tell them they will have to
get new visa because these will be cancelled this week
Jun 15, 5:32 PM - ███████ I will
Jun 15, 5:33 PM - ███████: I knew this will happen because of
many things
Jun 15, 5:37 PM - imaad zuberi: This is happening because Libyan
didn't do what they said they will do
Jun 15, 5:38 PM - ███████: It is a government and not a person
```

CONFIDENTIAL ███ 00006204

```
Jun 15, 5:38 PM - ▮▮▮▮▮▮▮▮ : It is a parliament and not a person
Jun 15, 5:38 PM - ▮▮▮▮▮▮▮▮ : So things time
Jun 15, 5:40 PM - ▮▮▮▮▮▮▮▮ : When they are discussing to cut the
percentage from 5 to 4% means they are serious
Jun 15, 5:40 PM - ▮▮▮▮▮▮▮▮ : They are talking business
Jun 15, 11:48 PM - ▮▮▮▮▮▮▮▮ : I spoke to ▮▮▮ and he was
surprised because you both spoken with each other and you did not
mention anything.
Jun 15, 11:49 PM - ▮▮▮▮▮▮▮▮ : However, he prefers that you get
out from this deal right now and not at a later stage
Jun 15, 11:50 PM - ▮▮▮▮▮▮▮▮ However, I will stick around to
work on it
Jun 15, 11:50 PM - ▮▮▮▮▮▮▮▮ : Take care and thank you for the
work you did
Jun 15, 11:57 PM - imaad zuberi: You will be wasting your time
because Libyan will be blocked
Jun 15, 11:57 PM - imaad zuberi: I will make sure they get nothing
Jun 15, 11:58 PM - imaad zuberi: They won't even be allowed to enter
the country
Jun 15, 11:59 PM - ▮▮▮▮▮▮▮▮ Imaad, if you do not work on
something then you block people. This is very bad intention . I did
not know that you can be that bad
Jun 16, 12:00 AM - ▮▮▮▮▮▮▮▮ : You have a lot of money and you
can whatever you do
Jun 16, 12:01 AM - ▮▮▮▮▮▮▮▮ : I put a lot of money in the last 3
years with you and I got some nice pictures
Jun 16, 12:03 AM - ▮▮▮▮▮▮▮▮ : They were worthless and all your
promises were meetings but no results
Jun 16, 12:03 AM - ▮▮▮▮▮▮▮▮ : It is ok and thank you
Jun 16, 12:04 AM - ▮▮▮▮▮▮▮▮ is right from the start
because he had some connection and I told him to do it through you.
I only trusted you and I consider you a friend
Jun 16, 12:05 AM - ▮▮▮▮▮▮▮▮ : As long as you live this life, you
will learn a lot
Jun 16, 12:06 AM - ▮▮▮▮▮▮▮▮ : Regards to your mother, wife and
son. Ciao. Going to sleep
Jun 16, 12:07 AM - imaad zuberi: Let's talk when you have time
Jun 16, 12:08 AM - imaad zuberi: I don't think people in Washington
will do anything because these people in Libya are jokers
```