1  TRACY L. WILKISON
   Acting United States Attorney
2  BRANDON D. FOX
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL J. O'BRIEN (Cal. Bar No. 141720)
4  Assistant United States Attorney
   Deputy Chief, Public Corruption & Civil Rights Section
5  ELISA FERNANDEZ (Cal. Bar No. 172004)
   Assistant United States Attorney
6  Public Corruption & Civil Rights Section
   JUDITH A. HEINZ (Cal. Bar No. 176264)
7  Assistant United States Attorney
   Senior Trial Attorney, National Security Division
8       1500 United States Courthouse
        312 North Spring Street
9       Los Angeles, California 90012
        Telephone: (213) 894-2468/7383/7280
10      Facsimile: (213) 894-2927
        E-mail:  daniel.obrien@usdoj.gov
11      E-mail:  elisa.fernandez@usdoj.gov
        E-mail:  judith.heinz@usdoj.gov
12 EVAN N. TURGEON (D.C. Bar No. 1010816)
   Trial Attorney, National Security Division
13 United States Department of Justice
        950 Pennsylvania Avenue, N.W., Suite 7700
14      Washington, D.C. 20530
        Telephone: (202) 353-0176
15      E-mail:    evan.turgeon@usdoj.gov

16 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

17
                      UNITED STATES DISTRICT COURT
18
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
19

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP |
|---|---|
| Plaintiff, | No. LACR20-155-VAP |
| v. | REDACTED DECLARATION OF DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S REPLY TO DEFENDANT'S RESPONSE TO GOVERNMENT'S POSITION RE ACCEPTANCE OF RESPONSIBILITY; REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #267) PER COURT'S ORDER DATED 2/9/17 |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

```
 1  NICOLA T. HANNA
    United States Attorney                          FILED
 2  BRANDON D. FOX                            CLERK, U.S. DISTRICT COURT
    Assistant United States Attorney
 3  Chief, Criminal Division                       NOV. 13, 2020
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
 4  Assistant United States Attorney          CENTRAL DISTRICT OF CALIFORNIA
    Public Corruption & Civil Rights Section  BY:_____CC_____ DEPUTY
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-2468
 7       Facsimile:  (213) 894-2927
         E-mail:     daniel.obrien@usdoj.gov
 8  ELISA FERNANDEZ (Cal. Bar No. 172004)
    Assistant United States Attorney
 9  JUDITH A. HEINZ (Cal. Bar No. 176264)
    Assistant United States Attorney
10  Senior Trial Attorney, National Security Division
    EVAN N. TURGEON (D.C. Bar No. 1010816)
11  Trial Attorney, National Security Division
    United States Department of Justice
12       950 Pennsylvania Avenue, N.W., Suite 7700
         Washington, D.C. 20530
13       Telephone: (202) 353-0176
         E-mail:    evan.turgeon@usdoj.gov
14  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
15
                       UNITED STATES DISTRICT COURT
16
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
17
    UNITED STATES OF AMERICA,       CR No. 19-642-VAP*
18                                  CR No. 20-155-VAP
              Plaintiff,
19
              v.                    DECLARATION OF AUSA DANIEL J.
20                                  O'BRIEN IN SUPPORT OF
    IMAAD SHAH ZUBERI,              GOVERNMENT'S REPLY TO
21                                  DEFENDANT'S RESPONSE TO
              Defendant.            GOVERNMENT'S POSITION RE
22                                  ACCEPTANCE OF RESPONSIBILITY;
                                    EXHIBITS
23
                                    Date: November 30, 2010
24                                  Time: 10:00 a.m.
                                    Courtroom: 8A
25
                                    (UNDER SEAL)
26
27
28
```

**DECLARATION OF AUSA DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California assigned to the prosecution of <u>United States v. Imaad Shah Zuberi</u>, CR No. 19-642-VAP. I make this declaration in support of the Government's Reply to Defendant's Response to the Government's Position re Acceptance of Responsibility.

2. Attached as Exhibit 1A is an Internal Revenue Service ("IRS") ICS History Transcript prepared by the IRS Special Compliance Revenue Officer Farrell Stevens ("RO Stevens") who was assigned to monitor the sale of defendant's real estate sales and the payment of taxes owed in compliance with the defendant's plea agreement and closing agreements with the IRS. Exhibit 1A covers the period September 19 through September 4, 2020. Attached as Exhibit 1B is an ICS History Transcript that covers the period September 1 through October 30, 2020.

3. Attached as Exhibit 1C is email correspondence from defense counsel to the RO Stevens regarding the property sales. Attached as Exhibit 1D is email correspondence between defense counsel and the prosecution regarding the property sales.

4. Attached as Exhibit 2 are property appraisals for U.S. properties owned by defendant, his spouse, and various LLCs they control.

5. Attached as Exhibit 3A and 3B are defendant's IRS Form 1040s for the years 2017 and 2018, respectively.

6. Attached as Exhibit 4 is a settlement agreement produced by defendant between BHUS, Ltd. (Company G), Avenue Capital Group, defendant, and US Cares, LLC dated April 28, 2017.

7. Attached as Exhibit 4A is email correspondence forwarded by defense counsel relating to defendant's debt to BHUS, Ltd. (Company G).

