EXHIBIT 1A

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: **IMAAD S ZUBERI & WILLA W RAO**                TIN: ███████

---

ACTION DATE: 09/16/2019                     CREATE ID: ████████5

Systemic History: CASE CREATED - ICS

████████████████████████████N
████████ 2
████ 2
████ 1

---

ACTION DATE: 09/16/2019                     CREATE ID: ████████5

Systemic History: NEW MODULE - ICS

█N █H █N █ █ █1 █████████5

---

ACTION DATE: 09/16/2019                     CREATE ID: ████████5

Systemic History: ENTITY UPDATED - ICS

Primary assignment number updated to ██████5

---

ACTION DATE: 09/14/2019  SYSTEM DATE: 09/16/2019  CONTACT: PHONE  CREATE ID: ████████2

GENERAL HISTORY

Advisory Action

1. Received TC from John Lucero CI ████████████
   a. Tp just plea out in a criminal case w/ $10M restitution.
   b. Tp needs to travel overseas to conduct business.
   c. Tp wants to offer three pieces of real property as "collateral"
      so he doesn't have to surrender his passport.
   d. Tp willing to sell the three properties, but will take time.
   e. Can Tp offer property in lieu of his passport?
   f. How would Tp transfer title to Govt?
   g. Assigned AUSA is Dan O'Brien ████████████
   h. Ad stated that normally Tp's use collateral in lieu of a lien filing
      because they are going to tax court to dispute an assessment.
   j. Ad did not see why Tp couldn't offer real property as collateral here.
   k. Ad would contact AUSA to discuss details.

2. Ad TC to AUSA Dan O'Brien
   a. Title to the three properties is held by LLCs.
   b. The Tp and his wife are the sole members of the LCs.

```
REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**          TIN: ██████████

   c. Ad recommended that the Tp as an LLC member transfer title to himself.
   d. LLCs cannot transfer title to the Govt. because former is not the Tp.
   e. Govt. will w/hold recording the deeds so long as the Tp abides by the
      terms of the plea deal.  If he fails Govt. will record.
   f. Ad stated must show a clear chain of title from LLCs to Tp to Govt. if
      the Govt needs to take collection action against the properties.

3. Ad could not open a case control on 09/14/19 because he was working in
   stand alone mode.

---

ACTION DATE: 09/16/2019  SYSTEM DATE: 09/16/2019  CONTACT: OTHER  CREATE ID: ███████5

GENERAL HISTORY


Advisory Action

1. Ad opened NFOI 187 to assist AUSA.

2. Ad received draft quitclaim deeds from Tp's counsel via AUSA.
   a. Ad reviewed three deeds.
   b. Ad returned deeds to AUSA w/ three minor observations.

3. Ad exchanged email w/ FTA Chuan Gu.
   a. Ad stated he discussed case w/ AUSA & CI on 09/14/19.
   b. All parties agreed that real property could be used as collateral.

4. Ad will monitor case for 30 days if AUSA needs further assistance.


FU: 10/31/19
POA: Status of case

---

ACTION DATE: 10/02/2019  SYSTEM DATE: 10/02/2019  CONTACT: OTHER  CREATE ID: 27021512

GENERAL HISTORY


RO name was provided by AUSA to monitor the sale of three apt. buildings and other payments totaling
apprx. $16M which is what TP owes on draft form 906 CLOSING AGREEMENT related to his criminal plea.
RA is Crystal Young, SA is John Lucero, AUSA is Dan Obrien and TP rep. is Evan Davis ████████.

Received call from rep. Evan Davis last week asked for 2848 says it was sent to CAF unit. Checked
CAF and found 2848 covering 2000 to 2015 for Perez and Davis. Davis says AUSA Obrien wants all civil
taxes due on the 906 Closing to be paid before sentencing. We spoke about the need for IRS to have
copy have the property addresses a copy of "sales contract", escrow information and instructions,
and escrow instructions that provide to IRS payment of seller proceeds. Rep. Davis says the seller
proceeds to go to his client trust account so he will make payment to IRS. He currently has $1M in
his client trust for IRS. In addition, to the three apartment buildings some money to pay IRS is
coming from loans from family members.

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ▮▮▮▮▮▮▮
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: **IMAAD S ZUBERI & WILLA W RAO** | | TIN: ▮▮▮▮▮▮▮ |

Received email from Rep. Davis yesterday asking that I call him today regarding the first escrow for Zuberi property. Called Davis left voice mail to return my call. (F. Stevens, RO ▮▮▮▮ ▮▮?▮

---

ACTION DATE: 10/02/2019                    CREATE ID: ▮▮▮▮▮

Systemic History: NEW MODULE – ICS

CIP-CIP-OTHER ▮ ▮0 00▮ ▮ ▮ ▮▮▮▮▮▮

---

ACTION DATE: 10/02/2019                    CREATE ID: ▮▮▮▮▮2

Systemic History: ENTITY UPDATED – ICS

Primary assignment number updated to▮▮▮▮▮1▮

---

ACTION DATE: 10/03/2019  SYSTEM DATE: 10/03/2019  CONTACT: CORR.  CREATE ID: ▮▮▮▮▮1▮

TP/POA CONTACT

TP/POA CONTACT

Received from rep. Evan Davis listing TP financial holdings real estate, bank accounts and shareholder investment holdings:

REAL ESTATE DOMESTIC
1) IMAAD ZUBERI                          ▮▮▮▮▮▮▮▮▮ Arcadia, CA 91007
2) ISZ 9 LLC                             ▮▮▮▮▮▮▮▮, El Monte, CA 91731
3) CLARY 6, LLC                          ▮▮▮▮▮▮ San Gabriel, CA 91776
4) FOUNTAIN 8, LLC                       ▮▮▮▮▮▮ Los Angeles, CA 90028
5) ATLANTIC 17, LLC                      ▮▮▮▮▮▮▮, Alhambra, CA 91803
6) DUARTE 12, LLC                        ▮▮▮▮▮ Arcadia, CA 91007
7) MCCULLOCH 18, LLC                     ▮▮▮▮e, Temple City, CA 91780
8) AVENUE PROPERTY HOLDINGS, LLC-Owns Rosemead 32 LLC and California 8 LLC
9) ROSEMEAD 32, LLC                      ▮▮▮▮▮▮, San Gabriel, CA 91775
10) CALIFORNIA 8, LLC                    ▮▮▮▮▮▮▮, Arcadia, CA 91006

FOREIGN
1) RESIDENTIAL RENTALS        5C Askari 2, Karachi Pakistan (2005)
2) RESIDENTIAL RENTALS        4C Askari 2, Karachi Pakistan (2007)
3) RESIDENTIAL RENTALS        122/M Block 2, PECHS Tariq Road, Karahi (1980)
4) RESIDENTIAL RENTALS        119 Main Badar, DHA Phase 5, Karachi Pakistan (Recent)
5) LAND Undeveloped Agriculture Land – value unknown – ownership % disputed

FOREIGN ENTITIES

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: 2702-4330
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: **IMAAD S ZUBERI & WILLA W RAO**                    TIN: ███████

1) Bank Account FAYSABAK              $10,181.92 date 8/2019
2) Bank Account FYASABAK              $38,628.75 date 8/2019
3) Real Estate Various Real Estate/Lan purchased to hedge currency risk-som propert was purchased
in Zuberi's name however doensen/t claim any personal ownership over these properties.


AVENUE VENTURES SWITZERLAND - OWNED BY AVENUE VENTURES (PVT) LTD (PAKISTAN) - 10% OWNED BY ZUBE
RI 1Bank AccountBANQUE ERIC STURDZA ███████
$5,296,104.00          USD1.000000   5,296,104.00          date  12/31/18

SEAMENA CHINA VENTURES (PVT) LIMITED - 10% OWNED
AVENUE APPAREL INTERNATIONAL LIMITED - 55% OWNED

Page 2:

Reports TPh has 9 domestic bank account with balance apprx. totaling $1,320,742.
Reports TPh various LLC's have 8 domestic bank account with balance apprx. totaling $  975,025.

Reports TPh has 13 foreign bank account with balance apprx. totaling $860,451.




  ACTION DATE: 10/05/2019                           CREATE ID: ███████

Systemic History: ENTITY UPDATED - ENTITY


ENTITY UPDATED - ENTITY: ███████████9█


  ACTION DATE: 10/07/2019   SYSTEM DATE: 10/07/2019   CONTACT: OTHER   CREATE ID: ███████2

GENERAL HISTORY


Sent e-mail to Advisor Conrad and CC to AGM Kogachi about opening of CIP to self RO F. Stevens.
Submitted the request create case to AGM as follow up.


  ACTION DATE: 10/15/2019   SYSTEM DATE: 10/15/2019   CONTACT: PHONE   CREATE ID: ███████1█

TP/POA CONTACT


TP/POA CONTACT

Call back to rep. Davis- he says the property at ███████████., LA CA 90028 is in escrow with
closing date of 11/21/2019 extension of 10 day possible to 12/1/2019. Price sale is $2M, Agreed seller
proceeds can go to his firms client trust account then to the IRS. He says to restitution--so RO
will check for the proper location of restitution payments.

