# EXHIBIT 1B

Case 2:19-cr-00642-VAP Document 367-22 *SEALED* Filed 02/10/21 Page 2 of 12 Page ID #:6338
Case 2:19-cr-00642-VAP Document 257-22 *SEALED* Filed 12/17/20 Page 2 of 12 Page ID #:5035
Friday, October 30, 2020, 7:53 am

```
                    REQUESTOR:
                 ICS HISTORY TRANSCRIPT
                   HISTORY INFORMATION
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: |
|---|---|

---

**ACTION DATE: 09/01/2020**                              CREATE ID:

Systemic History: TRANSFER - ICS

REQUESTED BULK TRANSFER FOR

---

**ACTION DATE: 09/01/2020**                              CREATE ID:

Systemic History: TRANSFER - ICS

REQUESTED BULK TRANSFER FROM

---

**ACTION DATE: 09/01/2020**                              CREATE ID:

Systemic History: ENTITY UPDATE - IDRS

INITIAL CONTACT DUE DATE 10/16/2020 - 45 DAYS

---

**ACTION DATE: 09/03/2020**                              CREATE ID:

Systemic History: ENTITY UPDATED - ICS

ENTITY TC                    .

---

**ACTION DATE: 09/03/2020**                              CREATE ID:

Systemic History: ENTITY UPDATED - ICS

SUB CASE CODE

---

**ACTION DATE: 09/04/2020  SYSTEM DATE: 09/04/2020  CONTACT: CORR.   CREATE ID:**

TP/POA CONTACT

TP/POA CONTACT

Rep. Davis email to RO 8/25/2020 states TP accepted offer to buy the McCulloch 18, LLC apartment for $4.1M he will provide details on payment to IRS upon closing of escrow. He attached the real estate offer and counter-offer with Purchase Agreement buyer David Wang.

Case 2:19-cr-00642-VAP Document 367-22 *SEALED* Filed 02/10/21 Page 3 of 12 Page ID #:6334
Case 2:19-cr-00642-VAP Document 257-2 Filed 11/13/20 Page 3 of 12 Page ID #:5036

Friday, October 30, 2020, 7:53 am

```
┌─────────────────────────────────────────────┐
│             REQUESTOR: ███                  │
│          ICS HISTORY TRANSCRIPT             │
│            HISTORY INFORMATION              │
└─────────────────────────────────────────────┘
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ███ |
|---|---|

Property Address is 5544 McCulloch Ave, Temple City CA.

```
   ACTION DATE: 09/04/2020   SYSTEM DATE: 09/04/2020   CONTACT: PHONE   CREATE ID: ███
```

OTHER 3RD PARTY CONT.

OTHER 3RD PARTY CONT.
   ENTITY TYPE: OTHER
   NAME LINE 1:  United States Attorney Office
   NAME LINE 2:

   3RD PARTY CONTACT RECORD(S) GENERATED

███ Provided him with the three payments made this far and the source of payment $1.7M Fountain 8, LLC sale proceeds, $3,600,000 payment sale proceeds Atlantic 17, LLC and $500,000 cashier check. Advised the sale for accepted offer $4.1M from McCulloch 18, LLC sale pending. Advised Duarte 12 and California 8, LLC up for sale and expected once sold to FULL PAY the IRS taxes. Discussed the regular liens and the special condition liens status and filing expectations.

```
   ACTION DATE: 09/09/2020   SYSTEM DATE: 09/09/2020   CONTACT: OTHER   CREATE ID: ███
```

GENERAL HISTORY

```
   ACTION DATE: 09/11/2020   SYSTEM DATE: 09/11/2020   CONTACT: CORR.   CREATE ID: ███
```

TP/POA CONTACT

**TP/POA CONTACT**

Udate received yesterday from Rep. Evan Davis:

Update:

Here is the timeline from the broker for McCulloch sale:

Case 2:19-cr-00642-VAP   Document 267-22 *SEALED* 02/10/21   Page 4 of 12   Page ID #:6385
Case 2:19-cr-00642-VAP   Document 252-2   Filed 01/21/21   Page 4 of 12   Page ID #:5037
Friday, October 30, 2020, 7:53 am

```
              REQUESTOR: ▇
              ICS HISTORY TRANSCRIPT
              HISTORY INFORMATION
```

```
 Name:  IMAAD S ZUBERI & WILLA W RAO              TIN: ▇
```

