# EXHIBIT 2

## Automated Valuation Models Report

### AVM Results   (Details)

| | |
|---|---|
| Property Address: | 600 9TH ST APT 702, LOS ANGELES, CA 90015-4319 |

| | | | |
|---|---|---|---|
| Price Index Valuation: | $581,975 | Tax Assessor Valuation *: | $574,563 |
| Hedonic Valuation: | $669,000 | Combined Valuation: | $669,000 |
| Confidence Score: | 83 | | |

* If a tax assessor valuation is left blank, please check the Property Summary section below.

Confidence Score is based on Comparable Sales Values and Recent Sales History

| Range | 61-99 | 41-60 | 21-40 | 00-20 |
|---|---|---|---|---|
| Meaning | Above Average | Average | Adequate | Poor |

### Historical AVM Results   (click to expand & view details)

- Historical results provide detail for valuations only. They do not include information for comparable sales, nearby sales, transaction history, or property summary.

- Confidence Score is based on Comparable Sales Values and Recent Sales History for the listed year.

### Comparable Sales

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 600 W 9TH ST APT 202 | 10/24/2019 | $500,000 | 1.92 AC | 754 | 1 | 1.00 | 0 |
| 600 W 9TH ST APT 216 | 02/11/2020 | $620,000 | 1.92 AC | 1264 | 2 | 2.00 | 0 |
| 600 W 9TH ST APT 804 | 09/11/2020 | $625,000 | 1.92 AC | 1193 | 2 | 2.00 | 0 |
| 600 W 9TH ST APT 314 | 02/11/2020 | $669,000 | 1.92 AC | 1193 | 2 | 2.00 | 0 |
| 600 W 9TH ST | 12/23/2019 | $675,000 | 1.915 AC | 1264 | 2 | 2.00 | 0 |

### Nearby Sales

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 600 W 9TH ST APT 305 | 02/14/2020 | $629,000 | 1.92 AC | 1193 | 2 | 2.00 | 0 |
| 600 W 9TH ST APT 1215 | 10/17/2019 | $720,000 | 1.92 AC | 1193 | 2 | 2.00 | 0 |
| 600 W 9TH ST APT 612 | 11/01/2019 | $500,000 | 1.92 AC | 754 | 1 | 1.00 | 0 |
| 600 W 9TH ST APT 1509 | 12/31/2019 | $910,000 | 1.92 AC | 1621 | 2 | 2.00 | 0 |
| 600 W 9TH ST APT 404 | 10/21/2019 | $712,000 | 1.92 AC | 1193 | 2 | 2.00 | 0 |

### Transaction History

| | | | |
|---|---|---|---|
| Sale Price: | $345,000 | Loan Amount: | |
| Sale Date: | 09/23/2008 | Loan Type: | |
| Recorded Date: | 11/13/2008 | Lender: | |
| Mortgage Date: | | Deed Type: | |
| Recording Date: | 11/13/2008 | Deed Subtype: | |
| Loan Term: | | Document Type: | DEED |
| Book/Page/Number: | //2001734 | Transaction Type: | |
| Title Company: | COMMONWEALTH LAND TITLE CO | Lender Type: | |

| Mailing Address: | | | | |
|---|---|---|---|---|
| | | | | |
| **Buyer 1:** ZUBERI, IMAAD | ████████ | SOUTH EL MONTE, CA 91733-3224 | | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** $345,000 | | **Loan Amount:** | |
| **Sale Date:** 09/23/2008 | | **Loan Type:** | |
| **Recorded Date:** 11/13/2008 | | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** 11/13/2008 | | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** GRANT DEED | |
| **Book/Page/Number:** //8-2001734 | | **Transaction Type:** | |
| **Title Company:** COMMONWEALTH TITLE | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** WEI RAO, WEI WILLA | ████████ | SOUTH EL MONTE, CA 91733-3224 | Get Report |
| **Buyer 2:** ZUBERI, IMAAD S | ████████ | SOUTH EL MONTE, CA 91733-3224 | Get Report |
| **Seller 1:** INC, PRIMA PIZZA | 600 9TH APT 121490015-4339 | | |

| | | | |
|---|---|---|---|
| **Sale Price:** $350,000 | | **Loan Amount:** | |
| **Sale Date:** 05/27/2008 | | **Loan Type:** | |
| **Recorded Date:** 06/13/2008 | | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** 06/13/2008 | | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** FORECLOSURE | |
| **Book/Page/Number:** //1053017 | | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | |
|---|---|---|
| **Buyer 1:** INC, PRIME BUSINES CREDIT | 1055 7TH STE 220090017-2548 | |
| **Seller 1:** RECONVEYANCE, CALWESTERN | 600 9TH ST APT 702CA 90015-4319 | |

| | | | |
|---|---|---|---|
| **Sale Price:** $350,000 | | **Loan Amount:** | |
| **Sale Date:** 05/31/2008 | | **Loan Type:** | |
| **Recorded Date:** 06/13/2008 | | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** 06/13/2008 | | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** TRUSTEE'S DEED - (CERTIFICATE OF TITLE) | |
| **Book/Page/Number:** //8-1053017 | | **Transaction Type:** | |
| **Title Company:** NONE AVAILABLE | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | |
|---|---|---|
| | | |
| **Buyer 1:** | | |

| | INC, PRIME BUSINESS CREDIT | 1055 7TH STE 220090017-2548 213-488-6400 | | |
|---|---|---|---|---|
| **Buyer 2:** | INC, PRIMA PIZZA | 600 9TH APT 121490015-4339 | | |
| **Seller 1:** | YOON, SEA I | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, LOS ANGELES, CA 90057-1695 | | Get Report |

