# EXHIBIT 3B

Page 1 of 125

Case 2:19-cr-00642-VAP    Document 367-7 *SEALED* Filed 02/10/21 Page 2 of 4   Page ID #:5388
Case 2:19-cr-00642-VAP    Document 257-7   Filed 10/21/20   Page 32 of 42   Page ID #:5092

| efile GRAPHIC print - DO NOT PROCESS | LATEST DATA - Production | DLN: 90211688025439 |

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2018** OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space

Filing status: ☐ Single  ☑ Married filing jointly  ☐ Married filing separately  ☐ Head of household  ☐ Qualifying widow(er)

Your first name and initial: IMAAD S<ZUBERI<& WILLA W RAO
Last name:
Your social security number: [REDACTED]

Your standard deduction: ☐ Someone can claim you as a dependent  ☐ You were born before January 2, 1954  ☐ You are blind

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number: [REDACTED]

Spouse standard deduction: ☐ Someone can claim your spouse as a dependent  ☐ Spouse was born before January 2, 1954  ☑ Full-year health care coverage or exempt (see inst.)
☐ Spouse is blind  ☐ Spouse itemizes on a separate return or you were dual-status alien

Home address (number and street). If you have a P.O. box, see instructions. [REDACTED]
Apt. no.
Presidential Election Campaign (see inst) ☐ You ☐ Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
SOUTH EL MONTE, CA  91733
If more than four dependents, see inst and ✓ here ▶ ☐

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| AIDEN M | ZUBERI | [REDACTED] | SON | ☑ | ☐ |
| MIRIAM | ZUBERI | [REDACTED] | DAUGHTER | ☑ | ☐ |
| | | | | ☐ | ☐ |
| | | | | ☐ | ☐ |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: ******  Date: 10-15-2019  Your occupation: SELF EMPLOYED  If the IRS sent you an Identity Protection PIN, enter it here (see inst)

Spouse's signature. If a joint return, both must sign. ******  Date: 10-15-2019  Spouse's occupation: HOME MAKER  If the IRS sent you an Identity Protection PIN, enter it here (see inst)

**Paid Preparer Use Only**

Preparer's name: GARY L HOWARD CPA
Preparer's signature:
PTIN: [REDACTED]
Firm's EIN: [REDACTED]
Check if: ☑ 3rd Party Designee  ☑ Self-employed

Firm's name ▶ G L HOWARD AND COMPANY CPAS LLP
Phone no. (562) 431-9844

Firm's address ▶ 10417 LOS ALAMITOS BLVD
LOS ALAMITOS, CA, 907202111

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11320B  Form **1040** (2018)

Form 1040 (2018) Page **2**

| | | | | | | |
|---|---|---|---|---|---|---|
| Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld. | 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . | | | 1 | 235,644 |
| | 2a | Tax-exempt interest . | 2a | **b** Taxable interest . . | 2b | 33,620 |
| | 3a | Qualified dividends | 3a 3,598 | **b** Ordinary dividends | 3b | 3,632 |
| | 4a | IRAs, pensions, and annuities | 4a | **b** Taxable amount | 4b | |
| | 5a | Social security benefits | 5a | **b** Taxable amount . . | 5b | |
| | 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22  5,480,460 | | | 6 | 5,753,356 |
| | 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1 line 36, from line 6 . . | | | 7 | 5,728,212 |
| **Standard Deduction for-** • Single or married filing separately, $12,000 • Married filing jointly or Qualifying widow(er), $24,000 • Head of Household, $18,000 • If you checked any box under Standard deduction, see instructions. | 8 | **Standard deduction or itemized deductions** (from Schedule A) . . . . . | | | 8 | 319,651 |
| | 9 | Qualified business income deduction (see instructions) . . . . . . . . | | | 9 | |
| | 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | | 10 | 5,408,561 |
| | 11 | **a** Tax (see inst) 1,922,334 (check if any from: **1** ☐ Form(s) 8814 **2** ☐ Form 4972 **3** ☐ _____ ) **b Add** any amount from Schedule 2 and check here . . . . . . . . . ▶ ☐ | | | 11 | 1,922,334 |
| | 12 | **a** Child tax credit/credit for other dependents _____ **b Add** any amount from Schedule 3 and check here ▶ ☐ | | | 12 | |
| | 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . . . . . | | | 13 | 1,922,334 |
| | 14 | Other taxes. Attach Schedule 4 . . . . . . . . . . | | | 14 | 22,828 |
| | 15 | Total tax. Add lines 13 and 14 . . . . . . . . . . . . | | | 15 | 1,945,162 |
| | 16 | Federal income tax withheld from Forms W-2 and 1099 . . . . . . . | | | 16 | 26,196 |
| | 17 | Refundable credits: **a** E**IC** (see inst.) _____ **b** Sch 8812 _____ **c** Form 8863 _____ **Add** any amount from Schedule 5  1,050,000 . . . . . . . | | | 17 | 1,050,000 |
| | 18 | Add lines 16 and 17. These are your total payments . . . . . . . . . | | | 18 | 1,076,196 |
| **Refund** Direct deposit? See instructions. | 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | | | 19 | |
| | 20a | Amount of line 19 you want **refunded to you.** If Form 8888 is attached, check here . . . ▶ ☐ | | | 20a | |
| | | **b** Routing number _____ ▶ **c** Type: ☐ Checking ☐ Savings **d** Account number _____ | | | | |
| | 21 | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ | 21 | | | |
| **Amount You Owe** | 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | | | 22 | 894,366 |
| | 23 | Estimated tax penalty (see instructions) . . . . ▶ | 23 | 25,400 | | |

Go to *www.irs.gov/Form1040* for instructions and the latest information. Form **1040** (2018)

Page 3 of 125

Case 2:19-cr-00642-VAP Document 267-7 *SEALED* Filed 02/10/21 Page 4 of 4 Page ID #:5390
Case 2:19-cr-00642-VAP Document 257-7 *SEALED* Filed 01/21/21 Page 3 of 4 Page ID #:5094

# SCHEDULE 1 (Form 1040)
Department of the Treasury
Internal Revenue Service

## Additional Income and Adjustments to Income

► Attach to Form 1040.
► Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074
**2018**
Attachment Sequence No. 01

Name(s) shown on Form 1040: IMAAD S<ZUBERI<& WILLA W RAO

Your social security number: [redacted]

### Additional Income

| Line | Description | | Amount |
|---|---|---|---|
| 1-9b | Reserved | 1-9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | 274,349 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Reserved | 15b | |
| 16a | Reserved | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -4,571,613 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Reserved | 20b | |
| 21 | Other income. List type and amount ► | 21 | 9,777,724 |
| 22 | Combine the amounts in the far right column. If you don't have any adjustments to income, enter here and include on Form 1040, line 6. Otherwise, go to line 23 | 22 | 5,480,460 |

### Adjustments to Income

| Line | Description | Col | Amount | | Total |
|---|---|---|---|---|---|
| 23 | Educator expenses | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses for members of the armed forces. Attach Form 3903 | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction | 29 | 19,644 | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | | | |
| 32 | IRA deduction | 32 | 5,500 | | |
| 33 | Student loan interest deduction | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | | | |
| 35 | Reserved | 35 | | | |
| 36 | Add lines 23 through 35 | | | 36 | 25,144 |

For Paperwork Reduction Act Notice, see your tax return instructions.    Cat. No. 71479F    Schedule 1 (Form 1040) 2018