# EXHIBIT 4A

| | |
|---|---|
| **From:** | Evan J. Davis |
| **To:** | OBrien, Daniel J. (USACAC) |
| **Cc:** | Ivy A. Wang; Nate Brown; tobrien@bgrfirm.com |
| **Subject:** | FW: Equity |
| **Date:** | Tuesday, June 30, 2020 1:35:57 PM |

Here is one email discussing the equity in Imaad's assets after the $1 million in cash had been paid. Some of the other emails are between Imaad and his criminal defense lawyers, but hopefully this does the trick to show both sides agreed he still owes $ 1 million to Bukhamseen and there was no release.

Evan J. Davis
Hochman Salkin Toscher Perez, P.C.

**From:** ▓▓▓▓▓▓avenueventure.com <▓▓▓▓▓▓@avenueventure.com>
**Sent:** Tuesday, June 30, 2020 11:28 AM
**To:** 'Nate Brown' <nbrown@bgrfirm.com>; Evan J. Davis <davis@taxlitigator.com>
**Subject:** FW: Equity

**From:** imaad zuberi <▓▓▓▓▓▓@avenueventure.com>
**Sent:** Friday, July 7, 2017 12:39 PM
**To:** ▓▓▓▓@bukhamseen.com; ▓▓▓▓▓▓@avenueventure.com
**Cc:** 'John Sandweg' ▓▓▓▓▓▓@frsdc.com>
**Subject:** Equity

Hello Anwar-
The 1st $500,000 wire was done and you received it in your personal account for BHUS.
The 2nd wire will be done this week. On the equity part, we should meet in Dubai to go over imaad