# EXHIBIT 5

## Chats (6217)

| # | Chat # | Timestamp: Date | Timestamp: Time | Participants | Source | From | To | Body |
|---|---|---|---|---|---|---|---|---|
| 39235 | 4500 | 4/8/2016 | 4/8/2016 09:50(UTC-7) | Robert W. Sweeney (owner) Imaad Zuberi | iMessage: | Robert W. Sweeney | | No such thing. The difficult time will get less difficult but doesn't go away completely either. Being kind and loving to those around you fills in the hole somewhat. But it never goes away. That's good-it honors the relationship. |
| 39236 | 4500 | 3/20/2017 | 3/20/2017 18:47(UTC-7) | Robert W. Sweeney (owner) Imaad Zuberi | iMessage: | Imaad Zuberi | | I called you. I was in London met people who were asking about you |
| 39238 | 4502 | 4/8/2016 | 4/8/2016 03:19(UTC-7) | Imaad Zuberi | iMessage | Imaad Zuberi | | I am going through a very difficult time because of this. I loved her too much |
| 42198 | 5075 | 4/14/2015 | 4/14/2015 11:04(UTC-7) | @yahoo.com _$I<Home>!$_ (owner) | iMessage: @yahoo.com | | | Hi Rob, all is well. I have concentrated my work primarily in the Kurdish region and have several projects ongoing. How about you? Still connected to Imaad Zuberi? Best, Mike |
| 42748 | 5188 | 1/23/2015 | 1/23/2015 12:15(UTC-8) | @s.whatsapp.net Sweeneyrw (owner) @s.whatsapp.net Mark Skarulis | WhatsApp | @s.whatsapp.net Sweeneyrw | @s.whatsapp.net Mark Skarulis | Mark - how's it going? I'm in Beijing. There's interest in Cirqa! What if anything has happened with IZ? |
| 42749 | 5188 | 5/12/2016 | 5/12/2016 21:40(UTC-7) | @s.whatsapp.net Sweeneyrw (owner) @s.whatsapp.net Mark Skarulis | WhatsApp | System Message System Message | | @s.whatsapp.net joined |
| 43548 | 5332 | 10/3/2014 | 10/3/2014 01:36(UTC-7) | @s.whatsapp.net Sweeneyrw (owner) @s.whatsapp.net Imaad Zuberi | WhatsApp | @s.whatsapp.net Imaad Zuberi | | Today finally signed the Al Areen contract. After 1.5 year |

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

AMENDED
RS0001990