# EXHIBIT 6A

| | |
|---|---|
| To: | imaad zube_____@minds_rin___com |
| Cc: | Bill Burton[_____@skdknick.com], Shira Pine_____@skdknick.com] |
| From: | James Raimo |
| Sent: | Fri 9/11/2015 9:27:06 PM (UTC) |
| Subject: | Draft FP response/note to Imaad |

Waqar Khan letter to Bill Allison 09-2015.pdf

Imaad-

I know you just spoke with Bill so wanted to send this over to keep the conversation going. After reviewing the information you sent over, below is the note we would like send to FP. However, there are still proof points we need in order to make a strong case. Since the FP has made it clear they do not want to make corrections to the story, we need back-up and documentation so that they have no choice but to make changes. Below is what we need:

- Documentation or a signed letter from your lawyers attesting to the fact that they told you not to register for FARA.
- Documentation of the $35m investment in the Bahrain luxury resort.
- Documentation that you were in LA during the White House Business Council Meeting.
- Documentation from the Syrian Opposition group that you have never been a member of their executive committee.
- Documentation from Vass Gunawardena that you never worked for him.

Please let me know which of these proof points you will be able to send us, so that we can move quickly with the FP and correct the record - as much as possible.

----------------

Yochi-

The article about Mr. Zuberi still includes numerous errors and mistakes that need to be corrected for the record. I have included the most egregious examples below, along with attached documentation.

- "Zuberi, who billed the government on May 5, 2014, for his services and received his first payment of $3.5 million from Sri Lanka on May 9, 2014, didn't register as a consultant until Aug. 14 of that year, well beyond the 10-day deadline." Mr. Zuberi didn't register under FARA because he was not lobbying and his lawyers told him he didn't need to register. When this was brought to his attention, he registered immediately and retroactively. His lawyers support this fact in the attached signed document.
- "Zuberi was born in Albany, New York; his father was Pakistani, and his mother is Indian." This is inaccurate. Mr. Zuberi was born in Karachi, Pakistan.
- "Most of Zuberi's investing is done abroad, including a $700 million investment in a luxury resort in Bahrain." This is inaccurate. Mr. Zuberi invested $35 million, which you can see in the attached documentation.
- "Since the 2012 election, Zuberi has visited the White House 13 times at both large receptions and meetings in small groups" and "Zuberi has had contacts in Turkey for some time; he accompanied members of Musiad, a Turkish business association close to President Recep Tayyip Erdogan, to a meeting with the director of the White House Business Council in 2014." Mr. Zuberi has only visited the White House four times and always for large parties. Specifically, when your reporter alleges he met with the White House Business Council, Mr. Zuberi was in Los Angeles, which you can see in the attached documentation. If this visit was recorded inaccurately, it shows the others may be in error as well.
- "He serves on the executive committee of the National Coalition of Syrian Revolution and Opposition Forces; in April 2013, Avenue Ventures planned to set up a fund to aid in the reconstruction of Syria once the regime of Bashar al-Assad had fallen." The Time piece is inaccurate, and the misinformation was repeated in FP. The Syrian Opposition group has attested to this fact in the attached documentation.
- "Zuberi stopped working as a foreign agent for Vass Gunawardena and Sri Lanka on Sept. 30, 2014." Mr. Zuberi never worked for Vass Gunawardena. He was doing business and economic development consulting for the Government of Sri Lanka. Mr. Gunawardena will attest to the fact that Mr. Zuberi never worked for him.

Lastly, I'm also attaching a letter that was sent to FP from Mr. Waqar Khan, which shows further proof that Mr. Allison manipulated information to fit a predetermined storyline since the truth would be rather dull for your readers.

I trust you will make the necessary corrections to the record.