# EXHIBIT 6B

**To:** James Raimo ████████ skdknick.com
**Cc:** Bill Burton ████ @skdknick.com], Shira Fine ████ @skdknick.com]
**From:** imaad zuberi
**Sent:** Tue 10/6/2015 6:33:05 PM (UTC)
**Subject:** Re: FP follow up

I can be on the phone today. I am here today. I will go to London tomorrow for a couple of day

imaad

---

**From:** James Raimo
**Sent:** Tuesday, October 6, 2015 10:32 AM
**To:** imaad zuberi
**Cc:** Bill Burton; Shira Fine
**Subject:** FP follow up

Imaad – followin_ u_ on _our conversation with Bill, we wanted to u_date _ou on the status of our Forei_n Polic_ outreach. Last week, we sent them an email with several items that needed to be corrected in the article. They got back to us saying that they would correct the following points:

∀ The amount of money you invested in the Bahrain resort project
∀ The number of times you have visited the White House
∀ Citing a note from the National Coalition of Syrian Revolution and Opposition Forces saying that you never served on the organization's executive committee

After a great deal of back and forth we have come to the conclusion that this is the best that we are _oin_ to _et from the magazine. Yes, the interview was off the record, but given that the reporter has notes from the meeting and you do not, we believe it best to no longer demand corrections. The magazine editors have made it clear that the will stand behind Mr. Allison and we don't think there is an_thin_ that will chan_e this. We will send the followin_ note to Forei_n Polic_:

"While it looks like we will have to agree to disagree on this issue, we can move forward with the following corrections:

∀ The amount of money Mr. Zuberi invested in the Bahrain resort project
∀ The number of times Mr. Zuberi visited the White House including the note about the White House Business Council meeting that he did not attend
∀ Citing a letter from the National Coalition of Syrian Revolution and Opposition Forces in which the group attests that Mr. Zuberi has never served on their executive committee.

Once these corrections are made in the piece, we will consider this matter closed."

Now, the best course of action will be to focus on proactive opportunities. We want to build off of the success we had with the Fortune op-ed through the following tactics:

∀ South central children's organization– writing another op-ed about why you're committed to this cause/why it's important
∀ USC CAP – possibly a guest blog for their website
∀ LVP – award/press release – we should see if you can get an award for your work here that we can then advise in a press release

Let us know what you think. We can hop on the phone whenever you're free to discuss moving forward on the proactive opportunities.

Thanks,
James