# EXHIBIT 6C

**To:** Shira Fine [████]@skdknick.com]
**From:** James Raimo
**Sent:** Wed 10/7/2015 6:19:21 PM (UTC)
**Subject:** FW: FW: The Zuberi article

FYI

**From:** [████]@_mail.com [mailto:[████]@gmail.com] **On Behalf Of** Yochi Dreazen
**Sent:** Wednesday, October 7, 2015 11:17 AM
**To:** James Raimo
**Cc:** Bill Burton
**Subject:** Re: FW: The Zuberi article

James, Bill,

We have just issued the following correction, as discussed above. We regret the errors but now consider this matter closed.

Thanks,
Y

http://foreignpolicy.com/2015/08/28/elite-fundraiser-for-obama-and-clinton-linked-to-justice-department-_robe/?w__lo_in_redirect=0

Correction, Oct. 7, 2015: Businessman and Democratic donor Imaad Zuberi's investment firm, Avenue Ventures, put $700 million into a luxury resort in Bahrain; Zuberi himself did not spend that money. Additionally, Zuberi visited the White House four times, not 13, as was reported. He did not attend a White House Business Council meeting in 2014 though his name was listed among the invitees; the article wrongly said that he attended. Finally, the National Coalition of Syrian Revolution and Opposition Forces provided a letter after this article was published denying that Zuberi had ever served in the organization as had been re_orted in the stor_.

On Tue, Oct 6, 2015 at 4:15 PM, James Raimo <[████]@skdknick.com> wrote:

Yochi—

While it looks like we will have to agree to disagree on this issue, we can move forward with the following corrections:

∀ The amount of money Mr. Zuberi invested in the Bahrain resort project

∀ The number of times Mr. Zuberi visited the White House including the note about the White House Business Council meeting that he did not attend

∀ Citing a letter from the National Coalition of Syrian Revolution and Opposition Forces in which the group attests that Mr. Zuberi has never served on their executive committee

Once these corrections are made in the piece, we will consider this matter closed.

James

**From:** [████]@gmail.com [mailto:[████]@gmail.com] **On Behalf Of** Yochi Dreazen
**Sent:** Friday, October 2, 2015 2:29 PM
**To:** James Raimo
**Cc:** Bill Burton
**Subject:** Re: FW: The Zuberi article

Hi James,

I would like to get this resolved in full as soon as possible. We will correct, without reservation, the errors in the sentences about Avenue Ventures and the number of times Mr. Zuberi visited the White House. If you send me a copy of Mr. Zuberi's birth certificate or another official document showing he was born in Karachi, I will also add a clarification to that effect. That new language, though, will note that one of Mr. Zuberi's Facebook pages says he is from Albany, one says that he is from New York, and that he explicitly told Bill he was from Albany during their in-person conversations. In terms of the Syrian National Coalition, I will quote from their letter denying Mr. Zuberi's current or former involvement. Here, too, I will note that Mr. Zuberi had ex_licitl_ told Bill the o__osite_re-_ublication.

The bottom line is that we are dee_l_ troubled that Bill -- actin_ in _ood faith -- agreed to Mr. Zuberi's insistence that both interviews be both off-the-record and unrecorded, only to have Mr. Zuberi now say the exact opposite of what he said then. The fact that he is using elements of those conversations to challenge the article removes us from any obligation to keep those comments off-the-record. We will therefore cite those conversations in the clarifications on his place of origin -- provided, of course, that there is a birth certificate to that effect -- and his involvement with the Syrian opposition.

When those changes are made, we will consider this matter closed and expect no further requests for clarifications or corrections. Please confirm that you see it the same way.

On Fri, Oct 2, 2015 at 3:47 PM, James Raimo <[████]@skdknick.com> wrote:

Yochi – thank you for correcting the points below, it is much appreciated.

However, we disagree on point regarding the National Coalition of Syrian Revolution and Opposition Forces. Your correction is confusing and misleading. I don't know what could be stronger proof that he never served on the executive committee than the group saying that he never served on the executive committee. And further, Bill's interview with Mr. Zuberi was off the record.

and not recorded, so we are left with conflicting memories of the conversation. We understand that you want to stand behind Bill's reporting, but it is fact that he never served on the committee. Please correct the record to reflect this.

