# EXHIBIT 6D

To: Bill Burton[▮▮@skdknick.com]
Cc: Shira Fine[▮▮@skdknick.com]
From: Aonya McCruiston
Sent: Mon 12/14/2015 9:59:27 PM (UTC)
Subject: One Pagers for Imaad

Imaad Zuberi One Pager 1_sf edits.doc

Case 2:19-cr-00642-VAP Document 270-14 *SEALED* Filed 02/10/21 Page 2 of 4 Page ID #:5125

Hi Bill,

Here are the reviewed versions of the one pagers. Shira is concerned about the ▮▮▮▮ one pager. Her inclination is to scrap the one pager format and use the information as off the record talking points because we can't confirm what we've heard.

I also have some questions for Imaad to flush out the bio:
- Do you have an official headshot?
- How long did you serve in the Army and in what division?
- Do you have any other Army details you'd like to add?
- Where were you born?
- Should we add how long you have been a CA resident?
- Do you want to include your parents' background?
- Are there any key details we may have missed?

Aonya

Aonya McCruiston | Senior Associate | C: ▮▮▮▮
WASHINGTON • NEW YORK • LOS ANGELES • ALBANY



SKD Knickerbocker
2015 PUBLIC AFFAIRS AGENCY OF THE YEAR HOLMES REPORT



# IMAAD ZUBERI

### BUSINESS HISTORY

Imaad Zuberi is a Partner at Avenue Ventures, a venture capital and private equity firm that specializes in investment in early stage companies and emerging markets. He serves an advisor to multinational companies seeking international expansion and growth strategy. He is also on the board of directors for several start-up companies. Recently, Zuberi supported efforts to improve funding opportunities for female entrepreneurs and gender-diverse companies.

An expert in international business, Zuberi regularly advises government entities and senior government officials on economic affairs, commerce and international trade.

Prior to joining Avenue Ventures, Zuberi led AEGON Group's insurance and investments activities in Asia, particularly China, India and the Middle East. He's also worked for Transamerica Insurance and Investments and Irvine Ventures LLC.

### POLITICAL HISTORY

A noted Democratic donor, Zuberi serves as a member of the Hillary for America National Finance Committee, the Board of Advisors for the Latino Victory Project, the Board of Directors for Organizing for Action and the Board of Trustees for the Democratic Senatorial Campaign Committee. During the 2008 campaign, he was a co-chair of the National Finance Committee for Obama for America.

### ADDITIONAL BACKGROUND

Zuberi is a proud veteran who served in the US Army. He has a B.S. from University of Southern California in Finance and Business Economics and an M.B.A. from Stanford University.

Deeply committed to helping underserved children and families, Zuberi sponsors after-school programs as well as training to help former gang members re-enter the workforce.