Case 1:19-cr-00366-WAP Document 270-15 Filed 02/10/21 Page 1 of 3 PageID #:5128

# EXHIBIT 6E

**To:** Dustin Lawrence[██████]@skdknick.com]
**From:** Bill Burton
**Sent:** Sun 8/14/2016 9:47:41 PM (UTC)
**Subject:** FW: Bio Imaad Zuberi
Bio imaad zuberi 2016-08-10.pdf

For discussion.

**From:** imaad zuberi [mailto:[██████]@mindspring.com]
**Sent:** Sunday, August 14, 2016 3:34 AM
**To:** Bill Burton <[██████]@skdknick.com>
**Subject:** FW: Bio Imaad Zuberi


**From:** Renee Wu
**Sent:** Sunday, August 14, 2016 12:33 AM
**To:** imaad zuberi
**Subject:** Bio Imaad Zuberi

SKD00000403





**Imaad Zuberi**

Imaad Zuberi is Vice Chairman at Avenue Ventures Group – a venture capital and private equity firm which also specializes in advisory (privatization, international joint-venture, cross-border transaction and valuation). Avenue clients include start-up companies to Fortune 1000 entities to sovereign wealth funds.
At Avenue, Imaad has closed over $55 billion in transactions.
Prior to co-founding Avenue, Imaad was Vice President of Strategy and Market/Corporate Development at AEGON N.V. (one of the world's largest financial services firms with over $500 billion of assets under management (AuMs)). He led AEGON Group's insurance and investments activities in Asia, especially in China, India and Middle East. Imaad was Executive Director of AEGON-Industrial Fund Management Company based in Shanghai China with asset under management (AuMs of RMB 35 billion) $5.5 billion.
Previously Imaad was Vice President of Market and Business Development at AEGON-Transamerica Insurance & Investments Group responsible for Asia (Japan, Hong Kong, Singapore and Dubai operations).
Prior to that, Imaad was Vice President and General Manager of Transamerica Insurance and Investments Group, responsible for Gulf Cooperation Countries (GCC) operations based in Dubai.
Before that, Imaad was with Irvine Ventures LLC (GS) where he was responsible for strategic alliances, valuations, revenue share agreements, trade sales, due diligences and corporate governance of portfolio companies. While at Irvine, Imaad and his partners created a financial portal for European markets that was sold to a top insurer in Europe.
Imaad has BSc and MBA from University of Southern California and Stanford majoring in Finance and Business Economics.
Imaad is on the boards of directors at various start-ups companies including CircleCredit, DebtDog, Pro Medical, EggFinancial and etc. He is advisor to various multinational companies on international expansion and growth strategies. Imaad is advisor to various government entities and senior government officials on economic affairs, commerce and international trade. He is advisor to various law enforcement agencies. Imaad is politically active. He was Co-Chair of National Finance Committee (NFC) Obama-Biden for America; he is a member of Board of Directors at Obama - Organizing for Action (OFA). Imaad is a member of Hillary for America National Finance Committee. He is on the Board of Director of Latino Victory Project. Imaad is Trustee of Democratic Senatorial Campaign Committee (DSCC), He is advisor to the Chinese Government on economic affairs including Institute of Finance and Banking (Chinese Academy of Social Sciences CASS); Imaad is actively involved in several philanthropies relating to underprivileged children in the USA and Asia. Imaad actively donates to various programs to get former gang members into productive workforce. Imaad sponsors after school programs for underprivileged and minority children.
Imaad is Honorable Discharge from United States Army.
Imaad is co-chair of super PAC - Free & Fair Trade USA (seeking equitable trade practices).
Imaad speaks several languages including Indian/Pakistani (Hindi/Urdu), Chinese (Mandarin) and etc.
He is currently the acting Senior Executive Vice President of Strategy and Business Development of Manhattan Street Capital – an online funding start-up company based in California.
Imaad is helping American companies set up beachhead in Asia especially in China, India, Middle East and North Africa. Imaad is currently helping US backed Syrian opposition groups. He is co-chair of Syrian Economic Development Committee and Syrian Horizons, whose aim is to help rebuild Syria and help poor displaced Syrians.
end