# EXHIBIT 7

Case 2:19-cr-00064-JAW Document 367-7 *SEALED* Filed 11/13/20 Page 1 of 4 PageID #:5131
Case 2:19-cr-00064-JAW Document 270-176 Filed 02/10/21 Page 2 of 4 PageID #:6423

| | |
|---|---|
| **To:** | Shira Fine [ ] |
| **Cc:** | imaad zuberi [ @mindspring.com]; Steve Smythe [ @gmail.com]; Bill Burton [ @skdknick.com]; James Raimo [ @skdknick.com] |
| **From:** | Amber Cordero |
| **Sent:** | Tue 10/13/2015 12:19:55 AM (UTC) |
| **Subject:** | Re: Al Areen press release |

FINAL Release Al Areen Palace 2015-10-10.docx

Hi Shira,

Attached is the final going out at 6am EST tomorrow. Then Steve will start the blogger outreach process.

Attached is the most recent as I revised the subheadline from the earlier version. And as you can see, very "Imaad Zuberi" keyword heavy as it's really meant for SEO.

Thanks!
Amber

On Mon, Oct 12, 2015 at 4:45 PM, Shira Fine <​ ​@skdknick.com> wrote:

> Can you please let us know when this is distributed? We will then blast it to our list.
>
> **From:** Shira Fine
> **Sent:** Monday, October 12, 2015 9:43 AM
> **To:** 'Amber Cordero' <​ ​@gmail.com>; imaad zuberi <​ ​@mindspring.com>
> **Cc:** Steve Smythe <​ ​@gmail.com>; Bill Burton <​ ​@skdknick.com>; James Raimo <​ ​@skdknick.com>
> **Subject:** RE: Al Areen press release
>
> I think sending it out on two wires is probably duplicative, but we can send it to a business press list. It will be mostly US-based reporters, but we'll pull what we can for local press as well.
>
> **From:** Amber Cordero [mailto: @gmail.com]
> **Sent:** Monday, October 12, 2015 9:20 AM
> **To:** imaad zuberi <​ ​@mindspring.com>
> **Cc:** Steve Smythe <​ ​@gmail.com>; Bill Burton <​ ​@skdknick.com>; Shira Fine <​ ​@skdknick.com>; James Raimo <​ ​@skdknick.com>
> **Subject:** Re: Al Areen press release
>
> Hi Imaad,
>
> Thank you! I'll get this going for a tomorrow release. The press release is released across the Associated Press via PRWeb and to our team of bloggers for as much placement as possible for search results.
>
> If you specifically want local and/or an international press, then yes, that is a task for SKDK to reach out to specific media outlets and execute on BusinessWire.
>
> Amber
>
> On Sat, Oct 10, 2015 at 11:57 PM, imaad zuberi <​ ​@mindspring.com> wrote:
>
>> I made minor edits. Please use this version. Where will you release this to? Which news wire? If you don't release to BusinessWire then SKDKnick could? When this is released local partner will have it picked up by local media
>>
>> Thanks
>>
>> imaad

## Al Areen Palace & Spa Continues Expansion with Esam Janahi and Imaad Zuberi

**Subheadline:**   The Al Areen Palace & Spa is the first 5-star in-villa style luxury resort in the Kingdom of Bahrain in partnership with Avenue Ventures, led by Esam Janahi and Imaad Zuberi.

*For Immediate Release* - The luxurious Al Areen Palace & Spa resort, located in the Kingdom of Bahrain, will continue to enhance its resort amenities and expand The Lost Paradise of Dilmun Water Park in partnership with Avenue Ventures, led by Esam Janahi and Imaad Zuberi of Avenue Ventures.

The expansion plan includes several attractive and exciting features for both the resort and the waterpark. These new developments will allow both destinations to continue to offer world-class facilities for guests and tourists. The Al Areen Palace & Spa (http://www.alareenpalace.com/) will continue to increase its wellness center services by offering a wide variety of holistic treatments and expansion of the facilities. Additional resort features to be built include the creation of Bahrain's longest Cascading Pool with mini slides, a kid's pool and a prominent alfresco dining and bar along the pool. The Lost Paradise of Dilmun Water Park will expand by adding new water attractions including rides, slides, restaurants and various other infrastructure improvements to the waterpark.

"Bahrain is a great country to invest in and properties such as the Al Areen Palace & Spa and The Lost Paradise of Dilmun Water Park because of its good investment climate for foreign investors," says American partner, Imaad Zuberi. "Bahrain is the only country in the Middle East with a free trade agreement with the United States."

The opulent desert resort spanning over 32 acres, features 78 luxuriously appointed pool villas that impressively showcase Arabian charm with stylish contemporary flair. This enchanting 5-star resort is the first resort in-villa style hotel in the Kingdom of Bahrain. The spa is the largest spa in the Middle East boasting world-class technological and rejuvenation features.

The Lost Paradise of Dilmun (http://www.lpodwaterpark.com/) is Bahrain's biggest water park with over twenty exciting rides, pools and slides catering to all age groups and demographics, especially families. The park's expansion will allow it to continue to offer world-renowned entertainment attractions. The addition of a new multi-level parking building will better accommodate its growing number of guests.

"Al Areen Palace & Spa and Lost Paradise of Dilmun Water Park have been achieving healthy double digit "Revenue Generating Index" increases in the last 2 years," says American investor Imaad Zuberi, "impacting positively, the local tourism sector, with several luxury properties having recently opened in Manama. Al Areen Palace & Spa has the highest RevPAR in Bahrain."

The majority of the resort guests and water-park visitors are coming from the local market (20%), from the Kingdom of Saudi Arabia (45%) and from Kuwait (30%), mostly during public holidays.

Al Khobar, the largest Saudi border city, is only one hour away from Al Areen Palace & Spa and The Lost Paradise of Dilmun Water Park. Al Khobar is the base for petrochemicals manufacturers, Saudi Aramco and Sabic. Both companies are ranked among the world's largest with a global workforce of 100,000 talented and high-income individuals.

SKD00000051

Under Esam Janahi of the holding company, the Chairman of the project company, Mr. Rashad Janahi, is personally and actively involved in all the recent developments and renovation plans, such as the new Al Areen road, the sustainability program, the "Go Green" campaign and water recycling plant, as well as all future projects in line with the mission of the Tourism Ministry to develop an innovative, competitive, and sustainable tourism industry, meeting visitor expectations, respecting community values, enriching cultural heritage and supporting business needs while contributing effectively to the socio-economic development of the Kingdom of Bahrain.

**About Al Areen Palace & Spa**
Click here to learn more: http://www.alareenpalace.com/

**About The Lost Paradise of Dilmun Water Park**
Click here to learn more: http://www.lpodwaterpark.com/

###

**CONTACT INFO:**

**Pierre Vasseur**
General Manager
Al Areen Palace & Spa, Kingdom of Bahrain
& The Lost Paradise of Dilmun Water Park

T: 973.17845020 | F: 973.17845001 | M: 973.36200444
P.O. Box 75055 Manama, Kingdom of Bahrain

SKD00000052