# EXHIBIT 2

NAME ADDRESS IS BLANK

acct #
currency USD

| Bank | Account | Post Date | Description | Add'l Info from Wires | Debit | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| Barclay | | 2/28/11 | Interest | | | 0.20 | 13,482.89 | |
| Barclay | | 3/31/11 | Interest | | | 0.23 | 13,483.12 | |
| Barclay | | 4/30/11 | Interest | | | 0.22 | 13,483.34 | |
| Barclay | | 5/5/11 | Inward Transfer | wire in from: NIB BANK LIMITED - | | 29,964.00 | 43,447.34 | |
| Barclay | | 5/31/11 | Interest | | | 0.23 | 43,447.57 | |
| Barclay | | 6/30/11 | Interest | | | 0.72 | 43,448.29 | |
| Barclay | | 7/31/11 | Interest | | | 0.74 | 43,449.03 | |
| Barclay | | 8/23/11 | Inward Transfer | wire in from: | | 193,405.33 | 236,854.36 | |
| Barclay | | 8/31/11 | Interest | | | 0.74 | 236,855.10 | |
| Barclay | | 9/15/11 | Outward Transfer | wire out to: - NATIONAL BANK OF ABU DHABI - | (200,020.52) | | 36,834.58 | |
| Barclay | | 9/30/11 | Interest | | | 0.61 | 36,835.19 | |
| Barclay | | 10/6/11 | Outward Transfer | wire out to: - ALLIED BANK LIMITED - | (5,020.52) | | 31,814.67 | |
| Barclay | | 10/31/11 | Interest | | | 0.54 | 31,815.21 | |
| Barclay | | 11/24/11 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (30,020.52) | | 1,794.69 | [value date 11/23/2011] |
| Barclay | | 11/30/11 | Interest | | | 0.02 | 1,794.71 | |
| Barclay | | 12/31/11 | Interest | | | 0.03 | 1,794.74 | |
| Barclay | | 1/31/12 | Interest | | | 0.03 | 1,794.77 | |
| Barclay | | 2/29/12 | Interest | | | 0.02 | 1,794.79 | |
| Barclay | | 3/31/12 | Interest | | | 0.03 | 1,794.82 | |
| Barclay | | 4/25/12 | Inward Transfer | wire in from: - KUWAIT INTERNATIONAL BANK - | | 39,984.00 | 41,778.82 | |
| Barclay | | 4/30/12 | Interest | | | 0.02 | 41,778.84 | |
| Barclay | | 5/10/12 | Inward Transfer | wire in from: - GULF BANK KSC - | | 136,572.00 | 178,350.84 | |
| Barclay | | 5/10/12 | Outward Transfer | wire out to: IMAAD SHAH ZUBERI - USC FCU LA - | (177,020.52) | | 1,330.32 | |
| Barclay | | 5/31/12 | Interest | | | 0.02 | 1,330.34 | |
| Barclay | | 6/12/12 | Inward Transfer | wire in from: - GULF BANK KSC - | | 71,572.00 | 72,902.34 | |
| Barclay | | 6/18/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (72,000.00) | | 902.34 | |
| Barclay | | 6/30/12 | Interest | | | 0.01 | 902.35 | |
| Barclay | | 7/2/12 | Inward Transfer | wire in from: - GULF BANK KSC - | | 21,036.29 | 21,938.64 | |
| Barclay | | 7/31/12 | Interest | | | 0.01 | 21,938.65 | |
| Barclay | | 8/14/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (20,020.52) | | 1,918.13 | |
| Barclay | | 8/31/12 | Interest | | | 0.03 | 1,918.16 | |
| Barclay | | 9/8/12 | Inward Transfer | wire in from: NBAD PRIVATE BANK SUISSE - | | 45,000.00 | 46,918.16 | [value date 9/10/12] |
| Barclay | | 9/26/12 | Inward Transfer | wire in from: - KUWAIT INTERNATIONAL BANK - | | 89,984.00 | 136,902.16 | |
| Barclay | | 9/27/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,520.52) | | 96,381.64 | |

Case 2:19-cr-00642-VAP  Document 94-2 *SEALED*  Filed 03/24/20  Page 2 of 6  Page ID #:927

