EXHIBIT 4

Mr. IMAAD SHAH ZUBERI
PO Box:xx██████
El Monte, CA 91733 United States
█@mindstring.com

acct ██████
currency AED

| Bank | Account | Post Date | Description | Debit AED | Credit AED | Balance AED | Conversion Rate | Debit USD | Credit USD | Balance USD | Notes |
|------|---------|-----------|-------------|-----------|------------|-------------|-----------------|-----------|------------|-------------|-------|
| Emirates | ██████ | 12/12/13 | clrg chq deposit chq. No: 679568 hsbc bur dubai | | 1,800,000.00 د.إ | 1,800,000.00 د.إ | 0.2722570257 | $ - | $ 490,062.65 | $ 490,062.65 | Source Arun Rangachari |
| Emirates | | 12/22/13 | clrg chq deposit chq. No: 860601 hsbc bur dubai | | 900,000.00 د.إ | 2,700,000.00 د.إ | 0.2722607169 | $ - | $ 245,034.65 | $ 735,103.94 | Source Arun Rangachari |
| Emirates | | 1/8/14 | clrg chq deposit chq. No: 049096 barclays bank dubai | | 1,875,930.54 د.إ | 4,575,930.54 د.إ | 0.2722570211 | $ - | $ 510,735.26 | $ 1,245,829.22 | from 8661 Barclays acct |
| Emirates | | 2/4/14 | sdm deposit cr cdm ref█████ | | 4,000.00 د.إ | 4,579,930.54 د.إ | 0.2722577575 | $ - | $ 1,089.03 | $ 1,246,921.62 | |
| Emirates | | 2/4/14 | account transfer | -4,575,930.00 د.إ | | 4,000.54 د.إ | 0.2722577575 | $ (1,245,832.44) | $ - | $ 1,089.18 | transfer from █████ emirates to █████ emirates |
| Emirates | | 2/10/14 | courier charges | -150.00 د.إ | | 3,850.54 د.إ | 0.2722533045 | $ (40.84) | $ - | $ 1,048.32 | |
| Emirates | | 10/11/15 | transfer from █████ imaad shah zuberi usd55000.00@3.6650 | | 201,575.00 د.إ | 205,425.54 د.إ | 0.2722607400 | $ - | $ 54,880.96 | $ 55,929.31 | transfer from █████ emirates to █████ emirates |
| Emirates | | 10/11/15 | mc issuance charges | -20.00 د.إ | | 205,405.54 د.إ | 0.2722607400 | $ (5.45) | $ - | $ 55,923.86 | |
| Emirates | | 10/11/15 | demand draft/manager cheq | -150,000.00 د.إ | | 55,405.54 د.إ | 0.2722607400 | $ (40,839.11) | $ - | $ 15,084.75 | |
| Emirates | | 10/11/15 | █████ charge reversal credit | | 20.00 د.إ | 55,425.54 د.إ | 0.2722607400 | $ - | $ 5.45 | $ 15,090.20 | |
| Emirates | | 10/13/15 | dr atm transaction card no. █████ | -1,000.00 د.إ | | 54,425.54 د.إ | 0.2722534579 | $ (272.25) | $ - | $ 14,817.54 | |
| Emirates | | 10/13/15 | transfer from █████-faisal ejaz hussain chq.no.-000105 | | 19,402.00 د.إ | 73,827.54 د.إ | 0.2722534579 | $ - | $ 5,282.26 | $ 20,099.80 | |
| Emirates | | 12/1/15 | transfer from █████-sujay menon chq.no.-000007 | | 33,000.00 د.إ | 106,827.54 د.إ | 0.2722718395 | $ - | $ 8,984.97 | $ 29,086.13 | |
| Emirates | | 12/1/15 | clrg chq deposit chq. No: 144089 rak bank dubai | | 17,000.00 د.إ | 123,827.54 د.إ | 0.2722718395 | $ - | $ 4,628.62 | $ 33,714.75 | |
| Emirates | | 11/3/16 | cash deposit | | 5,000.00 د.إ | 128,827.54 د.إ | 0.2722607168 | $ - | $ 1,361.30 | $ 35,074.68 | |
