# EXHIBIT 6

Message

| | |
|---|---|
| **From:** | @beltwaygs.com [ @beltwaygs.com] |
| **Sent:** | 7/9/2014 9:31:15 PM |
| **To:** | Sajin [ @gmail.com] |
| **CC:** | i@mindspring.com; @hotmail.com |
| **Subject:** | RE: [FWD: July 2014 invoice] |

Hello Sajin,

Renee and Imaad sent the required documents. Please confirm reciept and advise.

Thank you,

Mark

-------- Original Message ---------
Subject: Re: [FWD: July 2014 invoice]
From: Sajin < @gmail.com>
Date: Wed, July 09, 2014 10:19 am
To: "< @beltwaygs.com>" @beltwaygs.com>
Cc: "imaad.zuberi@mindspring.com" < @mindspring.com>,
@hotmail.com" < @hotmail.com>

Please immediately send the invoice and also payment receipts for the last three payments. Once above
are done they will remit immediately.

Sent from my iPhone

On 9 Jul, 2014, at 19:39, < @beltwaygs.com> wrote:
Sajin,

We have not received the wire on our end, sometimes they get lost. Can you provide the wire
confirmation so we can follow up with our bank?

Thanks,

Mark

-------- Original Message ---------
Subject: Re: [FWD: July 2014 invoice]
From: Sajin < @gmail.com>
Date: Tue, July 08, 2014 9:26 am
To: "< @beltwaygs.com>" < @beltwaygs.com>
Cc: " @mindspring.com" @mindspring.com>,
@hotmail.com" @hotmail.com>

It is done

Sent from my iPhone

On 8 Jul, 2014, at 21:30, < @beltwaygs.com> wrote:
Hello Zuraish & Sajin,

We haven't received the July 1st payment as per contract. We need to get payments on a timely manner because we have to pay PR, Lobbyist, Legal, Think Tank and Advisors supporting our effort. If we don't receive your payment on time, we need to pay from out pocket, (this creates an accounting nightmare) and we need to pay them on time to continue the work, and if we do not pay the work stops.

Please advise on this month's payment.

Thanks,

Mark

-------- Original Message --------
Subject: RE: [FWD: July 2014 invoice]
From:             beltwaygs.com
Date: Thu, July 03, 2014 5:09 pm
To:             @mindspring.com,          @gmail.com
Cc:        @hotmail.com

Sajin,

What do you need? It's already the first week of the month and payments need to be made.

Please advise,

Mark

-------- Original Message --------
Subject: RE: [FWD: July 2014 invoice]
From: "Imaad zuberi"              @mindspring.com>
Date: Jul 3, 2014 12:02 AM
To: "'Sajin'" <        @gmail.com>,"Mark Skarulis - Beltway Government Strategies"
<        @beltwaygs.com>
CC: "Zuraish Hashim" <        @hotmail.com>

Sajin-which receipts do you need?

Mark-please get Sajin the receipts he wants. If you have questions then call me.

imaad

From: Sajin [mailto        @gmail.com]
Sent: Wednesday, July 2, 2014 10:11 PM

BGS0002783

To: imaad zuberi
Cc: Lalith Weeratunga; Lalith Weeratunga; Nivard Cabraal - personal; Zuraish Hashim
Subject: Re: [FWD: July 2014 invoice]

Will be done, please send receipts for previous payments for CB records.

Sent from my iPhone

On 2 Jul, 2014, at 21:17, "imaad zuberi" <░░░░░░@mindspring.com
>< mailto:░░░░░░i@mindspring.com> > wrote:

Hello-

Please process this for us to get everyone's invoices paid on a timely manner.

Thanks

imaad

-------- Original Message --------
Subject: July 2014 invoice
From: <░░░░@avenueventure.com >< mailto:░░░░u@avenueventure.com> >
Date: Tue, July 01, 2014 9:32 am
To: ░░░░@gmail.com < mailto░░░░@gmail.com > , ░░░@icta.lk < mailto░░░░@icta.lk > ,
PrSec@PresidentsOffice.lk < mailto:PrSec@PresidentsOffice.lk> ,
░░░░@gmail.com < mailto░░░░@gmail.com>
Cc: ░░░░@hotmail.com < mailto:░░░@hotmail.com> , ░░░░@avenueventure..com
< mailto:░░░░i@avenueventure.com>

Per instructions from Accounts Receivable, please see the attached invoice for July 2014 as per contract.

