# EXHIBIT 8

| Wire Date | Wire $ Amt | Bank Instructions | Contracts | Avenue Venture Invoice Info | Emails | Comments | ZUB-GJS Bates # |
|---|---|---|---|---|---|---|---|
| 9/7/12 | 45,000 | Barclay $ acct<br>Invoice GFH<br>2012-08-28-02 | | N. African countries consulting Libya<br>▇▇▇▇-2012-08-28-02<br>(8/28/12) | | Consulting invoice | |
| 10/18/12 | 32,069 | Barclay $ acct<br>Invoice RR<br>2012-10-9-01 | | Royal Ranches Marrakech<br>Real estate … $55,895<br>RR-MM 2012-10-9-01 | | Consulting invoice | |
| 10/18/12 | 58,988 | Barclay $ acct<br>Invoice TFH<br>2012-10-9-01 | | Tunis Financial Harbor<br>Consulting/advisory …<br>TFH 2012-10-9-01 | | Consulting invoice | |
| 10/18/12 | 54,988 | Barclay $ acct<br>Invoice JG<br>2012-10-9-01 | | Jordan Gate Amman<br>Evaluation of major hotel<br>Advisory on anchor stores<br>Security assessmnet<br>JG 2012-10-9-01 | | Consulting invoice | 10511, 10737 |
| 10/18/12 | 53,955 | Barclay $ acct<br>Invoice ECL<br>2012-10-9-01 | | Energy City Libya<br>Negotiation with CNOOC …<br>ECL 2012-10-9-01 | | Consulting invoice | |
| 11/13/12 | 50,000 | Barclay $ acct<br>per client's request | | San Gabariel Islamic Center invoice (11/12) | | Charitable contribution | 10447-48 |
| 1/14/13 | 200,000 | Barclay $ acct | | Royal Ranches Tangier Morocco … Real Estate<br>5 star hotel discussion<br>Negotiation w/ medical centers in US<br>Develop strategy to sell condo<br>Develop strategy re free trade agreement<br>CPA search<br>RRTM 2013-01-10-01<br>$200,000<br><br>Royal Ranches Tangier Morocco … Real Estate<br>5 star hotel discussion<br>Jordan Gate development<br>Develop strategy to sell condo<br>Develop strategy re free trade agreement<br>Global business development<br>GBH 2013-01-24-01 (Revision)<br>$229,348<br><br>Royal Ranches Tangier (Final Revision)<br>5 star hotel discussion<br>RRTM 2013-01-29-01<br>$279,985 | | | |
| 2/6/13 | 279,985 | Barclay $ acct | | PAID | 2/2/13: IZ asks that the beneficiary of wire transfer be amended to Zuberi in lieu of Zuberi/Avenue Ventures (fraud marker) | | 8983, 84, 10720, 11055, 11090 |



