# EXHIBIT 14

**DUPLICATE COPY**

**Blue Cash® from American Express**  p. 1/14

AMERICAN EXPRESS

WILLA WEI RAO
Closing Date 10/17/12

Account Ending 4-41004

| | |
|---|---|
| New Balance | CR$1,021.28 |
| Minimum Payment Due | $0.00 |
| **Payment Not Required** | |

**Blue Cash Rewards**
as of Sep 2012

**3,218.88**

For details, please see your Reward Dollar Summary

**Account Summary**

| | |
|---|---|
| Previous Balance | $1,361.63 |
| Payments/Credits | -$33,517.95 |
| New Charges | +$31,135.04 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |

| | |
|---|---|
| New Balance | CR$1,021.28 |
| Minimum Payment Due | $0.00 |
| Credit Limit | $19,000.00 |
| Available Credit | $20,021.28 |
| Cash Advance Limit | $200.00 |
| Available Cash | $200.00 |

Days in Billing Period: 31

- See page 2 for important Information about your account.
- Your credit balance can be applied against future transactions or you may request a refund.
- See Page 9 for Important Changes to Your Account Terms
- See Page 11 for Important Changes to the Arbitration provision
- Your billing Inquiry is under investigation. **No payment on the amount under review of 5,499.09 is required at this time.** Please pay at least the Minimum Payment Due which does not include the amount under review. To view the status of your investigation, please visit us at americanexpress.com/inquirycenter.

**Customer Care**

Pay by Computer
americanexpress.com/pbc

Customer Care       Pay by Phone
1-888-258-3741      1-800-472-9297

See Page 2 for additional information

---

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 4-41004**
Enter account number on all documents.
Make check payable to American Express.

WILLA WEI RAO
█████ █████
S EL MONTE CA 91733-3224

Payment Not Required

Minimum Payment Due **$0.00**

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

$ _____
Amount Enclosed

Check here if your address or phone number has changed. Note changes on reverse side.

0000349990879041210 100102128000000000 13 H

DUPLICATE COPY
Account Ending 4-41004

WILLA WEI RAO

p. 2/14

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Service number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.7% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

| | | |
|---|---|---|
| **Customer Care & Billing Inquiries** | 1-888-258-3741 | **Hearing Impaired** |
| **International Collect** | 1-336-393-1111 | TTY: 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-888-258-3741 | FAX: 1-800-695-9090 |
| **Express Cash** | 1-800-CASH-NOW | In NY: 1-800-522-1897 |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
BOX 0001
LOS ANGELES CA
90096-8000

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.



**Blue Cash® from American Express**

DUPLICATE COPY

p. 3/14

WILLA WEI RAO
Closing Date 10/17/12

Account Ending 4-41004

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$30,443.00 |
| **Credits** | |
| WILLA WEI RAO 4-41004 | -$3,025.00 |
| IMAAD ZUBERI 4-42010 | -$49.95 |
| **Total Payments and Credits** | **-$33,517.95** |

### Detail   *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 09/25/12* | WILLA WEI RAO | ONLINE PAYMENT - THANK YOU | -$3,943.00 |
| 09/27/12* | WILLA WEI RAO | ONLINE PAYMENT - THANK YOU | -$25,000.00 |
| 10/15/12* | WILLA WEI RAO | ONLINE PAYMENT - THANK YOU | -$1,500.00 |

| Credits | | | Amount |
|---|---|---|---|
| 09/27/12* | WILLA WEI RAO | YOUR CASH REWARD/REFUND IS AMERICAN EXPRESS CASH REBATE TRANSACTION | -$25.00 |
| 09/27/12* | WILLA WEI RAO | YOUR CASH REWARD/REFUND IS AMERICAN EXPRESS CASH REBATE TRANSACTION | -$3,000.00 |
| 10/12/12 | IMAAD ZUBERI | JTI*JUSTIN.TV INC  888-800-3173  CA  888-800-3173 | -$9.99 |
| 10/12/12 | IMAAD ZUBERI | JTI*JUSTIN.TV INC  888-800-3173  CA  888-800-3173 | -$9.99 |
| 10/12/12 | IMAAD ZUBERI | JTI*JUSTIN.TV INC  888-800-3173  CA  888-800-3173 | -$9.99 |
| 10/12/12 | IMAAD ZUBERI | JTI*JUSTIN.TV INC  888-800-3173  CA  888-800-3173 | -$9.99 |
| 10/12/12 | IMAAD ZUBERI | JTI*JUSTIN.TV INC  888-800-3173  CA  888-800-3173 | -$9.99 |

