# EXHIBIT 17

# Restitution - Unpaid Invoices/Investments (revised 09/28/2014)

| Name | Company | Invoice | Investment/Services | Date of Invoice | Amount Due to Sub-Contractor or Investor | Amount Invested | Payment Dates | Payments to Sub-Contractors or Investors | Amount Owed | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vigilant Worldwide Communications (Blaze Wharton & Michael Claunch)** | | | | | | | | | | | |
| Michael Claunch | Vigilant Worldwide | NO INVOICE | | NO INVOICE | | | 7/4/2014 | $5,000.00 | | BGS 0917, Ck 1007 "Serves June 2014, Inv #1044," FARA "Government Affairs Consulting" | |
| | Vigilant Worldwide Communications | NO INVOICE | | NO INVOICE | | | 8/10/2014 | $10,000.00 | | BGS 0787, Ck 1014 | |
| Blaze Wharton | Vigilant Worldwide Communications | 1048 | Consulting Fee August 2014 | 8/4/2014 | $20,000.00 | | 9/2/2014 | $20,000.00 | | BGS 0787, Ck 1023 "August Services" | BGS reported to FARA 9/4/2014 "Government Affairs Consulting" |
| | Vigilant Worldwide Communications | 1062 | reimbursable expenses | 8/25/2014 | $5,797.07 | | | | | | |
| | Vigilant Worldwide Communications | 1063 | reimbursable expenses - Washington DC trip | 8/25/2014 | $2,171.94 | | | | | | |
| | Vigilant Worldwide Communications | 1067 | Consulting Fee September 2014 | 9/4/2014 | $20,000.00 | | | | | | |
| | Vigilant Worldwide Communications | 1079 | Reimbursable expenses - Reimbursable Expenses, Trip to Washington DC Aug 26-Aug 29, 2014 | 9/3/2014 | $3,556.00 | | | | | | |
| Blaze Wharton | Vigilant Worldwide Communications | 1084 | Consulting Fee October 2014 | 8/4/2014 | $20,000.00 | | | | | | |
| Blaze Wharton | Vigilant Worldwide Communications | 1129 | Consulting Fee Nov 2014 (includes prior unpaid months total owed $65,727.94 | 8/4/2014 | $20,000.00 | | | | | | |
| | Vigilant Worldwide Communications | | | | | | 9/11/2014 | $5,762.51 | | BGS 0787, Ck 1033 "1/2 Expenses" | BGS reporeted to FARA on 9/11/2014 $5,763 as "Expenses" |
| | | | | | $91,525.01 | | | $40,762.51 | $50,762.50 | | |
| | | | | | | | | | | | |
| **Madison Group (Marcus Mason)** | | | | | | | | | | | |
| | Madison Group | Invoice # 2014-200 | Professional Fees for June | 7/1/2014 | $15,000.00 | | 7/9/2014 | $15,000.00 | | BGS 0971, CK 1002 "Invoice 2014-200" | |
| | Madison Group | Invoice # 2014-2011 | Professional Fees for July & Expenses | 8/4/2014 | $15,306.00 | | 8/10/2014 | $15,000.00 | | BGS 0787, Ck 1012, "July Services Expenses Invoice # 2014-2011" | |
| | Madison Group | Invoice # 2014-2012 | Professional Fees for August 2014 & Expenses | 9/2/2014 | $25,697.75 | | 8/2/2014 | $26,003.75 | | BGS 0971, Ck 1015 "August Services, July Expenses Inv# 2014-2016" | BGS reported in paid $25,000 "Government Affairs Consulting," $1,005 " Expenses" 9/4/2014 |
| | Madison Group | Invoice # 2014-2013 | Professional Fees for September & Expenses | 10/1/2014 | $25,320.95 | | | | | | |
| | Madison Group | Invoice # 2014-2014 | Professional Fees for October & | 11/3/2014 | $25,000.00 | | | | | | |
| | Madison Group | Invoice 2014-105 | Professional Fees for November 2014 | 12/1/2014 | $25,000.00 | | | | | | |
| | Madison Group | Invoice # 2015-2001 | Professional Fees for December 2014 | 1/22/2015 | $25,000.00 | | | | | | |
| | Madison Group | | December Expense: Deposit for dinner at Joe's Stone Crab | 11/13/2014 | $250.00 | | | | | | |
| | Madison Group | | December Expense: Dinner with jurisdictional staff to discuss upcoming trade bill | 12/9/2014 | $937.00 | | | | | | |
| | Madison Group | Invoice # 2015-2002 | Professional Fees for January 2015 | 2/11/2015 | $25,000.00 | | | | | | |
| | Madison Group | | Late Penalty Interest (18%) - Sep 2014 $4,557.77 | 10/1/2014 | | | | | | | |
| | Madison Group | | Late Penalty Interest (18%) - Oct 2014, $4,500 | 11/3/2014 | | | | | | | |
| | Madison Group | | Late Penalty Interest (18%) - Nov 2014, $4,500 | 12/1/2014 | | | | | | | |
| | Madison Group | | Late Penalty Interest (18%) - Dec 2014, $4,713.66 | 1/22/2015 | | | | | | | |
| | Madison Group | | | | | | 9/30/2014 | $25,000.00 | | BGS 0787, Ck 1024 "August Services Inv # 2014-2012" STOP PAYMENT | |
| | Madison Group | | | | | | | -$25,000.00 | | STOP PAYMENT | |
| | Madison Group | | | | | | 9/11/2014 | $697.75 | | BGS 0787, Ck 1036 "Expresss August" STOP PAYMENT | |
| | Madison Group | | | | | | | -$697.75 | | STOP PAYMENT | |
| | Madison Group | | | | | | | | | | BGS reported payment of $360 in FARA Expenses |
| | | | | | $182,511.70 | | | $56,003.75 | $126,507.95 | | |

