TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:     evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>                 v.<br><br>IMAAD SHAH ZUBERI,<br><br>            Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>REDACTED DECLARATION OF DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S FINAL SENTENCING POSITION; REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #271) PER COURT'S ORDER DATED 2/9/17 |

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468
     Facsimile: (213) 894-2927
     E-mail:    daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOV. 13, 2020

CC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | No. CR 20-155-VAP |
| v. | DECLARATION OF AUSA DANIEL J. O'BRIEN IN SUPPORT OF GOVERNMENT'S FINAL SENTENCING POSITION; EXHIBITS |
| IMAAD SHAH ZUBERI, | |
| Defendant. | Date: November 30, 2010
Time: 10:00 a.m.
Courtroom: 8A

(UNDER SEAL) |

**DECLARATION OF AUSA DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California assigned to the prosecution of <u>United States v. Imaad Shah Zuberi</u>, CR No. 19-642-VAP. I make this declaration in support of the government's Final Sentencing Position.

2. Attached as Exhibits 1A, 2A, 2C, and 3 are email communications ▮▮▮▮▮ (Person C).

3. Attached as Exhibits 1B and 4C are email communications ▮▮▮▮▮ (Person NN).

4. Attached as Exhibit 2B are WhatsApp communications with defendant ▮▮▮▮▮ (Person LL).

5. Attached as Exhibit 4A are email communications ▮▮▮▮▮ (Person NN). ▮▮▮▮▮ his principal client was defendant and/or defendant's company, Avenue Ventures.

6. Attached as Exhibit 4B are email communications ▮▮▮▮▮

7. ▮▮▮▮▮

███ (Ex. 4A: ███ 695-96, 675-76; Ex. 4C: ███ ███

███ (Ex. 4A: ███ 590-91), ███ (Id.)

8. ███ (Ex. 4B: ███

9. ███ (Ex. 4B: ███ (Ex. 4A: ███ 545-47) ███ (Ex. 4B: ███) ███ (Ex. 4B: ███

10. Attached as Exhibit 5A ███

1  ▮▮▮▮  Attached as Exhibit 5B is a character reference letter
2  written by ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .
3  　　11.　Attached as Exhibit 6 is an email exchange with defendant
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (Person NN) in which defendant requested a
5  character reference letter.  Attached as Exhibit 6A is a sample
6  character reference letter from Congressman Eliot Engel that
7  defendant forwarded to ▮▮▮▮ to use as a template.
8  　　12.　Attached as Exhibit 6B is an email from defendant,
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , that attached letters from various
10 members of Congress, including Congressman Engel.
11 　　13.　Attached as Exhibit 7 are estimates of the cost of
12 prosecution incurred by employees of the Internal Revenue Service in
13 connection with the prosecution of defendant's tax charges.
14 　　14.　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 　　15.　Attached as Exhibit 8 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 which he recites the circumstances surrounding defendant's request
21 in 2019 that he destroy emails relating to ▮▮▮▮▮▮▮▮ .
22 　　16.　Attached as Exhibit 9A ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 in furtherance of the government's ▮▮▮▮ ▮▮▮▮▮▮▮▮ .  Attached as
26 Exhibit 9B ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Attached
28 as Exhibit 9C ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3

███████████ ███████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████

17. Exhibit 3C in support of the Government's Response to Defendant's Initial Brief filed on November 9, 2020 is ████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████ ██████
████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November at Los Angeles, California.

                                              /s/
                                    DANIEL J. O'BRIEN

4

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on November 9, 2020, I was caused to email the above-titled action, a copy of: **Declaration of AUSA Daniel J. O'Brien in Support of Government's Reply to Defendant's Response to Government's Position re Acceptance of Responsibility; Exhibits (Under Seal)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ By Email, as follows:

☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
**tobrien@bgrfirm.com**

Ivy Wang, Esq.
iwang@bgrfirm.com

Nate Brown, Esq.
nbrown@bgrfirm.com

Evan Davis, Esq.
**davis@taxlitigator.com**

at their last known email address.

This Certificate is executed on November 9, 2020 at Los Angeles,

California. I certify under penalty of perjury that the foregoing is true and correct.

>                    /s/ *Sandy Ear*
>                    SANDY EAR
>                    Legal Assistant