# EXHIBIT 1A

From: imaad zuberi
Sent: Fri 2/27/2015 6:36 PM (GMT-00:00)
To: █
Cc: █
Bcc:
Subject: RE: Libya

█-
No Congressman or Senator will come to some initial meeting in Paris to meet some fucking Libyans?
These American legislators are not clowns like they are in Kuwait or Venezuela.
If it weren't for us these Libyans would event be getting these meetings. No one in America cares about Libya.
We need the names of people who will come. I will take care of the rest.
I am looking forward to seeing █ I am looking forward to seeing █
We will meet at offsite I will email you the address.
imaad

**From:** █
**Sent:** Thursday, February 26, 2015 3:41 PM
**To:** Imaad Zuberi
**Cc:** Jon Carpenter - Avenue Ventures; █ John Warren - Avenue Ventures; Renee Wu - Avenue Ventures LLC
**Subject:** Re: Libya

Dear Imad,

As I know that the meeting is scheduled for Friday noon time. Is this right? Will there be any of the Congress man or Senate's that we met. Do you want me to draft the letter that Lindsey graham asked form. He wanted us to put all the Libyan delegation names in this letter.

Regards,

█

On Feb 26, 2015 11:19 PM, "imaad zuberi" <█@mindspring.com> wrote:

Hello █ -

I will be in Paris on Thursday 5 and Friday 6. Can you please be there and ask your Libyan friends to come to Paris to discuss what exactly they are looking for from the United States of America? We need to understand this prior to moving forward. █ might have told you we have spoken to Chair Armed Services Committee Senator John McCain, Senator Lindsey Graham, Chair House Foreign Affairs Committee

Congressman Ed Royce and etc. People in Washington want to better understand what is going on in Libya after we liberated them.

Thanks

imaad

Imaad Zuberi

Vice Chairman • Partner

Avenue Ventures • Avenue Capital Group • Avenue Investment Services





E: @avenueventure.com

Los Angeles • New York • Washington • Dubai • Mumbai • Beijing • Shanghai • Hong Kong



---

🛡 avast  This email has been checked for viruses by Avast antivirus software.
www.avast.com

---

🛡 avast  This email has been checked for viruses by Avast antivirus software.
www.avast.com

CONFIDENTIAL ▇_00001616