# EXHIBIT 1B

▮▮▮▮▮▮▮▮▮▮

**Sent:** Thu 5/7/2020 8:49:29 AM
**Subject:** Fwd: FW: Washington trip

:::::::::
;;;;;;;;;

---------- Forwarded message ---------
From: **imaad zuberi** <▮▮▮▮▮▮@mindspring.com>
Date: Sat, Apr 25, 2015 at 23:21
Subject: FW: Washington trip
To: imaad zuberi <▮▮▮▮▮▮@mindspring.com>


**From:** imaad zuberi
**Sent:** Saturday, April 25, 2015 2:08 PM
**To:** Ambassador Jalil Abbas Jilani - Pakistan Embassy Washington
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** FW: Washington trip

Hello-

Sorry we missed each other over the phone yesterday.

Thursday it was nice running into you at Hart Senate Building. I was coming from my friend and Senator Bob Menendez office (Bob is my friend and will remain a friend no matter what happens).

Thursday you missed the lunch I hosted with Senator Lindsey Graham, Senator Bob Corker, Senator John McCain, Senator Kelly Ayotte, Senator Joni Ernst, Senator Jon Tester, Senator Shelton Whitehouse, Senator Richard Blumenthal, Senator John Warner, Senator Jeanne Shaheen, Congressman Ed Royce, Congressman Eliot Engel, Congressman David Cicilline, Congressman Patrick Murphy, Congressman Tony Cardenas, Congressman Dana Rohbacher, DNC Chair/Congresswoman Debbie Wasserman-Schultz and others.

Drones strikes in Pakistan were major topic of conversation.

I had several ambassadors at the lunch including from GCC and Sedar Kilic Turkish Ambassador who wanted to see senators and congressmen who weren't giving him time.

My friend and Congressman Judge Ted Poe mentioned that you have asked him for meeting request but he hadn't had time to meet. I think there might be other things at play. I have suggested that you invite him officially to Pakistan and I will push him and Dana to go. However, no one has acted on this. Pakistan is unnecessary creating advasaries which will come back in a negative way. We were joking that Pakistanis are great at shooting themselves on the foot i.e. the Mumbai terror mastermind and etc.

I forgot to ask Eliot if you guys met for lunch or dinner? If not then Eliot will visit me in Los Angeles June 20 to 25. Why don't you come and spend quality time with him. You know it was

his office who wrote the anti Pakistan letter which was sent by House Foreign Affairs Committee to Secretary Kerry to possibly put sanctions on Pakistan.

Thursday, I had interesting dinner with the President where he brought up the drones. You know we are big advocates of drones especially Predators because of our relationship to owners of General Atomics (maker of Predators). Landscape is shifting on subcontinent against Pakistan towards India because India has growing business opportunities for US businesses and China. Based on what we discussed I might be in Washington lot more often.

Several senators, congressmen and governors will be in Los Angeles this weekend and next week for Milken Global Conference. I will see Lindsey for dinner on Sunday to talk to him about Pakistan military aid package. What Pakistan needs the most is survelence equipment to guard against extremist entering GHQ, Karachi airport, Pakistan Naval bases and etc. However I am surprised that this is not in the ask from Pakistan? The question many senators and congressmen were asking is does Pakistan wants offensive equipment for use against India or does Pakistan wants defensive equipment to fight against extermists?

As 2016 Presidential Campaign gets started I will be on East Coast especially Brooklyn a lot more often. You ought to come and update next foreign policy advisers (who will probably be on next NSC) on issues Pakistan is going through.

Hope to see you soon

imaad



This email has been checked for viruses by Avast antivirus software.
[www.avast.com](www.avast.com)