# EXHIBIT 2A

From: imaad zuberi
Sent: Thu 11/03/2016 1:03 PM (GMT-00:00)
To: "imaad zuberi" <████████@mindspring.com>
Cc:
Bcc:
Subject: FW: *10.31.2016 Background on FBI Director Comey's Letter*
Attachments: 20161031_Monday_MessageGuide_FINAL (1)00002.pdf

Trump will be looked into after the election for his: 1) traitor (i.e. Russian) behavior, 2) tax fraud, 3) sexual harassment, 4) wages fraud and non-payment to contractors and his other scumbag behavior which might be illegal

Perhaps he should go live in Russia with the other traitor Snowden

**Subject:** *10.31.2016 Background on FBI Director Comey's Letter*

Dear Leadership Council members,

Below please find updated background information on FBI Director Comey's letter; a campaign video laying out the facts; and a letter from former DOJ officials--who served in Administrations of both parties--raising concerns over Comey's breach of protocol.

\*\*\*

**Background on FBI Director Comey's Letter:**

- **We now know that Comey hadn't even reviewed the material before he started this whole confounding situation.**

    o He's just now gotten permission to start reviewing the emails to see if they have any significance. He's sequenced this process totally backwards.
    o To make matters worse, anonymous sources in his department are leaking selective information to the press left and right, in a further abuse of protocol, injecting speculative information into the discussion while the Clinton campaign is kept in the dark.
    o The review process that apparently began Sunday is not at all certain to be resolved ahead of the election.
    o This prospect should have weighed on Director Comey before he decided to send his letter to Congress, and it was likely among the reasons that senior Justice Department officials urged him not to take that step.

- **Voters deserve all the facts here, and right now they certainly don't have them. There's still so much we don't know:**

    o We don't know if the emails are to or from Hillary Clinton.
    o We don't know if they're work-related or totally personal.

CONFIDENTIAL ████ 00004542

- o We don't know if they're duplicates of emails the FBI has already reviewed.
- o And even Director Comey himself noted that they may not even be significant.

- **Leaders and law enforcement experts from both sides of the aisle are rightly voicing their concern about Director Comey's decision to send the letter, because it goes against decades of DOJ precedent and procedure.**

    - o Former AG Eric Holder said in the Washington Post: "That decision was incorrect ... [Comey] has committed a serious error with potentially severe implications."
    - o Holder and a group of nearly 100 former federal prosecutors and high-ranking DOJ officials from both Democratic and Republican administrations issued a joint letter saying: "His unprecedented decision to publicly comment on evidence in what may be an ongoing inquiry just eleven days before a presidential election leaves us both astonished and perplexed."
    - o Former Deputy AGs Jamie Gorelick and Larry Thompson wrote an op-ed in the Washington Post saying: "[Comey] has chosen personally to restrike the balance between transparency and fairness, departing from the department's traditions ... Department officials owe the public an explanation of how events have unfolded the way they have."

- **It's notable that Director Comey hasn't said anything about the FBI's investigation into illegal hacking by the Russians.**

    - o He's now taken unprecedented steps to inform Congress and therefore the public about his investigation into Clinton's emails. But when it comes to the investigation into Russian hacking and possible connections to the Trump campaign, he refuses to disclose anything.
    - o As Rep. Elijah Cummings said: "The FBI now potentially faces a very serious credibility problem ... If it turns out that the FBI is in fact investigating—or planning to investigate—[former Trump campaign manager] Paul Manafort because of his dealings with Russia, or anyone else associated with Donald Trump—and does not disclose these facts to the American people before the election—then the FBI will be accused of a double standard when those facts ultimately do come out."

- **Until Director Comey gives the American people information about this directly, there is not much more to say.** Enough of the leaks and innuendo. In the absence of facts, the voters deserve a conversation these last 8 days about the choice of who is going to be president.

- **Hillary Clinton isn't going to be distracted or let this hijack the election.** She's going to continue making her closing argument on the trail. Donald Trump is completely unqualified - voters know that his dangerous ideas and divisive rhetoric make him unfit to be president. Hillary has the commitment, experience and steadiness to make a difference in the lives of American families and that's why Democrats, Republicans and independents are coming together to vote her Stronger Together vision for our country.

