# EXHIBIT 2B

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
need the headache
11/7/16, 9:30 AM - ▮: i maad common. i know you are tired but i have done nothing. no mess. they presured me to pay 33k for birtday which they blame me that i went to event without payment . you supposed to comunicate to them. charlie

told me many time i have to $50k pay them directly not thorugh you for clooney event. i have always done as you said. i paid more than $200k for your request. no problem.  i did not give you headeach. pleas pay campaign 85k under my name

you said you could do it in miami.  i will make it up.. please.
11/7/16, 9:48 AM - Imaad: Why can't you listen? What make you do thing that we discussed you won't do like writing email and text. Why are you texting me this and emailing me? What part of don't email and don't text you don't understand?

What is wrong with you? Will you ever change?
11/7/16, 9:48 AM - Imaad: Why you want to create unnecessary problem for your self and me? Why?
11/7/16, 9:50 AM - Imaad: We will discuss when we meet
11/7/16, 9:52 AM - ▮: ok imaad. you wrote about headadch on ijaz things and i wrote you back. there is nothing wrong if you make controbution and i go to event as your guest. ok.
11/7/16, 9:55 AM - ▮: i just feel bad. i always supported you and did as you asked me. now you say we go apart on politics. this help ask you is not fracture of you had done. if this make you upset please dont do anything. i am just

sad.
11/7/16, 9:58 AM - Imaad: I will support you but please please please please please please do not email me or text me
11/7/16, 9:59 AM - Imaad: I am blocking your emails and texts
11/7/16, 9:59 AM - Imaad: I do not want to get email or text from you
11/7/16, 9:59 AM - ▮: ok
11/7/16, 9:59 AM - Imaad: If you have something then just call me
11/7/16, 9:59 AM - ▮: ok
11/7/16, 9:59 AM - ▮: i wont text
11/7/16, 10:03 AM - Imaad: I am on the plane we will talk when I land
11/7/16, 10:22 AM - Mg: nothing to talk imaad. i just told you my feeling that you want prefer mahmood and ijaz over me  after all we did together.do what ever feel comfortable.
11/7/16, 10:24 AM - Imaad: I love you like a brother but you either don't think before you do thing in you ADHD manner or are stupid
11/7/16, 10:27 AM - ▮: by the way.mahmood and ijaz are good people
11/7/16, 10:27 AM - Imaad: Just come tomorrow I have you attending the event
11/7/16, 10:35 AM - ▮: ok
11/7/16, 10:35 AM - ▮: i rsvped
11/7/16, 10:35 AM - Imaad: Okay I will IOM hotel room for you tomorrow
11/7/16, 11:10 AM - ▮: ok
11/8/16, 4:29 PM - ▮: r you at marriot marquise. i need ronpark my var
11/8/16, 4:57 PM - Imaad: <Media omitted>
11/8/16, 10:16 PM - ▮: Imaad i am in the back ound chair to seat because my leg is hurting due to diabetic.
11/9/16, 1:24 AM - ▮: <Media omitted>
11/9/16, 4:18 PM - ▮: <Media omitted>
11/9/16, 11:22 PM - ▮: omaad i will fo 50 k  you said  we will yake pivyure
11/9/16, 11:37 PM - ▮: sorry, i will do $50k and you said you will take me white house
11/10/16, 2:06 AM - Imaad: Read what you wrote? I have no clue what you said. First I have ducking repeatedly told you not to email or text me on political contribution stuff? Second what the hell are you trying to say?
11/10/16, 3:59 AM - Imaad: How quickly people are dumped. Future of DNC is with successful governors like Terry McAuliffe

