# EXHIBIT 3

From: imaad zuberi
Sent: Thu 5/07/2015 8:57 PM (GMT-00:00)
To:
Cc:
Bcc:
Subject: FW: Frustration


**From:** imaad zuberi
**Sent:** Thursday, May 7, 2015 1:55 PM
**To:**
**Cc:**
**Subject:** FW: Frustration

-

I am now getting fucking frustration with this ▬, Qatari and everyone involved bullshit. This has been going on for about 1 year now. I call and people don't return my calls? Perhaps avoiding my calls? Please call me to give me update.

I like you guys and would like us to work together but this is not how I work. I would like to avoid where we go head-on because you guys will lose. Please get back to me before actions are taken by me where you won't be able to board airplanes, trains or cross borders.

We don't give a shit who you know in GCC or Europe because they won't be able to stop when US wants to do something.

▬-this involves you as well. You bullshitted me in Munich. You won't be able to come to NYC for your cancer treatments, go to Morocco for fucking girls and etc. This is not a threat but a promise. I keep my promises. Fuck everything, I will fuck you in Dubai. I promise.

I have had enough bullshit from everyone. Fucking fix this or I fuck you. Do you understand?

imaad

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

CONFIDENTIAL                                                                                                          ▬00001108