# EXHIBIT 4A

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

[redacted]

Date: Thursday, March 19, 2015, 3:23 AM

You
understand this will be a difficult meeting. Expect to be
hit on Afridi, bin Ladin, Haqqani, double games Pakistan
plays and etc to be on the table.imaad
From: imaad zuberi
[mailto:[redacted]@mindspring.com]
Sent: Wednesday, March 18, 2015 3:15 PM
To: [redacted]
Subject: FW: Congressional
Engagements [redacted]
Thanksimaad
From: [redacted]



Case 2:19-cr-00642-VAP Document 237-6 *SEALED* Filed 11/13/20 Page 4 of 12 Page ID #:5178
Case 2:19-cr-00642-VAP Document 323-6 Filed 02/10/21 Page 4 of 12 Page ID #:6558

# RE: Points

From: imaad zuberi [REDACTED]@mindspring.com)

To: [REDACTED]

Date: Friday, April 10, 2015, 02:51 AM EDT

Got it. Make sure Rawalpindi is aware I am helping them on this. Hope to see you soon.
imaad
-----Original Message-----
From: [REDACTED]
Sent: Thursday, April 9, 2015 10:20 PM
To: [REDACTED]@mindspring.com
Subject: Points

Imaad: as promised. [REDACTED]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---
This email has been checked for viruses by Avast antivirus software.
http://www.avast.com

# Re: [REDACTED] update

From: [REDACTED]

To: [REDACTED]@mindspring.com

Date: Sunday, June 21, 2015, 09:54 PM EDT

[REDACTED]

**From:** imaad zuberi <[REDACTED]@mindspring.com>
**To:** [REDACTED]
**Sent:** Monday, June 22, 2015 1:04 AM
**Subject:** FW: Columbia update

[REDACTED]
imaad

**From:** [REDACTED]
**Sent:** Sunday, June 21, 2015 9:16 AM
**To:** imaad zuberi
**Subject:** [REDACTED] update

Dear Imaad,

Just checking you received my previous emails and to give you an update re: [REDACTED]

[REDACTED]

If you are available to discuss, my Pakistan mobile is
+ [redacted] or skype: [redacted]

Kind regards, [redacted]

# Re: Your check was cashed

From: [redacted]

To: [redacted]@mindspring.com

Date: Friday, September 25, 2015, 06:35 AM EDT

---

**From:** imaad zuberi <[redacted]@mindspring.com>
**To:** [redacted]
**Sent:** Wednesday, September 23, 2015 12:52 AM
**Subject:** FW: Your check was cashed

---

**From:** imaad zuberi [mailto:[redacted]@mindspring.com]
**Sent:** Tuesday, September 22, 2015 12:52 PM
**To:** [redacted]
**Subject:** RE: Your check was cashed

I was told both your check were cashed.

imaad

---

**From:** imaad zuberi [mailto[redacted]@mindspring.com]
**Sent:** Monday, September 21, 2015 9:54 AM
**To:** [redacted]
**Subject:** [redacted] check was cashed

[redacted]

From: [redacted]

To: [redacted]

Date: Thursday, November 5, 2015, 05:10 PM EST

Another notch in Imaad's stock.

[redacted]