# EXHIBIT 5B


## USC Marshall
School of Business

17 April 2017

To Whom It May Concern:

It's always a pleasure and an honor to comment on the character, passion and professionalism of my friend and colleague, Mr. Imaad Zuberi.

I have known Imaad Zuberi since 2004. Through the years I've seen his unwavering dedication to his parents, family, University of Southern California, the United States, philanthropic organizations, as well as his passion for American business and American politics. By my recollection, I thought to summarize some of the more significant activities that I have been privileged to witness, or be involved with Imaad through the years:

- Imaad's commitment to education and the University of Southern California's Marshall School of Business is uncontestable. Through the years Imaad has not only provided direct financial support to USC, but his personal contribution to the students has been remarkable. Imaad has always been available to meet with my students, ever ready to provide them with counsel and direction, and has always made time to stop by and give an impromptu lecture or talk. Imaad's participation in their business education is important and I know that he has had a positive and profound influence on my students. We are grateful for his contributions to our esteemed university.

- ███████████████████████████████████████████ I've interacted with many business and political leaders and Imaad is one of the best. In all of my observations and direct interactions with Imaad, he has been nothing but professional, forthright and ethical and his "word" is as good any enforceable contract. Admittedly, and I've said this to Imaad many times, he is perhaps too trusting of others, and perhaps not as attentive to details as he should be, but he has a heart the size of Texas, and that will never change and that's what counts, especially in these times.

- Politically, I appreciate Imaad's commitment to various candidates at the national and local levels. In particular, I couldn't be more pleased with his early and continuous support of LA County's Sheriff, Jim McDonnell. As most know, Sheriff McDonnell has a stellar reputation in law enforcement and community relations, and Imaad's early financial and talent commitment to Sheriff McDonnell's candidacy was clearly a factor in the election and a benefit to the citizens of LA County. Sheriff McDonnell has done a remarkable job for LA County and Imaad was there, supporting and campaigning for him from the very start.

- Business wise, Imaad has a proven track record of success. His business acumen is quite advanced and he's ever willing to help on transactions, irrespective of whether he's part of the transaction or not. In all of my dealings with Imaad on business, I have observed him to be honest, ethical and forthright. Realistically, he can be a bit too trusting and his attention for detail is a bit lack, but his command of the facts and strategic intent are formidable and he is honest and makes considerable "best" efforts in all I have observed.

Lastly, I've traveled with Imaad several times on business to foreign countries. In all instances he has exhibited a profound respect for other cultures. Importantly, he has been an advocate for American business, products, and services, and is passionate about and dedicated to attracting foreign investment in the United States. He's a true American who represents our national interests both domestically and aboard.

Marshall School of Business
University of Southern California

University of Southern California

701 Exposition Blvd., HOH 431, Los Angeles, California 90089-1424 • ███████████████ • web: www.marshall.usc.edu/mor

