# EXHIBIT 6

**From:** imaad zuberi <█████i@mindspring.com>
**To:** ████
**Sent:** Saturday, April 1, 2017 12:59 PM
**Subject:** RE: letter

At your convenience

---

**From:** ████
**Sent:** Saturday, April 1, 2017 3:41 AM
**To:** imaad zuberi <████i@mindspring.com>
**Subject:** Re: letter

## Sure, when do you need it by?

---

**From:** imaad zuberi <████i@mindspring.com>
**To:** ████
**Sent:** Friday, March 31, 2017 6:26 PM
**Subject:** FW: letter

Can I please get a letter like this from you of course with different wording?

Thanks
imaad


Imaad Zuberi Letter.docx
13.1kB

0335