# EXHIBIT 6A



**HOUSE OF REPRESENTATIVES**
WASHINGTON, D.C. 20515

ELIOT L. ENGEL
CONGRESSMAN
SIXTEENTH DISTRICT
NEW YORK

March 27, 2017

To Whom It May Concern:

I have known Imaad Zuberi for several years. He has worked with a prolific array of NGO's and governmental organizations that focus on promoting American business interests at home and abroad. Imaad's belief that America needs to be a leader on the international stage has always informed his decision making, and he has always pushed and supported products and services that are made or originated in the United States. He has seen great professional success through his approach to business.

I have also personally known Imaad to be a good family man. Indeed, we connected over our family stories including the shared parallels between our mothers. Imaad is always donating his time and resources to helping non-profit organizations and those in need, and his selflessness comes as second nature.

It is a pleasure to know Imaad and I wish him great success.

Sincerely,

Eliot L. Engel

Eliot L. Engel
Member of Congress

Personal and Unofficial · Not Printed at Government Expense