# EXHIBIT 6B

| | |
|---|---|
| From: | y@avenueventure.com |
| Sent: | Friday, March 21, 2014 3:06 PM PDT |
| To: | @yahoo.com |
| Subject: | FWD: FW: [FWD: FW: Bahrain letter] |
| Attachments: | American Investment concerns in Bahrain.pdf, 1-15-14. Letter to FM Al Khalifa re. American Investors.pdf, Letter to Excellency of Bahrain Jan 2014.pdf, 012114 RPC to Bahrain Ministry of Foreign Affairs.pdf, doc03128320140122153733.pdf, TC_BahrainInvestorLetter.pdf, Cicilline Letter.pdf, DWS_Letter_Khalifa.pdf, American Investment concerns in Bahrain 3.5.2014.pdf |

--------- Original Message ---------
Subject: FW: [FWD: FW: Bahrain letter]
From: "imaad zuberi" <　　　　@mindspring.com>
Date: 3/5/14 2:18 pm
To:
<　　　　gmail.com>
Cc: "Rob Sweeney - Avenue Ventures" <　　　　@avenueventure.com>, "Mark Skarulis" 　　　　@avenueventure.com>

From: imaad zuberi
Sent: Wednesday, March 5, 2014 12:41 PM
To: Ambassador Thomas C. Krajeski - US Embassy Bahrain
Subject: FW: [FWD: FW: Bahrain letter]

FYI-here are 12 letters so far. I believe there are about 45-55 letters that are being sent. Amazingly, Democrats and Republicans are coming together on this issue.

Congresswoman Karen Bass – Foreign Affairs Committee

Congressman Eliot Engel – Ranking Member Foreign Affairs Committee

Congressman Brad Sherman – Foreign Affairs Committee

Senator Bob Casey – Finance, Economic Affairs

Congressman Andre Carson – Intelligence, Strategic Forces



Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

Congressman Tony Cardenas – Budget, Government Oversight

Congressman David Cicilline – Government Oversight, Foreign Affairs Committee

Congresswoman Debbie Wasserman-Schultz – Chair of Democratic National Committee, Deputy Chief Whip, Appropriations, State and Foreign Operations Committee

Congressman Ted Poe – House Foreign Affairs Committee

Congressman Dr. Raul Ruiz

Congressman Ed Royce – Chairman House Foreign Affairs Committee

Congressman Bruce Braley – Congressman from Iowa. Most likely the new Senator from Iowa in November

Imaad

This email is free from viruses and malware because avast! Antivirus protection is active.

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

EDWARD R. ROYCE, CALIFORNIA
CHAIRMAN

CHRISTOPHER H. SMITH, NEW JERSEY
ILEANA ROS-LEHTINEN, FLORIDA
DANA ROHRABACHER, CALIFORNIA
STEVE CHABOT, OHIO
JOE WILSON, SOUTH CAROLINA
MICHAEL T. McCAUL, TEXAS
TED POE, TEXAS
MATT SALMON, ARIZONA
TOM MARINO, PENNSYLVANIA
JEFF DUNCAN, SOUTH CAROLINA
ADAM KINZINGER, ILLINOIS
MO BROOKS, ALABAMA
TOM COTTON, ARKANSAS
PAUL COOK, CALIFORNIA
GEORGE HOLDING, NORTH CAROLINA
RANDY K. WEBER SR., TEXAS
SCOTT PERRY, PENNSYLVANIA
STEVE STOCKMAN, TEXAS
RON DESANTIS, FLORIDA
TREY RADEL, FLORIDA
DOUG COLLINS, GEORGIA
MARK MEADOWS, NORTH CAROLINA
TED S. YOHO, FLORIDA
LUKE MESSER, INDIANA

AMY PORTER                THOMAS SHEEHY
CHIEF OF STAFF            STAFF DIRECTOR



One Hundred Thirteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

ELIOT L. ENGEL, NEW YORK
RANKING DEMOCRATIC MEMBER

ENI F.H. FALEOMAVAEGA, AMERICAN SAMOA
BRAD SHERMAN, CALIFORNIA
GREGORY W. MEEKS, NEW YORK
ALBIO SIRES, NEW JERSEY
GERALD E. CONNOLLY, VIRGINIA
THEODORE E. DEUTCH, FLORIDA
BRIAN HIGGINS, NEW YORK
KAREN BASS, CALIFORNIA
WILLIAM KEATING, MASSACHUSETTS
DAVID CICILLINE, RHODE ISLAND
ALAN GRAYSON, FLORIDA
JUAN VARGAS, CALIFORNIA
BRADLEY S. SCHNEIDER, ILLINOIS
JOSEPH P. KENNEDY III, MASSACHUSETTS
AMI BERA, CALIFORNIA
ALAN S. LOWENTHAL, CALIFORNIA
GRACE MENG, NEW YORK
LOIS FRANKEL, FLORIDA
TULSI GABBARD, HAWAII
JOAQUIN CASTRO, TEXAS

JASON STEINBAUM
DEMOCRATIC STAFF DIRECTOR

January 15, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Excellency:

I recognize the longstanding and mutually supportive relationship between the Kingdom of Bahrain and the United States. The American and Bahraini relationship includes substantial security, economic, diplomatic, and cultural ties.

