# EXHIBIT 7

**Estimated Costs of Prosecution from IRS**

| Year | Grade | Total Hours | Step 1, hourly rate | Total | Notes |
|---|---|---|---|---|---|
| 2016 | 13 | 87 | 45.17 | $ 3,930 | |
| 2017 | 13 | 907.5 | 46.33 | 42,044 | |
| 2018 | 13 | 1410.5 | 47.32 | 66,745 | |
| 2019 | 7 | 289.75 | 22.9 | 6,635 | |
| 2019 | 13 | 1115.75 | 48.31 | 53,902 | |
| 2020 | 9 | 0.5 | 29.91 | 15 | |
| 2020 | 13 | 67 | 49.92 | 3,345 | |

Estimated cost of special agents' hours charged
to this case                                         $ 176,616    (a)

Estimated cost of Revenue Agent ▮▮▮▮▮
work based on an estimated 829 hours of work
at a GS-13 Step 1 salary rate of $48.31 for 2019    $  40,049

**Total**                                            $ 216,665    (b)

Notes:
(a) This amount includes hours charged by the following special agents:



(b) This amount does not include the cost for hours spent working on this investigation by the following IRS employees:

▮▮▮▮▮ CI supervisors and managers, and CT Counsel reviewers.