TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>REDACTED DECLARATION OF DANIEL J. O'BRIEN RE LODGING OF REDACTED EXHIBITS (FILED UNDER SEAL IN DOCKET #298) PER COURT'S ORDER DATED 2/9/17 |

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>IMAAD SHAH ZUBERI,<br><br>          Defendant. | No. LACR19-642-VAP<br>No. LACR20-155-VAP<br><br>DECLARATION OF DANIEL J. O'BRIEN RE LODGING OF REDACTED EXHIBITS<br><br>(UNDER SEAL) |

**DECLARATION OF DANIEL J. O'BRIEN**

I, Daniel J. O'Brien, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am responsible for the prosecutions of *United States v. Imaad Shah Zuberi*, CR 19-642-VAP and CR 20-155-VAP.

2. I submit this declaration to assist the Court in its evaluation of redactions to documents currently under seal proposed by the government in accordance with the Minute Order Re: Sealing of Docket Entries dated January 21, 2021.

3. The Court's Minute Order directs the parties to "lodge copies of documents the Court intends to unseal with proposed redactions to protect . . . the identity of third parties . . ." As acknowledged in the Minute Order, the decision to redact third party names requires balancing "the reputational and safety interests of uncharged third parties" versus the "public's interest in access to records of judicial proceedings."

4. Attached as Exhibit 1 is a spreadsheet that summarizes factors that either militate in favor of, or against, redacting the identities of third parties. Exhibit 1 breaks down potential redactions into five tiers with Level 1 being the most necessary to redact and Level 5 indicating no reasonable basis to redact. Based upon the government's assessment of the competing factors, the government has redacted names and identifying information for those individuals and entities grouped within levels 1, 2, and 3.

5. "Level 1" consists of individuals who are the subject of ongoing criminal investigations, are specifically alleged to have committed criminal offenses in government filings, have articulated

specific safety concerns, or whose involvement has not been referenced in judicial proceedings.

6. ███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
████████████████████████████████████

7. With respect to safety, the government previously informed the Court of concerns raised by two individuals, ████████ ████████████████ After receipt of the Minute Order, I contacted counsel for these two individuals to determine whether such concerns still exist. ████████████████████████████
█████████████████████████

8. ███████████████████████████████
████████████████  ████████████████████████
████████████████████████████████████
████████████████████████████████████
The government worked with counsel for ████████ to prepare redactions that would address these concerns while providing the public with facts relevant to defendant's sentencing.

9. ███████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████

10. "Level 2" includes unwitting participants in Foreign Agent Registration Act ("FARA") violations who may be nevertheless publicly viewed as having engaged in wrongdoing, victims of frauds perpetrated by defendant, and individuals whose involvement raises multiple privacy concerns, none of which independently rise to "Level 1."

11. "Level 2" also includes individuals alleged by the government to have knowingly participated in Federal Election Campaign Act ("FECA") violations (typically through the reimbursement of campaign contributions) and, in some cases, related false statements to the Federal Bureau of Investigation. The need to redact these names is offset to some extent by the competing argument, voiced by the government in prior filings, that FECA requires the public reporting of contributions, thereby, requiring the public record to be corrected in order to end what is now a continuing offense. Nevertheless, the government proposes to redact these individual names to avoid highlighting their involvement in uncharged crimes. The public release of campaign committee names coupled with the dates and amounts of the contributions may be sufficient to ensure that campaigns disgorge illegal contributions and publicly file corrected reports.

12. "Level 3" individuals and entities ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ consist of the following individuals, and their respective entities, who were investors in US Cares and alleged by the government to be victims of a fraud perpetrated by the defendant.

| | |
|---|---|
| Anwar Bukhamseen | BHUS |
| Arun Rangachari | Dar World Investments |

Redaction might be appropriate with respect to these individuals and entities to prevent reputational harm and to avoid re-victimizing the victim. However, Rangachari and Bukhamseen have authored statements stating that they do not believe they were defrauded. The government has not argued that their statements in support of defendant were

3

intentionally false; rather, the government believes they have been, once again, fooled as to the defendant's intentions.

13. "Level 4" primarily consists of two individuals, Mark Skarulis and Willa Rao.

14. While the government has referenced Skarulis' participation in FARA violations for which he has not been charged, he has pleaded guilty to tax offenses, has admitted his conduct with respect to FARA violations involving Sri Lanka, and these relevant facts will be publicly aired at his sentencing hearing.  Moreover, Skarulis' identity and participation in the Sri Lanka lobbying effort was publicly revealed in FARA registration statements filed by Skarulis in 2015.

15. The government has not alleged in public filings that Willa Rao engaged in any illegal activity.  While the government alleged that she assisted defendant in his general business activities through use of the fictitious Renee Wu identity, there has been no public allegation that she intentionally engaged in unlawful conduct. Moreover, Ms. Rao is already publicly identifiable by virtue of her marriage to defendant and her hundreds of FECA contributions.  In addition, because the name "Rao" (both Ms. Rao and her sister) was used as a conduit for approximately a dozen campaign violations, Ms. Rao's identity will be repeatedly disclosed in amended FECA filings.

//
//
//
//
//
//

16. "Level 5" entities and individuals consist of those persons and entities for which the government cannot construct arguments for redaction.  They primarily consist of unwitting campaign committees and mere conduits who engaged in no wrongdoing. (Typically, defendant used the names of relatives to make campaign contributions from his own financial accounts.)  Their identities must be disclosed in amended FECA filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 5, 2021.

DANIEL J. O'BRIEN

**CERTIFICATE OF SERVICE**

I, Sandy Ear, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by email described in this Certificate was made that on February 5, 2021, I was caused to email the above-titled action, a copy of: **Declaration of Daniel J. O'Brien re lodging of redacted exhibits (Under Seal)**

- ☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:
- ☐ Placed in a sealed envelope for collection and mailing via United States mail, addressed as follows:
- ☐ By hand delivery, addressed as follows:
- ☐ By facsimile, as follows:
- ☒ By Email, as follows:
- ☐ By Federal Express, as follows:

**Thomas P. O'Brien, Esq.**
tobrien@bgrfirm.com

Ivy Wang, Esq.
iwang@bgrfirm.com

**Nate Brown, Esq.**
nbrown@bgrfirm.com

Evan Davis, Esq.
davis@taxlitigator.com

at their last known email address. This Certificate is executed on

February 5, 2021 at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.

                                                /s/ *Sandy Ear*
                                                SANDY EAR
                                                Legal Assistant