# EXHIBIT 2

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
11/6/16, 10:27 AM - Imaad: Missed voice call
11/6/16, 11:38 AM - ██: imaad, i am not doing any stupid thing nor doing anything.
giancarlo , PA finace director, told me that it look i did not pay 33k for birthday
party but i went there. i told him that we did together with imaad as

group. it has been paid. this what you told me. then he again said i need to pay
directly to campaign and imaad still could get credit because i am under him. on one
side i know you paid for me and on the other side i look that i went to

event which i did not pay for it. so i sent payment to him. thats all.
 to avoid the look that i  took advabtage to go birtday but did not pay and to avoid
fight with you, i am paying your money and i am payinh them. i worked as slave
whene ever you asked me to pay this or that for this person. i am still

not good for you. it makes me sad
11/6/16, 11:41 AM - ██ despite i paid alot of money for yoir your people in last
two years may be more than 200k and despite you still favor to people like new
comers like mahmod or ijaz, over me , dedpitr you treat me like shit i still

love you as my brother. that is the botom line
11/6/16, 11:55 AM - Imaad: It is not about creditor no credit. It is about paying
double
11/6/16, 11:59 AM - ██ i rather pay double for not to make you angry and not  to
make campaign think i took advantages  and went to birtday and and did not pay.
11/6/16, 12:00 PM - Imaad: I don't want you to waste your money you understand?
11/6/16, 12:00 PM - Imaad: The Campaign is wrong
11/6/16, 12:58 PM - ██ what ever. indont want to seen as attended birthdate and did
not pay for it. you can fiix it. i dont want to have issue with you
11/6/16, 2:24 PM - Imaad: I sent you email for event on Tuesday 15. Pleas rsvp
11/6/16, 7:20 PM - ██ ok
11/6/16, 8:11 PM - ██ i did not see any rsvp link. i did it to you
11/7/16, 12:37 AM - Imaad: Why rsvp to me? I am not the organizer. Read your email
carefully
11/7/16, 7:51 AM - ██ Imaad, i need a favor.
as of today my link shows 381k. add 33.4k for birthday . it is at 414k
can you donate 85k under my name so that i can reach my next mile stone as 500k
please

i did more than 200k for you for other people please do 85 k for me. it has to be
today. i will make it up.

you said you would do it in miami.

thanks


██████/16, 8:49 AM - Imaad: I have wasted $513,600 ($333,600 for Birthday/Florida and
$180,000 Ijaz house event) on you and Ijaz. I don't have anything to give anymore
Moreover I am tired of all the nonsense, bullshit and me being used
You get nothing for anything less than $1 million. It is waste because they have
hundreds of people who have done over a million. I have done over $5 and I get
nothing
11/7/16, 9:16 AM - ██: common Imaad. dont blame me for ijaz event. you knew i was
not going to come but keep it alive.
please get for 33k refund for birthday because they asked me to pay. Also would you
have them count cloney event 50k i paid to you under me . you said you would do it.
please. thank you
11/7/16, 9:19 AM - Imaad: I will get the Clooney event credit to you. It is best for
us to avoid conflict. I do my thing and you do your thing. We can be friends and do
other business but nothing to do with politics or Turkey. I am

really tired of all this mess. I have other problems in my life and both of us don't

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
need the headache
11/7/16, 9:30 AM - █ i maad common. i know you are tired but i have done nothing. no mess. they presured me to pay 33k for birtday which they blame me that i went to event without payment . you supposed to comunicate to them. charlie

told me many time i have to $50k pay them directly not thorugh you for clooney event. i have always done as you said. i paid more than $200k for your request. no problem.  i did not give you headeach. pleas pay campaign 85k under my name

you said you could do it in miami.  i will make it up.. please.
11/7/16, 9:48 AM - Imaad: Why can't you listen? What make you do thing that we discussed you won't do like writing email and text. Why are you texting me this and emailing me? What part of don't email and don't text you don't understand?

What is wrong with you? Will you ever change?
11/7/16, 9:48 AM - Imaad: Why you want to create unnecessary problem for your self and me? Why?
11/7/16, 9:50 AM - Imaad: We will discuss when we meet
11/7/16, 9:52 AM - █ ok imaad. you wrote about headadch on ijaz things and i wrote you back. there is nothing wrong if you make controbution and i go to event as your guest. ok.
11/7/16, 9:55 AM - █: i just feel bad. i always supported you and did as you asked me. now you say we go apart on politics. this help ask you is not fracture of you had done. if this make you upset please dont do anything. i am just

sad.
11/7/16, 9:58 AM - Imaad: I will support you but please please please please please do not email me or text me
11/7/16, 9:59 AM - Imaad: I am blocking your emails and texts
11/7/16, 9:59 AM - Imaad: I do not want to get email or text from you
11/7/16, 9:59 AM - █ ok
11/7/16, 9:59 AM - Imaad: If you have something then just call me
11/7/16, 9:59 AM - █ ok
11/7/16, 9:59 AM - █ i wont text
11/7/16, 10:03 AM - Imaad: I am on the plane we will talk when I land
11/7/16, 10:22 AM - █ nothing to talk imaad. i just told you my feeling that you want prefer mahmood and ijaz over me  after all we did together.do what ever feel comfortable.
11/7/16, 10:24 AM - Imaad: I love you like a brother but you either don't think before you do thing in you ADHD manner or are stupid
11/7/16, 10:27 AM - █ by the way.mahmood and ijaz are good people
11/7/16, 10:27 AM - Imaad: Just come tomorrow I have you attending the event
11/7/16, 10:35 AM - █ ok
11/7/16, 10:35 AM - █ i rsvped
11/7/16, 10:35 AM - Imaad: Okay I will IOM hotel room for you tomorrow
11/7/16, 11:10 AM - █ ok
11/8/16, 4:29 PM - █: r you at marriot marquise. i need ronpark my var
11/8/16, 4:57 PM - Imaad: <Media omitted>
11/8/16, 10:16 PM - █ Imaad i am in the back ound chair to seat because my leg is hurting due to diabetic.
11/9/16, 1:24 AM - █ <Media omitted>
11/9/16, 4:18 PM - █ <Media omitted>
11/9/16, 11:22 AM - █: omaad i will fo 50 k  you said  we will yake pivyure
11/9/16, 11:37 PM - █ sorry, i will do $50k and you said you will take me white house
11/10/16, 2:06 AM - Imaad: Read what you wrote? I have no clue what you said. First I have ducking repeatedly told you not to email or text me on political contribution stuff? Second what the hell are you trying to say?
11/10/16, 3:59 AM - Imaad: How quickly people are dumped. Future of DNC is with successful governors like Terry McAuliffe

Defeat likely spells the end of Clinton Dynasty
http://nyp.st/2fDK3iN

WhatsApp Chat with Imaad export – 12-24-14 to 2-28-17

11/10/16, 9:19 AM – ███ i am sayin nothing. i was texting while driving.
11/10/16, 9:19 AM – ███ sory
11/10/16, 9:21 AM – ███ do nt you  think clinton name also will  affect  Terry?
11/10/16, 11:07 AM – Mg: you asked me a question yes or no yesterday  answer is yes.
11/10/16, 11:10 AM – Imaad: Okay
11/10/16, 6:14 PM – ███ Ersal said you did not connect with him. if you wanto see him,  you should let him know you will meet thim later so he can adjust himself
11/10/16, 11:00 PM – Imaad: I will call you now in NYC
11/10/16, 11:38 PM – ███ ok call me
11/11/16, 1:59 AM – Imaad: You are confirmed for Tuesday dinner in Washington. Please ring your $50,000 check
11/11/16, 3:12 AM – ███ ok. did you see pence?
11/11/16, 3:12 AM – Imaad: Yes but I don't want to have discussion on email, text or phone
11/11/16, 3:17 AM – ███ ok
11/11/16, 3:18 AM – ███ ersal was asking me that he did not get mesage from you
11/11/16, 12:11 PM – ███: Can't talk now. Call me later?
11/11/16, 7:00 PM – Imaad: <Media omitted>
11/11/16, 7:01 PM – Imaad: <Media omitted>
11/12/16, 5:27 AM – Imaad: I had lunch with with VP Elect Pence, John McCain, Bob Corker and Lindsey Graham. They told me General Flynn is mostly disliked across board by Republicans (national security and foreign policy experts) for his

radical views on foreign policy. Flynn is the one who had positive view on Turkey (wrote positive OpEd piece). Unfortunately positive opinion of current Turkish Administration is still not where it was when Obama initially took office

and thought of President Erdogan as a partner for US in the Muslim world
11/12/16, 5:31 AM – Imaad: You should take your Hillary photo off
11/12/16, 9:54 AM – ███ thank you for the note.
which photo? previous photos of her at facebook?  i don have her picture at my profile for a while
11/12/16, 12:33 PM – Imaad: Photo here
11/12/16, 2:07 PM – ███ i chaged. thank yiu
11/12/16, 2:12 PM – Imaad: Good
11/13/16, 8:13 PM – ███ whre r y staying tuesday night so i can rserve my room too
11/13/16, 8:44 PM – Imaad: Marriott Marquis Washington
11/13/16, 9:09 PM – ███ is it certain that yku will stay there
11/13/16, 9:12 PM – Imaad: I will be back in Los Angeles at 3pm Wednesday
11/13/16, 9:13 PM – Imaad: We can meet for dinner on Wednesday
11/13/16, 9:14 PM – ███ i checked the hotel it is $1000 a night and other hotels are sold out. can you make resevation  and i will definetely pay to you
11/13/16, 9:15 PM – ███ also you mean dinner on tuesday night?
11/14/16, 1:05 AM – Imaad: This is from NYT. Comparing Modi, Putin, Erdogan, Trump and etc

NYTimes: The Incendiary Appeal of Demagoguery in Our Time
http://www.nytimes.com/2016/11/14/opinion/the-incendiary-appeal-of-demagoguery-in-our-time.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/14/16, 1:17 AM – ███ can you get me room at marriot . it is 1000 dolar forme
11/14/16, 1:20 AM – Imaad: I will try
11/14/16, 1:48 AM – ███ i will definegely lay for it
11/14/16, 1:50 AM – ███ play for it
11/14/16, 10:47 PM – Imaad: Tonight I had special dinner at Mike Rogers home (possible the next CIA Director) with Congressman Ed Royce, Congressman Eliot Engel, CIA Director John Brennan, former and current NSA directors, UK SIS (MI-6)

Head and other American heroes. We discussed Malaysian corruption, double games of Pakistan, coup in Turkey, Hakkan Fidan, MIT, Erdogan among other current world events. It is a very inter sting world we live in
11/14/16, 10:49 PM – ███ wow
11/15/16, 9:43 PM – ███: everone leavig. are you coming back or should i go to hotel
11/16/16, 9:06 AM – Imaad: Interested?

