# EXHIBIT 3

WhatsApp Messages Between ▆▆▆▆ and Imaad Zuberi (March 2017 – December 2017) Regarding ▆▆▆▆'s Attempts to Collect Money Owed

3/26/17, 2:03 PM ▆: imaad sory i it is very hectic i have my supliers are here. ina later weeks . it is important for me to come

3/26/17, 2:03 PM ▆: thank you

3/26/17, 2:17 PM - Imaad: You need to come this week to close this deal

3/30/17, 5:50 PM - Imaad: Please call important

3/30/17, 5:50 PM - Imaad: I need to get you investment document

3/30/17, 6:14 PM ▆▆▆▆

3/30/17, 6:14 PM - Imaad: Can you please email me this

3/30/17, 6:15 PM ▆: ok

3/30/17, 6:15 PM - Imaad: I need to forward to company to issue you the shares

3/30/17, 6:18 PM ▆ i need also the receipt of the amount

3/30/17, 6:25 PM - Imaad: It will say on share certificate

3/31/17, 1:52 AM ▆ imaad i am very short on money ▆▆▆▆. please use orginal money i sent to be used for investment an return other half. I am realy broke

3/31/17, 12:28 AM - Imaad: Please don't send me stupid email

3/31/17, 1:54 AM ▆ tgat is not stupid email. yo daid yobneed to get investment documneg for cergain amauunt and i need half of it

3/31/17, 1:54 AM ▆ that is it

3/31/17, 2:33 AM - Imaad: I can lend you some?

3/31/17, 2:33 AM - Imaad: Let's talk when we meet

3/31/17, 9:12 AM ▆ can you loan me a quick 110k for my business. if not less is ok for short term

3/31/17, 11:15 AM - Imaad: Okay let me check

3/31/17, 12:15 PM ▆ only a few week

3/31/17, 12:29 PM - Imaad: Okay working on it

3/31/17, 1:21 PM — ▮ thank you

4/9/17, 11:01 PM — ▮ i realy need some money 100k for time

4/9/17, 11:01 PM — ▮ you said you could

4/10/17, 1:18 AM - Imaad: Please come to Los Angeles

Please stop texting me on this

I am in meeting I told you to come to Los Angeles

Please come to Los Angeles we can discuss this and your visit to people ▮

4/11/17, 5:33 AM - Imaad: Will London Fall? - The New York Times

https://nyti.ms/2ol7CPj

4/11/17, 6:07 AM - Imaad: You are asking me for money but writing big checks to DNC?

4/11/17, 6:18 AM - Imaad: Tesla Rivals GM as the Most Valuable Auto Maker in U.S.

https://www.wsj.com/articles/tesla-overtakes-gm-to-become-most-valuable-u-s-auto-maker-1491832043

4/11/17, 8:40 AM — ▮ imaad for get about fucking discusssion you told me that you send me the money and send it back first . i am not wrting big check to dnc.

4/11/17, 8:41 AM — ▮ please keep your promisd. you said you would send the check and did mot do yet. also i did not sent the certifacte of my investment either . i have people and pushing me

4/11/17, 8:42 AM — ▮ also nothing wrong to ask this you promose. i am going rrwlay through tough time. i always trusted you when you ask me. know pleasd help me

4/11/17, 8:49 AM - Imaad: I told you to come to Los Angeles? When you come we will talk. Please do not send me messages

4/11/17, 8:49 AM - Imaad: I am in Dubai for meeting

4/11/17, 8:50 AM - Imaad: I have your investment document in hard copy to give to you

4/11/17, 9:02 AM — ▮ imaad you dont understand me.

i gave you some money to invest and i am waiting to get certifiacate.

i gave you someother money and it did not work and you were going to send my check and i said ok but. you did not sennt it pleas dont make it complicate it . i am in need . realy. otherwise i would not bug you. the money you were supposed to invest i, yes i agreed . but in case there is a oportunity , i would be happpy if you return it to me. you can cut 5k or 10k with dedection

So please sent me my check you were going to sent and also please deduct any amount if lost in the investment amount and send the balance. this has nothing to do where you are . i hope you understand me. we are brother. dont make it complicated please

