# EXHIBIT 4

```
4/11/17, 12:56 PM - Imaad: Al Masjid Al Nabawi (المسجد النبوي)
Madinah, Al-Madinah al-Munawarah 42312
https://foursquare.com/v/4b8bd93ff964a52079ae32e3
4/12/17, 12:14 PM - Imaad: We are one of the investor in car sharing app
Peugeot Sets Sights on U.S. Car Market
https://www.wsj.com/articles/peugeot-sets-sights-on-u-s-car-market-
1491994802
4/12/17, 1:02 PM - Imaad: http://nypost.com/2017/04/12/trump-talked-
missile-strike-while-devouring-chocolate-cake/
4/15/17, 7:20 AM - Imaad: <Media omitted>
4/16/17, 2:32 PM - Imaad: Congratulation
4/16/17, 2:57 PM - ▮: thank you. more democraxy eventualy preveal
4/16/17, 3:05 PM - Imaad: I have check for you for $50,000
4/16/17, 4:23 PM - ▮: tnak yku please rush
4/17/17, 11:35 AM - ▮: whete are yiu now?
4/17/17, 11:35 AM - ▮: where are you now
4/18/17, 4:07 AM - Imaad: I am in Geneva
4/20/17, 7:16 AM - Imaad: FYI-Masoud Barzani President of the Iraqi
Kurdistan Region has hired my friend in Washington to help on the
referendum on independence from Iraq. They had big event several weeks
ago to get this going. ▮
▮
4/20/17, 8:32 AM - ▮ where r you? i meed to talk to you for something
else
4/20/17, 8:35 AM - Imaad: I am in Dubai. Come to Los Angeles next week
4/20/17, 8:35 AM - Imaad: Missed voice call
4/20/17, 9:02 AM - ▮ do you have conectiom to governor jery brown?
4/20/17, 9:03 AM - Imaad: Why?
4/20/17, 9:08 AM - ▮
▮
▮ it realy heart turkish people. can
you talk to secreatary or someone to ask governor not to sigh. ▮
▮ it is up to governor
4/20/17, 9:08 AM - ▮ can you help. turkish people will appresicate a
lot
4/20/17, 9:08 AM - Imaad: Can we not talk about this when I am in Dubai
4/20/17, 9:29 AM - ▮ ok. when r yku coming . this is is totaly legal.
many american and turkish american writes letter to governor ▮
▮
4/20/17, 9:30 AM - Imaad: ▮ I am busy in meeting here. We can talk
when you come to Los Angeles
4/20/17, 10:40 AM - ▮ but this is urgent
4/20/17, 11:07 AM - Imaad: Come to Los Angeles on Wednesday
4/30/17, 6:23 AM - Imaad: The joke going around in Washington
establishment after Philippines President's The White House invitation is
the bigger the scumbag the sooner you will be invited to The White House
NYTimes: Trump Invites Rodrigo Duterte to the White House
https://www.nytimes.com/2017/04/30/us/politics/trump-invites-rodrigo-
duterte-to-the-white-house.html?smprod=nytcore-iphone&smid=nytcore-
iphone-share
4/30/17, 12:42 PM - Imaad: <Media omitted>
4/30/17, 4:22 PM - Imaad: Missed voice call
```

```
4/30/17, 6:34 PM
4/30/17, 6:41 PM               : Imaad please check out above.
                                                        if you help on this one to
talk governor dkrectly or indkrectly it will be appreckate a lot. it
will  it will not put you in difficulty.
peleasd fead the webpage
4/30/17, 7:20 PM - Imaad: Just come to Los Angeles. I have told you this
many times
4/30/17, 7:32 PM -     : i want to but it is hard my business has tough
times
4/30/17, 11:56 PM - Imaad: Drug Makers Take Page From Hollywood to Spread
the Risk
https://www.wsj.com/articles/drug-makers-take-page-from-hollywood-to-
spread-the-risk-1493557202
5/1/17, 12:25 PM -     : imaadwhere do i getmy hotel? s
whereks  dinner
5/1/17, 12:26 PM -     : i will stay until crkday maybe
5/1/17, 12:26 PM -     friday
5/1/17, 12:26 PM - Imaad: Just come and we will go together
5/1/17, 1:24 PM -     : i plan to arrive at3.40 pm at lax tomorow
itlookslike i can go to some prkgram tomorownoon or afteroon
5/1/17, 1:25 PM -     : i lime to see my cistomer wednesday morning
5/1/17, 1:25 PM -     : is ghat ok
5/1/17, 2:08 PM - Imaad: Okay
5/1/17, 2:08 PM - Imaad: Call me
5/1/17, 2:08 PM - Imaad: Missed voice call
5/2/17, 2:03 AM - Imaad: NYTimes: Trump Abruptly Ends CBS Interview After
Wiretap Question
https://www.nytimes.com/2017/05/01/us/politics/trump-cbs-
interview.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
5/2/17, 2:06 AM - Imaad: NYTimes: Rodrigo Duterte Says He May Be Too Busy
for White House Visit
https://www.nytimes.com/2017/05/01/world/asia/trump-philippines-
duterte.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
5/2/17, 2:23 AM - Imaad: Joke in Washington is all the scumbag leaders of
the world are being invited by Trump to WH

NYTimes: Trump Follows Instincts, Not Establishment, With Overtures to
Kim and Duterte
https://www.nytimes.com/2017/05/01/world/asia/trump-north-korea-kim-jong-
un.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
5/2/17, 11:24 AM -     i am arriving at lax 3.40today.i will check in to
hayatt revency you can pick me up at 5 pm or i can useuberto come to you.
