# EXHIBIT 5

**Imaad**

Looks good. 1:59 AM

Imaad i am in realy deep trouble for cash. Can you send me my 50k+50 k please. I did not even get any certificate. I realy need. Thansk   2:00 AM

Let's talk tomorrow   2:01 AM

I mean it. I lost alot of money new project and also hit with huge claim i xan show you   2:02 AM

Let's talk tomorrow   2:03 AM

Ok thanks. Also if you can get me guratted loan of 250 or 300 k or 500k would be very helpfull   2:04 AM

FEBRUARY 19, 2019

Missed voice call at 8:27 AM

Please call me   8:27 AM

FEBRUARY 21, 2019

Call me when you get a chance   9:33 PM

FEBRUARY 22, 2019

Monday in Los Angeles?   9:22 AM

10:46  
← Imaad

**FEBRUARY 19, 2019**

Missed voice call at 8:27 AM

Please call me  8:27 AM

**FEBRUARY 21, 2019**

Call me when you get a chance  9:33 PM

**FEBRUARY 22, 2019**

Monday in Los Angeles?  9:22 AM

> I thinknit is hard we have mmet somewhre in the midlle monday night.  9:25 AM
>
> I ahave all they meetings  9:25 AM

Orange County?  9:25 AM

> No more close to san diago  9:26 AM
>
> Imevening i have guest from turkey busnies partners  9:26 AM

OC is half way for me  9:26 AM

48 mile  9:27 AM

> Can uou come 2 miles north of SD  9:36 AM

Type a message



**Imaad**

---

FEBRUARY 22, 2019

...es north of SD  9:36 AM

I have my two kids with me on Monday. I won't be able to drive more than an hour with two kids in the car. Stopping for bathroom will be hard  9:38 AM

If I am alone then I can come  9:38 AM

Is 100 moles to abahaim which is two hour  9:44 AM

My friend I am doing the best I can with kids babysitting. If I don't have to do babysitting then I can come more  9:45 AM

There is a point san clemanta sout of dana point. It is 1 hour 10 mis from san diago. We can meet there late sunday night or late.monday night  9:41 PM

FEBRUARY 23, 2019

Okay  3:31 PM

Which night is best for you? Monday or sunday  4:17 PM

Monday 6pm  8:08 PM

I have my last meeting ending 6.30 but i can skip last one. Them i c za n be free



**Monday 6pm** FEBRUARY 23, 2019

> I have my last meeting ending 6.30 but i can skip last one. Them i c za n be free at 5.30 . And 1 hoir 10 mins travel. I can meet you san clemata at 6.30-6.35
> 8:15 PM

Om monday  8:16 PM

Okay  8:18 PM

> Ok see you at 6.30 at belwo restaurant
> 8:37 PM



OC Tavern
4.4 ★★★★ (240)
Sports Bar · $$
+ Follow

OVERVIEW   MENU   REVIEWS   PHOTOS

DIRECTIONS   CALL   SAVE   SHARE PLACE

FEBRUARY 25, 2019

I can leave at 2 and be with you by 4pm.

# Imaad

Leaving work

**FEBRUARY 25, 2019**

Ok i will leave at 5 pm and be there 6 insaalah  7:21 PM

Okay  7:26 PM

Probably near 6.15 because of traffic  7:26 PM

Ok  7:36 PM

**FEBRUARY 26, 2019**



Masaalah  2:15 AM

**MARCH 4, 2019**

Imaad it was good seeing you alst week

   



FEBRUARY 25, 2019

I can leave at 2 and be with you by 4pm. I have to leave by 5pm because I have so baby slitting at 7pm. Will this work for you?  4:40 AM

I am sory no.  6:50 AM

If you want we can meet late ebenig tonigt or tomorrw after 3 pm mayve  6:51 AM

Today early or late tomorrow is better  11:54 AM

Missed voice call at 11:55 AM

Call me  12:09 PM

I will be there by 6pm  1:18 PM

Ok dont be late. I might be there close 6 pm  2:22 PM

Okay  2:40 PM

We can finish in 30 mins  2:40 PM

On the way  7:20 PM

Leaving work now  7:20 PM

← Imaad

MARCH 4, 2019

Imaad it was good seeing you alst week. Thank you for the checkm i deposited last friday. Fyi.   5:05 PM

MARCH 8, 2019

How are you? I am in anaheim show today ?. Any new update ?   2:29 PM

If necssary we can meet   2:29 PM

I am in Dubai   2:35 PM

☎ Missed voice call at 2:36 PM

I see.
Any new news?   4:01 PM

☎ Missed voice call at 10:34 PM

MARCH 28, 2019

An incredible story!   9:01 PM





**Steve Harvey**
An incredible story I've learned in my travels...
www.facebook.com

https://m.facebook.com/story.php?story_fbid=2220016901592496&id=1396991720561689   9:01 PM

Where are you? How are you? I am in Asia for work   9:02 PM

MARCH 30, 2019

Only Turkey and tiny New Zealand have the guts to take on China when Muslims are put in internment (it should matter whether they are Muslims, Jews, Christians, Hindu or Buddhist all deserve better) camps

While the infighting Arabs and Muslim



MARCH 30, 2019

Only Turkey and tiny New Zealand have the guts to take on China when Muslims are put in internment (it should matter whether they are Muslims, Jews, Christians, Hindu or Buddhist all deserve better) camps

While the infighting Arabs and Muslim world in general doesn't care

Stupid PM of Pakistan Khan said he doesn't even know what is happening in China with Chinese Muslim minority Either he is stupid or going overboard kissing Chinese ass (both are probably true).

Chinese Government is the real enemy of civilized world is not Russia or Cuba but rather China and North Korea which is supported by China

Ardern cut back her trip to China in the wake of a national tragedy in Christchurch on March 15, when a gunman killed 50 people in shootings at two mosques. Since the terror attacks, Ardern has made ill treatment of Muslims and other minority groups an important part of her nation's foreign policy position.






10:47

**Imaad**

supported by China

Ardern cut back her trip to China in the wake of a national tragedy in Christchurch on March 15, when a gunman killed 50 people in shootings at two mosques. Since the terror attacks, Ardern has made ill treatment of Muslims and other minority groups an important part of her nation's foreign policy position.

Activists and watchdog groups, including Washington-based Human Rights Watch, have called on Ardern to raise concerns with the Chinese government during her visit. The prime minister on Friday said she would reassert New Zealand's concerns over China's treatment of the Uygur Muslim minority while she was in Beijing.

Last year, Ardern raised the issue of "re-education camps" in Xinjiang, along with other human rights concerns, when she met Guangdong party secretary Li Xi in September.
Trade and Xinjiang on the agenda for New Zealand leader Ardern in China
https://sc.mp/7ykc4j           7:20 PM

APRIL 3, 2019

Imaad's security code changed. Tap for more info.