# EXHIBIT 10

| | |
|---|---|
| **From:** | imaad zuberi <[redacted]avenueventure.com> |
| **To:** | [redacted]@bukhamseen.com |
| **Sent:** | 4/13/2017 10:41:37 PM |
| **Subject:** | FW: USCares, LLC Investment |
| **Attachments:** | 2017 0413 Demand Letter to Mr. Imaad Zuberi.pdf |

**From:** von Seeburg, Christine [mailto:Christine.vonSeeburg@bakermckenzie.com] **On Behalf Of** Jackson, Bruce H
**Sent:** Thursday, April 13, 2017 10:30 AM
**To:** [redacted]avenueventure.com
**Cc:** Jackson, Bruce H <Bruce.Jackson@bakermckenzie.com>
**Subject:** USCares, LLC Investment

Dear Mr. Zuberi:

Please see the attached correspondence regarding the above matter from Bruce Jackson.

Kind regards,

**Christine von Seeburg for Bruce H. Jackson**
Assistant to Colin H. Murray and Bruce H. Jackson
Litigation Department
Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
United States
Tel: +1 415 576 3000
Direct: +1 415 576 3057
Fax: +1 415 576 3099
Cell: +1 510 589 6972
christine.vonseeburg@bakermckenzie.com

bakermckenzie.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.



Baker & McKenzie LLP

Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
United States

Tel: +1 415 576 3000
Fax: +1 415 576 3099
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with Trench, Rossi e Watanabe Advogados

April 13, 2017

Mr. Imaad Zuberi
Avenue Ventures, LLC
[redacted]
South El Monte, CA 91733

**Via Federal Express and Email to:**
**[redacted]avenueventure.com**
**[redacted]@mindspring.com**

**Re: USCares, LLC Investment**

Dear Mr. Zuberi,

Our firm has been retained by BHUS Limited in connection with an investment introduced and solicited by you. As you are aware, you and Avenue Ventures introduced BHUS Limited to a potential investment in USCares, LLC ("US Cares"), a company that you represented would be applying for a license from the Office of Foreign Assets Control ('OFAC') permitting it to export certain food, medicine and medical supplies from the United States to Iran (the "Purpose"). The food, medicine and medical supplies would be purchased from US suppliers and shipped to non-sanctioned ports in Iran for distribution in Iran consistent with OFAC regulations. Under the investment as proposed, BHUS Limited would obtain 20% of the Class B shares in US Cares for US $2,000,000.

Among other representations, in order to induce BHUS Limited to make this investment, you and Avenue Ventures gave assurances that if the above-stated purpose of US Cares was not pursued, the entire investment amount would be refunded to BHUS Limited. This assurance was confirmed by you in a letter dated December 19, 2013.

Following much negotiation and correspondence, the terms of the Limited Liability Company Agreement were agreed in principle and on January 27, 2014 BHUS Limited transferred its $2 million investment to a joint account controlled by you and Avenue Ventures -- to then be paid into the capital account of US Cares. However, despite repeated requests, BHUS Limited has yet to receive written confirmation of its completed investment into US Cares or copies of the fully signed Limited Liability Company Agreement.

Furthermore, on or about April 30, 2014, BHUS learned for the first time that other investors in US Cares -- [redacted] [redacted] [redacted]p, had been designated as Specially Designated Nationals



("SDN") by OFAC. This designation had occurred on April 29, 2014. *See* the OFAC press release at: https://www.treasury.gov/press-center/press-releases/Pages/jl2372.aspx. They were designated under then Executive Order 13645 on account of engaging in circumventing the oil and financial sanctions against Iran. Immediately upon their being designated as SDNs, any property (including shares, agreements, contracts, funds, etc.) in which they had a direct or indirect interest and that came into the possession or control of US persons would have been blocked, i.e., not transferable. US persons "holding" such blocked property would have had an obligation to report it to OFAC and would have been prohibited outright from engaging in any transactions or dealings, directly or indirectly, with the SDNs and their property interests. [redacted]. were signatories/members to the US Cares Operating Agreement and, as such, both the Operating Agreement and US Cares itself, as a Delaware LLC (a US person), would have automatically become "blocked property" because of the SDN interest.

You have provided absolutely no evidence that the underlying Purpose of this investment was ever pursued. Quite obviously, the intended purpose of US Cares has never been pursued; indeed, as of April 29, 2014, the OFAC blocking effectively rendered US Cares inoperable under US law and at that moment it was precluded from pursuing the Purpose, which was the premise for the investment. Accordingly, BHUS Limited's investment should have been returned immediately, pursuant to your written promises. However, notwithstanding repeated requests since at least May, 2014, you and Avenue have failed to honor your commitment to return the investment. Furthermore, since you have failed to provide any evidence that the $2 million investment in US Cares was actually completed, it is highly likely that you and Avenue have in fact kept the investment, in direct breach of your obligations and duties.

Notwithstanding the severity of this issue, our client has exercised patience and provided you with repeated demands and ample opportunity to refund the investment and provide written confirmation that the investment was in fact completed. Your acts and failure to respond have caused and continue to cause BHUS Limited considerable loss, damage and inconvenience.

Accordingly, we hereby demand that you immediately return BHUS Limited's $2 million investment in full and that you do this by **April 19, 2017** at the latest.

In the event that you do not comply in full with this demand, our client will have no choice but to immediately initiate litigation against you and Avenue, asserting all available claims (including, but not limited to, breach of contract, fraud and breach of fiduciary duty) and seeking all damages BHUS Limited has incurred



and/or suffered (including interest and attorneys' fees), as well as seeking punitive damages for your malicious and oppressive conduct.

We look forward to your prompt response.

Yours truly,

Bruce H. Jackson
Baker & McKenzie LLP
Tel: (415) 576-3027
Bruce.Jackson@bakermckenzie.com

3

FOIA Confidentiality Requested

ZUB-GJS-00022020

| | |
|---|---|
| **From:** | imaad zuberi [redacted]@avenueventure.com> |
| **To:** | [redacted]'; [redacted]@bukhamseen.com |
| **CC:** | 'Matthew Burbach'; 'John Sandweg' |
| **Sent:** | 5/4/2017 5:48:55 AM |
| **Subject:** | FW: BHUS agreement with USCares 04-2017 |
| **Attachments:** | Settlement Agreement - US Cares-[redacted]signed.pdf |

I will not sign this. I have email the signed version. That is it. No more changes
imaad

**From:** [redacted]
**Sent:** Tuesday, May 2, 2017 12:29 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'John Sandweg' <[redacted]frsdc.com>; 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas ([redacted]@asarlegal.com) <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com
**Subject:** RRE: BHUS agreement with USCares 04-2017

Dear Imaad,

Thank you for circulating a signed copy of the Agreement. I would appreciate it if you could courier the original version to me at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor. Kindly send us the courier tracking number once sent, for our tracking from our end.

Attached is a scanned copy of the Agreement signed on behalf of BHUS Limited. I will arrange to courier the original to you shortly. Please confirm to which address it should be couriered.

In accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

| | |
|---|---|
| **Pay to** | **: JP Morgan Chase Bank N.A New York** |
| **ABA** | **: 021000021** |
| **Swift** | **: CHASUS33** |
| **Account** | [redacted] |

| | |
|---|---|
| **In favor of** | **: JP Morgan (Suisse) SA** |
| **Swift** | **: MGTCCHGG** |
| **For further credit** | **: BHUS Limited account** [redacted] |
| **Attention** | **: Ms. Norah Y Al-Yousef** |
| **Purpose** | **: Return of Investment** |

Kind Regards,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:[REDACTED]avenueventure.com]
**Sent:** Sunday, April 30, 2017 12:18 AM
**To:** Steve Albert Khayat; [REDACTED]@bukhamseen.com
**Cc:** 'John Sandweg'; 'Matthew Burbach'
**Subject:** FW: BHUS agreement with USCares 04-2017

**Agreement**

This agreement ("Agreement") is made and entered into this date of April 28, 2017 ("Agreement Date") by and between:

1. **BHUS Limited**, a company incorporated and existing under the laws of the British Virgin Islands ("BHUS");

2. **Avenue Capital Group, Inc., a California corporation, d/b/a Avenue Ventures**, incorporated and existing under the laws of the State of California, USA, ("AV"); and

3. **Mr. Imaad Zuberi**, a US national ("Mr. Zuberi")

4. **USCares, LLC**, a Delaware limited liability company ("USCares")

**WHEREAS**

1. BHUS agreed to make an investment in USCares, a company which BHUS expected at the time would be applying for a license from the Office of Foreign Assets Control permitting it to export certain food, medicine and medical supplies from the United States to Iran (the "Investment"). The foregoing license was pursued but not granted within the expected timeline.

2. Through the Investment, BHUS would obtain 20% of the Class B shares in US Cares for US$2,000,000 (the "Investment Amount").

3. As agreed by the parties at the time of the original Investment, due to the failure to obtain the license within the expected timeline, USCares and Avenue Ventures (as Manager of US Cares) will return to BHUS a portion of the investment as agreed in the terms of this Agreement.

**NOW THEREFORE,** it has been mutually agreed as follows:

**1. Consideration**

1.1 Upon the full execution of this Agreement, USCares and Avenue Ventures will transfer to BHUS an amount equal to US$500,000 (the "First Cash Payment"). Within 15 days of the Agreement Date, US Cares and Avenue Ventures will transfer to BHUS an additional amount equal to US$500,000 (the "Second Cash Payment") (the First Cash Payment and the Second Cash Payment collectively being the "Cash Consideration").

1.2 If Mr. Zuberi, AV or USCares fails to pay the Cash Consideration as described in Section 1.1, then Mr. Zuberi, AV and/or USCares shall pay to BHUS an amount equal to US$2,000,000, less any amounts received by BHUS from Mr. Zuberi, AV or US Cares.

## 2. Release

2.1 BHUS (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges, USCares, Mr. Zuberi and AV from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which BHUS ever had, now has or can ever have against USCares, Mr. Zuberi and AV, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.2 AV (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which AV ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.3 Mr. Zuberi hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which Mr. Zuberi ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.4 USCares hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which USCares ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

## 3. General

3.1 If any term, condition or provision of this Agreement shall be found to be illegal or unenforceable, such clause shall be modified or deleted so as to make the balance of this Agreement, as modified, valid and enforceable to the fullest extent permitted by law.

3.2 The Parties represent and warrant that they have the legal right and authority to enter into this Agreement and that this Agreement is a legal, valid and binding obligation enforceable against the Parties in accordance with its terms.

3.3 Each Party covenants that neither the execution of this Agreement nor the performance of its obligations hereunder violates or conflicts with any term or condition of any other agreement or obligation.

3.4 This Agreement may be executed in two or more counterparts which when taken together shall be the same as if a single document has been executed.

3.5 This Agreement may not be modified or amended except in writing with the prior written consent of the Parties.

FOIA Confidentiality Requested

3.6 This Agreement shall be governed by the laws of the State of California, USA. Any disputes relating to this Agreement shall be resolved by the Courts of the State of California, USA. The Parties agree that reasonable attorneys' fees shall be paid to the prevailing Party in any dispute relating to this Agreement.

3.7 Each of BHUS, USCares, AV and Mr. Zuberi shall keep and maintain confidential all terms of this Agreement, including all documents, records, materials, information, agreements, and contracts (the "Confidential Materials") and shall not disclose any of the Confidential Materials to any third parties not involved in the Investment or this Agreement.

*[Signatures on following page]*

The Parties have hereunto agreed to the above as of the Agreement Date.

For BHUS Limited

BHUS Limited

Name: ANWAR BUKHAMSEEN
Title:

Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures

By: ______________________
Name: Imaad Zuberi
Title:

Mr. Imaad Zuberi

______________________

US Cares, LLC,
a Delaware limited liability company

By: Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures,
its Manager

______________________
Name: Imaad Zuberi
Title:

FOIA Confidentiality Requested

| | |
|---|---|
| **From:** | imaad zuberi <[redacted]i@avenueventure.com> |
| **To:** | 'Steve Albert Khayat' [redacted]@bukhamseen.com |
| **CC:** | 'John Sandweg'; 'Matthew Burbach' |
| **Sent:** | 4/29/2017 9:17:52 PM |
| **Subject:** | FW: BHUS agreement with USCares 04-2017 |
| **Attachments:** | BHUS agreement with USCares 04-2017.pdf |

# Agreement

This agreement ("Agreement") is made and entered into this date of April 28, 2017 ("Agreement Date") by and between:

1. **BHUS Limited**, a company incorporated and existing under the laws of the British Virgin Islands ("BHUS");

2. **Avenue Capital Group, Inc., a California corporation, d/b/a Avenue Ventures,** incorporated and existing under the laws of the State of California, USA, ("AV"); and

3. **Mr. Imaad Zuberi**, a US national ("Mr. Zuberi")

4. **USCares, LLC**, a Delaware limited liability company ("USCares")

**WHEREAS**

1. BHUS agreed to make an investment in USCares, a company which BHUS expected at the time would be applying for a license from the Office of Foreign Assets Control permitting it to export certain food, medicine and medical supplies from the United States to Iran (the "Investment"). The foregoing license was pursued but not granted within the expected timeline.

2. Through the Investment, BHUS would obtain 20% of the Class B shares in US Cares for US$2,000,000 (the "Investment Amount").

3. As agreed by the parties at the time of the original Investment, due to the failure to obtain the license within the expected timeline, USCares and Avenue Ventures (as Manager of USCares) will return to BHUS a portion of the investment as agreed in the terms of this Agreement.

**NOW THEREFORE**, it has been mutually agreed as follows:

## 1. Consideration

1.1 Upon the full execution of this Agreement, USCares and Avenue Ventures will transfer to BHUS an amount equal to US$500,000 (the "First Cash Payment"). Within 15 days of the Agreement Date, USCares and Avenue Ventures will transfer to BHUS an additional amount equal to US$500,000 (the "Second Cash Payment") (the First Cash Payment and the Second Cash Payment collectively being the "Cash Consideration").

1.2 If Mr. Zuberi, AV or USCares fails to pay the Cash Consideration as described in Section 1.1, then Mr. Zuberi, AV and/or USCares shall pay to BHUS an amount equal to US$2,000,000, less any amounts received by BHUS from Mr. Zuberi, AV or USCares.

FOIA Confidentiality Requested

## 2. Release

2.1 BHUS (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges, USCares, Mr. Zuberi and AV from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which BHUS ever had, now has or can ever have against USCares, Mr. Zuberi and AV, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.2 AV (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which AV ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.3 Mr. Zuberi hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which Mr. Zuberi ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.4 USCares hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which USCares ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

## 3. General

3.1 If any term, condition or provision of this Agreement shall be found to be illegal or unenforceable, such clause shall be modified or deleted so as to make the balance of this Agreement, as modified, valid and enforceable to the fullest extent permitted by law.

