# EXHIBIT 13

MEMORANDUM FROM ▮▮▮▮▮

1. This statement is based on my best recollection as of December 1, 2017.

2. I am the owner and manager of financial businesses, including having a controlling interest in ▮▮▮▮ (formerly known as ▮▮▮▮), and was formerly the Chairman and CEO of ▮▮▮▮. Separately, I founded and own ▮▮▮▮, which manages my personal investments.

3. Since approximately 2011, I and my businesses have engaged in transactions with Imaad Zuberi and his businesses, including Avenue Ventures.

4. My business arrangements with Avenue Ventures and Mr. Zuberi have only sometimes been memorialized by formal contracts, and our arrangements are often flexible and change depending on the course that each transaction or project takes. Our business deals and our financial relationship are thus very fluid, and we keep only an informal tally of what is owed between us rather than a formal ledger or accounting. As a result, a written contract for a particular project may ultimately have little relationship to the actual arrangement between us, as the circumstances may change and we typically do not take the time to draft new documents to reflect the changed circumstances and details of the arrangement. This is partly due to the fact that, after my forced departure from Bahrain in October 2013, I have not had significant support services or much business infrastructure to support my work on these various transactions. Mr. Zuberi has in some instances acted on an ad hoc basis to provide various support services, such as travel arrangements an obtaining documentation for transactions.

5. Mr. Zuberi plays several roles in our business deals. One is to identify investments, including in the United States and elsewhere, to provide "deal flow" for my businesses. This requires that he travel around the world seeking deals, including real estate and startup businesses, in which I or my investors may want to invest. The second is to identify new investors who will co invest, enter into joint partnerships, or fund deals in addition to or in lieu of any funding from my businesses. A third is acting as a strategic advisor, translating US business concepts into ventures that can be replicated overseas,

and leveraging his network and strong relationships around the world to assist on my other business projects.

6. Mr. Zuberi often fronts the costs of working on deals, such as travel costs for third parties, and seeks reimbursement from me later. He has also paid hundreds of thousands of dollars to the Milken Institute related to its global conference, related to attendance by third parties associated with our business dealings. Although we have sometimes entered into contracts stating that I would reimburse Mr. Zuberi for his expenses, we have not always followed these provisions. Sometimes I have paid invoices for project expenses, and on other occasions I have not paid invoices but expected that Mr. Zuberi's expenses would be taken out of other funds sent to him.

7. I generally have not requested reimbursement from Avenue Ventures or Mr. Zuberi for funds paid in connection with projects that did not come to fruition; instead, we have typically shifted those funds to other projects that Mr. Zuberi has identified. My understanding has been (and I believe that Mr. Zuberi's understanding is the same) that funds sent to Avenue Ventures and Mr. Zuberi are in the nature of "convertible loans," meaning that the payment is a loan that Mr. Zuberi can convert to income based on work performed. If the project is fully performed and comes to fruition, he earns the full amount. If not, he earns a percentage or amount based on the amount of time spent and expenses advanced by him. I would typically expect him to earn about 25% of the total amount. The remaining 75 to 80 percent would be invested or otherwise used by him, with the knowledge that he had an obligation to either repay me (with interest), apply the funds as payment for his work on future projects, or convert the funds into a position in his investments.

8. For example, I paid Mr. Zuberi to find investors for a development in Libya that never materialized because of unrest in the country following the Arab Spring. I understand that Mr. Zuberi took the funds that he did not use for the Libyan project and invested them on my behalf in new projects, such as startup businesses and rental properties in the United States.

9. On other occasions, I have sent Mr. Zuberi funds to invest directly on my behalf or as an investment for my companies. This includes the AmericaCares and USCares projects, in

which I invested approximately two million dollars and provided money for certain legal expenses for those ventures. When we were not able to go forward with those projects, Mr. Zuberi and I agreed that the funds I had provided would be invested in other matters, such as real property, though some funds have been returned to me or used for other purposes at my direction. On another occasion, Mr. Zuberi told me that he needed assistance to buy a rental property in the United States, and I sent him funds knowing that he would either (a) informally recognize that I had an ownership interest in the purchased property (valued based on the funds I had provided); (b) do work for me in the future to earn the payment; (c) consider the funds as a loan that would compound interest; or (d) some combination of the three. This is consistent with my arrangements with other business partners on projects in the Middle East, Asia, and North Africa.

