TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2468
    Facsimile:  (213) 894-2927
    E-mail:     daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. LACR19-642-VAP |
| | ) No. LACR20-155-VAP |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER RE BOND |
| v. | ) |
| | ) [UNDER SEAL] |
| IMAAD SHAH ZUBERI, | ) |
| Defendant. | ) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's *ex parte* application to modify the terms and conditions of defendant's bond pending surrender shall include the following travel restrictions:

During curfew hours of between 5:00 p.m. to 9:00 a.m., defendant shall not travel outside of his current residence in El Monte, California.

During non-curfew hours, defendant shall be limited to travel within Los Angeles and Orange Counties, California.

Dated: _____                    _____
                                       UNITED STATES DISTRICT JUDGE

Submitted by:


      /s/
_____
DANIEL J. O'BRIEN
Assistant United States Attorney