UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – SENTENCING AND JUDGMENT

Case No.   CR 19-00642 VAP                                                                Date: February 18, 2021

Present: The Honorable: VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Kevin Reddick | Miranda Algorri | Daniel O'Brien / Judith Heinz / Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi | | x | Thomas P. O'Brien, Evan J. Davis, Ivy A. Wang, David A. Warrington, Nathan F. Brown, Matthew Kussman | x | | | N/A |

**PROCEEDINGS:**   SENTENCING AND JUDGMENT   ☐ Contested   ☐ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

- [x] Refer to Judgment and Probation/Commitment Order          ___ Refer to separate Judgment Order.
- [ ] Imprisonment for ___ years/months on each of count(s) ___
      Count(s) ___ concurrent/consecutive to count(s) ___
- [ ] Fine of $ ___ is imposed on each of count(s) concurrent/consecutive.
- [ ] Execution/Imposition of sentence as to imprisonment only suspended on count(s) ___
- [ ] Confined in jail-type institution for ___ to be served on consecutive days/weekends commencing ___
- [ ] ___ years/months Supervised Release/Probation imposed on count(s) ___
- [ ] consecutive/concurrent to count(s) ___
  under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
  - [ ] Perform ___ hours of community serv ___ fine amounts & times determined by P/O.
  - [ ] Serve ___ in a CCC/CT ___ Make $ ___ restitution in amounts & times determined by PO.
  - [ ] Participate in a program for treatment of narcotic/alcohol addiction.

Pay
  - [ ] any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
  - [ ] Other conditions:

- [ ] Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
- [ ] Pay $ ___ per count, special assessment to the United States for a total of $ ___
- [ ] Imprisonment for ___ months/years and for a study pursuant to 18 USC ___ with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on ___
- [ ] Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
- [X] Defendant informed of right to appeal.
- [ ] Filed and distributed judgment. ENTERED.
- [X] Other: The portion of the transcript taken outside the presence of the public is sealed.

cc:                                                                                                                             1:45
                                                                                        **Initials of Deputy Clerk**   kr