Ashwin J. Ram (SBN 277513), Steptoe & Johnson LLP
633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071
Tel.: (213) 439-9400; Fax: (213) 439-9599
Email: aram@steptoe.com

Case 2:19-cr-00642-VAP Document 334    Filed 03/04/21   Page 1 of 1   Page ID #:6803

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:19-cr-00642-VAP |
| v. | |
| Imaad Shah Zuberi | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Ashwin J. Ram_____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

March 4, 2021
*Date*

*Defendant's Signature*

Los Angeles, California
*City and State*

## APPEARANCE OF COUNSEL

I, Ashwin J. Ram_____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

March 4, 2021
*Date*

/s/ Ashwin J. Ram
*Attorney's Signature*

277513
*California State Bar Number*

633 West Fifth Street, Suite 1900
*Street Address*

Los Angeles, California 90071
*City, State, Zip Code*

(213) 439-9400                      (213) 439-9599
*Telephone Number*                  *Fax Number*

aram@steptoe.com
*E-mail Address*

CR-14 (01/07)                DESIGNATION AND APPEARANCE OF COUNSEL