**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | LACR19-00642-VAP / LACR20-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI, | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Imaad Shah Zuberi  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Ashwin J. Ram, Steptoe & Johnson LLP who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

633 West Fifth Street, Suite 1900
*Street Address*

Los Angeles, CA 90071                aram@steptoe.com
*City, State, Zip*                    *E-Mail Address*

(213) 439-9400         (213) 439-9599         277513
*Telephone Number*      *Fax Number*          *State Bar Number*

as attorney of record instead of Thomas P. O'Brien, Ivy A. Wang, Nathan F. Brown and Matthew O. Kussman
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____            _____
                                 U. S. District Judge/U.S. Magistrate Judge