# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Inez Brown | 2a. Contact Phone Number: (213) 439-9400 | 3a. Contact E-mail Address: ibrown@steptoe.com |
| 1b. Attorney Name (if different): Ashwin J. Ram | 2b. Attorney Phone Number: (213) 439-9400 | 3b. Attorney E-mail Address: aram@steptoe.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
STEPTOE & JOHNSON LLP
633 W. Fifth Street, Suite 1900
Los Angeles, California 90071

**5. Name & Role of Party Represented:** Defendant Imaad Shah Zuberi

**6. Case Name:** United States of America v. Imaad Shah Zuberi

**7a. District Court Case Number:** 2:19-cr-00642-VAP
**7b. Appeals Court Case Number:** 21-50048

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Myra L. Ponce

**9. THIS TRANSCRIPT ORDER IS FOR:**  ☒ Appeal  ☐ Non-Appeal   ☒ Criminal  ☐ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/2021 | Phillips | STATUS CONFERENCE | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | 14-Day |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 18, 2021
Signature: /s/ Ashwin J. Ram

G-120 (06/18)