# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Inez Brown | 2a. Contact Phone Number: (213) 439-9400 | 3a. Contact E-mail Address: ibrown@steptoe.com |
| 1b. Attorney Name (if different): Ashwin J. Ram | 2b. Attorney Phone Number: (213) 439-9400 | 3b. Attorney E-mail Address: aram@steptoe.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
STEPTOE & JOHNSON LLP
633 W. Fifth Street, Suite 1900
Los Angeles, California 90071

**5. Name & Role of Party Represented:** Defendant Imaad Shah Zuberi
**6. Case Name:** United States of America v. Imaad Shah Zuberi
**7a. District Court Case Number:** 2:19-cr-00642-VAP
**7b. Appeals Court Case Number:** 21-50048

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: MIRANDA ALGORRI

**9. THIS TRANSCRIPT ORDER IS FOR:** ☒ Appeal  ☐ Non-Appeal     ☒ Criminal  ☐ Civil     ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/18/2021 | Phillips | PARTIAL TRANSCRIPT OF SENTENCING (SEALED) | ● | ○ | ○ | ○ | ○ | ○ | ● ____ | EXPEDITED (7-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Counsel for Defendant Imaad Shah Zuberi is obtaining security clearance for the 2/18/2021 Sealed Partial Transcript of Sentencing, and will notify the Court once security clearance is obtained. Counsel will then request the Court for an Order instructing Court Reporter Miranda Algorri to prepare and release the transcript to Counsel for Defendant Zuberi.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

**Date:** March 18, 2021     **Signature:** /s/ Ashwin J. Ram

G-120 (06/18)

**4**

Exhibit 1