Ashwin J. Ram (SBN 277513)
aram@steptoe.com
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorney for Defendant
Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | Case No.: 2:19-cr-00642-VAP<br>        No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF ASHWIN J. RAM IN SUPPORT OF EX PARTE APPLICATION TO CLARIFY THAT THE NOTICE OF APPEAL WAS FILED IN BOTH CONSOLIDATED CASES, AND TO EXTEND THE TIME TO APPEAL IN CASE NO. 20-CR-155-VAP**<br><br>Judge:  Hon. Virginia A. Phillips |

I, Ashwin J. Ram, declare:

1. I am an attorney licensed to practice law in the State of California. I am admitted to the U.S. District Court for the Central District of California.

2. Along with other attorneys, I represent Imaad Zuberi in this case. I also represent Mr. Zuberi in his appeal of the February 24, 2020 Judgment against him (Court of Appeals Docket No. 21-50048), along with counsel Bruce C. Bishop, Angel E. Reyes, Robert Eatinger, and David A. Warrington.

3. After Mr. Zuberi retained Steptoe & Johnson LLP to represent him on appeal, I caused a timely Notice of Appeal from that Judgment to be filed on March 4, 2021.

4. Following that Notice of Appeal, Attorney Bishop and I discovered a potential ambiguity related to the Notice of Appeal. Specifically, case number 2:19-cr-00642-VAP and 2:20-cr-00155-VAP were consolidated by this Court. And while the Judgement was filed in both dockets separately, the Notice of Appeal referenced only the lead case docket number.

5. After considering the potential ambiguity, I called the government on April 1, 2021, and left a voicemail to obtain the government's position on the instant ex parte application seeking leave to clarify the Notice of Appeal. The next day, Attorney Reyes emailed the government on my behalf and attached a near-final draft of the ex parte application. In the same email, Attorney Reyes asked if the government opposes the ex parte nature of the filing and if the government opposes the relief sought in the application. The government advised us that they do not oppose the ex parte nature of the filing and do not oppose the relief sought.

6. This motion is submitted on an ex parte basis because the requested relief would no longer be available after approximately April 9, 2021. Federal Rule of Appellate Procedure 4(b)(4) authorizes this Court to extend the time to file a notice of appeal by up to 30 days upon a finding of good cause or excusable

1  neglect.  This 30-day period will expire on approximately Friday, April 9, 2021.
2  Mr. Zuberi is filing this motion on an ex parte basis because this issue could not be
3  resolved on a regularly noticed briefing schedule, which would extend beyond
4  April 9, 2021.

6  7.     The government is represented by:

AUSA Daniel James O'Brien
213-894-2468
312 North Spring Street
Los Angeles, CA 90012
Daniel.Obrien@usdoj.gov

AUSA Elisa Fernandez
213-894-7383
312 North Spring Street 15th Floor
Los Angeles, CA 90012-4700
elisa.fernandez@usdoj.gov

AUSA Evan N Turgeon
950 Pennsylvania Avenue NW Suite 7700
Washington, DC 20530
202-353-0176
evan.turgeon@usdoj.gov

AUSA Judith A Heinz
312 North Spring Street 15th Floor
Los Angeles, CA 90012-4700
213-894-7280
judith.heinz@usdoj.gov

DECLARATION IN SUPPORT OF EX PARTE APPLICATION

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 2nd day of April 2021 in Los Angeles, California.

*Ashwin J. Ram*

Ashwin J. Ram