**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>IMAAD SHAH ZUBERI,<br><br>       Defendant. | Case No.: 2:19-cr-00642-VAP<br>    No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CLARIFY THAT THE NOTICE OF APPEAL WAS FILED IN BOTH CONSOLIDATED CASES, AND TO EXTEND THE TIME TO APPEAL IN CASE NO. 20-CR-155-VAP**<br><br> Judge:  Hon. Virginia A. Phillips |

1        This Court, having considered the Ex Parte Application to Clarify That the

2   Notice of Appeal Was Filed in Both Consolidated Cases, And to Extend the Time to

3   Appeal in Case No. 20-CR-00155-VAP, hereby GRANTS the application and

4   ORDERS that Defendant Zuberi's Notice of Appeal, timely filed March 4, 2020 in

5   Case No. 19-CR-00642-VAP, is effective to appeal the Judgment entered in these

6   consolidated matters; and further, the time for Defendant Zuberi to file his notice of

7   appeal in Case No. 20-CR-00155-VAP is extended through April 9, 2021, pursuant to

8   Federal Rule of Appellate Procedure 4(b)(4), the Court having found such extension

9   warranted by both good cause and excusable neglect.

10

11   Dated:  April __, 2021     By: _____

12                       Honorable Virginia A. Phillips
                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER