UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>       Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF SHAUN S. DANESHRAD, MD, FACC**<br><br>Judge:  Hon. Virginia A. Phillips<br><br>Date: May 3, 2021<br>Time: 9:00 AM<br>Ctrm.: Courtroom 8A |

**DECLARATION OF SHAUN S. DANESHRAD, MD, FACC**

I, Shaun S. Daneshrad, MD, FACC, declare as follows:

1.     I have been treating Imaad Shah Zuberi for nearly a decade.  I personally examine him at least twice a year.  The last time I examined Mr. Zuberi was October 3, 2020.  I write this declaration to supplement my November 03, 2020 letter on Mr. Zuberi's health conditions.

1

2. Mr. Zuberi possesses multiple comorbidities that increase the likelihood he would suffer severe, and potentially fatal, complications if he becomes ill from the COVID-19 virus. In my professional opinion, Mr. Zuberi should take any and all possible precautions to prevent an infection until he is fully vaccinated and the number of virus transmissions in the community significantly decreases.

3. Mr. Zuberi has uncontrolled type-2 diabetes. I have been treating his diabetes for several years, but I have since referred him to an endocrinologist after I could not control his diabetes with medication myself. Despite working with a specialist to get his diabetes under control, Mr. Zuberi's sugar levels remain unstable, which poses additional risks of contracting a severe case of COVID-19.

4. While the specific relationship between COVID-19 and diabetes is not completely understood, the reason diabetes is considered a serious comorbidity for COVID-19 is because diabetes itself causes several complications in the body, and the virus attacks these same systems. This is why the virus is more likely to be fatal for a patient who has diabetes. If a patient's diabetes is currently uncontrolled, that further increases the risk. If the patient's diabetes has resulted in additional medical problems because the diabetes has been uncontrolled for a prolonged period of time, the risk is compounded even more.

5. Mr. Zuberi's diabetes presents such increased risk for several reasons. First, his uncontrolled diabetes substantially increases his risks of suffering from a blood clot, heart disease, heart attack, or even total organ failure. Because of this, Mr. Zuberi's risk of suffering severe health outcomes would be exceedingly high if he becomes ill with COVID-19. This will likely be especially true in the prison environment where Mr. Zuberi would have a more difficult time controlling his diabetes without regular treatment from a specialist.

6. In addition to the increased risks for his vascular system and heart, diabetes has also caused Mr. Zuberi kidney disease. This happens when uncontrolled diabetes expands the pores in the kidneys, which allows protein to pass through, a disorder called proteinuria. This is an early sign that Mr. Zuberi will likely have major kidney problems, which may eventually lead to progressive kidney failure and needing dialysis. But even now, Mr. Zuberi's kidney disease poses increased risk of complications from COVID-19.

7. In addition to the risks presented by his diabetes and kidney disease, Mr. Zuberi has sinus tachycardia, which further taxes his heart and heightens the risk of a severe COVID-19 case. Pre-existing heart conditions are especially concerning because of the increasingly clear link between COVID-19 and heart attacks.

8. Although the increasing availability of vaccines for COVID-19 gives some reason for hope, Mr. Zuberi still faces serious increased risks for the next few months and possibly longer. Part of this is dependent on timing. The vaccine will not be completely protective for about eight weeks after he receives his first dose. Assuming Mr. Zuberi will be able to obtain the vaccine in the next few weeks as it becomes more broadly available in California, it is possible the vaccine will not fully take effect before May 25, which I understand is the date he is currently set to report to serve his sentence.

9. Even after the vaccine takes effect, Mr. Zuberi still faces a risk of contracting COVID-19 and suffering significant medical complications until overall COVID-19 transmission rates in the community decrease. This is the case for two reasons. First, there are several variants in the United States. We do not yet understand how effectively the vaccine will respond to these variants. Second, our current data suggests that about 5% of individuals who obtain the vaccine will still contract COVID-19. These risks, paired with the again increasing number of COVID-19 cases and the risks presented by Mr. Zuberi's comorbidities is very concerning.

10. In my medical opinion, Mr. Zuberi should take any possible measures to reduce his likelihood of contracting COVID-19 until he is vaccinated and the overall numbers in the community have decreased.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2021, at Beverly Hills, California.

Shaun S. Daneshrad, MD, FACC