1  Ashwin J. Ram (SBN 277513)
2  aram@steptoe.com
   **STEPTOE & JOHNSON LLP**
3  633 West Fifth Street, Suite 1900
4  Los Angeles, CA 90071
   Telephone: (213) 439-9400
5  Facsimile: (213) 439-9599
6
7  Attorney for Defendant
   Imaad Shah Zuberi
8

9              **UNITED STATES DISTRICT COURT**
10
11            **CENTRAL DISTRICT OF CALIFORNIA**

12
13 UNITED STATES OF AMERICA,          Case No.: 2:19-cr-00642-VAP
                                              No.: 2:20-cr-00155-VAP
14           Plaintiff,
15      v.                            **DECLARATION OF ASHWIN J.**
                                      **RAM IN SUPPORT OF MOTION TO**
16 IMAAD SHAH ZUBERI,                 **EXTEND SURRENDER DATE;**
                                      **EXHIBITS**
17           Defendant.
18                                    Judge: Hon. Virginia A. Phillips
19
20                                    [Notice of Motion, Memorandum of
                                      Points and Authorities; Declaration of
21                                    Dr. Daneshrad; and [Proposed] Order
                                      concurrently filed herewith]
22
23                                    Date: May 3, 2021
                                      Time: 9:00 AM
24                                    Ctrm.: Courtroom 8A
25
26
27
28

                                   1
                       DECLARATION OF ASHWIN J. RAM

I, Ashwin J. Ram, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am admitted to the U.S. District Court for the Central District of California. I am a partner with Steptoe & Johnson LLP ("Steptoe"), counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 81 (S.D. Cal. Nov. 05, 2020).

3. Attached hereto as **Exhibit B** is a true and correct copy of *United States v. Ahuja*, Case No. 1:18-cr-00328-KPF, Doc. No. 351 (S.D.N.Y. Mar. 17, 2020).

4. Attached hereto as **Exhibit C** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 89 (S.D. Cal. Nov. 05, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of April 2021 in Los Angeles, California.

*/s/ Ashwin J. Ram*
Ashwin J. Ram