# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ANILESH AHUJA,

                    Defendant.

---

18 Cr. 328 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

        The Court is in receipt of a sealed letter from counsel for Ahuja

requesting a 45-day adjournment of his surrender date due to the COVID-19

pandemic.  The Government has indicated to the Court that it consents to a

45-day adjournment.  For the reasons largely stated in Ahuja's letter, his

application to adjourn his surrender date is GRANTED.  Ahuja's surrender date

is hereby ADJOURNED 60 days, to **May 26, 2020**.

        SO ORDERED.

Dated:  March 17, 2020
        New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

**Exhibit B
8**