# EXHIBIT C

Exhibit C
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 19-CR-2581-DMS |
|---|---|
| Plaintiff, | Hon. Dana M. Sabraw |
| v. | **ORDER TO EXTEND SELF-SURRENDER DATE** |
| JOSE ANGEL MAGANA, | |
| Defendant. | |

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that the Defendant, Jose Angel Magana's self-surrender date be extended to July 2, 2021 at 12:00 noon. Bond Exoneration Hearing is reset to July 9, 2021 at 9:00 a.m.

**SO ORDERED.**

DATED: 4/1/2021          By: *[signature]*
                               HON. DANA M. SABRAW
                               Chief United States District Court Judge

Exhibit C
10