1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SURRENDER DATE**<br><br>[*Notice of Motion; Memorandum of Points and Authorities; Declaration of Shaun S. Daneshrad, M.D.; and Declaration of Ashwin J. Ram; filed concurrently herewith*]<br><br>The Honorable Virginia A. Phillips<br><br>Date: May 3, 2021<br>Time: 9:00 a.m.<br>Ctrm: 8A |

[PROPOSED] ORDER

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that Defendant, Imaad Shah Zuberi's self-surrender date be extended by 90 days to August 23, 2021 at twelve noon.

**SO ORDERED.**

Dated: _____        By: _____
                                Honorable Virginia A. Phillips
                                United States District Judge