# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: **2:19-cr-00642-VAP**<br>No.: 2:20-cr-00155-VAP<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CLARIFY THAT THE NOTICE OF APPEAL WAS FILED IN BOTH CONSOLIDATED CASES, AND TO EXTEND THE TIME TO APPEAL IN CASE NO. 20-CR-155-VAP**<br><br>Judge: Hon. Virginia A. Phillips |

ORDER

1  This Court, having considered the Ex Parte Application to Clarify That the
2  Notice of Appeal Was Filed in Both Consolidated Cases, And to Extend the Time to
3  Appeal in Case No. 20-CR-00155-VAP, hereby GRANTS the application and
4  ORDERS that Defendant Zuberi's Notice of Appeal, timely filed March 4, 2020 in
5  Case No. 19-CR-00642-VAP, is effective to appeal the Judgment entered in these
6  consolidated matters; and further, the time for Defendant Zuberi to file his notice of
7  appeal in Case No. 20-CR-00155-VAP is extended through April 9, 2021, pursuant to
8  Federal Rule of Appellate Procedure 4(b)(4), the Court having found such extension
9  warranted by both good cause and excusable neglect.

Dated: April 5, 2021                By: _____
                                        Honorable Virginia A. Phillips
                                        United States District Judge