1  Ashwin J. Ram (SBN 277513)
2  aram@steptoe.com
   **STEPTOE & JOHNSON LLP**
3  633 West Fifth Street, Suite 1900
4  Los Angeles, CA 90071
   Telephone: (213) 439-9400
5  Facsimile: (213) 439-9599
6
7  Attorney for Defendant
   Imaad Shah Zuberi
8
9              **UNITED STATES DISTRICT COURT**
10
11             **CENTRAL DISTRICT OF CALIFORNIA**
12
13 | UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00642-VAP |
   |                           | No.: 2:20-cr-00155-VAP |
14 | Plaintiff, | |
15 | v. | **DECLARATION OF ASHWIN J. RAM IN SUPPORT OF MOTION TO EXTEND SURRENDER DATE; EXHIBITS** |
16 | IMAAD SHAH ZUBERI, | |
17 | Defendant. | |
18 | | Judge: Hon. Virginia A. Phillips |
19 | | |
20 | | [Notice of Motion, Memorandum of Points and Authorities; Declaration of Dr. Daneshrad; and [Proposed] Order concurrently filed herewith] |
21
22
23 | | Date: May 3, 2021 |
24 | | Time: 9:00 AM |
   | | Ctrm.: Courtroom 8A |
25
26
27
28

                        1
            DECLARATION OF ASHWIN J. RAM

I, Ashwin J. Ram, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am admitted to the U.S. District Court for the Central District of California. I am a partner with Steptoe & Johnson LLP ("Steptoe"), counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 81 (S.D. Cal. Nov. 05, 2020).

3. Attached hereto as **Exhibit B** is a true and correct copy of *United States v. Ahuja*, Case No. 1:18-cr-00328-KPF, Doc. No. 351 (S.D.N.Y. Mar. 17, 2020).

4. Attached hereto as **Exhibit C** is a true and correct copy of *United States v. Magana*, Case No. 19-CR-2581 (DMS), Doc. No. 89 (S.D. Cal. Nov. 05, 2020).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5th day of April 2021 in Los Angeles, California.

*Ashwin J. Ram*
_____
Ashwin J. Ram