# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANILESH AHUJA,<br><br>                         Defendant. | 18 Cr. 328 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of a sealed letter from counsel for Ahuja requesting a 45-day adjournment of his surrender date due to the COVID-19 pandemic.  The Government has indicated to the Court that it consents to a 45-day adjournment.  For the reasons largely stated in Ahuja's letter, his application to adjourn his surrender date is GRANTED.  Ahuja's surrender date is hereby ADJOURNED 60 days, to **May 26, 2020**.

SO ORDERED.

Dated:   March 17, 2020
         New York, New York

                                                _____
                                                KATHERINE POLK FAILLA
                                                United States District Judge