# EXHIBIT C

**Exhibit C**
**9**

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| 11 | UNITED STATES OF AMERICA, | CASE NO.: 19-CR-2581-DMS |
|----|---------------------------|--------------------------|
| 12 | Plaintiff, | Hon. Dana M. Sabraw |
| 13 | v. | |
| 14 | JOSE ANGEL MAGANA, | **ORDER TO EXTEND SELF-SURRENDER DATE** |
| 15 | Defendant. | |

16

17    Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that the
18 Defendant, Jose Angel Magana's self-surrender date be extended to July 2, 2021 at
19 12:00 noon.  Bond Exoneration Hearing is reset to July 9, 2021 at 9:00 a.m.
20    **SO ORDERED.**
21 DATED:  4/1/2021              By: _____
22                                   HON. DANA M. SABRAW
                                      Chief United States District Court Judge
23
24
25
26
27
28

Exhibit C
10