# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SURRENDER DATE**<br><br>[*Notice of Motion; Memorandum of Points and Authorities; Declaration of Shaun S. Daneshrad, M.D.; and Declaration of Ashwin J. Ram; filed concurrently herewith*]<br><br>The Honorable Virginia A. Phillips<br><br>Date:  May 3, 2021<br>Time: 9:00 a.m.<br>Ctrm: 8A |

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that Defendant, Imaad Shah Zuberi's self-surrender date be extended by 90 days to August 23, 2021 at twelve noon.

**SO ORDERED.**

Dated: _____       By: _____
                                             Honorable Virginia A. Phillips
                                             United States District Judge