EXHIBIT 1



From: Reyes, Angel <areyes@Steptoe.com>
Sent: Wednesday, April 07, 2021 9:54 AM
To: OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
Cc: Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>; Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Ram, Ashwin <aram@Steptoe.com>; Bishop, Bruce <BBishop@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>; David A. Warrington <David.Warrington@kutakrock.com>; Reyes, Angel <areyes@Steptoe.com>
Subject: RE: 2:19-cr-00642-VAP- Reporting date

Dan,

Mr. Zuberi has not received the vaccine because of concerns about the side effects and possible allergic reactions. As detailed in Dr. Shaun Daneshrad's November 3, 2020 letter, which was filed under seal for sentencing, Mr. Zuberi takes several medications for his various health conditions. Given how recently these vaccines were approved, Mr. Zuberi is concerned about the potential, long and short term reactions between the vaccine and his medications, heart problems, diabetes, and kidney deficiencies. For example, Mr. Zuberi is aware of individuals with diabetes who received flu-like symptoms from the vaccine and were subsequently hospitalized because of it. In addition to side effects, Mr. Zuberi is concerned about potential allergic reactions to the vaccine. He has experienced an allergic reaction to medical treatments in the past and this further concerns him on taking the vaccine. Mr. Zuberi is consulting with his doctors on which vaccine he should receive, and when he should receive it, given his concerns and the existing medical literature.

However, even assuming Mr. Zuberi will receive the vaccine and it will not cause him any severe side effects, there is still ample need to extend his reporting date by 90 days. First, as we discussed in our motion, the growing number of variants in California poses serious risk to Mr. Zuberi's health. COVID variants have been driving new cases all over the country even as more people are vaccinated. Indeed, the number of variant cases detected in California has surged since February. As Dr. Shaun Daneshrad said in his March 5, 2021 declaration that we filed with our motion, this is dangerous for Mr. Zuberi because the vaccines are not completely effective and their effectiveness against the increasing number of variants is not yet understood.

Allowing Mr. Zuberi to report 90 days later would allow the number of COVID cases in California prisons to decrease, along with the risk to Mr. Zuberi's health given his serious comorbidities. This, along with the reason related to our security clearances that is discussed in our motion, is why we are asking for a 90 day extension.

On your question about counsels' SF86 forms, I submitted my SF86 on March 23, 2021 and was fingerprinted on April 1, 2021. Bob Eatinger submitted his on March 19, 2021 and was fingerprinted March 25, 2021. Bruce Bishop submitted his on March 26, 2021 and was fingerprinted March 25, 2021. Ashwin Ram will likely submit his SF86 this week; he was experiencing technical issues on having his information pre-populated. David Warrington submitted his yesterday and should be fingerprinted this week. Although David is also representing Mr. Zuberi in the appeal, we are not seeking to extend time based on his clearance application. Ashwin, Bob, Bruce, and I are the attorneys preparing Mr. Zuberi's motion for bail pending appeal.

Thank you.

Angel

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Tuesday, April 6, 2021 12:38 PM
**To:** Reyes, Angel <areyes@Steptoe.com>
**Cc:** Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>; Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Bishop, Bruce <BBishop@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>; David A. Warrington <David.Warrington@kutakrock.com>
**Subject:** RE: 2:19-cr-00642-VAP- Reporting date

Also, can you please let me know when counsel submitted their SF-86 forms and their fingerprints for the security clearances?

---

**From:** OBrien, Daniel J. (USACAC)
**Sent:** Tuesday, April 06, 2021 8:55 AM
**To:** Reyes, Angel <areyes@Steptoe.com>
**Cc:** Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>; Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Ram, Ashwin <aram@Steptoe.com>; Bishop, Bruce <BBishop@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>; David A. Warrington <David.Warrington@kutakrock.com>
**Subject:** RE: 2:19-cr-00642-VAP- Reporting date

Hello, Angel.

Why hasn't Mr. Zuberi received the vaccine? I thought that under the California guidelines and given his health conditions, he's entitled to receive it.

---

**From:** Reyes, Angel <areyes@Steptoe.com>
**Sent:** Monday, April 05, 2021 6:28 PM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
**Cc:** Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>; Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Ram, Ashwin <aram@Steptoe.com>; Bishop, Bruce <BBishop@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>; David A. Warrington <David.Warrington@kutakrock.com>; Reyes, Angel <areyes@Steptoe.com>
**Subject:** 2:19-cr-00642-VAP- Reporting date

Dan:

As you know, Mr. Zuberi's current report date to serve his sentence is May 25, 2021. We are planning to file a motion requesting the Court extend Mr. Zuberi's reporting date.

Mr. Zuberi has not yet been able to receive the vaccine, and his health conditions put him at a high risk for serious health complications if he catches the virus. In light of the developing news on the many variants present in the US, and the gap in time between being vaccinated and the vaccine taking full effect, we believe such a request is warranted.

We are also requesting the extension to allow us enough time to gain the necessary security clearances so we can evaluate the full record and be able to brief a motion for bail pending appeal before his reporting date.  We have variously applied, or are in the process of applying for, security clearances and understand the process is anticipated to take at least through the first week of May 2021.

Please let us know if the government opposes a 90 day extension to Mr. Zuberi's reporting date.  This would have him reporting August 23, 2021 and would allow him time to receive the vaccine that would take effect before he has to report.

We are planning on filing this motion tonight because of the tight time limits posed by Mr. Zuberi's reporting date.  If you can get back to us tonight, we will include the government's position in our motion.  If not, please get back to us at your earliest convenience.  We would be happy to discuss this issue over a conference call tomorrow or another time this week.

Thank you.

Angel

**Angel Edelberto Reyes**
Associate
areyes@Steptoe.com
Pronouns: he/him/his

# Steptoe

+1 202 999 8122 cell         Steptoe & Johnson LLP
+1 202 429 8174 direct       1330 Connecticut Avenue, NW
+1 202 429 3902 fax          Washington, DC 20036
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.