EXHIBIT 4C

**RECORDING REQUESTED BY:**

Imaad Shah Zuberi

**WHEN RECORDED MAIL TO AND MAIL TAX STATEMENTS TO:**

Name: Imaad Shah Zuberi

Address: 6648 Rosemead Blvd.

City: San Gabriel

State, Zip: CA, 91755

*Above Space for Recorder's Use Only*

## QUITCLAIM DEED

Title Order No. n/a     Escrow OR LOAN No. n/a     APN No. 5382-009-045

THE UNDERSIGNED GRANTOR(s) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $ 0     CITY TAX $ 0

- [x] Computed on full value of property conveyed, or
- [ ] Computed on full value less value of liens or encumbrances remaining at time of sale,
- [x] Unincorporated area   [ ] City of _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
ROSEMEAD 32, LLC, 201720810357, through its manager, co-owner, and legally authorized representative, Imaad Shah Zuberi, CEO, in accordance with its bylaws and operating agreement

Hereby remise, release and forever quitclaim to
United States of America, Department of Treasury - Internal Revenue Service

The following described real property in the County of: Los Angeles _____, State of California:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF.

3/24/2021
Date                                              Signature

                                                  Signature

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not to the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
County of Los Angeles    } ss

On MAR, 24th, 2021. before me, William Shin, Notary public
                                  Name and Title of officer
personally appeared Imaad Shah Zuberi _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Signature

WILLIAM SHIN
COMM. #2291473
Notary Public - California
Los Angeles County
My Comm. Expires June 4, 2023
NR01

QD (03/13/2015)                    MAIL TAX STATEMENTS TO ADDRESS AS SHOWN ABOVE

## LEGAL DESCRIPTION

Real Property in the unincorporated area of San Gabriel, County of Los Angeles, State of California, described as follows:

PARCEL 1:

THAT PORTION OF LOT 42 OF SUNNY SLOPE VINEYARD SUBDIVISION NO. 2, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED 10 PAGE 181 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE EASTERLY LINE OF THE PARCEL OF LAND DESCRIBED AS PARCEL 3 IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED IN BOOK 14066 PAGE 230, OFFICIAL RECORDS OF SAID COUNTY, WITH THE NORTHERLY LINE OF SAID LOT 42; THENCE EASTERLY ALONG SAID NORTHERLY LINE 110 FEET TO THE EASTERLY LINE OF THE WESTERLY 184.05 FEET OF SAID LOT 42; THENCE
SOUTHERLY ALONG THE EASTERLY LINE OF SAID WESTERLY 184.05 FEET OF LOT 42, A DISTANCE OF 120 FEET; THENCE WESTERLY, PARALLEL WITH SAID NORTHERLY LINE OF LOT 42 TO THE EASTERLY LINE OF THE PARCEL OF LAND DESCRIBED AS PARCEL 1 IN SAID LAND TO THE STATE OF CALIFORNIA, RECORDED IN BOOK 14066 PAGE 230, OFFICIAL RECORDS OF SAID COUNTY; THENCE NORTHERLY ALONG THE EASTERLY
LINES OF SAID PARCELS 1 AND 3 OF SAID DEED TO THE STATE OF CALIFORNIA, TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION OF SAID LAND, LYING WITHIN THE LINES OF THE LAND DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED DECEMBER 1, 1949 AS INSTRUMENT NO. 2940 IN BOOK 31620 PAGE 186, OFFICIAL RECORDS, SAID RECORDER'S OFFICE.

PARCEL 2:

THOSE PORTIONS OF LOTS 42 AND 43 OF SUNNY SLOPE VINEYARD SUBDIVISION NO. 2, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10 PAGE 181 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS A WHOLE AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF THE WESTERLY 184.05 FEET OF SAID LOT 42, DISTANT SOUTHERLY THEREON, 120 FEET FROM THE NORTHERLY LINE OF SAID LOT 42; THENCE WESTERLY, PARALLEL WITH SAID NORTHERLY LINE OF LOT 42 TO THE EASTERLY LINE OF THE PARCEL OF LAND DESCRIBED AS PARCEL 1, IN THE DEED TO THE STATE OF CALIFORNIA, RECORDED IN BOOK 14066 PAGE 230, OFFICIAL RECORDS OF SAID COUNTY; THENCE SOUTHERLY ALONG SAID LAST MENTIONED EASTERLY LINE TO THE SOUTHERLY LINE OF THE NORTHERLY 220 FEET OF SAID LOTS 42 AND 43; THENCE EASTERLY ALONG SAID SOUTHERLY LINE 187.41 FEET, MORE OR LESS, TO SAID
EASTERLY LINE OF THE WESTERLY 184.05 FEET OF LOT 42; THENCE NORTHERLY ALONG SAID LAST MENTIONED EASTERLY LINE, 100 FEET TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION OF SAID LAND, LYING WITHIN THE LINES OF THE LAND DESCRIBED IN THE DEED TO THE STATE OF CALIFORNIA RECORDED DECEMBER 1, 1949 AS INSTRUMENT NO. 2940 IN BOOK 31620 PAGE 186, OFFICIAL RECORDS, IN SAID RECORDER'S OFFICE.

APN: 5382-009-045