```
 1                    UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3         HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

 4

 5   UNITED STATES OF AMERICA,         )
                                       )
 6                     Plaintiff,      )
                                       )
 7      vs.                            )  Case Nos. CR 19-642 VAP
                                       )            CR 20-155 VAP
 8   IMAAD SHAH ZUBERI,                )
                                       )
 9                     Defendant.      )
     _____)
10

11      REPORTER'S TRANSCRIPT OF VIDEO TELECONFERENCE PROCEEDINGS
                            STATUS CONFERENCE
12                    TUESDAY, FEBRUARY 9, 2021
                              10:01 A.M.
13                      LOS ANGELES, CALIFORNIA
```

---

**MYRA L. PONCE, CSR NO. 11544, CRR, RPR, RMR, RDR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, ROOM 4455
LOS ANGELES, CALIFORNIA  90012
(213) 894-2305

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

```
    TRACY L. WILKISON
    Acting United States Attorney
    BY:  DANIEL J. O'BRIEN
    BY:  ELISA FERNANDEZ
    BY:  JUDITH A. HEINZ
         Assistant United States Attorneys
    United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012

    U.S. DEPARTMENT OF JUSTICE
    NATIONAL SECURITY DIVISION
    BY:  EVAN N. TURGEON
         Assistant United States Attorney
    950 Pennsylvania Avenue NW, Suite 7700
    Washington, DC  20530
```

**FOR THE DEFENDANT:**

```
    BROWNE, GEORGE, ROSS, O'BRIEN, ANNAGUEY & ELLIS, LLP
    BY:  THOMAS P. O'BRIEN
    BY:  IVY A. WANG
         Attorneys at Law
    801 South Figueroa Street, Suite 2000
    Los Angeles, California  90017

    HOCHMAN, SALKIN, TOSCHER & PEREZ, PC
    BY:  EVAN J. DAVIS
         Attorney at Law
    9150 Wilshire Boulevard, Suite 300
    Beverly Hills, California  90212

    KUTAK & ROCK, LLP
    BY:  DAVID A. WARRINGTON
         Attorney at Law
    901 East Byrd Street, Suite 1000
    Richmond, Virginia  23219
```

```
 1                TUESDAY, FEBRUARY 9, 2021; 10:01 A.M.
 2                       LOS ANGELES, CALIFORNIA
 3                                -oOo-
 4            THE COURTROOM DEPUTY:  This United States District
 5   Court is now in session.  The Honorable Virginia A. Phillips,
 6   Judge Presiding.
 7            Calling Item No. 1 and 2, LA CR 19-642 VAP,
 8   United States of America versus Imaad Shah Zuberi, and
 9   LA CR 20-155 VAP, United States of America versus Imaad Shah
10   Zuberi.
11            Counsel, please state your appearances.
12            MR. DANIEL J. O'BRIEN:  Good morning, Your Honor.
13   Daniel O'Brien appearing on behalf of the United States.  With
14   me is Elisa Fernandez, and I believe co-counsel Judy Heinz is
15   participating through audio, I believe.
16            THE COURT:  Thank you.  Good morning.
17            MR. THOMAS P. O'BRIEN:  Good morning, Your Honor.
18   Tom O'Brien on behalf of my client, Imaad Zuberi, who is
19   present on the Zoom call before the Court.  With me is
20   co-counsel Ivy Wang, David Warrington, and Evan Davis.
21            THE COURT:  Thank you.
22            And has your client signed the consent to have this
23   proceeding go forward by way of this videoconference?
24            MR. THOMAS P. O'BRIEN:  I don't know if I've seen
25   that, Your Honor, but we will get that done this morning.
```

```
 1              THE COURT:  All right.  Mr. Zuberi --
 2              THE DEFENDANT:  Yes.
 3              THE COURT:  -- this hearing is going forward, as you
 4   see, by videoconference.  Have you discussed this with your
 5   lawyer?
 6              THE DEFENDANT:  Um, no, I haven't, but it's okay
 7   with me.
 8              THE COURT:  All right.  In the past, have you
 9   discussed with your counsel agreeing to have hearings go
10   forward by videoconference?
11              THE DEFENDANT:  I have not, Your Honor.
12              THE COURT:  You never discussed it with your
13   lawyers?
14              THE DEFENDANT:  Um, I guess Tom would answer --
15   we've talked about, uh, having videoconference.  But on certain
16   things, I was told I can't.
17              THE COURT:  That's -- all right.  But you have
18   discussed this with your lawyers; correct?
19              THE DEFENDANT:  Correct.  Right.
20              THE COURT:  And you do consent to have this go
21   forward, this hearing go forward by videoconference.
22              THE DEFENDANT:  Yes.
23              THE COURT:  Is that right?
24              THE DEFENDANT:  Yes.
25              THE COURT:  All right.  This is a public hearing.
```

