1  Ashwin J. Ram (SBN 277513)
2  aram@steptoe.com
   **STEPTOE & JOHNSON LLP**
3  633 West Fifth Street, Suite 1900
   Los Angeles, California 90071
4  Telephone:  (213) 439-9400
5  Facsimile:  (213) 439-9599

6
7  Attorney for Defendant
   Imaad Shah Zuberi

8
   **UNITED STATES DISTRICT COURT**
9
   **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | UNITED STATES OF AMERICA,        Case No.: 2:19-cr-00642-VAP
12 |                                            No.: 2:20-cr-00155-VAP
              Plaintiff,
13       v.                                **REDACTED**

14 IMAAD SHAH ZUBERI,               **DECLARATION OF ASHWIN J.
                                     RAM IN SUPPORT OF REPLY TO
15           Defendant.              DEFENDANT ZUBERI'S MOTION
16                                   TO EXTEND SURRENDER DATE**

17                                   [*Reply, Proffer of Attorney David A.
18                                   Warrington, and Second Declaration of
                                     Shaun S. Daneshrad, M.D. concurrently
19                                   filed herewith*]
20
21                                   Judge:  Hon. Virginia A. Phillips

22                                   Date:  May 3, 2021
                                     Time:  9:00 a.m.
23                                   Ctrm.:  8A
24
25
26
27
28
   DECLARATION OF ASHWIN J. RAM IN SUPPORT OF REPLY TO MOTION
                   TO EXTEND SURRENDER DATE

I, Ashwin J. Ram, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California. I am admitted to the U.S. District Court for the Central District of California. I am a partner with Steptoe & Johnson LLP ("Steptoe"), counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Based on documents I have reviewed and discussions with Mr. Zuberi, it is my understanding that Mr. Zuberi is actively raising funds to satisfy the judgment against him, and he reasonably expects this debt to be paid in full by May 3, 2021.

3. Attached hereto as **Exhibit A** is a true and correct copy of the letter I sent to the Mack Jenkins, Daniel James O'Brien, Elisa Fernandez, and Judith Heinz on April 18, 2021.

4. Attached hereto as **Exhibit B** is a true and copy of email correspondence regarding quitclaim deeds and security clearance.

5. Attached hereto as **Exhibit C** is a true and correct copy of an April 14, 2021 declaration of Shaun S. Daneshrad, MD, FACC, as provided to Steptoe by Shaun S. Daneshrad, MD, FACC.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 19th day of April 2021 in Los Angeles, California.

*/s/ Ashwin J. Ram*
Ashwin J. Ram

2
DECLARATION OF ASHWIN J. RAM IN SUPPORT OF REPLY TO MOTION TO EXTEND SURRENDER DATE