**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cr-00642-VAP |
| v. | |
| Imaad Shah Zuberi, | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY _ON A LIMITED BASIS_** |
| Defendant(s) | |

The Court hereby orders that the request of:

Imaad Shah Zuberi                    ☐ Plaintiff  ☒ Defendant  ☐ Other
_____
*Name of Party*

to substitute David Warrington                                                who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)      ☐ Pro Se

Kutak Rock LLP, 901 East Byrd Street Suite 1000
_____
*Street Address*

Richmond, VA 23219-4071                      david.warrington@kutakrock.com
_____            _____
*City, State, Zip*                                                        *E-Mail Address*

202-828-2437                      202-828-2488                      Admitted Pro Hac Vice
_____            _____            _____
*Telephone Number*                      *Fax Number*                              *State Bar Number*

as attorney of record instead of Ashwin J. Ram (On a Limited Basis, see Attachment 1).
_____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**      ☐ **GRANTED**      ☐ **DENIED**

~~The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.~~

Dated _____            _____
                                                        U. S. District Judge/U.S. Magistrate Judge

**ATTACHMENT 1**

Under Local Rule, 83-2.3.2, counsel for Defendant Imaad Shah Zuberi, Steptoe & Johnson LLP, through Ashwin J. Ram, move to withdraw as counsel on a limited basis. In support of this motion, Mr. Ram states as follows:

Mr. Ram is one of three attorneys retained by Mr. Zuberi in the above listed matter. Mr. Ram is a partner at the law firm of Steptoe & Johnson LLP ("Steptoe"). Consistent with Steptoe's obligations under applicable rules of professional conduct and California Rule 1.16(b)(6), and to avoid any "thrust upon" conflict related to another Steptoe client, Steptoe will not be handling the Brady request, any related filings, or public argument concerning that other client.

Mr. Zuberi has consented to this arrangement and there is no prejudice because existing co-counsel of record, David Warrington of Kutak Rock LLP, will handle those aspects of Mr. Zuberi's representation.