| | |
|---|---|
| 1 | David A. Warrington |
| 2 | *David.warrington@kutakrock.com* |
|   | **KUTAK ROCK LLP** |
| 3 | 901 East Byrd Street, Suite 1000 |
| 4 | Richmond, Virginia 23219 |
|   | Telephone:  (202) 828-2438 |
| 5 | Facsimile:   (202) 828-2400 |
| 6 | |
| 7 | Attorney for Defendant |
|   | Imaad Shah Zuberi |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00642-VAP<br>          No.: 2:20-cr-00155-VAP |
| Plaintiff, | **DECLARATION OF DAVID A. WARRINGTON IN SUPPORT OF REPLY TO DEFENDANT ZUBERI'S MOTION TO EXTEND SURRENDER DATE** |
| v. | |
| IMAAD SHAH ZUBERI, | [*Reply, Proffer of Attorney David A. Warrington, Second Declaration of Shaun S. Daneshrad, M.D., and Declaration of Ashwin J. Ram concurrently filed herewith*] |
| Defendant. | |
| | Judge:  Hon. Virginia A. Phillips |
| | Date:  May 3, 2021<br>Time:  9:00 a.m.<br>Ctrm.:  8A |

DECLARATION OF DAVID A. WARRINGTON IN SUPPORT OF REPLY TO MOTION TO EXTEND SURRENDER DATE

I, David A. Warrington, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia. I am admitted to the U.S. District Court for the Central District of California *pro hac vice*. I am Of Counsel with Kutak Rock LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Based on documents I have reviewed and discussions with Mr. Zuberi, it is my understanding that Mr. Zuberi is actively raising funds to satisfy the judgment against him, and he reasonably expects this debt to be paid in full by May 3, 2021.

3. Attached hereto as **Exhibit A** is a true and correct copy of the letter co-counsel of record Ashwin J. Ram sent to the Mack Jenkins, Daniel James O'Brien, Elisa Fernandez, and Judith Heinz on April 18, 2021.

4. Attached hereto as **Exhibit B** is a true and copy of email correspondence regarding quitclaim deeds and security clearance.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 23rd day of April 2021 in Centreville, Virginia.

David A. Warrington

2
DECLARATION OF DAVID A. WARRINGTON IN SUPPORT OF REPLY TO MOTION TO EXTEND SURRENDER DATE