# EXHIBIT B

| | |
|---|---|
| **From:** | Ram, Ashwin |
| **To:** | Elisa.Fernandez@usdoj.gov; Daniel.Obrien@usdoj.gov; Mack.Jenkins@usdoj.gov |
| **Cc:** | Evan J. Davis; Bishop, Bruce; Reyes, Angel |
| **Subject:** | Imaad Zuberi Follow-up |
| **Date:** | Thursday, March 4, 2021 11:34:53 AM |

Elisa, Dan, Mack:  Steptoe has been retained to represent Imaad Zuberi.

Evan indicated that a quit claim deed needs to be submitted to the USAO today per a bond condition.  Although I am not yet familiar with the bond conditions in general or this requirement in particular, Imaad has provided me an original signed and notarized copy of the quitclaim deed form that Evan provided to him for this purpose.

We can have a courier drop it off to one of you this afternoon assuming one of you are in the office. Or if you have  a different preference please let us know and we will coordinate accordingly.

We will separately contact you tomorrow regarding CIPA clearances and other administrative issues.

Hope all is well.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

# Steptoe

+1 213 439 9443 direct      Steptoe & Johnson LLP
+1 213 439 9599 fax         633 West Fifth Street
                            Suite 1900
                            Los Angeles, CA 90071
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT B**
**13**

| | |
|---|---|
| **From:** | Ram, Ashwin |
| **To:** | Fernandez, Elisa (USACAC); OBrien, Daniel J. (USACAC); Jenkins, Mack (USACAC) |
| **Cc:** | Bishop, Bruce; Reyes, Angel; Brown, Inez; Robert Eatinger |
| **Subject:** | RE: Imaad Zuberi Follow-up |
| **Date:** | Friday, March 5, 2021 11:30:09 AM |

All:  FYI – delivery is all set for between Noon and 2P today as proposed below.

In terms of next steps, please let us know what makes sense to get the ball rolling on CIPA clearances for our team.   Thank you.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

# Steptoe

+1 213 439 9443 direct     Steptoe & Johnson LLP
+1 213 439 9599 fax         633 West Fifth Street
                                       Suite 1900
                                       Los Angeles, CA 90071
                                       www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Thursday, March 4, 2021 6:52 PM
**To:** Young Crystal D <Crystal.D.Young@irs.gov>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Ram, Ashwin <aram@Steptoe.com>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Stevens Farrell L <Farrell.L.Stevens@irs.gov>
**Cc:** davis@taxlitigator.com; Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Brown, Inez <Ibrown@steptoe.com>; Leyva, Jose [Contractor - Epiq] <jleyva@Steptoe.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin and Ms. Brown,

Per the email below, please have a courier deliver the documents on **Friday, March 5, 2021** after **12:00 noon** to:

> **Crystal D. Young**
> **Internal Revenue Service**
> **300 N. Los Angeles Street**

**Los Angeles, CA 90012**
**Tel:  (213) 372-4403**

Thank you both.

- Elisa

---

**From:** Young Crystal D <Crystal.D.Young@irs.gov>
**Sent:** Thursday, March 4, 2021 6:43 PM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; aram@Steptoe.com; Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Stevens Farrell L <Farrell.L.Stevens@irs.gov>
**Cc:** davis@taxlitigator.com; BBishop@steptoe.com; areyes@Steptoe.com; lbrown@steptoe.com; jleyva@Steptoe.com
**Subject:** RE: Imaad Zuberi Follow-up

I can be in the office tomorrow, no earlier than noon, to receive the quit claim.
I'll be at 300 N Los Angeles St. 90012 and can be reached at 213-372-4403.

Crystal

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Thursday, March 4, 2021 3:21 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Young Crystal D <Crystal.D.Young@irs.gov>; Stevens Farrell L <Farrell.L.Stevens@irs.gov>
**Cc:** Evan J. Davis <davis@taxlitigator.com>; Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Brown, Inez <lbrown@steptoe.com>; Leyva, Jose [Contractor - Epiq] <jleyva@Steptoe.com>
**Subject:** RE: Imaad Zuberi Follow-up

Hi, Ashwin.  Hope all is well.

