# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　No.: 2:20-cr-00155-VAP<br><br>**SECOND DECLARATION OF SHAUN S. DANESHRAD, MD, FACC**<br><br>Judge: Hon. Virginia A. Phillips |

**SECOND DECLARATION OF SHAUN S. DANESHRAD, MD, FACC**

I, Shaun S. Daneshrad, MD, FACC, declare as follows:

1. I am Imaad Shah Zuberi's primary physician. I write this declaration to supplement my November 03, 2020 letter and my April 5, 2021 declaration regarding Mr. Zuberi's health conditions.

2. As I detailed in my last two letters, Mr. Zuberi has a host of serious health conditions that include diabetes, kidney disease, and heart rhythm problems.

3. I have discussed the various COVID-19 vaccine options with Mr. Zuberi.

4. Existing medical science has not conclusively determined the risks of each COVID-19 vaccine but some negative reactions have been reported, including the blood clots caused by the Johnson & Johnson vaccine that was announced this week and resulted in the CDC and FDA calling for a "pause" of the vaccine's administration.

5. Mr. Zuberi's comorbidities may potentially increase his risk of suffering side effects or adverse reactions as well.

6. Aside from the side effects, not every vaccine is expected to be equally effective against the growing number of COVID-19 variants.

7. Mr. Zuberi has legitimate and justified concerns, as any other person may have at this point, that the vaccines may cause him serious side effects and adverse reactions because of his existing comorbidities. Although the decision on whether to receive the vaccine is Mr. Zuberi's alone, he and I are conferring on which vaccine he should receive to minimize the risks of an adverse reaction and maximize the likelihood that he will be protected against COVID-19 variants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 14, 2021, in Beverly Hills, California.

_____
Shaun S. Daneshrad, MD, FACC