Ashwin J. Ram (SBN 277513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Attorneys for Defendant*
Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant, | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF LIMITED APPEARANCE OF STEPTOE & JOHNSON LLP**<br><br>Judge:  Hon. Virginia A. Phillips |

DECLARATION OF LIMITED APPEARANCE OF
STEPTOE & JOHNSON LLP

I, Ashwin J. Ram, declare and state as follows:

1.      I am an attorney licensed to practice law in the State of California.  I am admitted to the U.S. District Court for the Central District of California.  I am a partner with Steptoe & Johnson LLP ("Steptoe"), counsel of record for Defendant Imaad Shah Zuberi in this matter.

2.      Steptoe, through me, has moved to withdraw as counsel on a limited basis.[1]  Steptoe is not representing Mr. Zuberi, and hence not advancing any position, with respect to Part II(D)(1) of the foregoing brief and **Exhibit A** to the Declaration of David A. Warrington concerning Brady requests.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 23rd day of April 2021 in Los Angeles, California.

Dated:  April 23, 2021

_____
Ashwin J. Ram

----

[1] *See* Request for Approval of Substitution or Withdrawal of Counsel on a Limited Basis by Ashwin J. Ram, Dkt. 357, in No. CR-19-00642-VAP (filed Apr. 22, 2021) (also filed at Dkt. 105, in No. CR-20-00155-VAP).

1

DECLARATION OF LIMITED APPEARANCE OF
STEPTOE & JOHNSON LLP