NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United State of America,<br><br>Plaintiff(s)<br><br>v.<br><br>Imaad Shah Zuberi,<br><br>Defendant(s). | CASE NUMBER:<br>2:19-cr-00642-VAP<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**<br>*ON A LIMITED BASIS* |

The Court hereby orders that the request of:

__Imaad Shah Zuberi__    ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

to substitute    __David Warrington__    who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Kutak Rock LLP, 901 East Byrd Street Suite 1000__
*Street Address*

__Richmond, VA 23219-4071__                       __david.warrington@kutakrock.com__
*City, State, Zip*                                           *E-Mail Address*

__202-828-2437__              __202-828-2488__              __Admitted Pro Hac Vice__
*Telephone Number*          *Fax Number*                *State Bar Number*

as attorney of record instead of __Ashwin J. Ram (On a Limited Basis, see Attachment 1).__
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**    **X GRANTED**  ☐ DENIED

Dated  __April 26, 2021__

*(signature: Virginia A. Phillips)*
Virginia A. Phillips
United States District Judge