TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383/7280
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
    E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail:   evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | No. CR 19-642-VAP<br>No. CR 20-155-VAP<br><br><u>STIPULATION RE: PROTECTIVE ORDER AND SUPPLEMENTAL PROTECTIVE ORDER</u> |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Daniel J. O'Brien,

Elisa Fernandez, and Judith A. Heinz, and defendant Imaad Shah Zuberi, by and through his counsel of record, Ashwin J. Ram, Steptoe and Johnson LLP, and David A. Warrington, Kutak Rock LLP, hereby stipulate as follows:

1. On July 21, 2020, pursuant to the parties' stipulation showing good cause, the Court issued a protective order to establish procedures to be followed by counsel and the parties in this case concerning classified information ("the Protective Order"). Dkt. 158 (CR 19-642-VAP); Dkt. 25 (CR 20-155-VAP).

2. On August 13, 2020, pursuant to the parties' stipulation showing good cause, the Court issued a supplemental protective order to establish additional procedures to be followed by counsel and the parties in this case concerning any disclosure of classified information by the government to defendant's counsel in this case ("the Supplemental Protective Order"). Dkt. 183 (CR 19-642-VAP). The Supplemental Protective Order was intended to complement, and not alter, the protective order issued on July 21, 2020.

3. On March 4, and 8, 2021, defendant filed notices of appeal from the judgment and commitment order entered on February 24, 2021. Dkt. 335 (CR 19-642-VAP); Dkt. 97 (CR 20-155-VAP). He has also engaged new counsel, including Mr. Ram and Mr. Warrington.

//
//
//
//
//
//
//

4. The parties hereby agree and stipulate that the terms and conditions of the Protective Order and the Supplemental Protective Order will continue to bind the parties and their counsel in any appellate and/or post-conviction proceedings.

IT IS SO STIPULATED.

Dated: May 4, 2021

TRACY L. WILKISON
Acting United States Attorney

BRANDON FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ *Judith A. Heinz*
_____
JUDITH A. HEINZ
Assistant United States Attorney
Senior Trial Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: May 4, 2021

STEPTOE AND JOHNSON LLP

/s/ *Ashwin J. Ram*
_____
ASHWIN J. RAM

Attorney for Defendant
IMAAD SHAH ZUBERI