UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | LACR 19-00642-VAP-1<br>LACR 20-00155-VAP | | Date | 5/3/2021 |
|---|---|---|---|---|

| Present: The Honorable | VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Daisy Rojas for Christine Chung (VTC) | Myra Ponce (VTC) | Daniel J. O'Brien (VTC)<br>Elisa Fernandez (VTC)<br>Judith A. Heinz (VTC)<br>Mack Jenkins (VTC)<br>Evan Turgeon (VTC) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Custody | Bond | Attorneys for Defendant(s) | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi (VTC) | X | | X | David Warrington (VTC) | X | | X |
| | | | | Ashwin Ram (VTC) | X | | X |

| Proceedings: | MOTION TO EXTEND THE SURRENDER DATE filed by Defendant IMAAS SHAH ZUBERI [347][350] |
|---|---|

Case called. Counsel make their appearances.

For reasons stated on the record, Defendant Imaad Shah Zuberi's Motion to Extend the Surrender Date [347], is **granted in part**. The defendant is ordered to surrender to the institution designated by the Bureau of Prisons at or before 12 noon, on **Friday, June 18, 2021**.

Moreover, the parties may address proposed bond modifications; the Government's request shall be filed no later than Wednesday, May 5, 2021 and the defense may respond no later than Friday, May 7, 2021.

The bond is modified immediately to prohibit the defendant from transferring any funds held in U.S. bank accounts to overseas accounts.

**IT IS SO ORDERED.**

cc: USPO, PSA, BOP, USMS

| Page 1 of 1 | CRIMINAL MINUTES – GENERAL | 01:12<br>Initials of Deputy Clerk: DR |
|---|---|---|