# EXHIBIT 1

| | |
|---|---|
| **From:** | Ivy A. Wang |
| **To:** | OBrien, Daniel J. (USACAC) |
| **Cc:** | Thomas P. O"Brien |
| **Subject:** | Re: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876] |
| **Date:** | Friday, February 19, 2021 1:45:58 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

Thank you for understanding, Dan.

Ivy

> On Feb 19, 2021, at 1:35 PM, OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov> wrote:
>
> I wasn't aware of the location of the cemetery.  My apologies.  We are in agreement.  Thanks for working with me on this.
>
> **From:** Ivy A. Wang <iwang@bgrfirm.com>
> **Sent:** Friday, February 19, 2021 1:30 PM
> **To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
> **Cc:** Thomas P. O'Brien <tobrien@bgrfirm.com>
> **Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]
>
> Our client is willing to agree to restrict travel to LA County and Orange County.  His mother's cemetery is located in Orange County, and he visits it at least once a week.  In addition, his 82-year-old aunt and one of his doctors are also located in Orange County.  He is ok not traveling to any other counties in the district.  Please let us know if we can agree to this.
>
> **Ivy A. Wang**
> <image002.png>BROWNE GEORGE ROSS
> O'BRIEN ANNAGUEY & ELLIS LLP
> 801 S. Figueroa Street, Suite 2000
> Los Angeles, California  90017
> Main 213.725.9800 | Fax 213.725.9808
> iwang@bgrfirm.com
> www.bgrfirm.com
>
> **From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
> **Sent:** Friday, February 19, 2021 12:58 PM
> **To:** Ivy A. Wang <iwang@bgrfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>

**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

Btw, if you want to give me a call to try to find a compromise, give me a call at 310-529-1834.

---

**From:** Ivy A. Wang <iwang@bgrfirm.com>
**Sent:** Friday, February 19, 2021 12:55 PM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

I will be sending you a modified statement to include in your application.

**Ivy A. Wang**
<image003.png> BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 S. Figueroa Street, Suite 2000
Los Angeles, California  90017
Main 213.725.9800 | Fax 213.725.9808
iwang@bgrfirm.com
www.bgrfirm.com

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Friday, February 19, 2021 12:34 PM
**To:** Ivy A. Wang <iwang@bgrfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

Okay, can I cut and paste that into my application?

---

**From:** Ivy A. Wang <iwang@bgrfirm.com>
**Sent:** Friday, February 19, 2021 12:33 PM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>

**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

In light of his compliance to date (including returning from international travel), and the fact that he has known of his advisory guideline range (and likely sentencing range) for close to a year, we think the travel restriction should only be to CDCA, which is the norm for sentenced defendants like him.

Thanks,
Ivy

**Ivy A. Wang**
<image003.png>BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
801 S. Figueroa Street, Suite 2000
Los Angeles, California  90017
Main 213.725.9800 | Fax 213.725.9808
iwang@bgrfirm.com
www.bgrfirm.com

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Friday, February 19, 2021 10:52 AM
**To:** Ivy A. Wang <iwang@bgrfirm.com>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

Thanks, Ivy.

I would propose that outside of curfew (which I'm assuming requires him to be home), Mr. Zuberi be limited to travel within a certain radius of his home.

I would appreciate input from you regarding how broad that radius should be but you and he know his and his family's needs more than I.

---

**From:** Ivy A. Wang <iwang@bgrfirm.com>
**Sent:** Friday, February 19, 2021 10:47 AMly
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>; Thomas P. O'Brien <tobrien@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD)

<Evan.Turgeon@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** RE: Telephone voice monitoring and ankle bracelet [IWOV-DOCSLA.FID343876]

Hi Dan,

Sorry for the late response  Probation was not "in the office" yesterday afternoon, so our priority up until now has been trying to make sure Mr. Zuberi reported to probation as directed.  Our understanding is that as of this morning, our client has been outfitted with an ankle bracelet.  As for as his ability to leave the home, I don' t believe the court imposed home detention (and this appears to be confirmed by the CRD).  We understand that you are seeking to modify the bond modifications, and look forward to seeing what you propose.

Best,
Ivy

**Ivy A. Wang**
<image004.png>**BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP**
801 S. Figueroa Street, Suite 2000
Los Angeles, California  90017
Main 213.725.9800 | Fax 213.725.9808
iwang@bgrfirm.com
www.bgrfirm.com

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Thursday, February 18, 2021 5:05 PM
**To:** Thomas P. O'Brien <tobrien@bgrfirm.com>; Ivy A. Wang <iwang@bgrfirm.com>; Nate Brown <nbrown@bgrfirm.com>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Lucero John M (CI) <John.Lucero@ci.irs.gov>; Park, Hans (LA) (FBI) <hpark2@fbi.gov>
**Subject:** Telephone voice monitoring and ankle bracelet

Tom/Ivy/Nate/Evan:

My co-counsel and I are a bit confused as to the implications of the telephone voice monitoring and ankle bracelet condition upon Mr. Zuberi's ability to leave his home.

We are planning to inquire of the Court but I thought it best to confer with you first. Are there activities that Mr. Zuberi needs to conduct outside of the home over the next 90 days?  Perhaps religious services, child care needs, basic activities?

Please let me know your thoughts at your earliest opportunity.  I have case agents who would prefer not to engage is unnecessary surveillance.  As you know, we've been done that road before.

Best,

--Dan

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

_____