EXHIBIT 3

Daniel J. O'Brien, Assistant United States Attorney
312 N. Spring Street, 15th Floor, Los Angeles, CA 90012
Tel: ██████████████
Agent: SA John Lucero
Tel: ██████████
Email: ████████████████

Deposit Account Services
Tracey Phang-LPS I

APR 3 0 2021

Mail /Fax /Personal Serv.
Time: 3 : 15

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | CR 19-642-VAP |
| Imaad  Shah Zuberi, | | |
| v. | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO:   East West Bank

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 350 W. 1st Street, Los Angeles, CA 90012-     Honorable Virginia A. Phillips     , Courtroom: 8A- 8th Floor

Date: May, 3, 2021            , Time: 9:00 AM          .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all bank statements for the period  of March 1, 2021 through May 3, 2021 for all accounts that Imaad Zuberi or Willa Rao have either an ownership interest or signature authority over, provide all specific items reflecting deposits or credits into and withdrawals or debits out of accounts that equal or exceed $50,000.

The following are known account ████████and ████████ please do not limit the response to only these accounts. Please also provide the monthly account statements.

_Kiry K. Gray_
Kiry K. Gray, Clerk of Court

April 29, 2021
Date

---

| CR-21 (10/15) | SUBPOENA IN A CRIMINAL CASE | Page 1 of 2 |

| PROOF OF SERVICE | | | |
|---|---|---|---|
| **Received by Server** | DATE | PLACE | |
| **Served** | DATE | PLACE | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes  ☐ No Amount $ _____ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                 *Date*                          *Signature of Server*

Address of Server: _____

_____

ADDITIONAL INFORMATION.



**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
Criminal Investigation

**JOHN LUCERO**
SPECIAL AGENT


El Monte, CA 91731

Office: ▇▇▇▇▇▇
Fax: ▇▇▇▇▇▇
Cell 



## EAST WEST BANK

### DECLARATION CONCERNING BANK RECORDS
### UNDER SECTION 1561 OF THE EVIDENCE CODE

1.  The undersigned officer of East West Bank (the Bank), having been duly authorized to make this declaration, declares on behalf of the Bank:

2.  He/she is a duly authorized custodian of the Bank's records, as to which he/she is qualified to testify and authorized to certify;

3.  He/she has read the subpoena described on the envelope or wrapper with which this Declaration is enclosed, and has made and caused to be made a diligent search for all such records at the office of the Bank upon which the subpoena was served. After such diligent search for all described records:

    ☒ If this box is checked, copies of all of the records described in the subpoena are produced herewith;

    ☐ If this box is checked, the Bank only has part of the described records, copies of which are produced herewith; Items not produced due to not being able to locate.

    ☐ If this box is checked, the Bank has none of the described records for the time frame stated in the subpoena and thus, no records are produced herewith.  See paragraph 5 below.

4.  The copies of records enclosed herewith and identified below, if any, are true copies of records described in the subpoena and found at the office of the Bank, the originals of which were prepared by the personnel of the office of the Bank in the ordinary course of business at or near the time of the act, condition or event so recorded.

5.  Identification of records produced herewith is as follows: EWB File Number: S-21-101-272
    | ⇒ | Statements, & Wire. |

6.  The mode of preparation of the records identified above was as follows:
    | ⇒ | **From FundTech Database: Wires** |
    | ⇒ | **From EWB Computer Database (Synergy):** Statements |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
Executed April 30, 2021 at 9300 Flair Drive, 4th Floor, El Monte, CA 91731.

DocuSigned by:

*Eunice Bustos*

585AF31E330144E...

_____
Signature

Eunice Bustos
_____
Type Name

Legal Processing Specialists I
_____
Type Title

(Rev. 6/09)



## EAST WEST BANK

Case# S-21-101-272

East West Bank
Attention: James L. Miller

████████████████████

El Monte, CA  91731

**DANIEL J. O'BRIEN, AUSA**
**312 N. SPRING STREET, 15TH FLOOR**
**LOS ANGELES, CA 90012**

### DANIEL J. O'BRIEN # ████████████

**Tax I.D. Number: 95-2795851**

| | | | |
|---|---|---|---|
| Research & Processing - Clerical | 1 hrs | @  $22.00 per hour | =$22.00 |
| Research & Processing – Manager/Supervisor | .5 hrs | @  $30.00 per hour | =$15.00 |
| Research & Processing – Computer Specialist | 0 hrs | @  $30.00 per hour | =$0.00 |
| Production of paper records | 0 copies | @  $.25 per page | =$0.00 |
| Storage Retrieval (File Keepers) | 0 boxes | @ $15.20 per box | =$0.00 |
| Storage Restocking (File Keepers) | 0 boxes | @ $12.95 per box | =$0.00 |
| Storage Media (CD, Case & Envelope) | 0 media | @ $5.00 each | =$0.00 |
| Postage/Delivery Fees (USPS or FedEx) | 0 envelope @ $ FedEx cost | | =$0.00 |

