EXHIBIT 9



Ashwin J. Ram
213 439 9443
aram@steptoe.com

633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
213 439 9400 main
www.steptoe.com

April 29, 2021

By Mail

U.S. Department of Justice
California-Central
300 North Los Angeles Street
Room #7516AA
Los Angeles, CA 90012

Re:   *United States v. Zuberi*, No. 2:19-cr-00642-VAP; 2:20-cr-00155-VAP

To Whom It May Concern:

On behalf of Imaad Shah Zuberi, I write to confirm that Mr. Zuberi has satisfied his balance of $17,455,480.11 arising out of the judgment against him in the above referenced matters. To satisfy his restitution amount of $15,705,080.11, Mr. Zuberi has sent the following checks by mail to Internal Revenue Service Special Compliance Revenue Officer Farrell Stevens at the address of 178 South Rio Grande Street, Mail Stop 5446, Salt Lake City, UT 84101

| Check Number | Account | Date | Amount |
|---|---|---|---|
| 1017 | Fountain HSBC | January 10, 2020 | $1,700,000 |
| 1005 | Atlantic OneWest | July 28, 2020 | $3,600,000 |
| 118 | ICBC Joint 4313 | August 12, 2020 | $500,000 |
| 1107 | McCulloch OneWest | November 05, 2020 | $1,700,000 |
| 1010 | Duarte Universal | January 18, 2021 | $2,500,000 |
| 1023 | Calif HSBC | April 19, 2021 | $2,700,000 |
| 1105 | Rosemead EWB | April 23, 2021 | $3,005,080.11 |
| | | Total: | **$15,705,080.11** |

U.S. Department of Justice
California-Central
April 29, 2021
Page 2

**Steptoe**

    To satisfy his fine of $1,750,000 and special assessment of $400, Mr. Zuberi sent a check of $1,750,400 by mail to the Department of Financial Services, Fiscal Section at the address of 255 East Temple Street, Room 1178, Los Angeles, CA 90012 on April 27, 2021.

    I am available at the phone number and email address below if you require anything further.

Sincerely,

By:    /s/ Ashwin J. Ram

Ashwin J. Ram
STEPTOE & JOHNSON LLP
633 West Fifth Street
Suite 1900
Los Angeles, CA 90071
Tel: (213) 439-9443
aram@steptoe.com

*Attorney for Defendant
Imaad Shah Zuberi*