David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400

Attorney for Defendant
Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF DAVID A. WARRINGTON**<br><br>*[Opposition to Government's Application for an Order Modifying Mr. Zuberi's Conditions for Release, Declaration of Ashwin J. Ram, and Declaration of Angel E. Reyes concurrently filed herewith]*<br><br>Judge: Hon. Virginia A. Phillips |

1

I, David A. Warrington, declare and state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia. I am admitted to the U.S. District Court for the Central District of California *pro hac vice*. I am Of Counsel with Kutak Rock LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Based on my review of bank statements provided to me by Mr. Zuberi, he will have $759,219.26 on his domestic bank accounts after his $1,018,000 check to the IRS for interest owned clears his bank.

3. Attached hereto as **Exhibit A** is a true and correct copy of scan I received of Mr. Zuberi's 1,018,000 check to the IRS for interest owned.

4. Based on my review of bank statements provided to me by Mr. Zuberi, as of February 1, 2021, Mr. Zuberi had approximately $558,464.54 in his domestic bank accounts.

5. Mr. Zuberi has informed me that he has continued consulting with his physicians and has decided to receive a vaccine to protect against COVID-19. Mr. Zuberi is scheduled to receive the first dose of the vaccine on May 8, 2021.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the vaccine schedule confirmation provided to me by Mr. Zuberi.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 7th day of May 2021 in Centreville, Virginia.

_____
David A. Warrington