# EXHIBIT A

Restitution in US v Imaad Zuberi No. 19-CR-642

Form 1040 Year 2012: Imaad Zuberi, SSN 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

Form 1040 Year 2013-2015: Imaad Zuberi, SSN 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 & Willa Rao, SSN 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

---

**CALIF 8 LLC**
10166 RUSH ST.
S EL MONTE, CA 917333224

90-4086/1222

1035

DATE May-06-2021

PAY TO THE ORDER OF: Internal Revenue Service    $1,018,000.-

one million and eighteen thousand    DOLLARS

HSBC

restitution  US vs Imaad Zuberi
MEMO interest  No. 19-CR-642

⑆122240861⑆:8870571951⑆ 1035

---

Imaad Zuberi
10166 Rush Street
S El Monte, CA 91733

Mr. Farvell Stevens
Revenue Officer - SW ATAT 43
178 South Rio Grande Street
m/s #5446
Salt Lake City, UT 84101