# EXHIBIT B

| Success |
| --- |
| Your two COVID-19 appointments are confirmed. |

# You're confirmed

**First dose:**
When:
Saturday, May 8, 2021 at 01:30 PM PDT

📅 Add to my calendar

What:
Moderna

Where:
1401 S. BALDWIN AVE., ARCADIA CA 91007

📍 Get directions

**Second dose:**
When:
Saturday, June 5, 2021 at 01:30 PM PDT

📅 Add to my calendar

What:
Moderna

Where:
1401 S. BALDWIN AVE., ARCADIA CA 91007

📍 Get directions

**Next steps:**
- Please check in when you arrive at the pharmacy. Bring your ID along with your medical insurance and prescription insurance cards.
- Don't forget a face covering. Wearing it throughout your visit is required.

**What to do if you are feeling sick:**
If you're experiencing COVID-19 symptoms:
- Don't go to the pharmacy.
- Contact your primary care provider for next steps.

**CVS tips for vaccine shots:**
Did you know wearing short sleeves makes getting a shot easier and faster? If you must wear long sleeves, dress in layers with the short sleeves underneath.

Review your patient fact sheet for up-to-date, vaccine-specific information about side effects, risks and more.

**Tip for your second dose:**
After your first dose we'll need you to fill out some online forms for your second visit. We'll follow up with a message link when the time is right.

**Look for our vaccine reminder emails:**
If you don't see our confirmation email, check your spam folder. Make sure you receive our reminder emails by marking us as important in your inbox.

1-800-679-9691 | Contact Us | Feedback
Terms of Use | Privacy Policy
© Copyright 1999 - 2021 CVS.com

