# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF ANGEL E. REYES**<br><br>[*Opposition to Government's Application for an Order Modifying Mr. Zuberi's Conditions for Release, Declaration of David A. Warrington, and Declaration of Ashwin J. Ram filed herewith*]<br><br>Judge: Hon. Virginia A. Phillips |

I, Angel E. Reyes, declare and state as follows:

1. I am an attorney licensed to practice law in the District of Columbia. I am an associate with Steptoe & Johnson LLP ("Steptoe"), counsel for Defendant Imaad Shah Zuberi in his appeal of the above matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. On April 27, 2021, Courtroom Deputy Daisy Rojas responded to an earlier email from me where I requested information on Mr. Zuberi's fine. Deputy Rojas directed me to contact the Court's Fiscal Department for information related to Mr. Zuberi's fine. The same day, I contacted the Fiscal Department, identified myself as one of Mr. Zuberi's counsel, and verified the address that Mr. Zuberi needed to send his $1,750,400 check for the payment of his fine. I also asked the Fiscal Section if Mr. Zuberi's fine, restitution, or special assessment incurred any interest. The Fiscal Section told me that they are unable to disclose any information about Mr. Zuberi's case to anyone else unless Mr. Zuberi expressly authorizes them to do so.

3. After Mr. Zuberi paid the sum of the fine, special assessment, and restitution, we jointly called the Fiscal Section on April 30, 2021 to inquire about any remaining interest. The Fiscal Section informed us that interest was accruing on the fine, and it may be accruing on the restitution, but we have to contact an individual named Lynn Doung to get the specific number.

4. On May 5, 2021, I attempted to contact Ms. Doung, but was able to reach her. Later that evening, the government filed its application for an order modifying Mr. Zuberi's conditions of release. The application identified IRS Revenue Agent Farrell Stevens as the proper party for inquires related to the interest owed by Mr. Zuberi.

5. On May 6, 2021, I provided this information to Mr. Zuberi's tax counsel Rob Wood, who was in regular contact with Agent Stevens. Counsel Wood informed me that Agent Stevens calculated that if Mr. Zuberi's sent a check to cover the interest and the check is received by May 11, 2021, the total interest would be $1,017,014. If

Agent Stevens received the check after May 11, 2021, the interest will add $83.59 each day.

6.      Approximately two-and-a-half-hours later, Mr. Zuberi sent me a scan of the check for $1,018,000 to the Internal Revenue Service for interest due. Mr. Zuberi advised me that his wife sent the check through Priority Mail. A true and correct copy of the scan of the check I received is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 6th day of May 2021 in Silver Spring, Maryland.

                                                    /s/ *Angel E. Reyes*
                                                    Angel E. Reyes