# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>IMAAD SHAH ZUBERI,<br><br>  Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL**<br><br>[*Notice of Motion and Motion; and Ex Parte Application to Be Heard on Shortened Time filed concurrently herewith*]<br><br>Current Date:   June 7, 2021<br>Requested Date: May 26, 2021<br>Time:          9:00 a.m.<br>Ctrm:          8A |

[PROPOSED] ORDER

# [PROPOSED] ORDER

This Court, having considered Defendant Imaad Zuberi's Motion for Release Pending Appeal, hereby GRANTS the Motion and ORDERS the following relief:

Defendant Imaad Zuberi continued release, under the current conditions of his release, pending the resolution of his appeal in consolidated appeals 21-50048 and 21-50084.

**SO ORDERED.**

Dated: _____         By: _____
                                      Honorable Virginia A. Phillips
                                      United States District Judge