David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT IMAAD ZUBERI'S NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME**<br><br>The Honorable Virginia A. Phillips<br><br>Current Hearing Date: June 7, 2021<br>Requested Hearing Date: May 26, 2021<br>Time: 9:00 AM |

*EX PARTE* APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME

# NOTICE OF *EX PARTE* APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Imaad Zuberi hereby applies to the Court for an order hearing Defendant's Motion for Release Pending Appeal on shortened time. Defendant respectfully requests that the Court set the following hearing and briefing schedule:

| | |
|---|---|
| Hearing Date: | May 26, 2021 at 9:00 a.m. |
| Opposition Due: | May 17, 2021 |
| Reply Due: | May 19, 2021 |

This application is based upon this notice, the application in support, the accompanying Declaration of David A. Warrington, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated:  May 10, 2021                Respectfully submitted,

**KUTAK ROCK LLP**

By:  /s/ *David A. Warrington*
*David A. Warrington*
*Attorney for Defendant Imaad Shah Zuberi*

# APPLICATION

Under Local Rule 6-1, this Court "may set a shorter time" to hear motions before it. As set forth in the accompanying declaration of David A. Warrington, good cause exists to hear the Defendant's Motion for Release Pending Appeal on shortened time

The interests of efficiency will be served by hearing Defendant's Motion for Release Pending Appeal on a shortened time as it will allow adequate time for a decision before Defendant reports to serve his sentence. Mr. Zuberi has been designated to FCI Leavenworth in Kansas for the service of his sentence.[1] Mr. Zuberi's bond conditions do not allow him to travel outside Orange County and Los Angeles County.[2] Because of Mr. Zuberi's designation in Kansas and his travel conditions, he would have to surrender in California and be transported approximately 1,600 miles to Kansas. This transportation, especially with the additional COVID-19 mitigation procedures instituted by the Bureau of Prisons, would likely involve weeks of travel.

Should Mr. Zuberi's Motion for Release Pending Appeal be granted after he is in custody, and likely en route to Kansas, it would unnecessarily burden the government's resources and pose logistical difficulties both for releasing Mr. Zuberi from custody. Also, if Mr. Zuberi is released within weeks of reporting in California, he will likely still be in quarantine and will have to then quarantine himself again when he returns to California after traveling across the United States with other BOP prisoners.

Further, hearing Defendant's Motion for Release Pending Appeal on a shortened time will allow adequate time for a potential appeal of this Court's decision to the Ninth Circuit without resulting in Mr. Zuberi entering custody only to be released during transport or quarantine should his motion be granted. The Ninth Circuit's briefing schedule for release pending appeal is ten days for an opposition and then seven days for reply. The current requested hearing date for Mr. Zuberi's motion in this Court is

---

[1] *See* Dkt. 99. All docket references are to the docket in No. 19-00642-VAP.

[2] Doc. 336.

1
*EX PARTE* APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME

June 7, 2021.  Even if Mr. Zuberi files his motion to the Ninth Circuit the very next day, there would only be ten days left before Mr. Zuberi's reporting date.  Mr. Zuberi seeks to avoid filing an emergency motion asking a Ninth Circuit panel to decide this issue in an extremely condensed timeline to avoid the problems cause by Mr. Zuberi reporting for his transfer to Kansas only for his release to be ordered shortly thereafter.

The government will not be prejudiced by hearing the motion on shortened time.  The government will still have a full seven days to respond as if the motion were to proceed on a normally noticed schedule.  Mr. Zuberi has raised three independent bases in his Motion for Release on Appeal that meet the required standard.  Both sides will benefit from this Court deciding Mr. Zuberi's motion before his reporting date, and allowing adequate time to brief the issue on appeal if necessary.

## CONCLUSION

For the foregoing reasons, the Court should hear the Defendant's Motion for Release Pending Appeal on a shortened time.  The motion should be heard on May 26, 2021, with the opposition due on May 17, 2021, and the reply from the Defendant due on May 19, 2021.

Dated:  May 10, 2021                    Respectfully submitted,

**KUTAK ROCK LLP**

By:    */s/ David A. Warrington*
*David A. Warrington*
*Attorney for Defendant Imaad Shah Zuberi*