David A. Warrington
*David.warrington@kutakrock.com*
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone:   (202) 828-2438
Facsimile:   (202) 828-2400

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF DAVID A. WARRINGTON IN SUPPORT OF DEFENDANT IMAAD ZUBERI'S *EX PARTE* APPLICATION FOR MOTION FOR RELEASE PENDING APPEAL TO BE HEARD ON SHORTENED TIME**<br><br>The Honorable Virginia A. Phillips<br><br>Current Hearing Date:  June 7, 2021<br>Requested Hearing Date: May 26, 2021<br>Time: 9:00 AM |

I, David A. Warrington, declare as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Virginia.  I am admitted to the U.S. District Court for the Central District of California *pro hac vice*.  I am Of Counsel with Kutak Rock LLP, counsel of record for Defendant Imaad Shah Zuberi in this matter.  I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2.      On May 10, 2021, Defendant Zuberi filed a Motion for Release Pending Appeal.

3.      Good cause exists to hear this motion on shortened time at the May 26, 2021 hearing.  Mr. Zuberi is set to report to Leavenworth, Kansas on June 18, 2021 to serve his sentence.  The conditions of his bond require him to report to the U.S. Marshals in California and be transported by the Bureau of Prisons to Leavenworth. The distance from Los Angeles, California to Leavenworth, Kansas is approximately 1,600 miles.  Hearing Mr. Zuberi's Motion for Release Pending Appeal on a shorten time schedule will allow adequate time for this Court's decision, and a potential appeal to the Ninth Circuit, if necessary, without resulting in Mr. Zuberi entering custody only to be released during transport or quarantine should his motion be granted.

4.      The government will not be prejudiced by hearing the motion on shortened time.  The government will still have a full seven days to respond as if the motion were to proceed on a normally noticed schedule.  Both sides will benefit from having the Court address Defendant's Motion to Release Pending Appeal, and allowing time to appeal if necessary.

5.      The current requested hearing date for Mr. Zuberi's motion in this Court is June 7, 2021, which is eleven days from his report date.  The Ninth Circuit's briefing schedule for release pending appeal is ten days for an opposition and then seven days for reply.

1

DECLARATION OF D. WARRINGTON IN SUPPORT OF *EX PARTE* APP. FOR MOTION TO BE HEARD ON SHORTENED TIME

6.      Prior to filing this *ex parte* application, counsel for Zuberi notified the government and asked whether they opposed the request.  The government responded that it opposes and objects to Zuberi's motion for expedited briefing and hearing on his motion for bond pending appeal.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 10th day of May 2021 in Centreville. Virginia.

David A. Warrington

DECLARATION OF D. WARRINGTON IN SUPPORT OF *EX PARTE* APP. FOR MOTION TO BE HEARD ON SHORTENED TIME