**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cr-00642-VAP |
| v. | |
| Imaad Shah Zuberi | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Imaad Shah Zuberi ☐ Plaintiff ☒ Defendant ☐ Other
*Name of Party*

to substitute David Warrington who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

901 East Byrd Street, Suite 1000,
*Street Address*

Richmond, VA 23219-4071                                   david.warrington@kutakrock.com
*City, State, Zip*                                                        *E-Mail Address*

202/828-2437                  282/828-2488                   PHV
*Telephone Number*              *Fax Number*                   *State Bar Number*

as attorney of record instead of Evan J. Davis
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

_____

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                 _____
                                          U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**