TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468
    Facsimile: (213) 894-2927
    E-mail: daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail: evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

NOTE: CHANGES MADE BY THE COURT

**CC: PSA; USM; BOP**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **LACR19-642-VAP** |
| | No. LACR20-155-VAP |
| Plaintiff, | |
| | ORDER RE BOND |
| v. | |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

1

The government's application to modify the terms and conditions of defendant's bond pending surrender is granted, and release is subject to the following additional conditions:

1. Defendant will surrender to the U.S. Marshals Service in Los Angeles before noon on June 18, 2021.

2. ~~Defendant's shall post an additional cash bond of $1 million on or before 5 p.m. on May 14, 2021;~~

3. ~~Defendant's curfew is extended to cover weekends, that is, from 5:00 p.m. on Fridays to 9:00 a.m. on Mondays;~~

4. Defendant is permitted to travel to Orange County during non-curfew hours ~~only for the purpose of visiting his mother's gravesite at the Islamic Society of Orange County, Garden Grove, California, and~~ only upon 24-hour advance notice to the U.S. Attorney's Office and the U.S. Probation Office.

Dated: May 13, 2021

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney

2