## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | **CASE NUMBER** |
| Plaintiff(s) | 2:19-cr-00642-VAP |
| v. | |
| Imaad Shah Zuberi | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s) | |

The Court hereby orders that the request of:

Imaad Shah Zuberi          ☐ Plaintiff ☒ Defendant ☐ Other

*Name of Party*

to substitute David Warrington                                              who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

901 East Byrd Street, Suite 1000,

*Street Address*

Richmond, VA 23219-4071                    david.warrington@kutakrock.com

*City, State, Zip*                              *E-Mail Address*

202/828-2437               282/828-2488               PHV

*Telephone Number*          *Fax Number*          *State Bar Number*

as attorney of record instead of Evan J. Davis

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**      ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   May 13, 2021

*Virginia A. Phillips*

U. S. District Judge