STEPTOE & JOHNSON LLP
Ashwin J. Ram (SBN 277513)
633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071
Tel. (213) 439-9400  Fax (213) 439-9599  aram@steptoe.com
Attorney for Defendant Imaad Shah Zuberi

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 20-CR-00642-VAP; 19-CR-00155-VAP |
| v. | |
| IMAAD SHAH ZUBERI | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

(Filed Under Seal with Classified Information Security Officer)

DEFENDANT'S REPLY TO GOVERNMENT'S CLASSIFIED OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[✓] Other:
Classified Filing

| May 26, 2021 | Ashwin J. Ram |
|---|---|
| Date | Attorney Name |
| | Defendant Imaad Shah Zuberi |
| | Party Represented |

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**