TRACY L. WILKISON
Acting United States Attorney
SCOTT GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
JUDITH A. HEINZ (Cal. Bar No. 176264)
Assistant United States Attorney
Senior Trial Attorney, National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383/7280
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
     E-mail:  judith.heinz@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, N.W., Suite 7700
     Washington, D.C. 20530
     Telephone: (202) 353-0176
     E-mail:    evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. LACR19-642-VAP |
|---|---|
| Plaintiff, | No. LACR20-155-VAP |
| v. | ADDENDUM TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL |
| IMAAD SHAH ZUBERI, | Hearing Date: June 7, 2021 |
| Defendant. | Time: 9:00 a.m. |
| | Courtroom: 8A |

1

1  Plaintiff United States of America, by and through its counsel
2 of record, the United States Attorney for the Central District of
3 California, hereby files an Addendum to the Government's Opposition
4 to Defendant Imaad Shah Zuberi's Motion for Release Pending Appeal.

5  This addendum to the Government's Opposition to Defendant Imaad
6 Shah Zuberi's Motion for Release Pending Appeal is intended to ensure
7 a correct and complete public record and is based upon the attached
8 Memorandum of Points and Authorities, and the files and records in
9 this case.

Dated: June 4, 2021                 Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    BRANDON D. FOX
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         /s/
                                    DANIEL J. O'BRIEN
                                    Assistant United States Attorney


                                         /s/
                                    ELISA FERNANDEZ
                                    Assistant United States Attorney


                                         /s/
                                    JUDITH A. HEINZ
                                    Senior Trial Attorney


                                         /s/
                                    EVAN N. TURGEON
                                    Trial Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**ADDENDUM TO THE GOVERNMENT'S OPPOSITION**
**TO DEFENDANT'S MOTION FOR RELEASE PENDING APPEAL**

In order to ensure a correct and complete public record, the government hereby notes the following:

As to the pending defense motion seeking bond pending appeal, defendant initially argued that the government impermissibly sought the application of a two-level adjustment for obstruction of justice based on a theory contradicted by the facts.  (Dkt 368 at 23.)[1]  On May 24, 2021, defendant filed a reply where under the header "The government's factual position regarding obstruction was contradictory," defendant stated that he would submit a reply under seal.  (Dkt 380 at 12.)

In a separate under seal filing, the defense acknowledges that the entire record "shows the government did not affirmatively argue a position it knew to be false on the e-mail deletion issue."  (Def. May 25, 2021 Reply, at 6.)  The defendant went on to concede that "the Court need not further consider – at this time – Zuberi's . . . proffer regarding the email deletion sub-issue (*see* Mot. 21-23) in support of the motion for bond pending appeal."  (*Id*. at 7.)  Accordingly, the public record should reflect that in connection with the pending motion for bond pending appeal defendant has abandoned his claim that the government made factually incorrect or misleading statements regarding the destruction of emails as a basis for applying an obstruction of justice adjustment under U.S.S.G. § 3C1.1.

---

[1] References to "Dkt" are to the docket in CR 19-642-VAP.