1  **DHILLON LAW GROUP**
   David A. Warrington
2  Dwarrington@dhillonlaw.com
3  177 Post Street, Suite 700
   San Francisco, CA  94108
4  Telephone: (703) 328-5369
5  Facsimile: (415) 520-6593
   *Attorney for Defendant Imaad Shah Zuberi*
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
   UNITED STATES OF AMERICA,        Case No.: 2:19-cr-00642-VAP
10                                         No.: 2:20-cr-00155-VAP
11          Plaintiff,
                                    **DEFENDANT'S NOTICE OF
12      v.                          NINTH CIRCUIT STAY OF
                                    REPORT DATE**
13 IMAAD SHAH ZUBERI,

14          Defendant.

# NOTICE OF NINTH CIRCUIT STAY OF REPORT DATE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on June 10, 2021, Defendant Imaad Shah Zuberi's report date of June 18, 2021 was temporarily stayed by the United States Court of Appeals for the Ninth Circuit, pending the Ninth Circuit's ruling on Mr. Zuberi Motion to Continue Release Pending Appeal.

A copy of the Ninth Circuit's docket, reflecting the Ninth Circuit's June 10, 2021 clerk text order, is attached as Ex. A.  Docket entry 20 states:

| | | |
|---|---|---|
| 06/10/2021 | 20 | Filed text clerk order. Received motion for bail under FRAP 9(b). Ninth Circuit Rule 9-1.2(e) applies. If appellant is currently on bail, that bail remains in effect until the Court rules on the motion. [12141051] [21-50048, 21-50084] (WL) [Entered: 06/10/2021 04:08 PM] |

\*   \*   \*

Ninth Circuit Rule 9-1.2, governing Release Pending Appeal, provides in relevant part: "(e)  If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion."

"The operation of the rule .. is automatic and provides an appellant, who is still released, whether on bond or on his own recognizance, with an automatic stay of surrender upon the filing in this court of a motion for bail pending appeal." *United States v. Fuentes*, 946 F.2d 621, 622 (9th Cir. 1991); *accord United States v. Nix*, No. 18-30242, Order, Dkt. 6 (9th Cir. filed Jan. 3, 2019) (copy attached as Ex. B).

On June 9, 2021, Defendant Zuberi filed his Motion to Continue Release Pending Appeal in the U.S. Court of Appeals for the Ninth Circuit.  *See* Ex. A, Dkt. 18.  His motion noted that he was on release on bail at the time of the motion.  (A copy of page 1 of Zuberi's motion is attached as Ex. C).

1

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR
RELEASE PENDING APPEAL

DOC. # DC-19632487 V.1 6/22/21 01:11 PM

Accordingly, on June 10, 2021, the Clerk of the Court of Appeals entered the above-quoted text order, providing that Zuberi's "bail remains in effect until the Court rules on the motion."

Zuberi, through counsel, gave notice to the government of the effect of Ninth Circuit Rule 9.1-2(e) in his June 9, 2021 motion. *See* Ex. C.

On June 9, 2021, counsel notified Zuberi's Probation Officer by email of the filing of the motion, and the effect of Ninth Circuit Rule 9-1.2(e) in staying Zuberi's report date. On June 11, 2021, counsel notified the Probation Office by email, and the U.S. Marshals Service by telephone, of the Ninth Circuit's issuance of its June 10 text order staying Zuberi's surrender date. A copy of counsel's e-mail chain to the Probation Officer, attaching the Ninth Circuit's docket containing the text order, is attached as Ex. D.

Dated: June 22, 2021

Respectfully submitted,

**DHILLON LAW GROUP**

By: *David A. Warrington*
David A. Warrington

*Counsel for Defendant
Imaad Shah Zuberi*

2
DEFENDANT'S NOTICE OF MOTION AND MOTION FOR
RELEASE PENDING APPEAL