# Exhibit A

Docket, *United States v. Zuberi*, Nos. 21-50048, 21-50084 (U.S. Court of Appeals for the Ninth Circuit)

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 21-50048<br>USA v. Imaad Zuberi<br>**Appeal From:** U.S. District Court for Central California, Los Angeles<br>**Fee Status:** Paid | **Docketed:** 03/05/2021 |

**Case Type Information:**
1) criminal
2) Direct Criminal
3) null

**Originating Court Information:**
**District:** 0973-2 : 2:19-cr-00642-VAP-1
**Court Reporter:** Miranda Algorri, Court Reporter
**Court Reporter:** Alberto V. Ortiz, Court Reporter Supervisor
**Court Reporter:** Myra Leonor Ponce
**Trial Judge:** Virginia A. Phillips, Chief District Judge
**Date Filed:** 10/22/2019

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 02/23/2021 | 02/24/2021 | 03/04/2021 | 03/04/2021 |

**Prior Cases:**
None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | 21-50048 | 21-50084 | 04/08/2021 | |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee, | Daniel James O'Brien, Esquire, Assistant U.S. Attorney<br>Direct: 213-894-2468<br>Email: daniel.obrien@usdoj.gov<br>Fax: 213-894-6269<br>[COR LD NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Bram M. Alden<br>Direct: 213-894-3898<br>Email: usacac.crimappeals@usdoj.gov<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Elisa Fernandez, Assistant U.S. Attorney<br>Direct: 213-894-7383<br>Email: elisa.fernandez@usdoj.gov<br>Fax: 213-894-6436<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>13th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Judith Heinz<br>Direct: 213-894-7280<br>Email: judith.heinz@usdoj.gov<br>Fax: 213-894-6436<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>13th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012 |

Evan Turgeon, Trial Attorney
Direct: 202-353-0176
Email: evan.turgeon@usdoj.gov
[COR NTC Government]
DOJ - U.S. Department of Justice
Office of the Solicitor General
Suite 7700
950 Pennsylvania Avenue, NW
Washington, DC 20530

v.

IMAAD SHAH ZUBERI
    Defendant - Appellant,

Ashwin J. Ram, Esquire
Direct: 213-439-9443
Email: aram@steptoe.com
[COR LD NTC Retained]
Steptoe & Johnson LLP
633 West Fifth Street
Suite1900
Los Angeles, CA 90071

Bruce C. Bishop, Esquire
Direct: 202-429-6747
Email: bbishop@steptoe.com
[COR NTC Retained]
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Robert Eatinger
Direct: 703-774-4148
Email: reatinger@eatingerlaw.com
[COR NTC Retained]
Robert J. Eatinger, Jr., PLLC
12190 Abington Hall Place
Unit 208
Reston, VA 20190

Angel E. Reyes
Direct: 773-241-9698
Email: areyes@steptoe.com
[COR NTC Retained]
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

David Warrington
Direct: 415-433-1700
Email: dwarrington@dhillonlaw.com
[COR NTC Retained]
Dhillon Law Group, Inc.
177 Post Street
Suite 700
San Francisco, CA 94108

| UNITED STATES OF AMERICA, |
|---|
| Plaintiff - Appellee, |
| v. |
| IMAAD SHAH ZUBERI, |
| Defendant - Appellant. |

