# Exhibit B

*United States v. Nix*, No. 18-30242, Order, Dkt. 6 (9th Cir. filed Jan. 3, 2019)



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 18-30242 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:17-cr-00105-RSL-1 |
| v. | Western District of Washington, Seattle |
| DANIEL A. NIX, | ORDER |
| Defendant-Appellant. | |

Before: THOMAS, Chief Judge, and GOULD, Circuit Judge.

Appellant's "emergency motion for stay of surrender date," submitted at Docket Entry No. 5, shall be provisionally filed as a motion for bail pending appeal ("Bail Motion") pursuant to Federal Rule of Appellate Procedure 9(b). Accordingly, the provisions of Ninth Circuit Local Rule 9-1.2, including the stay of surrender date, shall apply. *See, e.g.,* 9th Cir. L.R. 9-1.2(e) ("If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion.").

Appellant's request to proceed without counsel remains pending.

Appellee's response to the Bail Motion is stayed pending further court order. The briefing schedule is stayed pending further order of the court.

MBI/MOATT