# Exhibit C

*United States v. Zuberi*, Nos. 21-50048, 21-50084, Defendant-Appellant Zuberi's Motion to Continue Release on Appeal, page 1 (9th Cir. filed June 9, 2021)

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Appellee, )<br>)<br>v. )<br>)<br>IMAAD SHAH ZUBERI, )<br>)<br>Defendant-Appellant )<br>) | Appeal No. 21-50048<br>Appeal No. 21-50084 |

## DEFENDANT-APPELLANT ZUBERI'S MOTION
## TO CONTINUE RELEASE PENDING APPEAL

David A. Warrington
KUTAK ROCK LLP
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219
Telephone: (202) 828-2438
Facsimile: (202) 828-2400
David.warrington@kutakrock.com

*Counsel for Defendant-Appellant
Imaad Shah Zuberi*

Defendant-Appellant Imaad Shah Zuberi respectfully moves to continue his release pending appeal under 18 U.S.C. § 3143(b)(1), Federal Rule of Appellate Procedure 9(b), and Circuit Rule 9-1.2. The government opposes the motion.

Zuberi is currently free on bail. Circuit Rule 9.1-2(e) continues that release pending this Court's disposition of the current motion. *See United States v. Fuentes*, 946 F.2d 621, 622 (9th Cir. 1991).

**1. Conviction, Sentence, and Report Status:** Zuberi pled guilty to one count each of violation of the Foreign Agents Registration Act; Tax Evasion; Illegal Campaign Contributions, and Obstruction of Justice. He was sentenced principally to 144 months' imprisonment on February 18, 2021.[1] Zuberi is on release on $3 million bail.[2] His report date is June 18, 2021.

**2. District Court Statement of Reasons:** On June 7, 2021, the district court denied release pending appeal based solely on its conclusion that Zuberi had not shown a substantial question for appeal. (Bond Tr. 9) (Ex. 2). Because of that conclusion, the court did not rule on flight or safety risk. *Id.* at 9-10. The court previously granted or continued release pending sentencing or reporting (which likewise depends on finding no flight or safety risk, § 3143(b)(1)) nine times.[3]

---

[1] *United States v. Zuberi*, Nos. 19-642-VAP, 20-155-VAP (Judgment attached as Ex. 1). Unless otherwise noted, all "R.__" citations herein are to No. 19-cr-642-VAP.

[2] R.336 (bond order entered Mar. 2, 2021) (Ex. 8).

[3] *See* R.12 (initial appearance); R.20 (modification to cash bond); R.35 & Plea Hrg. Tr. 41 (R.36) (Ex. 5) (plea to CDCA charges); R.70 at 6-12 & R.75, No. 20-155-VAP (initial appearance on SDNY charge); Plea Hrg. Tr. 29 (R.31, No. 20-155-VAP) (Ex. 6) (plea to SDNY charge); Sent. Tr. 63-64 (R.337, Ex. 7) (ordering self-reporting); Ex. 8 (post-sentence modification of conditions); R.364 (Ex. 9) (extending report date and modifying conditions); R.373 (Ex. 10) (granting in part