# Exhibit D

E-mail chain from Angel Reyes, Esq., to U.S.P.O. Joey Trabucco, June 10-11, 2021, with attached U.S. Court of Appeals docket

| | |
|---|---|
| **From:** | Reyes, Angel |
| **To:** | Joey Trabucco |
| **Cc:** | Ram, Ashwin; Bishop, Bruce; "Warrington, David A."; "Robert Eatinger"; tscott@ssmsjustice.com; Reyes, Angel |
| **Subject:** | RE: Imaad Zuberi-Surrender Date Stayed |
| **Date:** | Friday, June 11, 2021 2:22:22 PM |
| **Attachments:** | 21-50048 Docket-c2.pdf |

USPO Trabucco,

The Ninth Circuit issued a text order confirming that Mr. Zuberi's surrender date has been stayed pending the Court's ruling on his release pending appeal motion. I have also confirmed this with Ms. Shaton McDaniel at the U.S. Marshals Service.

The order is in the attached (*see* Docket Entry 20).

Please reach out to me if you have any questions. Thank you.

Angel

---

**From:** Reyes, Angel
**Sent:** Wednesday, June 9, 2021 8:51 PM
**To:** Joey Trabucco <Christopher_Trabucco@cacp.uscourts.gov>
**Cc:** Ram, Ashwin <aram@Steptoe.com>; Bishop, Bruce <BBishop@steptoe.com>; 'Warrington, David A.' <David.Warrington@KutakRock.com>; 'Robert Eatinger' <reatinger@eatingerlaw.com>; tscott@ssmsjustice.com; Reyes, Angel <areyes@Steptoe.com>
**Subject:** Imaad Zuberi-Surrender Date Stayed

USPO Trabucco,

Please see Mr. Zuberi's motion that was filed today for his continued release pending appeal. As you may know, this filing automatically triggers Circuit Court Rule 9-1.2, which provides that: "If the appellant is on bail at the time the motion is filed in this Court, that bail will remain in effect until the Court rules on the motion." This means Mr. Zuberi's surrender date will be stayed/delayed pending a ruling from the Ninth Circuit.

We will forward you any confirmation we receive from the Ninth Circuit and/or the U.S. Marshals. Please let me know if you have any questions. Thank you.

Angel

**Angel Edelberto Reyes**
Associate
areyes@Steptoe.com
Pronouns: he/him/his



+1 202 999 8122 cell
+1 202 429 8174 direct
+1 202 429 3902 fax

Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
[www.steptoe.com](www.steptoe.com)

This message and any attached documents contain information from the law firm Steptoe & Johnson LLP that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# General Docket
## United States Court of Appeals for the Ninth Circuit

**Court of Appeals Docket #:** 21-50048  **Docketed:** 03/05/2021
USA v. Imaad Zuberi
**Appeal From:** U.S. District Court for Central California, Los Angeles
**Fee Status:** Paid

**Case Type Information:**
   **1)** criminal
   **2)** Direct Criminal
   **3)** null

**Originating Court Information:**
   **District:** 0973-2 : 2:19-cr-00642-VAP-1
   **Court Reporter:** Miranda Algorri, Court Reporter
   **Court Reporter:** Alberto V. Ortiz, Court Reporter Supervisor
   **Court Reporter:** Myra Leonor Ponce
   **Trial Judge:** Virginia A. Phillips, Chief District Judge
   **Date Filed:** 10/22/2019
   | **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
   | 02/23/2021 | 02/24/2021 | 03/04/2021 | 03/04/2021 |

**Prior Cases:**
   None

**Current Cases:**
|  | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | 21-50048 | 21-50084 | 04/08/2021 | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee, | Daniel James O'Brien, Esquire, Assistant U.S. Attorney<br>Direct: 213-894-2468<br>Email: daniel.obrien@usdoj.gov<br>Fax: 213-894-6269<br>[COR LD NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Bram M. Alden<br>Direct: 213-894-3898<br>Email: usacac.crimappeals@usdoj.gov<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Elisa Fernandez, Assistant U.S. Attorney<br>Direct: 213-894-7383<br>Email: elisa.fernandez@usdoj.gov<br>Fax: 213-894-6436<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>13th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012<br><br>Judith Heinz<br>Direct: 213-894-7280<br>Email: judith.heinz@usdoj.gov<br>Fax: 213-894-6436<br>[COR NTC Assist US Attorney]<br>DOJ - Office of the U.S. Attorney<br>13th Floor<br>312 North Spring Street<br>Los Angeles, CA 90012 |

