UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | LACR 19-00642-VAP ✓<br>LACR 20-00155-VAP | Date | June 29, 2021 |
|---|---|---|---|

Title  *United States of America v. Imaad Shah Zuberi*

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**    MINUTE ORDER SETTING SURRENDER DATE  (IN CHAMBERS)

In light of the Ninth Circuit's Order denying Defendant's motion for bail pending appeal, issued June 29, 2021, the Court ORDERS Defendant Imaad Shah Zuberi to surrender himself to the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012 **on or before 10:00 a.m. on June 30, 2021.**

**IT IS SO ORDERED.**

CC: PSA-USPO; USM; BOP