# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | Case No.: 2:19-cr-00642-VAP<br>      No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF SHAUN S. DANESHRAD, MD, FACC**<br><br>Judge: Hon. Virginia A. Phillips |

## DECLARATION OF SHAUN S. DANESHRAD, MD, FACC

I, Shaun S. Daneshrad, MD, FACC, declare as follows:

1.    I am Imaad Shah Zuberi's primary physician. I write this declaration to detail my conclusions and concerns after evaluating Mr. Zuberi today post his recent hospitalization at Arcadia Methodist Hospital.

2.    To evaluate Mr. Zuberi's condition, I used videoconference. I also reviewed the hospital discharge notes and additional information provided by Dr.

Purvi Patel, one of the physicians who treated Mr. Zuberi while he was hospitalized.[1]

3. When I saw Mr. Zuberi today, I immediately noticed, and became very concerned, that he has lost a substantial amount of weight.

4. I understand that Mr. Zuberi went into a diabetic hyperosmotic state on June 16, 2021, and required hospitalization. He continued to suffer health events, including seizures and respiratory failure, requiring machinal ventilation for four days. He was ultimately discharged nine days later on June 25, 2021. His then-treating physician recommended Mr. Zuberi follow up with me and a neurologist within one week and to stay off of work for ten days.

5. Given Mr. Zuberi's history of serious health conditions that include diabetes, kidney disease, and heart rhythm problems, the sudden and drastic change to his weight in such a short time period, along with his seizures and respiratory failure, causes me great concern about his current health condition. He was discharged on limited medication for diabetes, which concerns me on the risk of suffering from recurring diabetic hyperosmotic state, requiring a similar chain of events as noted above.

6. In this light, he will need evaluation by his endocrinologist to determine the need for a more aggressive medication treatment such as twice daily insulin administration based on the endocrinologist's recommendation.

7. Extensive testing is required to determine the connection between Mr. Zuberi's seizures, respiratory failure, and significant weight loss. This testing is

---

[1] I understand that Mr. Zuberi was treated by several doctors during his hospitalization. For this reason, and because I am the most familiar with Mr. Zuberi's health, I volunteered to provide this declaration after reviewing the relevant records and examining Mr. Zuberi.

necessary so Mr. Zuberi can receive the proper treatment that would prevent him from falling into another diabetic hyperosmotic coma.

8. The testing requires consultation with Mr. Zuberi's neurologist and endocrinologist, and medical imaging as well as further blood test. He will possibly need more intensive treatment and medication to prevent hospitalization again. Moving forward without this evaluation/treatment, poses a serious risk that Mr. Zuberi will suffer future health complications while he is already in a weakened state.

9. Mr. Zuberi has been recommended to undergo an MRI scan and to consult with his neurologist. I understand that Mr. Zuberi may have been able to schedule an MRI scan at the hospital, but will be seeing his neurologist instead to receive a more comprehensive level of care.

10. I also understand that Mr. Zuberi is set to report to serve his prison sentence tomorrow at 10:00 am, and he will be transferred through a multiday bus trip to a facility in Leavenworth, Kansas.

11. As a medical matter, I cannot conclude whether it is safe for Mr. Zuberi to embark on this multiday trip to Kansas in an uncontrolled environment before receiving the proper testing and necessary changes to his medication or further medical intervention to prevent him from going into a diabetic hyperosmotic state while en route to Kansas.

12. The medically necessary testing and consultations will require approximately two weeks to complete, assuming no discovery of another major health condition, which is possible given the seizures.

13. Further, upon seeing Mr. Zuberi this evening, I do not believe he is in sufficient health to go on a multiday bus trip. He is clearly still recovering and is in a fragile state.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2021, in Beverly Hills, California.

_____
Shaun S. Daneshrad, MD, FACC