# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　No.: 2:20-cr-00155-VAP<br><br>**DECLARATION OF WILLA RAO**<br><br>Judge:  Hon. Virginia A. Phillips |

## DECLARATION OF WILLA RAO

I, Willa Rao, declare as follows:

1.　　I am Imaad Shah Zuberi's wife. I write this declaration to detail my observations of Imaad's medical events on June 16, 2021.

2.　　At about 8:30 p.m., Imaad was eating fruit when he suddenly collapsed while sitting in the dining room with me and our children. I immediately called 911. While I was on the phone, I could tell that Imaad was unconscious and having a seizure.

3.  Our home is near the fire station. Because of this, the ambulance was able to arrive within five minutes of my phone call. When the first responders arrived, I heard them saying that Imaad was not breathing, and his blood sugar was dangerously high. They then began to try to revive him.

4.  After a couple minutes, the first responders finally got Imaad breathing again. They then took him to Methodist Hospital.

5.  Given the quick reaction time and need to revive Imaad, I believe that if 911 had not been called immediately, or if the ambulance had not arrived quickly, the first responders may have not been able to revive Imaad.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2021, in Arcadia, California.

*Willa Rao*