# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXTEND SURRENDER DATE**<br><br>The Honorable Virginia A. Phillips<br><br>CURRENT SURRENDER DATE: JUNE 30, 2021<br><br>PROPOSED SURRENDER DATE: JULY 14, 2021 |

[PROPOSED] ORDER

1 |      Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that Defendant, Imaad Shah Zuberi's self-surrender date be extended by 14 days to July 14, 2021 at 1:00 p.m.

**SO ORDERED.**

Dated: _____           By: _____
                                          Honorable Virginia A. Phillips
                                          United States District Judge