UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant-Appellant. | No.   21-50048<br><br>D.C. No.<br>2:19-cr-00642-VAP-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant-Appellant. | No.   21-50084<br><br>D.C. Nos.<br>2:20-cr-00155-VAP-1<br>2:20-cr-00155-VAP |

Before:  NGUYEN and R. NELSON, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 18 in No. 21-50048 and Docket Entry No. 8 in No. 21-50084) is denied.  Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that "if that substantial question is determined favorably to defendant on appeal, that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed," or a sentence

KWH/MOATT

that does not include a term of imprisonment, or a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.  *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985); *see also* 18 U.S.C. § 3143(b).

The briefing schedule established previously remains in effect.