| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 1 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

IMAAD SHAH ZUBERI,

        Defendant-Appellant.

No.   21-50048

D.C. No. 2:19-cr-00642-VAP-1
Central District of California,
Los Angeles

ORDER

---

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

IMAAD SHAH ZUBERI,

        Defendant-Appellant.

No.   21-50084

D.C. Nos.
2:20-cr-00155-VAP-1
2:20-cr-00155-VAP

Before: NGUYEN and R. NELSON, Circuit Judges.

Appellant's motion for recusal (Docket Entry No. 24 in No. 21-50048 and Docket Entry No. 14 in No. 21-50084) has been referred to Judge Nguyen. Judge Nguyen denies the motion.

Appellant's motion for reconsideration is denied as moot.

The briefing schedule previously established remains in effect.

KWH/MOATT