UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: **LACR 19-00642-VAP** ✓
**LACR 20-00155-VAP**

Date: June 30, 2021

Present: The Honorable: **VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Christine Chung | Myra Ponce | Elisa Fernandez / Daniel J. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Imaad Shah Zuberi | X | | X | Ashwin Ram | X | | X |

**Proceedings:** **Defendant Imaad Shah Zuberi's Ex Parte Application to Modify Conditions of Release [397]**

Case called, and appearances made. PSA Officer Joey Trabucco is present with the government.

The Court hears arguments of counsel. For the reasons stated on the record, the Court DENIES Defendant's Ex Parte Application to Modify Conditions of Release [397], and ORDERS Defendant remanded into custody forthwith.

The Court ORDERS the Bureau of Prisons and MDC to conduct an immediate medical evaluation of the Defendant, and provide all medical care as needed for Defendant's medical conditions.

The Court ORDERS Defendant's bond exonerated. The Court further ORDERS the government to return Defendant's and his wife's passports back to Defendant's counsel.

The Court recommends the Defendant be designated to a facility located in Southern California.

CC: USM; BOP; MDC; PSA-USPO

0:12 min
Initials of Deputy Clerk   CCH