**DHILLON LAW GROUP**
David A. Warrington
Dwarrington@dhillonlaw.com
177 Post Street, Suite 700
San Francisco, CA  94108
Telephone: (703) 328-5369
Facsimile: (415) 520-6593

*Attorney for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IMAAD SHAH ZUBERI,<br><br>Defendant. | Case No.: 2:19-cr-00642-VAP<br>No.: 2:20-cr-00155-VAP<br><br>***EX PARTE* APPLICATION FOR MODIFICATION OF BOND DISBURSEMENT**<br><br>The Honorable Virginia A. Phillips |

## APPLICATION

On July 1, 2021, this Court ordered Defendant Imaad Shah Zuberi's bond to be exonerated.[1] Mr. Zuberi's bond included a deposit of $3,000,000 with the United States District Court for the Central District of California, Clerk of Court.[2]

Mr. Zuberi seeks this deposit to be returned to his spouse, Willa Rao at 10166 Rush Street, South El Monte, CA 91733. Through discussions with the Court's Fiscal Department, Counsel has learned that a court order is required to modify the disbursement instructions for Mr. Zuberi's bond before the deposit can be issued in the name of Mr. Zuberi's spouse, Willa Rao. Thus, Mr. Zuberi respectfully moves this Court to grant an order for a disbursement modification of Mr. Zuberi's bond to allow the $3,000,000 deposit to be issued to Willa Rao.

The government has stated that it does not oppose this modification of Mr. Zuberi's bond disbursement.

## CONCLUSION

For the foregoing reasons, we respectfully request the Court enter an order modifying Mr. Zuberi's bond disbursement so it is issued to Willa Rao at 10166 Rush Street, South El Monte, CA 91733.

Dated: July 6, 2021                             Respectfully submitted,

**DHILLON LAW GROUP**
By: *David A. Warrington*
David A. Warrington

*Counsel for Defendant Imaad Shah Zuberi*

---

[1] *See* Dkt. 336. All docket references are to the docket in No. 19-00642-VAP.
[2] *See* Dkt. 19.