1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,

13         Plaintiff,

14      v.

15  IMAAD SHAH ZUBERI,

16         Defendant.

17
18
19
20

Case No.: 2:19-cr-00642-VAP
No.: 2:20-cr-00155-VAP

**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR MODIFICATION OF BOND DISBURSEMENT**

The Honorable Virginia A. Phillips

21
22
23
24
25
26
27
28

[PROPOSED] ORDER

Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that Defendant, Imaad Shah Zuberi's bond deposit of $3,000,000 is disbursed to Willa Rao at 10166 Rush Street, South El Monte, CA 91733

**SO ORDERED.**

Dated: _____    By: _____
                          Honorable Virginia A. Phillips
                          United States District Judge