CC: Criminal Intake; PSA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　Defendant. | Case No.: **2:19-cr-00642-VAP**<br>　　　No.: 2:20-cr-00155-VAP<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR MODIFICATION OF BOND DISBURSEMENT**<br><br>The Honorable Virginia A. Phillips |

ORDER

     Good Cause Having Been Shown, **IT IS HEREBY ORDERED** that Defendant, Imaad Shah Zuberi's bond deposit of $3,000,000 is disbursed to Willa Rao at 10166 Rush Street, South El Monte, CA 91733

**SO ORDERED.**

Dated:  July 7, 2021                By: _____
                                                    Honorable Virginia A. Phillips
                                                    United States District Judge