1  **DHILLON LAW GROUP**
   David A. Warrington
2  Dwarrington@dhillonlaw.com
3  177 Post Street, Suite 700
   San Francisco, CA 94108
4  Telephone: (703) 328-5369
5  Facsimile: (415) 520-6593
6  *Attorney for Defendant Imaad Shah Zuberi*
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | Case No.: 2:19-cr-00642-VAP |
| | No.: 2:20-cr-00155-VAP |
| UNITED STATES OF AMERICA, | **NOTICE OF MOTION AND UNOPPOSED MOTION SEEKING THE RETURN OF DEFENDANT'S PASSPORT** |
| Plaintiff, | |
| v. | |
| | [*Proposed Order concurrently filed herewith*] |
| IMAAD SHAH ZUBERI, | |
| Defendant. | Judge: Hon. Virginia A. Phillips |
| | No Hearing Requested |

NOTICE OF MOTION AND UNOPPOSED MOTION SEEKING THE RETURN
OF DEFENDANT'S PASSPORT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** David A. Warrington, counsel for Defendant Imaad Zuberi, moves this Court for an order allowing Attorney Thomas O'Brien to return Mr. Zuberi's passport to his counsel.

On March 2, 2021, Mr. Zuberi's bond and conditions of release were set.[1] One of these conditions ordered Mr. Zuberi to surrender his passport to his then-counsel, Thomas O'Brien.[2] On June 30, 2021, Mr. Zuberi's bond was exonerated and this Court ordered the government to return Mr. Zuberi's passport to his counsel.[3] As Mr. Zuberi's passport is being held by Thomas O'Brien instead of the government, Mr. Zuberi seeks an order allowing Thomas O'Brien to return Mr. Zuberi's passport to his current counsel, so counsel can return the passport to Mr. Zuberi's spouse, Willa Rao.

Counsel for Mr. Zuberi has conferred with the government and the government stated that it does not oppose this Motion.

Dated:  August 11, 2021

Respectfully submitted,

**DHILLON LAW GROUP**

By: *David A. Warrington*
David A. Warrington

*Counsel for Defendant Imaad Shah Zuberi*

---

[1] *See* Dkt. No. 336 in 2:19-cr-642-VAP.

[2] *Id*.

[3] *See* Dkt. No. 404 in 2:19-cr-642-VAP.