1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant. | Case No.: **2:19-cr-00642-VAP**<br>　　　No.: 2:20-cr-00155-VAP<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR THE RETURN OF DEFENDANT'S PASSPORT**<br><br>The Honorable Virginia A. Phillips |

**ORDER**

This Court, having considered Defendant Imaad Zuberi's Motion for The Return of Defendant's Passport, hereby GRANTS the Motion and ORDERS Thomas O'Brien to surrender Defendant's passport to his counsel.

IT IS SO ORDERED.

Dated:  August 12, 2021

_____
The Honorable Virginia A. Phillips
United States District Judge