TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2468/7383
     Facsimile: (213) 894-2927
     E-mail:  daniel.obrien@usdoj.gov
     E-mail:  elisa.fernandez@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7700
Washington, D.C. 20530
Telephone: (202) 353-0176
E-mail: evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-642-VAP |
|---|---|
| Plaintiff, | CR 20-155-VAP |
| v. | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS; DECLARATION OF AUSA ELISA FERNANDEZ |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby files the Government's Unopposed *Ex Parte* Application For An Extension of Time to File A Response to

Defendant's Motion to Modify or Clarify Protective Orders,

The government hereby moves *ex parte* for an extension of the time within which the government must file a response to Defendant Imaad Shah Zuberi's ("Defendant") or ("Zuberi") Motion to Modify or Clarify Protective Orders.  The defense does not oppose this application.  The government's response is currently due on January 3, 2022.  The government requests an extension until January 24, 2022.  Defendant's reply, if any, would be due on January 31, 2022.  Defendant does not oppose this request.  The government's motion seeking additional time to respond to the Motion is based on the following:

1. On December 20, 2021, defendant filed a Notice of Motion and Motion to Modify or Clarify Protective Orders ("Motion").  [CR 19-642; Docket No. ("Dkt.") 410; CR 20-155-VAP, Dkt. 148.]  The Motion was not filed on the public docket.  The defense advises that the Motion was noticed for hearing on Tuesday, January 18, 2022.

2. Due to unexpected illnesses, the retirement of a former government attorney of record, additional time is needed to access the Motion, conduct legal research, and, if needed, to confer with the defense.

3. On December 31, 2021, Ashwin J. Ram, Counsel to Zuberi,

//
//
//
//
//
//
//

2

advised via email that the defendant did not oppose the government's request to file a response to the Motion on January 24, 2022.

Dated: January 3, 2022                    Respectfully submitted,

                                                   TRACY L. WILKISON
                                                   United States Attorney

                                                 SCOTT M. GARRINGER
                                                 Assistant United States Attorney
                                                 Chief, Criminal Division

*/s/ Elisa Fernández*
_____
ELISA FERNÁNDEZ
Assistant United States Attorney
Public Corruption & Civil Rights Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DECLARATION OF ELISA FERNANDEZ

I, ELISA FERNANDEZ, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and a member of the Public Corruption & Civil Rights Section.

2. I make this declaration in support of the Government's Unopposed *Ex Parte* Application For An Extension of Time to File A Response to Defendant's Motion to Modify or Clarify Protective Orders. The government moves *ex parte* for an extension of the time within which the government must file a response to Defendant Imaad Shah Zuberi's ("Defendant") or ("Zuberi") Motion to Modify or Clarify Protective Orders ("Motion"). The government's response is currently due on January 3, 2022. The government requests an extension until January 24, 2022. Defendant's reply, if any, will be due on January 31, 2022. As set forth below, Defendant does not oppose this request.

3. On December 20, 2021, Defendant filed a Notice of Motion and Motion to Modify or Clarify Protective Orders ("Motion"). [CR 19-642; Docket No. ("Dkt.") 410; CR 20-155-VAP, Dkt. 148.] The Motion was not filed on the public docket. The defense advises that the Motion was noticed for hearing on Tuesday, January 18, 2022.

4. Due to unexpected illnesses and the retirement of a former government attorney of record, additional time is needed to access the Motion, conduct legal research, and, if needed, to confer with the defense.

4

5.  On December 31, 2021, Ashwin J. Ram, Counsel to Zuberi, advised via email that the Defendant did not oppose the government's request to file a response to the Motion on January 24, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Los Angeles, California, on January 03, 2022.

_____
ELISA FERNANDEZ