TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468/7383
    Facsimile: (213) 894-2927
    E-mail:  daniel.obrien@usdoj.gov
    E-mail:  elisa.fernandez@usdoj.gov
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7700
Washington, D.C. 20530
Telephone: (202) 353-0176
E-mail: evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IMAAD SHAH ZUBERI,<br><br>        Defendant. | No. **CR 19-642-VAP**<br>No. CR 20-155-VAP<br><br><u>ORDER GRANTING THE GOVERNMENT'S UNOPPOSED EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS</u> |

      The Government's Unopposed *Ex Parte* Application For An Extension of Time to File A Response to Defendant's Motion to Modify or Clarify Protective Orders filed on or about January 3, 2022 is GRANTED.

      For the reasons stated in the Government's Unopposed *Ex Parte* Application For An Extension of Time to File A Response to

Defendant's Motion to Modify or Clarify Protective Orders, the Court ORDERS AS FOLLOWS:

1. The government's response to Defendant Imaad Shah Zuberi's ("Defendant") Motion to Modify or Clarify Protective Orders is due on January 24, 2022.

2. Defendant's reply, if any, is to be filed on or before January 31, 2022.

IT IS SO ORDERED.

January 4, 2022
DATE

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Presented by:

/S/ *Elisa Fernandez*
Elisa Fernandez
Assistant United States Attorney

2