Ashwin J. Ram (SBN 277513)
*aram@steptoe.com*
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

*Counsel for Defendant Imaad Shah Zuberi*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00642-VAP<br>　　　　No.: 2:20-cr-00155-VAP<br><br>**DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS; DECLARATION OF BRUCE C. BISHOP IN SUPPORT**<br><br>The Honorable Virginia A. Phillips |

UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION TO FILE REPLY ISO DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS

Defendant Imaad Shah Zuberi, through counsel, respectfully submits this unopposed *ex parte* application for an extension of time to file a reply in support of his Motion to Modify or Clarify Protective Orders. The government does not oppose this application. Defendant's reply is currently due on January 31, 2022. Defendant requests an extension of one week, until February 7, 2022, and to re-set the hearing on the motion for February 28, 2022. The government does not oppose this requested extension.

Defendant's motion seeking an additional week to submit a reply, and to re-set the hearing on the motion, is based on the following:

1. On December 20, 2021, Defendant filed a Notice of Motion and Motion to Modify or Clarify Protective Orders ("Motion"). [CR 19-642-VAP), Dkt. 410; CR 20-155-VAP, Dkt. 148.] The motion was not filed on the public docket. The Motion was noticed for hearing on Tuesday, January 18, 2022.[1] That hearing date was mooted by the Court's order granting the government's unopposed *ex parte* application to extend its response time to January 24, 2022. *See* CR 19-642-VAP, Dkt. 412; CR20-155-VAP, Dkt. 150. At the time the government submitted its unopposed *ex parte* application for extension, the parties did not re-set the hearing date, in anticipation of conferring to try to narrow or resolve the issues.

2. On Monday, January 24, 2022, the government filed its brief opposing the Motion (the "Opposition"). The Opposition was not filed on the public docket.

3. Due to schedule conflicts between defense counsel and the Classified Information Security Officer, defense counsel was not able to review the Opposition until Friday, January 28, 2022. Defendant's reply is due Monday, January 31, 2022.

4. In light of the government's position in its Opposition, the parties may be able to resolve some or all of the issues in the motion by conference and consent.

---

[1] Monday, January 17, 2022, was the Martin Luther King, Jr. holiday. Defendant mistakenly noticed the motion for hearing the following day, rather than the following Monday, January 24. Counsel apologizes for the error and any resulting inconvenience.

UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION TO FILE REPLY ISO DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS

5. To allow the parties to confer to attempt to narrow or resolve the issues, and to allow the defense adequate time to file a reply addressing any issues that may remain, Defendant requests an extension of one week, until February 7, 2022, in which to file his reply.

6. Defendant further requests to re-set the hearing date for the motion to February 28, 2022, under Local Rule 7-11, and this Court's individual procedures.[2]

7. On January 31, 2022, AUSA Daniel O'Brien advised via telephone email that the government does not oppose Defendant's request to file his reply by February 7, 2022, and to re-set the hearing date for February 28, 2022.

A proposed order is attached.

Dated: January 31, 2022                Respectfully submitted,

                                       **STEPTOE & JOHNSON LLP**

                               By:     */s/ Ashwin J. Ram*
                                       Ashwin J. Ram

                                       *Counsel for Defendant Imaad Zuberi*

---

[2] Under Local Rule 7-11, re-setting the hearing date automatically extends the time to reply to fourteen days before the hearing date. Under this Court's individual procedures, because the date fourteen days after February 7 (February 21) is a federal holiday, the hearing should be set to the following Monday, February 28, 2022.

## DECLARATION OF BRUCE C. BISHOP

I, Bruce C. Bishop, declare as follows:

1. I am Of Counsel at Steptoe & Johnson, LLP, in Washington, D.C. Along with Ashwin J. Ram, Angel Reyes, and Robert Eatinger, I represent Defendant Imaad Shah Zuberi in his appeal to the United States Court of Appeals for the Ninth Circuit from the judgment in this case. I am the attorney principally responsible for preparing both the appeal brief and Defendant's pending motion to modify or clarify this Court's protective orders.

2. I make this declaration in support of Defendant's Unopposed *Ex Parte* Application for an Extension of Time to File a Reply in Support of Defendant's Motion to Modify or Clarify Protective Orders.

3. On December 20, 2021, Defendant filed a Notice of Motion and Motion to Modify or Clarify Protective Orders ("Motion"). [CR 19-642-VAP), Dkt. 410; CR 20-155-VAP, Dkt. 148.] The motion was not filed on the public docket. The Motion was noticed for hearing on Tuesday, January 18, 2022.[3] That hearing date was mooted by the Court's order granting the government's unopposed ex parte application to extend its response time to January 24, 2022. *See* CR 19-642-VAP, Dkt. 412; CR20-155-VAP, Dkt. 150. At the time the government filed its unopposed *ex parte* application for extension, the parties did not seek to re-set the hearing date, in anticipation of conferring based on the government's position.

4. On Monday, January 24, 2022, the government filed its brief opposing the Motion (the "Opposition"). The Opposition was not filed on the public docket.

5. Due to schedule conflicts between myself, the Classified Information Security Officer, and staff in his office who was covering while he was traveling, I was

---

[3] Monday, January 17, 2022, was the Martin Luther King, Jr. holiday. I mistakenly noticed the motion for hearing the following day, rather than the following Monday, January 24. I apologize for the error and for any resulting inconvenience.

3

UNOPPOSED *EX PARTE* APPLICATION FOR EXTENSION TO FILE REPLY ISO
DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS

not able to review the Opposition until Friday, January 28, 2022.  Defendant's reply is due Monday, January 31, 2022.

6. In light of the government's position in its Opposition, the parties may be able to resolve some or all of the issues in the motion by conference and consent.

7. To allow the parties to confer to attempt to narrow or resolve the issues, and to allow the defense adequate time to file a reply addressing any issues that may remain, Defendant requests an extension of one week, until February 7, 2022, in which to file his reply.

8. On January 31, 2022, AUSA Daniel O'Brien advised via telephone that the government does not oppose Defendant's request to file his reply by February 7, 2022, and to re-set the hearing on the motion for February 28, 2022.

I declare under penalty of perjury that the foregoing is true and correct.  Executed January 31, 2022, in Bethesda, Maryland.

/s/  Bruce C. Bishop