1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00642-VAP |
|---|---|
| Plaintiff, | No.: 2:20-cr-00155-VAP |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |
| | The Honorable Virginia A. Phillips |

     Defendant's Unopposed *Ex Parte* Application for an Extension of Time to File a Reply in Support of his Motion to Modify or Clarify Protective Orders, filed on or about January 31, 2022, is GRANTED.

     For the reasons stated in Defendant's unopposed *ex parte* application, the Defendant's Reply in Support of his Motion to Modify or Clarify Protective Orders, if any, is to be filed on or before February 7, 2022. The hearing on the Motion is re-set for Monday, February 28, 2022, at 9:00 a.m.

Dated: _____

By: _____
Honorable Virginia A. Phillips
United States District Judge

Presented by:

/s/ Ashwin J. Ram
Ashwin J. Ram
STEPTOE & JOHNSON LLP
*Counsel for Defendant Imaad Shah Zuberi*