1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IMAAD SHAH ZUBERI,<br><br>    Defendant. | Case No.: 2:19-cr-00642-VAP<br>         No.: 2:20-cr-00155-VAP<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE DECLARATION OUT OF TIME**<br><br>[*Concurrently filed with Defendant's Unopposed Ex Parte Application for Leave to File; Declaration of Bruce C. Bishop*]<br><br>The Honorable Virginia A. Phillips |
|---|---|

1  The Court, having considered Defendant's Unopposed *Ex Parte*
2  Application for Leave to File Declaration Time, **GRANTS** the application.
3  The Declaration lodged with the Classified Information Security Officer,
4  submitted in support of Defendant's Reply in Support of Motion to Modify or
5  Clarify Protective Orders, is deemed FILED.

7  SO ORDERED.

9  Dated: _____

THE HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE