

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

IMAAD SHAH ZUBERI,

        Defendant.

Case No.: 2:19-cr-00642-VAP
No.: 2:20-cr-00155-VAP

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF DEFENDANT'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS**

The Honorable Virginia A. Phillips

1   Defendant's Unopposed *Ex Parte* Application for an Extension of Time to File a

2   Reply in Support of his Motion to Modify or Clarify Protective Orders, filed on or

3   about January 31, 2022, is GRANTED.

4   For the reasons stated in Defendant's unopposed *ex parte* application, the

5   Defendant's Reply in Support of his Motion to Modify or Clarify Protective Orders, if

6   any, is to be filed on or before February 7, 2022.  The hearing on the Motion is re-set

7   for Monday, February 28, 2022, at 9:00 a.m.

8

9

10   Dated:  February 9, 2022                   By: _____

11                                              Honorable Virginia A. Phillips
                                                United States District Judge
12

13   Presented by:

14

15   /s/ Ashwin J. Ram
     Ashwin J. Ram
16   STEPTOE & JOHNSON LLP
17   *Counsel for Defendant Imaad Shah Zuberi*

18

19

20

21

22

23

24

25

26

27

28