# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **2:19-cr-00642-VAP** |
|---|---|
| Plaintiff, | No.: 2:20-cr-00155-VAP |
| v. | **ORDER GRANTING LEAVE TO FILE DECLARATION OUT OF TIME** |
| IMAAD SHAH ZUBERI, | |
| Defendant. | [*Concurrently filed with Defendant's Unopposed Ex Parte Application for Leave to File; Declaration of Bruce C. Bishop*] |
| | The Honorable Virginia A. Phillips |

1  The Court, having considered Defendant's Unopposed *Ex Parte*
2  Application for Leave to File Declaration Time, **GRANTS** the application.
3  The Declaration lodged with the Classified Information Security Officer,
4  submitted in support of Defendant's Reply in Support of Motion to Modify or
5  Clarify Protective Orders, is deemed FILED.

7  SO ORDERED.

9  Dated:  February 9, 2022    _____
                               THE HON. VIRGINIA A. PHILLIPS
10                             UNITED STATES DISTRICT JUDGE