UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| Case No. | LACR 19-00642-VAP<br>LACR 20-00155-VAP | Date | February 11, 2022 |
|---|---|---|---|
| Title | United States of America v. Imaad Shah Zuberi | | |

Present: The Honorable **VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE**

| Christine Chung | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None  None

**Proceedings:** **MINUTE ORDER RE: DEFENDANT ZUBERI'S MOTION TO MODIFY OR CLARIFY PROTECTIVE ORDERS [SEE DOC. NO. 410]**

  The Court has reviewed and considered the above-captioned Motion as well as the Opposition and Reply. No later than February 16, 2022, the Government shall file any specific objections to the form of the proposed Order attached as Exhibit A to the Defendant's Reply filed February 7, 2022 with the Classified Information Security Officer.

  **IT IS SO ORDERED.**