TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
DANIEL J. O'BRIEN (Cal. Bar No. 141720)
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2468
    Facsimile: (213) 894-2927
    E-mail: daniel.obrien@usdoj.gov
ELISA FERNANDEZ (Cal. Bar No. 172004)
Assistant United States Attorney
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney, National Security Division
United States Department of Justice
    950 Pennsylvania Avenue, N.W., Suite 7700
    Washington, D.C. 20530
    Telephone: (202) 353-0176
    E-mail: evan.turgeon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> IMAAD SHAH ZUBERI, <br>     Defendant. | No. LACR19-642-VAP <br> No. LACR20-155-VAP <br> [PROPOSED] ORDER RE CONTINUANCE |

For good cause shown, IT IS HEREBY ORDERED THAT:

1

The government's *ex parte* application for an order to extend its time to file objections to defendant's proposed order to modify or clarify protective orders is GRANTED.

The government's objections shall be filed on or before February 22, 2022.

Dated: _____    _____
                              UNITED STATES DISTRICT JUDGE

Submitted by:

_____/s/_____
DANIEL J. O'BRIEN
Assistant United States Attorney