| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 25 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br>　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant-Appellant. | No.   21-50048<br><br>D.C. No.<br>2:19-cr-00642-VAP-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br>　v.<br><br>IMAAD SHAH ZUBERI,<br><br>　　　　　Defendant-Appellant. | No.   21-50084<br><br>D.C. Nos.<br>2:20-cr-00155-VAP-1<br>2:20-cr-00155-VAP |

Before:  BYBEE, HURWITZ, and R. NELSON, Circuit Judges.

Appellant's motion to modify the district court's protective order (DE 35) is denied.  This denial is without prejudice to seeking the requested relief before the merits panel.

The unopposed motion of appellant's counsel Angel Reyes to withdraw as counsel for appellant (DE 39) is granted. The opening brief is now due July 5, 2022.  The answering brief is due August 4, 2022.  The optional reply brief is due 21 days from service of the answering brief.