|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 6 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

 v.

IMAAD SHAH ZUBERI,

        Defendant-Appellant.

Nos. 21-50048
      21-50084

D.C. Nos. 2:19-cr-00642-VAP-1
           2:20-cr-00155-VAP-1
Central District of California,
Los Angeles

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 52)[1] to file under seal his motion for an extension of time to file the opening brief is granted.

The Clerk will file under seal appellant's motion to seal (Docket Entry No. 52-1), the motion for an extension of time (Docket Entry No. 52-2), and the supporting exhibits (Docket Entry Nos. 52-3, 52-4 and 52-5).

Appellant's unopposed motion (Docket Entry No. 52) for an extension of time to file the opening brief is granted. The briefing schedule is reset as follows: The consolidated opening brief is due September 23, 2022; the consolidated answering brief is due October 24, 2022; and the optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

---

[1] The docket entry numbers in this order refer to Appeal No. 21-50048.