NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos. 2:19-cr-642-VAP |
|---|---|
| Plaintiff, | 2:20-cr-155-VAP |
| v. | ORDER GRANTING GOVERNMENT'S *EX PARTE* APPLICATION TO ESTABLISH DECLARATION AND EXHIBIT SCHEDULE |
| IMAAD SHAH ZUBERI, | |
| Defendant. | |

On April 13-14, 2026, the Court is scheduled to hold an evidentiary hearing in the above-referenced matter (the "Hearing").

For good cause shown, the Court hereby ORDERS the following schedule for the filing of declarations and exhibits:

a.  By March 30, 2026, Defendant to file declaration(s) setting forth all facts then known upon which it is contended the motion should be granted and exhibits he intends to introduce at the Hearing.

1

b.    By April 3, 2026, Government to file declaration(s) of witnesses, if any, it expects to call at the Hearing and exhibits it intends to introduce at the Hearing.

c.    By April 8, 2026, Defendant to file any reply declarations.

To the extent any classified exhibits would be included as part of either party's exhibits, that party may simply list the filing, docket number, or record citation in lieu of filing the exhibit itself. In any event, the parties must comply with the applicable document handling restrictions.

IT IS SO ORDERED.


March 25, 2026
DATE

Virginia A. Phillips
HONORABLE VIRGINIA A PHILLIPS
UNITED STATES DISTRICT JUDGE

2