8. Attached as Exhibit 5 are WhatsApp communications produced by Robert Sweeney that includes an October 3, 2014 message from defendant stating, "Today, ▮ finally signed the Al Areen contract. After 1/5 year".

9. Attached as Exhibit 6, 6A, 6B, 6C, 6D, and 6E are documents produced by SKDKnickerbocker ("SKD"), a public relations firm. Exhibit 6 are emails discussing a contract with defendant to provide services in response to a 2015 Foreign Policy Magazine ("FPM") article. Exhibits 6A, 6B, and 6C are emails between representatives of SKD and FPM (and defendant) discussing the amount defendant's investment in the Al Areen Palace & Spa ("Al Areen"). Exhibits 6D and 6E are biographies provided by defendant to SKD.

10. Attached as Exhibit 7 is an Al Areen press release for October 14, 2015 produced by SKD.

11. Prior to the execution of the plea agreement, the government provided advance warning to the defense that false and frivolous objections regarding the issues the parties agreed to litigate could impact the government's recommendation as to acceptance of responsibility. The parties negotiated language to address this issue that supplanted standard boilerplate language typically contained within the government's plea agreements. The government provided advance discovery to the defense pertaining to sentencing issues prior to filing its sentencing positions, so that defendant would have ample time to assess the evidence prior to disputing it. The government produced discovery on these issues on

October 30, 2019 (obstruction evidence), November 19, 2019 (obstruction evidence), December 19, 2019 (FECA evidence), December 20, 2019 (FARA evidence re Turkey), January 13, 2020 (FARA evidence re Libya and Bahrain), January 22, 2020 (gratuity ▮▮▮▮▮▮▮▮▮▮▮▮), and January 24, 2020 (FARA evidence re Ukraine).

12. Over the last year, I have had several conversations with defense counsel with respect to defendant's obligation to pay taxes prior to deadlines. Those conversations included at least two in person meetings on February 7 and February 27 and a lengthy one-hour telephone conference on June 23, 2020.

13. Prior to defendant's plea of guilty, the government agreed to permit defendant's travel overseas so he could transfer $3 million of dollars from a Swiss bank account to the United States to fund his bond. The government then consented to additional foreign travel near the end of 2019 based upon defendant's claim that he wished to liquidate overseas assets.

14. The government never agreed to condition the payment of taxes on defendant's overseas travel or the sale of overseas assets. Indeed, in response to assertions by the defense that defendant wished to travel overseas so he could satisfy his outstanding tax obligations, I expressed my concern that the overseas assets might represent the proceeds of criminal activity. I informed the defense that the government would not launder the proceeds of any crime committed by defendant nor aid defendant in engaging in additional tax fraud. I informed the defense that *if* defendant used foreign funds to make tax payments, the government would require an explanation as to the nature of the funds and sufficient assurances that taxes on any sales would be paid.

3

15. During our discussions, I repeatedly urged the sale of sufficient U.S. properties so that defendant could meet his tax obligations. Defense counsel responded that defendant "pledged" U.S. real estate to overseas clients and investors. On June 23, 2020, defense counsel acknowledged that no writing existed as to third party ownership of the U.S. real estate. Defense counsel said that after defendant became aware of the government's investigation, he engaged in conversations with ▮▮▮▮▮▮ (Person J) to assign him an interest in some of the U.S. properties and that defendant orally promised ▮▮▮▮▮ an interest. Defendant and ▮▮▮▮▮ could not reach agreement as to the properties involved or the amount of ▮▮▮▮'s interest, but negotiated an amount within a range of 20 and 25 percent. Defense counsel opined that defendant's oral pledge would create difficulties for the U.S. government in its attempt to collect on the debt.

16. The government has not interfered with defendant's ability to meet his tax obligations. In February 2020, on my own initiative, not in response to a defense request, I extended the January 31, 2020 deadline set forth the in the plea agreement to provide defendant with additional time to sell real estate holdings in the United States. Despite concerns that defendant had engaged in dilatory tactics and false assertions to avoid paying his taxes, I also asked that IRS RO Stevens delay filing nominee liens to ensure defendant had ample opportunity to liquidate U.S. real estate.

17. Upon receipt of the defense filing of June 16, 2020 regarding acceptance of responsibility, in which defendant asked the Court to endorse the failure to pay his debt prior to sentencing, I

4

agreed to no further deadline extensions.  I nevertheless urged that defendant liquidate sufficient properties prior to sentencing.  I emphasized that the failure to meet his plea obligations would further jeopardize a recommendation for acceptance of responsibility.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed this 9th day of November 2020 at Los Angeles, California.

                 /s/
               DANIEL J. O'BRIEN

5

# CERTIFICATE OF SERVICE

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on November 9, 2020, I was caused to email the above-titled action, a copy of: **Declaration of AUSA Daniel J. O'Brien in Support of Government's Reply to Defendant's Response to Government's Position re Acceptance of Responsibility; Exhibits (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
iwang@bgrfirm.com

Evan Davis, Esq.
**davis@taxlitigator.com**

Nate Brown, Esq.
nbrown@bgrfirm.com

at their last known email address.

This Certificate is executed on November 9, 2020 at Los Angeles,

California. I certify under penalty of perjury that the foregoing is true and correct.

                                               /s/ *Sandy Ear*
                                               SANDY EAR
                                               Legal Assistant