```
REQUESTOR:            0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN:**

Advised that 906 getting signed today then it will be prompted expect in 5 days the assessments.

---

ACTION DATE: 10/15/2019   SYSTEM DATE: 10/15/2019   CONTACT: OTHER   CREATE ID:         2

GENERAL HISTORY

The clerk of court offices will disburse criminal restitution payments to the IRS by issuing Treasury checks to the IRS. Effective October 1, 2009, all criminal restitution payments to the IRS will be processed by Submission Processing at the Kansas City Campus only. The clerk of court offices have been requested to send all criminal restitution payments to the following address:
-RACS
ı: Mail Stop 6261, Restitution
W Pershing Road
ısas City, MO 64108
**NOTE:**If criminal restitution payments are routed to an IRS office or campus other than Kansas City, they must be transshipped via overnight traceable method per Manual Deposit IRM 3.8.45.6.26
</databases/irm.dr/current/3.dr/3.8.dr/3.8.45.dr/3.8.45.6.26.htm>, *Department of Justice/Criminal Restitution Program Payments (KCSPC Only)*.
Inquiries regarding missing court ordered restitution payments or if taxpayer's cancelled check shows a Department of Justice (DOJ) endorsement, contact Kansas City SPC Technical Advisor at 816-499-5949 for receipt and reconciliation of criminal restitution payments.

---

ACTION DATE: 10/28/2019   SYSTEM DATE: 10/28/2019   CONTACT: OTHER   CREATE ID:         1

GENERAL HISTORY

Checked IDRS for pending assessments but nothing on IDRS yet.

---

ACTION DATE: 10/29/2019   SYSTEM DATE: 10/30/2019   CONTACT: FIELD   CREATE ID:         2

ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
     RESULTS: FC at LA County recorder (Norwalk) checked for any transfers of real property from my list of TP holdings in California under:

1) ISZ 9, LLC- 3/15/2014 TPs transferred to this LLC. No other transfers
2) Clary 6, LLC- 8/12/2013 acquired by LLC, DOT JPMC w/full reconveyance 3/11/2014. DOC Tfr. tax $1,485.
3) Fountain 8, LLC- acquired 2014.
4) Atlantic 17, LLC-acquired 6/8/2015 DEED, DOC TAX $3,767.50

REQUESTOR: ███████████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: **IMAAD S ZUBERI & WILLA W RAO**                    TIN█████████████

5) Duarte 12, LLC- acquired 8/28/2015 DEED DOC TAX $3,630.00
6) Rosemead 32, LLC 9/1/2017 w/DOT East West Bank; TFRd $9,405
7) California 8, LLC- Could not find Match.

---

ACTION DATE: 11/03/2019  SYSTEM DATE: 11/03/2019  CONTACT: OTHER  CREATE ID: █████████5

GENERAL HISTORY


Advisory Action

1. Closing Narrative
   a. Counsel & AUSA are working directly w/ RO 27021512 & FTA C Gu.
      i. Ad has not been called up to provide any assistance in awhile.
   b. Close NFOI 187 w/o further action by Advisory.
      i. Case can be re-opened when & if necessary.

---

ACTION DATE: 11/03/2019                    CREATE ID:██████████

Systemic History: INVENTORY ITEM CLOSED - ICS


NF - ACTION ACCEPTED              ███████0█

---

ACTION DATE: 11/12/2019  SYSTEM DATE: 11/13/2019  CONTACT: PHONE  CREATE ID:██████████1█

GENERAL HISTORY


████████████████████████████████████████████████████████████████████████████████ ▌ █

---

ACTION DATE: 11/13/2019                    CREATE ID: ██████████

Systemic History: FOLLOW UP - ICS


Follow up (CIP) created for: 11/21/2019  IMAAD SHAH ZUBERI & WILLA W RAO- FU form prompt assesments.

---

ACTION DATE: 11/22/2019  SYSTEM DATE: 11/25/2019  CONTACT: FIELD  CREATE ID: ██████████1█

ST./LOCAL GOVT. SEARCH


ST./LOCAL GOVT. SEARCH
    RESULTS: FCM to Los Angeles county recorder (Norwalk). Checked TP property under his
name two properties #8&9 and under his LLCs eight properties #1-7.

1) ISZ 9 LLC acquired 2014, ██████████████ doc tax $1,138.50 originally acuired

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO          TIN: ███████

by TPh&w. $1,152,035 as indicated by transfer tax.

2) Clary 6, LLC acquired 2013, ███████, San Gabriel, CA 91776 Doc Tax $1,485---No DOT. Value is $1,633,500 as indicated by transfer tax.

3) Fountain 8, LLC acquired 2014 transfer tax not public APN 5536-001-010-███ ███, Los Angeles CA. ********************THIS PROPERTY IS IN ESCROW NOW**********  SALE PRICE $2M

3) Atlantic 17, LLC acquired in 2015, ███████ The Tfr Tax $3,767.50 with no DOT. Value is $4,144,250. APN 535-015-005.

4) Duarte 12, LLC acquired in 2015 w/ tfr tax $3,630 and no DOT address is ███████, APN 5763-005-035. Value as indicated by tfr tax is $3,993,000.

5) Mcculloch 18, LLC acquired in 2015 APN 8573-013-035 w/ DOT with EASTWEST BANK. Tfr tax is $3,740 idicating value at $4,114,000

6) Rosemead 32, LLC acquired in 2017  tfr tax $9,405 DOT YES amount of DOT ??? APN 5382-009-045 address is ███████, San Gabriel CA
7) Calif 8, LLC acquired 2018- APN 5773-016-031 at ███████, Arcadia, CA TFR TAX $4,378; VALUE INDICATED IS $4,815,800 no DOT found.
8) APN 8573-016-019 is ███████ TEMPLE CITY CA---TP transfers to TPw on 10/13/2011
9) APN 5379-037-051 TPH & TPW acquire from Mannino ███████, Arcadia CA.

---

ACTION DATE: 12/03/2019                    CREATE ID: ███████2

Systemic History: INVENTORY ITEM UPDATED - ICS

00000002 Updates:  CIP
    DUE DATE CHANGED FROM:     12/1/2019  TO  2/28/2020

---

ACTION DATE: 12/11/2019  SYSTEM DATE: 12/11/2019  CONTACT: OTHER  CREATE ID: ███████1

GENERAL HISTORY

Checked IDRS found ███████ pending $414,980 23c 12/6/2019.

TP owes 30/201812 $937,815 second notice issued on voluntary filed return.

---

ACTION DATE: 12/11/2019                    CREATE ID: ███████

Systemic History: FOLLOW UP - ICS

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR:              0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

| Name: **IMAAD S ZUBERI & WILLA W RAO** | TIN: |
|---|---|

Follow up (CIP) created for: 12/18/2019  IMAAD SHAH ZUBERI & WILLA W RAO- fu FOR assessments and status of property liquidation with Rep. Evan Davis.

ACTION DATE: 01/03/2020  SYSTEM DATE: 01/03/2020  CONTACT: CORR.  CREATE ID:      1

TP/POA CONTACT

TP/POA CONTACT

==Got message from rep. E. Davis that the property                    sold funds sitting is escrow.== He needs address to sent "restitution payments"/ Provided the following address for restitution payments.

Internal Revenue Service- RACS
Mail Stop 6261, Restitution
Attn: 333 W. Pershing Road
Kansas City, MO 64108

Please send me a copy of all payments for my records.

Thanks,

Farrell Stevens

Checked **IDRS** only 2012 is assessed.

ACTION DATE: 01/16/2020  SYSTEM DATE: 01/16/2020  CONTACT: OTHER  CREATE ID:      1

GENERAL HISTORY

Checked IDRS shows only assessment is for 30/201212 which is listed as a partial assessment a $1,040,670. So the funds from the sale of the property on Fountain Ave posted to this period for $1.7M on 01/14/2020 an overpayment. RO requested input of TC 570 freeze.

ACTION DATE: 01/29/2020  SYSTEM DATE: 01/29/2020  CONTACT: OTHER  CREATE ID:      1

GENERAL HISTORY

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ▓▓▓▓▓
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN:** ▓▓▓▓▓

ACTION DATE: 02/12/2020   SYSTEM DATE: 02/12/2020   CONTACT: OTHER   CREATE ID: ▓▓▓▓ 1

GENERAL HISTORY

Checked the assessment under TPw SSN ▓▓▓▓▓▓▓. They went and are unpostable due to CI TC 914 freeze.

[REDACTED]

ACTION DATE: 02/12/2020                              CREATE ID: ▓▓▓▓ 2

Systemic History: FOLLOW UP - ICS

Follow up (CIP) created for: 02/18/2020   IMAAD SHAH ZUBERI & WILLA W RAO- FU RA Young on unpostables.

ACTION DATE: 02/20/2020   SYSTEM DATE: 02/20/2020   CONTACT: OTHER   CREATE ID: ▓▓▓▓ 2

GENERAL HISTORY

Pacer on criminal case 19cr-00642 Violations of the Foreign Agents Registration Act. TP collected foreign monies under guise of lobbying congress for favorable legislation but failed to register under FARA. He provided little to no services or results to the clients instead diverting the monies for his personal gain and purchase of real property.