Original Offer Date: 8/4/2020
Acceptance Date: 8/19/2020
Due Diligence Period: 14 days ends 9/2/2020
Close of Escrow Date: 75 days ends 11/3/2020 <x-apple-data-detectors://3>   (buyer needs to get a loan)

Evan J. Davis
▇ oscher Perez P.C.
▇

```
      ACTION DATE: 09/11/2020   SYSTEM DATE: 09/11/2020   CONTACT: OTHER   CREATE ID: ▇
```

OTHER INTERNAL SOURCE

OTHER INTERNAL SOURCE
    RESULTS: Researched ALS shows just one pending lien SLD# 415430420 covering 30-2013, 2014 and 2015 $14,894,688.27 UBA but no RCD recording data has been received or input from the Los Angeles recorder so we do not know if it is actually recorded.

Checked website LA County Recorder in case RO needs copy or verification of this lien being recorded and found the following:

If you wish to check the records in person, the office is located at:
12400 Imperial Highway
Room 2207
Norwalk, CA 90650
Office Hours: 8:00 a.m. to 5 p.m., Monday - Friday, except holidays
The Norwalk Facility is open 8 a.m. - 7 p.m. on the 3rd Thursday of every month. Only real property searches and copies are available. No other document recording services are available during the extended hours.
If you require a copy of a document recorded with the Los Angeles Registrar-Recorder/County Clerk Office, please send a written request with the following information:
Title of the document, names listed on the document, a daytime phone number where you can be reached and include a check made payable to the Registrar-Recorder/County Clerk.
The fee for a certified copy of a document is $6 for the first page and $3 for each additional page per document. If you are unsure of the number of pages, submit a blank check indicating on the front side "NOT TO EXCEED $20". Payment for mail requests can be made by check or money order payable to the Registrar-Recorder/County Clerk. Do not send cash. Out of state checks are accepted. Most requests are processed in 5 working-days from the date the request is received by this office.

Case 2:19-cr-00642-VAP Document 367-22 *SEALED* Filed 12/10/21 Page 5 of 12 Page ID #:6386
Case 2:19-cr-00642-VAP Document 262-22 *SEALED* Filed 02/10/21 Page 5 of 12 Page ID #:5038
Friday, October 30, 2020, 7:53 am

```
            REQUESTOR: ███
            ICS HISTORY TRANSCRIPT
            HISTORY INFORMATION
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ███ |
|---|---|

ACTION DATE: 09/11/2020               CREATE ID: ███

Systemic History: FOLLOW UP - ICS

Follow up (BAL DUE/DEL RET) created for: 11/03/2020   IMAAD S ZUBERI & WILLA W RAO- Final day sell McCulloch RO check.

---

ACTION DATE: 09/11/2020   SYSTEM DATE: 09/11/2020   CONTACT: OTHER   CREATE ID: ███

ACCURINT

ACCURINT
      RESULTS: Checked real property under the LLCs in Los Angeles county benefically owned by the taxpayers alter ego and as shareholders of the LLCs using ACCURINT and it showed TP has not sold or encumbered these properties (YET) to extend ACCURINT information is CURRENT?

1) ISZ, LLC ownership unchanged
Name Owner:
ISZ 9 LLC
Property Address:
███, EL MONTE, CA 91731-2118

2) Name Owner:ownership unchanged (per accurint)
CLARY 6 LLC
Property Address:
███, SAN GABRIEL, CA 91776-1251

3)Name Owner:ownership unchanged (per accurint)
DUARTE 12 LLC
Property Address:
███, ARCADIA, CA 91007-7525

4) Property Address:ownership unchanged (per accurint)
███ TEMPLE CITY, CA 91780-2947
Name Owner :
MCCULLOCH 18 LLC

5) Property Address:ownership unchanged (per accurint)
███, ARCADIA, CA 91006-3720
Name Owner :
CALIF 8 LLC

6) Property Address:ownership unchanged (per accurint)
███, SAN GABRIEL, CA 91775-1955
Name Owner :
ROSEMEAD 32 LLC