| | | | | |
|---|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | $234,000 | |
| **Sale Date:** | | **Loan Type:** | | |
| **Recorded Date:** | 05/12/2008 | **Lender:** | NO LENDER ON DOCUMENT | |
| **Mortgage Date:** | | **Deed Type:** | | |
| **Recording Date:** | 05/12/2008 | **Deed Subtype:** | | |
| **Loan Term:** | | **Document Type:** | NOTICE OF DEFAULT | |
| **Book/Page/Number:** | //835543 | **Transaction Type:** | | |
| **Title Company:** | CAL WESTERN RECONVEYANCE CORP | **Lender Type:** | | |
| **Mailing Address:** | | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SEA, YOON | ▇▇▇▇▇▇▇▇▇▇ LOS ANGELES, CA 90057-1695 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | $50,000 |
| **Sale Date:** | | **Loan Type:** | |
| **Recorded Date:** | 05/02/2008 | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 05/02/2008 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | NOTICE OF DEFAULT |
| **Book/Page/Number:** | //778166 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SEA, YOON | ▇▇▇▇▇▇▇▇▇▇ LOS ANGELES, CA 90057-1695 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | |
| **Sale Date:** | | **Loan Type:** | |
| **Recorded Date:** | 03/14/2008 | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 03/14/2008 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | MECHANIC OR HOA LIEN |
| **Book/Page/Number:** | //443148 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SEA, YOON | ▇▇▇▇▇▇▇▇▇▇, LOS ANGELES, CA 90057-1695 | Get Report |
| **Seller 1:** | ASSOCIATION, SKYLINE OWNERS | | |

| | Loan Amount: | $50,000 |
|---|---|---|
| **Sale Price:** | | |
| **Sale Date:** | **Loan Type:** | |
| **Recorded Date:** 01/29/2008 | **Lender:** | WELLS FARGO BK NA |
| **Mortgage Date:** | **Deed Type:** | |
| **Recording Date:** 01/29/2008 | **Deed Subtype:** | |
| **Loan Term:** | **Document Type:** | NOTICE OF DEFAULT |
| **Book/Page/Number:** //170253 | **Transaction Type:** | |
| **Title Company:** | **Lender Type:** | |
| **Mailing Address:** | | |

| **Buyer 1:** SEA, YOON | ██████████, LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|

| | **Loan Amount:** | $234,000 |
|---|---|---|
| **Sale Price:** | | |
| **Sale Date:** | **Loan Type:** | |
| **Recorded Date:** 01/07/2008 | **Lender:** | NATIONAL CTY MTG CO |
| **Mortgage Date:** | **Deed Type:** | |
| **Recording Date:** 01/07/2008 | **Deed Subtype:** | |
| **Loan Term:** | **Document Type:** | NOTICE OF DEFAULT |
| **Book/Page/Number:** //29614 | **Transaction Type:** | |
| **Title Company:** FIRST AMERICAN TITLE | **Lender Type:** | |
| **Mailing Address:** | | |

| **Buyer 1:** SEA, YOON | ██████████, LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|

| | **Loan Amount:** | $250,000 |
|---|---|---|
| **Sale Price:** | | |
| **Sale Date:** 06/22/2007 | **Loan Type:** | |
| **Recorded Date:** 06/25/2007 | **Lender:** | KIM IN S |
| **Mortgage Date:** | **Deed Type:** | |
| **Recording Date:** 06/25/2007 | **Deed Subtype:** | |
| **Loan Term:** | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** //1520699 | **Transaction Type:** | |
| **Title Company:** | **Lender Type:** | |
| **Mailing Address:** | | |

| **Buyer 1:** SEA, YOON | ██████████, LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|

| | **Loan Amount:** | $80,000 |
|---|---|---|
| **Sale Price:** | | |
| **Sale Date:** 09/21/2006 | **Loan Type:** | |
| **Recorded Date:** 12/04/2006 | **Lender:** | WELLS FARGO BK NA |
| **Mortgage Date:** | **Deed Type:** | |
| **Recording Date:** 12/04/2006 | **Deed Subtype:** | |

| | | | |
|---|---|---|---|
| **Loan Term:** | | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** | //2687675 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| **Buyer 1:** | SEA, YOON | ████████████ | , LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | |
| **Sale Date:** | 07/20/2006 | **Loan Type:** | |
| **Recorded Date:** | 08/10/2006 | **Lender:** | PRIME BUSN CR INC |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 08/10/2006 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** | //1778378 | **Transaction Type:** | |
| **Title Company:** | LAWYERS TITLE | **Lender Type:** | |
| **Mailing Address:** | | | |

| **Buyer 1:** | SEA, YOON | ████████████ | , LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | $50,000 |
| **Sale Date:** | 03/30/2006 | **Loan Type:** | |
| **Recorded Date:** | 05/22/2006 | **Lender:** | WELLS FARGO BK NA |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 05/22/2006 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** | //1119044 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| **Buyer 1:** | SEA, YOON | ████████████ | , LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | $250,000 |
| **Sale Date:** | 08/06/2004 | **Loan Type:** | |
| **Recorded Date:** | 08/12/2004 | **Lender:** | * OTHER INSTITUTIONAL LENDERS PRIME BUSI |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 08/12/2004 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** | //2075500 | **Transaction Type:** | |
| **Title Company:** | LAWYERS TITLE | **Lender Type:** | |
| **Mailing Address:** | | | |

| **Buyer 1:** | SEA, YOON | ████████████ | , LOS ANGELES, CA 90057-1695 | Get Report |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | $24,000 |
| **Sale Date:** | 05/04/2004 | **Loan Type:** | |
| **Recorded Date:** | 07/13/2004 | **Lender:** | WELLS FARGO BK |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 07/13/2004 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED OF TRUST |
| **Book/Page/Number:** | //1783665 | **Transaction Type:** | |
| **Title Company:** | FIDELITY NATL LPS | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SEA, YOON | ████████, LOS ANGELES, CA 90057-1695 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | $260,000 | **Loan Amount:** | $234,000 |
| **Sale Date:** | 05/14/2003 | **Loan Type:** | |
| **Recorded Date:** | 08/04/2003 | **Lender:** | COMMONWEALTH UNITED MTG |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 08/04/2003 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED |
| **Book/Page/Number:** | //2223864 | **Transaction Type:** | |
| **Title Company:** | TICOR TITLE | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SEA, YOON | ████████ LOS ANGELES, CA 90057-1695 | Get Report |
| **Seller 1:** | CHANG, PATRICK S | ████████, HADDONFIELD, NJ 08033-1606 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | |
| **Sale Date:** | 01/19/2001 | **Loan Type:** | |
| **Recorded Date:** | 04/09/2001 | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 04/09/2001 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED |
| **Book/Page/Number:** | //582854 | **Transaction Type:** | |
| **Title Company:** | CHICAGO TITLE CO | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | CHANG, PATRICK | ████████ HADDONFIELD, NJ 08033-1606 | Get Report |
| **Seller 1:** | ZILLIACUS, PATRICK W | ████████, PLAYA DEL REY, CA 90293-8668 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | |
| **Sale Date:** | 01/24/2001 | **Loan Type:** | |