James

**From:** ███████@gmail.com [mailto:███████@gmail.com] **On Behalf Of Yochi Dreazen**
**Sent:** Thursday, October 1, 2015 2:57 PM
**To:** James Raimo
**Cc:** Bill Burton
Subject: Re: FW: The Zuberi article

Hi James,

Sorry for the delayed response. Foreign Policy places the highest-premium possible on ensuring the accuracy and fairness of everything we publish. We act in good faith with both sources and subjects, and we correct mistakes as soon as we can identify and verify them. In this case, we agree that several sentences of the story contain errors that need to be corrected, and we will be doing so today. Each of your points is addressed below.

· "Zuberi, who billed the government on May 5, 2014, for his services and received his first payment of $3.5 million from Sri Lanka on May 9, 2014, didn't register as a consultant until Aug. 14 of that year, well beyond the 10-day deadline."

> o Non-FARA-reportable business consulting services were at the core of Mr. Zuberi's relationship to the Government of Sri Lanka, and those activities did not require him to register as an individual agent under FARA when he first began work because they were private and nonpolitical activities conducted in furtherance of the bona fide trade or commerce of the Government. Because his activities were only business consulting and did not call for lobbying by Mr. Zuberi, and because he himself did not conduct or plan to conduct any lobbying or public relations work for the Government, he did not register as an agent under FARA at that time. He has since registered twice now, and he has discussed all of these issues with relevant offices.

**FP response:**

We stand behind the language on FARA in full, and Mr. Zuberi's own belated filing with the Justice Department, received on September 9, 2015, detailed money he received from the government of Sri Lanka and paid to various lobbying firms. This filing definitively bears out our reporting. In the revised filing, Mr. Zuberi disclosed that he "provided funding to Beltway Government Strategies (FARA Reg. No. 6225) for public affairs consulting purposes for the benefit of the Government of Sri Lanka," and that he made payments to both Beltway Government Strategies and Nelson Mullins Riley & Scarborough LLP that totaled $581,500 well before his first registration under FARA, on August 14, 2014, which did not disclose either the payments he received or the payments he made on behalf of Sri Lanka.

In his amended filings on Sept. 15, 2015, he also disclosed as his own the contract WR Group had with the Sri Lankan government. WR Group also filed disclosures with the Justice Department the same day, its first disclosures under FARA.

The Foreign Agents Registration Act states that a foreign agent is "any person who acts as an agent, representative, employee, or servant, or any person who acts in any other capacity at the order, request, or under the direction or control, of a foreign principal," — even as a business consultant, Mr. Zuberi was acting at the very least at the request of Sri Lanka, as was WR Group, even if its core business was consulting — "who directly **or through any other person** -- engages within the United States in political activities for or in the interests of such foreign principal." Clearly, Mr. Zuberi acted as a foreign agent under the definition of the law, as his revised filing, submitted on September 9, 2015, prompted by the publication of our article, definitively shows. This disclosure was made 16 months after he received his first payment, and not within the ten day window the law specifies ("…every person who becomes an agent of a foreign principal shall, within ten days thereafter, file with the Attorney General, in duplicate, a

· "Zuberi was born in Albany, New York; his father was Pakistani, and his mother is Indian."

∀ This is inaccurate. Mr. Zuberi was born in Karachi, Pakistan.

**FP response:**
-- There is a great deal of contradictory information in Mr. Zuberi's various online and social media postings, ranging from where he was born (one posting says New York City, another Albany, N.Y.) to where he went to high school (there are two different Albany High Schools) to the dates that he worked at various companies or even the order in which he worked at various companies. One of the things Bill wanted to do when they talked was to clear up the discrepancies. Bill asked him about several. For example, his linkedin bio says "At Avenue, Imaad has closed over $15 billion in transactions" while a DNC bio said that he'd closed $15 billion in transactions over the course of his career. Bill asked him about this and he said the $15 billion figure covers his whole career, which is what we said in the story. Bill also brought up the conflicting Facebook posts and asked where he was born, and Mr. Zuberi said Albany. If Mr. Zuberi can send us a copy of his birth certificate or another official document showing he was in fact born in Pakistan, we will correct that sentence.

· "Most of Zuberi's investing is done abroad, including a $700 million investment in a luxury resort in Bahrain."

∀ This is inaccurate. Mr. Zuberi invested $35 million in the project.

**FP response:**
You are correct that the language about Avenue Investments is imprecise. We will add a correction making clear that the $700 million investment came from Avenue, not Mr. Zuberi individually.

· "Since the 2012 election, Zuberi has visited the White House 13 times at both large receptions and meetings in small groups" and "Zuberi has had contacts in Turkey for some time; he accompanied members of Musiad, a Turkish business association close to President Recep Tayyip Erdogan, to a meeting with the director of the White House Business Council in 2014."