NAME ADDRESS IS BLANK

acct #: [redacted]
currency USD

| Bank | | Date | Type | Description | | Amount | Balance | Note |
|---|---|---|---|---|---|---|---|---|
| Barclay | | 9/27/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 55,881.64 | |
| Barclay | | 9/27/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 15,361.12 | |
| Barclay | | 9/30/12 | Interest | | | 0.03 | 15,361.15 | |
| Barclay | | 10/2/12 | Inward Transfer | wire in from: [redacted] - KUWAIT INTERNATIONAL BANK - [redacted] | 179,984.00 | | 195,345.15 | |
| Barclay | | 10/2/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 154,824.63 | |
| Barclay | | 10/2/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 114,304.11 | |
| Barclay | | 10/3/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 73,783.59 | |
| Barclay | | 10/3/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 33,263.07 | |
| Barclay | | 10/6/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (20,020.52) | 13,242.55 | |
| Barclay | | 10/20/12 | Inward Transfer | wire in from: [redacted] - NBAD PRIVATE BANK SUISSE - [redacted] | 32,069.00 | | 45,311.55 | [value date 10/22/2012] |
| Barclay | | 10/20/12 | Inward Transfer | wire in from: [redacted] - NBAD PRIVATE BANK SUISSE - [redacted] | 58,988.00 | | 104,299.55 | [value date 10/22/2012] |
| Barclay | | 10/20/12 | Inward Transfer | wire in from: [redacted] - NBAD PRIVATE BANK SUISSE - [redacted] | 54,988.00 | | 159,287.55 | [value date 10/22/2012] |
| Barclay | | 10/20/12 | Inward Transfer | wire in from: [redacted] - NBAD PRIVATE BANK SUISSE - [redacted] | 53,955.00 | | 213,242.55 | [value date 10/22/2012] |
| Barclay | | 10/22/12 | Inward Transfer | wire in from: [redacted] - KUWAIT INTERNATIONAL BANK - [redacted] | 99,984.00 | | 313,226.55 | |
| Barclay | | 10/31/12 | Interest | | | 0.22 | 313,226.77 | |
| Barclay | | 11/5/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 272,706.25 | |
| Barclay | | 11/5/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 232,185.73 | |
| Barclay | | 11/10/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 191,665.21 | |
| Barclay | | 11/10/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,520.52) | 151,144.69 | |
| Barclay | | 11/13/12 | Inward Transfer | wire in from: [redacted] - KUWAIT INTERNATIONAL BANK - [redacted] | 99,984.00 | | 251,128.69 | |
| Barclay | | 11/14/12 | Inward Transfer | wire in from: [redacted] - NBAD PRIVATE BANK SUISSE - [redacted] | 50,000.00 | | 301,128.69 | |
| Barclay | | 11/20/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 260,628.69 | |
| Barclay | | 11/20/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 220,128.69 | |
| Barclay | | 11/26/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 179,628.69 | |
| Barclay | | 11/26/12 | Outward Transfer | no wire - returned | | (33,959.42) | 145,669.27 | |
| Barclay | | 11/28/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 105,169.27 | |
| Barclay | | 11/28/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 64,669.27 | |
| Barclay | | 11/30/12 | Interest | | | 1.07 | 64,670.34 | |
| Barclay | | 12/3/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 24,170.34 | |
| Barclay | | 12/3/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (10,000.00) | 14,170.34 | |
| Barclay | | 12/11/12 | Inward Transfer | wire in from: [redacted] - KUWAIT INTERNATIONAL BANK - [redacted] | 499,984.00 | | 514,154.34 | |
| Barclay | | 12/12/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,500.00) | 473,654.34 | |
| Barclay | | 12/12/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,000.00) | 433,654.34 | |
| Barclay | | 12/13/12 | RTN of [redacted] | no wire - returned | 33,959.42 | | 467,613.76 | |
| Barclay | | 12/17/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - [redacted] | | (40,000.00) | 427,613.76 | |