| Emirates | | 12/20/16 | transfer from █████-sujay menon chq.no-000011 | | 33,000.00 د.إ | 161,827.54 د.إ | 0.2722718546 | $ - | $ 8,984.97 | $ 44,061.08 | |
| Emirates | | 12/20/16 | transfer from █████-sujay menon chq.no-000012 | | 31,000.00 د.إ | 192,827.54 د.إ | 0.2722718546 | $ - | $ 8,440.43 | $ 52,501.51 | |
| Emirates | | 12/20/16 | cash withdrawal | -20,000.00 د.إ | | 172,827.54 د.إ | 0.2722718546 | $ (5,445.44) | $ - | $ 47,056.07 | |
| Emirates | | 2/2/17 | pos-purchase chard no. 4439137201569301marriott jw hotel dubai dubai ae | -251.20 د.إ | | 172,576.34 د.إ | 0.2722644989 | $ (68.39) | $ - | $ 46,986.41 | |
| Emirates | | 3/12/17 | statement copy issuance fee | -25.00 د.إ | | 172,551.34 د.إ | 0.2722506373 | $ (6.81) | $ - | $ 46,977.21 | |
| Emirates | | 3/17/17 | statement copy issuance fee | -25.00 د.إ | | 172,526.34 د.إ | 0.2722570200 | $ (6.81) | $ - | $ 46,971.51 | |
| Emirates | | 3/22/17 | dr atm transaction card no █████1natwest bank /southall:gb █████ gbp | -941.10 د.إ | | 171,585.24 د.إ | 0.2722644232 | $ (256.23) | $ - | $ 46,716.56 | |
| Emirates | | 3/22/17 | service chgs-atm card no █████natwest bank/southall: gb █████ | -20.00 د.إ | | 171,565.24 د.إ | 0.2722644232 | $ (5.45) | $ - | $ 46,711.11 | |
| Emirates | | 4/6/17 | transfer from █████ imaad shah zuberi usd250000.00@3.6530 | | 913,250.00 د.إ | 1,084,815.24 د.إ | 0.2722570378 | $ - | $ 248,638.74 | $ 295,348.58 | |
| Emirates | | 4/6/17 | mc issuance charges | -25.00 د.إ | | 1,084,790.24 د.إ | 0.2722570378 | $ (6.81) | $ - | $ 295,341.78 | |
| Emirates | | 4/6/17 | demand draft/manager cheq | -322,000.00 د.إ | | 762,790.24 د.إ | 0.2722570378 | $ (87,666.77) | $ - | $ 207,675.01 | |
| Emirates | | 4/6/17 | █████ charge reversal credit | | 25.00 د.إ | 762,815.24 د.إ | 0.2722570378 | $ - | $ 6.81 | $ 207,681.82 | |
| Emirates | | 9/10/17 | in-house cheque transfer chq no: 000014 dubai media city branch dubai | | 31,000.00 د.إ | 793,815.24 د.إ | 0.2721538779 | $ - | $ 8,436.77 | $ 216,039.90 | |
| Emirates | | 10/23/17 | cash withdrawal- | -35,000.00 د.إ | | 758,815.24 د.إ | 0.2721794869 | $ (9,526.28) | $ - | $ 206,533.94 | |
| Emirates | | 1/3/18 | cash withdrawal- | -50,000.00 د.إ | | 708,815.24 د.إ | 0.2722940776 | $ (13,614.70) | $ - | $ 193,005.19 | |
| Emirates | | 1/3/18 | cash deposit | | 40,000.00 د.إ | 748,815.24 د.إ | 0.2722940776 | $ - | $ 10,891.76 | $ 203,897.96 | |
| Emirates | | 1/3/18 | value added tax (vat) @5% charges | -0.25 د.إ | | 748,814.99 د.إ | 0.2722940776 | $ (0.07) | $ - | $ 203,897.89 | |
| Emirates | | 1/4/18 | statement copy issuance fee | -25.00 د.إ | | 748,789.99 د.إ | 0.2722940776 | $ (6.81) | $ - | $ 203,891.08 | |

conversion rate using:
https://www.xe.com/currencytables/

Mr. IMAAD SHAH ZUBERI
PO Box:xx[REDACTED]
El Monte, CA 91733 United States
[REDACTED]mindstring.com