Thanks

Renee

―――

< http://www.avast.com/>

BGS0002784

This email is free from viruses and malware because avast! Antivirus <http://www.avast.com/> protection is active.

<SLP2014-07-01 invoice.pdf>

---

This email is free from viruses and malware because avast! Antivirus protection is active.
http://www.avast.com

BGS0002785

Message

| | |
|---|---|
| **From:** | @beltwaygs.com [ @beltwaygs.com] |
| **Sent:** | 7/10/2014 7:11:28 AM |
| **To:** | Sajin @gmail.com]; imaad zuberi i@mindspring.com] |
| **Cc:** | Zuraish @hotmail.com]; @avenueventure.com; h@avenueventure.com |
| **Subject:** | RE: Receipt |
| **Attachments:** | WRG SLP Wire Reciept June 2014.pdf; WRG SLP Wire Reciept May 2014.pdf |

Sajin,

Please see the attached.

Thanks,

Mark
-------- Original Message --------
Subject: Re: Receipt
From: Sajin          @gmail.com>
Date: Wed, July 09, 2014 10:47 pm
To: imaad zuberi          i@mindspring.com>
Cc: "          ;@beltwaygs.com>" <          ;@beltwaygs.com>,
Zuraish <          @hotmail.com>,          @avenueventure.com"
          @avenueventure.com>,          @avenueventure.com"
          @avenueventure.com>

This cannot be done for the Agreement already signed Imaad. Government rules and regulations apply.

Sent from my iPhone

On 10 Jul, 2014, at 9:41, imaad zuberi <          @mindspring.com> wrote:
Hello Sajin-

Mark will send the receipt from WR Group. This should not be a problem. However going forward the contract will need to be
moved from WR Group to Beltway Government Strategies because Beltway will be the one focusing on government affairs work
where WR Group focuses on investments. I can explain when we meet.
Thanks
imaad

**From:** Sajin
**Sent:** Thursday, July 10, 2014 6:27 AM
**To:**          is@beltwaygs.com>
**Cc:** Zuraish;          @avenueventure.com;          @avenueventure.com; imaad zuberi
**Subject:** Re: Receipt

Mark,

CB has requested the company that signed the Agreement must send the receipts. Beltway has no
relevance to the Agreement as a contractual party. Please send the receipts from the contractual company
with the CB.

Sent from my iPhone

WRG0000409

On 10 Jul, 2014, at 6:26, <████████@beltwaygs.com> wrote:
Zuraish,

See attached.

-Mark
-------- Original Message --------
Subject: Re: Receipt
From: Zuraish <████████@hotmail.com>
Date: Wed, July 09, 2014 3:55 pm
To: ████████u@avenueventure.com" <████████@avenueventure.com>
Cc: Sajin <████████@gmail.com>, "████████@avenueventure.com"
   ████████@avenueventure.com>, Mark Skarulis - Beltway Government
Strategies <████████s@beltwaygs.com>, imaad zuberi
████████i@mindspring.com>

Dear renee,

Please send separate receipts for both payments signed by a director with the company seal.

No sooner we have this the payment will be executed.

Regards

Zuraish

Sent from my iPhone

On 10 Jul 2014, at 02:45, ████████@avenueventure.com wrote:
Please see attach receipt for the received wires.

Thanks
Renee
<BGS-SLP-2014-07-01-receipt.pdf>
<BGS SLP Wire Reciept June 2014.pdf>
<BGS SLP Wire Reciept May 2014.pdf>

WRG0000410



# Sri Lanka Project

WRG-SLP-2014-07-09-receipt-for-2014-June-18-01

| Sri Lanka project wire received June 18, 2014 | $1,000,000 |
|---|---|
| Total | $1,000,000 |



Mark Skarulis
Director
WRGroup

July 9, 2014

End**********

WRGroup
3655 Torrance Boulevard Suite 300
Torrance, California 90503
United States of America

WRG0000411



# Sri Lanka Project

WRG-SLP-2014-07-09-receipt-for-2014-May-09-01

| Sri Lanka project wire received May 9, 2014 | $3,500,000 |
|---|---|
| Total | $3,500,000 |



Mark Skarulis
Director
WRGroup

July 9, 2014

End**********

# WRGroup
3655 Torrance Boulevard Suite 300
Torrance, California 90503
United States of America

WRG0000412

| Message | |
|---|---|
| **From:** | Kevin Rupp [          p@beltwaygs.com] |
| **Sent:** | 7/14/2014 10:41:05 AM |
| **To:** | Imaad Zuberi [          @mindspring.com]; Mark Skarulis - Beltway Government Strategies |
| | [          @beltwaygs.com] |
| **Subject:** | Fwd: Payment for July |

Please take care of this so it's not a distraction today or this week for me in managing this very complicated and fast paced visit!