| Date | Amount | Account | Notes | Dates/Notes | More Notes | Ref |
|---|---|---|---|---|---|---|
| 3/7/13 | 1,196,598 | Expenses | ▓ (expenses); Iraq consulting (Barbero) $250,000; Africa (Clark) $400,000; Virginia biz development due diligence ($125,000); Islamic Center 5/11/13 $350,000 (+$50,000 on 11/13/12); Travel; ▓ 2013-03-05 PAID | 3/7/13 ▓: paid invoice# GFH-2013-03-05 | Actual IZ expenses: Clark only $156,250; Barbero only $125,000; Islamic Center only $290,000 | 9021; 10484, 10485, 24318 |
| 4/17/13 | 1,216,394 | Payment on invoice GFH 2013-04-10-1 | | 4/16/13 Renee Wu: Here is revised invoice based on new people coming for medical center in Bahrain | Al Areen expenses plus consulting? | 10329-30; 10372, 10387-88, 11331, 24320 |
| 5/31/13 | 232,389 | Barclay $ acct | Syria expenses, incl Barbero ticket and hotel, etc GFH-2013-05-15-01 | | | 12431 |
| 9/28/13 | $89,926 | Barclay AED acct | | 9/11/13: Renee Wu claims to have received $479,150 from ▓ says waiting for $1,370,650 from ▓; 9/27/13: Sweeney states that ▓ was to | False Statement from Renee Wu re receipt of ▓ funds; ▓ US Cares fronting Denton's payment; IZ pays Dentons | 24106 |
| 9/30/13 | 277,858 | Barclay $ acct | AV-Al Areen Holding $250,000 (8/26/13 signed); ▓ $250,000 (8/26/13 signed, effective 7/1/13) | Al Areen Holding Co 2013-01-01 $250,000 (1/1/13); GFH $500,000 (1/1/13); ▓ 2013-08-01 $250,000 (8/1/13 revision); ▓ 2013-08-23 $14,315 (8/23/13); Barbero & other expenses; ▓ 2013-08-29 $27,900 (8/29/13 revision); Barbero & other expenses PAID on 9/30/13 | 6/20/13: Please see attached contract [Draft AV-▓ $500k consultant contract w/ $500,000 retainer] between ▓ and AV. We need to have this contract and one from Al-Areen Holdings executed at our earliest to make sure we have the proper documentations in place. 6/23/13: [▓ US Corporation established] 7/5/13: "I am getting a lot of shit from my people that we are doing a lot of stuff for ▓ and etc without getting anything. On the contrary, we are spending money and not getting fully reimbursed" 8/18/13: We need to either get documents signed or we need to have a press release [re withdrawal from the Al Areen project] that we agreed not to move forward therby disengaging. It has been over 5-6 months ... what documents do i have to prove this is a real transaction" 8/26?/13: ▓ asks for contract to be w/ AAHC, not ▓ 8/26/13: Sent ▓ version of contract 9/9/13: Jon Carpenter: what is status of 3 invoices (Al Areen, ▓ & Barbero expenses | Al Areen | 8973-79; 8993, 8994, 8995-9001, 9002, 10414-15, 10467, 10468-74, 10707, 10724-31 |
| 10/5/13 | $499,592 | Barclay AED acct | | | ▓ US Cares | 24106 |
| 11/20/13 | $1,222,988 | legal fee; US acct | | | ▓ US Cares | 24106 |
| 2/21/14 | $500,000 | legal fee; US acct | | | ▓ US Cares | 8966-72; 25556 |
| 3/11/14 | $832,145 | legal fee; US acct | | | ▓ US Cares | 25556 |

| Date | Wire $ Amt | Barclays Instruction | Contracts | Avenue Venture Invoice Info | Emails | Comments | ZUB-GJS Bates # |
|---|---|---|---|---|---|---|---|
| 11/10/14 | $0 | no amount | Al Areen Purchase Agreement w/ Int'l Stream Investments vague terms & backdated to April 2013 | | 11/12/14: ▓ finally signed Al Areen contract | Fraud Against Congress | 8985-92; 10416-33; 10434-38 |
| 8/4/15 | $1,000,000 | US acct | ▓ (Paris entity) $350,000 + $100,000 + success fee (1/1/14 signed) | Al Areen Project ($500,000); Paris Chateau China investors project ($500,000) | | | 8973-80 |
| 10/26/15 | $1,000,000 | US acct | $1,000,000 10/13/15 (signed) PAID | | | | 9004-10 |
| 12/19/15 | $0 | | | ▓ 2015-12-19 $150,758 Sandweg, ▓ Tuner, Zuberi plane and hotel expenses, legal and due diligence fees (CBRE) | | | 26697 |
| Total | $8,842,875 | | | | | | |
| | $3,144,651 | | US Cares investment | | | | |
| | $1,994,252 | | Al Areen | | | | |
| | $2,975,222 | | Consulting Income, expenses, or investment | | | | |
| | $478,750 | | Fraudulently inflated expenses | | | | |
| | $250,000 | | Unreconciled payment, contract, or invoice | | | | |
| | $8,842,875 | | | | | | |