## New Charges

### Summary

| | Total |
|---|---|
| WILLA WEI RAO 4-41004 | $3,177.72 |
| IMAAD ZUBERI 4-42010 | $27,957.32 |
| **Total New Charges** | **$31,135.04** |

### Detail

**WILLA WEI RAO**
Card Ending 4-41004

| | | | Amount |
|---|---|---|---|
| 09/28/12 | RITE AID 5527 RITE AARCADIA  CA  DRUG STORE/PHARMACY | | $35.17 |
| 09/28/12 | ACTBLUE*DONATETODEMS617-517-7600  MA  617-517-7600 | | $2,500.00 |

Continued on reverse

**DUPLICATE COPY**
Account Ending 4-41004

WILLA WEI RAO

p. 4/14

## Detail Continued

| Date | Description | Amount |
|---|---|---|
| 10/01/12 | RITE AID 5527 RITE A ARCADIA    CA<br>DRUG STORE/PHARMACY | $185.00 |
| 10/04/12 | RITE AID 5527 RITE A ARCADIA    CA<br>DRUG STORE/PHARMACY | $5.04 |
| 10/09/12 | LEGALZOOM FORMS PLAN888-310-0151    CA<br>888-310-0151 | $7.99 |
| 10/13/12 | FOOD4LESS #0396 00008884373496<br>8884373496<br>GROCERY STORES | $38.48 |
| 10/15/12 | GAP #0263/THE GAP #0PASADENA    CA<br>MEN'S/WOMEN'S CLOTHNG | $162.98 |
| 10/15/12 | J CREW RETAIL STORESPASADENA    CA<br>(626) 568-2739<br>Description         Price<br>BOWERY SLIM IN COTT   $79.50<br>BOWERY SLIM IN COTT   $79.50<br>SECRET WASH BD EOE    $64.50 | $243.06 |

### IMAAD ZUBERI
Card Ending 4-42010

| Date | Description | Amount |
|---|---|---|
| 09/21/12 | ACTBLUE*DONATETODEMS617-517-7600    MA<br>617-517-7600 | $2,500.00 |
| 09/24/12 | MARRIOTT 33769JWWASHWASHINGTON    DC<br>Arrival Date          Departure Date<br>09/18/12              09/23/12<br>00000000 | $81.85 |
| 09/27/12 | OBAMA VICTORY FUND20WASHINGTON    DC<br>2028638000 | $25,000.00 |
| 09/30/12 | JUSTIN.TV    8888003173    CA<br>888-800-3173<br>Description<br>JUSTIN.TV | $9.99 |
| 10/10/12 | AMAZON SERVICES-KIND866-321-8851    WA<br>DIGITAL | $13.99 |
| 10/11/12 | AMAZON SERVICES-KIND866-321-8851    WA<br>DIGITAL | $12.99 |
| 10/13/12 | TARGET T1033 1033  BALDWIN PARK    CA<br>DISCOUNT STORE | $175.62 |
| 10/15/12 | WORLD OIL #110 00000ARCADIA    CA<br>6264475086 | $66.98 |
| 10/15/12 | RINGCENTRAL,INC.  888-898-4591    CA<br>TELEPHONESVC | $95.90 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

Continued on next page

DUPLICATE COPY



**Blue Cash® from American Express**

WILLA WEI RAO
Closing Date 10/17/12

p. 5/14

Account Ending 4-41004

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## 2012 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2012 | $11.31 |
| Total Interest in 2012 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 17.24% (v) | $0.00 | $0.00 |
| Cash Advances | 25.24% (v) | $0.00 | $0.00 |
| Total | | | $0.00 |

(v) Variable Rate