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 Burson Marstellar (Amit Khetarpaul) | | | | | | | | | | | |
| 40 | Burson Marstellar | 222112498 | June 2014 Professional Services Fixed Fee | 6/17/2014 | $75,000.00 | | 7/4/2014 | $75,000.00 | | BGS 0971, Ck 1001 "Invoice # 222112498 Client # 2211188" | |
| 41 | Burson Marstellar | 222112743 | July 2014 Profssional Services Fixed Fee; Out of Pocket Expenses $305.00 | 7/3/2014 | $75,305.00 | | | $75,000.00 | | BGS 0787, Ck 1011 "Invoice 222112743 Services July 2014 x expenses" | |
| 42 | Burson Marstellar | 222113189 | August 2014 Professional Services Fixed Fee | 7/28/2015 | $75,000.00 | | 9/2/2014 | $75,000.00 | | BGS 0787, Ck 1015 "Invoice 222113189" | |
| 43 | Burson Marstellar | 22113710 | Sept 2014 Professional Services $75,000; Out of Pocket Expenses $5,975.10 | 8/29/2014 | $80,975.10 | | | | | | |
| 44 | | | | | | | 9/11/2014 | $2,987.55 | | BGS 0787, Ck 1031 "1/2 expenses [unknown]" | BGS reported $2,988 on FARA filing |
| 45 | Burson Marstellar | 22114182 | October 2014 Professional Services Fixed-Fee $75,000; Out of Pocket Expenses $2,490.45 | 9/30/2014 | $77,490.45 | | | | | | |
| 46 | Burson Marstellar | 222114614 | November 2014 Professional Services- Fixed Fee | 10/24/2014 | $75,000.00 | | | | | | |
| 47 | Burson Marstellar | 22115095 | December 2014 Professional Services Fixed-Fee $75,000; Out of Pocket Expenses $324.40 | 11/24/2014 | $75,324.40 | | | | | | |
| 48 | | | | | $534,094.95 | | | $227,987.55 | $306,107.40 | | |
| 49 | | | | | | | | | | | |
| 50 R&R Partners (Sean Tonner, Fred Niehaus) | | | | | | | | | | | |
| 51 | R&R Partners | 1888678-00 | Agency Fee June 2014 $35,000 -Job 092243 Sri Lanka 2014 Consulting Retainer | 6/1/2014 | $35,000.00 | | 7/7/2014 | $35,000.00 | | BGS 0971, Ck 1004 "Contract Services Inv # 188678-00" | |
| 52 | R&R Partners | 189883-00 | Agency Fee July 2014, June 2014 Travel IGS2,475.27; June 2014 Travel Grant Park Global Agency Fee July 2014; 092243 Sri Lanka 2014 Consulting Retainer | 7/1/2014 | $38,635.80 | | 8/20/2014 | $35,000.00 | | BGS 0787, Ck 1013 "July Services expense Invoice # 189883-00" | |
| 53 | R&R Partners | 191331-00 | Agency Fee Aug 2014 $35,000, June 2014 Travel Sean Tonner $3,234.60; Travel IGS 4,264.18; June 2014 Travel Grant Park Global $613.26 | 8/1/2014 | $43,112.04 | | 9/2/2014 | $35,000.00 | | BGS 0787, Ck 1020 "Services Aug 201_ Invoice 191331-00" | [BGS reported to FARA a payment on 9/11/2014 |
| 54 | R&R Partners | 192438-000 | Agency Fee Sept 2014, IGS Travel $2,277.79; 092243 Sri Lanka 2014 Consulting Retainer | 9/1/2014 | $37,277.79 | | | | | | |
| 55 | R&R Partners | | October Agency Fee | 10/1/2014 | $35,000.00 | | | | | | |
| 56 | R&R Partners | | | | | | 9/11/2014 | $5,873.92 | | BGS 0787, Ck 1034 "1/2 Expenses" | [NOTE: BGS reported $5,784 on FARA] |
| 57 | R&R Partners | | | | | | 9/30/2014 | $8,151.71 | | BGS 0971, Ck 1016 "Expenses Remaining June July Aug 192438, 189583, 191331" | NOTE: BGS reported $8,152 to FARA |
| 58 | | | | | $189,025.63 | | | $119,025.63 | $70,000.00 | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | $553,377.85 | | |