CONFIDENTIAL
00004543

- **Clinton supporters know that it's more urgent than ever to get out and vote.** Every indication in the states — from early voting numbers to volunteer activity — shows that voters recognize that the stakes in this election couldn't be higher.

\*\*\*

**Video: The Facts Behind Comey's Unprecedented Letter** -- Watch here.

\*\*\*



## Former DOJ Officials – From Administrations Of Both Parties – Raise Concerns Over Comey's Breach Of Protocol

*Sunday, as reported by the Associated Press, a group of nearly 100 former federal prosecutors and high-ranking DOJ officials from both Democratic and Republican administrations, including former AG Eric Holder and former Deputy AG Larry Thompson, issued the following joint letter expressing serious concerns over FBI Director Comey's departure from long-standing department protocols:*

As former federal prosecutors and high-ranking officials of the U.S. Department of Justice, we know that the impartiality and nonpartisanship of the United States justice system makes it exceptional throughout the world. To maintain fairness and neutrality, federal law enforcement officials must exercise discipline whenever they make public statements in connection with an ongoing investigation. Often, evidence uncovered during the course of an investigative inquiry is incomplete, misleading or even incorrect, and releasing such information before all of the facts are known and tested in a court of law can unfairly prejudice individuals and undermine the public's faith in the integrity of our legal process.

For this reason, Justice Department officials are instructed to refrain from commenting publicly on the existence, let alone the substance, of pending investigative matters, except in exceptional circumstances and with explicit approval from the Department of Justice officials responsible for ultimate supervision of the matter. They are also instructed to exercise heightened restraint near the time of a primary or general election because, as official guidance from the Department

CONFIDENTIAL 00004544

instructs, public comment on a pending investigative matter may affect the electoral process and create the appearance of political interference in the fair administration of justice.

It is out of our respect for such settled tenets of the United States Department of Justice that we are moved to express our concern with the recent letter issued by FBI Director James Comey to eight Congressional Committees. Many of us have worked with Director Comey; all of us respect him. But his unprecedented decision to publicly comment on evidence in what may be an ongoing inquiry just eleven days before a presidential election leaves us both astonished and perplexed. We cannot recall a prior instance where a senior Justice Department official—Republican or Democrat—has, on the eve of a major election, issued a public statement where the mere disclosure of information may impact the election's outcome, yet the official acknowledges the information to be examined may not be significant or new.

Director Comey's letter is inconsistent with prevailing Department policy, and it breaks with longstanding practices followed by officials of both parties during past elections. Moreover, setting aside whether Director Comey's original statements in July were warranted, by failing to responsibly supplement the public record with any substantive, explanatory information, his letter begs the question that further commentary was necessary. For example, the letter provides no details regarding the content, source or recipient of the material; whether the newly-discovered evidence contains any classified or confidential information; whether the information duplicates material previously reviewed by the FBI; or even "whether or not [the] material may be significant."

Perhaps most troubling to us is the precedent set by this departure from the Department's widely-respected, non-partisan traditions. The admonitions that warn officials against making public statements during election periods have helped to maintain the independence and integrity of both the Department's important work and public confidence in the hardworking men and women who conduct themselves in a nonpartisan manner.

We believe that adherence to longstanding Justice Department guidelines is the best practice when considering public statements on investigative matters. We do not question Director Comey's motives. However, the fact remains that the Director's disclosure has invited considerable, uninformed public speculation about the significance of newly-discovered material just days before a national election. For this reason, we believe the American people deserve all the facts, and fairness dictates releasing information that provides a full and complete picture regarding the material at issue.

**Signatories:**

- Eric H. Holder, former Attorney General of the United States
- Stuart M. Gerson, former Acting Attorney General of the United States, former Assistant Attorney General
- Donald B. Ayer, former Deputy Attorney General of the United States
- James M. Cole, former Deputy Attorney General of the United States
- Jamie S. Gorelick, former Deputy Attorney General of the United States
- Gary G. Grindler, former Acting Deputy Attorney General of the United States

CONFIDENTIAL

- Larry D. Thompson, former Deputy Attorney General of the United States
- David W. Ogden, former Deputy Attorney General of the United States
- Wayne A. Budd, former Associate Attorney General of the United States, former U.S. Attorney for the District of Massachusetts
- Tony West, former Associate Attorney General of the United States
- Neal Kumar Katyal, former Acting Solicitor General of the United States
- Lanny A. Breuer, former Assistant Attorney General, Criminal Division
- Christine A. Varney, former Assistant Attorney General, Antitrust Division