Defeat likely spells the end of Clinton Dynasty
http://nyp.st/2fDK3iN

```
                    WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
11/10/16, 9:19 AM - ▮: i am sayin nothing. i was texting while driving.
11/10/16, 9:19 AM - ▮: sory
11/10/16, 9:21 AM - ▮: do nt you  think clinton name also will  affect  Terry?
11/10/16, 11:07 AM - ▮: you asked me a question yes or no yesterday  answer is yes.
11/10/16, 11:10 AM - Imaad: Okay
11/10/16, 6:14 PM - ▮: Ersal said you did not connect with him. if you wanto see
him,  you should let him know you will meet thim later so he can adjust himself
11/10/16, 11:00 PM - Imaad: I will call you now in NYC
11/10/16, 11:38 PM - ▮: ok call me
11/11/16, 1:59 AM - Imaad: You are confirmed for Tuesday dinner in Washington.
Please ring your $50,000 check
11/11/16, 3:12 AM - ▮: ok. did you see pence?
11/11/16, 3:12 AM - Imaad: Yes but I don't want to have discussion on email, text or
phone
11/11/16, 3:17 AM - ▮: ok
11/11/16, 3:18 AM - ▮: ersal was asking me that he did not get mesage from you
11/11/16, 12:11 PM - ▮: Can't talk now. Call me later?
11/11/16, 7:00 PM - Imaad: <Media omitted>
11/11/16, 7:01 PM - Imaad: <Media omitted>
11/12/16, 5:27 AM - Imaad: I had lunch with with VP Elect Pence, John McCain, Bob
Corker and Lindsey Graham. They told me General Flynn is mostly disliked across
board by Republicans (national security and foreign policy experts) for his

radical views on foreign policy. Flynn is the one who had positive view on Turkey
(wrote positive OpEd piece). Unfortunately positive opinion of current Turkish
Administration is still not where it was when Obama initially took office

and thought of President Erdogan as a partner for US in the Muslim world
11/12/16, 5:31 AM - Imaad: You should take your Hillary photo off
11/12/16, 9:54 AM - ▮: thank you for the note.
which photo? previous photos of her at facebook?  i don have her picture at my
profile for a while
11/12/16, 12:33 PM - Imaad: Photo here
11/12/16, 2:07 PM - ▮: i chaged. thank yiu
11/12/16, 2:12 PM - Imaad: Good
11/13/16, 8:13 PM - ▮: whre r y staying tuesday night so i can rserve my room too
11/13/16, 8:44 PM - Imaad: Marriott Marquis Washington
11/13/16, 9:09 PM - ▮: is it certain that yku will stay there
11/13/16, 9:12 PM - Imaad: I will be back in Los Angeles at 3pm Wednesday
11/13/16, 9:13 PM - Imaad: We can meet for dinner on Wednesday
11/13/16, 9:14 PM - ▮: i checked the hotel it is $1000 a night and other hotels are
sold out. can you make resevation  and i will definetely pay to you
11/13/16, 9:15 PM - ▮: also you mean dinner on tuesday night?
11/14/16, 1:05 AM - Imaad: This is from NYT. Comparing Modi, Putin, Erdogan, Trump
and etc

NYTimes: The Incendiary Appeal of Demagoguery in Our Time
http://www.nytimes.com/2016/11/14/opinion/the-incendiary-appeal-of-demagoguery-in-ou
r-time.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/14/16, 1:17 AM - ▮: can you get me room at marriot . it is 1000 dolar forme
11/14/16, 1:20 AM - Imaad: I will try
11/14/16, 1:48 AM - ▮: i will definegely lay for it
11/14/16, 1:50 AM - ▮: play for it
11/14/16, 10:47 PM - Imaad: Tonight I had special dinner at Mike Rogers home
(possible the next CIA Director) with Congressman Ed Royce, Congressman Eliot Engel,
CIA Director John Brennan, former and current NSA directors, UK SIS (MI-6)

Head and other American heroes. We discussed Malaysian corruption, double games of
Pakistan, coup in Turkey, Hakkan Fidan, MIT, Erdogan among other current world
events. It is a very inter sting world we live in
11/14/16, 10:49 PM - ▮: wow
11/15/16, 9:43 PM - ▮: everone leavig. are you coming back or should i go to hotel
11/16/16, 9:06 AM - Imaad: Interested?
                                          Page 42
```