In this regard, I am very troubled by reports of American investors with substantial participation in a Bahraini development who have encountered interference and harassment from sources linked to the Government of Bahrain. I ask your Excellency's Government to ensure that U.S. investors and the projects in which they are involved not be subjected to harassment or impediments originating beyond the country's established legal system and accepted international business practices.

It is our intention to encourage growing bilateral commercial relations while ensuring that our citizens and their companies receive fair, open and transparent treatment in Bahrain.

I thank you in advance for your time and attention to my concerns. I look forward to continuing to build stronger ties between the American and Bahraini people.

Sincerely,

ELIOT L. ENGEL
Ranking Member

cc: The Honorable Thomas C. Krajeski



Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

ROBERT P. CASEY, JR.
PENNSYLVANIA

COMMITTEES:
AGRICULTURE, NUTRITION,
AND FORESTRY
FINANCE
HEALTH, EDUCATION,
LABOR, AND PENSIONS
SPECIAL COMMITTEE ON AGING
JOINT ECONOMIC

# United States Senate
WASHINGTON, DC 20510

January 21, 2014

His Excellency Shaikh Khalid bin Ahmed Al-Khalifa
Ministry of Foreign Affairs
Government Avenue
Manana
Kingdom of Bahrain

Dear Minister Al Khalifa:

I am writing to express my concern about recent reports from American investors and companies, which have encountered interference from sources possibly connected with the Government of Bahrain.

The strategic relationship between the United States and the Kingdom of Bahrain has been a pillar of U.S. national security strategy in the region. Efforts to broaden economic ties between our two countries should be encouraged. I ask that your Excellency's Government make every effort to ensure that U.S. investors and the projects in which they are involved in Bahrain not be subjected to interference or impediments beyond accepted international business practices or the established requirements of your country's legal system. American firms are also expected to abide by U.S. and international law while conducting business abroad.

The development of bilateral commercial relations can be mutually beneficial to both the United States and the Kingdom of Bahrain. I thank you for your time and attention to this matter.

Sincerely,

Robert P. Casey Jr.
United States Senator

PRINTED ON RECYCLED PAPER

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7



FOREIGN AFFAIRS COMMITTEE
SUBCOMMITTEE ON AFRICA, GLOBAL HEALTH,
GLOBAL HUMAN RIGHTS AND
INTERNATIONAL ORGANIZATIONS

JUDICIARY COMMITTEE
SUBCOMMITTEE ON COURTS, INTELLECTUAL
PROPERTY AND THE INTERNET
SUBCOMMITTEE ON CRIME, TERRORISM,
HOMELAND SECURITY AND INVESTIGATIONS

WWW.BASS.HOUSE.GOV

**KAREN BASS**
CONGRESS OF THE UNITED STATES
37TH DISTRICT, CALIFORNIA

WASHINGTON OFFICE:
408 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
202-225-7084

DISTRICT OFFICE:
4929 WILSHIRE BLVD, SUITE 650
LOS ANGELES, CA 90010
323-965-1422

January 16, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Excellency:

I write today because I am concerned about recent reports of American investors, like Avenue Ventures, who have encountered interference in their business from sources possibly connected to the Government of Bahrain.

The Kingdom of Bahrain and the United States have a longstanding and mutually supportive relationship which includes substantial security, economic, diplomatic, and cultural ties. With this relationship in mind, I ask your Excellency's Government to ensure that U.S. investors and the projects in which they are involved not be subjected to impediments originating beyond the country's established legal system and accepted international business practices.

I encourage the development of growing bilateral commercial relations while ensuring that our citizens and their companies receive fair, open and transparent treatment in Bahrain.

I thank you for your time and attention to this issue and I look forward to continuing to a build strong relationship between the American and Bahraini people.

Sincerely,

Karen Bass

Karen Bass
MEMBER OF CONGRESS

cc: The Honorable Thomas C. Krajeski

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7



BRAD SHERMAN
UNITED STATES CONGRESS

January 17, 2014

PH: (202) 225-5911
FAX: (202) 225-5879

H.E. Khalid bin Ahmed bin Mohamed Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
Government Road
Manama, Kingdom of Bahrain

Dear Excellency,

I recognize the longstanding and mutually supportive relationship between the Kingdom of Bahrain and the United States. The American and Bahraini relationship includes substantial security, economic, diplomatic, and cultural ties.