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

NYTimes: Snapchat's Parent Files for a Stock Offering
http://www.nytimes.com/2016/11/16/business/dealbook/snapchats-parent-files-for-a-stock-offering.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/16/16, 9:24 AM - Imaad: Supersonic Passenger Jet Edges Closer to Reality
http://www.wsj.com/articles/supersonic-passenger-jet-edges-closer-to-reality-1479242115
11/16/16, 9:47 AM - Imaad: <Media omitted>
11/16/16, 9:50 AM - ▇ where are you?
11/16/16, 9:50 AM - Imaad: Call me
11/16/16, 9:50 AM - ▇ did you delay your flight
11/16/16, 9:50 AM - Imaad: Yes
11/16/16, 9:51 AM - ▇ whwre ar you? you wantt o have breakfast
11/16/16, 9:51 AM - Imaad: Let's have lunch before I leave
11/16/16, 9:51 AM - ▇ r y at hotel?
11/16/16, 10:58 AM - Imaad: <Media omitted>
11/16/16, 10:58 AM - Imaad: <Media omitted>
11/16/16, 10:58 AM - Imaad: <Media omitted>
11/16/16, 11:00 AM - Imaad: <Media omitted>
11/16/16, 11:00 AM - Imaad: <Media omitted>
11/16/16, 11:00 AM - Imaad: <Media omitted>
11/16/16, 11:21 AM - ▇ r y coming down?
11/16/16, 1:33 PM - Imaad: Missed voice call
11/16/16, 2:45 PM - ▇: sobmany people are talking that trump will be removed and pence will be president
11/16/16, 2:46 PM - ▇ may be some little chance
11/16/16, 3:26 PM - Imaad: Omay
11/16/16, 3:27 PM - Imaad: Okay
11/16/16, 5:07 PM - Imaad: Trump Team Is Mulling Muslim Registry And Planning Border Wall, Reported Adviser Says
http://www.huffingtonpost.com/entry/reported-trump-immigration-advisor-says-hes-drafting-plan-for-muslim-registry_us_582c59bde4b01d8a014b6328
11/18/16, 1:55 AM - Imaad: This was sent to me by Dr. Shah

Donald Trump will clear bill to declare Pakistan a terror state, says Shalabh Kumar
- http://www.ecoti.in/t6xjHY
11/18/16, 3:38 AM - Imaad: NYTimes: Trump Is Said to Offer National Security Post to Michael Flynn, Retired General
http://www.nytimes.com/2016/11/18/us/politics/michael-flynn-national-security-adviser-donald-trump.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/18/16, 3:53 AM - Imaad: All the crazies will assemble in Washington after 1/20/2017

NYTimes: Trump Camp's Talk of Registry and Japanese Internment Raises Muslim Fears
http://www.nytimes.com/2016/11/18/us/politics/japanese-internment-muslim-registry.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/18/16, 12:02 PM - Imaad:
http://www.newsweek.com/michael-rubin-trump-teams-first-ethics-scandal-521622#discussion
11/18/16, 12:03 PM - Imaad:
http://www.politico.com/story/2016/11/donald-trump-turkey-lobbying-231354
11/18/16, 5:49 PM - Imaad: Missed voice call
11/19/16, 1:16 PM - Imaad: This is from Breitbart. Steve Bannon is the Chairman of the entity. It is a extreme Right-Wing internet only media outlet. Bannon was appointed Chief of Strategy and Senior Advisor to The White House. His

anti-Muslim feelings are well known

http://www.breitbart.com/london/2016/11/18/turkey-legalizes-child-rape-rapist-marries-victim/
11/19/16, 4:18 PM - ▇
http://www.cbsnews.com/news/60-minutes-preview-turkey-president-erdogan-steve-kroft/
11/19/16, 4:20 PM - ▇ <Media omitted>

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
11/19/16, 4:20 PM – ▇ interesting fkynn say one thing mike pompeo say anothrt
11/19/16, 4:21 PM – ▇ another thing
11/19/16, 4:22 PM – Imaad: He just did it for the money ▇▇▇▇▇▇
11/19/16, 4:37 PM – M▇ are you sure that ▇▇▇▇▇?
11/19/16, 4:37 PM – M▇ because his article was well articlated
11/19/16, 4:38 PM – Imaad: Not Turkey but what people consider ▇▇▇▇▇▇▇
11/19/16, 4:39 PM – ▇
11/19/16, 4:39 PM – Imaad: I don't know I am sure if it weren't for $100,000 he
would not
11/19/16, 4:40 PM – ▇ yes i agree
11/19/16, 4:41 PM – ▇ can i send your note to ▇▇▇▇▇▇▇▇
11/19/16, 4:42 PM – Imaad: Okay
11/19/16, 4:42 PM – Imaad: Actually no. Wait till you see him
11/19/16, 4:43 PM – ▇ this one?
11/19/16, 4:43 PM – ▇ I had lunch with with VP Elect Pence, John McCain, Bob
Corker and Lindsey Graham. They told me General Flynn is mostly disliked across
board by Republicans (national security and foreign policy experts) for his

radical views on foreign policy. Flynn is the one who had positive view on Turkey
(wrote positive OpEd piece). Unfortunately positive opinion of current Turkish
Administration is still not where it was when Obama initially took office

and thought of President Erdogan as a partner for US in the Muslim world
11/19/16, 4:43 PM – Imaad: No email, phone or text
11/19/16, 4:43 PM – ▇ this one? this is neutral but just info
11/19/16, 6:06 PM – Imaad: Only face to face
11/20/16, 1:58 AM – Imaad: Government and private business dealings

NYTimes: Donald Trump Meeting Suggests He Is Keeping Up His Business Ties
http://www.nytimes.com/2016/11/20/us/politics/donald-trump-pauses-transition-work-to
-meet-with-indian-business-partners.html?smprod=nytcore-iphone&smid=nytcore-iphone-s
hare
11/20/16, 2:09 AM – Imaad: NYTimes: Muslim Americans Speak of Escalating Worries
http://www.nytimes.com/2016/11/19/us/muslim-americans-speak-of-escalating-worries.ht
ml?smprod=nytcore-iphone&smid=nytcore-iphone-share
11/20/16, 2:59 PM – Imaad: Reince Priebus Voices Support For Altered Muslim Ban
http://www.huffingtonpost.com/entry/reince-priebus-muslim-ban_us_5831c773e4b058ce7aa
ba1f9
11/20/16, 8:52 PM – Imaad:
https://www.google.com/amp/www.theverge.com/platform/amp/2016/11/20/13693120/tesla-s
elf-driving-car-elon-musk?client=safari
11/20/16, 10:00 PM – Imaad: NYTimes: Indian Business Partners Hope to Exploit Their
Ties to Donald Trump
http://www.nytimes.com/2016/11/21/us/politics/donald-trump-india-business.html?smpro
d=nytcore-iphone&smid=nytcore-iphone-share
11/22/16, 8:36 AM – Imaad: Missed voice call
11/22/16, 8:59 AM – Imaad: Call me
11/22/16, 11:25 AM – Imaad: On plane
11/22/16, 11:36 AM – ▇ coming to east cost?
11/22/16, 11:36 AM – Imaad: Washington
11/22/16, 12:11 PM – Imaad: NYTimes: U.K. Rejects Trump's Call for Nigel Farage to
Be Made Ambassador
http://www.nytimes.com/2016/11/22/world/europe/uk-donald-trump-nigel-farage.html?smp
rod=nytcore-iphone&smid=nytcore-iphone-share
11/22/16, 12:22 PM – ▇ can i join you silently in DC when you meet important
peopel
11/22/16, 12:23 PM – Imaad: I am not meeting anyone important
11/22/16, 12:24 PM – ▇ ok. t
hanks
11/22/16, 4:13 PM – Imaad: Missed voice call
11/22/16, 4:13 PM – Imaad: You called?

WhatsApp Chat with Imaad export – 12-24-14 to 2-28-17
11/23/16, 6:59 PM – Imaad: Unbelievable

Donald Trump Jr. Held Talks on Syria With Russia Supporters
http://www.wsj.com/articles/donald-trump-jr-held-talks-on-syria-with-russia-supporte
rs-1479920753
11/23/16, 10:43 PM – Imaad: Trump Touted His Turkish Business Partner In A Call With
President Erdogan
http://www.huffingtonpost.com/entry/donald-trump-turkey-business_us_5836188ae4b01ba6
8ac41d9f
11/24/16, 4:05 PM – Imaad: <Media omitted>
11/24/16, 6:24 PM – ▮ wow. i am sharing
11/27/16, 1:38 PM – Imaad: NYTimes: Trump's Next Battle: Keeping These Republican
Senators Happy
http://www.nytimes.com/2016/11/26/us/politics/donald-trumps-republicans-senate.html?
smprod=nytcore-iphone&smid=nytcore-iphone-share
11/27/16, 5:07 PM – Imaad: Tulsi is a freind. She has strong opinions on some
countries

http://www.breitbart.com/big-government/2016/11/26/hill-tulsi-gabbard-pick-secretary
-state-not-mitt-romney/
11/28/16, 6:18 PM – Imaad: <Media omitted>
11/29/16, 2:48 AM – Imaad: My friend and Secretary of State for California Alex
Padilla

Go Alex

California to Trump: Forget about it.
When President-elect Trump claimed on Twitter that he was losing the popular vote
because of massive voter fraud by millions of voters, one of the states he pointed
to was California, where the latest voting returns showed Hillary