4/11/17, 9:04 AM - Imaad: Please stop sending me text messages I have told you. What language I have to tell you stop sending me text messages. You will get you stock certificate when I see you

4/11/17, 9:12 AM ▮ : you dont fucking understand. nothing wrong with my messegas. stop playing game. send the check you siad it was in the ema. inhabe nothing to do to with that. also send my investment check minus idmf any loss

4/11/17, 9:13 AM - Imaad: I am blocking you because I don't want stupid messages from you

4/11/17, 9:30 AM ▮ fuck you

4/11/17, 9:33 AM - Imaad: Come to Los Angeles when I am there and we will figure this out

4/11/17, 9:33 AM - Imaad: No more text message

4/11/17, 9:38 AM ▮ nothing to figure out. i need money . you can sen my money or loan me some money short term

4/11/17, 9:44 AM - Imaad: Please stop. I am in meeting. You invested and I have your stock document. You will probably make money on these investments. I can check what I can loan to you when I am back home. Stop texting me

4/11/17, 9:50 AM ▮ ok

4/11/17, 9:54 AM - Imaad: When can you come to California for m▮

4/16/17, 3:05 PM - Imaad: I have check for you for $50,000

4/16/17, 4:23 PM ▮ tnak yku please rush

4/17/17, 11:35 AM ▮ whete are yiu now?

4/17/17, 11:35 AM ▮ where are you now

4/18/17, 4:07 AM - Imaad: I am in Geneva

6/21/17, 9:08 PM - Imaad: Please I need your address again

6/21/17, 10:34 PM - Imaad: Missed voice call

6/21/17, 10:38 PM ▮

6/21/17, 10:39 PM ▮ please send the check and the certificate

6/21/17, 10:39 PM - Imaad: In the mail tomorrow

6/21/17, 10:56 PM ▮ thanks

7/17/17, 9:18 PM ▮ You are making me realy realy sad by not sending check and certificates unbelivabme.

Whay dont you send both check

7/17/17, 9:22 PM - Imaad: I have it with me. One and get it

7/17/17, 9:22 PM - Imaad: Come and I will give

7/17/17, 10:12 PM ▮ You promised me to send it.. dont chanhe your word

7/17/17, 10:26 PM - Imaad: I am serious. You need to come here. We talked about this

7/17/17, 10:26 PM - Imaad: We talked at the gas station

7/17/17, 10:27 PM - Imaad: Remember

7/17/17, 10:45 PM ▮ No. Lasttime yoj asked my adressto send .

7/17/17, 10:52 PM - Imaad: Please stop being stupid. You remember gas station talk by the airport in Los Angeles

7/17/17, 11:09 PM ▮ Yes but all you have to send the check. Which you promise. It is simple

7/17/17, 11:18 PM - Imaad ▮ -stop. Come here and I will give

7/17/17, 11:18 PM - Imaad: Stop being a child

7/18/17, 12:13 PM ▮ No you promised me to send cehxk and certificate. What yku donis childish. I tild yku i am gking trough hard time. Dont give shit. Be a friend. Send it to me. Asap.

7/18/17, 5:46 PM - Imaad: Yes Sir

7/23/17, 2:36 PM - Imaad: Please call me

7/23/17, 2:38 PM - Imaad: I will be in Washington Tuesday to Thursday and have your document

7/23/17, 4:13 PM - Imaad: Missed voice call

7/23/17, 8:08 PM ▮ Please mail it to me.. i wish but I can not come as i am traveling for busines

Psase dong make my life measerable. I can make your life measerable :)

I need my "fucking" check

Thank yiu brother

7/23/17, 8:30 PM - Imaad: Please make my life worse than it is

7/23/17, 8:32 PM - Imaad: For investment document you and I need to sign so after Washington I can come to NYC and you can meet me there

7/23/17, 8:34 PM ▮ But before documents , you need to send my promised check .please

7/23/17, 8:34 PM - Imaad: We need to talk before anything so let me know if you want me to come to NYC or not next Friday?