tomkrrow i will fly to san jose. to seea customerand hope i can seeyour
friend as well
5/2/17, 11:27 AM - Imaad: Why don't you get use my car?
5/2/17, 11:29 AM -     ohly to night. tomorrow i am flying to san jose
and comingback tomorownight
5/2/17, 11:29 AM -     are gou gking to pick me or should i useuberto
come to yiu
5/2/17, 11:30 AM - Imaad: Call me when you land we will decide then. I
will pick you up depending on where I am
5/2/17, 11:30 AM -     ok
```

```
5/2/17, 11:30 AM - Imaad: Most likely yes I will pick you
5/2/17, 11:30 AM - ▮ you call yiur feiwdn
5/2/17, 11:30 AM - ▮ ok thanks
5/2/17, 5:35 PM - Imaad: Call me
5/2/17, 5:39 PM - Mg: i am at the fligt landing 3.40 ca times. i will check in to hyatt regency at lax
5/2/17, 5:43 PM - Imaad: Please call me because we need to pick up Fran at Terminal 6
5/2/17, 5:43 PM - Imaad: Which airline
5/2/17, 5:45 PM - ▮ united. itwil land at 3.20
5/2/17, 6:59 PM - ▮ i am at hyatt regency across the terminal 7.on century blvd
5/2/17, 7:15 PM - Imaad: Missed voice call
5/2/17, 8:52 PM - Imaad: Stop taking about Turkev. Period
5/3/17, 5:19 AM - Imaad: NYTimes: The Daring Attack That Blew Up in Israel's Face
https://www.nytimes.com/1997/10/15/world/the-daring-attack-that-blew-up-in-israel-s-face.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
5/3/17, 2:51 PM - Imaad: <Media omitted>
5/3/17, 11:26 PM - Imaad: Called you back
5/3/17, 11:25 PM - Imaad: Missed voice call
5/4/17, 12:09 AM - ▮ dont forhet certificate and other one i was asking
5/4/17, 11:58 AM - ▮ coimng at 9.30 for breakfast at hyatt recency at lax
5/4/17, 1:04 PM - ▮ r you on the way?
5/4/17, 1:36 PM - Imaad: On the the way national w
5/4/17, 1:36 PM - Imaad: now
5/4/17, 1:36 PM - ▮ r yku at the hotel?
5/4/17, 4:35 PM - ▮ can you come back and take me to airport? urgent. i needto ask sometjkng with business to asap
5/4/17, 4:39 PM - ▮ it is abouta businesman you may ▮
5/4/17, 5:21 PM - ▮ r you coming?
5/5/17, 10:15 PM - ▮ yasin told me tbat you promise to expedite his visa taking long time .any progress?
5/6/17, 3:01 AM - Imaad: NYTimes: Mixed Signals From Trump Worry Pro-Israel Hard-Liners
https://www.nytimes.com/2017/05/05/world/middleeast/palestine-israel-trump-abbas-adelson.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
5/6/17, 4:10 PM - Imaad: <Media omitted>
5/7/17, 4:06 AM - Imaad: When you want to go for Umrah?
5/7/17, 4:06 AM - ▮ end of may or later
5/7/17, 4:07 AM - Imaad: Earlier the better
5/7/17, 4:07 AM - ▮ after 20 th
5/7/17, 4:30 AM - Imaad: Los Angeles City Council Pushes For Trump Impeachment Probe
http://www.huffingtonpost.com/entry/la-impeachment-resolution_us_590d4b9ce4b0e7021e97fd22
5/7/17, 5:16 AM - Imaad:
https://www.google.com/amp/abcnews.go.com/amp/Politics/gov-terry-mcauliffe-2020-big-home/story%3Fid%3D46453292
5/7/17, 5:16 AM - Imaad: http://www.washingtonexaminer.com/terry-mcauliffe-2020-name-one-democrat-who-can-stop-him/article/2621171
```