3.2 The Parties represent and warrant that they have the legal right and authority to enter into this Agreement and that this Agreement is a legal, valid and binding obligation enforceable against the Parties in accordance with its terms.

3.3 Each Party covenants that neither the execution of this Agreement nor the performance of its obligations hereunder violates or conflicts with any term or condition of any other agreement or obligation.

3.4 This Agreement may be executed in two or more counterparts which when taken together shall be the same as if a single document has been executed.

3.5 This Agreement may not be modified or amended except in writing with the prior written consent of the Parties.

3.6 This Agreement shall be governed by the laws of the State of California, USA. Any disputes relating to this Agreement shall be resolved by the Courts of the State of California, USA. The Parties agree that reasonable attorneys' fees shall be paid to the prevailing Party in any dispute relating to this Agreement.

3.7 Each of BHUS, USCares, AV and Mr. Zuberi shall keep and maintain confidential all terms of this Agreement, including all documents, records, materials, information, agreements, and contracts (the "Confidential Materials") and shall not disclose any of the Confidential Materials to any third parties not involved in the Investment or this Agreement.

[*Signatures on following page*]

FOIA Confidentiality Requested

The Parties have hereunto agreed to the above as of the Agreement Date.

For BHUS Limited

BHUS Limited

______________________________
Name:
Title:

Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures

By: ______________________________
Name: Imaad Zuberi
Title:

Mr. Imaad Zuberi

______________________________

USCares, LLC,
a Delaware limited liability company

By: Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures,
its Manager

______________________________
Name: Imaad Zuberi
Title:

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**To:** imaad zuberi
**CC:** 'Matthew Burbach'; 'John Sandweg'; [redacted]@bukhamseen.com; [redacted]
**Sent:** 6/1/2017 3:58:33 PM
**Subject:** RE: BHUS agreement with USCares 04-2017

Hello Imaad:

below are the requested addresses:

- JPM Address: 8, rue de la Confédération, Case postale 5507, 1211 Genève 11, Switzerland
- BHUS Registered office: P.O. Box 146, Road Town, Tortola, British Virgin Islands.

Kindly email us a copy of the SWIFT message once executed.

Thanks,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:[redacted]@avenueventure.com]
**Sent:** Wednesday, May 31, 2017 2:23 AM
**To:** Steve Albert Khayat; [redacted]@bukhamseen.com
**Cc:** 'Matthew Burbach'; 'John Sandweg'
**Subject:** RE: BHUS agreement with USCares 04-2017

Hello Steve-

I did the wire but on confirmation call I was told the bank needs address for both JP Morgan (Suisse) and BHUS. Can you please get this to me at your earliest for me to get it to my bank

Thanks
imaad

**From:** imaad zuberi [mailto[redacted]avenueventure.com]
**Sent:** Saturday, May 20, 2017 9:51 AM
**To:** 'Steve Albert Khayat' <[redacted]@arabinv.com>; '[redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'John Sandweg' <[redacted]@frsdc.com>
**Subject:** RE: BHUS agreement with USCares 04-2017

Steve and Anwar-
I am in Riyadh. When I get to Dubai on Monday I will wire both $1,000,000 ($500,000 + $500,000) payments

together
imaad

| | |
|---|---|
| Pay to | : JP Morgan Chase Bank N.A New York |
| ABA | : 021000021 |
| Swift | : CHASUS33 |
| Account | : [redacted] |

| | |
|---|---|
| In favor of | : JP Morgan (Suisse) SA |
| Swift | : MGTCCHGG |
| For further credit | : BHUS Limited account [redacted] |
| Attention | [redacted] |
| Purpose | : Return of Investment |

FOIA Confidentiality Requested

ZUB-GJS-00022041

**From:** imaad zuberi < avenueventure.com>
**To:** 'Steve Albert Khayat'; @bukhamseen.com
**CC:** 'Matthew Burbach'; 'John Sandweg'
**Sent:** 5/30/2017 11:22:57 PM
**Subject:** RE: BHUS agreement with USCares 04-2017

Hello Steve-

I did the wire but on confirmation call I was told the bank needs address for both JP Morgan (Suisse) and BHUS. Can you please get this to me at your earliest for me to get it to my bank

Thanks
imaad

**From:** imaad zuberi [mailto: avenueventure.com]
**Sent:** Saturday, May 20, 2017 9:51 AM
**To:** 'Steve Albert Khayat' < @arabinv.com>; @bukhamseen.com' @bukhamseen.com>
**Cc:** 'Matthew Burbach' < gmail.com>; 'John Sandweg' frsdc.com>
**Subject:** RE: BHUS agreement with USCares 04-2017

Steve and Anwar--
I am in Riyadh. When I get to Dubai on Monday I will wire both $1,000,000 ($500,000 + $500,000) payments together
imaad

Pay to : JP Morgan Chase Bank N.A New York
ABA : 021000021
Swift : CHASUS33
Account

In favor of : JP Morgan (Suisse) SA
Swift : MGTCCHGG
For further credit : BHUS Limited account
Attention : Ms. Norah Y Al-Yousef
Purpose : Return of Investment

| | |
|---|---|
| **From:** | imaad zuberi <[redacted]avenueventure.com> |
| **To:** | 'Steve Albert Khayat' [redacted]@bukhamseen.com |
| **CC:** | 'Matthew Burbach'; 'John Sandweg' |
| **Sent:** | 5/20/2017 4:51:09 PM |
| **Subject:** | RE: BHUS agreement with USCares 04-2017 |

Steve and Anwar-
I am in Riyadh. When I get to Dubai on Monday I will wire both $1,000,000 ($500,000 + $500,000) payments together
imaad

| | |
|---|---|
| Pay to | : JP Morgan Chase Bank N.A New York |
| ABA | : 021000021 |
| Swift | : CHASUS33 |
| Account | : [redacted] |

| | |
|---|---|
| In favor of | : JP Morgan (Suisse) SA |
| Swift | : MGTCCHGG |
| For further credit | : BHUS Limited accoun[redacted] |
| Attention | : Ms. Norah Y Al-Yousef |
| Purpose | : Return of Investment |

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**To:** imaad zuberi
**CC:** 'Matthew Burbach'; 'John Sandweg' [redacted]@bukhamseen.com; [redacted]
**Sent:** 5/8/2017 3:37:09 AM
**Subject:** RE: BHUS agreement with USCares 04-2017

Hi Imad:

Kindly send a copy of the SWIFT message once you process it.

Meanwhile, we would like to receive the original agreement signed, so if you can ask your office to courier the same at the adress mentioned in previous emails below.

In addition, we would need you to confirm your mailing adress, to send you the original counterpart signed by Anwar.

Regards,

Steve A. Khayat

From: imaad zuberi
Sent: Monday, May 8, 3:59 AM
Subject: RE: BHUS agreement with USCares 04-2017
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'John Sandweg', [redacted]@bukhamseen.com

I am out of town. I will get the wire done

imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Thursday, May 4, 2017 5:07 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'John Sandweg' <[redacted]frsdc.com>; [redacted]@bukhamseen.com
**Subject:** RE: BHUS agreement with USCares 04-2017

Dear Imaad:

You do not need to signed the one we sent, as the agreements are signed in counterparts: they are identical.