10. I understood that my name would not be on any of the properties in which I had an investment interest. I trust Mr. Zuberi to maintain my interest in any property, even without a contract or other paperwork, as we have worked together extensively in the past and I anticipate that we will continue to work together on several projects in the future. Mr. Zuberi generally lets me know how the funds I have provided have been used and invested and I trust his judgment on how to best apply those funds. I have not wanted to be listed as a co-borrower on the properties in which Mr. Zuberi has provided me with an investment interest, which I understood would be required if we took out a loan on the properties and I was listed as a co-owner. I also have not asked Mr. Zuberi for a share of the interest in any investment or the rents from any real property, unless the interest payments are large; I would rather have the interest or rents reinvested for my benefit.

11. Given the amount of funds I send to Mr. Zuberi in connection with these projects or investments, the fact that he is often not given a set amount as compensation in our deals, and the fact that I generally do not ask for a refund from him for projects that are not completed or successful, I have often directed him to pay for various things on my behalf and for my family. These include first class travel, expensive watches, cars (including several Teslas, a BMW, and a Mercedes), handbags, clothing, and electronics, among other things. He also paid for my mobile telephone bill, which in some months ran into the thousands of dollars given how much I used it. I generally have not reimbursed him for these purchases and payments, as I view the money he spends on

these items as mine, either from prior payments or in lieu of my portion of rents or income being generated by properties in which he invested my money.

12. Over the past several years, Mr. Zuberi and I have been settling up our accounting for earlier years to ensure that all of the unearned funds that I have sent to him are reflected in formal ownership agreement for the properties he bought with the loaned funds. Although we had informal understandings that portions of the funds I sent to him were investments or loans, we both understand the need to formalize these earlier agreements by allocating ownership of the properties held in Mr. Zuberi's name.

13. I attach two lists to this declaration:

    a. The first is a list of purchases that, to the best of my recollection, Mr. Zuberi made on my behalf and at my direction between 2012 and 2015. 2016 is addressed in a separate declaration. In addition, he has made a number of purchases at my direction in 2017, including a variety of watches. Over the years, I believe he has purchased approximately 12 to 15 Patek Philippe watches at my direction, which cost an average of $65,000 each. I do not see most of these watches (or telephone bills that I understand ran into the thousands of dollars per month) on the list of purchases, so this list does not reflect all of the significant purchases that he made during this time period at my direction.

    b. The second is a list reflecting the business trips that I am aware that Mr. Zuberi took between 2012 and 2016 that related to our business dealings. I am also aware that, on most if not all trips, Mr. Zuberi would have business meals — some of which I attended — with persons with whom we were dealing in the various countries.

I declare the foregoing is true and correct, to the best of my recollection. Signed in Geneva, Switzerland, on December 1, 2017.

ZUBERI, IMAAD
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| AMEX | | 2012 | 02.02.12 | Hermes Greece | Jewelry | 393.15 |
| AMEX | | 2012 | 02.05.12 | Neiman Marcus | | 3'891.60 |
| AMEX | | 2012 | 04.16.12 | Hermes | Apparel | 776.04 |
| AMEX | | 2012 | 04.29.12 | Prada | | 538.31 |
| AMEX | | 2012 | 05.08.12 | Gap | | 239.62 |
| AMEX | | 2012 | 05.12.12 | Hugo Boss | | 162.04 |
| AMEX | | 2012 | 06.04.12 | Gap | | 273.93 |
| AMEX | | 2012 | 07.06.12 | Prada | | 212.06 |
| AMEX | | 2012 | 08.05.12 | Prada | | 1'419.19 |
| AMEX | | 2012 | 09.29.12 | Dolby Theatre | Tickets | 576.00 |
| AMEX | | 2012 | 09.29.12 | Hermes | | 212.06 |
| AMEX | | 2012 | 10.17.12 | J Crew | | 86.85 |
| CHASE | | 2012 | 10.18.12 | Banana Republic | Apparel | 153.73 |
| AMEX | | 2012 | 10.20.12 | J Crew | | 443.56 |
| CHASE | | 2012 | 10.25.12 | J Crew | | 192.77 |
| CHASE | | 2012 | 11.28.12 | J Crew | | 350.33 |
| AMEX | | 2012 | 12.04.12 | Prada | | 884.93 |
| AMEX | | 2012 | 12.04.12 | Prada | | 538.31 |
| CHASE | | 2012 | 12.19.12 | J Crew | | 366.18 |
| AMEX | | 2012 | 12.19.12 | Nike | | 631.76 |
| CHASE | | 2012 | 12.21.12 | Prada | Apparel | 3'229.88 |
| CHASE | | 2012 | 12.21.12 | Prada | Apparel | 783.00 |
| | | 2012 Total | | | | 16'355.30 |
| BANK OF AMERICA | | 2013 | 05.28.13 | Ramli Mall | Bahrain | 530.55 |
| AMEX | | 2013 | 01.02.13 | Massimo Dutti | | 2'163.86 |
| AMEX | | 2013 | 01.07.13 | Prada | | 2'370.75 |
| CHASE | | 2013 | 01.24.13 | AT&T | | 788.51 |
| CHASE | | 2013 | 01.24.13 | AT&T | | 544.33 |

PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.

PAGE 1 OF 6

ZUBERI, IMAAD
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| AMEX | | 2013 | 02.09.13 | Hermes | | 716.97 |
| AMEX | | 2013 | 02.09.13 | Montblanc Boutique | | 1'072.74 |
| AMEX | | 2013 | 02.16.13 | Massimo Dutti | | 523.22 |
| USC CREDIT UNION | | 2013 | 03.22.13 | Witt O'Brien's | Bahrain trip for | 125'000.00 |
| USC CREDIT UNION | | 2013 | 04.02.13 | Tesla Motors Inc | Reservation # RN328506 final payment | 115'927.00 |
| AMEX | | 2013 | 04.13.13 | Prada | | 539.55 |
| AMEX | | 2013 | 04.13.13 | Prada | | 11'240.00 |
| USC CREDIT UNION | | 2013 | 05.10.13 | SYCR | i - Legal Expense per Imaad | 20'000.00 |
| CHASE | | 2013 | 05.11.13 | Tesla Motors | | 5'000.00 |
| AMEX | | 2013 | 05.11.13 | J Crew | | 568.44 |
| USC CREDIT UNION | | 2013 | 05.16.13 | Pasadena City College | | 40.00 |
| AMEX | | 2013 | 05.16.13 | Hermes | | 239.61 |
| USC CREDIT UNION | | 2013 | 06.21.13 | Hugh Williams | Half | 1'100.00 |
| USC CREDIT UNION | | 2013 | 06.27.13 | Tesla Motors Inc | White Tesla Model S | 124'739.00 |
| AMEX | | 2013 | 08.07.13 | Prada | | 2'430.70 |
| AMEX | | 2013 | 08.08.13 | Prada | | 1'340.70 |
| AMEX | | 2013 | 08.13.13 | Montblanc Boutique | | 426.08 |
| AMEX | | 2013 | 08.18.13 | Universal Studios | Tickets | 2'093.00 |
| AMEX | | 2013 | 08.24.13 | Montblanc Boutique | | 2'399.66 |
| CHASE | | 2013 | 09.03.13 | Hermes E3 Frankfurt | | 719.82 |
| AMEX | | 2013 | 09.03.13 | Montblanc Boutique | | 1'045.09 |
| AMEX | | 2013 | 09.27.13 | Ecco | Store | 451.17 |
| BANK OF AMERICA | | 2013 | 09.30.13 | Roissy 2 TA 4 | France | 949.52 |
| AMEX | | 2013 | 10.02.13 | Hermes | | 425.34 |
| AMEX | | 2013 | 10.02.13 | Hermes | | 612.41 |
| AMEX | | 2013 | 10.02.13 | Tod's | | 428.05 |
| AMEX | | 2013 | 10.16.13 | Montblanc Boutique | | 1'072.19 |
| AMEX | | 2013 | 12.31.13 | Prada | | 272.50 |

PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.