1  All counsel should be aware of that.  So some of the things I'm
2  going to discuss with respect to documents that should be
3  unsealed, I will refer to them in a way that I hope is clear.
4  But as to anything -- the few things that will be remaining
5  sealed, I will do so and all counsel should do so so that we
6  don't inadvertently reveal anything that should remain sealed,
7  which, as I said, is very little.
8         There's a few preliminary issues I wanted to raise
9  with you all.  It doesn't appear that the parties met and
10 conferred or consulted with each other.  So some of the names
11 that the Government identified for redaction are not redacted
12 in the defendant's documents.
13        So what I intend to do after we finish the hearing
14 this morning is to -- for everything that I am ordering
15 unsealed or perhaps unsealed with certain redactions, the
16 parties are to file new documents either completely unsealed
17 with a reference to the earlier docket number where it was
18 filed under seal -- and I'm going to issue a written order, so
19 you don't need to take down all of these numbers right now.
20 But I'm going to go through everything that was submitted in
21 your filings.
22        First of all, let me start with the declaration of
23 Dan -- Mr. Dan O'Brien because there were certain -- I'm going
24 to order you to refile the declaration with some of it unsealed
25 and some paragraphs redacted.

1 So to go through that -- and this is Docket -- I'm
2 sorry. I think this is -- this was Docket No. -- I believe it
3 was Docket No. 53, paragraph 6 which begins "In the case of" --
4 I'm sorry. Let's see. I'm sorry. I'm starting with
5 paragraph 7 which begins "With respect to safety."
6 Are you with me?
7 MR. DANIEL J. O'BRIEN: Your Honor, you referred to
8 Docket 53 and I think you mean to refer to the most recent
9 filing of last Friday.
10 THE COURT: It's -- I'm sorry. It's the one that
11 was filed last Friday.
12 MR. DANIEL J. O'BRIEN: Okay. Yeah, I -- let me --
13 I've got it here. Hold on one second. I've got it.
14 THE COURT: Are you ready?
15 MR. DANIEL J. O'BRIEN: It's loading. It will just
16 take a few more seconds, if you can bear with me, I'll have
17 it --
18 THE COURT: All right.
19 MR. DANIEL J. O'BRIEN: Yeah. It's up now.
20 THE COURT: All right. Paragraph 7, the two names
21 that are -- that are included in that in the first sentence --
22 MR. DANIEL J. O'BRIEN: Yes.
23 THE COURT: -- can be redacted. And the line on the
24 next -- well, I'm not sure which page it's on on the one that
25 you're looking at. But the line that begins "Attached as

```
 1  Exhibits 2 and 3" --
 2              MR. DANIEL J. O'BRIEN:  Yes.
 3              THE COURT:  -- can be redacted from that point until
 4  the end of the next sentence which ends "redacted."
 5              MR. DANIEL J. O'BRIEN:  Uh --
 6              THE COURT:  So two sentences.
 7              MR. DANIEL J. O'BRIEN:  I see.
 8              Okay.  So we're still talking about the paragraph 7.
 9              THE COURT:  Yes, paragraph 7.
10              MR. DANIEL J. O'BRIEN:  And so the last sentence is
11  redacted in its entirety.
12              THE COURT:  No, no.
13              MR. DANIEL J. O'BRIEN:  No?
14              THE COURT:  The sentence beginning "Attached as
15  Exhibit 2," that sentence and the next sentence can both be
16  redacted.
17              MR. DANIEL J. O'BRIEN:  Okay.
18              THE COURT:  And then in the following sentence, just
19  the name of the third party.
20              MR. DANIEL J. O'BRIEN:  Okay.
21              THE COURT:  In paragraph 12.
22              MR. DANIEL J. O'BRIEN:  Yes.
23              THE COURT:  Redact in the middle of the first
24  sentence from "Strike" to the first word of the next sentence,
25  "They."
```