I'm sorry, but I was in an interview all day.

I'd ask that you deliver the quit claims to the IRS Revenue Agents although the Special Agent will do if they aren't available.

I'm copying them and asking that they explain how they would prefer to have the document delivered.

Thanks.

---

**From:** Ram, Ashwin <aram@Steptoe.com>

**EXHIBIT B**
**15**

**Sent:** Thursday, March 04, 2021 2:26 PM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Evan J. Davis <davis@taxlitigator.com>; Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Brown, Inez <Ibrown@steptoe.com>; Leyva, Jose [Contractor - Epiq] <jleyva@Steptoe.com>
**Subject:** RE: Imaad Zuberi Follow-up

All:  In case we don't connect today, attaching the scanned copy of the original notarized version.

I will leave the original on my office desk, and Inez/Jose will coordinate with a courier to personally deliver the original at your convenience and direction.  Thanks again.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct        Steptoe & Johnson LLP
+1 213 439 9599 fax           633 West Fifth Street
                              Suite 1900
                              Los Angeles, CA 90071
                              www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Ram, Ashwin
**Sent:** Thursday, March 4, 2021 11:35 AM
**To:** 'Elisa.Fernandez@usdoj.gov' <Elisa.Fernandez@usdoj.gov>; 'Daniel.Obrien@usdoj.gov' <Daniel.Obrien@usdoj.gov>; 'Mack.Jenkins@usdoj.gov' <Mack.Jenkins@usdoj.gov>
**Cc:** 'Evan J. Davis' <davis@taxlitigator.com>; Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>
**Subject:** Imaad Zuberi Follow-up

Elisa, Dan, Mack:  Steptoe has been retained to represent Imaad Zuberi.

Evan indicated that a quit claim deed needs to be submitted to the USAO today per a bond condition.  Although I am not yet familiar with the bond conditions in general or this requirement in particular, Imaad has provided me an original signed and notarized copy of the quitclaim deed form that Evan provided to him for this purpose.

We can have a courier drop it off to one of you this afternoon assuming one of you are in the office.

**EXHIBIT B**
**16**

Or if you have  a different preference please let us know and we will coordinate accordingly.

We will separately contact you tomorrow regarding CIPA clearances and other administrative issues.

Hope all is well.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

# Steptoe

| | |
|---|---|
| +1 213 439 9443 direct | Steptoe & Johnson LLP |
| +1 213 439 9599 fax | 633 West Fifth Street |
| | Suite 1900 |
| | Los Angeles, CA 90071 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT B**
**17**

| | |
|---|---|
| **From:** | Fernandez, Elisa (USACAC) |
| **To:** | Ram, Ashwin; OBrien, Daniel J. (USACAC); Jenkins, Mack (USACAC); Heinz, Judith (USACAC) |
| **Cc:** | Bishop, Bruce; Reyes, Angel; Robert Eatinger |
| **Subject:** | RE: Imaad Zuberi Follow-up |
| **Date:** | Monday, March 8, 2021 11:34:01 AM |

Ashwin,

Thank you for your message below, let's table our discussion this afternoon until after all notices of appearances and withdrawal of counsel have been filed. This will also enable us to work out the remaining bond issues.  Thereafter, we will circulate a new date and time to meet.

- Elisa

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Monday, March 8, 2021 10:16 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Elisa:  Per our last call, we are filing notices of appearance today in the Ninth Circuit.  Bob, Bruce, Angel and I are available tomorrow afternoon if that works for your team.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct      Steptoe & Johnson LLP
+1 213 439 9599 fax         633 West Fifth Street
                            Suite 1900
                            Los Angeles, CA 90071
                            www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Friday, March 5, 2021 12:28 PM

**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Brown, Inez <Ibrown@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Aswin,

AUSA Judy Heinz and I would like to set up a call to discuss the notice of appeal for Monday, March 8, 2021 at 2:30 PM PST. I have added Judy Heinz to this email.  Prior to our call, please let us know who else you intend to have on the call.  I can circulate a conference call line or webex meeting link.