**Total Cost to Provide Records**                                           **=$37.00**

Should you have any questions, please feel free to contact me at (626) 371-8535.

Sincerely,

*Kailie Zhang*
Digitally signed by Kailie
Zhang
DN: cn=Kailie Zhang, o=East
West Bank, ou,
email=kailie.zhang@eastwest
bank.com, c=US
Date: 2021.04.30 16:13:53
-07'00'

Kailie Zhang
Legal Processing Specialists II

##XXH1928DPCSTM

```
                                              ACCOUNT STATEMENT
                                                    Page 1 of 1
    135 N. Los Robles Ave., 6TH FL.        STARTING DATE: March 01, 2021
    Pasadena, CA. 91101                      ENDING DATE: March 31, 2021
                                   Total days in statement period: 31
                                                      80-03062588
                                                           ( 0)

                                              Direct inquiries to:
                                                  888 761-3967

            MCCULLOCH 18 LLC
            10166 RUSH ST
            EL MONTE CA 91733
```

Standard Business Checking

```
Account number
Low balance              $15,152.88
Average balance          $15,152.88
                                 Beginning bal                  $15,152.88
                                 Total additions   ( 0)               .00
                                 Total subtractions( 0)               .00
                                 Ending balance                 $15,152.88
```

** No activity this statement period **

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

McCulloch 18 LLC
▮▮▮▮▮ Demand Deposit Account

**Account Identification ▼**

| McCulloch 18 LLC | Home: | ▮▮▮▮▮ | | Tax ID: | 47-4995315 F |
|---|---|---|---|---|---|
| 10166 Rush St | Work: | | | Last deposit: | 18.51, 01/28/2021 |
| El Monte CA 91733 | Branch: | 8868 - Virtual Branch - Cre | | Current bal: | 15,152.88 |
| | Prim officer: | 8203 - Stella Sun | | | |

| | | | | |
|---|---|---|---|---|
| Ledger balance: | 15,152.88 | Today's activity: | | 0.00 |
| Current balance: | 15,152.88 | Total Holds: | | 0.00 |
| Account available balance: | 15,152.88 | Float: | | 0.00 |
| Total accessible balance: | 15,152.88 | Unused PRA: | | |
| Closing balance: | 15,152.88 | Related available balance: | | 0.00 |
| Last statement: | 03/31/2021 | | | |

0  Transactions from 04/01/2021 to 04/30/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|

No transactions meet search criteria.

Close Message Area

80-03084772        PAGE

##XXH1928DPCSTM        ████████████

                                                    ACCOUNT STATEMENT
                                                         Page 1 of 2
    135 N. Los Robles Ave., 6TH FL.         STARTING DATE: March 01, 2021
    Pasadena, CA. 91101                       ENDING DATE: March 31, 2021
                                       Total days in statement period: 31

                                                              ( 0)

                                            Direct inquiries to:
                                                888 761-3967

            ROSEMEAD 32 LLC
            10166 RUSH ST
            SOUTH EL MONTE CA  91733-3224

    Standard Business Checking

Account number
Low balance              $36,483.10
Average balance          $55,536.61
                                    Beginning bal              $58,088.50
                                    Total additions   ( 5)     52,742.77
                                    Total subtractions( 5)     74,348.17
                                    Ending balance             $36,483.10

CREDITS
Number     Date    Transaction Description            Additions Control Number
           03-01   Pre-Auth Credit 121108250 CCDDEPOSIT
                              210301                  2,580.00 111000027720727
           03-05   Deposit                              302.63 000007055537950
           03-15   Pre-Auth Credit LA COUNTY DEVELO PAYMENT
                              RMR*IV*78347**9100 \     9,100.00 111000020171684
           03-22   Deposit                              257.81 000007831768470
           03-22   Deposit                           40,502.33 000007831768380