| Date | # | Description |
|---|---|---|
| 03/05/2021 | 1<br>28 pg, 885.24 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. Reporters Transcript required: Yes. Sentence imposed: 144 Months. Transcript ordered by 03/25/2021. Transcript due 04/26/2021. Appellant briefs and excerpts due by 06/03/2021 for Imaad Shah Zuberi. Appellee brief due 07/06/2021 for United States of America. Appellant's optional reply brief is due 21 days after service of the answering brief. [12025693] (MAP) [Entered: 03/05/2021 10:33 AM] |
| 03/08/2021 | 2 | Filed (ECF) notice of appearance of Robert Joseph Eatinger Jr. (Robert J. Eatinger Jr., PLLC, 12190 Abington Hall Place, Unit 208, Reston, VA 20190-5819) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12027703] [21-50048] (Eatinger, Robert) [Entered: 03/08/2021 01:15 PM] |
| 03/08/2021 | 3 | Added Attorney(s) Robert Eatinger for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12027783] (DJV) [Entered: 03/08/2021 01:48 PM] |
| 03/08/2021 | 4 | Filed (ECF) notice of appearance of Bruce Charles Bishop (Steptoe & Johnson LLP, 1330 Connecticut Ave. N.W., Washington, D.C. 20036) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12028308] [21-50048] (Bishop, Bruce) [Entered: 03/08/2021 04:31 PM] |
| 03/08/2021 | 5 | Added Attorney(s) Bruce C. Bishop for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12028313] (QDL) [Entered: 03/08/2021 04:32 PM] |
| 03/08/2021 | 6 | Filed (ECF) notice of appearance of Angel Edelberto Reyes (Steptoe & Johnson LLP, 1330 Connecticut Ave NW, Washington, DC 20036) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12028362] [21-50048] (Reyes, Angel) [Entered: 03/08/2021 04:48 PM] |
| 03/08/2021 | 7 | Added Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12028384] (QDL) [Entered: 03/08/2021 04:55 PM] |
| 03/10/2021 | 8 | Filed (ECF) notice of appearance of Evan Nathaniel Turgeon (U.S. Department of Justice, National Security Division, 950 Pennsylvania Ave., NW, Ste. 7700, Washington, DC 20530) for Appellee USA. Date of service: 03/10/2021. (Party was previously proceeding with counsel.) [12030753] [21-50048] (Turgeon, Evan) [Entered: 03/10/2021 11:03 AM] |
| 03/11/2021 | 9 | Added Attorney(s) Evan Turgeon for party(s) Appellee USA, in case 21-50048. [12031961] (JFF) [Entered: 03/11/2021 09:51 AM] |
| 03/29/2021 | 10 | Filed (ECF) notice of appearance of David A. Warrington (Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmond, Virginia 23219-4071) for Appellant Imaad Shah Zuberi. Date of service: 03/29/2021. (Party was previously proceeding with counsel.) [12056718] [21-50048] (Warrington, David) [Entered: 03/29/2021 01:59 PM] |
| 03/29/2021 | 11 | Added Attorney(s) David Warrington for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12056726] (JFF) [Entered: 03/29/2021 02:02 PM] |
| 04/08/2021 | 12<br>1 pg, 98.26 KB | Filed clerk order (Deputy Clerk: KH): The court sua sponte consolidates Appeal Nos. 21-50048 and 21-50084. The existing briefing schedule in Appeal No. 21-50084 will govern these consolidated appeals. [12068522] [21-50048, 21-50084] (OC) [Entered: 04/08/2021 03:50 PM] |
| 04/26/2021 | 13 | Filed (ECF) notice of appearance of Robert Joseph Eatinger, Jr. (Robert J. Eatinger, Jr., PLLC, 12190 Abington Hall Place Unit 208, Reston, VA 20190-5819) for Appellant Imaad Shah Zuberi in 21-50084, 21-50048. Date of service: 04/26/2021. (Party was previously proceeding with counsel.) [12087145] [21-50084, 21-50048] (Eatinger, Robert) [Entered: 04/26/2021 03:38 PM] |
| 04/26/2021 | 14 | Filed (ECF) notice of appearance of Bruce Charles Bishop (Steptoe & Johnson LLP, 1330 Connecticut Ave. N.W., Washington, D.C. 20036) for Appellant Imaad Shah Zuberi. Date of service: 04/26/2021. (Party was previously proceeding with counsel.) [12087091] [21-50084] --[COURT UPDATE: Spread to case 21-50048. 4/26/2021 by TYL] (Bishop, Bruce) [Entered: 04/26/2021 03:19 PM] |
| 04/26/2021 | 15 | Added Attorney(s) Bruce C. Bishop for party(s) Appellant Imaad Shah Zuberi. [12087377] [21-50084, 21-50048] (RL) [Entered: 04/26/2021 04:42 PM] |
| 04/27/2021 | 16 | Filed (ECF) notice of appearance of Angel Edelberto Reyes (Steptoe & Johnson LLP, 1330 Connecticut Ave N.W., Washington, DC 20036) for Appellant Imaad Shah Zuberi in 21-50084, 21-50048. Date of service: 04/27/2021. (Party was previously proceeding with counsel.) [12087618] [21-50084, 21-50048] (Reyes, Angel) [Entered: 04/27/2021 05:22 AM] |
| 04/27/2021 | 17 | Added Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50084 Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12088111] [21-50048, 21-50084] (JFF) [Entered: 04/27/2021 10:16 AM] |
| 06/09/2021 | 18<br>370 pg, 12.9 MB | Filed (ECF) Appellant Imaad Shah Zuberi in 21-50048 Motion for bail pending Appeal. Date of service: 06/09/2021. [12138868] [21-50048, 21-50084]--[COURT UPDATE: Attached motion and declaration. |

| Date | # | Description |
|---|---|---|
| | | 06/09/2021 by SLM]--[COURT UPDATE: Removed duplicate declaration. 06/09/2021 by SLM] (Warrington, David) [Entered: 06/09/2021 12:05 PM] |
| 06/09/2021 | 19 | COURT DELETED INCORRECT ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [18]. Original Text: Filed (ECF) Appellant Imaad Shah Zuberi in 21-50048 Motion for bail pending Appeal. Date of service: 06/09/2021. [12139055] [21-50048, 21-50084] (Warrington, David) [Entered: 06/09/2021 01:44 PM] |
| 06/10/2021 | 20 | Filed text clerk order. Received motion for bail under FRAP 9(b). Ninth Circuit Rule 9-1.2(e) applies. If appellant is currently on bail, that bail remains in effect until the Court rules on the motion. [12141051] [21-50048, 21-50084] (WL) [Entered: 06/10/2021 04:08 PM] |
| 06/14/2021 | 21 246 pg, 11.46 MB | Filed (ECF) Appellee USA in 21-50048, 21-50084 response opposing motion ([18] Motion (ECF Filing), [18] Motion (ECF Filing) motion for bail pending appeal or trial). Date of service: 06/14/2021. [12143898] [21-50048, 21-50084] (O'Brien, Daniel) [Entered: 06/14/2021 05:59 PM] |
| 06/21/2021 | 22 117 pg, 2.66 MB | Filed (ECF) Appellant Imaad Shah Zuberi in 21-50084, 21-50048 reply to response (). Date of service: 06/21/2021. [12150057] [21-50084, 21-50048] (Warrington, David) [Entered: 06/21/2021 06:26 PM] |