|  |  |
|---|---|
|  | Evan Turgeon, Trial Attorney<br>Direct: 202-353-0176<br>Email: evan.turgeon@usdoj.gov<br>[COR NTC Government]<br>DOJ - U.S. Department of Justice<br>Office of the Solicitor General<br>Suite 7700<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| v. |  |
| IMAAD SHAH ZUBERI<br>      Defendant - Appellant, | Ashwin J. Ram, Esquire<br>Direct: 213-439-9443<br>Email: aram@steptoe.com<br>[COR LD NTC Retained]<br>Steptoe & Johnson LLP<br>633 West Fifth Street<br>Suite1900<br>Los Angeles, CA 90071<br><br>Bruce C. Bishop, Esquire<br>Direct: 202-429-6747<br>Email: bbishop@steptoe.com<br>[COR NTC Retained]<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>Robert Eatinger<br>Direct: 703-774-4148<br>Email: reatinger@eatingerlaw.com<br>[COR NTC Retained]<br>Robert J. Eatinger, Jr., PLLC<br>12190 Abington Hall Place<br>Unit 208<br>Reston, VA 20190<br><br>Angel E. Reyes<br>Direct: 773-241-9698<br>Email: areyes@steptoe.com<br>[COR NTC Retained]<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br><br>David Warrington<br>Direct: 202-828-2437<br>Email: david.warrington@kutakrock.com<br>Fax: 202-828-2488<br>[COR NTC Retained]<br>Kutak Rock LLP<br>Suite 1000<br>901 East Byrd Street<br>Richmond, VA 23219-4071 |

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

IMAAD SHAH ZUBERI,

        Defendant - Appellant.