TP sentencing is 3/23/2020.

TP restitution is due as well.

ACTION DATE: 02/20/2020   SYSTEM DATE: 02/21/2020   CONTACT: FIELD   CREATE ID: ▓▓▓▓ 1

ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
        RESULTS: FCM to Los Angeles county recorder office (NORWALK). Checked for any recent movement (sale) or (Loans) against the properties beneficially owned by TP(s).

1) ISZ 9, LLC- No change
2) Clary 6, LLC- No change
3) Fountain 8, LLC- SOLD on 12/23/2019 to ZZ Investments, LLC 1/3 to Halmic, LLC 1/3 and to Kash Asset Holdings, LLC 1/3. The

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO                    TIN: ███████

transfer tax paid was $8,910 APN 5536-001-010.
4) Atlantic, 17, LLC---No change
5) Duarte 12, LLC---No Change
6) Rosemead 32, LLC- No Change
7) Mcculloch 18, LLC- No Change

---

ACTION DATE: 04/01/2020   SYSTEM DATE: 04/01/2020   CONTACT: CORR.   CREATE ID: ███████1█

GENERAL HISTORY

Discussed with RA C. Young status TP case advised no payments since January 2020 $1.7M from the sale
of Fountain Ave.,property. She says the assessments on TPw SSN joint periods are now assessed.

---

ACTION DATE: 04/22/2020   SYSTEM DATE: 04/22/2020   CONTACT: OTHER   CREATE ID: ███████1█

OTHER 3RD PARTY CONT.

OTHER 3RD PARTY CONT.
   ENTITY TYPE: OTHER
      NAME LINE 1:  Reprisal
      NAME LINE 2:

   3RD PARTY CONTACT RECORD(S) GENERATED

Friday, September 4, 2020, 2:40 pm

```
                    ┌──────────────────────────────────────┐
                    │  REQUESTOR: ▮▮▮▮▮▮                     │
                    │  ICS HISTORY TRANSCRIPT               │
                    │  HISTORY INFORMATION                  │
                    └──────────────────────────────────────┘
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN:** ▮▮▮▮▮▮

---

**ACTION DATE:** 04/22/2020  **SYSTEM DATE:** 04/22/2020  **CONTACT:** OTHER  **CREATE ID:** ▮▮▮▮▮1▮

GENERAL HISTORY

Checked IDRS shows TPh filed 30-201812 MFJ with unpaid balance due of $988,240 assigned to QUEUE.
The 30-201212 period was assessed under TPh SSN and paid in full with the application of $1.7M payment.
THe credit needs to be moved to TPw 30-201312 MFJ assessment.

Checked IDRS under TPw shows balance due periods MFJ now assessed and due under TPw SSN as follows:

30 201312  2  80211-505-81844-4 21 202008        6,422,493.01
   CSED>05/19/2024 CRIM-INVST-CD>2 MF-CAF-CD>2
                                                      CTR

30 201412  2  90221-507-51565-5 21 202008        7,450,599.02
   CSED>05/25/2025 CRIM-INVST-CD>2 MF-CAF-CD>2

30 201512  2  80221-688-41562-6 21 202008        1,021,596.24
   CSED>11/14/2026 CRIM-INVST-CD>2 MF-CAF-CD>2

---

**ACTION DATE:** 04/23/2020  **SYSTEM DATE:** 04/23/2020  **CONTACT:** OTHER  **CREATE ID:** ▮▮▮▮▮1▮

ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
    RESULTS: Checked PACER for TP criminal case. The pre-sentencing memorandum filed
3/20/2020 states the tax loss shown below and that TP has failed to pay by the agreed upon
date of January 31, 2020 per his PLEA AGREEMENT. This date has been extended to May 18,
2020.The tax loss for his plea is $7,299,566. TP civil amounts owe exceed this amount
significantly and include a balance due for 2018.

Year Unreported Gross Income Unreported Net Income Tax Loss and total restitution:

2012 $414,918
2013 $2,910,026
2014 $3,478,667
2015 $495,945

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ▮
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: **IMAAD S ZUBERI & WILLA W RAO**        TIN: ▮

Total $7,299,556

civil amount due:

Year  Approimate due to 2012 credit
  Due 4/23/2020

| 2012 | $ | (659,329.16) |
|------|---|--------------|
| 2013 | $ | 6,505,744.84 |
| 2014 | $ | 7,548,719.81 |
| 2015 | $ | 1,035,172.45 |
| 2018 | $ | 988,370.84 |
| total | $ | 15,418,678.78 |

The memorandum describes in detail TP FARA, FECA and FBAR violations and his business based on Fraud to victims that paid him for services not rendered and there payments were largely rerouted to TP for his personal benefit. TP engaged in a extraordinary deceit, manipulation and sophisticated fraud schemes to fraudulently obtain monies for promised services he never intended to provide.



REAL ESTATE DOMESTIC
1) IMAAD ZUBERI                                                    Arcadia, CA 91007
2) ISZ  9 LLC                                           El Monte, CA 91731
3) CLARY  6, LLC                                       San Gabriel, CA 91776
4) FOUNTAIN  8, LLC                                       Los Angeles, CA 90028
5) ATLANTIC  17, LLC                                   Alhambra, CA 91803
6) DUARTE  12, LLC                                   Arcadia, CA 91007
7) MCCULLOCH 18, LLC                               Temple City, CA 91780
8) AVENUE  PROPERTY  HOLDINGS, LLC-Owns Rosemead 32 LLC and California 8 LLC
9) ROSEMEAD 32, LLC                                   San Gabriel, CA 91775
10)CALIFORNIA 8, LLC                                 Arcadia, CA 91006

ACTION DATE: 04/23/2020   SYSTEM DATE: 04/23/2020   CONTACT: OTHER   CREATE ID: ▮

GENERAL HISTORY

Prepared following spreadsheet as reference for RO research possible nominee or alter ego lien for the LLCs that own real property in the chart below:

Property Address  APN #      Tax Assessed Value    Bank Account    Bank Balance   Type Acquired by LLC   Acquired from

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**            **TIN:** ████████

---

**12/31/2018**

1) ISZ 9 LLC acquired 2014, ███████████ doc tax $1,138.50 originally acuired      8568-020-020    $
1,143,377.00        Union Bank     $    10,201.00    4+ Unit Apartment

by TPh&w. $1,152,035 as indicated by transfer tax.      2/20/2014     Imaad Zuberi & Willa Wei Rao

███████████ | El Monte, CA 91731

2) Clary 6, LLC acquired 2013, ████████████, San Gabriel, CA 91776 Doc Tax $1,485—No DOT. Value is $1,633,500 as indicated
by transfer tax.      5362-027-003     $     1,483,534.00     US Bank
██████████ San Gabriel, CA 91776

3) Fountain 8, LLC acquired 2014 transfer tax not public APN 5536-001-010-5704 Fountain Ave., Los Angeles CA.
*******************THIS PROPERTY IS IN ESCROW NOW************ SALE PRICE $2M    5536-001-010     $     1,714,307.00
       Bank of the West     $    14,325.00    5+ Unit Apartment

5704 Fountain Avenue, Los Angeles, CA 90028      5/22/2014     5704 Fountain LLC
**SOLD IRS received $1.7 million proceeds in January 2017**

4) Atlantic 17, LLC acquired in 2015, ████████████ The Tfr Tax $3,767.50 with no DOT. Value is $4,144,250. APN 535-015-005.
     5350-015-005     $     3,691,813.00     US Bank
█████████████ Alhambra, CA 91803

5) Duarte 12, LLC acquired in 2015 w/ tfr tax $3,630 and no DOT address is 833 W. Duarte Rd., APN 5763-005-035. Value as indicated
by tfr tax is $3,993,000.      5783-005-035     $     3,503,645.00     Union
Bank      $    19,285.00    5+ Unit Apartment    5/12/2015     Capital
KCS LLC
██████████ Arcadia, CA 91007

6) Mcculloch 18, LLC acquired in 2015 APN 8573-013-035 w/ DOT with EASTWEST BANK. Tfr tax is $3,740 idicating value at $4,114,000
     8573-013-035     $     3,618,511.00     East
West Bank      $    27,660.00    5+ Unit Apartment    10/6/2015     Guyd T
Spata & MP Trust
██████████ Temple City, CA 91780

7) Rosemead 32, LLC acquired in 2017, tfr tax $9,405 DOT YES amount of DOT ??? APN 5382-009-045 address is 6644 ROSEMEAD BLVD.,
San Gabriel CA.      5382-009-045     $     4,295,042.00     East
West Bank      $    53,513.00    5+ Unit Apartment    8/22/2017
     Edgewood San Gabriel, LLC

████████████, San Gabriel, CA 91775
**Avenue Property Holdings, LLC -is owner of this LLC**

8) Calif 8, LLC acquired 2018- APN 5773-016-031 at ████████████, Arcadia, CA TFR TAX $4,378; VALUE INDICATED IS $4,815,800
no DOT found.      5773-016-031     $     4,059,600.00     Bank of
the West      $    29,788.00    5+ Unit Apartment    1/3/2018     Golden
Arbor Investment, LLC

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR:          0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name:** IMAAD S ZUBERI & WILLA W RAO                    **TIN:**

Arcadia, CA 91006

**Avenue Property Holdings, LLC - is owner of this LLC**

9) APN 5379-037-051 TPH & TPW acquire from Mannino                    Arcadia CA.        5397-037-051      $
300,863.00                                                                              Condo

                                                    7/13/2017        Che & Clara Wong

1124 W Huntington Drive #2, Arcadia, CA 91007
totals:                                                              $          23,810,692.00

---

ACTION DATE: 04/24/2020   SYSTEM DATE: 04/24/2020   CONTACT: OTHER   CREATE ID:        2

GENERAL HISTORY


Began working on narrative for nominee liens against:

Seven Nominees:

ISZ, LLC-                 El Monte, CA 91731; EIN#  46-3468571
CLARY 6 LLC-              San Gabriel, CA 91776;  EIN# 46-3143377
ATLANTIC 17 LLC –                   Alhambra, CA 91803; 47-4070251
DUARTE 12 LLC-                   Arcadia, CA 91007; 47-4361383
MCCULLOCH 18 LLC-               Temple City, CA 91780; 47-4995315
ROSEMEAD 32 LLC-           , San Gabriel; CA 91775; 82-2325354
CALIF 8 LLC-               Arcadia, CA 91006; 82-3871460

---

ACTION DATE: 04/25/2020                        CREATE ID:

Systemic History: ENTITY UPDATE - IDRS


CASE GRADE LEVEL INCREASED IDRS - FROM 12 TO 13 - ASSIGNMENT 27021512

---

ACTION DATE: 04/25/2020                        CREATE ID:

Systemic History: ASSIGNMENT - IDRS


CASE ASSIGNED--27021512

---

ACTION DATE: 04/25/2020                        CREATE ID:

Systemic History: ENTITY UPDATE - IDRS

Sensitive But Unclassified