```
                    REQUESTOR: [REDACTED]
                    ICS HISTORY TRANSCRIPT
                    HISTORY INFORMATION
```

Name: **IMAAD S ZUBERI & WILLA W RAO**    TIN: [REDACTED]

---

ACTION DATE: 09/16/2020    SYSTEM DATE: 09/16/2020    CONTACT: OTHER    CREATE ID: [REDACTED]

TP/POA CONTACT

TP/POA CONTACT

[REDACTED]

---

ACTION DATE: 09/17/2020    SYSTEM DATE: 09/17/2020    CONTACT: CORR.    CREATE ID: [REDACTED]

GENERAL HISTORY

[REDACTED]

---

ACTION DATE: 09/19/2020    SYSTEM DATE: 09/21/2020    CONTACT: CORR.    CREATE ID: [REDACTED]

TP/POA CONTACT

TP/POA CONTACT

Received an email from TP rep. Evan Davis as follows:

Farrell:

If it ever comes up, the remaining rental properties held in LLCs are all listed for sale at present. When any contracts are set I will update you.

Evan

Evan J. Davis
Hochman Salkin Toscher Perez P.C.
[REDACTED]

---

ACTION DATE: 09/21/2020    SYSTEM DATE: 09/21/2020    CONTACT: OTHER    CREATE ID: [REDACTED]

GENERAL HISTORY

[REDACTED]

```
REQUESTOR: ███
ICS HISTORY TRANSCRIPT
HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO     TIN: ███

ACTION DATE: 09/28/2020  SYSTEM DATE: 09/28/2020  CONTACT: OTHER  CREATE ID: ███

GENERAL HISTORY

███

███ .

ACTION DATE: 09/28/2020     CREATE ID: ███

Systemic History: ENTITY UPDATED - ICS

PRIMARY ASSIGNMENT NUMBER ███

ACTION DATE: 09/28/2020     CREATE ID: ███

Systemic History: ASSIGNMENT - ICS

███

ACTION DATE: 10/03/2020     CREATE ID: ███

Systemic History: ENTITY UPDATE - IDRS

INITIAL CONTACT DUE DATE 11/19/2020 - 45 DAYS

ACTION DATE: 10/06/2020  SYSTEM DATE: 10/06/2020  CONTACT: CORR.  CREATE ID: ███

GENERAL HISTORY

███

███

███

███

```
                        REQUESTOR: ██████
                        ICS HISTORY TRANSCRIPT
                        HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO          TIN: ██████

[redacted content]

ACTION DATE: 10/06/2020  SYSTEM DATE: 10/06/2020  CONTACT: OTHER  CREATE ID: ██████

GENERAL HISTORY

CASE FOLLOW-UP: CASE # 20-2001: REQUEST FOR TWO REGULAR NFTLS
                              : 14 SC ALTER EGO NFTL
: PER REVENUE OFFICER STEVENS' REQUEST SC NFTL ARE NOT BEING REQUESTED FOR:
  : ATLANTIC 17, LLC
  : CALIFORNIA 8 LLC
  : DUARTE 12 LLC

CALLED LOS ANGELES COUNTY RECORDER FOR RECORDING INFORMATION AS FOLLOWS:
: SLID # 415429520- RECORDED 08/05/2020; # 20200899377
: SLID # 415430420- RECORDED 08/05/2020; # 20200899378

Case 2:19-cr-00642-VAP Document 267-22 *SEALED* Filed 02/10/21 Page 9 of 12 Page ID #:5340
Case 2:19-cr-00642-VAP Document 252 *SEALED* Filed 12/11/20 Page 9 of 12 Page ID #:5042
Friday, October 30, 2020, 7:53 am