| Recorded Date: | 04/09/2001 | Lender: | |
|---|---|---|---|
| Mortgage Date: | | Deed Type: | |
| Recording Date: | 04/09/2001 | Deed Subtype: | |
| Loan Term: | | Document Type: | QUIT CLAIM |
| Book/Page/Number: | //582852 | Transaction Type: | |
| Title Company: | CHICAGO TITLE CO | Lender Type: | |
| Mailing Address: | | | |

| Buyer 1: | ZILLIACUS, PATRICK | ███████████ 8668 , PLAYA DEL REY, CA 90293- | Get Report |
|---|---|---|---|
| Seller 1: | ZILLIACUS, MERCEDES V M | ███████████ 8668 , PLAYA DEL REY, CA 90293- | Get Report |

| Sale Price: | | Loan Amount: | |
|---|---|---|---|
| Sale Date: | 04/03/2001 | Loan Type: | |
| Recorded Date: | 04/09/2001 | Lender: | |
| Mortgage Date: | | Deed Type: | |
| Recording Date: | 04/09/2001 | Deed Subtype: | |
| Loan Term: | | Document Type: | QUIT CLAIM |
| Book/Page/Number: | //582853 | Transaction Type: | |
| Title Company: | CHICAGO TITLE CO | Lender Type: | |
| Mailing Address: | | | |

| Buyer 1: | CHANG, PATRICK | ████████ , HADDONFIELD, NJ 08033-1606 | Get Report |
|---|---|---|---|
| Seller 1: | CHANG, JUNG M | ████████ LOS ANGELES, CA 90015-4319 | Get Report |

| Sale Price: | $120,000 | Loan Amount: | |
|---|---|---|---|
| Sale Date: | | Loan Type: | |
| Recorded Date: | 08/14/1992 | Lender: | |
| Mortgage Date: | | Deed Type: | |
| Recording Date: | 08/14/1992 | Deed Subtype: | |
| Loan Term: | | Document Type: | |
| Book/Page/Number: | //1520528 | Transaction Type: | |
| Title Company: | | Lender Type: | |
| Mailing Address: | | | |

| Buyer 1: | ZILLIACUS, PATRICK | ███████████ , PLAYA DEL REY, CA 90293-8668 | Get Report |
|---|---|---|---|
| Seller 1: | SCHULTZ, BARBARA J | ████████ , LOS ANGELES, CA 90015-4319 | Get Report |

| Sale Price: | $120,000 | Loan Amount: | $91,800 |
|---|---|---|---|
| Sale Date: | | Loan Type: | |

| | | | |
|---|---|---|---|
| **Recorded Date:** | 08/14/1992 | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 08/14/1992 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED |
| **Book/Page/Number:** | //1520528 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | ZILLIACUS, PATRICK | ████████████, PLAYA DEL REY, CA 90293-8668 | Get Report |
| **Seller 1:** | SCHULTZ, BARBARA J | ████████, LOS ANGELES, CA 90015-4319 | Get Report |

| | | | |
|---|---|---|---|
| **Sale Price:** | | **Loan Amount:** | |
| **Sale Date:** | | **Loan Type:** | |
| **Recorded Date:** | 07/28/1989 | **Lender:** | |
| **Mortgage Date:** | | **Deed Type:** | |
| **Recording Date:** | 07/28/1989 | **Deed Subtype:** | |
| **Loan Term:** | | **Document Type:** | DEED |
| **Book/Page/Number:** | //1209201 | **Transaction Type:** | |
| **Title Company:** | | **Lender Type:** | |
| **Mailing Address:** | | | |

| | | | |
|---|---|---|---|
| **Buyer 1:** | SCHULTZ, BARBARA | ████████, SANTA MONICA, CA 90402-2227 | Get Report |
| **Buyer 2:** | SCHULTZ, BARBARA | ████████, LOS ANGELES, CA 90015-4319 | Get Report |
| **Seller 1:** | SCHULTZ, BARBARA J | ████████ LOS ANGELES, CA 90015-4319 | Get Report |

## Property Summary

| | |
|---|---|
| **Address:** | ████████ 702, LOS ANGELES, CA 90015-4319 |
| **Parcel Number:** | 5138-001-140 |
| **Alternate Parcel Number:** | |
| **Subdivision Name:** | 40679 |
| **Land Use:** | |
| **Land Value:** | $159,303 |
| **Improvement Value:** | $238,958 |
| **Total Value:** | |
| **Assessed Value:** | $398,261 |
| **Market Land Value:** | |
| **Mkt Imprvmnt Value:** | |
| **Total Market Value:** | |
| **Tax Amount:** | $4,860.16 |

| | |
|---|---|
| Tax Year: | 2019 |
| Stories: | 1 |
| Number of Bedrooms: | 1 |
| Baths: | 1 |
| Style: | CONTEMPORARY |
| Year Built: | 1983 |
| Square Footage: | |
| Lot Size: | 83379 |
| Condition: | |
| Fireplace: | 1 |
| Pool: | 1 |
| Air Conditioning: | AC.CENTRAL |
| Heating: | CENTRAL |
| Fuel: | |
| Sewer: | |
| Water: | |
| Electric: | |
| Frame: | |
| Roof: | BUILT UP |





OrderID: 73226458                                                                                          Date: 08/27/2019

## Client Input

| | |
|---|---|
| Client: CAPITAL APPRAISAL MANAGEMENT SERVICES | Property Address |
| Branch: MARGATE, FL | As entered: ▮▮▮ |
| Fax/Email: capitalorders@bellsouth.net | ARCADIA, CA 91006 |
| Attention: CONROY, WILLIAM | Normalized: ▮▮▮ |
| Reference No.: NA | ARCADIA, CA 91006 |
| Owner: RAO WILLA W; ZUBERI IMAAD | County: LOS ANGELES |

## ValueSure AVM Results

| Market Value:  $1,086,400 | Low:  $923,440 | High:  $1,249,360 |
|---|---|---|
| FSD:  15 | Confidence Score:   85 | Confidence Level:   Medium |