∀ Mr. Zuberi has only visited the White House four times and always for large parties. Specifically, when your reporter alleges he met with the White House Business Council on April 10, 2014, Mr. Zuberi was in Dubai, which you can see in the attached documentation. If this visit was recorded inaccurately, it shows the others may be in error as well.

**FP response:**
You are correct about the numbers, which are misstated in the story and will be corrected. We will also correct the line about the Business Council to note that Mr. Zuberi was invited but did not attend.

· "He serves on the executive committee of the National Coalition of Syrian Revolution and Opposition Forces; in April 2013, Avenue Ventures planned to set up a fund to aid in the reconstruction of Syria once the regime of Bashar al-Assad had fallen."

∀ The Time piece is inaccurate, and the misinformation was repeated in FP. The Syrian Opposition group has attested to this fact in the attached documentation.

**FP response**
This again stems from the off-the-record conversation. Bill asked Mr. Zuberi about whether he was still on the group's board, and Mr. Zuberi said yes. Bill also asked him about Avenue Ventures raising money for a post-Assad reconstruction fund, which Mr. Zuberi said had not been a success. Mr. Zuberi said he had gotten involved with the Syrian opposition through his lawyer, Bassel Korkor. We will add a sentence quoting from the opposition group's letter but noting that Mr. Zuberi, in the interview, had said he was still involved.

We act in good faith with sources and subjects, and will be correcting those errors. Having said that, Bill met with Mr. Zuberi for seven hours over the course of two days and went over everything that Mr. Zuberi could expect from this

SKD00000071

story. We did this with the intent of being fully transparent and fully accurate, and Bill repeatedly asked that the conversation be on the record or on background. With that request was denied, Bill asked that it be recorded to ensure accuracy in the story and protect Mr. Zuberi as well as our journalistic interests. Mr. Zuberi flatly refused. Only then did we agree to talk to him off the record, and unrecorded, to ensure his side of the story was accurately told. Mr. Zuberi is now saying the exact opposite of what he told Bill on several key points, which directly led to several of the sentences he is now disputing.

We want to reiterate that Bill Allison has decades of investigative journalism experience in mainstream media; was editorial director of the Sunlight Foundation; and, most importantly, had no axe to grind in Mr. Zuberi's case and simply followed where the documents led him. We stand behind the core of this article and the overwhelming majority of the facts presented in it. I will email you again when the correction has been appended to the story.

Best,

Yochi

On Wed, Sep 30, 2015 at 1:53 PM, Yochi Dreazen <███████@gmail.com> wrote:
Hi James,
We'll be back to you in detail tomorrow.
Best,
Y

_____

Yochi Dreazen
Managing Editor, News
Foreign Policy
O: (202) 728-7328
M: (202) 549-8358
Twitter: @███████
Author of "The Invisible Front," on sale now
www.yochidreazen.com

On Wed, Sep 30, 2015 at 9:50 AM -0700, "James Raimo" <███████@skdknick.com> wrote:

Yochi – following up on this. Please let me know if you all plan to address the inaccuracies listed below.
Thank you,
James

From: James Raimo
Sent: Tuesday, September 22, 2015 9:58 AM
To: ███████foreignpolicy.com'
Cc: Bill Burton
Subject: RE: The Zuberi article

Yochi-

We've gone through the piece in great detail and have found that the article about Mr. Zuberi still includes numerous errors and mistakes that we would appreciate if you please corrected. Mr. Zuberi deserves to have information about him presented accurately, and your readers certainly do as well. I have included the biggest issues, along with attached documentation. Thank you for your consideration here.

∀ "Zuberi, who billed the government on May 5, 2014, for his services and received his first payment of $3.5 million from Sri Lanka on May 9, 2014, didn't register as a consultant until Aug. 14 of that year, well beyond the 10-day deadline."

○ Non-FARA-reportable business consulting services were at the core of Mr. Zuberi's relationship to the Government of Sri Lanka, and those activities did not require him to register as an individual agent under FARA when he first began work because they were private and nonpolitical activities conducted in furtherance of the bona fide trade or commerce of the Government. Because his activities were only business consulting and did not call for lobbying by Mr. Zuberi, and because he himself did not conduct or plan to conduct any lobbying or public relations work for the Government, he did not

register as an agent under FARA at that time. He has since registered twice now, and he has discussed all of these issues with relevant officers.