NAME ADDRESS IS BLANK

acct # ▮
currency USD

| Bank | | Date | Type | Description | Debit | Credit | Balance | Note |
|---|---|---|---|---|---|---|---|---|
| Barclay | ▮ | 12/17/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 387,113.76 | |
| Barclay | ▮ | 12/19/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 347,113.76 | |
| Barclay | ▮ | 12/19/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 306,613.76 | |
| Barclay | ▮ | 12/22/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 266,113.76 | |
| Barclay | ▮ | 12/22/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 226,113.76 | |
| Barclay | ▮ | 12/31/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 186,113.76 | |
| Barclay | ▮ | 12/31/12 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 145,613.76 | |
| Barclay | ▮ | 12/31/12 | Interest | | | 0.24 | 145,614.00 | |
| Barclay | ▮ | 1/14/13 | Inward Transfer | wire in from: ▮ - CH▮ | | 200,000.00 | 345,614.00 | |
| Barclay | ▮ | 1/14/13 | Inward Transfer | wire in from: ▮ - KUWAIT INTERNATIONAL BANK - ▮ | | 149,984.00 | 495,598.00 | |
| Barclay | ▮ | 1/15/13 | Inward Transfer | wire in from: 1/BUKHAMSEEN ANWAR J A - ▮ | | 250,000.00 | 745,598.00 | |
| Barclay | ▮ | 1/15/13 | Reversal: Reversed: Inward Transfer | no wire - returned | (200,000.00) | | 545,598.00 | [value date 1/14/2013] |
| Barclay | ▮ | 1/15/13 | Reversal: Reversed: Inward Transfer | no wire - returned | (250,000.00) | | 295,598.00 | |
| Barclay | ▮ | 1/19/13 | Inward Transfer | no wire - returned | | 250,000.00 | 545,598.00 | [value date 1/22/2013] |
| Barclay | ▮ | 1/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 505,598.00 | |
| Barclay | ▮ | 1/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 465,098.00 | |
| Barclay | ▮ | 1/22/13 | Inward Transfer | no wire - returned | | 200,000.00 | 665,098.00 | |
| Barclay | ▮ | 1/28/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 624,598.00 | |
| Barclay | ▮ | 1/28/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 584,598.00 | |
| Barclay | ▮ | 1/31/13 | Interest | | | 3.68 | 584,601.68 | |
| Barclay | ▮ | 2/4/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 544,601.68 | |
| Barclay | ▮ | 2/4/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 504,101.68 | |
| Barclay | ▮ | 2/6/13 | Inward Transfer | wire in from: ▮ | | 279,985.00 | 784,086.68 | |
| Barclay | ▮ | 2/19/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 743,586.68 | |
| Barclay | ▮ | 2/19/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 703,586.68 | |
| Barclay | ▮ | 2/28/13 | Inward Transfer | wire in from: ▮ - KUWAIT INTERNATIONAL BANK - ▮ | | 99,984.00 | 803,570.68 | |
| Barclay | ▮ | 2/28/13 | Interest | | | 17.27 | 803,587.95 | |
| Barclay | ▮ | 3/4/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 763,587.95 | |
| Barclay | ▮ | 3/4/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 723,087.95 | |
| Barclay | ▮ | 3/7/13 | Inward Transfer | wire in from: ▮ | | 1,196,598.00 | 1,919,685.95 | |
| Barclay | ▮ | 3/11/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 1,879,185.95 | |
| Barclay | ▮ | 3/11/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 1,839,185.95 | |
| Barclay | ▮ | 3/12/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 1,799,185.95 | |
| Barclay | ▮ | 3/12/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,500.00) | | 1,758,685.95 | |
| Barclay | ▮ | 3/18/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▮ | (40,000.00) | | 1,718,685.95 | |

NAME ADDRESS IS BLANK

acct #
currency USD

| Bank | | Date | Type | Description | Debit | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| Barclay | | 3/18/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,520.52) | | 1,678,165.43 | |
| Barclay | | 3/18/13 | Chgs Rvsl for 101ORT1130760005 | | | 20.41 | 1,678,185.84 | |
| Barclay | | 3/20/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,637,685.84 | |
| Barclay | | 3/20/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,597,185.84 | |
| Barclay | | 3/21/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,556,685.84 | |
| Barclay | | 3/21/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,516,185.84 | |
| Barclay | | 3/25/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,475,685.84 | |
| Barclay | | 3/25/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,000.00) | | 1,435,685.84 | |
| Barclay | | 3/25/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,000.00) | | 1,395,685.84 | |
| Barclay | | 3/25/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,355,185.84 | |
| Barclay | | 3/31/13 | Interest | | | 28.54 | 1,355,214.38 | |
| Barclay | | 4/1/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,314,714.38 | |
| Barclay | | 4/1/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,274,214.38 | |
| Barclay | | 4/9/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,233,714.38 | |
| Barclay | | 4/9/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,193,214.38 | |
| Barclay | | 4/9/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,000.00) | | 1,153,214.38 | |
| Barclay | | 4/17/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,112,714.38 | |
| Barclay | | 4/20/13 | Inward Transfer | wire in from: - NBAD PRIVATE BANK SUISSE - | | 1,216,394.00 | 2,329,108.38 | [value date 4/22/2013] |
| Barclay | | 4/23/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 2,288,608.38 | |
| Barclay | | 4/24/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 2,248,108.38 | |
| Barclay | | 4/30/13 | Interest | | | 43.86 | 2,248,152.24 | |
| Barclay | | 5/1/13 | Inward Transfer | wire in from: KUWAIT INTERNATIONAL BANK - | | 4,984.00 | 2,253,136.24 | |
| Barclay | | 5/6/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 2,212,636.24 | |
| Barclay | | 5/6/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 2,172,136.24 | |
| Barclay | | 5/6/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 2,131,636.24 | |
| Barclay | | 5/6/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,000.00) | | 2,091,636.24 | |
| Barclay | | 5/8/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,000.00) | | 2,051,636.24 | |
| Barclay | | 5/21/13 | Outward Transfer | wire out to: PREMIUM ESCROW INC - CITZ BUS BK ONT - | (853,020.52) | | 1,198,615.72 | |
| Barclay | | 5/28/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,158,115.72 | |
| Barclay | | 5/28/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,117,615.72 | |
| Barclay | | 5/28/13 | Funds Transfer Dr Cr 128661 | | (200,000.00) | | 917,615.72 | transfer from USD barclay to AED barclay |
| Barclay | | 5/30/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 877,115.72 | |
| Barclay | | 5/31/13 | Interest | | | 35.18 | 877,150.90 | |
| Barclay | | 6/3/13 | Inward Transfer | wire in from: - | | 232,389.00 | 1,109,539.90 | |
| Barclay | | 6/13/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,069,039.90 | |
| Barclay | | 6/13/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 1,028,539.90 | |
| Barclay | | 6/18/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 988,039.90 | |
| Barclay | | 6/18/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 947,539.90 | |
| Barclay | | 6/19/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - | (40,500.00) | | 907,039.90 | |