acct [REDACTED]
currency AED

| | Date | Description | | | Balance AED | Rate | Debit $ | | Credit $ | | Balance $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Emirates | 1/4/18 | value added tax (vat) @5% for adhoc statement rbp | -1.25 د.إ | | 748,788.74 د.إ | 0.2722940776 | $ | (0.34) | $ | - | $ | 203,890.74 |
| Emirates | 3/8/18 | refund excess vat as per soc effective 1/1/2018 | | 2.75 د.إ | 748,791.49 د.إ | 0.2722940776 | $ | - | $ | 0.75 | $ | 203,891.49 |
| Emirates | 3/11/18 | refund excess vat as per soc effective 1/1/2018 | | 1.25 د.إ | 748,792.74 د.إ | 0.2722940776 | $ | - | $ | 0.34 | $ | 203,891.83 |
| Emirates | 5/29/18 | debit card fee r | -23.81 د.إ | | 748,768.93 د.إ | 0.2722940776 | $ | (6.48) | $ | - | $ | 203,885.35 |
| Emirates | 5/29/18 | value added tax (vat) @5% for atm replacement | -1.19 د.إ | | 748,767.74 د.إ | 0.2722940776 | $ | (0.32) | $ | - | $ | 203,885.02 |
| Emirates | 6/3/18 | courier charges | -150.00 د.إ | | 748,617.74 د.إ | 0.2722940776 | $ | (40.84) | $ | - | $ | 203,844.18 |
| Emirates | 6/3/18 | value added tax (vat) @5% | -7.50 د.إ | | 748,610.24 د.إ | 0.2722940776 | $ | (2.04) | $ | - | $ | 203,842.13 |
| Emirates | 6/10/18 | clrg chq deposit chq no 002822 habib bank a.g. zurich sheikh zayed road | | 425,835.00 د.إ | 1,174,445.24 د.إ | 0.2722940776 | $ | - | $ 115,952.35 | | $ | 319,794.48 |
| Emirates | 6/28/18 | banknet transfer from [REDACTED] from italy u15 209 | | 100.00 د.إ | 1,174,545.24 د.إ | 0.2722940776 | $ | - | $ | 27.23 | $ | 319,821.71 |
| Emirates | 6/28/18 | banknet transfer from [REDACTED] rent for u15 209 unit 2018 2019 | | 24,400.00 د.إ | 1,198,945.24 د.إ | 0.2722940776 | $ | - | $ | 6,643.98 | $ | 326,465.69 |
| Emirates | 7/9/18 | refund excess vat debit dated 03.01.2018 | | 0.25 د.إ | 1,198,945.49 د.إ | 0.2722940776 | $ | - | $ | 0.07 | $ | 326,465.76 |
| Emirates | 7/17/18 | statement copy issuance fee | -25.00 د.إ | | 1,198,920.49 د.إ | 0.2722940776 | $ | (6.81) | $ | - | $ | 326,458.95 |
| Emirates | 7/17/18 | value added tax (vat) @5% for adhoc statement rbp | -1.25 د.إ | | 1,198,919.24 د.إ | 0.2722940776 | $ | (0.34) | $ | - | $ | 326,458.61 |
| Emirates | 8/4/18 | clrg chq deposit chq no 002829 habib bank ag zurich sheikh zayed road | | 730,000.00 د.إ | 1,928,919.24 د.إ | 0.2722940776 | $ | - | $ 198,774.68 | | $ | 525,233.29 |
| Emirates | 8/4/18 | ret:chq no 002829 cy amount in words and number | -730,000.00 د.إ | | 1,198,919.24 د.إ | 0.2722940776 | $ | (198,774.68) | $ | - | $ | 326,458.61 |
| Emirates | 10/13/18 | uae switch wdl [REDACTED] 19:41:11 sdu9712 dubai ae | -2,000.00 د.إ | | 1,196,919.24 د.إ | 0.2722940776 | $ | (544.59) | $ | - | $ | 325,914.02 |
| Emirates | 10/13/18 | service chgs-atm card no [REDACTED] 3-10-2018 19:41:11 sdu9712 dubai ae | -2.00 د.إ | | 1,196,917.24 د.إ | 0.2722940776 | $ | (0.54) | $ | - | $ | 325,913.48 |