Begin forwarded message:

**From:** Sajin <          @gmail.com>

**Date:** July 14, 2014 at 2:42:00 AM EDT

**To:** imaad zuberi           @mindspring.com>, Kevin Rupp - Beltway Government Strategies

[          b@beltwaygs.com>, Mark Skarulis - Beltway Government Strategies          @beltwaygs.com>,

Zuraish Hashim <          h@hotmail.com>

**Subject: Payment for July**

Please see message from CB below :

The invoice for July that has been sent is from Avenue Ventures.  Please reuest them to send the invoice from WR GROUP. The beneficiary must also be WR GROUP as the GOSL contract is with them.

Sent from my iPhone

WRG0000337

. Message

| | |
|---|---|
| **From:** | imaad zuberi ⬛ @mindspring.com] |
| **Sent:** | 7/30/2014 3:55:20 AM |
| **To:** | Kevin Rupp - Beltway Government Strategies ⬛ b@beltwaygs.com]; Mark Skarulis - Beltway Government |
| | Strategies ⬛ @beltwaygs.com]; Bassel KorKor - Beltway [⬛ @beltwaygs.com] |
| **Subject:** | Fw: Going forward |

**From:** Lalith Weeratunga ⬛ @icta.lk>
**Sent:** Tuesday, July 29, 2014 8:22 PM
**To:** imaad zuberi
**Cc:** Sajin
**Subject:** RE: Going forward

Dear Imaad,

Thank you very much for your email. I have been hearing good things about the work you do. I am very objective in my work (I have no alternative) and I see the hard work put in by your team as well as Sajin. Please don't get discouraged by these negativities as all these are based on receiving commissions.

*Lalith Weeratunga*
*Secretary to the President*
*Presidential Secretariat*
*Colombo 1*

**From:** imaad zuberi [mailto ⬛ i@mindspring.com]
**Sent:** Wed 7/30/2014 08:43
**To:** Lalith Weeratunga; Sajin de Vass Gunawardena
**Cc:** Zuraish Hashim; Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies
**Subject:** RE: Going forward
Hello Lalith-

I apologize for all this mess. I wish it didn't happened

When Beltway refused to give Saleem the huge commission he was asking, I have been hearing from various sources that Saleem is using Sri Lankan (Sajin and Lalith) names and telling people that:

- Sri Lankans are telling him (Saleem) that I (imaad) am not giving accounting to Sri Lankans
- Sri Lankans are not happy with us that I am not delivering and that you guys are going to take us to court for this
- We are fraud, con-man, scam and etc

We wanted to make sure we get out in the open what he has been saying

My apology for this as I understand you are being sucked into something you don't need to. I am in the same predicament. I am trying to help but instead being negatively portrayed Sri Lankan media because of leaks. We both don't deserve this.

imaad

BGS0000508

**From:** Lalith Weeratunga [mailto: ▓ @icta.lk]

**Sent:** Tuesday, July 29, 2014 6:27 PM

**To:** imaad zuberi; Saleem Mandviwalla - Senator & Minister of Investments & Chairman Pakistan Board of Investments & Minister of State for Finance

**Cc:** Zuraish Hashim; Sajin de Vass Gunawardena; Lalith Weeratunga; 'Bassel C. Korkor'; Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Namal Rajapaksa - Sri Lanka

**Subject:** RE: Going forward

Dear All,

Any reference to me should be done after verifying with me. I have not talked to anyone about deliverables or anything else in this regard. Most of all, I have not told Senator Saleem anything about this contract? I have not met him since I met him many moons ago in DC. I disassociate myself from this conversation.