- Lourdes Baird, former U.S. Attorney for the Central District of California
- Paul Coggins, former U.S. Attorney for Northern District of Texas
- Jenny Durkan, former U.S. Attorney for the Western District of Washington
- Melinda L. Haag, former U.S. Attorney for the Northern District of California
- Timothy Heaphy, former U.S. Attorney for the Western District of Virginia
- Scott R. Lassar, former U.S. Attorney for the Northern District of Illinois
- Michael D. McKay, former U.S. Attorney for the Western District of Washington
- Harry Litman, former U.S. Attorney for Western District of Pennsylvania
- Neil H. MacBride, former U.S. Attorney for the Eastern District of Virginia
- Bill Nettles, former U.S. Attorney for the District of South Carolina
- Timothy Q. Purdon, former U.S. Attorney for the District of North Dakota
- Donald Stern, former U.S. Attorney for Massachusetts
- Anne M. Tompkins, former U.S. Attorney for the Western District of North Carolina

- Elkan Abramowitz, former Chief of the Criminal Division, U.S. Attorney's Office for the Southern District of New York
- David B. Anders, former Assistant U.S. Attorney for the Southern District of New York
- Jodi L. Avergun, former Section Chief, U.S. Department of Justice Criminal Division
- Marion Bachrach, former Chief of General Crimes, U.S. Attorney's Office for the Eastern District of New York
- Richard Ben-Veniste, former Assistant U.S. Attorney for the Southern District of New York, and former Assistant Watergate Prosecutor
- Shay Bilchik, former Director, U.S. Department of Justice Office of Juvenile Justice and Delinquency Prevention
- David M. Buckner, former Assistant U.S. Attorney for the Southern District of Florida
- Alex Busansky, former prosecutor, U.S. Department of Justice Civil Rights Division
- Helen V. Cantwell, former Assistant U.S. Attorney for the Southern District of New York
- Sandra Cavazos, former Assistant US Attorney for the Northern District of California and the Eastern District of New York

CONFIDENTIAL

00004546

- Charles E. Clayman, former Assistant U.S. Attorney for the Eastern District of New York
- Joel M. Cohen, former Chief of the Business and Securities Fraud Division, U.S. Attorney's Office for the Eastern District of New York
- Leo P. Cunningham, former Assistant U.S. Attorney for the Northern District of California
- Bert Deixler, former Assistant U.S. Attorney for the Central District of California
- Keir Dougall, former Assistant U.S. Attorney for the Eastern District of New York
- Ira M. Feinberg, former Assistant U.S. Attorney for the Southern District of New York
- Cary M. Feldman, former Assistant U.S. Attorney for the District of Columbia
- Martin Flumenbaum, former Assistant U.S. Attorney for the Southern District of New York
- Stuart L. Gasner, former Assistant U.S. Attorney for the District of Hawaii
- Douglas F. Gansler, former Assistant U.S. Attorney for the District of Columbia, and former Attorney General of Maryland
- Faith Gay, former Deputy Chief of the Special Prosecutions and Civil Rights Divisions, U.S. Attorney's Office for the Eastern District of New York
- Gerald Greenberg, former Assistant U.S. Attorney for the Southern District of Florida
- Fred Hafetz, former Chief of the Criminal Division, U.S. Attorney's Office for the Southern District of New York
- John Heuston, former Assistant U.S. Attorney for the Central District of California
- Michele Hirshman, former Chief of the General Crimes and Public Corruption Units, U.S. Attorney's Office for the Southern District of New York
- Sydney Hoffmann, former Assistant U.S. Attorney for the District of Columbia
- June M. Jeffries, former Assistant U.S. Attorney for the District of Columbia
- Marcia Jensen, former Assistant U.S. Attorney for the Northern District of California
- John Joseph, former Assistant U.S. Attorney for the Eastern District of Pennsylvania
- Nancy Kestenbaum, former Chief of General Crimes, U.S. Attorney's Office for the Southern District of New York
- David V. Kirby, former Chief of the Criminal Division, U.S. Attorney's Office for the District of Vermont
- Barbara E. Kittay, former prosecutor, U.S. Department of Justice, Criminal Division, and former Assistant U.S. Attorney for the District of Columbia
- David S. Krakoff, former Assistant U.S. Attorney for the District of Columbia
- Larry H. Krantz, former Assistant U.S. Attorney for the Eastern District of New York
- Miriam Krinsky, former Chief of General Crimes, U.S. Attorney's Office for the Central District of California
- Laurie Levenson, former Assistant U.S. Attorney, Central District of California
- Hon. Tim Lewis, former Assistant U.S. Attorney for the Western District of Pennsylvania, and former federal judge on the Third Circuit Court of Appeals