In this regard, I am troubled by reports of American investors with substantial participation in a Bahraini development who claim that they have encountered interference from sources linked to the Government of Bahrain. I ask your Excellency's Government to ensure that U.S. investors, and the projects in which they are involved, are treated in accordance with the laws of Bahrain and international commercial conventions.

It is our intention to encourage growing bilateral commercial relations while ensuring that our citizens and their companies receive fair, open and transparent treatment in Bahrain.

I thank you in advance for your time and attention to my concerns. I look forward to continuing to build stronger ties between the American and Bahraini people.

Sincerely,

Brad Sherman
Ranking Member – Subcommittee on Terrorism,
Nonproliferation, and Trade
House Foreign Affairs Committee

Cc: The Honorable Thomas C. Krajeski
U.S. Ambassador to Bahrain

RECYCLED PAPER

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

ANDRÉ CARSON
7TH DISTRICT, INDIANA

COMMITTEE ON ARMED SERVICES
SUBCOMMITTEE ON INTELLIGENCE, EMERGING
THREATS AND CAPABILITIES
SUBCOMMITTEE ON STRATEGIC FORCES

COMMITTEE ON TRANSPORTATION
AND INFRASTRUCTURE
SUBCOMMITTEE ON HIGHWAYS AND
TRANSIT
SUBCOMMITTEE ON AVIATION

# Congress of the United States
## House of Representatives
Washington, DC 20515-1407

2463 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-1407
(202) 225-4011

DISTRICT OFFICE
300 E FALL CREEK PKWY N DR. #300
INDIANAPOLIS, IN 46205
(317) 283-6516

SENIOR WHIP

January 22, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Excellency:

For years, the American and Bahraini people have cultivated a mutually supportive relationship, based on substantial security, economic, diplomatic and cultural ties. Successful continuation of this friendship is critical to the growth and advancement of our two countries and should be a top priority for both of our governments.

Unfortunately, American investors with substantial participation in Bahraini development have reported encountering interference and harassment from sources linked to the Government of Bahrain. I ask your Excellency's Government to ensure that U.S. investors and the projects in which they are involved are not subjected to harassment or impediments originating beyond the country's established legal system and accepted international business practices.

I encourage growing bilateral commercial relations while ensuring that our citizens and their companies receive fair, open and transparent treatment in Bahrain.

I thank you in advance for your time and attention to this matter. I look forward to our continued cooperation to strengthen ties between the American and Bahraini people.

Sincerely,

André Carson
Member of Congress

cc: The Honorable Thomas C. Krajeski

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

DAVID N. CICILLINE
1ST DISTRICT, RHODE ISLAND

128 CANNON BUILDING
WASHINGTON, D.C. 20515
(202) 225-4911
(202) 225-3290 (FAX)

1070 MAIN STREET, SUITE 300
PAWTUCKET, RI 02860
(401) 729-5600
(401) 729-5608 (FAX)



# Congress of the United States
## House of Representatives
## Washington, DC 20515

COMMITTEE ON THE BUDGET

COMMITTEE ON FOREIGN AFFAIRS
SUBCOMMITTEE ON MIDDLE EAST
AND NORTH AFRICA
SUBCOMMITTEE ON AFRICA, GLOBAL HEALTH,
GLOBAL HUMAN RIGHTS, AND
INTERNATIONAL ORGANIZATIONS

January 27, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Your Excellency:

I am writing to express my concern over reports of harassment and interference in the business affairs of U.S. investors by sources associated with the Government of Bahrain.

The United States and the Kingdom of Bahrain enjoy a longstanding, mutually beneficial relationship. This relationship has been strengthened over the years by mutual economic, diplomatic, and security interests. Bearing this in mind, I ask that his Excellency's Government take steps to ensure that U.S. investors, as well as the projects in which they are involved, are not subjected to interference, or impediment, beyond the established legal system of the Government of Bahrain and accepted international business practices.

I encourage the growing bilateral economic relationship between our nations, while ensuring that our citizens and their companies continue to receive open and fair treatment.

I thank you for your attention to this matter, and look forward to continued strong relations between the American and Bahraini people.