Clinton crushing Mr. Trump.
Now the state's top election official, Alex Padilla, has responded. Mr. Padilla
asserted that there was no evidence for the president-elect's claim, and he
denounced Mr. Trump for what he said was unpresidential behavior.
pic.twitter.com/WfXISEBwzN
— Alex Padilla (@AlexPadilla4CA) November 28, 2016
This state has historically been slow to count ballots, a reflection of its size and
the inefficiencies of many county voting operations. As of Saturday, Mrs. Clinton
had received 8.1 million votes in California, compared with 4.2

million for Mr. Trump, according to Mr. Padilla's office. It was not clear when the
vote count would be concluded.
Mr. Padilla is the highest-ranking Latino elected to state office in California. Mr.
Trump's poor showing there, many Democrats and Republicans said, came in no small
part because of his attacks on what he described as the threat of

illegal immigration — particularly from Mexicans. About 40 percent of this state's
population is Latino.
Another irresponsible attempt to undermine confidence in our elections. Baseless and
counterproductive. https://t.co/DW3ETVTsVM
— Alex Padilla (@AlexPadilla4CA) November 27, 2016
11/30/16, 7:52 AM – Imaad: <Media omitted>
11/30/16, 12:09 PM – Imaad: http://wapo.st/2guOkCY
12/1/16, 11:40 PM – Imaad: This is temporary euphoria before things get back to
normal and all these leaders are disappointed

NYTimes: Trump's Breezy Calls to World Leaders Leave Diplomats Aghast
http://www.nytimes.com/2016/12/01/us/politics/trumps-off-the-cuff-remarks-to-world-l
eaders-leave-diplomats-aghast.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/2/16, 2:55 PM – Imaad: 8 Tech Companies Were Asked If They'd Help Build A Muslim
Registry. Only One Said No.
https://theintercept.com/2016/12/02/of-8-tech-companies-only-twitter-says-it-would-r

WhatsApp Chat with Imaad export – 12-24-14 to 2-28-17
efuse-to-help-build-muslim-registry-for-trump/
12/2/16, 4:03 PM – ▉ please put my name for breakfast. it is important.
12/2/16, 4:03 PM – ▉ thank yiu
12/2/16, 4:19 PM – Imaad: Read the attachment I emailed you
12/3/16, 3:08 PM – Imaad: <Media omitted>
12/4/16, 5:33 AM – Imaad: Rick-I was forwarded this by someone. Interesting reading.
I am sorry I wasn't able to come to your State Department going away party on Monday
28. I will call you while you are in New Mexico for vacation. I am

meeting President-Elect Trump on Wednesday for breakfast. Should be interesting
imaad

http://www.wsj.com/articles/the-last-diplomat-1480695454?mod=wsjapp
12/4/16, 9:26 PM – ▉ imaad please call me
12/4/16, 9:26 PM – ▉ so you will see trump wednesday?
12/4/16, 9:50 PM – Imaad: There will be may people so I have told you no
12/6/16, 3:31 PM – Imaad: Half the credit should go to the Kingdom of Saudi Arabia
because they are 50% partner in this fund

https://www.google.com/amp/www.cnbc.com/amp/2016/12/06/trump-says-softbank-will-inve
st-50-billion-in-the-us-aiming-to-create-50000-jobs.html
12/6/16, 3:48 PM – Imaad: FLYNN DROPS TURKISH CLIENT: The consulting firm of retired
Lt. Gen. Michael Flynn, Donald Trump's pick for national security adviser, dropped
its controversial Turkish-linked lobbying client. The firm, Flynn

Intel Group, started lobbying in September for a Dutch consulting company founded by
the chairman of the Turkish-American Business Council. The termination form just
posted online but is dated Nov. 16, the day before Trump named Flynn to

the key post. The form doesn't say how much the firm was paid. It was the first and
only time the firm registered to lobby.
12/6/16, 4:37 PM – Imaad: <Media omitted>
12/6/16, 11:23 PM – ▉ Imaad since i dont feel good, i dont think i can go to DC.
please book your train ticket
12/6/16, 11:23 PM – ▉: sory
12/6/16, 11:29 PM – Imaad: Okay
12/6/16, 11:33 PM – ▉ where fo i meet you? your hotel or at the restaurant?
12/7/16, 3:50 AM – Imaad: Check your email
12/7/16, 5:43 AM – ▉ what ema?
12/7/16, 5:43 AM – ▉ email?
12/7/16, 6:04 AM – Imaad: Check your email
12/7/16, 10:39 AM – ▉ <Media omitted>
12/7/16, 10:39 AM – ▉ <Media omitted>
12/7/16, 10:40 AM – ▉: <Media omitted>
12/7/16, 3:55 PM – ▉ what time is the program tonight
12/7/16, 5:34 PM – ▉ imaaad i am at the ritz carton. .y suplier is at fogo cha
restaurant in 53.st. i am going join them until we go to your event.
12/7/16, 5:34 PM – Imaad: Meet Martin there. I am coming
12/7/16, 10:43 PM – ▉ where ar you? just wanted to tell you i am leaving tonmy
hotel?
12/7/16, 11:50 PM – Imaad: Missed voice call
12/8/16, 6:52 AM – ▉ 2600 Tonnelle Ave, North Bergen, NJ 07047
12/8/16, 6:52 AM – ▉ holiday inn express
12/8/16, 6:55 AM – Imaad: Got it
12/8/16, 6:56 AM – ▉ r y leaving now?
12/8/16, 6:57 AM – Imaad: Yes
12/8/16, 12:42 PM – ▉ where are yiu?
12/8/16, 1:05 PM – Imaad: Come to room 8112
12/8/16, 1:06 PM – ▉ ok
12/8/16, 2:07 PM – Imaad: NYTimes: Trump's Likely Labor Pick, Andrew Puzder, Is
Critic of Minimum Wage Increases
http://www.nytimes.com/2016/12/08/us/politics/andrew-puzder-labor-secretary-trump.ht
ml?smprod=nytcore-iphone&smid=nytcore-iphone-share

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

12/8/16, 2:24 PM - Imaad: NYTimes: Bob Dole Worked Behind the Scenes on Trump-Taiwan Call
http://www.nytimes.com/2016/12/06/us/politics/bob-dole-taiwan-lobby-trump.html?smprod=nytcore-iphone&smid=nytcore-iphone-share

12/8/16, 4:24 PM - ███████████ he is waiting us to see but he has another program at 6 pm so he likes us to spend more time with him . i wil be done by 5 pm

12/8/16, 5:22 PM - █ imaad he is waiting to see us

12/8/16, 6:32 PM - █ imaad i saw him. he has no more time today he is leaving his program.he will see you tomorrow. i will see you at hotel

12/8/16, 6:33 PM - █ come to the hotel

12/8/16, 8:25 PM - █ dont fkrget to call him tomorow morning

12/9/16, 1:43 AM - Imaad: Ed is an American hero

http://www.washingtonexaminer.com/royce-demands-syria-sanctions-after-russias-shameful-un-objection/article/2608607#!

12/9/16, 7:23 AM - █ did you write to hom to see him this  morning

12/10/16, 12:04 AM - Imaad: Forwarded to you unread

Turkey's Autocratic Turn
http://www.wsj.com/articles/turkeys-autocratic-turn-1481288401

12/10/16, 2:44 AM - Imaad: Hillary Clinton's losing campaign cost a record $1.2B
http://nyp.st/2gj9ceY

12/10/16, 2:55 AM - Imaad: Trump Rewarding Big-Time Donors With Plum Postings
https://www.publicintegrity.org/2016/11/29/20486/donald-trump-offering-huge-perks-in
auguration-donors

12/10/16, 12:50 PM - █ Imaad i am realy sick. it is about 4 hours driving one way and it is hard for me to drive. i promise i will come some other time. i also could not find anyone to contribute today. i will find and ask some frien

later. thank you

12/10/16, 12:50 PM - █ an very very sry. i wanted to come.ot

12/10/16, 1:14 PM - Imaad: Up to you

12/10/16, 1:14 PM - Imaad: This is important

12/11/16, 12:09 AM - Imaad: "Reason for Trump's victory: Telugu guy Avinash Iragavarapu. 30 yr old on an H4 visa from West Godavari Andhra Pradesh. He's from IIM lucknow, did data analytics and crunched the numbers. He did his research

on every state and found out what words people like to hear in each state. Based on his research, Trump's speeches were written and executed. He's one of the four people Trump took with him while campaigning for nomination. He moved to

the US in June 2014 to visit his wife who was a student at that time. He found a roadside placard in Chandler and helped the local Republican mayor with his ideas to victory. He quickly moved up the ranks within the GOP and Avinash

currently holds the position of Sr.Executive Director for the GOP. Avinash is expected to get citizenship by approval from Trump immediately and a position of Arizona senator"
Here is the link where Avinash tells TV9 why Trump won and why Hilary lost:
https://www.youtube.com/watch?v=WDNb3oihLMc

12/11/16, 3:49 AM - Imaad: Our new friend

http://abcnews.go.com/Politics/donald-trumps-political-pit-bull-meet-michael-cohen/story?id=13386747

12/11/16, 3:55 AM - Imaad: Our new friend. He is as smart as you can be

http://www.thedailybeast.com/articles/2011/03/21/meet-donald-trumps-karl-rove-michael-cohen.html

12/11/16, 10:32 AM - █ how was the event?

12/11/16, 10:32 AM - █ did you see him on friday?

12/11/16, 10:34 AM - █ also this was published before election. jist for uour information. i llied i dont have Ph.D. i dont even have elementary school diploma :)

12/11/16, 2:05 PM - Imaad: Come to NYC I am waiting for you

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

12/11/16, 2:10 PM - ■ why ? you did not ask me to come nyc? i am still sick. what is important in ny

12/11/16, 2:12 PM - Imaad: Come

12/11/16, 2:49 PM - ■ i am sick. what is urgent

12/11/16, 3:31 PM - Imaad: Forwarded to you unread. The intro shows you are guys severely lacking positive PR in the West especially in USA. Why are you not emphasizing economic development under President Erdogan?