7/27/17, 6:49 PM - Imaad: I am in NYC early tomorrow morning

7/27/17, 6:50 PM - Imaad: ▮

7/27/17, 6:55 PM ▮

7/27/17, 7:22 PM - Imaad: No I am on train from Washington to NYC now

7/27/17, 7:23 PM - Imaad: location: https://maps.google.com/?q=40.323726654052734,-74.6142807006836

7/27/17, 7:36 PM ▮

7/27/17, 7:37 PM - Imaad: I am on train to NYC

7/27/17, 7:37 PM - Imaad: I can't talk in quite car

7/27/17, 7:37 PM ▮

7/27/17, 7:37 PM - Imaad: location: https://maps.google.com/?q=40.53314971923828,-74.3875503540039

7/27/17, 7:37 PM - Imaad: I am in NJ now

7/27/17, 7:37 PM - Imaad: No. I have dinner with Governor in 1 hour

7/27/17, 7:38 PM - Mg: Well what time we meet?

7/27/17, 7:38 PM - Mg: In nj?

7/27/17, 7:38 PM - Imaad: Tonight or tomorrow

7/27/17, 7:38 PM - Imaad: In NY

7/27/17, 7:39 PM - ▮ Not tomorrow. Tonight. I will come with ubef and meet you and come back ▮. Lets meet tonight 30 minutes tonight. I justdont have tims

7/27/17, 7:40 PM - ▮ What tims do you wanf me fo be in ny

7/27/17, 7:43 PM - Imaad: You can come anytime. I will be done by 11pm

7/27/17, 7:43 PM - Imaad: Amtrak Acela Expess

Iselin, NJ 08830

location: https://maps.google.com/?q=40.568355560302734,-74.32977294921875

7/27/17, 7:43 PM - Imaad: I am in NYC now

7/27/17, 7:43 PM - Imaad: Near NYC

7/27/17, 7:44 PM ▮ Wherein ny? I haveto tell uber guy

7/27/17, 7:44 PM - Imaad: Reninance Hotel Times Square

7/27/17, 7:45 PM - ▮ Ok i will bs there at 11 pm and levave back to home tonihht

7/27/17, 7:50 PM - Imaad: Please don't yell at me if I am late I am going to dinner where I am not in control of time

7/27/17, 7:51 PM - ■ No it is ok butjust tell me what is your best estimate

7/27/17, 7:54 PM - Imaad■ my guess is I will be back by 11ish

7/27/17, 7:55 PM - ■ Ok

7/27/17, 7:56 PM - ■ Where is yiur dinner in nj or manhattan

7/27/17, 8:09 PM - Imaad: The dinner is in Long Island

7/27/17, 8:10 PM - ■ I will meet you at your hotel

7/27/17, 8:10 PM - ■ Then

7/27/17, 8:12 PM - ■ I beg you dont play game with me. If you are nkt bringing the check and certifacate, please dont waste my time. I am extremly busy these . I am vki g hard time

7/27/17, 11:03 PM - ■ Where are you. I am 1o mins away

7/27/17, 11:19 PM - ■ I am at the hotel

7/28/17, 12:10 AM - Imaad: Coming up

7/28/17, 12:10 AM - Imaad: elevator

12/13/17, 8:36 PM - Imaad: How are you doing?

12/13/17, 8:37 PM - ■ You are not taking me with ykur friends anymore?

12/13/17, 8:37 PM - Imaad: Stop. With all the bull shit I have put up with you. Please refund my money in investment and etc

You should be happy I am talking to you

12/13/17, 8:38 PM - ■ What are you talking about? Yiu did not send me my certifate yet?

12/13/17, 8:39 PM - Imaad: I refunded you $50,000

12/13/17, 8:39 PM - Imaad: For other I have it with me

12/13/17, 8:40 PM - Imaad: Stop texting we talk when we meet

12/13/17, 8:40 PM - Imaad: Rest

12/13/17, 8:40 PM - Imaad: Get better soon

12/13/17, 8:40 PM - ■ we will talk later. I am injured from a seriius car accident . A truck trailer hit me. Very bad

12/13/17, 8:40 PM - ■ Pray for me

12/13/17, 8:41 PM - Imaad: You at home or hospital?

12/13/17, 8:41 PM ▮: I did not get refunded but we will talk later

12/13/17, 8:41 PM - Imaad: If hospital I will come to see you

12/13/17, 8:41 PM ▮: Now at home

12/13/17, 8:41 PM - Imaad: You need anything?