You are kindly requested to courier the counterpart you signed to me, at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor.

In parallel, advise on the mailing address you would like me to courier you the counterpart Anwar signed.

Meanwhile, may I remind you that in accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

**Pay to** : **JP Morgan Chase Bank N.A New York**

**ABA** : **021000021**

**Swift** : **CHASUS33**

**Account** : [REDACTED]

**In favor of** : **JP Morgan (Suisse) SA**

**Swift** : **MGTCCHGG**

**For further credit** : **BHUS Limited account** [REDACTED]

**Attention** [REDACTED]

**Purpose** : **Return of Investment**

Kindly send me a copy of the SWIFT message once transfer is made, so we can track from our end.

Regards,

**Steve Albert Khayat**

***Assistant President***

***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.

Tel: +965 2224 9999 Ext.: 416

Dir: +965 2224 6897

Fax: +965 2224 6887

Email: sak@arabinv.com

URL: www.arabinv.com

P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:█████avenueventure.com]
**Sent:** Thursday, May 04, 2017 8:49 AM
**To:** Steve Albert Khayat; ████@bukhamseen.com
**Cc:** 'Matthew Burbach'; 'John Sandweg'
**Subject:** FW: BHUS agreement with USCares 04-2017

I will not sign this. I have email the signed version. That is it. No more changes

imaad

**From:** Steve Albert Khayat [mailto████@arabinv.com]
**Sent:** Tuesday, May 2, 2017 12:29 AM
**To:** imaad zuberi <█████avenueventure.com>
**Cc:** 'John Sandweg' <█████frsdc.com>; 'Matthew Burbach' <█████gmail.com>; Sam Habbas █████@asarlegal.com) <█████@asarlegal.com>; ████@bukhamseen.com
**Subject:** RRE: BHUS agreement with USCares 04-2017

Dear Imaad,

Thank you for circulating a signed copy of the Agreement. I would appreciate it if you could courier the original version to me at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor. Kindly send us the courier tracking number once sent, for our tracking from our end.

Attached is a scanned copy of the Agreement signed on behalf of BHUS Limited. I will arrange to courier the original to you shortly. Please confirm to which address it should be couriered.

In accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

**Pay to** : **JP Morgan Chase Bank N.A New York**

**ABA** : **021000021**

**Swift** : **CHASUS33**

**Account** :

**In favor of** : **JP Morgan (Suisse) SA**

**Swift** : **MGTCCHGG**

**For further credit** : **BHUS Limited account**

**Attention** :

**Purpose** : **Return of Investment**

Kind Regards,

**Steve Albert Khayat**

***Assistant President***

***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.

Tel: +965 2224 9999 Ext.: 416

Dir: +965 2224 6897

Fax: +965 2224 6887

Email: sak@arabinv.com

URL: www.arabinv.com

P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:[REDACTED]avenueventure.com]
**Sent:** Sunday, April 30, 2017 12:18 AM
**To:** Steve Albert Khayat; [REDACTED]r@bukhamseen.com
**Cc:** 'John Sandweg'; 'Matthew Burbach'
**Subject:** FW: BHUS agreement with USCares 04-2017

|  |  |
|---|---|
| **From:** | imaad zuberi <[redacted]avenueventure.com> |
| **To:** | 'Steve Albert Khayat' |
| **CC:** | 'Matthew Burbach'; 'John Sandweg'; [redacted]@bukhamseen.com |
| **Sent:** | 5/8/2017 12:59:06 AM |
| **Subject:** | RE: BHUS agreement with USCares 04-2017 |

I am out of town. I will get the wire done
imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Thursday, May 4, 2017 5:07 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'John Sandweg' <[redacted]frsdc.com>; [redacted]r@bukhamseen.com
**Subject:** RE: BHUS agreement with USCares 04-2017

Dear Imaad:

You do not need to signed the one we sent, as the agreements are signed in counterparts: they are identical.

You are kindly requested to courier the counterpart you signed to me, at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor.

In parallel, advise on the mailing address you would like me to courier you the counterpart Anwar signed.

Meanwhile, may I remind you that in accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

|  |  |
|---|---|
| **Pay to** | **: JP Morgan Chase Bank N.A New York** |
| **ABA** | **: 021000021** |
| **Swift** | **: CHASUS33** |
| **Account** | **:** [redacted] |

|  |  |
|---|---|
| **In favor of** | **: JP Morgan (Suisse) SA** |
| **Swift** | **: MGTCCHGG** |
| **For further credit** | **: BHUS Limited account** [redacted] |
| **Attention** | **:** [redacted] |
| **Purpose** | **: Return of Investment** |

Kindly send me a copy of the SWIFT message once transfer is made, so we can track from our end.

Regards,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**

Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

---

**From:** imaad zuberi [mailto[REDACTED]avenueventure.com]
**Sent:** Thursday, May 04, 2017 8:49 AM
**To:** Steve Albert Khayat; [REDACTED]@bukhamseen.com
**Cc:** 'Matthew Burbach'; 'John Sandweg'
**Subject:** FW: BHUS agreement with USCares 04-2017

I will not sign this. I have email the signed version. That is it. No more changes
imaad

**From:** Steve Albert Khayat [mailto:[REDACTED]@arabinv.com]
**Sent:** Tuesday, May 2, 2017 12:29 AM
**To:** imaad zuberi <[REDACTED]avenueventure.com>
**Cc:** 'John Sandweg' <[REDACTED]frsdc.com>; 'Matthew Burbach' <[REDACTED]gmail.com>; Sam Habbas [REDACTED]@asarlegal.com) <[REDACTED]@asarlegal.com>[REDACTED]@bukhamseen.com
**Subject:** RRE: BHUS agreement with USCares 04-2017

Dear Imaad,

Thank you for circulating a signed copy of the Agreement. I would appreciate it if you could courier the original version to me at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor. Kindly send us the courier tracking number once sent, for our tracking from our end.

Attached is a scanned copy of the Agreement signed on behalf of BHUS Limited. I will arrange to courier the original to you shortly. Please confirm to which address it should be couriered.

In accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

**Pay to** : **JP Morgan Chase Bank N.A New York**
**ABA** : **021000021**
**Swift** : **CHASUS33**
**Account** : [REDACTED]

**In favor of** : **JP Morgan (Suisse) SA**
**Swift** : **MGTCCHGG**
**For further credit** : **BHUS Limited account** [REDACTED]
**Attention** : [REDACTED]
**Purpose** : **Return of Investment**

Kind Regards,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416

Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**

Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

---

**From:** imaad zuberi [mailto[REDACTED]avenueventure.com]
**Sent:** Sunday, April 30, 2017 12:18 AM
**To:** Steve Albert Khayat [REDACTED]r@bukhamseen.com
**Cc:** 'John Sandweg'; 'Matthew Burbach'
**Subject:** FW: BHUS agreement with USCares 04-2017

| | |
|---|---|
| **From:** | Steve Albert Khayat [redacted]@arabinv.com> |
| **To:** | imaad zuberi |
| **CC:** | 'Matthew Burbach'; 'John Sandweg'; [redacted]@bukhamseen.com |
| **Sent:** | 5/4/2017 12:06:43 PM |
| **Subject:** | RE: BHUS agreement with USCares 04-2017 |

Dear Imaad:

You do not need to signed the one we sent, as the agreements are signed in counterparts: they are identical.

You are kindly requested to courier the counterpart you signed to me, at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor.