PAGE 2 OF 6

**ZUBERI, IMAAD**
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| AMEX | | 2013 | 12.31.13 | Prada | | 3'068.35 |
| | | 2013 Total | | | | 430'839.11 |
| CHASE | | 2014 | 12.19.14 | Tesla Motors | | 2'500.00 |
| AMEX | | 2014 | 01.06.14 | Sony | | 2'411.98 |
| AMEX | | 2014 | 01.08.14 | Prada | | 577.70 |
| AMEX | | 2014 | 01.14.14 | Tumi Stores | | 250.41 |
| AMEX | | 2014 | 01.18.14 | Sony | | 98.09 |
| AMEX | | 2014 | 01.22.14 | Galerie Lafayette | | 216.83 |
| AMEX | | 2014 | 01.22.14 | Galerie Lafayette | | 330.12 |
| AMEX | | 2014 | 01.29.14 | Nike | | 274.96 |
| AMEX | | 2014 | 01.31.14 | Selfridges Retail | | 791.42 |
| CHASE | | 2014 | 02.02.14 | Ecco Shop | Apparel | 164.99 |
| AMEX | | 2014 | 02.02.14 | Harrods Limited | Dept Store | 162.79 |
| AMEX | | 2014 | 02.02.14 | Harrods Limited | Dept Store | 3'312.44 |
| AMEX | | 2014 | 02.19.14 | Prada | | 577.70 |
| AMEX | | 2014 | 03.08.14 | Burberry | | 488.61 |
| AMEX | | 2014 | 03.08.14 | Tumi Stores | | 299.76 |
| AMEX | | 2014 | 03.08.14 | Tumi Stores | | 703.06 |
| AMEX | | 2014 | 03.23.14 | Prada | | 245.25 |
| AMEX | | 2014 | 03.30.14 | Prada | | 637.65 |
| AMEX | | 2014 | 03.31.14 | Telsamotors | Catalog Merch | 442.10 |
| AMEX | | 2014 | 04.21.14 | Teslamotors | Auto Dealer | 1'426.17 |
| AMEX | | 2014 | 04.27.14 | Teslamotors | Auto Dealer | 529.60 |
| AMEX | | 2014 | 04.30.14 | Apple Store | | 3'281.46 |
| AMEX | | 2014 | 05.13.14 | Apple Store | | 3'223.70 |
| AMEX | | 2014 | 05.20.14 | Montblanc | | 81.75 |
| AMEX | | 2014 | 06.02.14 | Sony | | 2'412.13 |
| AMEX | | 2014 | 06.09.14 | Google Glass | | 1'635.00 |

PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.

PAGE 3 OF 6

**ZUBERI, IMAAD**
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| AMEX | | 2014 | 06.09.14 | Google Glass | | 1'635.00 |
| CHASE | | 2014 | 06.20.14 | Ecco Shop | Apparel | 284.96 |
| AMEX | | 2014 | 06.28.14 | Prada | | 572.88 |
| CHASE | | 2014 | 07.05.14 | Ecco Shop | Apparel | 309.26 |
| AMEX | | 2014 | 07.05.14 | Harrods Limited | Dept Store | 64.30 |
| AMEX | | 2014 | 07.26.14 | Nike Town | | 152.43 |
| AMEX | | 2014 | 09.04.14 | Prada | | 4'458.10 |
| AMEX | | 2014 | 09.26.14 | Tom Ford | Retail | 7'690.00 |
| AMEX | | 2014 | 10.02.14 | Prada | | 265.48 |
| AMEX | | 2014 | 10.14.14 | Obagi Skin | | 50.00 |
| AMEX | | 2014 | 10.15.14 | Obagi Skin | | 250.00 |
| AMEX | | 2014 | 10.29.14 | Selfridges Retail | | 1'123.40 |
| AMEX | | 2014 | 10.30.14 | Selfridges Retail | | 14.23 |
| AMEX | | 2014 | 11.02.14 | Google*Devices | | 3'270.00 |
| AMEX | | 2014 | 11.10.14 | Teslamotors | Catalog Merch | 436.97 |
| AMEX | | 2014 | 11.12.14 | Teslamotors | Catalog Merch | 645.00 |
| AMEX | | 2014 | 11.15.14 | Tumi Stores | | 562.44 |
| AMEX | | 2014 | 11.26.14 | Hermes | | 811.72 |
| CHASE | | 2014 | 11.27.14 | Ecco Shop | Apparel | 175.35 |
| AMEX | | 2014 | 11.27.14 | Hermes | | 744.52 |
| AMEX | | 2014 | 11.27.14 | Hermes | | 814.71 |
| AMEX | | 2014 | 12.02.14 | Hermes | | 1'582.42 |
| AMEX | | 2014 | 12.02.14 | Hermes | | 2'267.72 |
| AMEX | | 2014 | 12.02.14 | Hermes | | 2'778.58 |
| AMEX | | 2014 | 12.14.14 | Bloomingdales | | 926.18 |
| AMEX | | 2014 | 12.16.14 | Obagi Skin | | 68.00 |
| AMEX | | 2014 | 12.18.14 | Prada | | 2'757.70 |
| AMEX | | 2014 | 12.19.14 | Ermenegildo Zegna | Apparel | 2'719.55 |

PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.

PAGE 4 OF 6

ZUBERI, IMAAD
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| AMEX | | 2014 | 12.19.14 | Prada | | 272.50 |
| | | 2014 Total | | | | 64'779.07 |
| BANK OF AMERICA | | 2015 | 06.17.15 | Tesla Motors Inc | Gray P85D | 67'301.00 |
| AMEX | | 2015 | 01.07.15 | Apple Store | | 1'970.10 |
| AMEX | | 2015 | 01.12.15 | Apple Store | | 925.41 |
| AMEX | | 2015 | 02.09.15 | Apple Store | | 925.41 |
| AMEX | | 2015 | 02.18.15 | Bloomingdales | | 453.44 |
| AMEX | | 2015 | 02.18.15 | Bloomingdales | | 2'597.47 |
| AMEX | | 2015 | 02.28.15 | J Crew | | 578.77 |
| AMEX | | 2015 | 04.15.15 | J Crew | | 339.49 |
| CHASE | | 2015 | 05.10.15 | Tesla Motors | | 2'500.00 |
| AMEX | | 2015 | 05.19.15 | AGS Boutique Hermes | Store | 1'975.98 |
| AMEX | | 2015 | 07.01.15 | Patek Philippe | Jewelry | 20'045.26 |
| CHASE | | 2015 | 07.18.15 | Ecco | London | 156.73 |
| AMEX | | 2015 | 08.05.15 | Bloomingdales | | 385.44 |
| AMEX | | 2015 | 08.05.15 | Bloomingdales | | 1'672.06 |
| AMEX | | 2015 | 08.15.15 | Apple Store | | 6'927.96 |
| AMEX | | 2015 | 08.20.15 | AGS Boutique Hermes | Store | 866.43 |
| AMEX | | 2015 | 08.25.15 | Apple Store | | (3'426.86) |
| CHASE | | 2015 | 09.14.15 | Tesla Motors | | 2'500.00 |
| WELLS FARGO | | 2015 | 10.05.15 | cashier's check purchase - pay to the order of: cashier's check | | 39'300.00 |
| WELLS FARGO | | 2015 | 10.05.15 | House of Imports | | 690.00 |
| AMEX | | 2015 | 10.17.15 | Tory Burch | | 273.75 |
| BANK OF AMERICA | | 2015 | 11.12.15 | Wire Out Tesla Motors Switzerland | ID:8770000003 Chase Bank ID:CHASCHGX | 120'000.00 |
| AMEX | | 2015 | 11.13.15 | Selfridges | Retail | 2'427.46 |
| AMEX | | 2015 | 11.22.15 | Apple Store | | 3'907.60 |
| AMEX | | 2015 | 12.19.15 | Patek Philippe | Jewelry | 85'311.30 |
| AMEX | | 2015 | 12.20.15 | AGS Boutique | Card & Souvenir Store | 847.12 |

PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.

PAGE 5 OF 6

ZUBERI, IMAAD
Expense Analysis
Account: ESAM PURCHASES
Years: 2012-2015

| Banking Institution | Account No. | Year | Date | Name | Transaction Description | Amount |
|---|---|---|---|---|---|---|
| | | 2015 Total | | | | 361'451.32 |
| | | Grand Total | | | | 873'424.80 |



PROPERTY OF HOCHMAN, SALKIN, RETTIG, TOSCHER, AND PEREZ, P.C.