1      MR. DANIEL J. O'BRIEN:  Okay.
2      THE COURT:  And then the first two individual
3  entities should be redacted; the second two should not.
4      MR. DANIEL J. O'BRIEN:  Okay.
5      THE COURT:  And with those redactions, that should
6  be filed on the public docket with a reference to the earlier
7  docket number from Friday.
8      MR. DANIEL J. O'BRIEN:  Okay.
9      THE COURT:  All right.  I generally agree with the
10 Government's approach with the tiers.  And so I'm going to just
11 go through a couple more places where I either disagree or
12 there's another problem.
13     The way the Government provided your documents where
14 you -- rather than doing a blackout, you put a red sort of
15 square around the words, it was very helpful.  With the
16 defendant's documents, I had to pull both because it was
17 completely blacked out.  So when I reviewed what they filed
18 yesterday, I couldn't tell what they were trying to redact.
19     The only problem I have with the way the Government
20 did that is that, at least it appears on the copies that the
21 Court has, that sometimes you missed a letter or two at the
22 beginning or the end of what you were redacting.
23     So unless I tell you otherwise, all of those
24 redactions are all right, just make sure the entire -- all of
25 the words that you wanted and I approved redacted are blacked

1  out.
2          And in the minute order that issues today, I will
3  include a list of all of those documents where I noticed that
4  problem.
5          MR. DANIEL J. O'BRIEN:  Thank you, Your Honor.
6          THE COURT:  All right.  And it will also have a list
7  of -- I just said that I was not allowing the redaction as to
8  Anwar Bukhamseen and Arun Rangachari.  So I will list for you
9  the documents where those redactions should be undone.
10         And here's some specific items.  On Docket No. 94,
11 Exhibit 17, I don't see any proposed redactions on the version
12 that you e-mailed yesterday that you lodged to be filed under
13 seal.
14         MR. DANIEL J. O'BRIEN:  Yes.
15         THE COURT:  That's a spreadsheet showing restitution
16 amounts.  And I don't see why it should be redacted, except if
17 it has -- I don't remember if it has account numbers.  Account
18 numbers could be redacted.  Otherwise, it shouldn't be
19 redacted.
20         MR. DANIEL J. O'BRIEN:  No, I don't believe we
21 proposed any redactions on that document.
22         THE COURT:  All right.
23         MR. DANIEL J. O'BRIEN:  I was complete with regard
24 to non-redacted exhibits with respect to those docket numbers,
25 53, 94, 97, 100, et cetera, just so that I would be complete

```
 1  with respect to those dockets.
 2              THE COURT:  Oh, I see.  So you just listed them, but
 3  you're not asking for --
 4              MR. DANIEL J. O'BRIEN:  Yeah, there's all new
 5  documents that I filed with the Court that contain no red box
 6  edits.  I've not requested redaction.
 7              THE COURT:  I see.  Thank you.  All right.
 8              Then moving to Docket No. 258, Exhibit 17.
 9              MR. DANIEL J. O'BRIEN:  Docket -- did you say 58?
10  There's --
11              THE COURT:  I'm sorry.  258.
12              MR. DANIEL J. O'BRIEN:  Uh-huh.
13              THE COURT:  Exhibit 17 on page 2.
14              MR. DANIEL J. O'BRIEN:  Yes.
15              THE COURT:  You have overlapping proposed redactions
16  where you have a large area and then within that certain names
17  that should be redacted that you -- that you're requesting for
18  redaction.  I think it's just the names that I would permit the
19  redaction of there, not the entire big box that you have
20  bracketed.
21              MR. DANIEL J. O'BRIEN:  I understand, Your Honor.
22              THE COURT:  All right.  On Docket, again, 258,
23  Exhibit 18A.
24              MR. DANIEL J. O'BRIEN:  Yes.
25              THE COURT:  On that table, you need to leave in the
```