Let us know if the date and time works for you.

- Elisa

| | |
|---|---|
| **From:** | Fernandez, Elisa (USACAC) |
| **To:** | Ram, Ashwin; OBrien, Daniel J. (USACAC); Jenkins, Mack (USACAC); Heinz, Judith (USACAC) |
| **Cc:** | Bishop, Bruce; Reyes, Angel; Robert Eatinger |
| **Subject:** | RE: Imaad Zuberi Follow-up |
| **Date:** | Tuesday, March 9, 2021 12:11:00 PM |

Ashwin,

Thank you for the update.  Will Evan Davis and his team continue as counsel of record.  In terms of scheduling when to you anticipate the Brown George and Ross team filing the notices of substitution.

- Elisa


**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Tuesday, March 9, 2021 10:40 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatinglaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Hi Elisa – By way of update, notices of appearance have been filed and the substitution of counsel form has been fully executed by the client (pending filing shortly by the Brown George Ross team). Given the time sensitivity here, please let us know whether an afternoon call today or tomorrow would work so we can get the clearance process started and discuss related issues.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

**Steptoe**

+1 213 439 9443 direct    Steptoe & Johnson LLP
+1 213 439 9599 fax       633 West Fifth Street
                          Suite 1900
                          Los Angeles, CA 90071
                          www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.


**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>

**EXHIBIT B**
**20**

**Sent:** Monday, March 8, 2021 11:33 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

Thank you for your message below, let's table our discussion this afternoon until after all notices of appearances and withdrawal of counsel have been filed. This will also enable us to work out the remaining bond issues.  Thereafter, we will circulate a new date and time to meet.

- Elisa

---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Monday, March 8, 2021 10:16 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Elisa:  Per our last call, we are filing notices of appearance today in the Ninth Circuit.  Bob, Bruce, Angel and I are available tomorrow afternoon if that works for your team.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct          Steptoe & Johnson LLP
+1 213 439 9599 fax             633 West Fifth Street
                                Suite 1900
                                Los Angeles, CA 90071
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT B**
**21**

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Friday, March 5, 2021 12:28 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Brown, Inez <lbrown@steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Aswin,

AUSA Judy Heinz and I would like to set up a call to discuss the notice of appeal for Monday, March 8, 2021 at 2:30 PM PST. I have added Judy Heinz to this email. Prior to our call, please let us know who else you intend to have on the call. I can circulate a conference call line or webex meeting link.

Let us know if the date and time works for you.

- Elisa

| | |
|---|---|
| **From:** | Ram, Ashwin |
| **To:** | Fernandez, Elisa (USACAC); OBrien, Daniel J. (USACAC); Jenkins, Mack (USACAC); Heinz, Judith (USACAC) |
| **Cc:** | Bishop, Bruce; Reyes, Angel; Robert Eatinger |
| **Subject:** | RE: Imaad Zuberi Follow-up |
| **Date:** | Wednesday, March 10, 2021 9:45:56 AM |

Hi Elisa – To recap:

1.  The substitution of counsel form was filed yesterday by the Brown George & Ross team.

2.  Evan separately responded yesterday to clarify his role and non-CIPA involvement.

3.  Bruce Bishop, Bob Eatinger, Angel Reyes, and I have all entered notices of appearance.

We are generally available this afternoon (PDT) to follow-up on next steps.   Standing by for your confirmation and a proposed time for the call.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

| | |
|---|---|
| +1 213 439 9443 direct | Steptoe & Johnson LLP |
| +1 213 439 9599 fax | 633 West Fifth Street |
| | Suite 1900 |
| | Los Angeles, CA 90071 |
| | www.steptoe.com |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Tuesday, March 9, 2021 12:10 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

Thank you for the update.  Will Evan Davis and his team continue as counsel of record.  In terms of scheduling when to you anticipate the Brown George and Ross team filing the notices of

substitution.