DEBITS
Date    Transaction Description                  Subtractions Control Number
03-10 Automatic Pmt  AUTOMATIC LOAN PAY             16,948.24 000000000000000
03-23 Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833818
                     PM                                800.00 122000495344744
03-23 Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833835
                     PM                                800.00 122000495344761
03-23 Preauth Debit  FRANCHISE TAX BO PAYMENTS 210323 77833861
                     PM                              2,500.00 122000495344787
03-26 Preauth Debit  LA CO TTC PAYMNT TAX 210326    53,299.93 021000020419698

##XXH1928DPCSTM      ▮▮▮▮▮▮▮▮▮▮▮▮

ACCOUNT STATEMENT
Page 2 of 2
135 N. Los Robles Ave., 6TH FL.                 STARTING DATE: March 01, 2021
Pasadena, CA. 91101                              ENDING DATE: March 31, 2021
                                        Total days in statement period: 31
          ROSEMEAD 32 LLC

                                                         ( 0)

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | 58,088.50 | 03-10 | 44,022.89 | 03-23 | 89,783.03 |
| 03-01 | 60,668.50 | 03-15 | 53,122.89 | 03-26 | 36,483.10 |
| 03-05 | 60,971.13 | 03-22 | 93,883.03 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Rosemead 32 LLC
█████████ Demand Deposit Account

**Account Identification ▼**

| | | | | |
|---|---|---|---|---|
| Rosemead 32 LLC | Home: | | Tax ID: | 82-2325354 F |
| 10166 Rush St | Work: | | Last deposit: | 5,227,835.32, 04/22/2021 |
| South El Monte CA 91733-3224 | Branch: | 8868 - Virtual Branch - Cre | Current bal: | 5,280,783.93 |
| | Prim officer: | 8203 - Stella Sun | | |

| | | | | |
|---|---|---|---|---|
| Ledger balance: | 5,280,783.93 | Today's activity: | | 0.00 |
| Current balance: | 5,280,783.93 | Total Holds: | | 0.00 |
| Account available balance: | 5,280,783.93 | Float: | | 0.00 |
| Total accessible balance: | 5,280,783.93 | Unused PRA: | | |
| Closing balance: | 5,280,783.93 | Related available balance: | | 0.00 |
| Last statement: | 03/31/2021 | | | |

10  Transactions from 04/01/2021 to 04/30/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| 04/22/2021 | | 5.00 | | | 368 - Service Charge | | |
| 04/22/2021 | | | 5,227,835.32 | | 782 - Swift In Bk Credit | | |
| 04/19/2021 | Image | | 33,996.62 | | 757 - Deposit | | |
| 04/19/2021 | Image | | 352.13 | | 757 - Deposit | | |
| 04/19/2021 | 1 | | | 0.00 | 586 - Available Float | | |
| 04/19/2021 | 1 | | | 352.13 | 580 - Collectable Float | | |
| 04/15/2021 | 1102 | 650.00 | | | 800 - Check | | |
| 04/12/2021 | | 16,948.24 | | | 847 - Automatic Pmt | Force Post | |
| 04/07/2021 | 1100 | 2,860.00 | | | 800 - Check | | |
| 04/01/2021 | | | 2,580.00 | | 736 - Pre-Auth Credit | | |

# **Book Transfer Message**

Printed: 4/30/2021  3:48:14PM          **Requested By:**    kzhang

**VERSION:**      0

## MESSAGE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amount:** | $5,227,835.32 | **Message ID:** | 210422070746H300 | **PDM:** | | |
| **Currency:** | USD | **Latest Version:** | 0 | **Priority:** | M | |
| **Value Date:** | 04/22/2021 | **Time:** | 07:07:50 | **URC:** | | |
| **Bank ID:** | 001 | **Department:** | WIR | **Status:** | COMPLETE | |
| | | **Branch:** | 8858 | **Template:** | | |
| | | **Charge:** | | **Purpose of wire:** | | |
| **Fee:** | | **Source:** | ONE | | | |
| **Ref. No.:** | 210422070746H300 | **External Ref.:** | UOB4235Z4XIUM | **Country Code :** | US | |