| | | | |
|---|---|---|---|
| 03/05/2021 | ☐ | 1<br>28 pg, 885.24 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL. Reporters Transcript required: Yes. Sentence imposed: 144 Months. Transcript ordered by 03/25/2021. Transcript due 04/26/2021. Appellant briefs and excerpts due by 06/03/2021 for Imaad Shah Zuberi. Appellee brief due 07/06/2021 for United States of America. Appellant's optional reply brief is due 21 days after service of the answering brief. [12025693] (MAP) [Entered: 03/05/2021 10:33 AM] |
| 03/08/2021 | ☐ | 2 | Filed (ECF) notice of appearance of Robert Joseph Eatinger Jr. (Robert J. Eatinger Jr., PLLC, 12190 Abington Hall Place, Unit 208, Reston, VA 20190-5819) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12027703] [21-50048] (Eatinger, Robert) [Entered: 03/08/2021 01:15 PM] |
| 03/08/2021 | ☐ | 3 | Added Attorney(s) Robert Eatinger for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12027783] (DJV) [Entered: 03/08/2021 01:48 PM] |
| 03/08/2021 | ☐ | 4 | Filed (ECF) notice of appearance of Bruce Charles Bishop (Steptoe & Johnson LLP, 1330 Connecticut Ave. N.W., Washington, D.C. 20036) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12028308] [21-50048] (Bishop, Bruce) [Entered: 03/08/2021 04:31 PM] |
| 03/08/2021 | ☐ | 5 | Added Attorney(s) Bruce C. Bishop for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12028313] (QDL) [Entered: 03/08/2021 04:32 PM] |
| 03/08/2021 | ☐ | 6 | Filed (ECF) notice of appearance of Angel Edelberto Reyes (Steptoe & Johnson LLP, 1330 Connecticut Ave NW, Washington, DC 20036) for Appellant Imaad Shah Zuberi. Date of service: 03/08/2021. (Party was previously proceeding with counsel.) [12028362] [21-50048] (Reyes, Angel) [Entered: 03/08/2021 04:48 PM] |
| 03/08/2021 | ☐ | 7 | Added Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12028384] (QDL) [Entered: 03/08/2021 04:55 PM] |
| 03/10/2021 | ☐ | 8 | Filed (ECF) notice of appearance of Evan Nathaniel Turgeon (U.S. Department of Justice, National Security Division, 950 Pennsylvania Ave., NW, Ste. 7700, Washington, DC 20530) for Appellee USA. Date of service: 03/10/2021. (Party was previously proceeding with counsel.) [12030753] [21-50048] (Turgeon, Evan) [Entered: 03/10/2021 11:03 AM] |
| 03/11/2021 | ☐ | 9 | Added Attorney(s) Evan Turgeon for party(s) Appellee USA, in case 21-50048. [12031961] (JFF) [Entered: 03/11/2021 09:51 AM] |
| 03/29/2021 | ☐ | 10 | Filed (ECF) notice of appearance of David A. Warrington (Kutak Rock LLP, 901 East Byrd Street, Suite 1000, Richmond, Virginia 23219-4071) for Appellant Imaad Shah Zuberi. Date of service: 03/29/2021. (Party was previously proceeding with counsel.) [12056718] [21-50048] (Warrington, David) [Entered: 03/29/2021 01:59 PM] |
| 03/29/2021 | ☐ | 11 | Added Attorney(s) David Warrington for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12056726] (JFF) [Entered: 03/29/2021 02:02 PM] |
| 04/08/2021 | ☐ | 12<br>1 pg, 98.26 KB | Filed clerk order (Deputy Clerk: KH): The court sua sponte consolidates Appeal Nos. 21-50048 and 21-50084. The existing briefing schedule in Appeal No. 21-50084 will govern these consolidated appeals. [12068522] [21-50048, 21-50084] (OC) [Entered: 04/08/2021 03:50 PM] |
| 04/26/2021 | ☐ | 13 | Filed (ECF) notice of appearance of Robert Joseph Eatinger, Jr. (Robert J. Eatinger, Jr., PLLC, 12190 Abington Hall Place Unit 208, Reston, VA 20190-5819) for Appellant Imaad Shah Zuberi in 21-50084, 21-50048. Date of service: 04/26/2021. (Party was previously proceeding with counsel.) [12087145] [21-50084, 21-50048] (Eatinger, Robert) [Entered: 04/26/2021 03:38 PM] |
| 04/26/2021 | ☐ | 14 | Filed (ECF) notice of appearance of Bruce Charles Bishop (Steptoe & Johnson LLP, 1330 Connecticut Ave. N.W., Washington, D.C. 20036) for Appellant Imaad Shah Zuberi. Date of service: 04/26/2021. (Party was previously proceeding with counsel.) [12087091] [21-50084] --[COURT UPDATE: Spread to case 21-50048. 4/26/2021 by TYL] (Bishop, Bruce) [Entered: 04/26/2021 03:19 PM] |
| 04/26/2021 | ☐ | 15 | Added Attorney(s) Bruce C. Bishop for party(s) Appellant Imaad Shah Zuberi. [12087377] [21-50084, 21-50048] (RL) [Entered: 04/26/2021 04:42 PM] |
| 04/27/2021 | ☐ | 16 | Filed (ECF) notice of appearance of Angel Edelberto Reyes (Steptoe & Johnson LLP, 1330 Connecticut Ave N.W., Washington, DC 20036) for Appellant Imaad Shah Zuberi in 21-50084, 21-50048. Date of service: 04/27/2021. (Party was previously proceeding with counsel.) [12087618] [21-50084, 21-50048] (Reyes, Angel) [Entered: 04/27/2021 05:22 AM] |
| 04/27/2021 | ☐ | 17 | Added Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50084 Attorney(s) Angel E. Reyes for party(s) Appellant Imaad Shah Zuberi, in case 21-50048. [12088111] [21-50048, 21-50084] (JFF) [Entered: 04/27/2021 10:16 AM] |

| | | | |
|---|---|---|---|
| 06/09/2021 | ☐ | 18<br>370 pg, 12.9 MB | Filed (ECF) Appellant Imaad Shah Zuberi in 21-50048 Motion for bail pending Appeal. Date of service: 06/09/2021. [12138868] [21-50048, 21-50084]--[COURT UPDATE: Attached motion and declaration. 06/09/2021 by SLM]--[COURT UPDATE: Removed duplicate declaration. 06/09/2021 by SLM] (Warrington, David) [Entered: 06/09/2021 12:05 PM] |
| 06/09/2021 | ☐ | 19 | COURT DELETED INCORRECT ENTRY. Notice about deletion sent to case participants registered for electronic filing. Correct Entry: [18]. Original Text: Filed (ECF) Appellant Imaad Shah Zuberi in 21-50048 Motion for bail pending Appeal. Date of service: 06/09/2021. [12139055] [21-50048, 21-50084] (Warrington, David) [Entered: 06/09/2021 01:44 PM] |
| 06/10/2021 | ☐ | 20 | Filed text clerk order. Received motion for bail under FRAP 9(b). Ninth Circuit Rule 9-1.2(e) applies. If appellant is currently on bail, that bail remains in effect until the Court rules on the motion. [12141051] [21-50048, 21-50084] (WL) [Entered: 06/10/2021 04:08 PM] |