```
REQUESTOR: ▮
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN:** ▮

INITIAL CONTACT DUE DATE 06/11/2020 - 45 DAYS

---

**ACTION DATE: 04/25/2020**                    **CREATE ID:** ▮

Systemic History: NEW MODULE(S) - IDRS

BAL DUE - 30/201812

---

**ACTION DATE: 04/25/2020**                    **CREATE ID:** ▮0

Systemic History: ENTITY UPDATED - ENTITY

ENTITY UPDATED - ENTITY: PRIORITY SCORE UPDATED FROM 399 TO 103

---

**ACTION DATE: 04/27/2020    SYSTEM DATE: 04/27/2020    CONTACT: OTHER    CREATE ID:** ▮1

GENERAL HISTORY

TPs PLEA AGREEMENT PROVIDES FOR FULL PAYMENT OF THE ENTIRE CIVIL AGREED IRS TAXES NOT JUST THE RESTITUTION PORTION AND PROVIDES FOR PAYMENT IN FULL BY JANUARY 31, 2020 THIS DATE HAS BEEN EXTENDED TO MAY 18, 2020:

In the event defendant fails to pay the tax deficiencies, fraud penalties, and statutory interest obligations acknowledged in the Closing Agreements by January 31, 2020, agree the IRS may file and record three quit claim deeds executed by defendant on Septe:mper 17, 2019 on behalf of the LLCs that own properties in favor of the defendant, file and record liens on these properties, and sell the properties in partial or complete satisfaction of the debt identified in the Closing Agreements. Any proceeds that exceed amounts owed under the Closing Agreements plus monetary obligations imposed by the court regarding special assessments, restitution or fines at sentencing shall be returned to defendant. Allow all funds posted as bond in this matter to be applied by the Court to pay, in order of application, the tax deficiencies, fraud penalties, and statutory interest obligations acknowledged in the Closing Agreements, special assessments, criminal fines, and costs that defendant is required to pay, and execute papers as necessary to accomplish this application.

Note TP has $3M posted with the court for bond bail in cash that can be used to pay IRS.

FOLLOW UP DATE is May 22, 2020 as to whether TP FULL PAID or not and whether TP changed his PLEA in any way. During interim RO to submit Nominee lien request based on the PLEA agreement and other factors tending toward nominee lien filing as warrranted and proper.

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ████████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**          **TIN:** ████████

ACTION DATE: 04/28/2020   SYSTEM DATE: 04/28/2020   CONTACT: OTHER   CREATE ID: ██████ 1█

GENERAL HISTORY

==Worked on Nominee / Alter ego lien narrative report for the seven LLC's owning property that are pass-through entities to the Taxpayers.==

ACTION DATE: 04/29/2020   SYSTEM DATE: 04/29/2020   CONTACT: OTHER   CREATE ID: ██████ 1█

GENERAL HISTORY

Continued work on narrative for nominee/alter ego liens for eight LLC's owned by the taxpayers.

Got reply from RA to my email on TP criminal case "status" she says the IRS S/A CI is checking with US Attorney but he believes the May 28, 2020 date is an extension to pay not his new sentencing date.

ACTION DATE: 04/29/2020                          CREATE ID: ██████ 0

Systemic History: MODULE(S) UPDATED - ICS

LIEN DETERMINATION DUE DATES UPDATED TO 07/31/2020 DUE TO COVID-19

ACTION DATE: 04/30/2020   SYSTEM DATE: 04/30/2020   CONTACT: OTHER   CREATE ID:██████ 1█

GENERAL HISTORY

Secured copies of the Articles of Organization and Statements of Information for the seven LLCs subject to possible nominee alter ego liens. Continued reading and writing memo for the special condition lien request.

ACTION DATE: 05/01/2020   SYSTEM DATE: 05/01/2020   CONTACT: OTHER   CREATE ID: ██████ 1█

GENERAL HISTORY

Completed the first draft of nominee alter ego liens memo for the seven LLCs holding title to apartment buildings.

POA- complete the memo with final draft, exhibits and submit thru GM to counsel.

ACTION DATE: 05/04/2020   SYSTEM DATE: 05/04/2020   CONTACT: OTHER   CREATE ID:██████ 1█

GENERAL HISTORY

Worked on memo alter ego nominee lien continued reading Plea with sentencing recommendation.

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

**Name: IMAAD S ZUBERI & WILLA W RAO**　　　　**TIN:** ████████

ACTION DATE: 05/05/2020   SYSTEM DATE: 05/05/2020   CONTACT: OTHER   CREATE ID: ████2

GENERAL HISTORY

Completed memo forwarded to GM Bellomo for approval and forwarding to Area Counsel for approval. RO requesting and/or/both alter ego and nominee, special condition liens for seven limited liability companies taxpayers own exclusively. I attached as exhibits the Articles of Organization of the LLC's and the criminal filings INFORMATION, PLEA AGREEMENT and SENTENCING MEMORANDUM from Imaad Zuberi criminal case.

The LLC's are:

ISZ, LLC-██████████|, El Monte, CA 91731; EIN# 46-3468571
Clary 6 LLC-███████ San Gabriel, CA 91776;  EIN# 46-3143377
Atlantic 17 LLC -████████, Alhambra, CA 91803; 47-4070251
Duarte 12 LLC-██████████ Arcadia, CA 91007; 47-4361383
Mcculloch 18 LLC-█████████, Temple City, CA 91780;
47-4995315
6)    Rosemead 32 LLC- ████████ , San Gabriel; CA 91775;
82-2325354
7)    Calif 8 LLC- ████████ , Arcadia, CA 91006; 82-3871460

ACTION DATE: 05/06/2020   SYSTEM DATE: 05/06/2020   CONTACT: OTHER   CREATE ID: ████1█

GENERAL HISTORY

My nominee and or alter ego lien to counsel has been assigned to Laura Mullen SBSE Area Counsel.

ACTION DATE: 05/12/2020   SYSTEM DATE: 05/12/2020   CONTACT: OTHER   CREATE ID: 27021512

ST./LOCAL GOVT. SEARCH

ST./LOCAL GOVT. SEARCH
    RESULTS: Checked PACER for any changes events in TP criminal case but found nothing new. NY case transferred in to California. The court order on stipulation but it is sealed May 2020.

ACTION DATE: 05/12/2020   SYSTEM DATE: 05/12/2020   CONTACT: OTHER   CREATE ID: ████1█

GENERAL HISTORY

███████████████████████████████████████

Sensitive But Unclassified

Friday, September 4, 2020, 2:40 pm

REQUESTOR: 2702-4330
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO          TIN: ███████

DATE: 05/13/2020   SYSTEM DATE: 05/13/2020   CONTACT: CORR.   CREATE ID: ████████

GENERAL HISTORY

████ 1

N DATE: 05/13/2020   SYSTEM DATE: 05/13/2020   CONTACT: OTHER   CREATE ID: ████████

GENERAL HISTORY

ACTION DATE: 05/18/2020   SYSTEM DATE: 05/18/2020   CONTACT: OTHER   CREATE ID: ████████

GENERAL HISTORY

Prepared the fourteen alter ego liens in advance of counsel approval, need seven for joint 30-201812 and seven for the taxes where TPw is the primary.