```
              REQUESTOR: ███████
              ICS HISTORY TRANSCRIPT
              HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO            TIN: ███████

```
- UPDATED RECORDING INFORMATION ON ALS

SC NFTL ALTER EGO NFTL INPUT
: CLARY 6 LLC AS ALTER EGO OF
  IMAAD S ZUBERI & WILLA W RAO
  TIN: XXX-XX-0435
  PERIOD: 1040/2018
  COURT: COUNTY RECORDER
         LOS ANGELES
         NORWALK, CA 90650
  SLID # 417139420

: ISZ 9 LLC AS ALTER EGO OF
  IMAAD S ZUBERI & WILLA W RAO
  TIN: SAME AS ABOVE
  PERIOD: SAME AS ABOVE
  COURT: SAME AS ABOVE
  SLID # 417139620

: MCCULLOCH 18 LLS AS ALTER EGO OF
  IMAAD S ZUBERI & WILLA W RAO
  TIN: SAME AS ABOVE
  PERIOD: SAME AS ABOVE
  COURT: SAME AS ABOVE
  SLID # 417140020

: ROSEMEAD 32 LLC AS ALTER EGO OF
  IMAAD S ZUBERI & WILLA W RAO
  TIN: SAME AS ABOVE
  PERIOD: SAME AS ABOVE
  COURT: SAME AS ABOVE
  SLID # 417140220

*********************************************
: CLARY 6 LLC AS ALTER EGO OF
  WILLA W RAO & IMAAD S ZUBERI
  TIN: XXX-XX-7993
  PERIODS: 1040/2013,2014,2015
  COURT: COUNTY RECORDER
         LOS ANGELES
         NORWALK, CA 90650
  SLID # 417140620

: ISZ 9 LLC AS ALTER EGO OF
  WILLA W RAO & IMAAD S ZUBERI
  TIN: XXX-XX-7993
  PERIODS: 1040/2013,2014,2015
  COURT: SAME AS ABOVE
  SLID #417140820
```

Case 2:19-cr-00642-VAP   Document 257-2 *SEALED* Filed 02/10/21 Page 10 of 12 Page ID #:5043
Case 2:19-cr-00642-VAP   Document 262-2   Filed 02/11/21 Page 10 of 12 Page ID #:6341
Friday, October 30, 2020, 7:53 am

```
                REQUESTOR: ███
              ICS HISTORY TRANSCRIPT
                HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO        TIN: ███

: MCCULLOCH 18 LLC AS ALTER EGO OF
  WILLA W RAO & IMAAD S ZUBERI
  TIN: XXX-XX-7993
  PERIODS: 1040/2013,2014,2015
  COURT: SAME AS ABOVE
  SLID # 417141220

: ROSEMEAD 32 LLC AS ALTER EGO OF
  WILLA W RAO & IMAAD S ZUBERI
  TIN: XXX-XX-7993
  PERIODS: 1040/2013,2014,2015
  COURT: SAME AS ABOVE
  SLID #417141320
*******************************************

CHANGES MADE:
: UBA FOR 2018 TO $ 937,645.74
: UBA FOR 2013 TO $ 2,322,523.01
: ZIP CODE FOR PLACE OF FILING
: SIGNATURE DATE
: RO T-SIGN FROM 2702-1512 TO 2702-4330


RESPONSE TO REVENUE OFFICER

Good afternoon Revenue Officer Stevens,

Your request for Special Condition Alter Ego NFTLs for Imaad S Zuberi & Willa W Rao has been completed.

The FORT will submit the recorder copies for the attached NFTLs to be recorded on 10/16/2020.

Imaad S Zuberi & Willa W Rao:
SLID #s 417139420, 417139620, 417140020, 417140220
Willa W Rao & Imaad S Zuberi
SLID #s 417140620, 417140820, 417141220, 417141320
Changes made to 668(y):
UBA for 2018 to $ 937,645.74
UBA for 2013 to $ 2,322,523.01
Zip code for place of filing
Signature date
Revenue Officer T-sign #
Please send the taxpayer's copies as well as the required letters 3177 and 3886 within 5 days of 10/16/2020.

Case 2:19-cr-00642-VAP Document 367-22 *SEALED* Filed 11/13/20 Page 11 of 12 Page ID #:5343
Case 2:19-cr-00642-VAP Document 252-2 Filed 10/21/20 Page 11 of 12 Page ID #:3042
ID #:5044
Friday, October 30, 2020, 7:53 am