## Subject Property Details

| | | |
|---|---|---|
| APN: 5779-016-062 | Sale Date: 05/13/2011 | Assessed Year: 2018 |
| Year Built: 2010 | Sale Price: $750,000 | Total Assessed Value: $844,483 |
| Living Area: 2384 | Lender: BANK OF AMERICA NA | Assd Land Value: $515,022 |
| Total Rooms: 0 | Loan Amount: $240,000 | Assd Improvement: $329,461 |
| Bedrooms: 3 | Lot Size (SF): 0 | Land Use: CND |
| Baths: 4 | Pool: No | Census Tract: 430801 |

## Neighborhood Alerts

Area Disaster Alerts: 12/4/2017 - Wildfires 11/8/2018 - Wildfires 11/8/2018 - Woolsey Fire

## Market Trends

| Home Prices | Historical<br>Increasing | Forecast<br>Stable |
|---|---|---|
| 6 Months | 1.35% | 0.18% |
| 12 Months | 2.70% | 0.37% |
| 18 Months | 0.40% | 0.30% |

## Area Sales Powered by Black Knight

### Retail Sales

| | Address | BD | BA | Year Built | Living Area | Lot Size | Dist | Sale Date | Sale Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 3 | 3.0 | 2006 | 1286 | 7583 | 0.03 | 03/15/2018 | $720,000 |
| 2 | | 3 | 3.0 | 1980 | 21553 | 21553 | 0.39 | 04/12/2018 | $580,000 |
| 3 | | 3 | 3.0 | 2007 | 1683 | 7958 | 0.35 | 02/27/2019 | $814,000 |
| 4 | | 3 | 4.0 | 2000 | 2197 | 16055 | 0.28 | 11/07/2018 | $918,000 |
| 5 | | 3 | 4.0 | 2010 | 2480 | 0 | 0.00 | 06/12/2018 | $1,200,000 |
| 6 | | 3 | 3.0 | 2007 | 1670 | 21553 | 0.39 | 05/21/2019 | $630,000 |
| 7 | | 3 | 3.0 | 2005 | 1908 | 47655 | 0.34 | 05/01/2019 | $933,000 |
| 8 | | 3 | 3.0 | 2007 | 1500 | 7958 | 0.35 | 12/28/2018 | $768,000 |
| 9 | | 3 | 3.0 | 1996 | 2348 | 9703 | 0.19 | 05/24/2019 | $930,000 |
| 10 | | 3 | 3.0 | 2007 | 1486 | 7958 | 0.35 | 12/12/2018 | $798,000 |

### REO Sales

There was no data that fit this criterion.



OrderID: 73226458                                                                                          Date: 08/27/2019

**Street Map**



**Satellite Photo**



Point of order request: www.lpsvaluations.com

The estimated market value is based on various mathematical formulas and techniques proprietary to Black Knight Financial Services. This report has not been prepared by a licensed appraiser nor does it constitute an official appraisal of the subject property. The information in this report is provided "as is" and all uses are at the user's sole risk. Black Knight Financial Services is not liable for the accuracy of the information provided in this report. For more information regarding the area alert visit http://www.fema.gov/news/disasters.fema

**Copyright © 2014 Black Knight Financial Services. All Rights Reserved**

# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | | Arcadia, CA 91006 | |
|---|---|---|---|---|
| REO #: | | BORROWER: | | |
| Most Recent Listing History | From | | To | Last sold on 1/10/1 for $3,9 0,000 |

**PROPERTY SIZE:** ,5  sf  **AGE:** Built in 195   **CONDITION:** Avg.  **SITE SIZE:** 11,26  sf  **TYPE:** Multi family Apt. Bldg.
County: Los Angeles    Parcel ID# 5   -0 6-0

## I.    GENERAL MARKET CONDITIONS

| Current market condition: | ☐ | Stable | | Depressed | ☐ | Slow | ☒ |
|---|---|---|---|---|---|---|---|

## II.    SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | | days. | | | | |
|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ | excellent | ☒ | good | ☐ | fair | ☐ | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) 8 | ☒ Commercial |

## III.    COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | | 2820 Meeker Ave | | 8425 Birchbark Ave | | 1330 Portia St | |
| Proximity to Subj. | | 6. mi | | 15. mi | | 19. mi | |
| Current Price $ | | $3,118,500 | | $2,390,000 | | $1,913,000 | |
| List Date /DOM | | 8/22/19 | | 8/29/19 sf | | 2/20/19 | |
| Lot Size | 11,268 sf | 22,286 sf | | 10,822 | | 7,181 sf | |
| Room Count | Units 8 | Units 8 | | Units 8 | | Units 8 | |
| Room Count | 24 16 | 24 16 | | 73 37 | | 8 8 | |
| Gross Living Area | 8,577 sf | 11,116 sf | | 7,805 sf | | 5,046 sf | |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## IV.    COMPETITIVE COMPS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | | 414 S 2nd Ave | | 203 S Madison Ave | | 425   Sierra Madre Blvd | |
| Proximity to Subj. | | .13 mi | | 1.28 mi | | 2.74 mi | |
| Sales Price $ | $3,980,000 | $8,150,000 | | $3,950,000 | | $2,350,000 | |
| Date of Sale /DOM | 1/10/18 | 7/19/19 | | 4/12/19 | | 3/27/19 | |
| Lot Size | 11,268 sf | 24,332 sf | | 17,599sf | | 14,220 sf | |
| 1 | Units 8 | Units 5 | | Units 11 | | Units 7 | |
| Room Count | 24 16 | 7 5 | | 23 12 | | 15 8 | |
| Gross Living Area | 8,577 sf | 5,026 sf | | 9,696 sf | | 5,777 sf | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V.    ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI.    THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either |
|---|---|---|---|---|---|
| As Is | $4,250,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | | As Is ☒ OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs ☐ |

Subject is a 8 unit apartment building recently renovated/updated with car garages and is a non -rent controlled units.
Used similar comps within the subject's market area.


This is not an appraisal, but an estimated opinion of current market value.