∀ "Zuberi was born in Albany, New York; his father was Pakistani, and his mother is Indian."

   o This is inaccurate. Mr. Zuberi was born in Karachi, Pakistan.

∀ "Most of Zuberi's investing is done abroad, including a $700 million investment in a luxury resort in Bahrain."

   o This is inaccurate. Mr. Zuberi invested $35 million in the project.

∀ "Since the 2012 election, Zuberi has visited the White House 13 times at both large receptions and meetings in small groups" and "Zuberi has had contacts in Turkey for some time; he accompanied members of Musiad, a Turkish business association close to President Recep Tayyip Erdogan, to a meeting with the director of the White House Business Council in 2014."

   o Mr. Zuberi has only visited the White House four times and always for large parties. Specifically, when your reporter alleges he met with the White House Business Council on April 10, 2014, Mr. Zuberi was in Dubai, which you can see in the attached documentation. If this visit was recorded inaccurately, it shows the others may be in error as well.

∀ "He serves on the executive committee of the National Coalition of Syrian Revolution and Opposition Forces; in April 2013, Avenue Ventures planned to set up a fund to aid in the reconstruction of Syria once the regime of Bashar al-Assad had fallen."

   o The Time piece is inaccurate, and the misinformation was repeated in FP. The Syrian Opposition group has attested to this fact in the attached documentation.

Lastly, I'm also attaching a letter that was sent to FP from Mr. Waqar Khan, which shows that Mr. Allison presented information that just was not true.
Your immediate attention here is very much appreciated.
James

**From:** ▮▮▮▮▮@gmail.com [mailto:▮▮▮▮▮@gmail.com] **On Behalf Of** Yochi Dreazen
**Sent:** Friday, September 4, 2015 11:28 AM
**To:** James Raimo
**Subject:** The Zuberi article
Hi James,
I wanted to get back to you in some detail about the allegations of factual inaccuracies in our story, which we stand behind in full. Each of the items from your note is addressed below.
Place of birth: We relied on Mr. Zuberi for this information. His social media postings listed both Albany, New York and New York City as either his hometown or his place of birth. (screen shots included as Attachment_1 and Attachment_2) He told us he was originally from Albany, his mother was from India and his father from Pakistan, and that he moved to California when he was young and considered himself a "California boy."
Campaign contributions: We relied on raw Federal Election Commission numbers for Mr. Zuberi's individual donations, but both the Center for Responsive Politics and the Sunlight Foundation have arrived at the same totals we did. For bundling totals, we relied on data from the Democratic National Committee. (Spreadsheet included as Attachment_3; Mr. Zuberi's contributions are on the first sheet while the bundling data is on the second sheet)
Mr. Zuberi was listed as an executive committee member of the Syrian National Coalition; Time magazine and other outlets reported it, and we asked Mr. Zuberi if it the affiliation was ongoing, which he confirmed.
South Asia majority donor base: We never use the terms "South Asia" or "majority donor base," but rather say that his fundraising began among the Pakistani-American community in Los Angeles, something that multiple sources told us.
U.S. embassy in Sri Lanka: On April 1, 2014, Mr. Zuberi posted on one of his Facebook pages that he was having a meeting at the U.S. embassy in Colombo, Sri Lanka. We asked him what the purpose of the meeting was. Though he did not answer that question, he acknowledged the meeting. screen shot included as Attachment_4.
Most investments in the U.S.: We think it is clear from context that we are not describing Mr. Zuberi's personal investments, but rather those of Avenue Ventures.
SEC registration: It is an accurate and factual statement that neither Mr. Zuberi nor his firm has registered as an investment advisor with the SEC. His linkedin page says of Avenue Ventures that it is "a boutique private equity and venture capital firm which also

specializes in advisory (privatization, international joint-venture, cross-border transaction and valuation). Avenue clients include start-up companies to Fortune 500 entities to sovereign wealth funds.
Lavish dinners: We never say nor do we suggest that Mr. Zuberi was present at the dinner we described. Instead we say that Sajin de Vass Gunawardena hosted the dinner.
Thanks and best,
Y


--
Yochi Dreazen
Managing Editor, News

Author of "The Invisible Front," available now
www.yochidreazen.com


--
Yochi Dreazen
Managing Editor, News

Author of "The Invisible Front," available now
www.yochidreazen.com


--
Yochi Dreazen
Managing Editor, News

Twitter: @
Author of "The Invisible Front," available now
www.yochidreazen.com

--
Yochi Dreazen
Managing Editor, News

Twitter: @
Author of "The Invisible Front," available now
www.yochidreazen.com