NAME ADDRESS IS BLANK

acct # ▉
currency USD

| Bank | | Date | Type | Description | | Debit | Credit | Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Barclay | ▉ | 6/19/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 866,539.90 | |
| Barclay | ▉ | 6/20/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 826,039.90 | |
| Barclay | ▉ | 6/20/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 785,539.90 | |
| Barclay | ▉ | 6/26/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 745,039.90 | |
| Barclay | ▉ | 6/26/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 704,539.90 | |
| Barclay | ▉ | 6/27/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 664,039.90 | |
| Barclay | ▉ | 6/27/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 623,539.90 | |
| Barclay | ▉ | 6/30/13 | Interest | | | | 23.48 | 623,563.38 | |
| Barclay | ▉ | 7/1/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,000.00) | | 583,563.38 | |
| Barclay | ▉ | 7/1/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 543,063.38 | |
| Barclay | ▉ | 7/8/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 502,563.38 | |
| Barclay | ▉ | 7/8/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,000.00) | | 462,563.38 | |
| Barclay | ▉ | 7/15/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 422,063.38 | |
| Barclay | ▉ | 7/15/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 381,563.38 | |
| Barclay | ▉ | 7/17/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 341,063.38 | |
| Barclay | ▉ | 7/17/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 300,563.38 | |
| Barclay | ▉ | 7/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 260,063.38 | |
| Barclay | ▉ | 7/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 219,563.38 | |
| Barclay | ▉ | 7/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 179,063.38 | |
| Barclay | ▉ | 7/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 138,563.38 | |
| Barclay | ▉ | 7/23/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 98,083.38 | |
| Barclay | ▉ | 7/23/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 57,563.38 | |
| Barclay | ▉ | 7/29/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 17,063.38 | |
| Barclay | ▉ | 7/31/13 | Interest | | | | 0.29 | 17,063.67 | |
| Barclay | ▉ | 8/22/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (10,000.00) | | 7,063.67 | |
| Barclay | ▉ | 8/31/13 | Interest | | | | 0.12 | 7,063.79 | |
| Barclay | ▉ | 9/30/13 | Funds trf frm 128661 to | | | | 136,054.42 | 143,118.21 | transfer from AED barclay to USD barclay ▉ 100 |
| Barclay | ▉ | 9/30/13 | Interest | | | | 0.11 | 143,118.32 | |
| Barclay | ▉ | 10/1/13 | Inward Transfer | wire in from: ▉ - MIDDLE EAST BANK LIMITED - ▉ | | | 277,858.53 | 420,976.85 | |
| Barclay | ▉ | 10/2/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 380,476.85 | |
| Barclay | ▉ | 10/2/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 339,976.85 | |
| Barclay | ▉ | 10/5/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 299,476.85 | |
| Barclay | ▉ | 10/5/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 258,976.85 | |
| Barclay | ▉ | 10/10/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 218,476.85 | |
| Barclay | ▉ | 10/10/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 177,976.85 | |
| Barclay | ▉ | 10/21/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 137,476.85 | |
| Barclay | ▉ | 10/21/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 96,976.85 | |
| Barclay | ▉ | 10/23/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 56,476.85 | |
| Barclay | ▉ | 10/23/13 | Outward Transfer | wire out to: IMAAD ZUBERI - USC FCU LA - ▉ | | (40,500.00) | | 15,976.85 | |
| Barclay | ▉ | 10/31/13 | Interest | | | | 0.27 | 15,977.12 | |
| Barclay | ▉ | 11/7/13 | Outward Transfer | | | (15,977.12) | | - | bank check to zuberi |