conversion rate using:
https://www.xe.com/currencytables/

Mr. IMAAD SHAH ZUBERI
PO Box:xx,
El Monte, CA 91733 United States

acct
currency USD

| Bank | Account | Post Date | Description | Debit | Credit | Balance | Notes |
|------|---------|-----------|-------------|-------|--------|---------|-------|
| Emirates | | 1/28/14 | telegraphic trf cr cust account | | $2,000,000.00 | $2,000,000.00 | Source Bukhamseen Holdings US |
| Emirates | | 2/4/14 | transfer from ███████deal no.7245096 aed4575930.00@3.6770 | | $1,244,473.76 | $3,244,473.76 | transfer from ███ emirates to ███ emirates |
| Emirates | | 2/5/14 | telegraphic transfer charges: ██7 aed60.00@3.6530 | ($16.42) | | $3,244,457.34 | |
| Emirates | | 2/5/14 | telegraphic trf ref num:████████ Imaad Zuberi | ($1,500,000.00) | | $1,744,457.34 | transfer from ████ emirates to ████ BofA US |
| Emirates | | 2/24/14 | collection proceeds | | $15,959.12 | $1,760,416.46 | |
| Emirates | | 4/9/14 | telegraphic transfer charges: ████4 aed60.00@3.6530 | ($16.42) | | $1,760,400.04 | |
| Emirates | | 4/9/14 | telegraphic trf ref num:████ Imaad Zuberi | ($700,000.00) | | $1,060,400.04 | transfer from ███ emirates to ███ BofA US |
| Emirates | | 10/11/15 | account transfer Imaad Shah Zuberi | ($55,000.00) | | $1,005,400.04 | transfer from ███ emirates to ███ emirates |
| Emirates | | 10/12/15 | telegraphic transfer charges: aed65.00@3.6650 | ($17.74) | | $1,005,382.30 | |
| Emirates | | 10/12/15 | telegraphic trf ref num:████ seright escrow inc | ($1,000,000.00) | | $5,382.30 | Transfer to escrow in US |
| Emirates | | 10/12/15 | deutsche bank trust co americas ████████ deutsche bank trust co america | ($17.00) | | $5,365.30 | |
| Emirates | | 10/12/15 | ████████ charge reversal credit aed65.00@3.6650 | | $17.74 | $5,383.04 | |
| Emirates | | 8/24/16 | clrg chq deposit chq. No:144088 rak bank dubai aed17000.00@3.6750 | | $4,625.85 | $10,008.89 | |
| Emirates | | 12/20/16 | cash deposit | | $500.00 | $10,508.89 | |
| Emirates | | 12/21/16 | fcy cash transaction fee | ($3.75) | | $10,505.14 | |
| Emirates | | 3/12/17 | statement copy issuance fee | ($6.84) | | $10,498.30 | |
| Emirates | | 3/17/17 | statement copy issuance fee | ($6.84) | | $10,491.46 | |
| Emirates | | 4/1/17 | inward remittance████████ avenue capital group, inc rfb 2017 ████████ | | $250,000.00 | $260,491.46 | |
| Emirates | | 4/6/17 | transfer to████████ imaad shah zuberi | ($250,000.00) | | $10,491.46 | |
| Emirates | | 1/3/18 | value added tax (vat) @ 5% charges aed0.25@3.6530 | ($0.07) | | $10,491.39 | |
| Emirates | | 1/4/18 | statement copy issuance fee | ($6.84) | | $10,484.55 | |
| Emirates | | 1/4/18 | value added tax (vat) @ 5% for adhoc statement rbp | ($0.34) | | $10,484.21 | |

@mindstring.com

Mr. IMAAD SHAH ZUBERI
PO Box:xx, 10166 Rush Street
El Monte, CA 91733 United States

acct ▮▮▮▮▮▮

currency USD

| Emirates | ▮▮▮ | 7/17/18 | statement copy issuance fee | ($6.84) | | $10,477.37 | |
| Emirates | ▮▮▮ | 7/17/18 | value added tax (vat) @ 5% for adhoc statement rbp | ($0.34) | | $10,477.03 | |