**Lalith Weeratunga**
*Secretary to the President*
*Presidential Secretariat*
*Colombo 1*

**From:** imaad zuberi [mailto ▓ @mindspring.com]

**Sent:** Fri 7/25/2014 00:25

**To:** Saleem Mandviwalla - Senator & Minister of Investments & Chairman Pakistan Board of Investments & Minister of State for Finance

**Cc:** Zuraish Hashim; Sajin de Vass Gunawardena; Lalith Weeratunga; Lalith Weeratunga; "Bassel C. Korkor'; Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Namal Rajapaksa - Sri Lanka

**Subject:** FW: Going forward

Hello Saleem

I want to clear up misunderstandings we might have:

You asked me for accounting on Sri Lanka project. The Sri Lanka contract is with WR Group and Beltway Government Strategies. The contract is not with Imaad Zuberi or Avenue Ventures. If you are representing the Sri Lankan Government then you should ask WR Group or Beltway for accounting not me. By the way it looks very strange when you (Pakistani Senator) are publicly representing Sri Lanka a sovereign government. I have told you in the past that this hurts them not helps them in Washington.

You have told me to get out of this project. Initially you told me to give the money to some other entity which you will have do this project. I told you okay if you and Sri Lankans wanted someone other than Beltway or WR Group to do then this will be okay with us. These guys have more than enough business so they were okay because they deliver results.

Later you asked me to have the money wired back to Sri Lanka. This was okay with these guys too. This is why I sent the email below. However from the email below it is you who wants the money wired back not the Sri Lankans. Please read the email below.

I don't understand why you are so upset all of a sudden? The only reason I can think of is I have told you that these guys won't be able to give you upfront commission that you want from Sri Lankan payment because they will be giving you

BGS0000507

out of pocket. From what they tell me there is not enough money to give you what you want and still do the project like it is supposed to be done. However if because of this you are spreading rumors and lies then is it unfortunate. Please understand you are telling people made up stories we can take you to court for defamation and if you don't stop our lawyers will have to give you cease-and-desist letter.

Some of the things I have heard:

You sent message to President Zardari's people telling them that Harlan Ullman says that Imaad should not be arranging any meetings? When Harlan Ullman denies this.

You told Harlan that I have stolen Sri Lankan money that they are asking for the money back and I am not returning. You told Harlan that the Sri Lankans want to take me to court to get the money back. Again, the money is not with me but with the entity that signed the contract. If the Sri Lankans want the money back then they need to ask the people with whom they signed the contract. I understand that the Sri Lankans are pleased with their results? If not then they should contact us.

You told Dr. Asim Hussain that we don't know anyone in America. Of course, we don't know everyone but why do you call us to get you meetings when you come to Washington?

You called Asim Hussain while he was travelling in Washington telling him that Imaad ought not to be setting up meetings for President Zardari. You wanted us to set up meeting for you recently but now that we didn't give you the bribes you wanted your tuned has changed?

You told Zuraish in Sri Lanka that Imaad is paying Sajin de Vass Gunawardena $1.5 million. Absolutely not true. This will violate Foreign Corrupt Practices Act therefore we would never do anything like this. By the way, no one in Sri Lanka ever asked any of us for any commission. No one
What you demanded from us might be is illegal under US laws for us to pay a foreign government official bribes. We have emails and texts where you have been demanding kickback/bribes from Sri Lanka contract.

You are telling people that you met Chief of Staff of Sri Lanka President and he told you that we have taken the money and we am not doing anything? I think you were talking about Lalith. If Lalith has complains then he needs to contact us. Lalith should be contacting us for problems.

Even President Zaradri asked me why Saleem is asking for accounting. What does it have to do with him? President Zardari told me not to pay you anything.

Saleem, I really liked you and thought you were better than this. I am very disappointed in you. Money is not everything. If you would have done this in a better way then I would have made sure you were somehow benefitted like when I personally wired you money for helping me two years ago.
Like when I told ▮▮▮▮▮▮ to give you financials for you to show the Sri Lankans so you can get your land allocated for your building. Now we need to send notice to Sri Lankan Department that allocates land that you cannot use our financials to get your land.

It is unfortunate for your personal self-interest, you have muddied the waters for the Sri Lankan people. This was a project that was going well now everyone is distracted with the made up lies and allegations that are going around by you.