CONFIDENTIAL
00004547

- Lori Lightfoot, former Assistant U.S. Attorney for the Northern District of Illinois
- Debra Long-Doyle, former Assistant U.S. Attorney for the District of Columbia
- Carl H. Loewenson, Jr., former Assistant U.S. Attorney for the Southern District of New York
- Jeffrey Marcus, former Assistant U.S. Attorney for the Southern District of Florida
- Richard Marmaro, former Assistant U.S. Attorney for the Central District of California
- Douglass B. Maynard, former Assistant U.S. Attorney for the Southern District of New York
- Seth Miles, former Assistant U.S. Attorney for the Southern District of Florida
- Amy Millard, former Assistant U.S. Attorney for the Southern District of New York
- Curtis B. Miner, dormer Assistant U.S. Attorney for the Southern District of Florida
- Cynthia Monaco, former Assistant U.S. Attorney for the Eastern District of New York
- Martin Perschetz, Assistant U.S. Attorney for the Southern District of New York
- Elliot R. Peters, former Assistant U.S. Attorney for the Southern District of New York
- Karen A. Popp, former Assistant U.S. Attorney for the Eastern District of New York
- Jeff Rabkin, former Assistant U.S Attorney for the Eastern District of New York, and for the Northern District of California
- Daniel L. Rashbaum, former Assistant U.S. Attorney Southern District of Florida
- Alicia Strohl Resnicoff, former Assistant U.S. Attorney for the Eastern District of Pennsylvania
- David H. Resnicoff, former Assistant U.S. Attorney, Eastern District of Pennsylvania
- Lawrence Robbins, former Assistant U.S. Attorney for the Eastern District of New York
- Frank A. Rothermel, former U.S. Department of Justice Civil Fraud Prosecutor
- Lee Rubin, former prosecutor, U.S. Department of Justice Civil Rights Division, and former Assistant U.S. Attorney for the District of Columbia
- Betty Santangelo, former Assistant U.S. Attorney for the Southern District of New York
- John Savarese, former Assistant U.S. Attorney for the Southern District of New York
- Richard L. Scheff, former Chief of the Corruption and Labor Divisions, U.S. Attorney's Office for the Eastern District of Pennsylvania
- William Schwartz, former Deputy Chief of the Criminal Division, U.S. Attorney's Office for the Southern District of New York
- John Siffert, former Assistant U.S. Attorney for the Southern District of New York
- David Sklansky, former Assistant U.S. Attorney for the Central District of California
- Matthew E. Sloan, former Assistant U.S. Attorney for the District of Columbia and the Central District of California
- Judge Mike Snipes, former Assistant U.S. Attorney for the Northern District of Texas
- Stephen R. Spivack, former Assistant U.S. Attorney for the District of Columbia

CONFIDENTIAL

- Jeremy H. Temkin, former Assistant U.S. Attorney for the Southern District of New York
- Eric Tirschwell, former Assistant U.S. Attorney for the Eastern District of New York
- Michael Tremonte, former Assistant U.S. Attorney for the Eastern District of New York
- Amy Walsh, former Chief of the Business and Securities Fraud Division, U.S. Attorney's Office for the Eastern District of New York
- Richard D. Weinberg, former Assistant U.S. Attorney for the Southern District of New York
- Peter Zeidenberg, former Assistant U.S. Attorney for the District of Columbia, and U.S. Department of Justice Public Integrity Section
- Lawrence J. Zweifach, former Chief of the Criminal Division, U.S. Attorney's Office for the Eastern District of New York

###

HILLARY FOR AMERICA
Hillary for America, PO Box 5256, New York, NY 10185

Hillary for America

CONFIDENTIAL　　00004549