Warm regards,

David N. Cicilline
*Member of Congress*

PRINTED ON RECYCLED PAPER

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

COMMITTEES:

COMMITTEE ON THE BUDGET

COMMITTEE ON OVERSIGHT AND
GOVERNMENT REFORM
SUBCOMMITTEES:
ENERGY POLICY, HEALTHCARE AND
ENTITLEMENTS

COMMITTEE ON
NATURAL RESOURCES
SUBCOMMITTEES:
INDIAN AND ALASKA NATIVE AFFAIRS
ENERGY AND MINERAL RESOURCES
WATER AND POWER

WASHINGTON OFFICE:
1508 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
P (202) 225-6131
F (202) 225-0819

DISTRICT OFFICE:
9000 LAUREL CANYON BOULEVARD, 2ND FLOOR
ARLETA, CA 91331
P (818) 504-0090
F (818) 504-0280



# Tony Cárdenas
## Congress of the United States
### 29th District, California

January 23, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Excellency:

I write today to express my concern regarding recent reports from American investors about interference and mistreatment from sources with possible connections to the Government of Bahrain.

I ask your Excellency's Government to ensure that U.S. investors and the projects in which they are involved not be subjected to harassment or impediments originating beyond the country's established legal system and accepted international business practices.

I appreciate the enduring and mutually supportive relationship between the Kingdom of Bahrain and the United States including the substantial security, economic, diplomatic, and cultural ties. I hope that our ties remain strong into the future. I continue to support developing bilateral commercial relations while ensuring that our citizens and their companies receive fair, open and transparent treatment in Bahrain.

Thank you for your time and attention to this issue and I look forward to a lasting relationship between the American and Bahraini people.

Sincerely,

*Tony Cárdenas*

TONY CÁRDENAS
Member of Congress

CARDENAS.HOUSE.GOV | TWITTER.COM/REPCARDENAS | YOUTUBE.COM/REPCARDENAS | FACEBOOK.COM/REPCARDENAS

PRINTED ON RECYCLED PAPER

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

DEBBIE WASSERMAN SCHULTZ
23rd DISTRICT, FLORIDA

CHIEF DEPUTY WHIP

COMMITTEES
COMMITTEE ON APPROPRIATIONS
RANKING MEMBER
SUBCOMMITTEE ON LEGISLATIVE BRANCH
SUBCOMMITTEE ON STATE, FOREIGN OPERATIONS

STEERING AND POLICY COMMITTEE

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0923

WASHINGTON OFFICE:
118 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0923
(202) 225-7931
(202) 226-2052 (FAX)

DISTRICT OFFICES:
10100 PINES BOULEVARD
PEMBROKE PINES, FL 33026
(954) 437-3936
(954) 437-4776 (FAX)

19200 WEST COUNTRY CLUB DRIVE
THIRD FLOOR
AVENTURA, FL 33180
(305) 936-5724
(305) 932-9664 (FAX)

February 18, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama
Kingdom of Bahrain

Dear Minister Al Khalifa:

Bahrain and the United States enjoy a very productive and positive bilateral relationship. We have a record of strong cooperation on matters relating to security and economics, as well as enjoying good general diplomatic and cultural ties.

Because of these shared interests and history of our mutually beneficial relationship, I am dismayed to have heard recently that some U.S. investors have been facing harassment and interference in Bahrain. I respectfully ask that your Excellency take steps to ensure that U.S. investors are able to pursue their investment projects without being subject to interference or impediment beyond the established legal Bahraini framework and international business and trade norms.

I am pleased to see growing economic and cultural ties between our countries and would hope that American investors are able to continue working with respect and fair treatment.

Thank you very much for your attention to this matter and your continued commitment to the U.S.-Bahraini relationship.

Regards,

Debbie Wasserman Schultz
Member of Congress

PRINTED ON RECYCLED PAPER

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7

BRUCE L. BRALEY
1ST DISTRICT, IOWA

**Congress of the United States**
**House of Representatives**
**Washington, DC 20515**

(202) 225-2911
FAX (202) 225-6666

http://braley.house.gov

March 5, 2014

His Excellency Khalid bin Ahmad Al Khalifa
Minister of Foreign Affairs, Kingdom of Bahrain
P.O. Box 547
Government Road
Manama, Kingdom of Bahrain

Dear Excellency:

I am writing to you today because I am concerned about reports of American Investors encountering interference in their businesses from sources that might have some connections to the Government of Bahrain.

The United States and Bahrain have had a longstanding and mutually supportive relationship which includes substantial security, economic, diplomatic, and cultural ties. Because of this relationship, I urge you to ensure that US investors and their projects are not subjected to impediments originating beyond your country's established legal system and accepted international business practices.

It is my intention to encourage growing bilateral commercial relations, and at the same time ensuring that our citizens and businesses receive fair and transparent treatment in Bahrain.

Thank you for taking the time to consider this matter. I look forward to our countries building stronger ties between the American and Bahraini people.

Sincerely,

Bruce Braley

Confidential Treatment Requested Under FOIA Exemptions 4, 6, and 7