Boss-analyzing recent 100 articles on Turkey the abstracts have all been negative on Turkey and it's present government

Turkey's Erdogan Seeks to Consolidate Power
http://www.wsj.com/articles/turkeys-recep-tayyip-erdogan-seeks-to-consolidate-power-with-overhaul-of-constitution-1481384221

12/12/16, 1:56 AM - Imaad: Every day there is a negative story in major Western media specially in US about Turkey. Whoever is doing this anti-Turkey work or campaign is doing an excellent job. You guys need to get in front of this

before it becomes a major headache. People in America sooner or later will start to buy into this

NYTimes: How Islam Can Fight the Patriarchy
http://www.nytimes.com/2016/12/11/opinion/how-islam-can-fight-the-patriarchy.html?smprod=nytcore-iphone&smid=nytcore-iphone-share

12/12/16, 2:35 AM - Imaad:
https://www.washingtonpost.com/opinions/global-opinions/trumps-coming-war-against-islam/2016/12/11/edf3241c-bd60-11e6-91ee-1adddfe36cbe_story.html

12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>
12/13/16, 1:15 AM - Imaad: <Media omitted>

12/13/16, 1:16 AM - Imaad: Met President-Elect Trump with National Security Advisor Lt. General Flynn and other people at Trump Towers

12/13/16, 1:17 AM - Imaad: Saudi and Qataris were my guest

12/13/16, 5:10 AM - Imaad: You should have been here. Like usual you missed another opportunity

12/13/16, 5:55 AM - Imaad: Trump Tower meetings with President-Elect Trump, National Security Advisor Lt. Gen. Mike Flynn, Qatari FM Al-Thani, Texas Governor Perry, Steve Bannon and etc

12/13/16, 2:00 PM - Imaad: Great choice by President-Elect Trump. Yesterday we (Governor Perry and I) spent about 45 minutes talking about how to bring American jobs back to America at Trump Tower on 26 floor

Trump Picks Rick Perry as Energy Secretary
http://www.wsj.com/articles/donald-trump-picks-former-texas-gov-rick-perry-as-energy-secretary-1481641430

12/13/16, 2:25 PM - Imaad: I went to Trump Tower floor and met with everyone

WhatsApp Chat with Imaad export – 12-24-14 to 2-28-17

12/13/16, 2:25 PM – Imaad: Yesterday at Trump Tower 26 floor with President-Elect Trump, National Security Advisor Lt. Gen. Flynn, Energy Sec Rick Perry, Qataris, Saudis and Steve Bannon and etc.

12/13/16, 2:26 PM – Imaad: █████████████

12/13/16, 2:26 PM – Imaad: Everyone in Capitol Hill is on board

12/13/16, 2:28 PM – Imaad: They made me Co Chair of the Presidential Inauguration Committee

12/13/16, 2:29 PM – ██  Be it. ██████████████ but what you are acting  more childish. you dont  have to do anything . yiu are not doing good for you.

12/13/16, 2:30 PM – ██  congradularions on your being cochair.

12/13/16, 2:31 PM – Imaad: █████████████

12/13/16, 2:31 PM – ████████████

12/13/16, 2:33 PM – Imaad: How you feeling?

12/13/16, 2:33 PM – ██  better. thank you. where are you

12/13/16, 2:34 PM – Imaad: On plane from NYC to Los Angeles

12/15/16, 9:08 AM – Imaad: Missed voice call

12/15/16, 10:42 AM – ██  can you get me yiur itenary arriving ewr . i may come and pick you up if i finish my thinhs in the office

12/15/16, 10:43 AM – Imaad: I arrive at 4pm United leave Los Angeles at 7.40am and arrive at 4pm

12/15/16, 10:43 AM – Imaad: On the plane now

12/15/16, 11:31 AM – ██  what gate ? any idea or flight number?

12/15/16, 3:13 PM – ██  i am.on the way to airport. i will meet you

12/15/16, 3:18 PM – Imaad: I just landed. How far are you?

12/15/16, 3:26 PM – Imaad: Missed voice call

12/15/16, 5:12 PM – Imaad: Missed voice call

12/15/16, 5:13 PM – Imaad: Call me

12/15/16, 9:24 PM – ██  i am.at the plaza hotel loby

12/15/16, 10:00 PM – ██: i am at 48th and 2nd. call me before you move. inolan to go to renasance hotel

12/15/16, 10:11 PM – ██  i am.gking to korean town to massage . new place.

12/15/16, 10:21 PM – Imaad: Wait I am coming

12/15/16, 10:21 PM – ██  i am at korean town

12/15/16, 10:22 PM – ██  now

12/15/16, 10:22 PM – ██: come korean town

12/15/16, 10:22 PM – Imaad: I can't come now

12/15/16, 10:22 PM – Imaad: I have to go to eat with some business people

12/15/16, 10:23 PM – ██: then i can cancel and come to you now if you want

12/15/16, 10:23 PM – ██  or wait yku at korean town

12/15/16, 10:35 PM – ██  whre r you incan come

12/15/16, 11:50 PM – ██  i am at your hotel waiting.

12/16/16, 12:14 AM – ██  let me.what we are doing. i can come where you are . i am at yoir hotel

12/16/16, 12:36 AM – Imaad: Missed voice call

12/16/16, 7:45 AM – Imaad: CNN story: Saudi minister rips White House on Syria, talks 2016 campaign http://cnn.it/1OuPPAi

12/16/16, 9:35 AM – ██  he will see us. should i take my car to come plaza kr wait at.my hotel

12/16/16, 9:36 AM – ██: should i take my car to come plaza or wait at my hotel

12/16/16, 9:45 AM – ██  he said 4 pm is good

12/16/16, 10:03 AM – ██  omaad we have to. he cahanged twice

12/16/16, 10:03 AM – ██  i am taking my car and coming to your hotel

12/16/16, 10:04 AM – Imaad: Come to Four Season on 57. I am here with Kazakhstan FM and Ambassador

12/16/16, 10:05 AM – ██  ok

12/16/16, 11:42 AM – ██: come corner of 49 and broadway. behind your hotel i am waiting. if i come your hotel it will cost another 20 minjtes

12/16/16, 11:42 AM – Imaad: No. you come pick me up hurry up

12/16/16, 11:43 AM – Imaad: I am waiting here

12/16/16, 11:43 AM – ██  yjis much quicker

12/16/16, 9:18 PM – Imaad: Check your email

Page 49

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
12/16/16, 11:27 PM - Imaad:
https://www.google.com/amp/s/m.mic.com/articles/amp/161468/are-jared-kushner-s-west-
bank-donations-the-trump-team-s-latest-conflict-of-interest
12/16/16, 11:50 PM - Imaad: Hillary Clinton's holiday party 'like a wake'
http://pagesix.com/2016/12/15/hillary-clintons-holiday-party-like-a-wake/
12/17/16, 12:17 AM - Imaad: Americans Think There Are 54 Million Muslims In America.
There Are Only 3 Million.
http://www.huffingtonpost.com/entry/americans-overestimate-muslim-population_us_5852
e354e4b012849c05f509.
12/17/16, 1:25 AM - Imaad: The Wall Street Journal

U.S. Politics Prompt Saudis to Rethink Financial Strategy
http://www.wsj.com/articles/shifting-political-landscape-in-u-s-prompts-saudi-arabia
-to-rethink-financial-strategy-1481904434
12/18/16, 11:07 AM - Imaad: Unbelievable

NYTimes: How a Putin Fan Overseas Pushed Pro-Trump Propaganda to Americans
http://www.nytimes.com/2016/12/17/world/europe/russia-propaganda-elections.html?smpr
od=nytcore-iphone&smid=nytcore-iphone-share
12/18/16, 7:03 PM - Imaad: Its sad she is an overall loser (in personal life,
professional life and etc)

Clinton advisers point fingers at Huma Abedin, inner circle for loss
http://nyp.st/2gZFAHg
12/19/16, 8:34 AM - Imaad: Henry-since we talked I have been on the road non-stop
for work
I am on my way to China now
The Senator or Governor or the State Party people Louisiana have been ultra
aggressive. They are beginning to piss me off and I don't get pissed off easily
I don't know the person or the candidate at all so I will pass. I have never said no
to you.Ever!
I have always given without ever getting even a small invite to the events in
return. After what I have done for President Obama, you, DNC and other related to
the DNC, I was never invited to any State Dinner or any meaningful event by

the outgoing White House. This will be the first time I have to say no to giving
when you have asked. I think it would be good if we can catch up. I am still willing
to help but I can't be pushed around like I have been.
Like an idiot
You would be shocked that I have given nothing to GOP or President-Elect but have
offers left and right to come to their events and meet them. They took me to Trump
Tower 26 floor for meeting. I believe they are using a better approach.

You guys need to look at how my friend Terry does things. Whenever I have asked him
to show up to my event he always did. When my mother passed away he came to
California to meet me. These are the thing the current DNC is missing. The

Human Touch
12/19/16, 8:34 AM - Imaad: I need for you to get the $250,000 in by this Wednesday
12/19/16, 9:37 AM - ███████

12/19/16, 11:11 AM - Imaad: Stop. Pease don't waste my time. I am fucking getting
tired of this bullshit. If you want me to deal directly with it then you get out. If
you want to be in the middle then handle this and out the money into

account by Wednesday
12/19/16, 11:23 AM - Imaad: Ian tired of this. No one else give me this much BS
12/19/16, 12:21 PM - ██ Imaad i only asked you to do this to be taken more
efectively on this situation. if you disagree and want me to do, you could tell me
without treathening. i will be hapy to get out. plus you put me in to this

because of your contstruction projects . many time  you are in shit. evertime you
say you are tired of this but you keep texting and talking them and lose your

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

credibility ████████████████████████ you act childishly ███████

████████████ ███ ██████████████████████████████████████████

██████████ dont fucking treathening me. i dint get anything on this . idont want to
get anything either. ████████████████████ . i care about my good

and sincere work in this country i live and i owe to this beatiful country. ████████
but chill down.