12/13/17, 8:41 PM - Imaad: You are like my older brother

12/13/17, 8:41 PM - Imaad: Anything let me kno

12/13/17, 8:42 PM - Imaad: You are an idiot but my older brother idiot

12/13/17, 9:07 PM - Imaad: Please send me photo of how and where you were hit

12/13/17, 9:14 PM ▮ <Media omitted>

12/13/17, 9:14 PM ▮ <Media omitted>

12/13/17, 9:15 PM - Imaad: You need anything from me?

12/13/17, 9:15 PM ▮ No thank you. Getting better

12/13/17, 9:16 PM - Imaad: Inshallah

12/13/17, 9:16 PM ▮ Just pray for my pains

12/13/17, 9:16 PM - Imaad: Can you come tomorrow to the party? A lot of good people will be there

12/13/17, 9:16 PM - Imaad: You will be okay

12/13/17, 9:19 PM ▮ I can not . What party?

12/13/17, 9:19 PM - Imaad: <Media omitted>

12/15/17, 8:46 AM ▮

12/15/17, 8:46 AM ▮

12/15/17, 8:46 AM ▮ Yes i love to see you in my place

12/15/17, 8:53 AM - Imaad: Okay

12/15/17, 9:05 AM ▮ Easy and comfortable way is that you take train to philadelphia which is 1.40 min and i have you picked up to my place 1 hour. Then we drop you in newark airport.

12/15/17, 2:05 PM ▮ Are you on the way?

12/15/17, 3:24 PM - Imaad: On the way

12/15/17, 3:48 PM ▮ How far are you?

12/15/17, 3:59 PM - Imaad: Far

12/15/17, 4:00 PM - Imaad: <Media omitted>

12/15/17, 4:00 PM - Imaad: Big traffic

12/15/17, 4:26 PM ▮: I will be very very happy if you come. But if wheather is bad you could leave from phly withkit seeing me with one condition that yku have to oromise to viist me some other time

12/15/17, 4:27 PM - Imaad: I am on the way

12/15/17, 4:30 PM ▮: Good

12/15/17, 4:30 PM ▮: Where are you know?

12/15/17, 5:33 PM - Imaad ▇

12/15/17, 6:07 PM - Imaad ▇

12/15/17, 6:39 PM - Imaad ▇

12/15/17, 6:46 PM ▮: Drive safe. Roads are bad

12/15/17, 6:47 PM - Imaad: The driver is driving

12/15/17, 6:48 PM - Imaad ▇

12/15/17, 6:58 PM - Imaad ▇

12/15/17, 7:05 PM ▮: Good you have abkut 1 hour.

12/15/17, 7:06 PM - Imaad ▇

12/15/17, 7:06 PM ▮: Do you want me order food from chiles to office or we can go to restaurant?

12/15/17, 7:07 PM - Imaad: No. I need to get to NYC after coffee with you

12/15/17, 7:07 PM - Imaad: I am only coming to see you

12/15/17, 7:11 PM ▮: You must be hunhry

12/15/17, 7:14 PM - Imaad: I had lunch right before leaving Washington

12/15/17, 7:16 PM - Imaad: ▇

12/15/17, 7:32 PM - Imaad: ▇

12/15/17, 8:00 PM - Imaad ████████████████

12/15/17, 8:01 PM - Imaad ████████████████

12/15/17, 8:13 PM - Imaad ████████████████

12/15/17, 8:14 PM - Imaad: Where are you?

12/15/17, 8:14 PM - Imaad ████████████████

12/16/17, 12:43 PM - Imaad: It was good to see you yesterday. i got to NYC no seat in morning flight so I will take afternoon flight. Hope to see you in Washington or in Saudi

12/16/17, 12:47 PM - Imaad: The New York EDITION

5 Madison Avenue, New York, NY, 10010

location: https://maps.google.com/?q=40.74119186401367,-73.98779296875

12/16/17, 12:48 PM - ███: Yes. I would be happy to see you in washington or madina. Thank you for coming in a bad whether to see me. Apreciate that alot

12/16/17, 12:49 PM - Imaad: You are an older brother to me

12/16/17, 12:49 PM - Imaad: Even though you piss me off many time

12/16/17, 1:31 PM - ███: I love you

12/16/17, 1:32 PM - ███: And thank you