In parallel, advise on the mailing address you would like me to courier you the counterpart Anwar signed.

Meanwhile, may I remind you that in accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

| | |
|---|---|
| **Pay to** | **: JP Morgan Chase Bank N.A New York** |
| **ABA** | **: 021000021** |
| **Swift** | **: CHASUS33** |
| **Account** | **:** [redacted] |

| | |
|---|---|
| **In favor of** | **: JP Morgan (Suisse) SA** |
| **Swift** | **: MGTCCHGG** |
| **For further credit** | **: BHUS Limited account** [redacted] |
| **Attention** | **:** [redacted] |
| **Purpose** | **: Return of Investment** |

Kindly send me a copy of the SWIFT message once transfer is made, so we can track from our end.

Regards,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Thursday, May 04, 2017 8:49 AM
**To:** Steve Albert Khayat [redacted]@bukhamseen.com
**Cc:** 'Matthew Burbach'; 'John Sandweg'
**Subject:** FW: BHUS agreement with USCares 04-2017

I will not sign this. I have email the signed version. That is it. No more changes

imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Tuesday, May 2, 2017 12:29 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'John Sandweg' <[redacted]frsdc.com>; 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas ([redacted]@asarlegal.com) [redacted]@asarlegal.com> [redacted]@bukhamseen.com
**Subject:** RRE: BHUS agreement with USCares 04-2017

Dear Imaad,

Thank you for circulating a signed copy of the Agreement. I would appreciate it if you could courier the original version to me at the following address: Kuwait, Kuwait City, Sharq, Ahmad Al-Jaber Street, Emad Center, 4th floor. Kindly send us the courier tracking number once sent, for our tracking from our end.

Attached is a scanned copy of the Agreement signed on behalf of BHUS Limited. I will arrange to courier the original to you shortly. Please confirm to which address it should be couriered.

In accordance with Clause 1.1 of the Agreement, the first payment is now due and should be paid to the following bank account:

| | |
|---|---|
| **Pay to** | **: JP Morgan Chase Bank N.A New York** |
| **ABA** | **: 021000021** |
| **Swift** | **: CHASUS33** |
| **Account** | : [redacted] |

| | |
|---|---|
| **In favor of** | **: JP Morgan (Suisse) SA** |
| **Swift** | **: MGTCCHGG** |
| **For further credit** | **: BHUS Limited account** [redacted] |
| **Attention** | : [redacted] |
| **Purpose** | **: Return of Investment** |

Kind Regards,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Sunday, April 30, 2017 12:18 AM

**To:** Steve Albert Khayat; [redacted]@bukhamseen.com
**Cc:** 'John Sandweg'; 'Matthew Burbach'
**Subject:** FW: BHUS agreement with USCares 04-2017

FOIA Confidentiality Requested ZUB-GJS-00022054

| | |
|---|---|
| **From:** | imaad zuberi <[redacted]avenueventure.com> |
| **To:** | 'Steve Albert Khayat' |
| **CC:** | 'Matthew Burbach'; 'John Sandweg'; [redacted]@bukhamseen.com; 'Sam Habbas' |
| **BCC:** | 'Willa Rao' |
| **Sent:** | 6/2/2017 2:32:14 AM |
| **Subject:** | RE: BHUS agreement with USCares 04-2017 |

Got it. I will get this to the bank and get you wire confirmation
imaad

**From:** Steve Albert Khayat [mailto:sak@arabinv.com]
**Sent:** Thursday, June 1, 2017 8:59 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'John Sandweg' <[redacted]frsdc.com>; [redacted]@bukhamseen.com; Sam Habbas ([redacted]@asarlegal.com) [redacted]@asarlegal.com>
**Subject:** RE: BHUS agreement with USCares 04-2017

Hello Imaad:

below are the requested addresses:

- JPM Address: 8, rue de la Confédération, Case postale 5507, 1211 Genève 11, Switzerland
- BHUS Registered office: P.O. Box 146, Road Town, Tortola, British Virgin Islands.

Kindly email us a copy of the SWIFT message once executed.

Thanks,

**Steve Albert Khayat**
***Assistant President***
***& SVP Corporate Finance Department***

ARAB INVESTMENT COMPANY.
Tel: +965 2224 9999 Ext.: 416
Dir: +965 2224 6897
Fax: +965 2224 6887
Email: sak@arabinv.com
URL: www.arabinv.com
P.O.Box 26630, Safat 13127, Kuwait.

**About Arab Investment Company**
Arab Investment Company k.s.c.c. (AIC), established in Kuwait in 2007, is one of the leading investment companies in Kuwait and the region. AIC is a full-fledged investment company, regulated by the Capital Markets Authority as well as the Central Bank of Kuwait. AIC specialises in offering Corporate Finance, Financial Advisory and Wealth Management Services.

*Disclaimer:* The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorised to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system. Arab Investment Company is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.

---

**From:** imaad zuberi [mailto[redacted]avenueventure.com]
**Sent:** Wednesday, May 31, 2017 2:23 AM
**To:** Steve Albert Khayat; [redacted]@bukhamseen.com
**Cc:** 'Matthew Burbach'; 'John Sandweg'
**Subject:** RE: BHUS agreement with USCares 04-2017

Hello Steve-

I did the wire but on confirmation call I was told the bank needs address for both JP Morgan (Suisse) and BHUS. Can you please get this to me at your earliest for me to get it to my bank

Thanks
imaad

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Saturday, May 20, 2017 9:51 AM
**To:** 'Steve Albert Khayat' [redacted]@arabinv.com>; [redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: BHUS agreement with USCares 04-2017

Steve and Anwar-
I am in Riyadh. When I get to Dubai on Monday I will wire both $1,000,000 ($500,000 + $500,000) payments together
imaad

Pay to : JP Morgan Chase Bank N.A New York
ABA : 021000021
Swift : CHASUS33
Account : [redacted]

In favor of : JP Morgan (Suisse) SA
Swift : MGTCCHGG
For further credit : BHUS Limited account [redacted]
Attention : [redacted]
Purpose : Return of Investment

**From:** Steve Albert Khayat [redacted]@arabinv.com>
**To:** Matthew Burbach; imaad zuberi
**CC:** 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
**Sent:** 4/25/2017 12:22:35 PM
**Subject:** Re: EDITION copies2

Dear Matt,

Thank you for your email.

There are two issues here which, based on your email, are being overlooked. As currently worded, only AV and USCares have an obligation to pay the amounts to BHUS under the Agreement. Imaad will need to be personally included in that as an obligor as the money was transferred to a bank account in his name and he has been involved in this process personally from the outset. Also, in the event that the payment is not made in accordance with the terms of the Agreement, the full $2,000,000 will need to become payable again, as the discounted amount is only being offered in the event it will be paid in accordance with the terms of the agreement. As you can appreciate, BHUS cannot release AV, USCares and Imaad from the $2 million debt, only to then seek to pursue a claim against them for half that amount.

I also understand that Anwar and Imaad spoke yesterday and it was agreed that Article 1.2 would be included without amendment. Accordingly, Article 1.2 will need to be inserted into the Agreement as drafted. We would appreciate if you could make the necessary arrangements and circulate the signed Agreement for our countersignature today.

Whether to include Article 1.2 as drafted into the Agreement is not a negotiable point.