PAGE 6 OF 6

**ZUBERI, IMAAD**
Business Travel Recap
Years: 2012 - 2016

| Arrival | Departure | Location(s) |
|---|---|---|
| 01.05.12 | N/A | Riyadh |
| 01.26.12 | 02.02.12 | Athens, Greece |
| 02.02.12 | 02.04.12 | London, UK |
| 02.12.12 | N/A | Phoenix, NV |
| 03.11.12 | 03.12.12 | Las Vegas, NV |
| 04.08.12 | 04.11.12 | Kuwait |
| 04.11.12 | 04.20.12 | Karachi, Dubai |
| 04.30.12 | 05.05.12 | Kuwait, Dubai |
| 05.28.12 | 06.03.12 | Karachi, Dubai |
| 07.11.12 | 07.15.12 | Abu Dhabi |
| 09.18.12 | 09.23.12 | Washington DC |
| 10.05.12 | 10.06.12 | Washington DC |
| 11.05.12 | 11.08.12 | Chicago, IL |
| 11.22.12 | 11.27.12 | Dubai, Bahrain, Karachi |
| 11.29.12 | 12.01.12 | Washington DC |
| 12.04.12 | 12.13.12 | Beijing Capital |
| 12.13.12 | 12.15.12 | Washington DC |
| 12.17.12 | 12.19.12 | Washington DC |
| 12.26.12 | 01.04.13 | Dubai, Jeddah |
| 01.17.13 | 01.22.13 | Washington DC |
| 01.23.13 | 01.24.13 | Baltimore, MD |
| 02.14.13 | 02.19.13 | Tripoli, Istanbul, Munich, Frankfurt |
| 02.24.13 | 02.27.13 | Washington DC |
| 03.02.13 | 03.11.13 | Istanbul, Dubai, Islamabad, Bahrain |
| 03.11.13 | 03.15.13 | Washington DC |
| 04.02.13 | 04.05.13 | Marina Del Rey, CA |
| 04.16.13 |  | Istanbul, Bahrain |
| 05.11.13 | 05.25.13 | Dubai, Kuwait, Karachi, Bahrain |
| 06.26.13 |  | London, UK |
| 07.11.13 |  | Geneva, Istanbul |
| 07.21.13 | 07.25.13 | Washington DC |
| 08.13.13 | 08.15.13 | Pasadena, CA |
| 08.27.13 | 08.29.13 | Los Angeles, CA |
| 09.06.13 | 09.19.13 | Dubai, Islamabad, Riyadh |
| 09.23.13 | 09.30.13 | Abu Dhabi, Bahrain Dubai |
| 09.30.13 | 10.05.13 | Paris, FR |
| 10.05.13 | 10.15.13 | London, UK |
| 10.31.13 | 11.07.13 | Washington DC |

**ZUBERI, IMAAD**
Business Travel Recap
Years: 2012 - 2016

| Arrival | Departure | Location(s) |
|---|---|---|
| 11.14.13 | 11.21.13 | Washington DC |
| 11.24.13 | 11.28.13 | London, Dubai |
| 11.28.13 | 12.03.13 | Dubai, Sri Lanka |
| 12.11.13 | 12.18.13 | Washington DC |
| 01.01.14 | | Dubai, Mumbai |
| 01.09.14 | 01.13.14 | Washington DC |
| 01.13.14 | 01.15.14 | New York, NY |
| 01.19.14 | 01.23.14 | London, Paris |
| 01.26.14 | 01.30.14 | Washington DC |
| 01.30.14 | 02.03.14 | London, UK |
| 02.03.14 | 02.14.14 | Dubai, Bahrain |
| 02.23.14 | 03.02.14 | Washington DC |
| 03.02.14 | 03.08.14 | Paris, London |
| 03.12.14 | 03.15.14 | Washington DC |
| 03.24.14 | 03.27.14 | Washington DC |
| 04.01.14 | 04.10.14 | Dubai, Sri Lanka |
| 05.07.14 | 05.09.14 | London, Paris |
| 06.14.14 | 06.21.14 | Paris, FR |
| 06.21.14 | | Dubai, Sri Lanka |
| 07.03.14 | 07.06.14 | London, UK |
| 07.06.14 | 07.14.14 | Vienna, London |
| 07.20.14 | 07.24.14 | Washington DC |
| 07.25.14 | 07.28.14 | Newark, NJ |
| 07.31.14 | 08.03.14 | Vienna, Austria |
| 08.03.14 | 08.06.14 | London, UK |
| 08.24.14 | 08.28.14 | Vienna, Austria |
| 08.28.14 | 08.29.14 | London, UK |
| 09.07.14 | 09.16.14 | Vienna, Paris |
| 09.19.14 | 09.25.14 | Newark, NJ |
| 09.28.14 | 10.04.14 | London, Paris, Rome |
| 10.16.14 | 10.20.14 | Dubai, Sri Lanka |
| 10.20.14 | 10.21.14 | Vienna, London |
| 10.25.14 | 11.01.14 | London, Geneva |
| 11.16.14 | 11.24.14 | Istanbul, Casablanca |
| 11.24.14 | 12.03.14 | London, Vienna, Paris |
| 12.05.14 | 12.08.14 | Dubai, Bahrain |
| 12.22.14 | 12.31.14 | London, Vienna, Dubai, Karachi, Madinah, Istanbul |
| 01.31.15 | 02.06.15 | Vienna, Munich |
| 03.11.15 | 03.15.15 | Paris, Dubai, Islamabad |
| 04.22.15 | 04.25.15 | Washington DC |