 1  headings.  But the other information redacted is approved.  And
 2  the same thing as to 18B.
 3              MR. DANIEL J. O'BRIEN:  Understood.
 4              THE COURT:  All right.  On Docket No. 267.
 5              MR. DANIEL J. O'BRIEN:  Yes.
 6              THE COURT:  Exhibit 1D, on page 6 --
 7              MR. DANIEL J. O'BRIEN:  Is that 1D as in David?
 8              THE COURT:  1D as in dog or David.
 9              MR. DANIEL J. O'BRIEN:  Yes.
10              THE COURT:  Again, you have this overlapping larger
11  box.  And within that, you just are proposing to redact some
12  portions of e-mail addresses.  And just those e-mail addresses
13  should be redacted.
14              MR. DANIEL J. O'BRIEN:  Okay.
15              THE COURT:  Docket No. 267 again, Exhibit 5, page 2.
16              MR. DANIEL J. O'BRIEN:  Yes.
17              THE COURT:  Again, you have this larger proposed box
18  and within it the individual, which is phone numbers, and it's
19  approved to redact those phone numbers.  And I believe there's
20  one third party who's named in that, and that -- that's also
21  approved.
22              MR. DANIEL J. O'BRIEN:  Could I -- I have a moment
23  to pull that up, Your Honor?  There may be an issue.  I just
24  want to make sure.
25              (Pause in the proceedings.)

1          MR. DANIEL J. O'BRIEN:  Bear with me.
2          (Pause in the proceedings.)
3          MS. FERNANDEZ:  Your Honor, this is Elisa Fernandez.
4  Is the Court referring to the last line of the chart, starting
5  at No. 43548 and the name in the last column?
6          THE COURT:  Yes.
7          MR. DANIEL J. O'BRIEN:  Unfortunately, I'm getting a
8  not responding on my computer.  It's been spinning awhile.
9          So if -- if I'm correct in what I'm thinking the
10 issue is, is that I recall on this document making a large red
11 box with regard to matters that were extraneous to the case, in
12 other words, communications with various third parties that
13 were just side conversations of the witness, not pertaining to
14 the case at all.  And I want to make sure that I'm not -- that
15 the Court is aware of that.
16         THE COURT:  Well, it was filed, so at some point
17 someone thought it had some relevance.  So it's ordered --
18         MR. DANIEL J. O'BRIEN:  Yeah.
19         THE COURT:  I'm sorry.  Go ahead.
20         MR. DANIEL J. O'BRIEN:  Well, I was going to say, it
21 was filed as part of a -- if it's the exhibit that I think it
22 is and -- and maybe I'll pull it up while we're still engaged
23 here.  But it was part of a many-page document in which the
24 initial entries were not relevant to the underlying case but
25 the later entries on that same page were.

```
 1                 Um, but, uh --
 2                 THE COURT:  Well, all that needs to be redacted --
 3     because I reviewed it all -- is the phone numbers and then the
 4     name that's in that last box on page 22.
 5                 MR. DANIEL J. O'BRIEN:  Oh.  Page 22.  Okay.  So
 6     we're talking about Docket -- Docket 267, Exhibit 5, page 22?
 7                 THE COURT:  Yes.
 8                 MR. DANIEL J. O'BRIEN:  Okay.  It might not be what
 9     I was thinking about.  Okay.
10                 THE COURT:  All right.  And then that takes care of
11     everything that the Government submitted.
12                 So moving along to the defense exhibits.  You know,
13     as I already noted, by submitting things that were completely
14     redacted, we had to pull up the original one and make the
15     comparison, which was extremely time-consuming.
16                 To cover a couple of general points, I would deny
17     the request to permit the redactions of the names of the
18     financial institutions where the defendant currently holds
19     accounts, deny the request for redactions of every reference to
20     CIPA, and -- well, and deny the request to permit redactions of
21     all references to the places where the defendant was doing
22     business.
23                 What the defendant says in his filing as
24     Docket No. 82 is not actually what's on the docket as No. 82.
25     But both of those orders, when I've compared them, are simply a
```

```
 1  reference to CIPA.  So those are ordered unsealed.
 2              Many of the documents that I had identified earlier
 3  were simply sealing orders, um, and so all of those are going
 4  to be unsealed.
 5              All right.  On Docket No. 103, Exhibit 3, you
 6  proposed redacting everything that's on the chart of the
 7  contributions.  And that is not consistent with my January 21st
 8  order.  Only the -- any account numbers should be redacted, and
 9  everything else should remain -- should be unsealed and filed
10  publicly.
11              Exhibit 10 -- or excuse me, Docket 103, Exhibit 4,
12  January 21st order -- so all of that should be filed in the
13  public docket.
14              Exhibit 5 to Docket No. 103, only addresses and
15  account numbers should be redacted, nothing else.
16              Exhibit 6 to 103, the same thing, only account
17  numbers, addresses and account numbers should be redacted.
18              Exhibit 10 -- 15 to Docket No. 103, you must
19  unredact the recipients on the CC lines of the e-mails.  And on
20  page 2, you must unredact the sender at the top message and the
21  CC on the second message underneath that.
22              Exhibit 25 to Docket No. 103, that must be
23  unredacted, except for the signatures.  Those can be redacted.
24              Docket No. 126, which is the declaration, the only
25  thing that is properly redacted there is the name of the third
```