- Elisa

---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Tuesday, March 9, 2021 10:40 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Hi Elisa – By way of update, notices of appearance have been filed and the substitution of counsel form has been fully executed by the client (pending filing shortly by the Brown George Ross team). Given the time sensitivity here, please let us know whether an afternoon call today or tomorrow would work so we can get the clearance process started and discuss related issues.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

# Steptoe

+1 213 439 9443 direct          Steptoe & Johnson LLP
+1 213 439 9599 fax             633 West Fifth Street
                                Suite 1900
                                Los Angeles, CA 90071
                                www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Monday, March 8, 2021 11:33 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

**EXHIBIT B**
**24**

Thank you for your message below, let's table our discussion this afternoon until after all notices of appearances and withdrawal of counsel have been filed. This will also enable us to work out the remaining bond issues.  Thereafter, we will circulate a new date and time to meet.

- Elisa

---

**From:** Ram, Ashwin <[aram@Steptoe.com](mailto:aram@Steptoe.com)>
**Sent:** Monday, March 8, 2021 10:16 AM
**To:** Fernandez, Elisa (USACAC) <[EFernandez1@usa.doj.gov](mailto:EFernandez1@usa.doj.gov)>; OBrien, Daniel J. (USACAC) <[DOBrien@usa.doj.gov](mailto:DOBrien@usa.doj.gov)>; Jenkins, Mack (USACAC) <[MJenkins@usa.doj.gov](mailto:MJenkins@usa.doj.gov)>; Heinz, Judith (USACAC) <[JHeinz@usa.doj.gov](mailto:JHeinz@usa.doj.gov)>
**Cc:** Bishop, Bruce <[BBishop@steptoe.com](mailto:BBishop@steptoe.com)>; Reyes, Angel <[areyes@Steptoe.com](mailto:areyes@Steptoe.com)>; Robert Eatinger <[reatinger@eatingerlaw.com](mailto:reatinger@eatingerlaw.com)>
**Subject:** RE: Imaad Zuberi Follow-up

Elisa:  Per our last call, we are filing notices of appearance today in the Ninth Circuit.  Bob, Bruce, Angel and I are available tomorrow afternoon if that works for your team.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
[aram@Steptoe.com](mailto:aram@Steptoe.com)

## Steptoe

| | |
|---|---|
| +1 213 439 9443 direct | Steptoe & Johnson LLP |
| +1 213 439 9599 fax | 633 West Fifth Street |
| | Suite 1900 |
| | Los Angeles, CA 90071 |
| | [www.steptoe.com](http://www.steptoe.com) |

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fernandez, Elisa (USACAC) <[elisa.fernandez@usdoj.gov](mailto:elisa.fernandez@usdoj.gov)>
**Sent:** Friday, March 5, 2021 12:28 PM
**To:** Ram, Ashwin <[aram@Steptoe.com](mailto:aram@Steptoe.com)>; OBrien, Daniel J. (USACAC) <[Daniel.Obrien@usdoj.gov](mailto:Daniel.Obrien@usdoj.gov)>; Jenkins, Mack (USACAC) <[Mack.Jenkins@usdoj.gov](mailto:Mack.Jenkins@usdoj.gov)>; Heinz, Judith (USACAC) <[Judith.Heinz@usdoj.gov](mailto:Judith.Heinz@usdoj.gov)>
**Cc:** Bishop, Bruce <[BBishop@steptoe.com](mailto:BBishop@steptoe.com)>; Reyes, Angel <[areyes@Steptoe.com](mailto:areyes@Steptoe.com)>; Brown, Inez <[lbrown@steptoe.com](mailto:lbrown@steptoe.com)>; Robert Eatinger <[reatinger@eatingerlaw.com](mailto:reatinger@eatingerlaw.com)>
**Subject:** RE: Imaad Zuberi Follow-up