### MESSAGE TEXT

| | | | |
|---|---|---|---|
| **Sender ABA:** | | **Sender Name:** | **Ref. No.:**   210422070746H300 |
| **Receiver ABA:** | | **Receiver Name:** | **Prod. Code:** |
| **Ref. IMAD:** | | | **Local Instrument Code:** |
| **IMAD:** | | **Prop. Code:** | |
| **OMAD:** | | | **Ref. for Bnf.:** |
| **As of Reason:** | **As of Date:** | **Disposition:** | |
| **Db Acc Off:** 001 | **Db Acc No:** ▮▮▮▮ | **Db Acc Type:** DDA | |
| **Cr Acc Off:**   001 | **Cr Acc No:** ▮▮▮▮ | **Cr Acc Type:** DDA | |
| **Db Advice:**   CSBKDBEM | **Db Fee:**   0.00 | **Cr Advice:**   NON | **Cr Fee:**   0.00 |

**Drawdown Credit Account:**

**Originator:**          **Originator Option F:**    N          **Beneficiary:**

▮▮▮▮                                    ▮▮▮▮

CENTRAL ESCROW GROUP INC                ROSEMEAD 32 LLC

ARCADIA TRUST ACCOUNT                   10166 RUSH ST

515 W GARVEY AVE  118                   SOUTH EL MONTE, CA 91733-3224

MONTEREY PARK, CA 91754-2703

**Originator Bank:**                    **Beneficiary Bank:**

## MESSAGE TEXT CONTINUED

**Instructing Bank:**                                    **Intermediary Bank:**

**Drawdown Debit Account:**                              **Correspondent Bank:**

**Originator Bank Info:**         ESCROW #169155-PC,6644 ROSEMEAD BLVD.,SAN GABRIEL, CA 91775

**Free Text:**

## BANK TO BANK INFORMATION

**Receiver Bank Info:**

**Drawdown Debit Account:**
**Advice Code:**

**Advice Info:**

**Intermediary Bank Info:**

**BANK TO BANK INFORMATION CONTINUED**

**Intermediary Advice Info:**

      **Advice Code:**

      **Advice Info:**

**Beneficiary Bank Info:**

**Beneficiary Bank Advice Info:**

      **Advice Code:**

      **Advice Info:**

**Beneficiary Info:**

**Beneficiary Advice Info:**

      **Advice Code:**

      **Advice Info:**

**BANK TO BANK INFORMATION CONTINUED**

**Beneficiary MOP:**

       **MOP Code:**

       **MOP Info:**

**Bank to Bank Info:**

**Charges:**

    **Sender Charges:**                **Receiver Charges:**             **Instructed:**

      1.                        **Currency:**                   **Currency:**

      2.                        **Amount:**                     **Amount:**

                          **Remote Initiator:**        **Values quoted to customer:**

      3.                        **Remote Verifier:**           **Amt(USD):**

      4.                        **Remote Releaser:**          **Exch Rate:**

**Exchange Rate:**                 **Math Rule :**        **Misc Notes :**

**Spread:**

**Bank Op code:**

**Message Index:**                 **Authorization Method:**

**Fee Account No:**                   **Message Total:**

**ERRORS :**

| DATE | TIME | TEXT |
|------|------|------|
| 04/22/2021 | 07:08:01 | Fraud Monitoring(1) HOLD: Risk Factors BeneTrust OrigTransAmt Red Yellow 3k |

**AUDIT TRAIL :**

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| 04/22/2021 | 07:43:55 | GUARDIAN | EXTINTEX | 0.00 | FREE | ██████ |
| 04/22/2021 | 07:08:01 | SYSTEM | EXTINTEX | 0.00 | EXTINTEX | ██████ |

**NOTES :**

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
| | | | |

**BSA NOTES :**

Name
Address

City                       State                       Zip
Phone                      SSN                         Tax Payer ID
Driver License             State Issued                Expiration
Comments

**ORIGINAL RAW MESSAGE :**

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

**OUTGOING RAW MESSAGE 1 :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 2:**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**CTP-COVER :**

| | |
|---|---|
| **Originator (50a)** | **Beneficiary (59)** |
| **Originating Bank (52a)** | **Beneficiary Bank (57a)** |
| **Remittance info (70)** | **Intermediary Bank (56a)** |
| **Sender to Receiver info (72)** | **Instructed Amount (33b)** |
| | **Amount:** |
| | **Code:** |