ACTION DATE: 05/18/2020                              CREATE ID: ███████

Systemic History: TEMPLATES

Friday, September 4, 2020, 2:40 pm

```
┌─────────────────────────────────────────┐
│         REQUESTOR: ███████████           │
│         ICS HISTORY TRANSCRIPT           │
│         HISTORY INFORMATION              │
└─────────────────────────────────────────┘
```

| Name: **IMAAD S ZUBERI & WILLA W RAO** | TIN: ███████████ |
| --- | --- |

TEMPLATE: FORM 668Y – NOTICE OF FEDERAL TAX LIEN (MANUAL FILING – CALIFORNIA ONLY)
==================Additional History==================

Special Processing Information
   ISZ & LLC, AS ALTER EGO OF, as Alter Ego of IMAAD S ZUBERI & WILLA W RAO

   ███████ S EL MONTE, CA 91733

Description of Property

| Tax Period | Assessment Date | Refile Date | Unpaid Balance |
| --- | --- | --- | --- |
| 12/31/2018 | 11/18/2019 | 12/18/2029 | $937,615.74 |

---

ACTION DATE: 05/19/2020  SYSTEM DATE: 05/19/2020  CONTACT: OTHER  CREATE ID: ███████ 1█

GENERAL HISTORY

An update – ==the AUSA would like you to continue monitoring all the properties and protect the government's interest, but if you could have liens ready but not file them yet.== ██ However if you have a strong position why it is important to file liens now rather than wait for a time, he's available to discuss.

Crystal

---

ACTION DATE: 05/19/2020  SYSTEM DATE: 05/19/2020  CONTACT: OTHER  CREATE ID: ███████ 1█

REAL PROP SEARCH

REAL PROP SEARCH
   RESULTS: Checked Accurint under the seven LLC 's to see if any owned property has been sold in 2019 or 2020. Found no movement noting that the records probably do not reflect ownership changes for several months.

███████, LLC-████████████   El Monte, CA 91731; EIN#  46-3468571
██ry 6 LLC-██████████ San Gabriel, CA 91776;  EIN# 46-3143377
██ntic 17 LLC-███████████████ Alhambra, CA 91803; 47-4070251
██arte 12 LLC-███████████ Arcadia, CA 91007; 47-4361383
██culloch 18 LLC-████████████ Temple City, CA 91780;
47-4995315
Rosemead 32 LLC-███████████, San Gabriel; CA 91775;
82-2325354
Calif 8 LLC-███████████ Arcadia, CA 91006; 82-3871460

Friday, September 4, 2020, 2:40 pm

```
                    REQUESTOR:        0
                    ▓▓▓▓▓▓▓▓▓▓▓▓     T
                    HISTORY INFORMATION
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ▓▓▓▓▓▓▓ |
|---|---|

ACTION DATE: 05/27/2020   SYSTEM DATE: 05/27/2020   CONTACT: OTHER   CREATE ID: ▓▓▓▓▓▓1

OTHER 3RD PARTY CONT.


OTHER 3RD PARTY CONT.
  ENTITY TYPE: OTHER
    NAME LINE 1:  Reprisal
    NAME LINE 2:

    3RD PARTY CONTACT RECORD(S) GENERATED

  INCLUDED MODULES:  30/201812 (B)  Sec SSN: ▓▓▓23▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ISZ, LLC- ▓▓▓▓▓▓▓▓▓▓      El Monte, CA 91731; EIN#  46-3468571
Clary 6 LLC- ▓▓▓▓▓▓▓      San Gabriel, CA 91776;  EIN# 46-3143377
Atlantic 17 LLC - ▓▓▓▓▓▓▓▓▓▓▓, Alhambra, CA 91803; 47-4070251
Duarte 12 LLC- ▓▓▓▓▓▓       Arcadia, CA 91007; 47-4361383
Mcculloch 18 LLC- ▓▓▓▓▓▓▓▓     Temple City, CA 91780;
47-4995315
6)      Rosemead 32 LLC- ▓▓▓▓▓▓▓▓▓     , San Gabriel; CA 91775;
82-2325354
7)      Calif 8 LLC- ▓▓▓▓▓▓▓▓▓     Arcadia, CA 91006; 82-3871460


ACTION DATE: 05/28/2020   SYSTEM DATE: 05/28/2020   CONTACT: OTHER   CREATE ID: 27021512

GENERAL HISTORY

Received memorandum dated May 28, 2020 from Area Counsel attorney Laura Mullin signed by
GM Michael Park approving ALTER EGO for seven LLC for both TP Imaad and Willa Rao joint
liabilities 30-2012, 2013, 2014, 2015 under TPw Willa and 30-201812 under TPh Imaad. The
seven alter ego entities include:

9, C- ▓▓▓▓▓▓▓ El Monte, CA 91731; EIN#  46-3468571
ry 6 LLC- ▓▓▓▓▓▓▓ San Gabriel, CA 91776;  EIN# 46-3143377
ntic 17 LLC ▓▓▓▓▓▓ Alhambra, CA 91803; 47-4070251
arte 12 LLC- ▓▓▓▓▓▓ Arcadia, CA 91007; 47-4361383
culloch 18 LLC- ▓▓▓▓▓▓ Temple City, CA 91780;
47-4995315
Rosemead 32 LLC- ▓▓▓▓▓▓▓▓▓▓▓ , San Gabriel; CA 91775;
82-2325354
Calif 8 LLC- ▓▓▓▓▓▓▓▓ Arcadia, CA 91006; 82-3871460

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ▮▮▮▮▮
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: **IMAAD S ZUBERI & WILLA W RAO**          TIN: ▮▮▮▮▮

RO has prepared the alter ego liens but per AUSA hold off on liens until green lighted by TP failure to pay. RO will monitor for time to file and in meantime may need lien determination input on ICS if RO not file by determination date.

ACTION DATE: 06/06/2020                    CREATE ID: ▮▮▮▮▮

Systemic History: INVENTORY ITEM UPDATED - ICS

OI INVENTORY ITEM CHANGED FROM                    ▮▮▮▮▮9

---

ACTION DATE: 06/10/2020   SYSTEM DATE: 06/10/2020   CONTACT: OTHER   CREATE ID: ▮▮▮▮2

TP/POA CONTACT

TP/POA CONTACT

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

RO monitor TP liquidation of property to FULL PAY all balance due joint periods TPh sentencing is July 27, 2020. After this date if not paid in full liens and additional TP contact with possible final notices will be next actions.

---

ACTION DATE: 06/12/2020   SYSTEM DATE: 06/16/2020   CONTACT: FIELD   CREATE ID: ▮▮▮▮1▮

REAL PROP SEARCH

REAL PROP SEARCH
    RESULTS: FCM to three apartment buildings owned by TPs via LLC entities. None of the three had for sale signs one (Duarte)  had a real estate sign but read FOR LEASE

1) ▮▮▮▮▮▮▮, Elmonte, CA this is a poor neighboorhood with substandard housing the subject property is lower end apartments single story appeared possibly 8-10 units.

2) ▮▮▮▮▮▮▮, San Gabriel, CA 91775. This is in a good area but major street ---fair to good condition appears to have large number of apartments over 30-50.

3) ▮▮▮▮▮▮▮ Arcadia, CA 91007 this is fair condition apartment buidling on major street mixed commercial and residential with multi-unit apartments and condos.

---

ACTION DATE: 06/18/2020   SYSTEM DATE: 06/18/2020   CONTACT: OTHER   CREATE ID: ▮▮▮▮1▮

GENERAL HISTORY

The taxpayers have failed to make full payment or in the alternative make sufficient

REQUESTOR: ███████0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN** ███████

payment or progress in paying 30-201312, 201412 and 201512 as promised and within the deadline Imaad Zuberi agreed to in his Plea Agreement by January 31, 2020. Instead, TPs have incurred addtional liability for 30-201812 bringing the total due as of today June 29, 2020 of $15,249,917. TP's are represented by Evan Davis (2000 thru 2017 years only), he has not updated revenue officer as to any additional properties up for sale other than one property that sold 5704 Fountain Avenue, Los Angeles, CA held in name Fountain 8, LLC from which a voluntary payment of $1.7 million was paid to IRS in January 2020 from the sale proceeds.

The taxpayer agreed to in his plea deal the following:

In the event defendant fails to pay the tax deficiencies, fraud penalties, and statutory interest obligations acknowledged in the Closing Agreements by January 31, 2020, [Mr. Zuberi] agree[s] the IRS may file and record three quit claim deeds executed by defendant on September 17, 2019 on behalf of the LLCs that own properties in favor of the defendant, file and record liens on these properties, and sell the properties in partial or complete satisfaction of the debt identified in the Closing Agreements.

Imaad Zuberi pleaded guilty but has yet to be sentenced. Upon missing the January deadline to pay the IRS DOJ prosecutors assured IRS that another deadline to pay of May 28, 2020 would be met with full payment to IRS. This date passed with no additional payments much less full payment. On June 17, 2020 I received a message from RA C. Young via CI SA Lucero that the DOJ in TPs criminal case no longer object to IRS taking any collection actions necessary to secure payment of TP's taxes due.

Imaad Zuberi pleaded guilty but has yet to be sentenced to three count in violations of the Foreign Agents Registration Act ("FARA") in violation of 22 U.S.C. __ 612, 618(a)(2), tax evasion in violation of 26 U.S.C. _ 7201, and Federal Election Campaign Act ("FECA") offenses aggregating in excess of $25,000 in violation of 52 U.S.C. __ 30116, r0118, 30121, 30122, and 30109(d)(1).

In a motion dated by Imaad Zuberi attorney in his criminal case Case 2:19-cr-00642-VAP   Document 136   Filed 06/16/20 taxpayer attorney's argue the taxpayer cannot pay without going overseas to sell assets held overseas and assets in USA since TP has pledged funds to other persons using the property in the United states. This makes it even more encumbent on the government to RECORD our regular Notice of Federal Tax liens and approved Alter Ego liens naming the alter egos holding title to the taxpayers United States real property holdings located in Los Angeles County California under the following names:



ISZ 9, LLC-████████████      El Monte, CA 91731; EIN# 46-3468571
Clary 6 LLC-████████████, San Gabriel, CA 91776;  EIN# 46-3143377
Atlantic 17 LLC -████████████     Alhambra, CA 91803; 47-4070251
Duarte 12 LLC-████████████   Arcadia, CA 91007; 47-4361383
Mcculloch 18 LLC-████████████   Temple City, CA 91780;
47-4995315
6)     Rosemead 32 LLC-████████████, San Gabriel; CA 91775;
82-2325354
7)     Calif 8 LLC-████████████    Arcadia, CA 91006; 82-3871460

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████0
██████████████T
HISTORY INFORMATION

**Name: IMAAD S ZUBERI & WILLA W RAO**          **TIN:** ██████████

---

ACTION DATE: 06/18/2020   SYSTEM DATE: 06/19/2020   CONTACT: OTHER   CREATE ID:███████0

REVIEWED

EQ REVIEW 06/18/2020 BY KELLY          BELLOMO

---

ACTION DATE: 06/23/2020   SYSTEM DATE: 06/23/2020   CONTACT: OTHER   CREATE ID:████████1

GENERAL HISTORY

---

ACTION DATE: 07/01/2020   SYSTEM DATE: 07/01/2020   CONTACT: OTHER   CREATE ID:████████1

GENERAL HISTORY

Sent request to GM counsel Sarah Herson regarding opinion on unrecorded encumbrances:



---

ACTION DATE: 07/01/2020   SYSTEM DATE: 07/01/2020   CONTACT: OTHER   CREATE ID:████████1

GENERAL HISTORY

Friday, September 4, 2020, 2:40 pm