```
+------------------------------------------+
|           REQUESTOR: ■                   |
|           ICS HISTORY TRANSCRIPT         |
|           HISTORY INFORMATION            |
+------------------------------------------+
```

| Name: IMAAD S ZUBERI & WILLA W RAO | TIN: ■ |

■
■

---

ACTION DATE: 10/06/2020                                CREATE ID: ■

Systemic History: INVENTORY ITEM CLOSED - ICS

OI - ACTION ACCEPTED            00000003

---

ACTION DATE: 10/21/2020                                CREATE ID: ■

Systemic History: TEMPLATES

TEMPLATE: LETTER 3886 - NOTICE TO TP OF NOMINEE/ALTER EGO NFTL FILING

GENERATED TO:
    IMAAD S ZUBERI & WILLA W RAO
    ■
    S EL MONTE, CA 91733

ACTION DATE: 10/21/2020   SYSTEM DATE: 10/21/2020   CONTACT: CORR.   CREATE ID: ■

TP/POA CONTACT

TP/POA CONTACT

Mailed the Special Condition Lien filing letters 3177 to TPs and 3886 to the ALTER EGOs with TP Imaad Zuberi and spouse Willa Rao Zuberi under separate mailings for joint balance due periods 30-201312, 201412, 201512 and 201812 enclosures include PUB 1660, 1450 and 668Ys.

Mailed rep. Evan Davis a copy of the L3177 relating to the periods on his POWER OF ATTORNEY---30-201312,201412 and 201512.

POA- Input the TC 971 codes indicating lien letters issued.

---

ACTION DATE: 10/23/2020   SYSTEM DATE: 10/23/2020   CONTACT: CORR.   CREATE ID: ■

TP/POA CONTACT

TP/POA CONTACT
Mailed Rep. Evan Davis copies of the L3886 dated 10/21/2020 already mailed to TPs. Rep Davis copies only included 30-201312,201412,201512 and not 201812 and F2848 does not cover 201812 period. Did not mail rep. Davis L 3171 as indicated on 10/21/2020.

ACTION DATE: 10/29/2020   SYSTEM DATE: 10/29/2020   CONTACT: PHONE   CREATE ID: ■

TP/POA CONTACT

Case 2:19-cr-00642-VAP Document 367-22 *SEALED* Filed 11/13/20 Page 12 of 12 Page ID #:6343
Case 2:19-cr-00642-VAP Document 257-22 *SEALED* Filed 10/21/20 Page 12 of 12 Page ID #:5045
Friday, October 30, 2020, 7:53 am

```
            REQUESTOR: ▮
         ICS HISTORY TRANSCRIPT
           HISTORY INFORMATION
```

Name: IMAAD S ZUBERI & WILLA W RAO       TIN: ▮

TP/POA CONTACT

Call from rep. Evan Davis about the alter ego liens filed against McCulloch, Clary, Rosemead and ISZ for taxpayer. Says the McCulloch propery set to close escrow with monies to IRS on 11/3/2020. Says liens cause problem how do we deal with lien on the McCulloch property and the expected close. Advised that if the title company checks finds the lien which IRS has not been advised of the Special Condition lien actually being recorded yet then best course action is to request lien discharge by submitting form 14135 but this process can take minimum 30 days. Rep. Davis questioned how he would know if lien filed. Advised either the title company/escrow or inquire via the county recorder.

He discussed that TP is supposed to pay in full restitution prior to sentencing and that he is unsure if Rosemead has progressed in process of selling that property. He says Rosemead is not unencumbered another investors monies about $3.5M t $4M were used to purchase that property although that investor may not be shareholder have any recorded document to show his interest.

Rep. Davis asked for information from IRS files and whether he needed a FOIA to get documents IRS relied on in making alter ego determination. Advised we may have information that can be provided to him but I need to check with out counsel attorney before releasing to him and I will check and let him know.

He discussed other issues related to TP criminal case such as TP wanting or trying to sell property owns in Pakistan to pay IRS so the USA properties can be used to pay non-IRS creditors and therefore avoid litigation with these individuals. He discussed that TP required to pay restitution and that his criminal attorney is provided for in getting paid from any forfeiture but now with IRS lien not sure how attorney will get paid? Advised that is beyond IRS civil collection matter. He says TP capital gain tax is an issue too. Says when he sells building it will create a gain that TP did forward monies in last property sale towards ES for 2020 taxes to cover the cap gains incurred in 2020.