C.A.M.S.                                                                                9/06/2019
        Agent's Signature                                                           Date

Case 2:19-cr-00642-VAP Document 267-5 * SEALED * Filed 10/21/21 Page 14 of 30 Page ID #:5068

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject



# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | ., San Gabriel, CA 91776 | | |
|---|---|---|---|---|
| REO #: | | BORROWER: | | |
| Most Recent Listing History | From | To | | Last sold on /12/13 for $1,350,000 |

**PROPERTY SIZE:6,3 0 sf AGE:** Built in 1964 **CONDITION:** Avg. **SITE SIZE:**9,494 sf **TYPE:** Apartment Bldg.
County: Los Angeles Parcel ID#5362-027-003

## I. GENERAL MARKET CONDITIONS

| Current market condition: | ☒ | Stable | | Depressed | ☐ | Slow | ☐ | |
|---|---|---|---|---|---|---|---|---|

## II. SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | | days. | | | | | |
|---|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ | excellent | ☒ | good | ☐ | fair | ☐ | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | 6 | ☒ Commercial | | |

## III. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | | 117 Granada Ave | | 940 Abbot Ave | | 817 Padilla St | |
| Proximity to Subj. | | 0.8 mi | | 0.6 mi | | 0.4 mi | |
| Current Price $ | | $2,088,000 ($$453 psf) | | $1,850,000 ($404 psf) | | $5,100,000 ($406 psf) | |
| List Date /DOM | | Dom 63 | | 8/19/19 | | 3/20/19 | |
| Lot Size | 9,494 sf | 7,265 sf | | 0.17 ac | | 0.41 ac | |
| Room Count | Units 6 | Units 5 | | Units 5 | | Units 13 | |
| Room Count | 12 8 | 11 6 | | 11 6 | | 26 26 | |
| Gross Living Area | 6,380 sf | 4,609 sf | | 4,575 sf | | 12,558 sf | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## IV. COMPETITIVE COMPS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | | 355 S Arroyo Dr | | 222 S Del Mar Ave | | 1265 California St | |
| Proximity to Subj. | | 0.5 mi | | 0.4 mi | | 1.2 mi | |
| Sales Price $ | | $3,050,000 ($326 psf) | | $3,500,000 ($366 psf) | | $1,405,000 ($384 psf) | |
| Date of Sale /DOM | | 4/4/18 | | 9/12/18 | | 7/12/19 | |
| Lot Size | 9,494 sf | 0.42 ac | | unknown | | 7,631 sf | |
| 1 | | Units 11 | | Units 12 | | Units 5 | |
| Room Count | 12 8 | 17 11 | | 16 12 | | 9 5 | |
| Gross Living Area | 6,380 sf | 9,347 sf | | 9,560 sf | | 3,655 sf | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V. ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI. THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|---|
| As Is | $1,950,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | | As Is | ☒ OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs | ☐ |

Subject is a 6 unit apartment building built in 1964 and has 8 car garage for the tenants. Property last sold for $1,350,000
Back on 8/12/13. County is currently assessing the subject at a value of $1,483,534. I am estimating per unit value to be around
$325,000 (per unit) with a total of $1,950,000 as the current market value.

This is not an appraisal, but an estimated opinion of current market value.

C.A.M.S.            9/04/2019

      Agent's Signature             Date

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject: photo from online source



# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | | , Arcadia, CA 910007 | | |
|---|---|---|---|---|---|
| REO #: | | | BORROWER: | | |
| Most Recent Listing History | From | | To | | Last sold on /2 /15 for $3,300,000 |

**PROPERTY SIZE:** , 3 sf **AGE:** Built in 1960  **CONDITION:** Avg.  **SITE SIZE:** 16,4 2 sf  **TYPE:** Apartment Bldg.
County: Los Angeles Parcel ID#5783-005-035

## I.  GENERAL MARKET CONDITIONS

| Current market condition: | ☐ | Stable | | Depressed | ☐ | Slow | ☐ |
|---|---|---|---|---|---|---|---|

## II.  SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | | days. | | | | |
|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ | excellent | ☒ | good | ☐ | fair | ☐ | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) 12 | ☒ Commercial |

## III.  COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 968 Arcadia Ave | | 2820 Meeker Ave | | 980  ale St | |
| Proximity to Subj. | | | .3 mi | | 6 mi | | 14 mi | |
| Current Price $ | | | $15,800,000 | | $3,118,800 | | $3,500,000 | |
| List Date /DOM | | | 4/5/19 | | 8/29/19 | | 8/20/19 | |
| Lot Size | 16,482 sf | | 36,194 sf | | 10,822 sf | | 9,772 sf | |
| Room Count | Units | 12 | Units | 18 | Units | 8 | Units | 10 |
| Room Count | | 15  13 | | 54  54 | | 24  16 | | |
| Gross Living Area | | 8,838 sf | | 34,000 sf | | 7,805 sf | | 7,447 sf |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## IV.  COMPETITIVE COMPS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 1137  Duarte Rd | | 9146 Huntington Dr | | 5929 Primrose Ave | |
| Proximity to Subj. | | | .43 mi | | .64 mi | | 1.31 mi | |
| Sales Price $ | $3,300,000 | | $5,600,000 | | $4,000,000 | | $2,049,000 | |
| Date of Sale /DOM | 8/28/15 | | 7/17/19 | | 2/28/19 | | 1/7/2019 | |
| Lot Size | 16,482 sf | | 28,217 sf | | 18,846 sf | | 8,767 sf | |
| Room Count | Units | 12 | Units | 18 | Units | 17 | Units | 7 |
| | | 15  13 | | 34  18 | | 22  17 | | 9  7 |
| Gross Living Area | | 8,838 sf | | 15,049 sf | | 12,278 sf | | 4,683 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V.  ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI.  THE MARKET VALUE must fall within the indicated value of the sales used above.

### *THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either |
|---|---|---|---|---|---|
| As Is | $4,000,000.00 | $ | Conv ☐  FHA/VA ☐  Other ☐ | | As Is ☒  OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs ☐ |

Subject is a 12 units apartment building built in 1960 and is estimated to be in average condition.  Comps used are similar and
In the same market area as the subject.  County is currently assessing the subject at a value of $3,501,985

This is not an appraisal, but an estimated opinion of current market value.

C.A.M.S.                                                                                       9/06/2019

Agent's Signature                                                                   Date

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject



# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | , Alhambra, CA 91803 | | |
|---|---|---|---|---|
| REO #: | | BORROWER: | | |
| Most Recent Listing History | From | To | | Last sold on 6/ /15 for $3,425,000 |

**PROPERTY SIZE:** 13,093 sf  **AGE:** Built in 1960  **CONDITION:** Avg.  **SITE SIZE:** 1 ,144 sf  **TYPE:** Apartment Bldg.