BGS0000508

Even now I am willing pay you something from me personally to make you happy but you need to apologize for the allegations.

imaad

**From:** Sajin De Vass Gunawardena
**Sent:** Friday, July 18, 2014 1:07 PM
**To:** imaad zuberi

**Cc:** Lalith Weeratunga; Lalith Weeratunga; Kevin Rupp - Beltway Government Strategies; Mark Skarulis - Beltway Government Strategies; Saleem Mandviwalla - Senator & Minister of Investments & Chairman Pakistan Board of Investments & Minister of State for Finance;                @avenueventure..com; Zuraish Hashim; Namal Rajapaksa - Sri Lanka

**Subject:** Re: Going forward

Imaad,

May I know please who said that there is no progress ?

Should not we be the judge of that ?

As I can see and through the work that we have done for the past seven days, there is tremendous progress. I am very happy with the team that has been placed together and their commitment to achieve our deliverables.
I do understand that tangible results will take some time but we are surely on the correct path to achieve same. Progress and delivery in this respect is two folds, one is where the entities that have been appointed to cover the hill etc must deliver as per our agreed deliverables, secondly you would have to deliver personally as discussed and agreed. I am absolutely satisfied with the progress that is being made and the highly professional manner in which matters are being currently handled, therefore I see no reason for change. There is nothing to discuss on this any further.
Please let me know who said that there is no progress so that I can speak to the concerned person and address same.

Sajin

On Jul 18, 2014, at 3:56 PM, imaad zuberi wrote:

Hello Sajin-

I hope you are having good meetings in Washington. I think it might be good if I was not involved in this project going forward because I have several roadshows, IPOs and etc coming up which might create time limitations.

Most importantly, there is impression that we are not delivering which could impact our main business which is private equity and venture capital.

In this regard, whatever we have received we could return it back to you. I don't want to guys to be dropped all of a sudden therefore please let me know if you would like Mark and Kevin to transition it to anyone else you like?

BGS0000509

Thanks
imaad



avast      This email is free from viruses and malware because avast! Antivirus protection is
           active.



avast      This email is free from viruses and malware because avast! Antivirus protection is active.



avast      This email is free from viruses and malware because avast! Antivirus protection is active.

BGS0000510

Message

| From: | imaad zuberi [@mindspring.com] |
|-------|--------------------------------|
| Sent: | 10/20/2014 7:58:23 PM |
| To: | Fred Niehaus @interactiveglobalsolutions.com]; Mark Skarulis - Beltway Government Strategies s@beltwaygs.com] |
| CC: | Fred Niehaus @interactiveglobalsolutions.com]; Kevin Rupp - Beltway Government Strategies b@beltwaygs.com] |
| Subject: | Re: Close out |

Fred-we need to get payment from SL to pay.

You really should have sent email to anyone prior to talking to us.

imaad
   Original Message
From: Fred Niehaus
Sent: Monday, October 20, 2014 8:15 PM
To: imaad zuberi
Cc: Fred Niehaus
Subject: Close out

Imaad
So where do we stand on sept. Can u give me an idea of when we can expect payment to finish this off? Is Belrway done with SL?
Fred

Sent from my iPhone

BGS0000663

Message

| | |
|---|---|
| **From:** | imaad zuberi [                    @mindspring.com] |
| **Sent:** | 11/3/2014 9:04:23 PM |
| **To:** | 'Robb Watters' [          @madisongr.com] |
| **CC:** | 'Mark Skarulis' [          @beltwaygs.com]; 'Marcus Mason' [          @madisongr.com];          @beltwaygs.com; 'Kevin Rupp - Beltway Government Strategies'          @beltwaygs.com] |
| **Subject:** | RE: September payment |

They have not paid for September or October. Please deal with Mark on this and not me.
imaad

**From:** Robb Watters [mailto          @madisongr.com]
**Sent:** Monday, November 3, 2014 12:51 PM
**To:** imaad zuberi
**Cc:** Mark Skarulis; Marcus Mason;          @beltwaygs.com; Kevin Rupp - Beltway Government Strategies
**Subject:** Re: September payment

They indicated it was being taken care of but that they had already paid the 6 months

Cordially,

Robb Watters
The Madison Group



www.madisongr.com
Sent by a device that creates mistakes

On Nov 3, 2014, at 3:37 PM, imaad zuberi          mindspring.com> wrote:
Why did you ask Sri Lankans when he will pay when you were there?
imaad

**From:** Robb Watters [mailto          @madisongr.com]
**Sent:** Monday, November 3, 2014 11:11 AM
**To:** Mark Skarulis
**Cc:** Marcus Mason; imaad zuberi
**Subject:** September payment

Mark;

We are now 60 days out. When can we expect payment? We are happy to send you our fex ex number. We appreciate your attention to this matter

Cordially,

Robb Watters

BGS0000855

Managing Partner
The Madison Group
1030 15th St NW.
Suite 1080 West Tower
Washington DC 20005



www.madisongr.com

CONFIDENTIALITY NOTICE

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential and/or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately and delete all copies of this message.