12/19/16, 12:23 PM - Imaad: I am not threatening you. Either get it done or i have
to do it then I don't want to have you copied in on everything. This is becoming a
headache for me
12/19/16, 12:23 PM - ███  ok understand
12/19/16, 12:24 PM - ███  i will pas the message
12/19/16, 12:25 PM - Imaad: No. I don't want you to pass the message. Either you get
it done or I will get it done. I don't want a unnecessary person to pass messages. I
can pass my own messages
12/19/16, 12:25 PM - Imaad: Wednesday. No exception
12/19/16, 12:25 PM - Imaad: Please
12/19/16, 6:08 PM - ███  i talked to him. he said you talked to him too. in above
mesaage i said i will talk to him.i did . it is not good at the same time.
12/20/16, 2:09 AM - Imaad: Steve MNuchin unfairly being picked on because secrecy is
what clients or customers want. You do what customers want as long as it is legal.
There are many companies you won't find anything about on the

internet

NYTimes: Trump's Treasury Pick Moves in Secretive Hedge Fund Circles
http://www.nytimes.com/2016/12/19/business/dealbook/steven-mnuchin-trump-treasury-he
dge-funds.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/20/16, 11:31 AM - Imaad: <Media omitted>
12/20/16, 11:31 AM - Imaad: He is a good guy
12/20/16, 3:55 PM - Imaad: The new normal

https://thinkprogress.org/under-political-pressure-kuwait-cancels-major-event-at-fou
r-seasons-switches-to-trumps-d-c-1f204315d513#.1mh0055fu
12/20/16, 7:54 PM - Imaad: We need to put some money behind whoever runs against
this dangerous guy

NYTimes: Peter King's Really Bad Idea
http://www.nytimes.com/2016/12/20/opinion/peter-kings-really-bad-idea.html?smprod=ny
tcore-iphone&smid=nytcore-iphone-share
12/21/16, 10:13 AM - Mg: imaad. i know you go forth and back. ██████████████
████████████████████████████████████ if yku van take as your
guest , this is your oportuniy. if youbdont want , that is finem i am

NOT ASKING YOU TO TAKE HIM AS YOUR GUEST. but i am reminding if you like take this
opportunity. i know you have issues but some time you go and do a favor. you may do
this without loisng oportunity
12/21/16, 10:15 AM - Imaad: Absolutely not
12/21/16, 10:15 AM - Imaad: Please don't event ask me this
12/21/16, 10:15 AM - Imaad: There is no way he will be able to go to special VIP
events
12/21/16, 10:26 AM - ███  yes there is a good opportuniyy .you are not  the only way.
i am not asking any fucking things. i am just saying as your frined, you dont have
to take him but missing an opportunity.
12/21/16, 10:27 AM - ███  you are one who goes forth and back  and lose
credibility. i ammjust assseing the situationm thatsall
12/21/16, 10:27 AM - Imaad: Please stop
12/21/16, 10:27 AM - Imaad: No
12/21/16, 10:28 AM - Imaad: Please do not ask me stupid question
12/21/16, 10:29 AM - ███  i am not asking you anything. i am sgarinf something

███████

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
credibel. tahts it
12/21/16, 10:31 AM - Imaad: I am sure I am not the only one but I don't think anyone
else has access to VIP. If someone else does then let them do it. They are welcome
12/21/16, 10:33 AM - ██ someone close to ██
12/21/16, 10:33 AM - ██ realy close
12/21/16, 10:34 AM - Imaad: Okay good. Please have them take him. I promise I prefer
this
12/21/16, 10:36 AM - Imaad: Please don't text me about this again
12/21/16, 10:36 AM - Imaad: I am tired
12/21/16, 10:36 AM - Imaad: Your check for $50,000 is being mailed today by our
office
12/21/16, 10:36 AM - Imaad: You should go with him
12/21/16, 10:41 AM - ██ fuck you. my check has nothing to do with this ██
██                                    to get angry with me is non sense. In
██
12/21/16, 10:43 AM - Imaad: Okay. I can't him as my guest. Please don't ask me to do
this ever again
12/21/16, 10:49 AM - Imaad: Please confirm this so I can take his name off my list
12/21/16, 10:50 AM - Imaad: Call me
12/21/16, 10:50 AM - Imaad: Today is the last day for me to do this
12/21/16, 10:58 AM - ██ you dont understand. i did not ask yo to this. are you
idiot?. you offer this to him.many time. i just share something with you. do
whatever you. i am asking anything.i just share that you will be missing some
oportunity. thats all
12/21/16, 10:59 AM - ██ i totaly understand yiur frusturation on this and concdrn.
i realy do. but yiu act like an unstable idiot. i am teling yku as brother
12/21/16, 11:00 AM - Imaad: I don't want to get stuck paying for him. Either I need
to get the fund from you or we need to drop him. I don't want to me stuck with this
bill
12/21/16, 11:00 AM - Imaad: Call me I am boarding soon
12/21/16, 11:05 AM - ██ i can not call you now. text only.
12/21/16, 11:06 AM - Imaad: ██ please confirm your and other
people participation at inauguration today wednesday. I need to do the name of
people today. The VVIP events will be closed soon if I don't confirm. I will
email it to them. I am in Saudi so I can't do phone call because I am in and out of
meeting.
Thanks ██ I need you please to get the wire done.
imaad
12/21/16, 11:10 AM - Imaad: Passenger claims he was kicked off plane for speaking
Arabic
http://nyp.st/2ifb6yC
12/21/16, 3:08 PM - Imaad: Missed voice call
12/21/16, 3:09 PM - Imaad: Call me quickly before I go to sleep
12/21/16, 3:09 PM - Imaad: It is 12am I have early morning tomorrow
12/21/16, 3:10 PM - Imaad: I don't want to text
12/21/16, 3:10 PM - Imaad: I am taking names of people who haven't paid because I do
not want to be stuck like I was for Clinton with you and Ijaz
12/21/16, 3:58 PM - Imaad: I have to pay today so whoever not paid their name will
be off. There is no going back on this
12/21/16, 8:07 PM - ██ imaad whenn can i call you
12/21/16, 10:03 PM - ██ imaad i talked to him. ██
██                                                                        but
i think it is golden opportunity if you can take him as your guest .

this will help your constrction projects alot. i am not asking this from you but i
t will be consisten with your relationshop and your offering with you
12/22/16, 1:23 AM - Imaad: No. I asked you never ask me to take him. I took his name
off
12/22/16, 2:09 AM - Imaad: NYTimes: YouTube Stars Say They Were Removed From Delta

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
Flight for Speaking Arabic
http://www.nytimes.com/2016/12/21/world/delta-air-lines-adam-saleh.html?smprod=nytco
re-iphone&smid=nytcore-iphone-share
12/22/16, 5:56 PM - Imaad: Obama Makes Last-Minute Bid To Stall Trump's Ability To
Create Muslim Registry
http://www.huffingtonpost.com/entry/obama-rescinds-nseers-trump-registry_us_585bf2b7
e4b0d9a594574d6b
12/22/16, 7:39 PM - ███ i sent you email
12/23/16, 1:24 AM - Imaad: I requested you not to email me
12/23/16, 1:32 AM - Imaad: Never ever email me again
12/23/16, 1:32 AM - Imaad: You check for $50,000 will be mailed to you today
12/23/16, 1:33 AM - Imaad: Please get your own Inauguration logistic done
12/23/16, 3:07 AM - Imaad: Missed voice call
12/23/16, 8:40 AM - ███ you forget that you emailed me and him. i gave you much more
neutralize  answer. in a very general way.
12/23/16, 8:41 AM - Imaad: Please stop. I emailed you to come not to put all your
other bullshit in email. Please stop. I am tired of all the Turkish bukl1shit
12/23/16, 8:41 AM - Imaad: Your check is mailed out today. You deal your self for
Inauguration. I do not want to part of anything Turkish
12/23/16, 8:45 AM - ███ i totaly nderstand  you are upset all the bull shit. dont
blame me. you sent me email and i just answered it in a very neutral way. you asked
answer and i answer me . is that excuse you take my name away? it is

sad
12/25/16, 10:02 AM - Imaad: NYTimes: Inside the Trump Organization, the Company That
Has Run Trump's Big World
http://www.nytimes.com/2016/12/25/us/politics/trump-organization-business.html?smpro
d=nytcore-iphone&smid=nytcore-iphone-share
12/25/16, 11:05 AM - ███ i totaly nderstand  you are upset all the bull shit. dont
blame me. you sent me email and i just answered it in a very neutral way. you asked
answer and i answered you. is that excuse you take my name away? it is

sad
12/25/16, 11:06 AM - ███ well i am very upset too how they handled so for.
12/25/16, 11:06 AM - ███ forget it. how are you?
12/25/16, 1:25 PM - Imaad: <Media omitted>
12/25/16, 1:30 PM - Imaad: No. You didn't answer me. You asked me to pay for him. I
have told you never ever ask me this again. Your check was mailed. I do not have
your name for the event. Please ask whoever is taking ███ to bring you as

well
12/25/16, 2:02 PM - ███ you are wrong . if you want to belive that way, i can not do
anything.i did not ask you to take him. you were the one getting softer and was
going to  almost take him withoiut contribution . i am the one asked you

to not to waive contribution because you get upset . when it was clear, no
response was coming, in this new case, i just told you that you may want to look at
diferently and see the oportunity and your taking him as your guest, may

help your  projects . iwas not asking but showing the new situation. thats was it.
also i have no one to go, except you. i never went to some else . it is up to you
12/25/16, 2:23 PM - Imaad: Please don't play games
12/25/16, 2:23 PM - Imaad: I am done
12/25/16, 2:44 PM - ███ imaad please, i dont play games. i supported you to get
contribution even when you are getting softer. and i even  volenter to to be part of
it. when things change and no contribuyion coming by wednesday,  i

asked you to think again to not the miss the oportunity. ███████████████████
███████████████████████████ if you dont want to take him it is your
desicion. i totaly understan your frusturation. but you must understand what

happend between you and ███████  , ███████████  ███████████ and
lost credibikty all those created bad taste and i tought your considering him take

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
as a guest when nothing was coming , would be a better aproach. that is