Kind regards,

Steve A. Khayat

From: Matthew Burbach
Sent: Tuesday, April 25, 6:00 AM
Subject: Re: EDITION copies2
To: Steve Albert Khayat, imaad zuberi
Cc: 'Sam Habbas' [redacted]r@bukhamseen.com, 'John Sandweg'

Steve,

I just spoke with Imaad. Regarding the added Section 1.2, this is not necessary to preserve BHUS's rights under the Agreement -- in the event that USCares/AV breaches the terms of the Agreement, BHUS will have the right to pursue a claim against USCares/AV for breach of contract. Imaad has every intention of ensuring the payments are made timely and would like to move forward with the Agreement so the payments can be made in accordance with the proposed schedule.

Finally, with the passage of the last few days, the Agreement should be re-dated to April 25th, so that the second payment can be made within the originally contemplated time period of two weeks from the first payment.

Aside from re-dating the Agreement, we request that both sides finalize the terms provided in the version that Imaad signed and sent on Friday. Imaad has important meetings on Tuesday with parties visiting from overseas and would like to finalize this agreement.

Thanks,
Matt

Burbach Law LLC

602-448-5226

matt@burbachlaw.com

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**Date:** Sunday, April 23, 2017 at 3:03 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** Matthew Burbach <[redacted]gmail.com>, 'Sam Habbas' <[redacted]@asarlegal.com>, '[redacted]@bukhamseen.com" [redacted]r@bukhamseen.com>, 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

For the avoidance of any confusion, I have consulted internally, and was accordingly asked to insist upon you that the only language acceptable is the one that has been provided to you, whereas our legal counsel advised anything otherwise would undermine our rights, which we can't proceed with.

Therefore, I ask you to insert the clause as is with no additional language, sign it and send it to us by tomorrow COB.

Steve A. Khayat

On Sun, Apr 23, 2017 at 7:43 PM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Per conversation with Anwar, we will add the language of if the wire not done then this agreement is void

Thanks

imaad

**From:** Steve Albert Khayat [mailto[redacted]@arabinv.com]
**Sent:** Sunday, April 23, 2017 9:39 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]@gmail.com>; 'Sam Habbas' <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

None of us is the business of waisting any body's time.

Just insert the exact wording we sent, sign the agreement, and your agreement with Anwar will hold.

We shall expect it before Monday COB.

Steve A. Khayat

From: imaad zuberi
Sent: Sunday, April 23, 7:18 PM
Subject: RE: FW: EDITION copies2
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'Sam Habbas', [redacted]r@bukhamseen.com, 'John Sandweg'

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work

Today is Sunday so this will be done on Monday

Thanks

imaad

**From:** imaad zuberi [mailto[redacted]avenueventure.com]
**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' <[redacted]@arabinv.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' [redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-

No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired

imaad

**From:** Steve Albert Khayat [mailto[redacted]@arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com[redacted] Sam Habbas <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' [redacted]r@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Please see attached -----Original Message-----From: London Edition Back Office Do Not Reply@marriott.com[mailto:LONEB Back Office Do Not Reply@marriott.com] Sent: Saturday, April 22, 2017 1:19 AM To: [redacted]AvenueVenture.com Subject: EDITION copies2 Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer. Attachment File Type: pdf, Multi-Page Multifunction Printer Location: Device Name: XRX9C934E6BC625 For more information on Xerox products and solutions, please visit http://www.xerox.com

From: Matthew Burbach <[redacted]gmail.com>
To: Steve Albert Khayat; imaad zuberi
CC: 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
Sent: 4/25/2017 2:59:54 AM
Subject: Re: EDITION copies2

Steve,

I just spoke with Imaad. Regarding the added Section 1.2, this is not necessary to preserve BHUS's rights under the Agreement -- in the event that USCares/AV breaches the terms of the Agreement, BHUS will have the right to pursue a claim against USCares/AV for breach of contract. Imaad has every intention of ensuring the payments are made timely and would like to move forward with the Agreement so the payments can be made in accordance with the proposed schedule.

Finally, with the passage of the last few days, the Agreement should be re-dated to April 25th, so that the second payment can be made within the originally contemplated time period of two weeks from the first payment.

Aside from re-dating the Agreement, we request that both sides finalize the terms provided in the version that Imaad signed and sent on Friday. Imaad has important meetings on Tuesday with parties visiting from overseas and would like to finalize this agreement.

Thanks,
Matt

Burbach Law LLC
602-448-5226
matt@burbachlaw.com

---

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**Date:** Sunday, April 23, 2017 at 3:03 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** Matthew Burbach <[redacted]gmail.com>, 'Sam Habbas' [redacted]@asarlegal.com>, '[redacted]@bukhamseen.com" [redacted]@bukhamseen.com>, 'John Sandweg' [redacted]@frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

For the avoidance of any confusion, I have consulted internally; and was accordingly asked to insist upon you that the only language acceptable is the one that has been provided to you, whereas our legal counsel advised anything otherwise would undermine our rights, which we can't proceed with.

Therefore, I ask you to insert the clause as is with no additional language, sign it and send it to us by tomorrow COB.

Steve A. Khayat

On Sun, Apr 23, 2017 at 7:43 PM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Per conversation with Anwar, we will add the language of if the wire not done then this agreement is void
Thanks
imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Sunday, April 23, 2017 9:39 AM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

None of us is the business of waisting any body's time.

Just insert the exact wording we sent, sign the agreement, and your agreement with Anwar will hold.

We shall expect it before Monday COB.

Steve A. Khayat

From: imaad zuberi
Sent: Sunday, April 23, 7:18 PM
Subject: RE: FW: EDITION copies2
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'Sam Habbas', [redacted]@bukhamseen.com, 'John Sandweg'

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work

Today is Sunday so this will be done on Monday

Thanks

imaad

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]

**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' <[redacted]@arabinv.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' [redacted]@asarlegal.com>; [redacted]r@bukhamseen.com' [redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-

No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired

imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <[REDACTED]avenueventure.com> wrote:

Please see attached -----Original Message-----From: London Edition_Back_Office_Do_Not_Reply@marriott.com[mailto:LONEB_Back_Office_Do_Not_Reply@marriott.com] Sent: Saturday, April 22, 2017 1:19 AMTo: [REDACTED]AvenueVenture.com Subject: EDITION copies2 Please open the attached document. It was scanned and sent to you using aXerox Multifunction Printer. Attachment File Type: pdf, Multi-Page Multifunction Printer Location: Device Name: XRX9C934E6BC625 For more information on Xerox products and solutions, please visithttp://www.xerox.com

**From:** imaad zuberi <[redacted]avenueventure.com>
**To:** 'Steve Albert Khayat'
**CC:** 'Matthew Burbach'; 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
**Sent:** 4/23/2017 4:42:51 PM
**Subject:** RE: FW: EDITION copies2

Per conversation with Anwar, we will add the language of if the wire not done then this agreement is void
Thanks
imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Sunday, April 23, 2017 9:39 AM
**To:** imaad zuberi [redacted]@avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' [redacted]@asarlegal.com>; [redacted]@bukhamseen.com; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

None of us is the business of waisting any body's time.

Just insert the exact wording we sent, sign the agreement, and your agreement with Anwar will hold.

We shall expect it before Monday COB.