ZUBERI, IMAAD
Business Travel Recap
Years: 2012 - 2016

| Arrival | Departure | Location(s) |
|---|---|---|
| 05.13.15 | 05.19.15 | New York, Zurich, Paris, Geneva |
| 07.09.15 | 07.19.15 | Washington DC, Istandbul, Jeddah, Madinah, London |
| 07.29.15 | 08.02.15 | Geneva, London |
| 08.16.15 | 08.20.15 | Geneva, London |
| 09.14.15 | 09.23.15 | Geneva, London |
| 09.27.15 | | London, UK |
| 10.07.15 | 10.10.15 | London, UK |
| 10.10.15 | 10.15.15 | Dubai, Bahrain |
| 11.05.15 | 11.11.15 | Dubai, Bahrain, Jeddah |
| 11.11.15 | 11.14.15 | Geneva, London |
| 11.18.15 | 11.20.15 | Washington DC |
| 12.15.15 | 12.20.15 | Newark, Geneva |
| 01.08.16 | | Riyadh and Dubai |
| 01.15.16 | | Kiev |
| 01.17.16 | | London |
| 04.12.16 | | Dubai, Jeddah |
| 04.19.16 | | Dubai, Jeddah, Madinah, Dubai |
| 04.25.16 | 04.29.16 | Dubai, "Seef District" |
| 05.14.16 | | New York |
| 05.17.16 | | Geneva (watch purchased) |
| 05.18.16 | | London |
| 05.19.16 | 05.23.16 | Dubai |
| 06.06.16 | | Dubai |
| 06.12.16 | 06.18.16 | New York and Washington DC |
| 06.29.16 | 06.30.16 | Washington DC |
| 07.05.16 | | Dubai |
| 07.10.16 | | London |
| 07.20.16 | 08.10.16 | Washinton, New York, Philadelphia |
| 08.22.16 | | Geneva |
| 08.24.16 | | Istanbul |
| 08.28.16 | | Rome |
| 09.08.16 | 09.12.16 | New York |
| 09.18.16 | 09.22.16 | New York |
| 09.29.16 | 10.02.16 | Istanbul, London |
| 10.04.16 | | Kiev, Ukraine |
| 10.08.16 | | London |
| 10.10.16 | 10.21.16 | Brooklyn, NY |
| 10.30.16 | | Dubai, Shanghai |
| 11.06.16 | | London |
| 11.09.16 | 11.12.16 | New York |
| 11.22.16 | | Washington DC |

**ZUBERI, IMAAD**
Business Travel Recap
Years: 2012 - 2016

| Arrival | Departure | Location(s) |
|---|---|---|
| 12.01.16 | | Washington DC |
| 12.07.16 | | New York |
| 12.09.16 | | Washington DC |
| 12.11.16 | | New York |
| 12.20.16 | | Dubai |
| 12.20.16 | | Washington DC |
| 12.23.16 | | Florida |