1  party.  The bank name and location should be unredacted.
2          Docket No. 126, Exhibit 5, the substance -- the
3  subject matter and the substance of that e-mail message should
4  remain unredacted.  The "To," "From," and -- no, I'm sorry.
5  The whole thing should be unredacted.
6          Docket No. 126, Exhibit 6, only the bank account
7  number should be redacted.  Everything else should be publicly
8  filed.
9          Docket No. 126, Exhibit 7, just the signatures on
10 that document could be redacted, nothing else.
11         Docket No. 126, Exhibit 11, that should be filed in
12 the public docket, except for the signature lines.
13         254, that's the sentencing position -- or one of the
14 sentencing positions from the defense.  The proposed redactions
15 on page 9, I'm denying the request for those redactions on
16 page 9; denying as to page 21, line 2.  Pages 22 and 24 through
17 26, all of those are denied.
18         I would grant the proposed redactions on pages 12
19 through 14.  Many of these deal with the minor children.
20 Page 20; page 21, lines 22 through 27; pages 28 through 29; and
21 page 41, Footnote 18; and page 45, those are approved.
22         On Docket No. 255, Exhibits 1 through 6, 11, 15
23 through 17, 22 through 24, 26, 31 through 33, 38 through 40,
24 and 53, these are letters in support of the defendant for
25 sentencing purposes.  The names should not be redacted.

```
 1  Addresses or if there's a phone number, those -- that can be
 2  redacted but not the names.  And the letters should all be
 3  filed in the public docket.
 4            And Docket 255, Exhibit 25, no redactions are
 5  approved as to that document.  Same thing with -- these are as
 6  to 255, Exhibits -- Exhibit 30 -- that's -- you know, that's a
 7  printout from a public website.  And there's no earthly reason
 8  that that shouldn't be filed in the public docket.
 9            Exhibits 34 through 35, there's no need to redact
10  thank you letters from the organization.  Only personal
11  identifying information of third parties should be redacted.
12            Docket 255, Exhibit 45, the only thing that should
13  be redacted are account numbers.
14            And that last page, which is a note from an
15  administrative assistant, again that should be unredacted,
16  except for the telephone number and the e-mail address.
17            All right.  As to Docket 255, Exhibits 47 through
18  51, those are ordered publicly filed, no redactions.
19            255, Exhibit 52, same.
20            And then I would approve the following:
21            Docket No. 103, Exhibit 16, I approve that in part.
22  The person named in the "From" line, that's all that needs to
23  be redacted there.
24            Document 126, Exhibit 4, that's a résumé.  That
25  is -- that should be filed publicly.
```