**EXHIBIT B**
**25**

Aswin,

AUSA Judy Heinz and I would like to set up a call to discuss the notice of appeal for Monday, March 8, 2021 at 2:30 PM PST. I have added Judy Heinz to this email.  Prior to our call, please let us know who else you intend to have on the call.  I can circulate a conference call line or webex meeting link.

Let us know if the date and time works for you.

- Elisa

**EXHIBIT B**
**26**

| | |
|---|---|
| **From:** | Reyes, Angel |
| **To:** | Fernandez, Elisa (USACAC); Ram, Ashwin; OBrien, Daniel J. (USACAC); Jenkins, Mack (USACAC); Heinz, Judith (USACAC); Turgeon, Evan (NSD) |
| **Cc:** | Bishop, Bruce; Robert Eatinger; Reyes, Angel |
| **Subject:** | RE: Imaad Zuberi Follow-up |
| **Date:** | Thursday, March 11, 2021 12:35:00 PM |

Thanks, Elisa.  I will circulate a dial-in number shortly.

Angel

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Thursday, March 11, 2021 2:33 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>;
Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC)
<Judith.Heinz@usdoj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger
<reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

On our end, we are available on **Monday, March 15, 2021 at 1:00 PST.** Can you circulate a
conference call unber.

- Elisa

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Wednesday, March 10, 2021 8:37 PM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC)
<DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC)
<JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger
<reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Elis**a**:  I was reminded of the Friday Meetings at 11A PT.  Assuming we cannot find an afternoon time
to speak tomorrow (Thursday) or Friday any time after 2:30P, we can also do Monday anytime
between 12:15 – 3:30 PT.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct        Steptoe & Johnson LLP

+1 213 439 9599 fax          633 West Fifth Street
                              Suite 1900
                              Los Angeles, CA 90071
                              www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Ram, Ashwin
**Sent:** Wednesday, March 10, 2021 10:54 AM
**To:** 'Fernandez, Elisa (USACAC)' <elisa.fernandez@usdoj.gov>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Elise:  On Friday (March 12), looks like we are all available 11:30A PT to 1P PT and from 2:45P onwards PT.  Please let us know if there is overlapping availability.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct       Steptoe & Johnson LLP
+1 213 439 9599 fax          633 West Fifth Street
                              Suite 1900
                              Los Angeles, CA 90071
                              www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Wednesday, March 10, 2021 10:35 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>

**EXHIBIT B**
**28**

**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

Thank you.  Touching base with everyone's schedules.  What is your availability on Friday or early next week.

- Elisa


---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Wednesday, March 10, 2021 9:46 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Hi Elisa – To recap:

1. The substitution of counsel form was filed yesterday by the Brown George & Ross team.

2. Evan separately responded yesterday to clarify his role and non-CIPA involvement.

3. Bruce Bishop, Bob Eatinger, Angel Reyes, and I have all entered notices of appearance.

We are generally available this afternoon (PDT) to follow-up on next steps.   Standing by for your confirmation and a proposed time for the call.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct       Steptoe & Johnson LLP
+1 213 439 9599 fax          633 West Fifth Street
                             Suite 1900
                             Los Angeles, CA 90071
                             www.steptoe.com

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**EXHIBIT B**
**29**

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Tuesday, March 9, 2021 12:10 PM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>;
Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC)
<Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger
<reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

Thank you for the update.  Will Evan Davis and his team continue as counsel of record.  In terms of
scheduling when to you anticipate the Brown George and Ross team filing the notices of
substitution.