**CTP-EXTERNAL RELATED REMITTANCE :**

**ID:**

**Electronic Address:**

**Name:**

**Department:**

**Sub-Department:**

**Street Name:**

**Building Number:**                                    **Post Code:**

**Town Name:**

**Country Sub Division:**                               **Country Code:**

**Location Method:**                                    **Address Type:**

**Address :**

### CTP-UNSTRUCTURED REMITTANCE :

**Unstructured Remittance Contents:**

### CTP-STRUCTURED REMITTANCE PARTIES :

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:              Town Name:

Country Sub Division:                    Country Code:        Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                   Mobile Number:

Fax Number:                     Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:              Town Name:

Country Sub Division:                    Country Code:        Address Type:

Address :

**REMITTANCE DETAILS**

**PR Type:**            **PR Proprietary Type:**

**PR  ID:**                                    **PR  Issuer :**

**Actual Cur:**        **Actual Amount:**          **Gross Curr:**        **Gross Amount:**

**Disc Curr:**         **Disc Amount:**           **Adj Curr:**          **Adj Amount:**

**Rem Date:**                                   **Adj Reason:**         **Adj CR/DB:**

**Adjustment Additional Information:**


**Sec Type:**           **Sec Proprietary Type:**

**Sec  ID:**                                     **Sec  Issuer :**

**Free text:**

**CTP-NOTIFICATION INFO :**

**Notification flag:**

**Name:**

**Phone Number:**                          **Mobile Number:**

**Fax Number:**                            **Other Information:**

**Address:**

Imaad S Zuberi

███████ Demand Deposit Account

**Account Identification ▼**

| | | | | |
|---|---|---|---|---|
| Rosemead 32 LLC | Home: | | Tax ID: | 82-2325354 F |
| 10166 Rush St | Work: | | Short name: | Rosemead 32 LLC |
| South El Monte CA 91733-3224 | Branch: | 8868 - Virtual Branch - Cre | Last deposit: | 299.81, 05/03/2021 |
| | Prim officer: | 8203 - Stella Sun | Current bal: | 2,078,583.63 |

| | | | |
|---|---|---|---|
| Ledger balance: | 2,078,583.63 | Today's activity: | 0.00 |
| Current balance: | 2,078,583.63 | Total Holds: | 0.00 |
| Account available balance: | 2,078,583.63 | Float: | 0.00 |
| Total accessible balance: | 2,078,583.63 | Unused PRA: | |
| Closing balance: | 2,078,583.63 | Related available balance: | 0.00 |
| Last statement: | 04/30/2021 | | |

6 Transactions from 04/30/2021 to 05/04/2021

| Date | Check | Debit | Credit | Other | Description | Status | Balance |
|---|---|---|---|---|---|---|---|
| 05/03/2021 | 1106 | 200,000.00 | | | 800 - Check | | |
| 05/03/2021 | Image | | 299.81 | | 757 - Deposit | | |
| 05/03/2021 | | | 2,580.00 | | 736 - Pre-Auth Credit | | |
| 05/03/2021 | 1 | | | 0.00 | 586 - Available Float | | |
| 05/03/2021 | 1 | | | 299.81 | 580 - Collectable Float | | |
| 04/30/2021 | 1105 | 3,005,080.11 | | | 800 - Check | | |

**ROSEMEAD 32 LLC**
10166 RUSH STREET
SOUTH EL MONTE, CA 91733

1106
16-7038/3220
8003

April - 23 - 2021
DATE

Pay to the
Order of ___ Steptoe & Johnson LLP ___   $

_____ DOLLARS

**EASTWEST BANK**
9300 Flair Drive, Suite 100  El Monte, CA 91731

For ___ Zuberi legal expense ___

⑈⑈0⑆

Harland Clarke

Form 1040 Year 2012, Imaad Zuberi /089-64

ROSEMEAD 32 ELECTRONICALLY PROCESSED ON 0429644-23 -7993          1105°435
10160 RUSH STREET
SOUTH EL MONTE, CA 91733 Imaad Zuberi & Willa Rao          16-7039/3220
                                                                  8003
April-23-2021
                                                          DATE

Pay to the
Order of ___ Internal Revenue Service _____ | $3,005,080.11

three million five thousand eighty & 11/100 DOLLARS

United States Treasury

EAST WEST BANK
9300 Flair Drive, Suite 100 El Monte, CA 91731   US VS Imaad Zuberi

For restitution No. 19-CR-642

1105

Harland Clarke