```
┌──────────────────────────────────┐
│     REQUESTOR: 2702-4330         │
│     ICS HISTORY TRANSCRIPT       │
│     HISTORY INFORMATION          │
└──────────────────────────────────┘
```

| Name: **IMAAD S ZUBERI & WILLA W RAO** | TIN: ▇▇▇▇ |
|---|---|

Sent request via AGM A. Michaels for ATM Owens request approval enforcement during COVID 19 to file regular and alter ego liens.

---

ACTION DATE: 07/06/2020  SYSTEM DATE: 07/06/2020  CONTACT: CORR.  CREATE ID: ▇▇▇▇▇1▇

GENERAL HISTORY

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

PLAN OF ACTION- await director field Ops approval on lien filings.

---

ACTION DATE: 07/06/2020  SYSTEM DATE: 07/07/2020  CONTACT: OTHER  CREATE ID: ▇▇▇▇▇1▇

GENERAL HISTORY

Worked on preparing liens for CLO filings both regular liens and the seven alter ego liens.

---

ACTION DATE: 07/07/2020  SYSTEM DATE: 07/07/2020  CONTACT: OTHER  CREATE ID: ▇▇▇▇▇1▇

GENERAL HISTORY

Checked IDRS for 23C dates and first notice to pay dates and possible mailing of notice issues due to COVID-19. Found the following:

30-201312, 201412 and 201512 were assessed TC 300 on 1/17/2020 and the first notice to pay was issued on 3/9/2020 cycle number 202008.

ALL Master File 1st Notice and Demand that were not mailed during cycles 2020-11 thru current 2020-25 have all been printed and mailed

Therefore TP did receive the first notice to pay by mail without regard to COVID-19 which affected later notices beginning with CYCLE 2020-11. Three weeks after TP got his/her first notice to pay on 2013, 2014 and 2015.

The TC 150 return balance due period 30-201812 due $937,615 has a 23C date of 11/18/2019 and first notice date of 11/18/2019 which was not affected by mailing delays caused by COVID-19.

---

ACTION DATE: 07/07/2020  SYSTEM DATE: 07/07/2020  CONTACT: OTHER  CREATE ID: ▇▇▇▇▇2

GENERAL HISTORY

Filing of liens and alter ego liens have been approved by DFO Collections today (see below).

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO          TIN: ███████

```
REQUESTOR: ████████████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name:** IMAAD S ZUBERI & WILLA W RAO          **TIN** ████████████

---

**ACTION DATE:** 07/08/2020   **SYSTEM DATE:** 07/08/2020   **CONTACT:** PHONE   **CREATE ID:** ████████ 1█

TP/POA CONTACT

TP/POA CONTACT

TCM to rep. Evan Davis at 310 281-3288 got his voice mail and I left the message that I am assigned to the collection of this taxpayer. I have not heard any updates on payment or pending sales of the real property apt buildings and therefore determined we must file tax liens for 30-201312, 201412 and 201512 and will be doing so immediately. Advised to call RO if have any questions or need to discuss at my goverment cell number ██████████████. Note: TP is not represented for the 30-201812 period.

---

**ACTION DATE:** 07/08/2020   **SYSTEM DATE:** 07/08/2020   **CONTACT:** OTHER   **CREATE ID** ████████ 2

GENERAL HISTORY

Sent request for regular liens recorded for 30-201312, 201412 and 201512 and 201812 and seven alter ego liens via FORT CLO.

```
REQUESTOR:            0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN**

ACTION DATE: 07/08/2020                              CREATE ID:

Systemic History: NEW MODULE - ICS

ACTION DATE: 07/08/2020   SYSTEM DATE: 07/08/2020   CONTACT: PHONE   CREATE ID:      1

TP/POA CONTACT

TP/POA CONTACT

Call back from on Voice Mial so I returned call of Rep. Evan Davis he provided me with update on TP paying IRS says TP sent $500K to Kansas City restitution unit that has not been cashed (COVID-19). Says TP paid funds from the sale of Fountain LLC apartment $1.6M says the Atlantic 17, LLC apartment is in escrow and says a third property including fountain and atlantic IRS has deeds titling property to TP. I advised him that IRS still intends on FILING our liens for the reason that TPs owe $16M and we do not see a plan that will full pay this amount---In addition, we hear from TP criminal counsel that TP may have pledged some of the apartments to other creditors putting our claims at risk. Rep. Davis acquiesced to the lien with the caveat that it was not in anyones interest that the lien for Atlantic 17, LLC be recorded as they are in escrow and may loose the buyer if lien filed. I advised that he can send me estimated closing statement with escrow instructions showing IRS to be paid from escrow and if I have time to stop CLO- FORT filing that LLC lien for Atlantic 17 I may do so provided IRS gets signed escrow instructions and the monies IRS to get is in line with our interest. Advised that I can only possibly withhold this lien this week until 7/9/2020 after that date unlikely.  Rep. Davis indicated that the AUSA may need to know that liens being filed could hurt goverment getting paid. Advised I would relay that information to SA IRS so they know.

ACTION DATE: 07/09/2020   SYSTEM DATE: 07/09/2020   CONTACT: OTHER   CREATE ID:      1

GENERAL HISTORY

ATTORNEY CLIENT PRIVILEDGED INFORMATION DO NOT DISCLOSE:

Ron Chun (AREA COUNSEL),

I spoke to Evan Davis yesterday and told him we are in process filing our regular and seven alter-ego liens naming the LLCs holding title to the apartment bldgs. He offered no explanation when I told him one reason we must file the liens is that we became aware of other possible creditor claims on the apt. buildings.

He provided that one apartment is in escrow ( Atlantic 17, LLC) and is concerned the lien will hamper the sale or even cause the cancellation of the sale but otherwise IRS is in line to get all the seller proceeds.

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ▮▮▮▮
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO          TIN: ▮▮▮▮



ACTION DATE: 07/09/2020   SYSTEM DATE: 07/10/2020   CONTACT: CORR.   CREATE ID: ▮▮▮▮

TP/POA CONTACT

TP/POA CONTACT

Received correspondence from Rep. Davis and copy of estimated closing statement for the apartment bldg., owned by Atlantic 17, LLC. The selling price $4,250,000 estimated closing date 8/10/2020. Davis says TP will keep funds to pay Capital Gains taxes and money to pay his criminal attorney. Davis asks RO get back with him about adding IRS to be paid out escrow added to the escrow instructions and not file that LLC lien. RO is waiting for CLO-FORT to contact me about withholding filing of the alter ego lien already submitted for filing. Davis raises that he wants to discuss the other liens filing in process for the other SIX limited liability companies because it would prevent TP from voluntarily selling property and lead to litigation to foreclose our alter ego lien at which time other creditors would raise their claims against the properties.

Friday, September 4, 2020, 2:40 pm

REQUESTOR:
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO          TIN:

Following is rep. Evan Davis comments:
Concerning the other nominee/alter ego liens, I would like to revisit that issue as well, for the same reasons.  Other properties are up for sale and slapping nominee/alter ego liens on the properties could make them unsaleable, as the ownership would be clouded.  We would like to talk to the IRS about what other arrangements could be made to protect the IRS without making it harder, or even impossible, to sell properties.  The government claims that it wants Mr. Zuberi to pay his tax debt but nominee/alter ego liens will prevent the payment (unless the government intends to foreclose on federal tax liens, which we all understand would be a multi-year process in federal district court that could include other investors who have been promised interests in the properties).  The real estate market is already in weak shape, and buyers no doubt can find properties that don't have nominee liens on them.

The best approach is one that permits Mr. Zuberi to sell these properties in the fastest and cleanest way.  He gave the IRS proceeds of the first sale and he has promised to do the same from subsequent sales.  Particularly before sentencing, it would be counterproductive to file any liens.

Please reach out to me to discuss this further.  If you prefer to involve a manager or counsel, I'm happy to discuss this with them as well.

Thank you,

Evan

Evan J. Davis
Hochman Salkin Toscher Perez, P.C.
                                1
                                c

ACTION DATE: 07/13/2020   SYSTEM DATE: 07/13/2020   CONTACT: OTHER   CREATE ID:

GENERAL HISTORY

                                                        0
                                1

Seven Alter Ego Liens and two regular lien filings for Los Angeles CA approved for

Friday, September 4, 2020, 2:40 pm