County: Los Angeles Parcel ID# 5 50-0 5-005

## I.   GENERAL MARKET CONDITIONS

| Current market condition: | ☐ | Stable | Depressed | ☐ | Slow | ☒ |
|---|---|---|---|---|---|---|

## II.   SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | days. | | | | |
|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | ☒ good | ☐ fair | ☐ poor. | | |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☒ Multi-family (#. of units) | 17 | ☒ Commercial |

## III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 2028-2038 Meridian Ave | | 809 S Sierra Vista Ave | | 817 Padilla St | |
| Proximity to Subj. | | | 2.6 mi | | 1.4 mi | | 2.3 mi | |
| Current Price $ | | | $5,400,000 | | $3,950,000 | | $5,100,000 | |
| List Date /DOM | | | 8/23/19 | | 6/18/19 | | 3/20/19 | |
| Lot Size | 17,144 sf | | 35,719 sf | | 17,859 sf | | 17,800 sf | |
| Room Count | Units | 17 | Units | 8 | Units | 6 | Units | 13 |
| Room Count | 26 | 18 | 8 | 8 | 21 | 14 | 26 | 26 |
| Gross Living Area | | 13,093 sf | | 5,152 sf | | 9,846 sf | | 12,558 sf |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## IV.   COMPETITIVE COMPS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 1715 S 5th St | | 1700 S 3rd Street | | 809 S Stoneman | |
| Proximity to Subj. | | | .55 mi | | .66 mi | | .83 mi | |
| Sales Price $ | $3,425,000 | | $4,075,000. | | $4,250,000 | | $4,100,000 | |
| Date of Sale /DOM | 6/8/15 | | 7/9/19 | | 6/6/19 | | 4/16/19 | |
| Lot Size | 17,144 sf | | 15,246 sf | | 17,944 sf | | 19,274 sf | |
| 1 | Units | 17 | Units | 14 | Units | 14 | Units | 12 |
| Room Count | 26 | 18 | 23 | 17 | 25 | 18 | 24 | 23 |
| Gross Living Area | | 13,093 sf | | 13,303 sf | | 13,758 sf | | 12,588 sf |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## V.   ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI.   THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|---|
| As Is | $4,10 ,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | | As Is ☒ | OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs ☐ | |

Subject is a 17 units apartment building in average condition with a pool. Built in 1960 but seems to be in average condition.

Comps used are similar and all within the subject's market area. County is currently assessing the subject at a value of $3,690,063

This is not an appraisal, but an estimated opinion of current market value.

| C.A.M.S. | 9/03/2019 |
|---|---|
| Agent's Signature | Date |

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject



# SiteX™ Value

**OrderID: 73226303**

## Price Trends



## Market Activity





SiteX™ Value

**REO Trends**



**Flood Report**
The Subject Property of **1124 W HUNTINGTON DR, ARCADIA, CA 91007-6306** is in **Zone D** and is considered to be OUT of the Special Flood Hazard Area (SFHA).

**AN AREA OF UNDETERMINED BUT POSSIBLE FLOOD HAZARDS.**

Data deemed reliable, but not guaranteed.
**Copyright © 2019 Black Knight, Inc. All Rights Reserved.**

**Quick Score Explanation**

| | |
|---|---|
| Ownership Number years | Indicates the number of years since current owners bought the property. |
| Notice of Default: YES / NO | Indicates if any notices of default have been filed within the last five years or since change of ownership whichever is sooner. YES: notice(s) have been filed. NO: no notice has been filed. |
| Price Trend: ▲ / _ / ▼ | Neighborhood price trend: ▲ — generally rising, _ — generally flat, ▼ — generally falling. |
| REO Trend: ▼ / _ / ▲ | Rate of REO purchases in neighborhood: ▼ — generally falling, _ — generally flat, ▲ — generally rising. |
| Estimated LTV: 90% / 80% / 70% | Estimated Loan to Value. Rough estimate of equity, by assuming normal 30-year amortization of first trust deeds, property value changes, and additional trust deeds loans and amortization. 90% and over, Between 90% and 70%, 70% or less. |
| Multiple sales: NO / YES | Indicates if there has been other change of ownership within the last six (6) months prior to date property was acquired. |
| Flood: OUT-Zone / IN-Zone | Preliminary flood zone information. IN: possibly inside a flood zone. OUT: possibly outside a flood zone. |
| CONFORMING / NON-CONFORMING | CONFORMING: indicates if subject property is similar or not similar to properties in the neighborhood. |
| Silent Second: NO / YES | Indicates no additional trust deed is recorded 6 mo. after recording where the beneficiary is the seller. |
| Estimated Value Range: Low - High | Estimated price range of subject property |
| Estimated Current Value As of Date of Report Calculated Estimate of Value | Estimated value of subject property and effective date of report. |

# Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | | ███ e Temple City CA 91780  Los Angeles #8573-013-035 | | |
|---|---|---|---|---|---|
| REO #: | | BORROWER: | | | |
| Most Recent Listing History | From | | To | Listed at  $ | |

**PROPERTY SIZE : 10,187     AGE: 61 yrs     CONDITION: Avg     SITE SIZE: 26,518     TYPE: Multi Family** Apartment

## .     GENERAL MARKET CONDITIONS

| Current market condition: | | | | Depressed | X | Slow | | Stable |
|---|---|---|---|---|---|---|---|---|

## II.   SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | days. | | | | | |
|---|---|---|---|---|---|---|---|
| Marketability of subject property is | | excellent | X | good | | fair | | poor. |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | X | Multi-family (# of units) | 18 | ☐X  Commercial |

## III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | ███ | | 9307 Ramona Blvd Rosemead CA 91770 | | 1534 S Del Mar Ave San Gabriel CA 91776 | | 817 Padilla St San Gabriel CA 91776 | |
| Proximity to Subj. | Subject | | 3.9 miles | | 5.4 miles | | 4.8 miles | |
| Current Price $ | TBD | | $5,629,000 | | $5,750,000 | | $5,100,000 | |
| List Date /DOM | NA | | 11/18/18 | | 8/28/19 | | 3/20/19 | |
| Lot Size | 26,518 | | 38,768 | | 28,313 | | 17,800 | |
| Room Count | Beds | 1 | 19 | 2 | 36 | 1 | 27 | 2 | 26 |
| Room Count | Bath | 1 | 18 | 2 | 36 | 1 | 19 | 2 | 26 |
| Gross Living Area | | 19,127 18 units | 17,578 | 18 units | 13,557 | 19 units | 12,558 | 13 units |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## IV.   COMPETITIVE CLOSED SALES