  This email is free from viruses and malware because avast! Antivirus protection is active.

  This email is free from viruses and malware because avast! Antivirus protection is active.

BGS0000856

Message

| | |
|---|---|
| **From:** | imaad zuberi          @mindspring.com] |
| **Sent:** | 11/12/2014 12:08:07 PM |
| **To:** | 'Sajin'      @gmail.com] |
| **CC:** | 'Zuraish Z' [      @hotmail.com] |
| **Subject:** | RE: London introduction |

Sajin-

I have been trying to call you for past 2-3 months. You don't answer. You never called back. I wanted to meet but you never responded. I even went to Rome to meet you but you changed your schedule when I landed in Rome. How do you expect me to communicate with you?

I met Zuraish in ad hoc manner in Dubai immediately after landing in Dubai after 17 hours flight. I told him what I had on my mind.

All we get from you in insults and angry emails. I have tried my best to be very tolerant because I understand you are in pressure cooker environment. However, everyone has breaking point. You are taking all your anger out on us. You didn't let us manage these consultants correctly and now no one is doing anything. I agree you are not getting your money's worth.

Please let me know what you would like me to do? My thought is that we get out and you let Vinoda take over.

For VP, Zardari was coming too. He had his meeting 2 hours before yours. He had to change his plans to travel by couple of weeks too due to personal schedule changes.

Trust me I am on your side but the way you are handling this is not productive.

Please try to understand my frustration. If I keep on beating you up and insulting you for 2-3 months then will you want to deal with me?

imaad

**From:** Sajin [mailto:      @gmail.com]
**Sent:** Wednesday, November 12, 2014 3:31 AM
**To:** imaad zuberi
**Cc:** Zuraish Z
**Subject:** Re: London introduction

As a well wisher Imaad think what my position is after trusting you ?

Sent from my iPhone

On 12 Nov 2014, at 16:59, imaad zuberi          @mindspring.com> wrote:
Hello Sajin-

BGS0000583

These emails are not in any way trying to impress you. It was sent to you because with many of these people Sri Lanka was discussed. Friends don't impress friends. I thought we were friends. Having said this, everyone is getting tired of your obnoxious and angry emails. We need to separate otherwise we will get into unnecessary conflicts.

You need to learn how to make friends because so far you have only created long list of enemies which is not good for you in the long term. I am saying this as a well-wisher.

imaad

**From:** Sajin [mailto:███@gmail.com]
**Sent:** Tuesday, November 11, 2014 5:51 PM
**To:** imaad zuberi
**Cc:** Zuraish Z
**Subject:** Re: London introduction

Imaad

Why are you sending me this mail. It has nothing to do with me. Also it cannot and will not impress me as I am aware totally of the actual nature that exists when it comes to these matters with your outfit. So I would really appreciate you not sending these junk mail to me. Who you can send these to are people who you need to impress and not people who you have met and understand you perfectly well.

Sajin

Sent from my iPhone

On 11 Nov 2014, at 23:57, imaad zuberi ███████@mindspring.com> wrote:

**From:** imaad zuberi
**Sent:** Tuesday, November 11, 2014 10:25 AM
**To:** Jim Messina
**Subject:** London introduction

Hello Jim-

One of my friends from the House of Lords, Lord Richard Risby who is from Tory (Conservative) Party is quite close to PM Cameron and very close to Chancellor of the Exchequer George Osborne (whom they are trying to position for next Tory PM). I was in the House of Lords with him for dinner, your name came up that you were in London sometimes advising PM Cameron. He asked if I knew you? Jokingly, I said I might have met Mr. Messina once or twice☺.

I think it would be good if you can meet him for lunch or dinner when you are in London next. Let me know if you want me to do email introduction?

Thanks
imaad

BGS0000584

avast!   This email is free from viruses and malware because avast! Antivirus protection is active.

avast!   This email is free from viruses and malware because avast! Antivirus protection is active.

avast!   This email is free from viruses and malware because avast! Antivirus protection is active.

BGS0000585