. dont tell me that i paly games. i was with you. any way. do what ever you feel
comfortable
12/25/16, 5:39 PM - Imaad: Do not ever ask me ever to take him
12/25/16, 5:39 PM - Imaad: Do you understand?
12/25/16, 5:39 PM - Imaad: Not only I won't take him I will block him do you fucking
understand?
12/25/16, 5:38 PM - Imaad: Missed voice call
12/25/16, 6:36 PM - ██ i know . i understand. i am not asking you take him..i just
mentioned the ppportunity. thats all. dont wory.   i am in plane to chocago mass
icna convention. sory i mised you.
12/25/16, 6:37 PM - Imaad: I am not taking you nor him
12/25/16, 6:37 PM - Imaad: I am pissed you even have the guts to suggest this on the
email
12/25/16, 6:38 PM - Imaad: You go with him and the guy he will go with who is close
to Flynn
12/25/16, 6:40 PM - ██ i understand that you are pissed and frusturated for right
reason
 i just answered your emailmin a neutral way. i heart that some one was working to
take him to gwt close him. i dont know who he is.  so i am not going obviously. ok
lets close this chapter. it hurts you so much. i understand you.
12/25/16, 6:40 PM - ██ when are you coming east cost. today ██

12/25/16, 6:43 PM - Imaad: No. You didn't answer. You have the fucking guts to
suggest I pay for him. You fucking asshole. Why did you do this on email? You think
you are smart ass trying to look good in front of your fucking ██?
12/25/16, 6:43 PM - Imaad: Both of you can go fuck yourself
12/25/16, 6:44 PM - Imaad: Don't ever fucking suggest I pay for any fucking Turkish
idiot especially this motherfucker
12/25/16, 6:45 PM - Imaad: I have no business in Turkey and don't want any business
in Turkey
12/25/16, 6:45 PM - Imaad: I am done with Turkish bullshit
12/25/16, 6:46 PM - ██ no. you are wrong. when it was clear that  no contribution
by wednesday, i said you can see what you can donnot to miss opptunity. thats was
all. i dont try to look good in fornt of him. sory and i appoligize that

i remind ded yo the oportuny. we have tobpass this ponit.
12/26/16, 11:07 AM - Imaad: <Media omitted>
12/27/16, 2:44 AM - Imaad: Barack Obama Was A Nobody At The 2000 Democratic National
Convention
http://www.huffingtonpost.com/entry/barack-obama-2000-dnc_us_586143a3e4b0eb586486da8
3
12/27/16, 4:30 AM - Imaad: Forwarded to you unread in today Tuesday NYT

NYTimes: Saudi Royal Family Is Still Spending in an Age of Austerity
http://www.nytimes.com/2016/12/27/world/middleeast/saudi-royal-family-money.html?smp
rod=nytcore-iphone&smid=nytcore-iphone-share
12/27/16, 1:20 PM - Imaad: Xi's Power Play Foreshadows Historic Transformation of
How China Is Ruled
http://www.wsj.com/articles/xis-power-play-foreshadows-radical-transformation-of-how
-china-is-ruled-1482778917
12/27/16, 10:24 PM - Imaad: One of the most expensive and secure Inauguration ever

NYTimes: Trump Inauguration Security Planners Brace for Wave of Protesters
http://www.nytimes.com/2016/12/27/us/politics/donald-trump-inauguration-security.htm
l?smprod=nytcore-iphone&smid=nytcore-iphone-share
12/28/16, 8:38 PM - Imaad: Lindsey-good morning from Los Angeles
We need to put Putin back in his place. He can't be allowed to play with U.S.A.
"bi partisan sanction......will hit Russia hard, particularly Putin as in
individual" -U.S. Senator Lindsey Graham
You are Great!
12/30/16, 4:22 AM - Imaad: Turkey continues to get negative press

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
Even GCC where they have no elections are portrayed as more democratic

How a Top International Judge Was Trampled by Turkey's Purge
http://www.wsj.com/articles/how-a-top-international-judge-was-trampled-by-turkeys-pu
rge-1483027157
12/30/16, 9:41 PM - Imaad: Read toward the end which talks about SoftBank
repackaging part of Saudi and Middle East money. 99% spin very little substance

SoftBank Hopes Trump Connection Reopens Doors for Sprint
http://www.wsj.com/articles/softbank-hopes-trump-connection-reopens-doors-for-sprint
-1483127211
12/30/16, 10:21 PM - Imaad: Nothing will get solved in Syria without USA and Saudi
involvement. Waste of time and energy of Putin and Erdogan. Last I heard USA was the
only SuperPower. Russia has no economy?

A Vultures' Peace in Syria
http://www.wsj.com/articles/a-vultures-peace-in-syria-1483140757
1/1/17, 6:32 AM - Imaad: Trump advisers want Netanyahu to attend inauguration
http://nyp.st/2iqm4CN
1/3/17, 7:35 PM - Imaad: Governor-
I saw this in WaPo. This is in your state
I will be at the inauguration so looking forward to catching up with you Terry
imaad

https://www.washingtonpost.com/local/a-smokescreen-for-bigotry-disguising-anti-musli
m-bias-with-land-use-objections/2017/01/02/14040744-d129-11e6-a783-cd3fa950f2fd_stor
y.html?utm_term=.3c88ab8872a0
1/4/17, 7:17 PM - Imaad: This is not helpful. I remember last year ██████████
██████████ and Congressman discussing in NYC hotel that this needs to be dialed down
however the opposite is happening

NYTimes: In Turkey, U.S. Hand Is Seen in Nearly Every Crisis
http://www.nytimes.com/2017/01/04/world/europe/istanbul-attack-nightclub.html?smprod
=nytcore-iphone&smid=nytcore-iphone-share
1/4/17, 7:27 PM - Imaad: Your name is in Inauguration list
1/4/17, 7:27 PM - Imaad: I put it there but don't know if you will get photo. Please
don't ask me about photo
1/4/17, 8:36 PM - Imaad: Please confirm you still want r go to the Inauguration for
me to hold the ticket for you?
1/5/17, 12:14 AM - ██ imaad thank you. i have to be in Turkey that week. so any
other phot opportunity ,please let me know. also he came to pa and took pictures for
$25k i heard. i missed it
1/5/17, 12:15 AM - ██ i need to ask you a favor..do you know valey jarret, prsident
close person. can you ask a quick meeeting with her.
1/5/17, 2:07 AM - Imaad: Meeting for whom? She is useless
1/5/17, 2:19 AM - ██ well please forgive . it is just  a message.
1/5/17, 2:20 AM - Imaad: ?
1/5/17, 2:21 AM - Imaad: Now that I have your name you don't want to go?
1/5/17, 2:22 AM - ██ Insha Allah, I pray all is well.


I hope you can connect us with someone who is close to Ms. Valerie Jarrett to
request a meeting for former Congressman John Bryant, attorney Charles Swift, and
Brother Khalil (Eric) Meek, Executive Director of Muslim Legal Fund of

America (MLFA) to discuss the HLF clemency petition with her.


The purpose of the meeting would be to:

WhatsApp Chat with Imaad export – 12-24-14 to 2-28-17

Convey to her that a direct appeal by members of Congress and foreign leaders
███████████████████ has been made, or is in the process of being made,
to the President, seeking that he grant HLF defendant's clemency petition,

submitted September of this year. Emphasize that this meeting is not to seek Ms.
Jarrett's advocacy on behalf of the petition, but rather to advise her regarding
particulars not included in the clemency petition, which we believe would be

relevant to the President in making a decision regarding the petition. Specifically,
the meeting would concern the willingness and ability of the HLF defendants to
relocate outside of the United States in the event that clemency is

granted (without deportation proceedings being necessary). And express the ability to
mount a PR effort emphasizing the benefits to National Security and foreign
relations in support of a decision to commute the remaining sentences of the

HLF defendants. Finally, to offer the willingness and ability to respond to any
questions that might be raised surrounding the HLF clemency petition.


Can you please help us arrange this meeting?  Everything is starting to take place
as I mentioned to you and we are certain that Ms. Valerie Jarrett will be consulted
in the President's decision.  Therefore, it is critical that the above

three gentlemen get an opportunity to meet with her to provide as much information
and answer as many concerns as possible.  And obviously the sooner the better.
Please can you help us?


May Allah reward you for all your efforts.



Oussama
1/5/17, 2:22 AM - ███ i am just mesenger. if you can get meeting it is good if not
it is good too
1/5/17, 2:22 AM - Imaad: Missed voice call
1/5/17, 2:23 AM - Imaad: You don't want to be involved in this mess
1/5/17, 2:24 AM - Imaad: Missed voice call
1/5/17, 2:25 AM - Imaad: Why are you involved in this?
1/5/17, 2:31 AM - ███ i am not involve in this. he asked me if i can help. some lf
those people whom indont know, i belive was in nocent. if you can get meeting it is
fine.
1/5/17, 2:31 AM - ███ thank you
1/5/17, 5:14 AM - Imaad: You should ███████████████ come to Washington
1/5/17, 10:12 AM - ███ ████████████████████ and i can not change the
date. thank you.
1/7/17, 2:29 AM - Imaad: NYTimes: In Turkey's Unrest, Some See an Extreme Version of
Post-9/11 America
http://www.nytimes.com/2017/01/06/world/europe/turkey-terrorist-attacks-erdogan-crac
kdown.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/8/17, 6:14 PM - Imaad: <Media omitted>
1/8/17, 6:17 PM - ███ Imaad how are you
since you said your sent my check back to me , and ███████████████, i wont
be able toncome. ████████████████. thank yku
1/8/17, 6:17 PM - ███ also i did not get checknyet
1/8/17, 6:19 PM - Imaad: ███-you drive me crazy. Renee told my wife that I am not
putting you on the list and sending your check back so my wife asked me to

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
accommodate you because she thinks you are nice person. Now I have you on the

fucking list for dinner and other events
1/8/17, 6:21 PM - Mg: ooh i did not know. renee is definetely is good hearted
person. after you told me many time , you sent my check and i was not going to go
inaguraton, ███████████████████████████████████. i can not

change any mor.
tahnk yku for being nice
1/8/17, 6:22 PM - Imaad: Make sure you fucking show up
1/8/17, 6:24 PM - Imaad: I am trying to get your FM in
1/8/17, 6:25 PM - ███ i am not . if you do ███, might be good for your projects. but
i am not askinf yiu
1/8/17, 6:26 PM - Imaad: Just show up
1/8/17, 6:26 PM - Imaad: I got you hotel with me
1/8/17, 6:26 PM - Imaad: Stop texting me I am in Saudi
1/8/17, 6:26 PM - Imaad: There will be lot of VIPs
1/8/17, 6:26 PM - ███ imposible . ███████████████████████████████
1/8/17, 6:27 PM - Imaad: Many countries FMs
1/10/17, 11:41 PM - Imaad: Our friend Michael Cohen is in the article