Steve A. Khayat

From: imaad zuberi
Sent: Sunday, April 23, 7:18 PM
Subject: RE: FW: EDITION copies2
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'Sam Habbas' [redacted]@bukhamseen.com, 'John Sandweg'

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work

Today is Sunday so this will be done on Monday

Thanks

imaad

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' [redacted]@arabinv.com>

**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-

No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired

imaad

**From:** Steve Albert Khayat [mailto[redacted]@arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Please see attached -----Original Message-----From: London Edition_Back_Office_Do_Not_Reply@marriott.com[mailto:LONEB_Back_Office_Do_Not_Reply@marriott.com] Sent: Saturday, April 22, 2017 1:19 AMTo: [redacted]AvenueVenture.com Subject: EDITION

copies2 Please open the attached document. It was scanned and sent to you using aXerox Multifunction Printer. Attachment File Type: pdf, Multi-Page Multifunction Printer Location: Device Name: XRX9C934E6BC625 For more information on Xerox products and solutions, please visithttp://www.xerox.com

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**To:** imaad zuberi
**CC:** 'Matthew Burbach'; 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
**Sent:** 4/23/2017 4:38:59 PM
**Subject:** RE: FW: EDITION copies2

Imaad,

None of us is the business of waisting any body's time.

Just insert the exact wording we sent, sign the agreement, and your agreement with Anwar will hold.

We shall expect it before Monday COB.

Steve A. Khayat

From: imaad zuberi
Sent: Sunday, April 23, 7:18 PM
Subject: RE: FW: EDITION copies2
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'Sam Habbas', [redacted]r@bukhamseen.com, 'John Sandweg'

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work

Today is Sunday so this will be done on Monday

Thanks

imaad

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' [redacted]@arabinv.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' [redacted]@asarlegal.com>; [redacted]r@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-

No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired

imaad

**From:** Steve Albert Khayat [mailto:[redacted]@arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' [redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Please see attached -----Original Message-----From: London Edition_Back_Office_Do_Not_Reply@marriott.com[mailto:LONEB_Back_Office_Do_Not_Reply@marriott.com] Sent: Saturday, April 22, 2017 1:19 AMTo: [redacted]AvenueVenture.com Subject: EDITION copies2 Please open the attached document. It was scanned and sent to you using aXerox Multifunction Printer. Attachment File Type: pdf, Multi-Page Multifunction Printer Location: Device Name: XRX9C934E6BC625 For more information on Xerox products and solutions, please visithttp://www.xerox.com

FOIA Confidentiality Requested

ZUB-GJS-00022071

**From:** imaad zuberi <[redacted]avenueventure.com>
**To:** 'Steve Albert Khayat'
**CC:** 'Matthew Burbach'; 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
**Sent:** 4/23/2017 4:17:31 PM
**Subject:** RE: FW: EDITION copies2

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work
Today is Sunday so this will be done on Monday
Thanks
imaad

**From:** imaad zuberi [mailto:[redacted]avenueventure.com]
**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' <[redacted]@arabinv.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; 'Sam Habbas' <[redacted]@asarlegal.com>; [redacted]@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-
No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired
imaad

**From:** Steve Albert Khayat [mailto:s[redacted]@arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi <[redacted]avenueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]gmail.com>; Sam Habbas <[redacted]@asarlegal.com>; [redacted]r@bukhamseen.com' <[redacted]@bukhamseen.com>; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" < avenueventure.com> wrote:

Please see attached

-----Original Message-----
From: London Edition Back Office Do Not Reply@marriott.com
[mailto:LONEB Back Office Do Not Reply@marriott.com]
Sent: Saturday, April 22, 2017 1:19 AM
To: AvenueVenture.com
Subject: EDITION copies2

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E6BC625

For more information on Xerox products and solutions, please visit http://www.xerox.com

**From:** imaad zuberi < avenueventure.com>
**To:** 'Steve Albert Khayat'
**CC:** 'Matthew Burbach'; 'Sam Habbas'; @bukhamseen.com; 'John Sandweg'
**Sent:** 4/23/2017 12:34:21 PM
**Subject:** RE: FW: EDITION copies2

Steve-
No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired
imaad

**From:** Steve Albert Khayat [mailto: @arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi < avenueventure.com>
**Cc:** 'Matthew Burbach' < gmail.com>; Sam Habbas < @asarlegal.com>; @bukhamseen.com' < @bukhamseen.com>; 'John Sandweg' < frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" < avenueventure.com> wrote:

Please see attached

-----Original Message-----
From: London Edition Back Office Do Not Reply@marriott.com
[mailto:LONEB Back Office Do Not Reply@marriott.com]
Sent: Saturday, April 22, 2017 1:19 AM
To: AvenueVenture.com
Subject: EDITION copies2

Please open the attached document.  It was scanned and sent to you using a
Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E6BC625

For more information on Xerox products and solutions, please visit
http://www.xerox.com

FOIA Confidentiality Requested

ZUB-GJS-00022075

From: Steve Albert Khayat @arabinv.com>
To: imaad zuberi
CC: 'Matthew Burbach'; Sam Habbas; @bukhamseen.com; 'John Sandweg'
Sent: 4/23/2017 6:28:58 AM
Subject: Re: FW: EDITION copies2
Attachments: Agreement Language.docx; Bukhamseen USCares agreement.pdf

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <avenueventure.com> wrote:

Please see attached

-----Original Message-----
From: London Edition_Back_Office_Do_Not_Reply@marriott.com
[mailto:LONEB_Back_Office_Do_Not_Reply@marriott.com]
Sent: Saturday, April 22, 2017 1:19 AM
To: im AvenueVenture.com
Subject: EDITION copies2

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E6BC625

For more information on Xerox products and solutions, please visit
http://www.xerox.com

## Agreement

This agreement ("Agreement") is made and entered into this date of April 19, 2017 ("Agreement Date") by and between:

1. **BHUS Limited**, a company incorporated and existing under the laws of the British Virgin Islands ("BHUS");

2. **Avenue Capital Group, Inc., a California corporation, d/b/a Avenue Ventures**, incorporated and existing under the laws of the State of California, USA, ("AV"); and

3. **Mr. Imaad Zuberi**, a US national ("Mr. Zuberi")

4. **USCares, LLC**, a Delaware limited liability company ("USCares")

**WHEREAS**

1. BHUS agreed to make an investment in USCares, a company which BHUS expected at the time would be applying for a license from the Office of Foreign Assets Control permitting it to export certain food, medicine and medical supplies from the United States to Iran (the "Investment"). The foregoing license was pursued but not granted within the expected timeline.

2. Through the Investment, BHUS would obtain 20% of the Class B shares in US Cares for US$2,000,000 (the "Investment Amount").

3. USCares and Avenue Ventures (as Manager of US Cares) have agreed to return to BHUS a portion of the investment as agreed in the terms of this Agreement.

**NOW THEREFORE**, it has been mutually agreed as follows:

**1. Consideration**

1.1 Upon the full execution of this Agreement, USCares and Avenue Ventures will transfer to BHUS an amount equal to US$500,000 (the "First Cash Payment"). Within 15 days of the Agreement Date, USCares and Avenue Ventures will transfer to BHUS an additional amount equal to US$500,000 (the "Second Cash Payment") (the First Cash Payment and the Second Cash Payment collectively being the "Cash Consideration").

**2. Release**

2.1 BHUS (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges, USCares, Mr. Zuberi and AV from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which BHUS ever had, now has or can ever

have against USCares, Mr. Zuberi and AV, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.2 AV (for itself and its affiliates, successors, directors, officers, employees, representatives and assigns) hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which AV ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.3 Mr. Zuberi hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which Mr. Zuberi ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

2.4 USCares hereby irrevocably releases and discharges BHUS from and against all causes of action, obligations, claims and demands whatsoever, in contract, law or otherwise which USCares ever had, now has or can ever have against BHUS, upon or by reason of any matter, cause or thing relating to the Investment or the Investment Amount.