1     But Exhibit 9 to 126, which is an AT&T bill, you
2  just need to redact the phone number, the account number.
3     Docket No. 126, Exhibit 11, and Exhibit -- oh, that
4  can be filed under seal -- or the redactions, excuse me, are
5  appropriate, proposed redactions.
6     And Docket 255, Exhibit 12, I would approve the
7  proposed redactions to that.
8     And like I said, I'm going to issue an order that --
9  it doesn't go through all of what I just said, but it will
10 identify exhibit numbers.
11    And again, what I said at the -- oh, I'm sorry.
12 Also, Documents 29 and 43 were approved with the redactions you
13 proposed.
14    What you are to do is to -- I'm sorry. The last two
15 numbers, those are exhibits to Docket No. 255.
16        MR. WARRINGTON: 29 through 43, Your Honor?
17        THE COURT: No. 29 and 43.
18        MR. WARRINGTON: And 43. Thank you.
19        THE COURT: All right. So what you are to file by
20 the close -- well, by noon tomorrow are all of these exhibits
21 with a link or a reference to what the original docket number,
22 the under seal filing was.
23    So with only the -- you know, the documents that I
24 said shouldn't be redacted at all, they all get filed with a
25 link or a reference to what the original docket number was.

```
 1   All the exhibits and everything get refiled with only what I've
 2   approved in terms of redactions and the reference to the
 3   underlying docket number -- or original docket number.
 4              I note that the Government -- excuse me -- the
 5   defense did what I'm assuming was the same thing that the
 6   Government did, you included things that I previously said
 7   would not be redacted, such as the sentencing tables.  You
 8   listed them.  You didn't propose any redactions.  Am I right in
 9   that assumption?
10              MR. WARRINGTON:  That's correct, Your Honor, for the
11   defense.
12              THE COURT:  All right.  I will see you all on the
13   18th.  And all of this is to be refiled no later than noon
14   tomorrow.
15              MR. DANIEL J. O'BRIEN:  Okay.  I just want to make
16   sure, Your Honor, so the -- the Court's order will be posted
17   today?
18              THE COURT:  Yes.  And within an hour probably.
19              MR. DANIEL J. O'BRIEN:  Okay.  And we will be filing
20   these with the Court with the redactions implemented where the
21   Court has approved of the redactions; correct?
22              THE COURT:  Right.  And the documents to which I
23   said -- they just must be filed -- in the public docket, they
24   must all be filed as well -- refiled as well.
25              MR. DANIEL J. O'BRIEN:  Understood.  Thank you,
```

```
 1  Your Honor.
 2              THE COURT:  All right.  Anything further from either
 3  side?
 4              MR. DANIEL J. O'BRIEN:  Not from the Government,
 5  Your Honor.
 6              MR. THOMAS P. O'BRIEN:  Not from the defense,
 7  Your Honor.  Tom O'Brien.  Thank you.
 8              THE COURT:  Thank you very much.
 9              (Proceedings concluded at 10:34 a.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES )
                      )
STATE OF CALIFORNIA   )

       I, MYRA L. PONCE, FEDERAL OFFICIAL REALTIME COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

                   DATED THIS 8TH DAY OF APRIL, 2021.


                   /S/ MYRA L. PONCE
              _____
              MYRA L. PONCE, CSR NO. 11544, CRR, RDR
                FEDERAL OFFICIAL COURT REPORTER