- Elisa

---

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Tuesday, March 9, 2021 10:40 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC)
<DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC)
<JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger
<reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Hi Elisa – By way of update, notices of appearance have been filed and the substitution of counsel
form has been fully executed by the client (pending filing shortly by the Brown George Ross team).
Given the time sensitivity here, please let us know whether an afternoon call today or tomorrow
would work so we can get the clearance process started and discuss related issues.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct        Steptoe & Johnson LLP
+1 213 439 9599 fax           633 West Fifth Street
                              Suite 1900
                              Los Angeles, CA 90071
                              www.steptoe.com

**EXHIBIT B**
**30**

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Fernandez, Elisa (USACAC) <elisa.fernandez@usdoj.gov>
**Sent:** Monday, March 8, 2021 11:33 AM
**To:** Ram, Ashwin <aram@Steptoe.com>; OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Heinz, Judith (USACAC) <Judith.Heinz@usdoj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Ashwin,

Thank you for your message below, let's table our discussion this afternoon until after all notices of appearances and withdrawal of counsel have been filed. This will also enable us to work out the remaining bond issues.  Thereafter, we will circulate a new date and time to meet.

- Elisa

**From:** Ram, Ashwin <aram@Steptoe.com>
**Sent:** Monday, March 8, 2021 10:16 AM
**To:** Fernandez, Elisa (USACAC) <EFernandez1@usa.doj.gov>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Heinz, Judith (USACAC) <JHeinz@usa.doj.gov>
**Cc:** Bishop, Bruce <BBishop@steptoe.com>; Reyes, Angel <areyes@Steptoe.com>; Robert Eatinger <reatinger@eatingerlaw.com>
**Subject:** RE: Imaad Zuberi Follow-up

Elisa:  Per our last call, we are filing notices of appearance today in the Ninth Circuit.  Bob, Bruce, Angel and I are available tomorrow afternoon if that works for your team.  Thanks.  Ashwin

**Ashwin J. Ram**
Partner
aram@Steptoe.com

## Steptoe

+1 213 439 9443 direct    Steptoe & Johnson LLP
+1 213 439 9599 fax       633 West Fifth Street
                          Suite 1900
                          Los Angeles, CA 90071

**EXHIBIT B**
**31**

[www.steptoe.com](www.steptoe.com)

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Fernandez, Elisa (USACAC) <[elisa.fernandez@usdoj.gov](mailto:elisa.fernandez@usdoj.gov)>
**Sent:** Friday, March 5, 2021 12:28 PM
**To:** Ram, Ashwin <[aram@Steptoe.com](mailto:aram@Steptoe.com)>; OBrien, Daniel J. (USACAC) <[Daniel.Obrien@usdoj.gov](mailto:Daniel.Obrien@usdoj.gov)>; Jenkins, Mack (USACAC) <[Mack.Jenkins@usdoj.gov](mailto:Mack.Jenkins@usdoj.gov)>; Heinz, Judith (USACAC) <[Judith.Heinz@usdoj.gov](mailto:Judith.Heinz@usdoj.gov)>
**Cc:** Bishop, Bruce <[BBishop@steptoe.com](mailto:BBishop@steptoe.com)>; Reyes, Angel <[areyes@Steptoe.com](mailto:areyes@Steptoe.com)>; Brown, Inez <[Ibrown@steptoe.com](mailto:Ibrown@steptoe.com)>; Robert Eatinger <[reatinger@eatingerlaw.com](mailto:reatinger@eatingerlaw.com)>
**Subject:** RE: Imaad Zuberi Follow-up

Aswin,

AUSA Judy Heinz and I would like to set up a call to discuss the notice of appeal for Monday, March 8, 2021 at 2:30 PM PST. I have added Judy Heinz to this email.  Prior to our call, please let us know who else you intend to have on the call.  I can circulate a conference call line or webex meeting link.

Let us know if the date and time works for you.

- Elisa

**EXHIBIT B**
**32**