```
                    REQUESTOR: ███████████
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**                    **TIN:** ███████

filing

Please record the two regular liens and then the 14 alter ego liens approved by DFO and Area Counsel
(see attached approvals). Per recent CLO guidance I have completed the liens (16) to be recorded.

Per recent lien filing guidelines I have enclosed (SEVEN) alter ego liens for tax years 2013, 2014
and 2015 assessed jointly under Willa Rao SSN  and (SEVEN) alter ego liens assessed jointly under
Imaad Zuberi SSN for tax year 2018. I have included (TWO) regular liens the first for the 2013, 2014
and 2015 assessed jointly under Willa Rao SSN and the second for 2018 assessed jointly under Imaad
Zuberi SSN.

Friday, September 4, 2020, 2:40 pm

```
REQUESTOR: ██████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

**Name: IMAAD S ZUBERI & WILLA W RAO**          **TIN:** ██████

██████████████████████████████████████████████████████

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REQUEST IS FOR THE FILING OF FOURTEEN SPECIAL CONDITION NFTL(S) @
: LOS ANGELES COUNTY, CA

REVIEW OF COUNSEL MEMO DATED: 05/28/2020

ISSUE: REQUEST TO FILE LLCs AS NOMINEE/ALTER EGO NFTLS FOR:
      : IMAAD SHH ZUBERI & WILLA W RAO (TINS XXX-XX-0435 & XXX-XX-7993)

LLCs: Atlantic 17 LLC-████████████████    Alhambra, CA 91803; 47-4070251
      Calif 8 LLC-█████████████████, Arcadia, CA 91006; 82-3871460
      Clary 6 LLC-████████████████ San Gabriel, CA 91776; EIN# 46-3143377
      Duarte 12 LLC-███████████, Arcadia, CA 91007; 47-4361383
      ISZ, LLC-██████████████, El Monte, CA 91731; EIN# 46-3468571
      Mcculloch 18 LLC-█████████, Temple City, CA 91780
      Rosemead 32 LLC-███████████, San Gabriel; CA 91775; 82-2325354

CONCLUSION: APPROVAL TO FILE ALTER EGO NFTLs AGAINST THE LLCs FOR THE TAXPAYERS

ATTORNEY: L J MULLIN GL-111170-20
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ICS REVIEW:
: ACCOUNT REVIEWED AND APPROVED BY ADVISOR:

REVIEW OF ATTACHED DRAFT 668(Y)s:
TIN # XXX-XX-0435: ATLANTIC 17 LLC AS ALTER EGO OF
                   IMAAD S ZUBERI & WILLA W RAO
                   PERIOD: 1040/2018
                   COURT: COUNTY RECORDER
                          LOS ANGELES
                          NORWALK, CA 90640
                 : CALIF 8 LLC AS ALTER EGO

Friday, September 4, 2020, 2:40 pm

```
┌─────────────────────────────────────────┐
│         REQUESTOR: ▇▇▇▇▇▇               │
│         ICS HISTORY TRANSCRIPT           │
│         HISTORY INFORMATION              │
└─────────────────────────────────────────┘
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ▇▇▇▇▇▇ |

                    : CLARY 6 LLC AS ALTER EGO
                    : DUARTE 12 LLC AS ALTER EGO
                    : ISZ 9 LLC AS ALTER EGO
                    : MCCULLOCH 18 LLC AS ALTER EGO
                    : ROSEMEAD 32 LLC AS ALTER EGO

TIN # XXX-XX-7993: ATLANTIC 17 LLC AS ALTER EGO OF
                   WILLA W RAO & IMAAD S ZUBERI
                   PERIODS: 1040/2013,2014,2015
                   COURT: COUNTY RECORDER
                          LOS ANGELES
                          NORWALK, CA 90640
                    : CALIF 8 LLC AS ALTER EGO
                    : CLARY 6 LLC AS ALTER EGO
                    : DUARTE 12 LLC AS ALTER EGO
                    : ISZ 9 LLC AS ALTER EGO
                    : MCCULLOCH 18 LLC AS ALTER EGO
                    : ROSEMEAD 32 LLC AS ALTER EGO



ACTION DATE: 07/13/2020   SYSTEM DATE: 07/13/2020   CONTACT: PHONE   CREATE ID: ▇▇▇▇▇▇ 1▇

TP/POA CONTACT


TP/POA CONTACT

Call to rep. Davis advised alter ego liens held this week but decision to be made. On the Atlantic 17, LLC property I need escrow instructions that IRS to get seller proceeds and exactly how much that money is with estimated closing showing charges and Criminal Defense attorney fee. Davis already provided most charges along with the capital gain tax expected.

Davis will work on this and get back. RO advised I am not inclined to not file the alter ego liens and the regular liens have been sent to recorder for filing.

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ████████ 0
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: **IMAAD S ZUBERI & WILLA W RAO**          TIN: ████████

ACTION DATE: 07/16/2020                    CREATE ID: ████████

Systemic History: TEMPLATES

TEMPLATE: LETTER 3172 - CDP NOTICE OF NFTL FILING

GENERATED TO:
  IMAAD S ZUBERI & WILLA W RAO

  S EL MONTE, CA 91733

INCLUDED MODS:
  30/201812

ACTION DATE: 07/16/2020   SYSTEM DATE: 07/16/2020   CONTACT: CORR.   CREATE ID: ████████ 1█

TP/POA CONTACT

TP/POA CONTACT

Prepared letter 3172 covering lien filing periods 30-201312, 201412,20512 and 201812 regular lien
to be recorder Los Angeles, CA per CLO FORT tomorrow 7/17/2020. Last day file CDP is 8/31/2020.
Prepared and placed for mailing out tomorrow to TP and copy to rep. Davis except for letter 3172
for the 30-201812 period as rep. Davis power of attorney does not cover 30-201812.

Placed in mail for tomorrow delivery L3172, 668Y, form 12153, PUB 594 and 1450 covering regular lien
for 30-201312, 201412, 201512 and 201812, Los Angeles, CA.