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | ███ | | 11719 Sitka St El Monte CA 91732 | | 9146 Huntington Dr San Gabriel CA 91775 | | 11412 Magnolia St El Monte CA 91732 | |
| Proximity to Subj. | Subject | | 2.39 miles | | 2.68 miles | | 3.04 miles | |
| Sales Price $ | TBD | | $3,700,000 | | $4,000,000 | | $3,950,000 | |
| Date of Sale /DOM | NA | | 8/13/19 | | 1/30/19 | | 4/12/19 | |
| Lot Size | 26,518 | | 23,273 | | 18,846 | | 22,783 | |
| Room Count | Beds | 1 | 19 | 2 | 31 | 2 | 22 | 1 | 24 |
| Room Count | Bath | 1 | 18 | 1 | 16 | 1 | 17 | 1 | 16 |
| Gross Living Area | | 10,187 18 units | 12,768 | 16 units | 12,728 | 17 Units | 9,696 | 16 units |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V.     ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

### VI.     THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|---|
| As Is | $ 3,900,000.00 | $ | Conv ☐   FHA/VA ☐   Other ☐ | | As Is | ☒   OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs | ☐ |

C.A.M.S.

Agent's Signature    Date 9/06/2019

# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | , Los Angeles, CA 90028 | | |
|---|---|---|---|---|
| REO #: | | BORROWER: | | |
| Most Recent Listing History | From | To | Last sold on 5/2 /14 for $1,560,000.00 | |

**PROPERTY SIZE: 4,992 sf  AGE: Built in 1922  CONDITION: Avg.  SITE SIZE: 11,321sf  TYPE: Apartment Bldg.464**
County: Los Angeles  Parcel ID#5536-001-010

## I. GENERAL MARKET CONDITIONS

| Current market condition: | ☒ | Stable | | Depressed | ☐ | Slow | ☐ | |
|---|---|---|---|---|---|---|---|---|

## II. SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | days. | | | | | |
|---|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | ☒ good | ☐ fair | ☐ poor. | | | |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | ☒ Commercial | | |

## III. COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 1376 N Serrano Ave | | 972 El Centro Ave | | 1639 N Harvard Blvd | |
| Proximity to Subj. | | | 0.5 mi | | 1. mi | | 1. mi | |
| Current Price $ | | | $4,200,000 ($464 psf) | | $3,200,000 ($377 psf) | | $1,800,000 ($488 psf) | |
| List Date /DOM | | | DOM 50 | | DOM 9 | | DOM 152 | |
| Lot Size | 11,321 sf | | 8,705 sf | | 6,448 sf | | 7,004 sf | |
| Room Count | units | 8 | units | 14 | units | 12 | Units | 5 |
| Room Count | 8 | 8 | 16 | 14 | 12 | 12 | 10 | 5 |
| Gross Living Area | | 4,992 sf | | 9,042 sf | | 8,470 sf | | 3,687 SF |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

## IV. COMPETITIVE COMPS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 5667 La Mirada Ave | | 5853 Lexington Ave | | 5706 Carlton   ay | |
| Proximity to Subj. | | | 0.1 mi | | 0.4 mi | | 0.4 mi | |
| Sales Price $ | $1,560,000($312 psf) | | $1,800,000 ($295 psf) | | $1,710,000 ($281 psf) | | $2,850,000 ($331 psf) | |
| Date of Sale /DOM | 5/27/14 | | 7/31/18 | | 5/21/19 | | 6/14/19 | |
| Lot Size | 11,321 sf | | 6,651 sf | | 7,200 sf | | 8,750 sf | |
| 1 | units | 8 | Units | 8 | Units | 8 | Units | 11 |
| Room Count | 8 | 8 | 10 | 9 | 11 | 8 | 12 | 11 |
| Gross Living Area | | 4,992 sf | | 6,106 sf | | 6,089 sf | | 8,590 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V. ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI. THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|---|
| As Is | $1, 50,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | | As Is | ☒ OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs | ☐ |

| Subject is a 1 story Spanish style apartment building built in 1922 and with 8 units 4 separate buildings.  (8bed/8bath) |
|---|
| Last sold on 5/27/14 for $1,560,000. Limited comparables available, Comps used are all within the subject's market area. |
| Los Angeles County currently is assessing the subject at $1,748,592.00 |

| This is not an appraisal, but an estimated opinion of current market value. |
|---|

| C.A.M.S. | 9/03/2019 |
|---|---|
| Agent's Signature | Date |

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject



## Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | , San Gabriel, CA 91775 |
|---|---|---|
| REO #: | | BORROWER: |
| Most Recent Listing History | From | To | Last sold on |

**PROPERTY SIZE:6,3 0 sf  AGE: Built in 1964  CONDITION: Avg.  SITE SIZE:9,494 sf  TYPE: Apartment Bldg.**
County: Los Angeles Parcel ID# 5 82-00 -0 5

### I.   GENERAL MARKET CONDITIONS

| Current market condition: | ☐ | Stable | | Depressed | ☐ | Slow | ☒ |
|---|---|---|---|---|---|---|---|

### II.   SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | days. | | | | |
|---|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | ☒ good | ☐ fair | ☐ poor. | | |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☒ Multi-family (#. of units) | 32 | ☒ Commercial |