NYTimes: Trump Received Unsubstantiated Report That Russia Had Damaging Information
About Him
http://www.nytimes.com/2017/01/10/us/politics/donald-trump-russia-intelligence.html?
smprod=nytcore-iphone&smid=nytcore-iphone-share
1/11/17, 12:25 AM - Imaad: Spy Agencies Probe Dossier on Russia, Trump Advisers
http://www.wsj.com/articles/spy-agencies-investigating-claims-trump-advisers-worked-
with-russian-agents-1484101731
1/12/17, 4:36 PM - Imaad: Here's Evidence Of The Islamophobia That Trump Brushed Off
http://testkitchen.huffingtonpost.com/islamophobia/december/
1/13/17, 9:34 AM - Imaad: Trump's Existing Foreign Deals Could Pose Problems
http://www.wsj.com/articles/donald-trumps-existing-foreign-deals-could-pose-problems
-1484303452
1/15/17, 3:30 AM - Imaad: <Media omitted>
1/15/17, 5:02 AM - ███ Imaad
I need alot of money. ██████████████████████████████████████ i did not
get That $50k you said you sent. would yku exIediate.
thank you
1/15/17, 5:09 AM - Imaad: Ask ████████████
1/15/17, 5:57 AM - ███ come on. I ask many times to add my name to list and you
said you sent my check. and so i am in ██████ and can not come. i need my 50k . this
has nothing to do with ███. please send that money urgentmy. thanks
1/16/17, 2:32 AM - Imaad: NYTimes: Corporations Open the Cash Spigot for Trump's
Inauguration
http://www.nytimes.com/2017/01/15/us/politics/trump-inauguration-donations-corporati
ons.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/16/17, 11:26 AM - ███ imaad. inrwaly need that 50k. please make it easy for me..i
can help you innthe future
1/16/17, 1:37 PM - Imaad: I will talk to ████████████ and get back to you
1/16/17, 2:58 PM - ████████████████████████
this was for me. soni am not coming and i realy need this money
1/16/17, 7:01 PM - Imaad: Ahmed-I have Congressman Joe Wilson confirmed for meeting
your Qatari FM. He is on Armed Services but next year he will be Chairman of Foreign
Affairs when Ed Royce 6 years limit is done. Joe is from South

Carolina. ████████████
Ed will become Chairman of Financial Services after this
1/16/17, 9:57 PM - Imaad: NYTimes: As Trump Era Arrives, a Sense of Uncertainty
Grips the World
http://www.nytimes.com/2017/01/16/world/europe/trump-eu-nato-merkel-brexit-russia-ge
rmany-china.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/17/17, 11:59 PM - Imaad: <Media omitted>
1/18/17, 6:28 AM - Imaad: Bookies Offer Yuuuge Odds On Trump's Impeachment Within 6 Months
http://www.huffingtonpost.com/entry/bets-donald-trump-impeachment_us_587f1736e4b01cd
c64c879bd
1/18/17, 11:47 AM - ███ ████████████████████████████████
1/18/17, 3:57 PM - Imaad: Please do not give my number to anyone without asking me first
1/18/17, 3:57 PM - Imaad: I am not happy you did this especially the press
1/18/17, 3:58 PM - Imaad: I do not want to be in involved with any press you know this then why did you do it?
1/18/17, 5:04 PM - ███ imaad i did not give your number to any one. for sure. he called me and told me he can not reach you and ask me to send you mesaage to ho back to jom. ████████████████████. neacjse of this i

only notified you that he neds you
1/18/17, 5:04 PM - Imaad: No. I was not co host of any breakfast? Which breakfast

1/18/17, 5:05 PM - ███ i dont know what r you talking
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:49 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: <Media omitted>
1/20/17, 2:51 AM - Imaad: Do not distribute or discuss
1/20/17, 2:54 AM - ███ ok
1/20/17, 11:31 AM - Imaad: <Media omitted>
1/21/17, 1:07 PM - Imaad: Missed voice call
1/21/17, 1:08 PM - Imaad: Call me
1/21/17, 1:16 PM - Imaad: Missed voice call
1/21/17, 2:01 PM - ███ fyi, when i heard people make rumors that happened, i mentioned your gracios help.
1/22/17, 3:07 PM - Imaad:
http://m.jpost.com/Israel-News/White-House-US-in-beginning-stages-of-talks-to-move-U
S-embassy-to-Jerusalem-479270#article=6017NUM5MDE5NUQ5NTVDODNCRjMyREUxQzIyNDQzNUFDRD
U=
1/22/17, 11:45 PM - Imaad: NYTimes: Foreign Payments to Trump Firms Violate Constitution, Suit Will Claim
http://www.nytimes.com/2017/01/22/us/politics/trump-foreign-payments-constitution-la
wsuit.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/24/17, 8:33 AM - Imaad: Turkish Foreign Minister Mevlüt Çavuşoğlu, who represented Ankara at Trump's inauguration ceremony on Jan. 20, had unofficial contacts earlier in the week with Trump's pick for Secretary of State Rex Tillerson,

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

National Security Advisor Michael Flynn, and Secretary of Defense James Mattis. Çavuşoğlu is also accompanying Erdoğan on his trip to Tanzania, Mozambique and Madagascar.

http://www.hurriyetdailynews.com/turkey-anxiously-waiting-for-trumps-call-on-syria-a nd-israel--.aspx?pageID=238&nID=108848&NewsCatID=409
1/27/17, 2:33 AM - Imaad: Globally US might target Muslim Brotherhood as terrorist organization

https://www.washingtonpost.com/world/national-security/trump-lays-groundwork-to-chan ge-us-role-in-the-world/2017/01/26/812998e6-e404-11e6-a547-5fb9411d332c_story.html
1/27/17, 11:48 AM - Imaad: Trump fan attacks hijab-wearing Muslim Delta employee: DA
http://nyp.st/2jZ1ryb
1/28/17, 9:50 AM - Imaad: Even with valid US visa you can be detained or sent back especially if you have been to countries of interest

NYTimes: Refugees Detained at U.S. Airports, Prompting Legal Challenges to Trump's Immigration Order
http://www.nytimes.com/2017/01/28/us/refugees-detained-at-us-airports-prompting-lega l-challenges-to-trumps-immigration-order.html?smprod=nytcore-iphone&smid=nytcore-iph one-share
1/28/17, 4:05 PM - Imaad: <Media omitted>
1/30/17, 10:57 AM - Imaad: The main guy behind the travel ban. Some say the main power in the WH after POTUS. After meeting him a few times he comes across as rude, racist and somewhat of an asshole

NYTimes: Bannon Is Given Security Role Usually Held for Generals
http://www.nytimes.com/2017/01/29/us/stephen-bannon-donald-trump-national-security-c ouncil.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/30/17, 6:09 PM - Imaad: Somali pirates (with gold teeth), tribes in Libya, heroine exporters in Afghanistan, war lords in Africa and etc are desperately looking to build Trump Towers in their jurisdictions

NYTimes: Who Hasn't Trump Banned? People From Places Where He's Done Business
http://www.nytimes.com/2017/01/29/opinion/who-hasnt-trump-banned-people-from-places- where-hes-made-money.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
1/31/17, 5:23 AM - Imaad: Pakistani Minister Criticizes Trump's Travel Ban Amid Concerns Country Could Be Added to List
http://blogs.wsj.com/indiarealtime/2017/01/30/pakistani-minister-criticizes-trumps-t ravel-ban-amid-concerns-country-could-be-added-to-list/
1/31/17, 10:08 AM - Imaad: NYTimes: President Bannon?
http://www.nytimes.com/2017/01/30/opinion/president-bannon.html?smprod=nytcore-iphon e&smid=nytcore-iphone-share
2/1/17, 11:06 AM - Imaad: NYTimes: Trump Aide's Deal With Chinese Firm Raises Fear of Tangled Interests
https://www.nytimes.com/2017/01/31/us/anthony-scaramucci-business-white-house.html?s mprod=nytcore-iphone&smid=nytcore-iphone-share
2/1/17, 12:15 PM - Imaad: Kuwaitis think they are hot shit but they are not. If you have US or EU passport and have visa or stamp from Iran, Pakistan they keep you at airport for several hours saying they are doing background check. I

don't think these idiots know how to even turn on the computer

http://m.gulfnews.com/news/gulf/kuwait/kuwait-bans-visa-issuance-to-five-nationaliti es-1.810834?utm_medium=socialbar&utm_source=mobilesite&utm_campaign=whatsapp
2/2/17, 3:08 AM - Imaad: Trump blasted Australian prime minister during 'worst call by far'
http://nyp.st/2kXS4yh
2/2/17, 3:14 AM - Imaad: Inside LA's most exclusive sex party
http://nyp.st/2kx8RBh
2/2/17, 3:27 AM - Imaad:
https://www.washingtonpost.com/world/national-security/no-gday-mate-on-call-with-aus