3. **General**

3.1 If any term, condition or provision of this Agreement shall be found to be illegal or unenforceable, such clause shall be modified or deleted so as to make the balance of this Agreement, as modified, valid and enforceable to the fullest extent permitted by law.

3.2 The Parties represent and warrant that they have the legal right and authority to enter into this Agreement and that this Agreement is a legal, valid and binding obligation enforceable against the Parties in accordance with its terms.

3.3 Each Party covenants that neither the execution of this Agreement nor the performance of its obligations hereunder violates or conflicts with any term or condition of any other agreement or obligation.

3.4 This Agreement may be executed in two or more counterparts which when taken together shall be the same as if a single document has been executed.

3.5 This Agreement may not be modified or amended except in writing with the prior written consent of the Parties.

3.6 This Agreement shall be governed by the laws of the State of California, USA. Any disputes relating to this Agreement shall be resolved by the Courts of the State of California, USA. The Parties agree that reasonable attorneys' fees shall be paid to the prevailing Party in any dispute relating to this Agreement.

3.7 Each of BHUS, USCares, AV and Mr. Zuberi shall keep and maintain confidential all terms of this Agreement, including all documents, records, materials, information, agreements and contracts (the "Confidential Materials") and shall not disclose any of the Confidential Materials to any third parties not involved in the Investment or this Agreement.

[*Signatures on following page*]

The Parties have hereunto agreed to the above as of the Agreement Date.

For BHUS Limited

BHUS Limited

______________________
Name:
Title:

Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures

By: ______________________
Name: Imaad Zuberi
Title:

Mr. Imaad Zuberi

______________________

USCares, LLC,
a Delaware limited liability company

By: Avenue Capital Group, Inc.,
a California corporation, d/b/a Avenue Ventures,
its Manager

______________________
Name: Imaad Zuberi
Title:

1.2 In the event that Mr. Zuberi, AV or USCares breaches any of its obligations under this Agreement, Mr. Zuberi, AV and USCares shall immediately pay to BHUS an amount equal to US$2,000,000, less any amounts received by BHUS from the First Cash Payment and the Second Cash Payment.

**From:** Steve Albert Khayat <[redacted]@arabinv.com>
**To:** imaad zuberi
**CC:** 'Matthew Burbach'; 'Sam Habbas'; [redacted]@bukhamseen.com; 'John Sandweg'
**Sent:** 4/23/2017 8:03:49 PM
**Subject:** RE: FW: EDITION copies2

Imaad,

For the avoidance of any confusion, I have consulted internally, and was accordingly asked to insist upon you that the only language acceptable is the one that has been provided to you, whereas our legal counsel advised anything otherwise would undermine our rights, which we can't proceed with.

Therefore, I ask you to insert the clause as is with no additional language, sign it and send it to us by tomorrow COB.

Steve A. Khayat

On Sun, Apr 23, 2017 at 7:43 PM +0300, "imaad zuberi" <[redacted]avenueventure.com> wrote:

Per conversation with Anwar, we will add the language of if the wire not done then this agreement is void
Thanks
imaad

**From:** Steve Albert Khayat [mailto[redacted]@arabinv.com]
**Sent:** Sunday, April 23, 2017 9:39 AM
**To:** imaad zuberi <[redacted]venueventure.com>
**Cc:** 'Matthew Burbach' <[redacted]@gmail.com>; 'Sam Habbas' [redacted]@asarlegal.com>; [redacted]r@bukhamseen.com; 'John Sandweg' <[redacted]frsdc.com>
**Subject:** RE: FW: EDITION copies2

Imaad,

None of us is the business of waisting any body's time.

Just insert the exact wording we sent, sign the agreement, and your agreement with Anwar will hold.

We shall expect it before Monday COB.

Steve A. Khayat

From: imaad zuberi
Sent: Sunday, April 23, 7:18 PM

Subject: RE: FW: EDITION copies2
To: Steve Albert Khayat
Cc: 'Matthew Burbach', 'Sam Habbas', @bukhamseen.com, 'John Sandweg'

I spoke to Anwar, Matt and John will add the language that if USCares doesn't pay BHUS $500,000 and $500,000 then this agreement is null and void (which should be common sense). Please don't bring up Tesla or any other company related to this agreement for the reason that the shares Anwar will get will not be to compensate for the loss here. It will be for other work

Today is Sunday so this will be done on Monday

Thanks

imaad

**From:** imaad zuberi [mailto: avenueventure.com]
**Sent:** Sunday, April 23, 2017 5:34 AM
**To:** 'Steve Albert Khayat' < @arabinv.com>
**Cc:** 'Matthew Burbach' < gmail.com>; 'Sam Habbas' s@asarlegal.com>; @bukhamseen.com' < @bukhamseen.com>; 'John Sandweg' < frsdc.com>
**Subject:** RE: FW: EDITION copies2

Steve-

No Tesla was discussed for shares. I don't have Tesla shares to give. Please do not make up stuff. Tesla was discussed with regard to distribution in Saudi and maybe Kuwait. I am getting irritated with this email. I do not want to discuss any shares with you or anyone. I might gift some shares to Anwar as a friend or for doing some work for us of companies we have but nothing will be put on any document. Period. If you are not happy with them then have the lawyers initiate legal proceedings. I am getting tired

imaad

**From:** Steve Albert Khayat [mailto @arabinv.com]
**Sent:** Saturday, April 22, 2017 11:29 PM
**To:** imaad zuberi < avenueventure.com>
**Cc:** 'Matthew Burbach' < @gmail.com>; Sam Habbas < @asarlegal.com>; @bukhamseen.com' @bukhamseen.com>; 'John Sandweg' < frsdc.com>
**Subject:** Re: FW: EDITION copies2

Dear Imaad:

Thank you for your email.

I understand you agreed with Anwar that this agreement organizes only the cash part of the return of the $2,000,000 investment, and the $1,000,000 payment in shares( Tesla or otherwise acceptable by BHUS) will be done separately, shortly afterwards.

Nonetheless, to make this agreement complete we need to add a provision to the agreement : please find attached the proposed language that we would like to see incorporated as an Article 1.2 into the Agreement. In the event that AV and USCares do not make the payment to BHUS in accordance with the terms of the Agreement (i.e., $500,000 on full execution and $500,000 within 15 days of April 19), US$2,000,000 would immediately become due and payable.

I trust you will find the language logical, and asking for nothing more than our right.

Kindly reexecute the agreement after incorporating the sent paragraph.

Thank you,

Steve A. Khayat

On Sat, Apr 22, 2017 at 11:28 AM +0300, "imaad zuberi" <[REDACTED]avenueventure.com> wrote:

Please see attached -----Original Message-----From: London Edition_Back_Office_Do_Not_Reply@marriott.com[mailto:LONEB_Back_Office_Do_Not_Reply@marriott.com] Sent: Saturday, April 22, 2017 1:19 AMTo: [REDACTED]@AvenueVenture.com Subject: EDITION copies2 Please open the attached document. It was scanned and sent to you using aXerox Multifunction Printer. Attachment File Type: pdf, Multi-Page Multifunction Printer Location: Device Name: XRX9C934E6BC625 For more information on Xerox products and solutions, please visithttp://www.xerox.com