ACTION DATE: 07/17/2020   SYSTEM DATE: 07/20/2020   CONTACT: CORR.   CREATE ID: ████████ 1█

TP/POA CONTACT

TP/POA CONTACT

==Rep. Davis sent correspondence regarding his with to not file the alter ego liens specifically as
it relates to three LLC properties which are up for sale with one in escrow another with offer
withdrawn.== ██ ==The three properties are listed below with following provided by Rep. Davis. He indicates
that the sale can result in full payment to IRS since $11,035,990 will satisfy the tax debt provided
the other payments and $3M bail bond monies.==

|                | Purchase Price | Basis Cost | Sale Price | Broker Commission | Escrow & Fees |
| Federal Tax | State Tax | Final Proceeds | Notes | | |
|----------------|-----------|-----------|-----------|-----------|-----------|
| ==Atlantic 17== units | $3,425,000 | $3,200,000 | $4,000,000 | $60,000 | $14,764 |
| $169,705 | $94,280 | $3,661,251 | in escrow | | |
| ==Duarte 12== units | $3,300,000 | $3,047,000 | $3,650,000 | $73,000 | $13,472 |
| $120,807 | $67,148 | $3,375,573 | listed for sale | | |
| ==California 8== units | $3,980,000 | $3,822,112 | $4,200,000 | $84,000 | |

Sensitive But Unclassified

```
┌─────────────────────────────────────────┐
│         REQUESTOR: ██████████            │
│         ICS HISTORY TRANSCRIPT           │
│         HISTORY INFORMATION              │
└─────────────────────────────────────────┘
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ████████ |
| --- | --- |

$15,502      $65,142      $36,190      $3,999,166      listed for sale
$11,035,990

Sent Priority e-mail to CLO FORT Katrina Love-joy asking the the three LLC liens above NOT be recorded at this time. Awaiting her response since last Thursday was the date the regular lien was to be recorded giving the deadline of 7/16/2020 when the LLC alter ego liens could have been sent to LA COUNTY for recording.

POA- await filing status address rep. how IRS can ensure we get the proceeds from sale. Rep. Davis declines having proceeds go to IRS as an escrow instruction since it would hamper sale and maybe cause buyer to cancel.

---

ACTION DATE: 07/22/2020   SYSTEM DATE: 07/22/2020   CONTACT: PHONE   CREATE ID: ██████████

TP/POA CONTACT


TP/POA CONTACT

TP/POA CONTACT

Call to Rep. Evan Davis got his voice mail and left him message that I asked the CLO-FORT to not file the SPECIAL CONDITION ALTER EGO LIENS for Atlantic 17, LLC; Duarte 12, LLC and California 8, LLC. However, the regular lien was recorded last Thursday and CLO then was ready to file the Alter Ego liens on Friday. RO has no confirmation from CLO FORT whether they were able to NOT FILE the three LLC liens or not?

Advised I will contact him when I find out if the alter ego liens were recorded. Advised that at a minimum I would require the seller funds go to his client trust account so IRS is then paid from this source and not from a TP source.

---

ACTION DATE: 07/27/2020   SYSTEM DATE: 07/27/2020   CONTACT: PHONE   CREATE ID: ██████████ 1█

TP/POA CONTACT


TP/POA CONTACT

Email from rep. Davis wants status update on SPECIAL COND. LIENS. I sent a second e mail both to CLO FORT and to Katrina Lovejoy on status of the SC liens.

---

ACTION DATE: 07/28/2020   SYSTEM DATE: 07/28/2020   CONTACT: OTHER   CREATE ID: ██████████

GENERAL HISTORY


CASE # 20-2001
RECEIVED THE FOLLOWING E-MAILS FROM REVENUE OFFICER STEVENS:
07/20/2020:
If you have not yet submitted the NFTLs for recording for three of the seven alter ego liens for Atlantic 17, LLC and Duarte 12, LLC and California 8, LLC please DO NOT record these three liens. I will submit a request for recording in the future if need be. Currently, these three properties have buyers or are in escrow to which I am working on a separate agreement so the IRS will get the sale proceeds without our lien potentially

```
        ┌─────────────────────────────────────────┐
        │        REQUESTOR: ██████                 │
        │        ICS HISTORY TRANSCRIPT            │
        │        HISTORY INFORMATION               │
        └─────────────────────────────────────────┘
```

| Name: **IMAAD S ZUBERI & WILLA W RAO** | TIN: ██████ |
|---|---|

harming the sale.

07/27/2020:
Re: Imaad & Willa Zuberi
    SSN ████ 64 ██████████ 23 ████

If you have not yet submitted the NFTLs for recording for three of the seven alter ego liens for Atlantic 17, LLC and Duarte 12, LLC and California 8, LLC please DO NOT record these three liens. I will submit a request for recording in the future if need be. Currently, these three properties have buyers or are in escrow to which I am working on a separate agreement so the IRS will get the sale proceeds without our lien potentially harming the sale.

Awaiting lien filing or non-filing confirmation to move forward with resolution with taxpayers' representative.
*********************************************************************
THE ORIGINAL REQUEST WAS FOR THE FILING OF 14 NFTLS
: 2 REGULAR NFTLS
: 7 ALTER EGO NFTLS

THE REGULAR NFTLS NEEDED TO BE RECORDED BEFORE THE SC ALTER EGO NFTL. THE FORMS 668(Y) WERE MAILED FOR
RECORDING ON 07/17. IRM 5.12.7.6.5.1
: SLID # 415429520 (TIN XXX-XX-0435)
: SLID # 415430420 (TIN XXX-XX-2993)

ALS REVIEW- REGULAR NFTL HAS NOT YET BEEN RECORDED>

PLAN OF ACTION:
: CHECK FOR RECORDING ON 07/31; PROCESS ALTER EGO NFTLS


ACTION DATE: 07/28/2020   SYSTEM DATE: 07/28/2020   CONTACT: FIELD   CREATE ID: ██████ 1

TP/POA CONTACT


TP/POA CONTACT

Call to rep. E. Davis in response to his request for update on IRS filing of liens. Advised him that the alter ego liens had not yet been recorded but that the regular liens are being recorded awaiting LA county confirmation. Advised I will hold off on the alter ego liens for Atlantic 17, LLC for Duarte 12, LLC and for California 8, LLC. In turn rep. Davis says the Atlantic 17 property sold and TP will sent the proceeds to RO in Glendale POD. Asked about how I know funds will come to IRS after TP closes sale? Rep. Davis could only provide based on past history of TP paying $1.6M and $500K----no other escrow arrangements. Therefore, RO will await funds from Atlantic 17 within 10 days and determine if the liens on Duarte and California should be filed. Per Davis these three LLCs were chosen for sale as they were not pledged as repayment to third party creditors. We discussed how the other four alter ego liens would affect TP as Rep. Davis concerned that the TP may have to switch property selling to one of the other LLC properties. I advised TP would need to apply lien discharge as RO uncomfortable with NO LIENS on these other

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: **IMAAD S ZUBERI & WILLA W RAO**          TIN: ██████████

properties RO already holding off liens for the THREE LLCs which will theoretically FULL PAY the
taxes so no more concessions on the other liens will be provided.  We discussed how the payment on
ATLANTIC to be made and agreed payment should come to RO at GLENDALE POD so it is timely applied
and posted to correct year(s).

ACTION DATE: 07/29/2020   SYSTEM DATE: 07/29/2020   CONTACT: CORR.   CREATE ID: ███████1█

TP/POA CONTACT


TP/POA CONTACT

Received check for $3.6M representing sale proceeds for the Atlantic 17, LLC building applied to
PP 30-201312 under tpW SSN.

ACTION DATE: 09/01/2020                          CREATE ID: ██████

Systemic History: TRANSFER – ICS


REQUESTED BULK TRANSFER FOR  CIP 000002 FROM████████████████


ACTION DATE: 09/01/2020                          CREATE ID: ███████2

Systemic History: TRANSFER – ICS


REQUESTED BULK TRANSFER FROM RO 27021512 TO RO 27024330


ACTION DATE: 09/01/2020                          CREATE ID: ███████2

Systemic History: ENTITY UPDATE – IDRS


INITIAL CONTACT DUE DATE 10/16/2020 – 45 DAYS


ACTION DATE: 09/03/2020                          CREATE ID: ██████

Systemic History: ENTITY UPDATED – ICS


ENTITY TC 971 AC 281 has been generated.


ACTION DATE: 09/03/2020                          CREATE ID: ███████1

Systemic History: ENTITY UPDATED – ICS

Friday, September 4, 2020, 2:40 pm

REQUESTOR: ███████
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION

Name: IMAAD S ZUBERI & WILLA W RAO                    TIN: █████████

███████████████████████████████ F █ A █ C █ █ A
                    ████████████ T

ACTION DATE: 09/04/2020   SYSTEM DATE: 09/04/2020   CONTACT: CORR.   CREATE ID: █████████0

TP/POA CONTACT

TP/POA CONTACT

Rep. Davis email to RO 8/25/2020 states TP accepted offer to buy the McCulloch 18, LLC apartment for $4.1M he will provide details on payment to IRS upon closing of escrow.He attached the real estate offer and counter-offer with Purchase Agreement buyer David Wang. Property Address is 5544 McCulloch Ave, Temple City CA.

ACTION DATE: 09/04/2020   SYSTEM DATE: 09/04/2020   CONTACT: PHONE   CREATE ID: ██████████

OTHER 3RD PARTY CONT.

OTHER 3RD PARTY CONT.
    ENTITY TYPE: OTHER
        NAME LINE 1:  United States Attorney Office
        NAME LINE 2:

    3RD PARTY CONTACT RECORD(S) GENERATED

████████████████████████████████████████████████████
████████████████████████████████████████████████████

██████████████████ █ █ ██████████ Provided him with the three payments made this far and the source of payment $1.7M Fountain 8, LLC sale proceeds, $3,600,000 payment sale proceeds Atlantic 17, LLC and $500,000 cashier check. Advised the sale for accepted offer $4.1M from McCulloch 18, LLC sale pending. Advised Duarte 12 and California 8, LLC up for sale and expected once sold to FULL PAY the IRS taxes. Discussed the regular liens and the special condition liens status and filing expectations.