### III.   COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 1232 S Gabriel Blvd | | 6933 Rosemead Blvd | | 5730 N  illard Ave | |
| Proximity to Subj. | | | | | | | | |
| Current Price $ | | | $5,580,000 ($155k PU) | | $11,500,000 ($287  PU) | | $16,200,000 ($261 PU) | |
| List Date /DOM | | | 5/6/19 | | 2/6/19 | | 9/3/19 | |
| Lot Size | 31,564 sf | | 0.38 ac | | 0.90 ac | | 1.55 ac | |
| Room Count | Units | 32 | units | 36 | Units | 40 | Units | 62 |
| Room Count | 51 | 32 | 40 | 36 | 65 | 65 | 62 | 62 |
| Gross Living Area | | 20,456 sf | | 12,441 sf | | 23,805 sf | | 38,996 sf |

| COMMENTS:  *Please describe the condition of the comparables.* |
|---|

### IV.   COMPETITIVE COMPS

| ITEM | SUBJECT | | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|---|
| Address | | | 355 S Arroyo Dr | | 222 S Del Mar Ave | | 1265 California St | |
| Proximity to Subj. | | | | | | | | |
| Sales Price $ | $8,550,000 | | $3,050,000 ($277 PU) | | $3,500,000 ($291 PU) | | $1,405,000 ($384 PU) | |
| Date of Sale /DOM | 9/1/17 | | 4/4/18 | | 9/12/18 | | 7/12/19 | |
| Lot Size | 31,564 sf | | 0.42 ac | | unknown | | 7,631 sf | |
| 1 | Units | 32 | Units | 11 | Units | 12 | Units | 5 |
| Room Count | 51 | 32 | 17 | 11 | 16 | 12 | 9 | 5 |
| Gross Living Area | | 20,456 sf | | 9,347 sf | | 9,560 sf | | 3,655 sf |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

### V.   ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

### VI.   THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either | |
|---|---|---|---|---|---|---|
| As Is | $9,120,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | | As Is ☒ | OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | | Repairs ☐ | |

Subject is a 32 units apartment building built in 1962,  has a pool and no rent control. Property last sold for $8,550,000
Back on 9/1/17. County is currently assessing the subject at a value of $8,721,000.
Estimating $280k to $290k per unit.
Limited similar comps found, used best available.

This is not an appraisal, but an estimated opinion of current market value.

C.A.M.S.                                                                                      9/09/2019
        Agent's Signature                                                               Date

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



Subject: photo from online source



# Commercial Broker Price Opinion Report - Desktop

| PROPERTY ADDRESS: | | ████████, EL Monte, CA 91731 | | |
|---|---|---|---|---|
| REO #: | | BORROWER: | | |
| Most Recent Listing History | From | To | | Last sold on 5/22/13 for $1,035,000.00 |

**PROPERTY SIZE:** 4,656 sf **AGE:** Built in 1959 **CONDITION:** Avg **SITE SIZE:** 12,093sf **TYPE:** Apartment Bldg.
County: Los Angeles  Parcel ID# 8568-020-020

## I.  GENERAL MARKET CONDITIONS

| Current market condition: | ☒ | Stable | | Depressed | ☐ | Slow | ☐ |
|---|---|---|---|---|---|---|---|

## II.  SUBJECT MARKETABILITY

| Normal marketing time in the area is: | 90-120 | days. | | | |
|---|---|---|---|---|---|
| Marketability of subject property is | ☐ excellent | ☒ good | ☐ fair | ☐ poor. | |
| Unit Type: | ☐ House | ☐ Condo | ☐ Townhouse | ☐ Multi-family (#. of units) | ☒ Commercial |

## III.  COMPETITIVE CONTRACT OFFERINGS OR LISTINGS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | ██████ | 11723 Magnolia St | | 11128 Dodson St | | 5715 N Vista St | |
| Proximity to Subj. | | | | | | | |
| Current Price $ | | $1,850,000 ($354 psf) | | $2,490,000 ($364 psf) | | $5,000,000 ($423 psf) | |
| List Date /DOM | | 12/4/18 | | DOM 180 | | 4/1/19 | |
| Lot Size | 12,093 sf | 0.34 ac | | 0.072 ac | | 0.47 ac | |
| Room Count | Units # 9 | Units 8 | | Units 8 | | Units 20 | |
| Room Count | 9 | 9 | 16 | 8 | 8 | 8 | 20 | 20 |
| Gross Living Area | 4,656 sf | 5,220 sf | | 6,826 sf | | 11,808 sf | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## IV.  COMPETITIVE COMPS

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | ██████ | 11507 Medina Ct | | 3740 Tyler Ave | | 4328 Cedar Ave | |
| Proximity to Subj. | | | | | | | |
| Sales Price $ | $1,035,000 | $1,293,000 ($322 psf) | | $868,508 ($320 psf) | | $1,178,000 ($303 psf) | |
| Date of Sale /DOM | 5/22/13 | 12/06/18 | | 3/26/19 | | 12/11/18 | |
| Lot Size | 12,093 sf | 12,043 sf | | 6,835 sf | | 15,134 sf | |
| 1 | Units # 9 | Units 6 | | Units 3 | | Units 4 | |
| Room Count | 9 | 9 | 12 | 8 | 4 | 4 | 7 | 5 |
| Gross Living Area | 4,656 sf | 4,004 sf | | 2,710 sf | | 3,884 sf | |

| COMMENTS: *Please describe the condition of the comparables.* |
|---|

## V.  ESTIMATED CLOSING COSTS / REPAIRS NOTED

| Gross Estimated Closing Costs | $ |
|---|---|
| Gross Amount of Repairs Needed | $ |
| List of Repairs (if necessary) | na |
| Continued….. | |

## VI.  THE MARKET VALUE must fall within the indicated value of the sales used above.

*THE VALUE FOR THE SUBJECT PROPERTY BASED ON 120 DAYS LIST TO CONTRACT IS:*

| | Market Value | Suggested List Price | Available Financing | | Broker Recommends Marketing Either |
|---|---|---|---|---|---|
| As Is | $1,500,000.00 | $ | Conv ☐ FHA/VA ☐ Other ☐ | As Is | ☒ OR |
| Complete Repairs | $ | $ | Estimate of Repairs: $ | Repairs | ☐ |

Subject is multi-family with two  1 story buildings 1st having 2,064 sf (4 units) and the 2nd having 2,592 sf (5 units) Both buildings built in 1959 and has a total of 9 rentable units.  Limited similar comps, but comps used are within the subject's market area.

Subject last sold on 5/22/13 for $1,035,000 . Estimating market value is $320 to $325 psf

Los Angeles County is currently assessing the subject's value at $1,142,537.

This is not an appraisal, but an estimated opinion of current market value.

| C.A.M.S. | | 9/03/2019 |
|---|---|---|
| Agent's Signature | | Date |

LIST #1



LIST #2



LIST #3



SOLD #1



SOLD #2



SOLD #3



SUBJECT: Photo from online source