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

tralian-pm-trump-badgers-and-brags/2017/02/01/88a3bfb0-e8bf-11e6-80c2-30e57e57e05d_s
tory.html
2/3/17, 7:36 AM - Imaad:
https://www.yahoo.com/news/billionaire-resistance-targets-president-trump-000000800.
html
2/3/17, 2:25 PM - Imaad: American Muslims Push Themselves Into Political Arena
https://www.wsj.com/articles/american-muslims-push-themselves-into-political-arena-1
486138768
2/4/17, 2:21 PM - Imaad: Total cluster mess in Washington within 2 weeks of
inauguration

https://www.washingtonpost.com/news/josh-rogin/wp/2017/02/04/the-white-house-cabinet
-battle-over-trumps-immigration-ban/
2/4/17, 8:34 PM - Imaad: <Media omitted>
2/4/17, 8:34 PM - Imaad: <Media omitted>
2/4/17, 10:55 PM - ███ you forgot about me imaad.
2/4/17, 10:55 PM - ██: i am back home now
2/4/17, 11:00 PM - Imaad: Missed voice call
2/4/17, 11:00 PM - Imaad: Call me now
2/5/17, 12:35 AM - Imaad: Call me I am in Miami
2/5/17, 5:08 PM - Imaad: You need to come Los Angeles for Lindsey event I am doing
on Sunday 26. This is important
2/5/17, 5:10 PM - ███ too far. if it is in east coast, i love too
2/5/17, 5:11 PM - Imaad: Talk to Shoaib. Minimum donation is $1,000
2/5/17, 5:11 PM - Imaad: Yes you are guest
2/5/17, 5:11 PM - Imaad: Come you are free
2/5/17, 5:11 PM - Imaad: I miss you
2/5/17, 6:20 PM - Imaad: Missed voice call
2/5/17, 6:21 PM - Imaad: Called you several times but you don't want to talk to me?
2/5/17, 6:24 PM - ███ no i still love yku and miss you. i will call you later
2/6/17, 12:25 AM - Imaad: Missed voice call
2/6/17, 1:31 AM - Imaad: Yesterday in Miami two events NRSC and Trump's evening

NYTimes: At Cosseted 'Winter White House,' Outside World Intrudes on Trump
https://www.nytimes.com/2017/02/05/us/politics/mar-a-lago-trump-vacation.html?smprod
=nytcore-iphone&smid=nytcore-iphone-share
2/7/17, 1:46 PM - Imaad: This is long but worth the read

NYTimes: Steve Bannon Carries Battles to Another Influential Hub: The Vatican
https://www.nytimes.com/2017/02/07/world/europe/vatican-steve-bannon-pope-francis.ht
ml?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/7/17, 2:49 PM - Imaad: The March To Impeachment of Trump

http://www.huffingtonpost.com/entry/march-to-impeachment_us_5897b401e4b0406131376a32
2/8/17, 3:02 AM - Imaad: Along with foreign based Muslim Brotherhood and Iranian
groups, US Muslim charitable organizations, US mosques and other US based nonprofits
will be targeted for special scrutiny by DHS, Treasury including IRS,

State for visas and etc. I am being told even if it is not publicly announced the
policy and procedures have been ordered effective immediately

NYTimes: White House Weighs Terrorist Designation for Muslim Brotherhood
https://www.nytimes.com/2017/02/07/world/middleeast/muslim-brotherhood-terrorism-tru
mp.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/8/17, 3:10 AM - Imaad: This is not good for Turkey because after the all this
topic was discussed in inner circle in Washington
2/9/17, 10:16 PM - Imaad: Our friend in the news

Michael Cohen says so https://therealdeal.com/2017/02/08/the-koan-of-michael-cohen/
2/9/17, 10:21 PM - Imaad: Our friend in the news

http://www.washingtonexaminer.com/trumps-personal-attorney-asks-reporter-wheres-the-
apology/article/2614339

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17
2/14/17, 12:32 PM - Imaad: Amazing

NYTimes: Mental Health Professionals Warn About Trump
https://www.nytimes.com/2017/02/13/opinion/mental-health-professionals-warn-about-tr
ump.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/14/17, 3:45 PM - Imaad: Now her

'Free commerical' for Ivanka could end up costing Kellyanne
http://nyp.st/2lgx2OC
2/15/17, 4:35 AM - Imaad: I was speaking to a very senior person at The White House
and he was telling me it is total cluster fuck there. There were 4 internal groups
before now there are over 8 groups. Everyone is back stabbing each

other. This big of a mess this early means more trouble ahead

Flynn Is First Casualty of Turmoil in Trump Administration
https://www.wsj.com/articles/mike-flynn-is-first-casualty-of-turmoil-in-trump-admini
stration-1487121454
2/16/17, 3:54 AM - Imaad: Rex Tillerson has no clout in Washington. People say
everything is being controlled by The White House by Bannon & Co. Putin might have
wasted an award on him

NYTimes: Where Is Rex Tillerson? Top Envoy Keeps Head Down and Travels Light
https://www.nytimes.com/2017/02/15/world/europe/germany-rex-tillerson.html?smprod=ny
tcore-iphone&smid=nytcore-iphone-share
2/16/17, 4:11 AM - Imaad: This is from NYT Editorial Board. We are becoming Banana
Republic. A joke to the world. Depressing

NYTimes: Time for Congress to Investigate Mr. Trump's Ties to Russia
https://www.nytimes.com/2017/02/15/opinion/time-for-congress-to-investigate-mr-trump
s-ties-to-russia.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/17/17, 1:26 PM - Imaad:
https://www.washingtonpost.com/blogs/right-turn/wp/2017/02/17/trump-must-banish-bann
on-or-his-presidency-is-doomed/
2/17/17, 8:56 PM - Imaad: Going to Dubai

https://www.washingtonpost.com/world/middle_east/at-trump-branded-golf-club-opening-
in-dubai-expect-the-first-sons-royalty-and-lots-of-gold/2017/02/17/014ef942-f2d5-11e
6-9fb1-2d8f3fc9c0ed_story.html
2/18/17, 1:19 AM - Imaad: NYTimes: What a Failed Trump Administration Looks Like
https://www.nytimes.com/2017/02/17/opinion/what-a-failed-trump-administration-looks-
like.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/18/17, 6:52 PM - Imaad: I am in Dubai. Interesting times

NYTimes: Trump's Dual Roles Collide With Openings in Dubai and Vancouver
https://www.nytimes.com/2017/02/18/world/middleeast/trump-dubai-vancouver.html?smpro
d=nytcore-iphone&smid=nytcore-iphone-share
2/19/17, 2:28 AM - Imaad: Amazing

Historian says Donald Trump's presidency likely to be second shortest in history
http://www.independent.co.uk/news/world/americas/historian-says-donald-trumps-presid
ency-likely-to-be-second-shortest-in-history-a7583181.html
2/19/17, 5:14 PM - Imaad: Our friend Michael Cohen is in the NYT news today

NYTimes: A Back-Channel Plan for Ukraine and Russia, Courtesy of Trump Associates
https://www.nytimes.com/2017/02/19/us/politics/donald-trump-ukraine-russia.html?smpr
od=nytcore-iphone&smid=nytcore-iphone-share
2/19/17, 5:43 PM - Imaad: No wonder President Trump doesn't like NYT

NYTimes: How Can We Get Rid of Trump?
https://www.nytimes.com/2017/02/18/opinion/sunday/how-can-we-get-rid-of-trump.html?s
mprod=nytcore-iphone&smid=nytcore-iphone-share
2/20/17, 3:51 PM - Imaad: This and other executive action are in store

WhatsApp Chat with Imaad export - 12-24-14 to 2-28-17

NYTimes: Talk of Terror Listing for Muslim Brotherhood Alarms Some Arab Allies
https://www.nytimes.com/2017/02/20/world/middleeast/talk-of-terror-listing-for-musli
m-brotherhood-alarms-some-arab-allies.html?smprod=nytcore-iphone&smid=nytcore-iphone
-share
2/21/17, 3:27 AM - Imaad: Our friend will stay with President Trump as his personal
lawyer

https://www.washingtonpost.com/news/post-politics/wp/2017/01/19/michael-cohen-specia
l-counsel-to-donald-trump-will-follow-him-to-washington/
2/21/17, 11:33 PM - Imaad: He is pissing so many people off that now people are
starting to push back on Bannon. He is an asshole

Trump Would Reconsider Bannon's NSC Role If Asked
https://www.wsj.com/articles/donald-trump-would-reconsider-bannons-role-on-national-
security-council-if-asked-white-house-says-1487712036
2/22/17, 11:26 PM - ▮ xhat time is sen graham program
2/22/17, 11:29 PM - Imaad: 12 Noon lunch
2/22/17, 11:29 PM - Imaad: It will be good event
2/22/17, 11:31 PM - ▮ i got ticket . landing lax 10.30 am sunday  is that ok?
adtess?
2/22/17, 11:31 PM - Imaad: Come earlier
2/22/17, 11:31 PM - Imaad: It is OC
2/22/17, 11:31 PM - Imaad: Please email me and I will email you the address
2/23/17, 12:58 AM - ▮ that is the only flight from atlanta
2/23/17, 12:59 AM - ▮
2/23/17, 12:59 AM - ▮ already purchssed
2/23/17, 1:00 AM - ▮ i will return same night. may be we can habe some time after
event?
2/23/17, 2:10 PM - Imaad: Please email me for address
2/23/17, 2:10 PM - Imaad: I have put you as host
2/23/17, 3:05 PM - ▮ i may most likely not come because so sick. if i feelll good
i will come
2/23/17, 3:05 PM - ▮ very sory
2/23/17, 3:07 PM - Imaad: Please come it is Sunday i need you there
2/23/17, 5:47 PM - Imaad: It is very important you show up
2/23/17, 6:07 PM - ▮ i will do my best
2/23/17, 6:12 PM - Imaad: Stop
2/23/17, 11:28 PM - ▮ i got 6 am flight to come 9 am for $950 and return flight
evening for $1200, realy i am sick inly flyin first class
2/24/17, 1:35 AM - Imaad: United?
2/25/17, 1:44 AM - Imaad: NYTimes: The Islamophobic Huckster in the White House
https://www.nytimes.com/2017/02/24/opinion/the-islamophobic-huckster-in-the-white-ho
use.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
2/25/17, 12:55 PM - ▮ i might come late night to night. please send me adress soni
can stay tonoght at hotel
2/25/17, 12:55 PM - Imaad: Okay I will do today
2/25/17, 1:01 PM - Imaad: Check your email
2/25/17, 1:05 PM - ▮ thank you. but i am co host and my name is not there.please
have them put my name and send it to me. it is important. it is not for me
2/25/17, 1:10 PM - Imaad: You are. I emailed you older version on the invite
2/25/17, 1:12 PM - ▮ thank you but send me the new one please
2/25/17, 1:12 PM - ▮ i am not trying to be pain in the neck but it is important
before i come
2/25/17, 3:57 PM - Imaad: Okay